# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ROBERT BARTLETT, et al., <br><br> *Plaintiff(s)* <br> v. <br> SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al., <br><br> *Defendant(s)* | Civil Action No. 19-cv-7 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL
Riad el Solh Street
Beirut, 1107 Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerard Filitti
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/1/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ROBERT BARTLETT, et al.,<br><br>*Plaintiff(s)*<br>v.<br>SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al.,<br><br>*Defendant(s)* | Civil Action No. 19-cv-7 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FRANSABANK SAL
Fransabank Headquarters, Hamra Str.,
P.O. Box: 11-0393 Riad El Solh
Beirut 1107 2803 Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerard Filitti
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/1/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ROBERT BARTLETT, et al., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 19-cv-7 |
| SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MIDDLE EAST AFRICA BANK SAL
Hejeij Building, Adnan Al Hakim Ave.
P.O.Box: 14-5958,
Beirut 1105 2080 Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerard Filitti
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/1/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ROBERT BARTLETT, et al., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-cv-7 |
| SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al., | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BLOM BANK SAL
Verdun – Rachid Karami St., Blom Bank Bldg.
P.O.Box: 11-1912
Riad El-Solh, Beirut 1107 2807, Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gerard Filitti
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  1/1/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ROBERT BARTLETT, et al., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-cv-7 |
| SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BYBLOS BANK SAL
Byblos Bank Tower
Elias Sarkis Ave. - Achrafieh
Beirut, Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerard Filitti
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/1/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ROBERT BARTLETT, et al., *Plaintiff(s)* v. SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al., *Defendant(s)* | Civil Action No. 19-cv-7 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BANK AUDI SAL
Bab Idriss - Omar Daouk Street
Bank Audi Plaza, P.O. Box 11-2560
Beirut, Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerard Filitti
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/1/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ROBERT BARTLETT, et al., <br><br> *Plaintiff(s)* <br> v. <br> SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al., <br><br> *Defendant(s)* | Civil Action No. 19-cv-7 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BANK OF BEIRUT SAL
Foch Street - Beirut Central District - Bank of Beirut s.a.l. Bldg.
P.O. Box: 11-7354
Beirut, Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gerard Filitti
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/1/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ROBERT BARTLETT, et al., <br><br> *Plaintiff(s)* <br> v. <br> SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al., <br><br> *Defendant(s)* | Civil Action No. 19-cv-7 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEBANON AND GULF BANK SAL
LGB Headquarters
Allenby Street, Beirut Central District
P.O. Box 11-3600
Riad El Soloh, Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gerard Filitti
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/1/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ROBERT BARTLETT, et al.,

*Plaintiff(s)*

v.

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al.,

*Defendant(s)*

Civil Action No. 19-cv-7

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BANQUE LIBANO-FRANCAISE S.A.L.
5 Rome Street
Beirut Liberty Plaza Building
Hamra
P.O. Box 11-0808
Beirut, 1107 2060 Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerard Filitti
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/1/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ROBERT BARTLETT, et al.,<br><br>*Plaintiff(s)*<br>v.<br>SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al.,<br><br>*Defendant(s)* | Civil Action No. 19-cv-7 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BANK OF BEIRUT AND THE ARAB COUNTRIES SAL
250 Clemenceau Street, BBAC Building,
P.O. Box: 11-1536
Beirut, Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gerard Filitti
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/1/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ROBERT BARTLETT, et al., <br><br> *Plaintiff(s)* <br> v. <br> SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al., <br><br> *Defendant(s)* | Civil Action No. 19-cv-7 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAMMAL TRUST BANK SAL
JTB Tower – Tahweeta High Way
Elias Hraoui Avenue
P.O. Box 115640
Beirut, Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerard Filitti
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/1/2019

*Signature of Clerk or Deputy Clerk*