# OSEN LLC
### ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601　　　　　　　1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400　F. 201.265.0303　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　T.212.354.0111

January 10, 2019



**VIA HAND DELIVERY**

Douglas C. Palmer
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:　*Bartlett, et al. v. Société Générale de Banque au Liban SAL*, 19-cv-007 (NG)(VMS)

Dear Mr. Palmer,

　　We represent Plaintiffs in the above-referenced matter. Enclosed for service via FedEx International pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure please find one (1) copy of the Complaint filed in the above-referenced matter, along with one (1) copy of a summons and civil cover sheet, for service upon:

　　**Antoun Sehnaoui**
　　**Société Générale de Banque au Liban SAL**
　　**Saloumeh-Dekwaneh, Saloumeh Roundabout, SGBL Bldg.**
　　**Beirut, 1107 Lebanon**

　　**Adnan Kassar**
　　**Fransabank SAL**
　　**Fransabank Headquarters**
　　**Hamra Str., Riad El Solh**
　　**Beirut 1107 2803 Lebanon**

　　**Vincent Nabih Haddad**
　　**Middle East Africa Bank**
　　**MEAB Building, Adnan Al Hakim Ave.**
　　**Beirut, 1105 2080 Lebanon**

Semaan Bassil,
Byblos Bank SAL
Byblos Bank Tower
Elias Sarkis Ave.
Achrafieh
Beirut Lebanon

Samir N. Hanna and Dr. Imad Itani
Bank Audi SAL
Bab Idriss, Bank Audi Plaza
Omar Daouk Street, B
Beirut, Lebanon
01 977588

Salim Sfeir
Bank of Beirut SAL
Foch Street, Beirut Central District, Bank of Beirut s.a.l. Bldg.
11-7354 Beirut – Lebanon
01-958704

Abul Hafiz M. Itani
Lebanon & Gulf Bank SAL
LGB Headquarters, Allenby Street, Beirut Central District
Beirut, Lebanon

Walid Raphael, Banque
Libano-Française SAL
5, Rome Street, Beirut Liberty Plaza Hamra,
Beirut, Lebanon

Ghassan T. Assaf
Bank of Beirut and the Arab Countries SAL
250 Clemenceau Street, BBAC Building,
Beirut, Lebanon

Anwar A. Jammal
Jammal Trust Bank SAL
JTB Tower – Tahweeta High Way, Elias Hraoui Avenue
Beirut – Lebanon

Also enclosed are FedEx International mailing boxes, a FedEx international air waybill for each Defendant, and a duplicate set of the pleadings for the Court's file.

Douglas C. Palmer
January 10, 2019
Page 3 of 3

      Please do not hesitate to contact me with any questions. Thank you for your courtesies in this regard.

                                      Sincerely,

                                        William A. Friedman

Enclosures