AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Bartlett et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-00007-CBA-VMS |
| Societe Generale de Banque au Liban SAL et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Byblos Bank S.A.L., Bank of Beirut and the Arab Countries S.A.L., and Lebanon & Gulf Bank S.A.L.

Date: February 4, 2019

/s/ Jonathan D. Siegfried
*Attorney's signature*

Jonathan D. Siegfried
*Printed name and bar number*

DLA Piper LLP (US)
1251 Avenue of the Americas, 24th Floor
New York, NY 10020
*Address*

jonathan.siegfried@dlapiper.com
*E-mail address*

(212) 335-4925
*Telephone number*

(212) 884-8477
*FAX number*