UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROBERT BARTLETT, et al.,

            Plaintiffs,

  - v -

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al.,

            Defendants.

No. 1:19-cv-00007-CBA-VMS

---

### STIPULATION AND [PROPOSED] ORDER ACCEPTING SERVICE AND EXTENDING TIME TO RESPOND TO COMPLAINT

WHEREAS, Plaintiffs filed their Complaint in the above-captioned action on January 1, 2019, asserting claims pursuant to the Anti-Terrorism Act (18 U.S.C. §§ 2333(a), 2333(d)(2)) for injuries arising out of 252 attacks in Iraq occurring over a seven-year period between 2004 and 2011;

WHEREAS, Defendants are eleven (11) separate financial institutions and are each headquartered in Lebanon;

WHEREAS, on January 11, 2019, a copy of the Complaint, Summons and Civil Cover Sheet was mailed via Federal Express to each Defendant at a specified address in Lebanon (ECF No. 23-1);[1]

---

[1] The current docketed response dates, based on the assumption that service via Federal Express in Lebanon was proper and sufficient, are as follows: February 4, 2019 (Société Générale de Banque au Liban S.A.L. (ECF No. 32); Fransabank S.A.L. (ECF No. 33); Bank of Beirut and the Arab Countries S.A.L. (ECF No. 34); Bank of Beirut S.A.L. (ECF No. 35); Middle East and Africa Bank S.A.L. (ECF No. 36); Lebanon & Gulf Bank S.A.L. (ECF No. 37); Byblos Bank S.A.L. (ECF No. 38); Bank Audi S.A.L. (ECF No. 39); Banque Libano-Française S.A.L. (ECF No. 40); Jammal Trust Bank S.A.L. (ECF No. 41)); and February 7, 2019 (BLOM Bank S.A.L. (ECF No. 42)).

WHEREAS, Defendants have agreed to waive service of process (rather than contest it) in exchange for Plaintiffs' agreement to this stipulation to adjourn their time to respond to the Complaint in accordance with the terms set forth herein;

WHEREAS, nothing in this Stipulation and [Proposed] Order shall be construed as a waiver of any other defense available to Defendants in responding to the Complaint, including those defenses set forth in Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure; and

WHEREAS, pursuant to the joint request of all parties, Defendants had made a request seeking an adjournment of time to move or answer the Complaint, which the Court granted on February 4, 2019 and on the same day ordered that the Parties "file a stipulation and proposed order concerning service of process and the time within which Defendants shall respond to the Complaint by February 14, 2019";

NOW THEREFORE, it is stipulated and agreed by all parties in this action by their undersigned counsel as follows:

1. Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint in this action is adjourned until May 31, 2019 and Defendants agree that they will not seek any further extension of time to respond.

2. Should one or more Defendants move to dismiss the Complaint, they shall request a pre-motion conference by filing a letter with the Court, containing a proposed briefing schedule by April 30, 2019, in accordance with Rules 3.A and 3.B of the Individual Motion Practices and Rules of Judge Carol Bagley Amon (the "Motion Practices and Rules").

3. In accordance with Rule 3.B of the Motion Practices and Rules, any Defendant that plans on filing a motion to dismiss the Complaint shall serve all opening briefs in support of that motion on or before May 31, 2019.

4. This Stipulation and [Proposed] Order may be executed in counterparts, and electronic or facsimile signatures shall be deemed equivalent to original signatures.

Dated: February 12, 2019

| **OSEN LLC** | **DLA PIPER LLP (US)** |
|---|---|
| By: */s/ Gary M. Osen* <br> Gary M. Osen <br> 2 University Plaza <br> Suite 402 <br> Hackensack, NJ 07601 <br> T: 201-265-6400 <br> F: 201-265-0303 <br> gosen@osenlaw.com <br><br> *Counsel for Plaintiffs* | By: */s/ Jonathan D. Siegfried* <br> Jonathan D. Siegfried <br> Douglas W. Mateyaschuk <br> 1251 Avenue of the Americas <br> 27th Floor <br> New York, NY 10020-1104 <br> T: 212-335-4500 <br> F: 212-884-8477 <br> jonathan.siegfried@dlapiper.com <br> douglas.mateyaschuk@dlapiper.com <br> *Counsel for Defendants Byblos Bank S.A.L., Bank of Beirut and the Arab Countries S.A.L., and Lebanon & Gulf Bank S.A.L.* |

**DECHERT LLP**

By:     */s/ Linda C. Goldstein*
Linda C. Goldstein
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3817
linda.goldstein@dechert.com

Michael H. McGinley
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2000
michael.mcginley@dechert.com
*Counsel for Defendants BLOM Bank S.A.L. and Fransabank S.A.L.*

**SHEARMAN & STERLING LLP**

By:     */s/ Henry Weisburg*
Henry Weisburg
Brian H. Polovoy
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4193
hweisburg@shearman.com
bpolovoy@shearman.com
*Counsel for Defendant Bank of Beirut S.A.L.*

**ASHCROFT LAW FIRM, LLC**

By:     */s/ Michael J. Sullivan*
Michael J. Sullivan
200 State Street, 7th Floor
Boston, MA 02109
(617) 573-9400
msullivan@ashcroftlawfirm.com
*Counsel for Defendant Société Générale de Banque au Liban S.A.L.*

-5-

                          **SQUIRE PATTON BOGGS (US) LLP**

By:    */s/ Gassan A. Baloul*
        Gassan A. Baloul
        Mitchell R. Berger
        2550 M Street NW
        Washington, DC 20037
        (202) 457-6000
        gassan.baloul@squirepb.com
        mitchell.berger@squirepb.com
        *Counsel for Defendant Middle East and Africa Bank S.A.L.*

                          **MAYER BROWN LLP**

By:    */s/ Andrew J. Pincus*
        Andrew J. Pincus
        1999 K Street, NW
        Washington, DC 20006
        (202) 263-3220
        apincus@mayerbrown.com
        *Counsel for Defendant Bank Audi S.A.L.*

                          **MAYER BROWN LLP**

By:    */s/ Mark G. Hanchet*
        Mark G. Hanchet
        1221 Avenue of the Americas
        New York, New York 10020
        (212) 506-2500
        mhanchet@mayerbrown.com
        *Counsel for Defendant Banque Libano-Française S.A.L.*

                                **WHITE & CASE LLP**

By:    */s/ Christopher M. Curran*
       Christopher M. Curran
       Nicole Erb
       Claire A. DeLelle
       701 Thirteenth Street, NW
       Washington, DC 20005-3807
       (202) 626-3600
       ccurran@whitecase.com
       nerb@whitecase.com
       claire.delelle@whitecase.com
       *Counsel for Defendant Jammal Trust Bank S.A.L.*

So ordered this \_\_ day of _____,
2019

_____
United States District Judge