UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT BARTLETT, et al.,

              Plaintiffs,

- v -

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al.,

              Defendants.

No. 1:19-cv-00007-CBA-VMS

**AFFIDAVIT OF MICHAEL J. SULLIVAN IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE*

MICHAEL J. SULLIVAN, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Ashcroft Law Firm, LLC, located at 200 State Street, 7th Floor, Boston, MA 02109.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

4. I have not been convicted of a felony.

5. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal Court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant Société Générale de Banque au Liban S.A.L.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of March, 2019, in Boston, MA.

ASHCROFT LAW FIRM, LLC

By: *[signature]*
Michael Sullivan
200 State Street, 7th Floor
Boston, MA 02109
T: 617-573-9400
F: 617-933-7607
msullivan@ashcroftlawfirm.com

*Counsel for Société Générale de Banque au Liban S.A.L.*

COMMONWEALTH OF MASSACHUSETTS

On this 1st day of March, 2019, before me, the undersigned notary public, personally appeared Michael J. Sullivan, proved to me through satisfactory evidence of identification, which was his Massachusetts Driver's License, to be the persons whose names is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

SARAH A. LAWLER
Notary Public
Massachusetts
Commission Expires Jun 19, 2020

Notary Public *[signature]*
My Commission Expires: June 19, 2020

-2-