# Exhibit 3




**Republic of Lebanon — Ministry of Justice — COMMERCIAL REGISTER**

الجمهورية اللبنانية — وزارة العدل — السجل التجاري

## شركة تيلي سيرف بلاس ش.م.ل.

| الحقل | القيمة | الحقل | القيمة |
|---|---|---|---|
| رقم التسجيل: | 2004609 | الإسم التجاري: | شركة تيلي سيرف بلاس ش.م.ل. |
| | | الإسم الإضافي: | TELESERVE PLUS SAL |
| المحافظة: | جبل لبنان (ج) | تاريخ التسجيل: | 10/27/2004 12:00:00 AM | نوع السجل: | عام |
| وضع الشركة: | قيد التصفية | مدة الشركة: | | الشكل القانوني: | ش.م.ل |
| رأس المال: | 30000000.0000 | العنوان: | الشياح - طريق صيدا القديمة - سنتر دالاس - الطابق 4. |

**نوع النشاط:** تتعاطى الشركة في لبنان وخارجه الصناعة والتجارة بشكل عام وخاصة تلك المتعلقة بالاتصالات والكمبيوتر والاعلانات والاستيراد والتصدير والاعمال التجارية والسياحية والوساطة العقارية والمقاولات بوجه عام تمارس الشركة جميع الاعمال التي تتعلق بموضوعها او ترتبط به او تتفرع عنه او تلتزم لتحقيقه. كذلك تاسيس شركات او المساهمة في شركات لبنانية او في الخارج واجراء جميع اشكال العقود وعموما القيام بجميع الاعمال التي تتصل مباشرة او بطريقة غير مباشرة بموضوع هذه الشركة مع مراعاة احكام المرسوم الاشتراعي رقم 11 تاريخ 67/7/11.

### المساهمون / الأشخاص

| الإسم | الجنسية | نوع العلاقة | الأسهم | الحصص | النسبة |
|---|---|---|---|---|---|
| احمد هشام امهز | لبنان | عضو مجلس إدارة | 0 | 0 | 0 |
| اشرف عاصم صفي الدين | لبنان | محامي | 0 | 0 | 0 |
| هاني محمد امهز | لبنان | مدير عام | 0 | 0 | 0 |
| حسين عادل عز الدين | لبنان | مصفي | 0 | 0 | 0 |
| هاني محمد امهز | لبنان | رئيس مجلس إدارة | 0 | 0 | 0 |
| ابراهيم محمد ركين | لبنان | مفوض مراقبة | 0 | 0 | 0 |
| ميشال غبريل معراوي | لبنان | مساهم | 250 | 0 | 0 |
| هاني محمد امهز | لبنان | مساهم | 700 | 0 | 0 |
| احمد هشام امهز | لبنان | مساهم | 50 | 0 | 0 |
| اشرف عاصم صفي الدين | لبنان | مؤسس | 0 | 0 | 0 |
| ميشال غبريل معراوي | لبنان | مؤسس | 0 | 0 | 0 |
| عصام محمد امهز | لبنان | مؤسس | 0 | 0 | 0 |
| حسين عادل عز الدين | لبنان | مفوض توقيع | 0 | 0 | 0 |
| ميشال غبريل معراوي | لبنان | عضو مجلس إدارة | 0 | 0 | 0 |

### الفـروع
لا يوجد...

### التمثيل التجاري
لا يوجد...

### العقـود
لا يوجد...

### وقوعـات وإشـارات
لا يوجد...



26 Sheinfein St., Kfar Saba,, Israel
+972 54 8349.337
www.GatsTranslations.com

## **CERTIFICATION**

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, "<u>The Lebanese Corporate Registration for Teleserve Plus SAL</u>" is a true and accurate translation of the original text from the Arabic language into English.

Date: March 4, 2019

_____
Yaniv Berman

**Republic of Lebanon — Ministry of Justice — COMMERCIAL REGISTER**
الجمهورية اللبنانية — وزارة العدل — السجل التجاري

**TELESERVE PLUS SAL**

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Registration No.: | 2004609 | Commercial Name: [Arabic] | TELESERVE PLUS SAL | | |
| | | Additional Name: [English] | TELESERVE PLUS SAL | | |
| District: | Jabl Lubnan (J) | Registration Date: | 10/27/2004 12:00:00 AM | Record Type: | General |
| Company Status: | Under liquidation | Company Term: | | Legal Form: | SAL |
| Capital: | 30000000.0000 [sic.] | Address: | A-Shuyah – Old Saida Road – Center Dallas – 4th floor | | |

**Nature of Business:** The company is engaged, within Lebanon and outside of Lebanon, in manufacturing and trade in general, and particularly in what is related to communications, computers, advertising, import, export, commercial and tourism operations, real estate brokerage and contracting. Generally speaking, the company engages in all activities tied or related to its area of business, derived from its area of business, or activities required to fulfill it. Furthermore, establishment of companies or holding shares in Lebanese or foreign companies, and concluding all types of contracts, and generally speaking, conducting all activities directly or indirectly related to the area of business of this company, in compliance with Legislative Decree No. 11, dated July 11, 1967.

**Shareholders / persons:**

| Name | Nationality | Role | Shares* | Shares* | Stake |
|---|---|---|---|---|---|
| Ahmad Hisham Amhaz | Lebanese | Director | 0 | 0 | 0 |
| Ashraf Asim Safi a-Din | Lebanese | Attorney | 0 | 0 | 0 |
| Hani Muhammad Amhaz | Lebanese | General Manager | 0 | 0 | 0 |
| Hussein Adil Izz a-Din | Lebanese | Liquidator | 0 | 0 | 0 |
| Hani Muhammad Amhaz | Lebanese | Chairman of the Board of Directors | 0 | 0 | 0 |
| Ibrahim Muhammad Rakin | Lebanese | Statutory auditor | 0 | 0 | 0 |
| Michel Gharbil Ma'rawi | Lebanese | Shareholder | 250 | 0 | 0 |
| Hani Muhammad Amhaz | Lebanese | Shareholder | 700 | 0 | 0 |
| Ahmad Hisham Amhaz | Lebanese | Shareholder | 50 | 0 | 0 |
| Ashraf Asim Safi a-Din | Lebanese | Founder | 0 | 0 | 0 |
| Michel Gharbil Ma'rawi | Lebanese | Founder | 0 | 0 | 0 |
| Issam Muhammed Amhaz | Lebanese | Founder | 0 | 0 | 0 |
| Hussein Adil Izz a-Din | Lebanese | Authorized signatory | 0 | 0 | 0 |
| Michel Gharbil Ma'rawi | Lebanese | Director | 0 | 0 | 0 |

**Branches**

None.

**Commercial Representation**

None.

**Contracts**

None.

**Events and Notes**

None.

* Translator's note: The word "Shares" appears in the title of two columns in the above table. In Arabic, there were two different words, both can be translated as "Shares".