# Exhibit 4

  

# وزارة العدل - الجمهورية اللبنانية
## السجل التجاري

### شركة وست اويل انفستمنتس ش.م.ل. اوف شور

| | | | |
|---|---|---|---|
| رقم التسجيل: 745 | الإسم التجاري: | شركة وست اويل انفستمنتس ش.م.ل. اوف شور | |
| | الإسم الإضافي: | WEST OIL INVESTMENTS CO SAL OFF SHORE | |
| المحافظة: بيروت (ب) | تاريخ التسجيل: 9/17/1998 12:00:00 AM | نوع السجل: اوف شور | |
| وضع الشركة: قائمة | مدة الشركة: | الشكل القانوني: اوف شور | |
| رأس المال: 25000.0000 | العنوان: تلة الخياط - بناية النور - وليبريا - بوشرود ايلند | | |

**نوع النشاط:** تقوم الشركة وعلى سبيل الحصر بالنشاطات التالية: - وضع الدراسات والاستشارات بكل ما يتعلق في تملك الشركات في الخارج. - تقديم الاستشارات للزبائن في الخارج بكل ما يتعلق باعمال التفاوض مع المؤسسات في الخارج عامة كانت ام خاصة. - التفاوض وتوقيع العقود والاتفاقات بشأن عمليات وصفقات يجري تنفيذها خارج الاراضي اللبنانية. - بشكل عام القيام بكافة الاعمال المرتبطة مباشرة ام غير مباشرة بالموضوع ، ويحظر على الشركة القيام بكل ما يتعارض مع موضوعها المحدد آنفا.

### المساهمون / الأشخاص

| الإسم | الجنسية | نوع العلاقة | الأسهم | الحصص | النسبة |
|---|---|---|---|---|---|
| جمال عبد الحسين بسما | لبنان | مدير عام | 0 | 0 | 0 |
| غسان عبد الحسين بسما | لبنان | مدير عام | 0 | 0 | 0 |
| جمال عبد الحسين بسما | لبنان | رئيس مجلس إدارة | 0 | 0 | 0 |
| حسين فهد رحال | لبنان | مفوض مراقبة | 0 | 0 | 0 |
| جمال عبد الحسين بسما | لبنان | مساهم | 225 | 0 | 0 |
| غسان عبد الحسين بسما | لبنان | مساهم | 250 | 0 | 0 |
| جمال عبد الحسين بسما | لبنان | مؤسس | 0 | 0 | 0 |
| اشرف عاصم صفي الدين | لبنان | مؤسس | 0 | 0 | 0 |
| وضاح فؤاد ناصر الدين | لبنان | مؤسس | 0 | 0 | 0 |
| غسان عبد الحسين بسما | لبنان | مفوض توقيع | 0 | 0 | 0 |
| جمال عبد الحسين بسما | لبنان | مفوض توقيع | 0 | 0 | 0 |
| غسان عبد الحسين بسما | لبنان | عضو مجلس إدارة | 0 | 0 | 0 |
| هيفاء محمد الخضرا | لبنان | عضو مجلس إدارة | 0 | 0 | 0 |
| اشرف عاصم صفي الدين | لبنان | محامي | 0 | 0 | 0 |
| هيفاء محمد الخضرا | لبنان | مساهم | 25 | 0 | 0 |

### الفروع
لا يوجد...

### التمثيل التجاري
لا يوجد...

### العقود
لا يوجد...

### وقوعات وإشارات
لا يوجد...



Global Arabic Translation Services

الخدمات العالمية للترجمة العربية

26 Sheinfein St., Kfar Saba,, Israel
+972 54 8349.337
www.GatsTranslations.com

# **CERTIFICATION**

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, "The Lebanese Corporate Registration for West Oil Investments Co SAL Off Shore" is a true and accurate translation of the original text from the Arabic language into English.

Date: March 4, 2019

_____
Yaniv Berman

10/7/2018                                Search result

**Republic of Lebanon — Ministry of Justice — COMMERCIAL REGISTER** / الجمهورية اللبنانية — وزارة العدل — السجل التجاري

## West Oil Investments Company SAL Offshore

| | | |
|---|---|---|
| **Registration No.:** 745 | **Commercial Name: [Arabic]** | WEST OIL INVESTMENTS CO SAL OFF SHORE |
| | **Additional Name: [English]** | WEST OIL INVESTMENTS CO SAL OFF SHORE |
| **District:** Beirut (B) | **Registration Date:** 9/17/1998 12:00:00 AM | **Record Type:** Off shore |
| **Company Status:** Active | **Company Term:** | **Legal Form:** Off shore |
| **Capital:** 25000.0000 [sic.] | **Address:** Tillat al-Khayat, A-Nur Building, and Bushrod Island, Liberia | |

**Nature of Business:** The company is exclusively engaged in the following activities: - Conducting studies and consultation regarding everything concerning the acquisition of foreign companies; - Consulting to clients abroad regarding negotiation processes with foreign private or public institutions; - Negotiating and signing contracts and agreements regarding operations and deals performed outside of Lebanese territory; - In the general sense, performing any activities tied directly or indirectly related to the subject. The company is not permitted to perform any activities that run counter to its nature of business, as previously defined.

**Shareholders / persons:**

| Name | Nationality | Role | Shares* | Shares* | Stake |
|---|---|---|---|---|---|
| Jamal Abd al-Hussein Basma | Lebanese | General Manager | 0 | 0 | 0 |
| Ghassan Abd al-Hussein Basma | Lebanese | General Manager | 0 | 0 | 0 |
| Jamal Abd al-Hussein Basma | Lebanese | Chairman of the board of directors | 0 | 0 | 0 |
| Hussein Fahd Rihal | Lebanese | Statutory Auditor | 0 | 0 | 0 |
| Jamal Abd al-Hussein Basma | Lebanese | Shareholder | 225 | 0 | 0 |
| Ghassan Abd al-Hussein Basma | Lebanese | Shareholder | 250 | 0 | 0 |
| Jamal Abd al-Hussein Basma | Lebanese | Founder | 0 | 0 | 0 |
| Ashraf Asim Safi a-Din | Lebanese | Founder | 0 | 0 | 0 |
| Widah Fuad Nasir a-Din | Lebanese | Founder | 0 | 0 | 0 |
| Ghassan Abd al-Hussein Basma | Lebanese | Authorized signatory | 0 | 0 | 0 |
| Jamal Abd al-Hussein Basma | Lebanese | Authorized signatory | 0 | 0 | 0 |
| Ghassan Abd al-Hussein Basma | Lebanese | Director | 0 | 0 | 0 |
| Hayfa Muhammad al-Khadra | Lebanese | Director | 0 | 0 | 0 |
| Ashraf Asim Safi A-Din | Lebanese | Attorney | 0 | 0 | 0 |
| Hayfa Muhammad al-Khadra | Lebanese | Shareholder | 25 | 0 | 0 |

**Branches**
None.

**Commercial Representation**
None.

**Contracts**
None.

**Events and Notes**
None.

* Translator's note: The word "Shares" appears in the title of two columns in the above table. In Arabic, there were two different words, both can be translated as "Shares".