# Exhibit 5



# الجمهورية اللبنانية
## وزارة العدل
### السجل التجاري

**Republic of Lebanon - Ministry of Justice - COMMERCIAL REGISTER**

## شركة كرييتيف انفستمنت ش.م.ل.-اوف شور

| | | | | | |
|---|---|---|---|---|---|
| رقم التسجيل: | 1139 | الإسم التجاري: | شركة كرييتيف انفستمنت ش.م.ل.-اوف شور | | |
| | | الإسم الإضافي: | CREATIVE INVESTMENT SAL - OFFSHORE | | |
| المحافظة: | بيروت (ب) | تاريخ التسجيل: | 1/22/2001 12:00:00 AM | نوع السجل: | اوف شور |
| وضع الشركة: | قائمة | مدة الشركة: | | الشكل القانوني: | اوف شور |
| رأس المال: | 12500.0000 | العنوان: | بدارو - شارع طالب حبيش - العقار رقم 5503/23 المزرعة العقارية. | | |

**نوع النشاط:** يقتصر موضوع الشركة على النشاطات التالية، على سبيل الحصر: - التفاوض وتوقيع العقود والاتفاقات بشان عمليات وصفقات يجري تنفيذها خارج الاراضي اللبنانية وتعود لبضائع ومواد موجودة في الخارج او في المنطقة الجمركية الحرة. - استعمال التسهيلات المتوفرة في المنطقة الجمركية الحرة لتخزين البضائع المستوردة بغاية اعادة تصديرها واستئجار المكاتب في لبنان وتملك العقارات اللازمة لنشاطها مع مراعاة قانون تملك الاجانب لحقوق عينية عقارية في لبنان. - وضع الدراسات والاستشارات التي ستستعمل خارج لبنان بناء لطلب مؤسسات مقيمة في الخارج.

### المساهمون / الأشخاص

| الإسم | الجنسية | نوع العلاقة | الأسهم | الحصص | النسبة |
|---|---|---|---|---|---|
| غسان عبد الحسين بسما | لبنان | مدير عام | 0 | 0 | 0 |
| جمال عبد الحسين بسما | لبنان | مدير عام | 0 | 0 | 0 |
| جمال عبد الحسين بسما | لبنان | رئيس مجلس إدارة | 0 | 0 | 0 |
| حسين فهد رحال | لبنان | مفوض مراقبة | 0 | 0 | 0 |
| جمال عبد الحسين بسما | لبنان | مساهم | 475 | 0 | 0 |
| غسان عبد الحسين بسما | لبنان | مساهم | 475 | 0 | 0 |
| اشرف عاصم صفي الدين | لبنان | مساهم | 50 | 0 | 0 |
| جمال عبد الحسين بسما | لبنان | مؤسس | 0 | 0 | 0 |
| غسان عبد الحسين بسما | لبنان | مؤسس | 0 | 0 | 0 |
| اشرف عاصم صفي الدين | لبنان | مؤسس | 0 | 0 | 0 |
| جمال عبد الحسين بسما | لبنان | مفوض توقيع | 0 | 0 | 0 |
| غسان عبد الحسين بسما | لبنان | مفوض توقيع | 0 | 0 | 0 |
| غسان عبد الحسين بسما | لبنان | عضو مجلس إدارة | 0 | 0 | 0 |
| اشرف عاصم صفي الدين | لبنان | عضو مجلس إدارة | 0 | 0 | 0 |
| اشرف عاصم صفي الدين | لبنان | محامي | 0 | 0 | 0 |

### الفـروع
لا يوجد...

### التمثيل التجاري
لا يوجد...

### العقــود
لا يوجد...

### وقوعـات وإشـارات
لا يوجد...



Global Arabic Translation Services

الخدمات العالمية للترجمة العربية

26 Sheinfein St., Kfar Saba,, Israel
+972 54 8349.337
www.GatsTranslations.com

# **CERTIFICATION**

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, "The Lebanese Corporate Registration for Creative Investment SAL-Offshore", is a true and accurate translation of the original text from the Arabic language into English.

Date: March 4, 2019

_____
Yaniv Berman

Aug. 10, 2018                                                                                                                  Search result

**Republic of Lebanon**
**Ministry of Justice**
**COMMERCIAL REGISTER**

الجمهورية اللبنانية
وزارة العدل
السجل التجاري

**CREATIVE INVESTMENT SAL - OFFSHORE**

| | |
|---|---|
| Registration No.: | 1139 |
| Commercial Name: [Arabic] | CREATIVE INVESTMENT SAL - OFFSHORE |
| | |
| Additional Name: [English] | CREATIVE INVESTMENT SAL - OFFSHORE |
| District: | Beirut (B) |
| Registration Date: | 1/22/2001 12:00:00 AM |
| Record Type: | Off shore |
| Company Status: | Active |
| Company Term: | |
| Legal Form: | Off shore |
| Capital: | 12500.0000 [sic.] |
| Address: | Badaro, Taleb Hobeiche St., Property No. 5503/23, Al-Mazra'a Al-Iqariya. |

**Nature of Business:** The company's line of business is limited to the following activities, exclusively: negotiation and signing contracts and agreements regarding transactions and deals implemented outside of Lebanese territory, pertaining to goods and materials located abroad or in a customs-free zone. Employing facilities provided in the customs-free zone to store the imported goods with the aim of re-exporting them; leasing the offices in Lebanon; owning the properties required for its activities, all in compliance with the Law of the Foreign Ownership of Ius in Re Rights in Lebanon. Conducting consultations and studies that will be used outside of Lebanon, upon the request of institutions domiciled abroad.

**Shareholders / persons:**

| Name | Nationality | Role | Shares* | Shares* | Stake |
|---|---|---|---|---|---|
| Ghassan Abd al-Hussein Basma | Lebanese | General Manager | 0 | 0 | 0 |
| Jamal Abd al-Hussein Basma | Lebanese | General Manager | 0 | 0 | 0 |
| Gamal Abd al-Hussein Basma | Lebanese | Chairman of the Board of Directors | 0 | 0 | 0 |
| Hussein Fahd Rihal | Lebanese | Statutory auditor | 0 | 0 | 0 |
| Jamal Abd al-Hussein Basma | Lebanese | Shareholder | 475 | 0 | 0 |
| Ghassan Abd al-Hussein Basma | Lebanese | Shareholder | 475 | 0 | 0 |
| Ashraf Asim Safi a-Din | Lebanese | Shareholder | 50 | 0 | 0 |
| Jamal Abd al-Hussein Basma | Lebanese | Founder | 0 | 0 | 0 |
| Ghassan Abd al-Hussein Basma | Lebanese | Founder | 0 | 0 | 0 |
| Ashraf Asim Safi a-Din | Lebanese | Founder | 0 | 0 | 0 |
| Jamal Abd al-Hussein Basma | Lebanese | Authorized signatory | 0 | 0 | 0 |
| Ghassan Abd al-Hussein Basma | Lebanese | Authorized signatory | 0 | 0 | 0 |
| Ghassan Abd al-Hussein Basma | Lebanese | Director | 0 | 0 | 0 |
| Ashraf Asim Safi a-Din | Lebanese | Director | 0 | 0 | 0 |
| Ashraf Asim Safi a-Din | Lebanese | Attorney | 0 | 0 | 0 |

**Branches**

None.

**Commercial Representation**

None.

**Contracts**

None.

**Events and Notes**

None.

* Translator's note: The word "Shares" appears in the title of two columns in the above table. In Arabic, there were two different words, both can be translated as "Shares".

http://cr.justice.gov.lb/search/result.aspx?id=71000078753                                          1/1