# Exhibit 6




RTL: REPUBLIC OF LEBANON — Ministry of Justice — COMMERCIAL REGISTER

الجمهورية اللبنانية
وزارة العدل
السجل التجاري

## النجوم للإتصالات ش.م.م.

| رقم التسجيل: | 2001929 | الإسم التجاري: | النجوم للإتصالات ش.م.م. | | |
|---|---|---|---|---|---|
| المحافظة: | جبل لبنان (ج) | الإسم الإضافي: | STARS COMMUNICATIONS L.T.D. | | |
| وضع الشركة: | قيد التصفية | تاريخ التسجيل: | 10/6/2003 12:00:00 AM | نوع السجل: | عام |
| رأس المال: | 5000000.0000 | مدة الشركة: | | الشكل القانوني: | ش.م.م |
| نوع النشاط: | العنوان: حارة حريك – بعبدا – جبل لبنان. | | | | |

نوع النشاط: تجارة عامة - اجهزة خلوية - عقارات - استيراد وتصدير - الوساطة - كوميسيون - صناعة - خدمات - تسويق ومناقصات - تجارة الكترونية وكمبيوتر -

### المساهمون / الأشخاص

| الإسم | الجنسية | نوع العلاقة | الأسهم | الحصص | النسبة |
|---|---|---|---|---|---|
| كامل محمد امهز | لبنان | مفوض توقيع بالاتحاد والانفراد | 0 | 0 | 0 |
| علي يوسف ترحيني | لبنان | مفوض توقيع بالاتحاد والانفراد | 0 | 0 | 0 |
| حسين - عز الدين | لبنان | مصفي | 0 | 0 | 0 |
| كامل محمد امهز | لبنان | مدير | 0 | 0 | 0 |
| علي يوسف ترحيني | لبنان | مدير | 0 | 0 | 0 |
| فاطمه احمد قبيسي | لبنان | مؤسس | 0 | 0 | 0 |
| حسين احمد امهز | لبنان | مؤسس | 0 | 0 | 0 |
| كامل محمد امهز | لبنان | مؤسس | 0 | 0 | 0 |
| عبد الله زهير الساحلي | لبنان | شريك | 0 | 490 | 0 |
| سميره محمد الساحلي | لبنان | شريك | 0 | 5 | 0 |
| حسين احمد امهز | لبنان | شريك | 0 | 5 | 0 |
| هبه شوقي شاذبك | لبنان | محامي | 0 | 0 | 0 |

### الفروع
لا يوجد...

### التمثيل التجاري
لا يوجد...

### العقود
لا يوجد...

### وقوعات وإشارات

| الموضوع | المصدر | الفريق الأول | الفريق الثاني | المبلغ |
|---|---|---|---|---|
| ورد من مديرية الخزينة والدين العام دائرة تحصيل بيروت برقم:27/ص تاريخ 5/1/2008 كتاب لوضع اشارة تقسيط تجاري ضم للملف | المالية | | | 0.0000 |
| ورد من دائرة تنفيذ بيروت برقم 538/2012 طلب القاء حجز احتياطي مقدم من المدعية شركة كاين 7 شركة مدنية المطلوب الحجوز بوجهه كامل محمد امهزمع صورة عن القرارتاريخ 14/7/2012 لالقاء الحجز الاحتياطي على اسهم وحصص المحجوز عليه وعائدات هذه الاسهم تحت يد شركة النجوم للاتصالات ش.م.م | دائرة تنفيذ بيروت | | | 0.0000 |

**Global Arabic Translation Services**

الخدمات العالمية للترجمة العربية

26 Sheinfein St., Kfar Saba,, Israel
+972 54 8349.337
www.GatsTranslations.com

## CERTIFICATION

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, "The Lebanese Corporate Registration for Stars Communication L.T.D." is a true and accurate translation of the original text from the Arabic language into English.

Date: March 4, 2019

_____
Yaniv Berman

# Republic of Lebanon
## Ministry of Justice
### COMMERCIAL REGISTER

الجمهورية اللبنانية
وزارة العدل
السجل التجاري

## STARS COMMUNICATIONS L.T.D

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Registration No.: | 2001929 | Commercial Name: [Arabic] | STARS COMMUNICATIONS L.T.D | | |
| | | Additional Name: [English] | STARS COMMUNICATIONS L.T.D | | |
| District: | Jabl Lubnan (J) | Registration Date: | 10/6/2003 12:00:00 AM | Record Type: | General |
| Company Status: | Under liquidation | Company Term: | | Legal Form: | L.T.D. |
| Capital: | 5000000.0000[sic.] | Address: | Harik Neighborhood – Baabda – Jabl Lubnan | | |
| Nature of Business: | General trade, cellular devices, properties, import and export, intermediation, commission, manufacturing, services, marketing and tenders, E-commerce and computers. | | | | |

**Shareholders / persons:**

| Name | Nationality | Role | Shares* | Shares* | Stake |
|---|---|---|---|---|---|
| Kamil Muhammad Amhaz | Lebanese | Signatory authority, jointly and severally | 0 | 0 | 0 |
| Ali Yousif Tarhini | Lebanese | Signatory authority, jointly and severally | 0 | 0 | 0 |
| Hussein – Izz a-Din | Lebanese | Liquidator | 0 | 0 | 0 |
| Kamil Muhammad Amhaz | Lebanese | Manager | 0 | 0 | 0 |
| Ali Yousif Tarhini | Lebanese | Manager | 0 | 0 | 0 |
| Fatima Ahmad Queisi | Lebanese | Founder | 0 | 0 | 0 |
| Hussein Ahmad Amhaz | Lebanese | Founder | 0 | 0 | 0 |
| Kamil Muhammad Amhaz | Lebanese | Founder | 0 | 0 | 0 |
| Abdallah Zuheir a-Sahili | Lebanese | Partner | 0 | 490 | 0 |
| Samira Muhammad a-Sahili | Lebanese | Partner | 0 | 5 | 0 |
| Hussein Ahmad Amhaz | Lebanese | Partner | 0 | 5 | 0 |
| Hiba Shawqi Shazbik | Lebanese | Attorney | 0 | 0 | 0 |

**Branches**
None.

**Commercial Representation**
None.

**Contracts**
None.

* Translator's note: The word "Shares" appears in the title of two columns in the above table. In Arabic, there were two different words, both can be translated as "Shares".

2/25/2019                                                                                          Search result

**Events and Notes**

| Subject | Source | Party A | Party B | Sum |
|---|---|---|---|---|
| The Treasury and Public Debt Burau / Beirut Taxes Collection Department, sent Letter No. 27/S on Jan. 5, 2008, asking to include an instruction in the file to make commercial installments. | Ministry of Finance | | | 0.0000 |
| The Beirut Execution Department sent a request for Provisional Attachment No. 538/2012 on behalf of the plaintiff, Kain 7[**], a civil company. The request was filed against the attached party, Kamil Muhammad Amhaz, along with a photocopy of the decision that was taken on July 14, 2012 to place the provisional attachment of the attached party's shares and shares' revenues, under the control of STARS COMMUNICATIONS L.T.D. | Beirut Execution Department | | | 0.0000 |

** Translator's note: a company named "Karin 7" appears in a similar context in the Liban Stars document, which I also translated. I assume that this is the same company, and that its name is misspelled in one of the documents.