# Exhibit 7



Subscribe Now | Sign In

DOW JONES, A NEWS CORP COMPANY

Home  World  U.S.  Politics  Economy  Business  Tech  Markets  Opinion  Life & Arts  Real Estate  WSJ. Magazine                Search

Dow Futures 25533  0.03% ▲    S&P 500 F 2844.00  0.05% ▲    Stoxx 600 392.06  0.39% ▲    U.S. 10 Yr 5/32 Yield 2.958% ▲    Crude Oil 69.51  -0.14% ▼    Euro 1.1647  0.03% ▲

MARKETS
CFTC Nears Full Strength as Democrat Coasts Through …

OPINION
Rethinking the Best Universities in the World

TECH
'The Mobile Industry's Never Seen Anything Like This': An …

POLITICS
Trump, Aides Diverge Further on Russia

ARTS
'Mission: Fallout' R Under Pl…

WORLD

# U.S. Probes Web of Businesses for Ties to Alleged Hezbollah Supporters

Report points to a broad network of associates tied to the Amhaz brothers potentially operating in violation of U.S. sanctions

Case 1:19-cv-00007-CBA-VMS    Document 70-7    Filed 03/04/19    Page 3 of 7 PageID #: 7085



A Hezbollah fighter in Assal al-Ward, Syria, in 2015. The U.S. is scrutinizing individuals and companies for possible ties to supporters of the terrorist group. PHOTO: BASSEM MROUE/ASSOCIATED PRESS

By *Ian Talley* in Washington, Nazih Osseiran in Beirut and *Asa Fitch* in Dubai    💬 3 COMMENTS

July 27, 2018 5:30 a.m. ET

U.S. intelligence officials are probing a transcontinental network of real-estate, weapons and electronic firms for ties to two Lebanese men blacklisted for their alleged support of terrorist group Hezbollah, according to people familiar with the matter.

The U.S. Treasury probe of the Lebanon-based network comes as the Trump administration ramps up pressure against Iran and its proxies like Hezbollah.

Under scrutiny are individuals and companies tied to two men sanctioned in 2014 for purchasing sophisticated electronics for Hezbollah to develop military drones. The Obama administration accused the two Lebanese brothers, Kamel Mohamed Amhaz and Issam Mohamed Amhaz, of using Stars Group Holding company of Lebanon and its subsidiaries to buy drone technology.

Public and private documents gathered by a nonprofit advising the U.S. on national security threats point to a broad web of associates tied to the Amhaz network, potentially operating in violation of U.S. sanctions.

Washington-based C4ADS, the nonprofit, documented the broader Amhaz-linked network in a report last month, mapping out connections through corporate registries, real-estate records and other documents.



Kamel Amhaz attending an auction in Beirut in 2008. PHOTO: AP

The report is being reviewed by Treasury officials and other national-security officials, according to people familiar with the matter, raising the possibility of additional sanctions and other legal action against the network.

Previous reports by C4ADS, whose board and staff include several former U.S. national security officials, have been followed by U.S. action. For example, the group detailed in 2016 how Chinese conglomerate Dandong Hongxiang Industrial Development Co. was likely aiding North Korea's nuclear program. Three months later, the U.S. sanctioned the company.

Asked about the case, a Treasury official said the department "does not telegraph sanctions or prospective actions, and does not comment on investigations."

The latest C4ADS report zeroes in on five individuals, Mohammad Al Barghouthy, of the United Arab Emirates; Ali Abu Adas, of Jordan; and three Lebanese men, Achraf Assem Safieddine, Hussein Fahd Rahal and Jihad Hussein El Anan. It estimates their collective real-estate assets are worth more than $100 million.

"There is compelling evidence the wider Amhaz network had the infrastructure to move substantial amounts of money, as well as market access to small electronics and arms procurement, while also maintaining a significant property and commercial footprint," said C4ADS. "Individual partners are also connected to a potential Hezbollah operation, as well as corruption schemes in Liberia and money laundering activity in Lebanon and possibly the U.S.," the group said.

