UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBERT BARTLETT, *et al.*,

        Plaintiffs,

    - v -            No. 1:19-cv-00007-CBA-VMS

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 STATEMENT OF DEFENDANT BLOM BANK SAL

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BLOM Bank SAL makes the following disclosure through its undersigned counsel:

BLOM Bank SAL is a Lebanese joint stock company and is traded on the Beirut Stock Exchange. Global Depositary Receipts representing shares of BLOM Bank SAL are registered on the Luxembourg Stock Exchange and traded on the London Stock Exchange and Beirut Stock Exchange. BLOM Bank SAL has no parent corporation and no publicly held corporation owns a beneficial interest in 10 percent or more of its stock.

Dated: New York, New York
    March 4, 2019

Respectfully Submitted,

DECHERT LLP

By:  /s/  *Linda C. Goldstein*
     Linda C. Goldstein

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3817
linda.goldstein@dechert.com

*Attorneys for Defendant BLOM Bank SAL*