# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin
—
Roberto Ledesma
Justin Mercer
Lauren Valli

81 Prospect Street, Suite 8001
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: David@iLawco.com

March 25, 2019

**By Email Only**
Gary M. Osen, Esq.
Osen LLC
1441 Broadway, Suite 6022
New York, NY 10018
Email: gosen@osenlaw.com

***Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.***
E.D.N.Y. Case No. 1:19-cv-00007

Dear Mr. Osen:

      We represent proposed intervenor Mr. Achraf Safieddine, an interested non-party in the above-captioned action. Pursuant to Judge Amon's individual practices, and the Court's minute entry dated March 11, 2019, enclosed please find the following documents related to Mr. Safieddine's Motion for Limited Intervention and to Strike:

1. Notice of Motion;
2. Declaration of Achraf Saffiedine dated March 25, 2019 (with Exhibits A-E); and
3. Memorandum of Law in Support

Regards,

*/s/ David D. Lin*
David D. Lin

cc: Honorable Carol Bagley Amon (via ECF without enclosures)