**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601          1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400   F. 201.265.0303                                                                T. 212.354.0111

April 8, 2019

**VIA E-MAIL**

David D. Lin
LEWIS & LIN LLC
81 Prospect Street, Suite 8001
Brooklyn, NY 11201

  Re: ***Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.***
     **Case No. 19-cv-7 (CBA)(VMS)**

Dear Mr. Lin:

  Enclosed please find Plaintiffs' opposition to Mr. Safieddine's Motion for Limited Intervention and Motion to Strike.

           Sincerely,

           /s/ Gary M. Osen

cc: Hon. Carol Bagley Amon (via ECF without enclosures)