United States District Court
Eastern District of New York

_____

NOTICE OF
RELATED CASE

_____

The Civil Cover Sheet filed in civil action

__19____  CV  __2096 DLI-SJB_____

indicated that this case is related to the following case(s):

_____19-cv-7_____

_____

_____