# Exhibit A

## Transfer of shares

<div dir="rtl">

## عقد تفرغ وتنازل عن أسهم

</div>

| | |
|---|---|
| **First Party** : Houssein Ballout<br>**Second Party** : Kamel Amhaz | <div dir="rtl">**الفريق الاول – المتنازل له** : حسام بلوط<br>**الفريق الثاني – المتنازل** : كامل امهز</div> |

**Third Party** : Special Operations Group S.A.L Lebanese company registered at the commerce registrant in Beirut under file n# 1016909 the day of 17/5/2013

<div dir="rtl">**الفريق الثالث** : شركة سبيشال اوبريشونز غروب ش.م.ل المسجلة في السجل التجاري في بيروت برقم ١٠١٦٩٠٩ تاريخ ٢٠١٣/٥/١٧</div>

Since the **Second Party** holds and owns a share of 1000 stocks out of the total nominal stocks of Special Operations Group S.A.L **(third party)**.

<div dir="rtl">لما كان الفريق الثاني يملك ما مجموعه /١٠٠٠/ الـف سهم من الاسهم الاسمية في شركة سبيشال اوبريشونز غروب ش.م.ل (الفريق الثالث) .</div>

And since he wishes to waive and transfer 100 nominal stocks at the price of only **1000000 LP**

<div dir="rtl">ولما كان يرغب بالتنازل عن ١٠٠ سهم للفريق الاول بقيمتها الاسمية والبالغة مليون ليرة لبنانية لا غير.</div>

### Therefore

The second party irrevocably and totally agrees to relinquish and abandon his 100 nominal stocks for the benefit of the **first party** saying that all his rights are totally received.

<div dir="rtl">### لذلـــــــــك

تتنازل الفريق الثاني عن ١٠٠ سهم المنوه عنهم اعـلاه تنازلاً نهائياً لا رجوع عنه مبرءاً ذمـة الفريق الاول ابراء تاماً مصرحاً بان حقوقه قد وصـلته كاملــة دون نقصان .</div>

The **first party** and **third party** agree to the transfer

<div dir="rtl">وافق الفريقين الاول والثالث على هذا التنازل.
وعليه وقع الفرقاء</div>

| | | | |
|---|---|---|---|
| **First Party** | | | <div dir="rtl">**الفريق الاول**</div> |
| **Second Party** | | | <div dir="rtl">**الفريق الثاني**</div> |
| **Third Party** | | | <div dir="rtl">**الفريق الثالث عن الشركة**</div> |

## Transfer of shares

عقد تفرغ وتنازل عن أسهم

**First Party** : Jihad El Annan
**Second Party** : Kamel Amhaz

الفريق الاول – المتنازل له : جهاد العنان
الفريق الثاني – المتنازل : كامل امهز

**Third Party** : Special Operations Group S.A.L Lebanese company registered at the commerce registrant in Beirut under file n# 1016909 the day of 17/5/2013

الفريق الثالث : شركة سبيشال اوبريشونز غروب ش.م.ل المسجلة في السجل التجاري في بيروت برقم ١٠١٦٩٠٩ تاريخ ٢٠١٣/٥/١٧

Since the **Second Party** holds and owns a share of 1000 stocks out of the total nominal stocks of Special Operations Group S.A.L **(third party)**.

ما كان الفريق الثاني يملك ما مجموعه /١٠٠٠/ الف سهم من الاسهم الاسمية في شركة سبيشال اوبريشونز غروب ش.م.ل (الفريق الثالث) .

And since he wishes to waive and transfer 900 nominal stocks at the price of only **9000000 LP**

ولما كان يرغب بالتنازل عن ٩٠٠ سهم للفريق الاول بقيمتها الاسمية والبالغة تسعة ملايين ليرة لبنانية لا غير .

### Therefore

The second party irrevocably and totally agrees to relinquish and abandon his 900 nominal stocks for the benefit of the **first party** saying that all his rights are totally received.

لذلــــــــك

تنازل الفريق الثاني عن ٩٠٠ سهم المنوه عنهم اعــلاه تنازلاً نهائياً لا رجوع عنه مبرءاً ذمــة الفريــق الاول ابراءً تاماً مصرحاً بان حقوقه قد وصــلته كاملــة دون نقصان .

The **first party** and **third party** agree to the transfer

وافق الفريقين الاول والثالث على هذا التنازل.
وعليه وقع الفرقاء

**First Party**

**Second Party**

**Third Party**

الفريق الاول

الفريق الثاني

الفريق الثالث عن الشركة