# Exhibit B

# Special Operations Group S.A.L.

## Minutes of the extraordinary General Assembly of 11/9/2017

At nine o'clock of Monday 11/9/2017 the shareholders of the **Special Operations Group S.A.L.** a Lebanese Joint Stock Company, have met in general assembly at the company's Head Office, located in Beirut.

An attendance sheet has been established, signed by each shareholder upon entering the hall of the meeting.

The Assembly began by its office. Mr. Jihad El Annan presided the meeting and Mr. Mazen El-Housseini and Mr. Houssam Ballout assumed the function of vote scrutineers. Attorney Achraf Safieddine has been nominated secretary.

After checking the attendance sheet and having noticed its regularity, including the signatures, it has been confirmed that the attending shareholders represent the whole of the company's capital.
Therefore, the meeting has been considered held, according to the law. The attending shareholders renounced to their right of contestation of the regularity of the convocation and they declared and acknowledged that they have been notified according to the law.

شركة سبيشال اوبريشونز غروب
ش.م.ل.

محضر الجمعية العمومية غير عادية
المنعقدة
بتاريخ ٢٠١٧/٩/١١

في تمام الساعة التاسعة من يوم الاثنين الواقع في ٢٠١٧/٩/١١ اجتمع مساهمو شركة سبيشال اوبريشونز غروب (ش.م.ل.) بهيئة جمعية عمومية في مركز الشركة الرئيسي الكائن في بيروت.

نظمت ورقة حضور وقع عليها كل مساهم فور دخوله قاعة الاجتماع وباشرت الجمعية بتأليف هيئة مكتبها فترأس السيد جهاد العنان الجلسة وقام بمهمة وتدقيق الأصوات السادة مازن الحسيني وحسام بلوط وعيّن المحامي اشرف صفي الدين اميناً للسر.

وبعد التدقيق بورقة الحضور والتأكد من صحتها والتوقيع عليها، ثبت ان المساهمين الحاضرين يمثلون كامل اسهم الشركة.

وعليه اعتبرت الجلسة منعقدة وفقاً للأصول، وقد تنازل كل المجتمعين عن حقهم بالطعن بصحة الدعوة واقروا انهم مبلغون وفقاً للأصول.




Then the Chairman announced the Agenda of this assembly, containing the following subjects:

- The liquidation of the company.

After viewing all the documents and papers and after deliberation between the attending shareholders, the Extraordinary General Assembly adopted the following resolutions:

**Only Resolution:** The Assembly decided to dissolve the company permanently, and that the Board of Directors are cleared on all work done in previous year and assign Mr. Houssein Rahal and/or Mr. Hani Elhajj Moussa as liquidators.

(Resolution approved at the unanimity)
Mr. Houssein Rahal and Mr. Hani Elhajj Moussa has approved this resolution and has accepted the job entrusted to him.

As there were no more subjects to examine, the meeting was adjourned and a Minute has been established, duly signed by the shareholders, the office of the assembly after reading over the contents and their approval thereof.

President | Votes Scrutineer | Votes Scrutineers | Secretary

# Special Operations Group S.A.L.

**Attendance sheet of the extraordinary General Assembly**
Hold on : 11/9/2017

شركة سبيشال اوبريشونز غروب ش.م.ل.

لائحة محضر الجمعية العمومية غير عادية بتاريخ ١١/٩/٢٠١٧

| signature | no. of vote | v. of shares L.L | no. of shares | |
|---|---|---|---|---|
| | 1900 | 19000000 | 1900 | جهاد العنان / Jihad El Annan |
| | 100 | 1000000 | 100 | حسام بلوط / Houssam Ballout |
| | 1000 | 10000000 | 1000 | مازن الحسيني / Mazen Housseini |
| | 3000 | 30000000 | 3000 | المجموع |

President     Votes Scrutineer     Votes Scrutineers     Secretary


