# Exhibit C

# Alam Translation Center
*Lamia Abou Tayeh*
Sworn Translator



مـركز العلم للترجـمة
لميا أبوطايع
مترجمة محلفة لدى المحاكم

## Safieddine, Khoury & Jezzini law firm

*To the Attention of the Secretary of the commercial register in Beirut, Esquire*
*Request for Attestation*

*The Plaintiff:* Attorney Ashraf Safieddine,

The plaintiff hereby requests your Honor to be provided with a comprehensive attestation pertaining to the company denominated **LIBAN STARS SARL** registered before your department under number /1007327/ dated September 25, 2007.

Respectfully Yours,
By proxy,
(Signature)

No: 1007327
To be returned to the plaintiff with the attestation that on July 19, 2017, the company denominated LIBAN STARS SARL has been totally cancelled from the commercial register which is registered under no. /1007327/.

The present attestation has been delivered upon request.

Beirut, on August 03, 2018.
Acting Chief Clerk
Jihad KANAAN (Signature and seal)

*This is to certify that the enclosed text is a true and accurate English rendition of the Arabic document presented to me, as confirmed by my signature and seal below on August 16, 2018*



Address: Sami El Solh Str., Badaro, Beirut District, Facing Mc Donald's, Near Elias Al Alam Notary Public

# صفي الدين، الخوري وجزيني

## مكتب محاماة



جانب امين السجل التجاري في بيروت المحترم

طلب افادة

**المستدعي** : المحامي اشرف صفي الدين

يرجو المستدعي من جانبكم الكريم التفضل باعطائه افادة شاملة عن الشركة المعروفة باسم شركة ليبان ستارز ش.م.م والمسجلة لدى رئاستكم تحت رقم /١٠٠٧٣٢٧/ تاريخ ٢٥ ايلول ٢٠٠٧.

وتفضلوا بقبول الاحترام

بالوكالة



---

٥٥ – بناية عبدالله الخوري – شارع طالب حبيش – بدارو – بيروت – لبنان
هاتف / فاكس : ٠١/٣٨٣٧٣٧ – ٠١/٣٨٣٦٠٠   ص.ب : ٧١١٣-٢٠٥٨
E-mail : Danielle_ghanem@hotmail.com