C4ADS noted its report doesn't definitively determine illicit activity, but rather shows "how sanctioned entities and individuals may be able to use corporate and real estate-related obfuscation to evade and adapt to sanctions."

According to documents reviewed by The Wall Street Journal, Mssrs. Abu Adas and Barghouthy are founders and longtime owners of Amhaz companies sanctioned in 2014. Mr. Barghouthy was the

### Most Popular Videos

1. Can Grownups Do the Floss? 

2. Highlights From Facebook's Stock-Sinking Earnings Call 

3. Pakistan Elections: What's Next? 

4. 35-Room Waterfront Mansion Within Commuting Distance of New York City 

5. Tour de France: When the Cycling Circus Comes to Town 

### Most Popular Articles

1. Trump Organization Finance Chief Called to Testify Before Grand Jury 

2. Juncker's Trade Pitch to Trump: 'I Can Be Stupid, as Well' 

3. Fiat Chrysler Chief Was Seriously Ill for More Than a Year 

4. Facebook Suffers Worst-Ever Drop in Market Value 

5. DOJ Probes TV Station Owners Over Advertising Sales 

majority shareholder of a sanctioned subsidiary of the Stars Group, Dubai-based Unique Stars Mobile Phones LLC, until at least late 2017. Official Lebanese documents also list both men as founders and directors of Fast Link SAL, another sanctioned firm whose name was changed earlier this year.

While the U.S. Treasury won't comment on the case, department officials say engaging with blacklisted entities is a violation of U.S. law that can incur sanctions and enforcement action.

## Sanctioned Ties

A network of individuals, companies and real estate linked to two Lebanese brothers sanctioned by the U.S. is being scrutinized by the U.S. Treasury.



*Recently-accessed corporate records say the company is 'under dissolution'

Source: C4ADS

Mr. Abu Adas, in an interview from Lebanon, denied partnering with the Amhaz brothers or Hezbollah. Responding to allegations in the C4ADS report, he provided copies of official Lebanese documents stating neither he nor Mr. Barghouthy were shareholders in two companies with names similar to the sanctioned firms. Another letter he provided from an international accounting firm said a separate Dubai-based business Mr. Abu Adas owns had no shareholding in the sanctioned Lebanese companies.

C4ADS said it didn't make any of the claims Mr. Abu Adas disputed with the documents.

— ADVERTISEMENT —

An executive at Mr. Abu Adas's Dubai-based mobile-phone distributor, Fast Telecom, said Kamel Amhaz had been a customer when Mr. Amhaz had a company in Dubai several years ago and might have created false links between his Lebanese business and Fast Telecom to make his business appear more legitimate.

Repeated attempts to reach Mssrs. Amhaz and Barghouthy directly and through their companies were unsuccessful.

Corporate records show the three Lebanese men C4ADS connected to the Amhaz brothers—Mssrs. Safieddine, Anan and Rahal—have been involved in firms founded or run by the blacklisted men, including an arms-importing company. Recent corporate records for Lebanese firm Liban Stars SAL, for example, list Mssrs. Safieddine and Anan as the primary owners alongside Kamel Amhaz.

In interviews, the three men said they had never sold arms to Hezbollah or supported the group.

"It's stupid to think that there is a company in Lebanon importing weapons and selling them to Hezbollah," Mr. Safieddine, who co-founded two of the companies sanctioned in 2014, said in an interview from Lebanon. "We did not do it," he said, adding that the partners closed the weapons firm in 2015.

Mr. Safieddine also owns U.S. real estate. Mr. Safieddine, along with a man named Bill Jamal—who is registered in state records as managing several companies linked to the Lebanese businessman—is associated with more than 30 U.S. property deals.

"He is a wonderful human being and he pays his taxes year after year," Mr. Jamal said of Mr. Safieddine.

Write to Ian Talley at Ian.Talley@wsj.com, Nazih Osseiran at Nazih.Osseiran@wsj.com and Asa Fitch at Asa.Fitch@wsj.com

HIDE COMMENTS (3)