Exhibit D

# Special Operations Group S.A.L.

## CHAPTER ONE

### CONSTITUTION AND NAME OF THE COMPANY, ITS OBJECTS, HEAD OFFICE AND DURATION

**ARTICLE I** -

A Lebanese Joint-Stock Company (Société Anonyme libanaise ) is hereby formed by and among the holders of the shares hereby issued or which may thereafter be issued. This Company shall be governed by the provisions of the present Statues the mandatory provisions of the Lebanese law and other directory provisions of the said Law which are not inconsistent with the provisions hereof.

**ARTICLE II** -

The name of the Company shall be **Special Operations Group S.A.L** Joint stock company.

**ARTICLE 3 – SUBJECT OF THE COMPANY**

The subject of this company is to execute in or out side Lebanon, Industrial , trading and commercial business especially those connected with import of weaponry and ammunition dedicated among the four categories of the legislative decree 137/59 – (Army – Internal security – state security, DGSG general directory of general security , customs) these forces have the sole right to be delivered through legal seaports, airports, and

شركة سبيشال اوبريشونز غروب
ش.م.ل.

الباب الأول

تأليف الشركة – اسمها – موضوعها – مركزها
مدتها

المادة 1 –

تؤلف بين أصحاب الأسهم المنشأة وفقاً لهذا النظام والتي قد تنشأ فيما بعد ، شركة مساهمة لبنانية تخضع لهذا النظام، ولأحكام القانون اللبناني الإلزامية ولأحكام القانون المذكور التكميلية غير المخالفة لنصوص هذا النظام .

المادة 2 –

إن اسم الشركة هو : شركة **سبيشال اوبريشونز غروب** ش.م.ل. شركة مساهمة لبنانية .

المادة 3 – موضوع الشركة

تتعاطى الشركة في لبنان وخارجه ، الصناعة والتجارة العامة بشكل عام وخاصة تلك المتعلقة باستيراد الاسلحة والذخائر والمعدات الحربية من الفئات الاربع الاولى المحددة بالمرسوم الاشتراعي 137/59 شرط ان يتم استيرادها لصالح القوى المسلحة اللبنانية ( جيش – امن داخلي – امن عام – امن دولة – جمارك ) دون غيرها وان يجري تسليمها مباشرة الى تلك القوى على المرافئ

or any ports of entry . all under the laws and regulations of the state of Lebanon . Commercial representation.

Constitution of companies or partnerships in Lebanese or foreign companies, signature of all kind of legal contracts, and generally execute all the work & operations related directly or indirectly to the subject of the company, all according to the legislative decree law 11/67

**ARTICLE  4 -**

The head office of the company shall be in **Beirut** and it may be transferred to any other place in Lebanon by virtue of a resolution adopted at a special meeting of the shareholders. Establishment and Discontinuation of branches and agencies within and without Lebanon shall be made in accordance with resolutions adopted by the Board of Directors.

**ARTICLE  5 -**

The duration of the company shall be **25** years as of the date of its final constitution, unless dissolved earlier or duly extended by virtue of a resolution adopted in accordance with the provisions of the present Statutes.

# CHAPTER  TWO
## CAPITAL OF THE COMPANY

**ARTICLE  6 -**

The capital of the company is fixed

البحريـــة او المطــار او الحــدود البريــة – ضــمن اطــار الالتــزام بـالقوانين والانظمـة المرعيـة الاجـراء ، التمثيـل التجاري .

كذلك تأسيس شركات او المساهمة في شركات لبنانية او في الخـارج واجراء جميـع اشكال العقود ، وعمومـاً القيـام بجميـع الاعمـال التـي تتصـل مباشـرة او بطريقـة غيـر مباشرة بموضوع هذه الشركة مـع مراعاة احكام المرسوم الاشتراعي رقم 11 تاريخ 11/7/67.

## <u>المادة 4</u> –

إن مركز الشركة الرئيسـي هـو **بيـروت** ويمكن نقله لأيـة بلـدة فـي لبنـان ، بموجب قـرار مـن الجمعيـة العموميـة الغيـر العاديـة. ويمكـن فـتح أو إغـلاق فـروع ووكـالات للشركة في لبنان وخارجه كما يقرره مجلس الإدارة .

## <u>المادة 5</u> –

مـدة الشركة **خمسـة وعشـرون** سنة ابتـداء مـن تـاريخ تأسيسها النهائي ، مـا لم يقرر حلها قبل ذلك أو تمدد مدتها وفق هذا النظام .

# الباب الثاني
## رأس مال الشركة

## <u>المادة 6</u> –

إن رأس مـال الشـركة محـدد بـ **ثلاثـين مليـون ليـرة**

at **Thirty million L.P** divided into

**3000** shares of **10000 L.P** each.

**ARTICLE 7 -**

All shares are nominal and registered in names of their owners in the shareholders' register kept at the Company's head office. Every shareholder is entitled to peruse the shareholders' register at all times during normal working hours.

**ARTICLE 8 -**

The capital must be subscribed to in full and payment could be in the following manner:

**Half** of the value of each share shall be paid upon subscription. The balance of the value of each share shall be paid on such dates as fixed by the Board of Directors by virtue of a call sent to each subscriber by registered mail. The Board of Directors may receive, before such fixed dates, advance payments on account of the unpaid installments of shares. In the event of failure by the subscriber to pay any installment on the date fixed by the Board of Directors, the company may, after the lapse of one month on the date of his receiving the call sent to him by registered mail with acknowledgment of receipt, without further step , sell at the Stock Exchange the shares in question in one lot or at intervals, for the account of the defaulting subscriber shall be liable for interest at the rate of 9% per annum. In case the acknowledgment of receipt is not returned to the company within one month time limit as from the date of its dispatch, the notice shall be published in a daily newspaper. The date of such publication shall be considered to be the date of the service of the notice on the defaulting subscriber.

لبنانيــة مـوزع علـى **ثلاثـة الاف** سـهم، قيمـة السـهم الواحد **عشرة الف ليرة لبنانية**

<u>المادة – 7</u>

إن اسهم الشـركة هـي اسـمية وتسـجل علـى أسـماء مالكيهـا فـي سـجل المسـاهمين المحفـوظ فـي مركـز الشـركة . ولكـل مسـاهم الحـق بـالاطلاع علـى سـجل المساهمين في أي وقت أثناء ساعات العمل العادية .

<u>المادة – 8</u>

يجب الاكتتاب بكامل رأس المال ، ويمكن ان يتم الدفع على الشكل الآتي :

يدفع **نصف قيمة كل سهم** عند الاكتتاب ويدفع رصيد قيمة كل سهم في التواريخ التي يحددها مجلس الإدارة بموجـب إنـذار يرسـل لكـل مكتتـب بواسـطة البريـد المضـمون . ويمكـن لمجلـس الإدارة ان يقبـل قبـل التواريخ المعينة هكذا دفعات مسبقة على حساب رصيد الأسـهم غيـر المسـددة . وفـي حـال عـدم دفـع أي قسـط فـي التـاريخ المعـين مـن مجلـس الإدارة ، يحـق للشـركة بعـد انقضـاء شـهر علـى تـاريخ تبلـغ الإنـذار الموجـه بالبريـد المضـمون مـع إشـعار بالوصـول للمكتتـب المتخلـف ، وبـدون أي إجـراء آخـر ، ان تبيـع فـي البورصـة لحسـاب المكتتـب المتخلـف وعلـى مسـؤوليته الأسهم المعنية، جملة أو على دفعات. ويكون المكتتب المتخلـف ملزمـاً بـدفع فائـدة قـدرها 9% سـنوياً ، وفـي حـال عـدم رجـوع الإشـعار بالوصـول للشـركة فـي مهلـة شـهر تبـدأ منـذ تـاريخ إرسـال الإنـذار ، ينشـر الإنذار فـي جريدة يومية محلية.

The certificates relating to the said shares shall be cancelled and new certificates shall be issued to the purchasers bearing the same serial numbers. The net proceeds of the said shares shall be deducted from the amount due by the defaulting subscriber in accordance with the law and shall be due to the company in priority over all other creditors including pledges and whatever the nature of their debt may be and even in case of bankruptcy of the defaulting subscriber. The said subscriber shall become debtor for any deficit, or creditor for any surplus resulting from such sale. The eventual surplus shall be placed at his disposal but shall not bear interest. The company shall have the right at all times to sue the defaulting subscriber personally.

**ARTICLE  9 -**

The shareholders' register shall be irrevocable evidence of the title of the holder to all shares registered therein against his name. This evidence cannot be attacked or challenged by any other means of evidence. Final share certificates shall be issued for fully paid up shares. One certificate may be issued in respect of more than one share if such shares are owned by one person. Provisional certificates shall be issued for shares not fully paid up and shall be replaced by final certificates shall be detached from a book with counterfoil and shall be signed by the Chairman of the Board of Directors and a member of the Board. They shall be numbered and shall bear the company's seal.

**ARTICLE  10 -**

ان تاريخ النشر يعتبر تاريخ تبلغ الإنذار من قبل المكتتب المتخلف. إن الشهادات الخاصة بتلك الأسهم تصبح ملغية وتصدر شهادات جديدة للمشترين تحمل ذات أرقام التسلسل . إن المبلغ الصافي الحاصل من بيع تلك الأسهم يحسم من المبلغ المتوجب على المكتتب المتخلف وفق القانون ، ويكون هذا المبلغ مستحقاً للشركة بالأفضلية على سائر دائني المكتتب المتخلف بما في ذلك الدائنين المرتهنين وبصرف النظر عن طبيعة ديون هؤلاء الدائنين وحتى في حالة إفلاس المكتتب المتخلف . ويكون المكتتب المذكور مديوناً بالفرق ، أو دائناً للزيادة التي توضع تحت تصرفه بدون فائدة . ويحق للشركة في كل وقت أن تقيم الدعوى الشخصية على المكتتب المتخلف .

**المادة 9 –**

إن تسجيل السهم على اسم المساهم في سجل المساهمين إثبات قاطع لا يقبل البينة المعاكسة لملكيته للسهم ، وان هذا الاثبات لا يمكن الطعن به ولا مناقشته بأية وسيلة اخرى من وسائل الاثبات . وتصدر شهادات نهائية بالأسهم المسددة قيمتها بكاملها ويجوز اصدار شهادة واحدة بأكثر من واحد اذا كانت لمالك واحد. تصدر شهادات مؤقتة للأسهم غير المسددة كامل قيمتها وتستبدل هذه الشهادات المؤقتة بشهادات نهائية عند تسديد كامل القيمة المعينة فيها . وتقتطع شهادات الأسهم من سجلات ذات ارومات وتوقع من رئيس مجلس الادارة وأحد اعضاء هذا المجلس ، وترقم هذه الشهادات وتمهر بخاتم الشركة.

**المادة 10 –**

A shareholder's liability for the company's obligations shall be limited to the value of the shares he holds. No claim may be made against him for payment in excess of that value.

**ARTICLE 11 -**

Subject to the provisions of Articles 7, 12 and 13 hereof and to the statutory provisions relative to the transfer of the title of shares and subject further to paragraph 3 of this Article, a shareholder may transfer his registered share to any other person by virtue of a deed of transfer, an extract of which shall be entered in the shareholders' register. The deed of transfer shall be signed by the transferor and the transferee. The company may require the authentication of these signatures by a Notary Public, and may also require proof of the parties' nationality and legal capacity. Shares not fully paid up shall not be negotiable or transferable unless all calls on the capital as resolved by the Board of Directors have been fully paid.

**ARTICLE 12 -**

The company, represented by the chairman of the Board of Directors or by its general manager, shall have the right of preemption on registered shares transferred to other than a shareholder howsoever such transfers arise including transfers arising from the death of a shareholder. This right must be exercised within eight days following the date of entry in the shareholders' register of the extract of the deed of transfer referred to in Article XI Paragraph 1, failing which the company shall forfeit the said right in accordance with the

تحدد مسؤولية المساهم عن التزامات الشركة في حدود قيمة الأسهم التي يملكها ولا يجوز مطلقاً مطالبته بدفع اكثر من ذلك .

**المادة 11 –**

يجوز لأي مساهم ، مع التقيد بأحكام الفقرة الثالثة من هذه المـادة ، التفرغ عن اسهمه الاسمية لأي شـخص آخـر بموجب عقد تفرغ تـدوّن خلاصـته فـي سـجل المساهمين ، شرط ان تراعى في ذلك نصوص المواد 7 و 12 و 13 مـن هـذا النظـام وسـائر النصـوص القانونية الخاصة بانتقال ملكية الأسهم . يوقع عقد التفرغ المتفرغ والمتفرغ لـه وللشركة الحـق ان تفرض تصديق التواقيـع مـن قبـل الكاتب العـدل كمـا لهـا ان تطلب اثبات جنسية الفقراء الفرقاء واهليتهم القانونية . ان الأسهم التي لم تسدد قيمتها بكاملها لا يجوز التفرغ عنها أو تداولها الا اذا كانت كافة اقساط رأس المال المطالب بدفعها بموجب قرارات من مجلس الادارة قد سددت بكاملها .

**المادة 12 –**

يكـون للشركة ، الممثلـة بـرئيس مجلـس ادارتهـا أو بمـديرها العـام ، حـق الشـفعة علـى الأسـهم الإسمية المتفرغ عنها لشخص غير مساهم وأياً كانت طريقة اتمام هذا التفرغ بما في ذلك انتقال ملكية الأسهم الناتج عن وفاة المساهم . وعلى الشـركة ان تمـارس حـق الشفعة هذا في الثمانية الأيام التي تلي تدوين خلاصة عقد التفرغ فـي سـجل المسـاهمين المشـار اليه في المادة الحادية عشر فقرة اولى والا سقط حقها هذا وفقاً

provisions of the Lebanese Commercial Law. the right of preemption shall be exercised by the service of a notice on the transferee sent through the Notary Public and accompanied by a tender of payment of the price. The price shall be annually fixed by the general shareholders' meeting for all transfers to be made during the next financial year. This meeting shall fix the price on the basis of a report submitted to it by the auditors to this effect. The exercise of the right of preemption by the company shall be entered, on the same day, in the shareholders' register. Mention is made of the exercise of this right on the extract of the deed of transfer. Such exercise of right shall amount to a definite transfer of the title of the shares to the company. When exercising the right of preemption, the company shall not have recourse except to the reserve funds in excess of the legal reserve. The transfer can not be registered in the commercial registry without the approval of the majority of the members of the board of directors along with the General Manager.

لأحكــام قانون التجارة اللبناني . ويمارس حق الشفعة بإرسال اعلام الى المتفرغ له بواسطة الكاتب العدل مـع عرض فعلي للثمن . ويحدد هذا الثمن سنويا  من قبل الجمعيـة العموميـة للمساهمين وذلـك لكافة التفرغـات التي تتم خلال السنة المالية التالية . لهذه الجمعية ان تحـدد الـثمن بالإستناد الـى تقريـر يقدمـه لهـا مرقبـو الحسابات لهذه الغاية . ان ممارسة الشركة حق الشفعة يدوّن في سجل المساهمين في ذات اليوم الذي يجري فيه، وتوضـع اشارة في ممارسة حق الشفعة هذه على هـامش خلاصـة عقـد التفرغ . ويكـون مفعـول هـذه الممارسـة نقل ملكيـة الأسـهم الـى الشركة حتمـاً .  لا يجــوز للشـركة ان تمـارس حـق الشـفعة  الا بـأموال الاحتياطي الزائد  عن الاحتياطي القانوني . وعلى كل الأحوال فإنه لا يحق لأي من الفرقاء  تسجيل التفرّغ في السجل التجاري الا بموافقة اكثرية اعضاء مجلس الادارة ومن ضمنهم المدير العام .

**ARTICLE  13 -**

If the company does not exercise the right of pre-emption within the period fixed in the preceding Article, this right shall pass to the shareholders. However, in this case the transferor shall notify all other shareholders of the sale of his shares by registered letter addressed to their address as appearing in the shareholders' register which address shall be deemed correct for all intents and purposes. A Shareholder may exercise the right of pre-emption within 21 days commencing from the date of posting of the registered letter. Such exercise of right shall be subject, as to form and price, to the requirements laid down in the preceding Article, compliance with which

**المادة 13 –**

اذا لم تمارس الشركة حق الشفعة في المهلة المحددة في المادة السابقة انتقل الحق الى المساهمين . ولكن على المتفرغ في هذه الحالة ان يبلغ كافة المساهمين بيـع اسـهمه وذلـك بموجـب كتـاب مضمـون يرسـل للمساهمين على العنوان المبين في سجل المساهمين ، ويعتبر هذا العنوان صحيحاً في جميع الأحوال ولكافة الأغراض .  ويكون لكل مساهم لكي يشفع مهلة واحد وعشرين يوماً تبتدئ من تاريخ ارسال الكتاب المضمون لـه ويتوجب عليه ان يراعي الشروط المتعلقة بالشكل

must be notified to the Company. If two or more shareholders give notice accompanied by tender of payment of the price within the said period of 21 days, the shares shall be divided between them in proportion to their respective shareholdings at the expiry of the period of 21 days. When the shares available cannot be divided exactly, any surplus shares will be available to the largest shareholder.

وبـالثمن الموضـوعة فـي المـادة السـابقة  وان يحـيط الشركة علماً بإتمامه تلك الشروط . واذا ارسل شفيعان أو اكثر خـلال مهلـة الواحدة وعشرين يوماً المذكورة الاعـلام مصـحوباً بـالعرض الفعلي  للـثمن قسـمت الاسهم بينهم بنسبة حيازتهم للأسهم بتاريخ انتهاء مدة الواحد والعشـرين يومـاً. وعنـدما يكـون عـدد الأسـهم موضوع الشفعة غير قابل للقسمة تماماً فان اية زيادة في الأسهم تعرض على المساهم الذي يحوز اكبر عدد من اسهم الشركة.

## ARTICLE 14 -

The transfer of a registered share shall not be considered final before the expiry of the periods provided for in the preceding articles 12 and 13 for the exercise of the right of pre-emption. Where the right of pre-emption is not exercised until the expiration of these periods, the shares shall be finally registered in the name of the transferee.

## المادة 14 –

لا يعتبر التفرغ عن سهم اسمي تفرغاً نهائياً الا بعد انتهاء مهلة ممارسة حق الشفعة المنصوص عليها في كـل مـن المـادتين 12 و 13 اعـلاه .  ولـدى انتهـاء المهلـة المـذكورة دون ممارسـة حـق الشـفعة خلالهـا ، يصار نهائياً الى تسجيل الأسهم على اسم المتفرغ له.

## ARTICLE 15 -

The share is indivisible vis-à-vis the company that only recognizes a sole owner for each share.

## المادة 15 –

ان السهم غير قابل للتجزئة تجاه الشركة التي لا تقر الا بمالك واحد لكل سهم .

## ARTICLE 16 -

Subject to Article 12, in the event of death of a shareholder, his heirs or successors shall appoint one of them to represent them or they may proceed to partition among themselves, provided that, in this case, no share shall become the property of more than one person. The exercise of any rights connected with the

## المادة 16 –

فـي حالـة وفـاة احـد المسـاهمين ، ومـع مراعـاة احكـام المادة 12 ، فان على ورثته أو خلفائه ان يعينوا احدهم ليحل محلهم أو ان يجروا القسمة بينهم شرط الا يصبح السهم الواحد ملكاً لأكثر مـن شـخص واحـد. وتتوقف

shares of the deceased person shall be suspended until his heirs or successors have complied with the provisions of the first paragraph of this Article.

## ARTICLE 17 -

In the event a shareholder becomes bankrupt, the trustee in the bankruptcy, (or if there are more than one, such trustees as might be delegated for this purpose) shall represent the bankrupt shareholder, irrespective of whether or not the said trustee is himself a shareholder in the company. The rights deriving from the shares shall revert to the bankrupt once he is re-habilitated. In the event of transfer of the shares to a third party, the provisions of Articles 7, 11, 12 and 13 of the present statutes shall be complied with.

## ARTICLE 18 -

The holding of a share necessarily implies full, final, unconditional and irrevocable acceptance by the holder of the company's rules and regulations and of the resolutions adopted by the shareholders in a shareholders meeting or by the Board of Directors.

## ARTICLE 19-

The representatives or creditors of a shareholder may not, for any reason whatsoever, lay attachment on the property or books of the company nor may they interfere in any way in its affairs or management, or effect any partition or sale of the said property.

## ARTICLE 20 –

Subject to the provisions of the second

ممارسة الحقوق المتعلقة بأسهم المتوفي الى ان ينفذ ورثته أو خلفاؤه احكام هذه المادة .

## المادة 17 –

في حالة اعلان افلاس احد المساهمين يقوم وكيل التفليسة ( واذا كان هناك اكثر من وكيل فيقوم احد الوكلاء المنتدب لهذه الغاية ) مقام المساهم المفلس سواء كان وكيل التفليسة هو نفسه مساهماً في الشركة أو لم يكن . وتعود للمفلس حقوقه في السهم متى رفع عنه الافلاس، وتراعى احكام المواد 7 و 11 و 12 و 13 من هذا النظام في حالة انتقال ملكية الأسهم الى شخص ثالث .

## المادة 18 –

ان الحيازة على سهم ما يستتبع حتماً القبول التام ، الناجز ، النهائي وغير المشروط ، بأنظمة الشركة والمقررات التي تتخذها الجمعية العامة أو يتخذها مجلس الادارة .

## المادة 19 –

لا يحق لممثلي المساهم أو لدائنيه ، أياً كان السبب ، وضع الأختام على اموال الشركة أو دفاترها أو التدخل بأي شكل كان في شؤون الشركة أو ادارتها، أو قسمة اموال الشركة أو بيعها .

## المادة 20 –

يعطي كل سهم لمالكه ، بدون تمييز ، الحق بنصيب

paragraph of article 23, each share gives its owner, without any discrimination, the right to a relative share in the company's profits and assets' ownership.

**ARTICLE  21 -**

The rights and obligations attached to a registered share devolve upon the last holder in whose name it is registered. He alone shall have the right to receive the amount due on the share, whether in the form of interests' dividends on proceeds of the company's assets.

**ARTICLE  22 -**

Upon payment of the original capital in full, the shareholders may, at a special meeting, increase the capital of the company by issuing new shares each of the same nominal value as the old shares. No new share may be issued for a value less than the nominal value of the old shares. If new shares are issued for a value exceeding such nominal value, the difference shall go to the reserve. The Special Meeting of Shareholders which determines the increase of capital may restrict the right of subscription to all or part of the new shares to the old shareholders, leave such right open without restriction or determine such other method as they deem proper.

**ARTICLE  23 -**

All the provisions applicable to the old shares shall apply to the new shares, in particular Article 7, 8, 11, 12 and 13. Each subscriber to new shares shall be entitled to receive a share

نسبي في ملكية  موجودات الشركة وفي ارباحها شرط ان تراعى في ذلك احكام الفقرة الثانية من المادة 23 من هذا النظام .

**المادة 21 –**

ان الحقوق والموجبات المتصلة بالسهم الأسمية تتبع مالكه الأخير الذي يكون السهم قد تسجل على إسمه ، وله وحده الحق بقبض المبالغ المستحقة العائدة للسهم، سواء كانت فوائد أو أنصبة في الأرباح أو توزيع لموجودات الشركة .

**المادة 22 –**

بعد دفع رأس المال الأساسي برمته ، يجوز للجمعية العامة غير العادية  زيادة رأسمال الشركة وذلك بإصدار اسهم جديدة يكون لكل منها نفس القيم الاسمية التي للأسهم القديمة .  ولا يجوز اصدار اسهم جديدة  بقيمة اقل من القيمة الاسمية تلك ذهب الفرق الى الاحتياطي . للجمعية العمومية غير العادية  التي تقرر زيادة رأس المال ان تقرر اما حصر حق الاكتتاب بكل او بجزء من الأسهم الجديدة بالمساهمين القدماء ، واما ترك حق الاكتتاب مفتوحاً دون قيد ، أو خلاف ذلك كما تبغي .

**المادة 23 –**

تطبق جميع الأحكام المختصة بالأسهم القديمة على الأسهم الجديدة وخاصة المواد 7 و 8 و 11 و 12 و 13 . يحق لكل  مساهم بالأسهم الجديد حصة من

in the company's assets and profits proportionate to the amount paid by him on account of the nominal value of such shares.

**ARTICLE  24 -**

The capital of the company may be decreased subject to the conditions and reservations laid down in Article 72 hereof.

# CHAPTER  THREE
## MANAGEMENT OF THE COMAPNY

**Board of Directors:**

**ARTICLE  25 -**

1- The company shall be managed by a Board of Directors composed of not less than three and not more than twelve members as determined by the shareholders at their annual meeting. The said directors shall be elected at the annual shareholders meeting from among Shareholders holding at least 50 shares, or any other proportion of the capital stock of the Company specified by the Law, provided the period of office of the Board of Directors shall not exceed 3 years and provided that the **At least – 2/3 of the board - shall be of Lebanese nationality according to article 144 of commercial law**

2- It is permissible for Associations, as well as for partnerships and corporations, participating as shareholders in this company to be represented in the Board of Directors. the Association will be represented by any member of its Administrative Board, the partnerships by one of the partners, the corporations by a manager or by a person appointed by the Board of Directors. These

الموجودات والأرباح بنسبة ما دفعه من قيمتها الاسمية .

**المادة 24 –**

يجـوز تخفيـض رأسـمال الشـركة حسـب الشـروط والتحفظات الواردة في المادة 72 من هذا النظام .

**الباب الثالث**
**ادارة الشركة**

**مجلس الادارة :**

**المادة 25 –**

1– يدير الشركة مجلس ادارة مؤلف من ثلاثة اعضاء على الأقل واثني عشر عضواً على الأكثر كما تقرر الجمعيـة العموميـة العاديـة ، ينتخبـون مـن الجمعيـة العادية من بين المساهمين الذين يحوز كل واحد منهم **خمسـين** سـهماً علـى الأقـل، أو أيـة نسـبة اخـرى مـن رأسمال الشركة يحددها القانون شرط ان لا تتجاوز مدة وظيفة اعضاء مجلس الادارة ثلاث سنوات **مـع مراعاة المادة 144 قانون تجارة بحيث ثلثي اعضاء مجلس الادارة من الجنسية اللبنانية** .

2– يجـوز للجمعيـات والشـركات ان تكـون ممثلـة فـي مجلس الادارة . يمثل الجمعية احد اعضاء هيئتهـا الاداريـة ، وتمثـل شـركات الأشـخاص بأحـد الشـركاء وشـركات الأمـوال بأحـد المـديرين أو بشـخص يعينـه مجلس الادارة . ويقبـل هـؤلاء الممثلـين فـي مجلس

representatives will be admitted in the Board of Directors even though they are not shareholders in this company.

الادارة حتى اذا لم يكونوا مساهمين في هذه الشركة .

**ARTICLE 26** -

Directors elected by the General Shareholders Meeting shall hold office for a period not exceeding 3 years as determined by said meeting, or until the shareholders elect a new board at their annual meeting. Any director may be reelected.

**المادة 26** –

ومدة وظيفة اعضاء مجلس الادارة المنتخبين من قبل الجمعية العمومية يجب ان لا تتجاوز ثلاث سنوات حسب ما تقرره هذه الجمعية أو الى ان تنتخب هذه الجمعية مجلس ادارة جديد . ويجوز اعادة انتخاب أي عضو المرة بعد المرة بدون تحديد .

**ARTICLE 27** -

A director shall be deemed to have vacated his office in the following cases:

a- If the number of shares held by him falls below **50** shares.

b- If he is declared bankrupt.

c- If he becomes insane or of Unsound mind.

d- If he resigns his office by notice in writing to the Chairman of the Board of Directors and his resignation is accepted by the Board.

e- If he is removed from his office in accordance with the provisions of these statutes.

f- If he absents himself from three consecutive meetings of the Board without good cause acceptable to the Board.

g- If, in the event of his having an interest or benefit directly or indirectly in a business or an agreement entered into or intended to be entered into with the company or for its

**المادة 27** –

يعتبر منصب عضو مجلس الادارة خالياً في كل من الأحوال الآتية :

أ – اذا نقص عدد الأسهم التي يملكها عن **خمسين** سهماً .

ب– اذا اعلن افلاسه .

ج– اذا اصبح معتوهاً أو مختل العقل .

د – اذا استقال من منصبه بموجب اشعار خطي لرئيس مجلس الادارة وقبلت استقالته من مجلس الادارة .

ه اذا عزل من منصبه بموجب هذا النظام .

و– اذا تغيب عن حضور ثلاث جلسات متتالية من جلسات مجلس الادارة بدون عذر مقبول لدى المجلس .

ز– اذا لم يتقيد بمضمون المادة 158 من قانون

account, he fails to comply with the provisions of Article 158 of the Commercial Law.

h- If he holds office or becomes a member of the Board of Directors of a firm carrying out the same or part of the same business of this company without complying with the provisions of Article 31 hereof.

**ARTICLE  28** -

Where the office of a director becomes vacant in the interval between two meetings of the shareholders, the Board of Directors shall, within one month from the date on which the vacancy occurs, either call an ordinary meeting of the shareholders to elect a director to fill the vacant office or decide to maintain the Board with the remaining Directors. However, if the remaining Directors are less than 3 they shall have to call a regular meeting as aforesaid. The director so elected shall hold office until the end of the term of office of his predecessor.

**ARTICLE  29** -

In the exercise of their duties within the limits of their authority in an honest and lawful manner, the directors shall not incur any personal liability in connection with the commitments of the Company, and shall not be responsible towards the shareholders except for the good and proper conduct of the business entrusted to them.

التجارة ، في حالة وجود مصلحة أو فائدة ، مباشرة أو غير مباشرة له في مشروع  أو اتفاقية عقدت أو ينوى عقدها مع الشركة أو لحسابها .

ح– اذا شغل وظيفة أو اصبح عضواً في مجلس ادارة مؤسسة تتعاطى نفس أو بعض الأعمال التي تتعاطاها الشركة دون ان يتقيد بما جاء  في المادة 31 من هذا النظام .

**المادة  28** –

عندما يشــغر مركــز فــي مجلــس الادارة فــي المــدة المتراوحــة بــين جمعيتــين عــامتين فانه يجوز لمجلس الادارة ، خــلال الشــهر الــذي يلــي الشــغور ، ان يــدعو الجمعية العامة العادية للانعقاد لانتخاب عضو للمركز الشاغر ، أو ان يقرر استمرار المجلس بالعدد الباقي من الأعضاء ، على انه انه اذا نقص هذا العدد عن ثلاثة فان على مجلس الادارة الدعوة لجمعية عمومية  كما هو منصــوص عليــه اعــلاه . ولا يبقى عضو مجلس الادارة الذي انتخب على هذا الوجه في وظيفته الا الى التاريخ الذي كان يجب ان تنتهي فيه وظيفة سلفه .

**المادة  29** –

ان اعضــاء مجلــس الادارة ، عندمــا يقومــون بــوظيفتهم وضــمن حــدود صــلاحيتهم ودون غــش أو مخالفــة للأنظمة ، لا يتحملون أي موجب شخصي في كل ما يختص بتعهدات الشركة ولا يسالون تجاه المساهمين الا بتنفيــذ مــا وكــل الــيهم  دون تجــاوز أو خطــأ فــي الادارة .

**ARTICLE 30** -

Every director shall deposit in escrow with the Company **50** nominative shares, or any other proportion of the capital stock of the company specified by the Law, as security for proper administration. These shares shall remain in his name, shall be endorsed "not transferable" and shall be deposited in the company's safe or any other place determined by the law during the whole period of office of the said director and until he is discharged from liability upon approval of the company's accounts of the last financial year in which he held office.

**ARTICLE 31** -

Directors may not take part in the administration of a similar company, unless they obtain each year a special authorization to this effect at a shareholders meeting.

**ARTICLE 32** -

The members shall elect from among them a Chairman to the Board whose period of office shall be the same as that of the Board.

**ARTICLE 33** -

The Board of Directors shall meet whenever necessary upon notice sent by the Chairman **7** days before the date of the meeting unless all the members agree to meet without notice. Any member of the board of directors may at any time require any matter affecting the company to be considered by a meeting of the Board of Directors. The presence personally or by proxy of at least half of the number of directors shall be necessary to constitute a quorum of the meetings of the Board.

<div dir="rtl">

**المادة 30** –

يجـب ان يخصـص كـل عضـو مـن اعضـاء مجلـس الادارة **50** سهماً من اسهم الشركة أو اية نسبة اخرى مـن رأسـمال الشـركة يحـددها القانون ضـمانة لإدارتـه ويجب ان تبقى هذه الأسهم باسمه وان يلصـق عليها طابـع يشير الى عدم جواز التفرغ عنها وان تودع في صـندوق الشـركة أو أي مكـان آخـر يحـدده القـانون طـوال مدة وظيفـة هذا العضـو الـى ان تبـرأ ذمتـه مـن اعباء وكالته بموجب تصديق حسابات الشركة العائدة لآخر سنة مالية مارس فيها وظيفته .

**المادة 31** –

لا يجوز لأعضاء مجلس الادارة ان يشتركوا في ادارة شركة مشابهة لهذه الشركة ما لم يستحصلوا سنوياً على ترخيص خاص لذلك من الجمعية العامة.

**المادة 32** –

ينتخب اعضاء مجلس الادارة من بينهم رئيساً للمجلس المذكور ولمدته .

**المادة 33** –

يجتمـع مجلـس الادارة كلمـا تدعو الحاجـة لذلك بناء على دعوة من رئيس المجلس قبل **سبعة** أيام من موعد الجلسـة مـا لـم يوافق جميـع الأعضـاء علـى الاجتمـاع دون التقيد بضرورة الدعوة . ويجوز لأي من اعضاء مجلـس الادارة ان يطلـب عقـد جلسـة لمجلـس الادارة لمناقشة امر يهم الشركة . ان حضور أو تمثيل نصف اعضاء المجلس على الأقل ضروري لصحة مداولاته .

</div>

**ARTICLE  34**

A member may authorize another director to represent him and vote for him at the meetings of the Board, provided such authorization be in writing and for a specified meeting or a determined period. A director may not represent more than one other director.

**ARTICLE  35 -**

Resolutions of the Board shall be adopted by a simple majority vote of the directors present or represented. In case of equality of votes, the Chairman shall have a casting vote. If the Chairman is absent, the director acting in his place shall have the casting vote.

**ARTICLE  36 -**

Minutes of all the meetings of the Board of Directors and of the Shareholders, whether constituent, special or regular, shall be recorded in a Register kept at the Company's Head Office and signed by the directors attending the Board's meeting or by the Officers of the Shareholders meeting as the case may be. The chairman of the Board, and in his absence, the General Manager or the director acting for the Chairman, shall certify any extracts of such minutes intended for production in Courts or elsewhere.

<div dir="rtl">

**المادة 34 –**

يجوز لأي عضو من اعضاء مجلس الادارة ان يفوض عضواً آخر ليمثله ويقترع بالنيابة عنه في جلسات المجلس، علــى ان يكــون هــذا التفــويض خطيــاً ومخصصاً لجلسة معينة  أو لمدة معينة . ولا يجوز ان يمثل العضو الحاضر الا عضواً واحداً .

**المادة 35 –**

تؤخذ قرارات مجلس الادارة بالأكثرية البسيطة لأصوات الأعضاء الحاضرين والممثلين . وفي حال تساوي الأصوات يرجح صوت الرئيس . واذا لم يشترك الرئيس في الاقتراع فان صوت عضو مجلس الادارة الذي يقوم مقامه في الرئاسة هو الصوت المرجح .

**المادة 36 –**

تُضبط مداولات مجلس الادارة ومداولات الجمعيات العامة ، تأسيسية كانت أم عادية أم غير عادية ، في محاضر تدون في سجل محفوظ في مركز الشركة الرئيسي وتوقع من اعضاء مجلس الادارة الذين اشتركوا فيها ( فيما يختص بمداولات المجلس ) ، أو مـن اعضـاء مكتـب الجمعيـة ( فيمـا يختـص بمـداولات الجمعيات العامة ) . ويصدق رئيس مجلس الادارة – وفي حال غيابه المدير العام أو عضو  مجلس الادارة الـذي يقـوم مقـام الـرئيس – النسـخ المستخرجة مـن المحاضر  والتي يقتضي ابرازها لدى القضاء أو أي شخص آخر.

</div>

**ARTICLE  37 -**

The Board shall have the widest powers for the administration of the Company's property, business and interests, with the exception of such powers as by Lebanese law or the present statutes may only be exercised by the Shareholders Meeting.

**ARTICLE 38 -**

Minutes of the meetings or certified copies or extracts thereof shall be conclusive legal evidence of the number and identity of the directors present, represented or absent and of all other matters included in such minutes.

**ARTICLE 39 -**

No person may be appointed as a member of the Board of Directors if he has been convicted of a felony, forgery, use of forged documents, theft, breach of trust, fraud, or an attempt to commit a crime, or if he had been declared bankrupt and has not been rehabilitated.

**ARTICLE  40 -**

The Chairman of the Board shall act as General Manager may appoint a member of the Board of Directors to carry out all or part of his duties provided such appointment shall be in writing and for a determined period. The Chairman of the Board of Directors may request the Board to appoint a General Manager from outside the company whom he would suggest, provided the appointed

<div dir="rtl">

**المادة 37 –**

للمجلس اوسـع السـلطات  فـي ادارة امـوال الشـركة واعمالها ومصالحها  ولا تستثنى الا الصـلاحيات التـي منحها صراحة القانون اللبناني أو هذا النظام للجمعية العمومية .

**المادة  38 –**

ان محاضر الجلسات والصور والخلاصات المستخرجة عنها والمصدقة تعتبر بينـة قانونيـة قاطعـة عـن عـدد اعضـاء مجلـس الادارة الحاضـرين  وعـن اسـماء الأعضاء الحاضرين شخصياً أو الممثلين والأعضاء الغـائبين وعـن سـائر الأمـور التـي تتضـمنها تلـك المحاضر .

**المادة 39 –**

لا يجوز تعيين شخص عضـو فـي مجلـس الادارة اذا كـان سـبق وحكم عليـه لجنايـة أو تزويـر أو اسـتعمال الأوراق المزورة أو سرقة أو إساءة ائتمان أو احتيال أو تهويل أو للشروع في ارتكاب جريمـة أو اذا كان حكم عليه بالإفلاس ولم يرد اليه اعتباره .

**المادة 40 –**

يقوم رئيس مجلس الادارة بوظيفة المدير العام ويمكنه ان ينتدب احد اعضاء مجلس الادارة في كل  أو بعض صلاحياته  على ان يكون الانتداب خطياً ولمدة معينة . ويحق لرئيس مجلس الادارة ان يطلب مـن المجلس تعيين مدير عام من خارج الشركة يقترح اسمه على ان يقوم المدير المعين بمهام وظيفته على مسؤولية الرئيس

</div>

manager shall carry out his duties on the personal responsibility of the Chairman and under his supervision.

The revocation of the General manager shall be governed by the same rules applied for his appointment.
The General Manger's duties are as follows:

1- To execute the resolutions of the Board of Directors.

2- To conduct the normal business of the company within the scope of its objects.

3- To represent the company towards third parties whether they be individuals, public or private bodies, and in particular to represent the company in court proceedings, appointing third parties, and in signing contracts.

4- Withdrawal or installing all kinds of bank accounts , signing on behalf of the company for credits facilities securities, give security to the Bank on all or any property

## Auditors

**ARTICLE  41** -

In consideration to article 173/commercial law the Shareholders shall appoint each year an auditor (or more than one) at their annual meeting. However, the first auditor shall, as an exceptional case, be appointed by the Constituent Meeting. the said auditor shall hold office until the next meeting of the Shareholders, unless the C.E.O sees other.

**ARTICLE  42** -

The auditor shall supervise the accounts of the company and shall see to the due observance of its rules and regulations.

الشخصية وتحت اشرافه .

تخضـع اقالـة المدير العـام الـى نفس الأصـول المتبعـة لتعيينه .

وتتألف اعمال المدير العام بما يلي :

1– تنفيذ مقررات مجلس الادارة .

2– تسـيير اعمـال الشـركة العاديـة ضـمن نطـاق موضوعها .

3– تمثيل الشركة امام الغير افراداً أو هيئات عامة أو خاصـة ، وبنـوع خـاص تمثيلهـا فـي الـدعاوى وتوكيـل الغير وتوقيع العقود .

4– فتح الحسـابات المصرفية وسـحب وإيـداع الأمـوال والاعتمـادات والاسـتدانة مـن المصـارف واعطـاء الضمانات والكفالات العقارية والمصرفية .

## مفوض المراقبة

**المادة 41** –

مـع مراعـاة المـادة 173/قـانون التجـارة تعين الجمعيـة العامـة فـي كـل سـنة مفوضـاً للمراقبـة ( أو اكثر ) غير ان اول مفوض للمراقبة تعينه استثنائياً الجمعية العامة التأسيسية ، وهـذا المفوض يـزاول مهـام وظيفتـه حتـى الجمعية العامة المقبلة ما لم يقرر رئيس مجلس الادارة عكس ذلك .

**المادة 42** –

يشرف مفوض المراقبة على حسابات الشركة ويسهر على مراعاة انظمتها .

**ARTICLE 43 -**

The auditor shall have access to all documents and accounts and may call on the Directors to supply them with any information required. the inventory, balance sheet and profit and loss account shall be placed at their disposal at least fifty days before the annual shareholders meeting.

**ARTICLE  44 -**

The Auditor shall submit at the shareholders meeting a report on the situation of the company, the balance sheet, and the accounts put in by the Board of Directors, and on the proposals for the distribution of dividends. Failure to submit the said report shall render void the resolutions adopted at the shareholders' meeting approving the accounts.

**ARTICLE 45 -**

The auditors shall call the shareholders meeting whenever the Directors fail to do so in any of the instances specified by law or in the present statutes. They shall also call a shareholders meeting if so requested by shareholders representing one fifth of the capital stock. The auditor may also call a shareholders meeting whenever they deem appropriate.

**ARTICLE  46 -**

If at any time during the financial year, the office of auditor should become vacant, steps shall be taken within one month following the vacancy to elect a new auditor at a regular shareholders meeting to be called by the Board of Directors, if the vacant office is that of an auditor appointed by the shareholders.

<div dir="rtl">

**المادة 43 –**

لمفوضي المراقبة الحق بالحصول على جميع الوثائق واوراق المحاسبة  ومطالبة اعضاء مجلس الادارة بكافة المعلومـات . ويوضـع تحـت تصـرفهم ، قبـل خمسـين يومـاً علـى الأقـل مـن تـاريخ انعقـاد الجمعيـة السنوية العامة ، الجردة والموازنة وحساب الأرباح والخسائر .

**المادة 44 –**

يقدم مفوض المراقبة للجمعية العامة تقريراً عن حالـة الشركة وعن الموازنـة وعن الحسابات الموضـوعة من اعضـاء مجلـس الادارة وعـن مشـروع توزيـع انصـبة الأربـاح . ان عـدم تقـديم هـذا التقريـر يستتبع بطـلان المداولة التي توافق فيها الجمعية على الحسابات .

**المادة 45 –**

يجب علـى مفوض المراقبـة ان يـدعو الجمعيـة العامـة للانعقـاد فـي كـل مـرة يتخلـف فيهـا مجلـس الادارة عن دعوتهـا فـي الأحـوال المعينـة فـي القـانون أو فـي هـذا النظـام . وعليهم ان يقومـو بـدعوة الجمعيـة العامـة اذا طلب ذلك فريق من المساهمين يمثل خمس رأسمال الشركة . ويحق لمفوضي المراقبة دعوة الجمعية العامة كلمة رأى دعوتها مفيدة .

**المادة 46 –**

اذا شـغرت وظيفـة مفـوض فـي اثنـاء السـنة الماليـة ، يجب خـلال الشـهر الذي يلي هذا الشغور ان يباشر بحسب المقتضى الى انتخاب مفوض جديد من قبل جمعيـة عامـة عاديـة يـدعوها مجلـس الادارة ، عنـدما تشـغر وظيفـة مفوض المراقبـة الـذي عينته الجمعيـة العامة .

</div>

**ARTICLE 47 -**

The Auditors shall be appointed for one year and may be reelected from year to year.

**ARTICLE 48 -**

The auditors shall receive an annual remuneration fixed by the ordinary shareholders meeting, and by the constituent meeting in respect of the first auditors. Should the shareholders fail to fix the said remuneration at their meeting, the Board of Directors may fix it provisionally subject to approval of the shareholders at their next meeting.

## CHAPTER FOUR
## MEETING OF THE SHAREHOLDERS

**A - Provisions applicable to all Meetings:**

**ARTICLE 49 -**

A meeting which has been duly constituted shall be deemed to represent all shareholders whether present or not. Resolutions adopted in the presence of a quorum by the majority required in respect of such meeting shall be binding on all shareholders, including those absent or dissentient.

**ARTICLE 50 -**

The right to call the constituent meeting is vested in the promoters. The right to call ordinary and special meetings of the

<div dir="rtl">

<u>المادة 47</u> -

يعين مفوض المراقبة لمدة سنة . ويمكن تجديد انتخابه سنة بعد سنة .

<u>المادة 48</u> -

يتقاضى مفوض المراقبة اتعاباً سنوية تعينها الجمعية العامــة العاديــة ، أو الجمعيــة التأسيســية بالنسـبة لمفوضي المراقبة الأول . في حـال عـدم تعيـين هـذه الأتعاب من قبل الجمعية العامة ، لمجلس الادارة الحق بتعيينه مؤقتاً ريثما تصادق الجمعية العامة المقبلة على هذا التعيين .

الباب الرابع

الجمعيات العامة

أ- احكام مشتركة بين جميع

الجمعيات العامة :

<u>المادة 49</u> -

ان الجمعية العامة المؤلفة حسب الأصـول تعتبر ممثلة لجميـع المسـاهمين سـواء اكـانوا حاضـرين أم غـائبين والقـرارات المتخـذة فـي حضـور النصـاب القـانوني وبالأكثرية المختصة بكل جمعية تلزم جميع المساهمين حتى الغائبين منهم والمخالفين .

<u>المادة 50</u> -

يعود حق الدعوة لاجتمـاع الجمعيـة العامـة التأسيسـية الى المؤسسين . اما الحق في دعوة الجمعيات العامة

</div>

shareholders is basically vested in the Board of directors. The auditors may, in this respect, act in the place of the Board in the cases provided for in Article 45 hereof.

العاديـة والغيـر العاديـة فهـو اساسـاً لمجلـس الادارة . ويحل مفوضـو المراقبـة محـل مجلـس الادارة في هذا الشـأن في الأحوال المنصوص عليها في المـادة  45 من هذا النظام .

**ARTICLE  51** -

Shareholders unable to attend shareholders' meetings may appoint other shareholders to represent them. However, legal representatives of incapable persons and the representatives of partnerships and corporations need not be themselves shareholders.

**المادة 51** –

يجــوز للمســاهمين الــذين لا يســتطيعون حضــور الجمعيات ان يوكلوا من يمثلهم بشرط ان يكون هؤلاء الممثلون انفسـهم من المسـاهمين . غير انه يجوز ان يكون من غير المساهمين الممثلون الشرعيون لفاقدي الأهليـة وممثلــي الجمعيــات وشـركات الأشــخاص وشركات الأموال .

**ARTICLE 52** -

An attendance sheet shall be made of all shareholders present in person or represented by proxies. This sheet shall indicate the names, addresses and number of shares held by each shareholder.

**المادة 52** –

تـنظم ورقـة حضـور تـذكر فيهـا اسـماء المسـاهمين الحاضرين شخصياً أو بواسطة ممثلي ، ومحل اقامتهم وعدد الأسهم التي يملكها كل واحد منهم .

**ARTICLE  53** -

The chairman of the board of Directors shall preside the shareholders meeting. In his absence, the director acting as Managing Director, if any, shall preside, otherwise, the shareholders shall elect one of the directors present as chairman of the meeting. A meeting Committee shall be set up and shall be composed of at least the chairman and a secretary. The latter shall be appointed by the Board of Directors and need not be a shareholder. The two Shareholders present and holding each, personally or by proxy, the largest number of shares shall be called upon

**المادة 53** –

يرئس الجمعية العامة رئيس مجلس الادارة وفي حالة غيابـه عضـو مجلـس الادارة المنتـدب ان وجـد ، والا تنتخب الجمعية العامة احد اعضاء المجلس الحاضرين رئيساً للاجتماع .
وينشـأ مكتب للجمعية مؤلف على الأقل من الرئيس ومن امين سر ، ويعين هذا الأخير من قبل مجلس الادارة ويجوز ان يكون من غير المساهمين . ويدعى للاشراف على التصويت كمحققين مساهمان حاضران

to act as scrutinizers. The officers of the meeting shall prepare and sign the minutes of the meeting.

شخصياً والأكثر اسهماً اصالة ووكالة . وينظم اعضاء المكتب محضر الجلسة ويوقعونه .

## ARTICLE  54 -

The Shareholders shall not discuss matters which are not on the agenda. Unforeseen and urgent matters arising in the course of the meeting are accepted. If the Shareholders present consider that they are not sufficiently informed on matters laid before them, the meeting shall, upon the request of one fourth of the shareholders present, be adjourned for eight days.

## المادة 54 –

لا يجوز للجمعية ان تتناقش في غير المسائل المدرجة في جدول الأعمال ، وتستثنى المسائل غير المنتظرة والمستعجلة التي تطرأ في اثناء الجلسة . واذا وجد المساهمون الحاضرون ان معلوماتهم في المسائل المعروضة عليهم للمناقشة غير كافية ، فيجب ان يؤجل الاجتماع ثمانية ايام بشرط ان يطلب ذلك ربع اعضاء الجمعية الحاضرين .

## ARTICLE  55 -

Notice of shareholders' meetings, whether ordinary or special, shall be sent by registered mail, airmail in the case of shareholders residing abroad, or by cable, to the addresses of shareholders as shown in the company's records at least twenty days before the date fixed for the meeting. The agenda of the meeting shall be attached to the said notice. Copy of the report of the Board of Directors, the balance sheet, the profit and loss account and the auditors' report shall also be attached to the said notice.

## المادة 55 –

تجري دعوة المساهمين للجمعيات العامة عادية كانت أم غير عادية بموجب تحارير ترسل للمساهمين بالبريد المضمون ، وبالبريد الجوي للمساهمين المقيمين في الخارج أو ببرقية وذلك على عناوينهم المسجلة لدى الشركة ، وقبل الموعد المحدد للاجتماع بعشرين يوماً على الأقل ويرفق جدول الأعمال بالدعوة . ويرفق ايضاً بالدعوة نسخة عن تقرير مجلس الادارة والميزانية العامة وحساب الأرباح والخسائر وتقرير مفوضي المراقبة .

## ARTICLE  56 -

In all cases where the present statutes provides for the holding of successive shareholders' meetings, the date of the second and/or third meeting shall not be later than two months

## المادة 56 –

في جميع الاحوال التي ينص فيها هذا النظام على عقد جمعيات متتابعة ، لا يمكن ان يحدد للاجتماع الثاني أو الثالث ميعاد يتعدى تاريخه مدة شهرين

from the date of the previous meeting (the first or the second, as the case may be). Unless it is acceptable among majority shareholders.

تحسب من تاريخ الاجتماع السابق (الأول أو الثاني).

إلا بتوافق وإجماع أكثرية المساهمين .

**ARTICLE  57 -**

Every shareholder shall have as many votes as the number of shares he holds or represents irrespective of that number.

**المادة 57 –**

لكل مساهم عدد من الأصوات مساو لعدد الأسهم التي يملكها أو يمثلها وذلك بدون ما تحديد .

**ARTICLE  58 -**

At the request of a shareholder, voting shall be conducted secretly in matters of a personal character such as the removal of directors or the implication of liability for their acts.

**المادة 58 –**

اذا طلب مساهم واحد الاقتراع السري فان هذا الاقتراع يصبح اجبارياً في جميع المسائل التي لها صفة شخصية كعزل اعضاء الادارة مثلاً أو القاء التبعة عليهم .

**B- Constituent Meeting:**

**ب – الجمعية التأسيسية :**

**ARTICLE  59 -**

The promoters shall call a Constituent Shareholders Meeting after depositing and registering the present statutes before the Notary Public.

**المادة 59 –**

على المؤسسين ان يجمعوا الجمعية العامة التاسيسية للمساهمين بعد ايداع وتسجيل هذا النظام لدى الكاتب العدل .

**ARTICLE  60 -**

The said meeting shall not be held valid unless attended by a number of shareholders representing at least two third of the capital stock.

**المادة 60 –**

لا تصح مداولات هذه الجمعية الا اذا كانت مؤلفة من عدد من المساهمين يمثل ثلثي رأس مال الشركة على الأقل .

**ARTICLE  61 -**

Resolutions at the Constituent meeting shall be adopted on a majority vote of two thirds of the capital stock present or represented.

**المادة 61 –**

يجب توافر اغلبية ثلثي اصوات الأسهم الحاضرة أو الممثلة لاتخاذ القرارات في هذه الجمعية .

**ARTICLE  62 -**

The Constituent Meeting shall ascertain that the company has been duly formed, and shall verify the subscriptions and payments made, and shall appoint the first auditors and ascertain their acceptance.

**C - Ordinary  Shareholders  Meetings:**
**ARTICLE  63 -**

The ordinary shareholders meeting shall be held at the company's head office each year within six months from the close of the financial year. It shall also be held upon request of a number of shareholders representing one fifth of the capital stock, and upon the occurrence of unforeseen events or urgent matters.

**ARTICLE  64 -**

All Shareholders (even those holding one share) are entitled to notice of, and to vote at all ordinary shareholders' meetings. However, the right of vote of the shareholder who failed to pay any call on the capital of the company as resolved by the Board of Directors shall be suspended.

**ARTICLE  65 -**

The ordinary Shareholders' meeting cannot be validly held unless the holders of at least one half of the capital stock are present or represented.

**ARTICLE  66 -**

Resolutions   at   the   regular   shareholders'

<div dir="rtl">

<u>المادة  62</u> –

تتحقق الجمعية التأسيسية من صحة تأليف الشركة ، ومن حقيقة التصريح بالاكتتاب ومن حالة المدفوعات، وتعـين مفـوض المراقبــة الأول ، وتتحقـق مـن قبولـه لوظيفته .

ج– **الجمعيات العامة العادية** :

<u>المادة  63</u> –

تعقد الجمعية العامة العادية في مركز الشركة الرئيسي في كل عام خلال ستة اشهر تلي نهاية السنة المالية ، ويمكن انعقاد هذه الجمعية ايضاً عندما يطلب ذلك فريق مـن المسـاهمين يمثل خمـس رأسـمال الشـركة . وعند حدوث ظروف غير منتظرة أو مستعجلة .

<u>المادة  64</u> –

كل المساهمين ( حتى الحائزين على سهم واحد ) لهم الحق في الدعوة الـى الجمعيـات العامـة العاديـة وفي التصويت فيها . على ان المساهمين المتخلفين عن دفع اقساط راسمال الشركة المطالب بها بموجب قرارات صادرة عن مجلس الادارة يعلق حقهم بالتصويت .

<u>المادة  65</u> –

لا يمكن ان تتداول الجمعية العامة العادية الا اذا كان عـدد الأسـهم الحاضـرة أو الممثلـة نصـف رأس مـال الشركة على الأقل .

<u>المادة  66</u> –

تتخذ قرارات الجمعية العامة العادية بالأكثرية البسيطة

</div>

meetings shall be adopted by a simple majority of the shares present or represented.

لعدد الأسهم الحاضرة أو الممثلة .

**ARTICLE  67 -**

The shareholders examine at their ordinary annual meeting the auditors' report on the situation of the company, the accounts and balance sheet submitted by the Board of Directors. In case they found the accounts in order, they shall discharge the Directors for all liability in respect of their administration. They shall fix the dividends to be distributed. They shall appoint a new Board of Directors if the period of office of the existing Board has expired and shall also appoint new Auditors.

<u>المادة  67</u> –

يستمع المساهمون في اجتماعهم  السنوي العادي الى تقرير مفوضي المراقبة  عن حالة الشركة والحسابات والميزانية  التي  قدمها  اعضاء  مجلس  الادارة ، ويدققون في هذه الحسابات واذا وافقوا عليها تبرئ ذمة اعضاء مجلس الادارة من اعباء ادارتهم . وهم الذين يحددون انصبة الأرباح الواجب توزيعها . وهم الذين يعينون اعضاء مجلس  الادارة الجدد اذا كانت مدة وظيفة المجلس قد انتهت كما يعينون مفوضي المراقبة الجدد .

**ARTICLE  68 -**

Every Shareholder shall, within fifteen days before the annual Shareholders' meeting, have access at the Company's head office to the Balance Sheet, Profit and Loss Account, and the report of the Auditors. Denial of such right of access may invalidate the meeting.

<u>المادة  68</u> –

يحق لكل مساهم ان يطلع في مركز الشركة على الموازنة وحساب الأرباح والخسائر وتقرير مفوضي المراقبة ، في خلال الخمسة عشر يوماً السابقة لانعقاد جلسة الجمعية السنوية ، وفي عدم اعطائه هذا الحق قد يبطل الاجتماع .

**ARTICLE  69 -**

No Shareholder may vote on a resolution whereby he obtains a private benefit against the general interest of the Company and/or to the detriment of the other Shareholders or on a resolution concerning a dispute between him and the Company.

<u>المادة  69</u> –

لا يجوز لأي مساهم ان يصوت عندما يكون الأمر متعلقاً بقرار بمنحه منفعة تخالف مصلحة الشركة العامة أو مصلحة باقي المساهمين  أو بخلاف قائم بينه وبين الشركة .

**D - Special Meetings of the Shareholders:**

**د – الجمعيات العامة غير العادية :**

**ARTICLE 70 -**

All Shareholders (even those holding one share) are entitle to notice of, and to vote at, all Special Shareholders' Meetings. However the right of vote of the shareholder who failed to pay any call on the capital of the Company as resolved by the Board of Directors shall be suspended.

**ARTICLE 71 -**

The Shareholders may, at a special meeting, pass resolutions to amend the present statutes provided that such amendment does not affect the nationality of the company, the increase in the liability of shareholders, the rights of third parties:

**ARTICLE 72 -**

The Shareholders may, at a special meeting, reduce the capital of the Company subject to the reservations and conditions set forth in Article 208 of the Commercial Law.

**ARTICLE 73 -**

Resolutions pertaining to a change in the objects or the form of the Company shall invariably require a quorum representing at least three quarters of the capital stock, whether the meeting is convened for the first, second or third time.

**المادة 70 –**

جميع المساهمين ، حتى الذين لا يحوزون الا على سهم واحد ، لهم الحق في الدعوة الى الجمعيات العامة غير العادية وفي التصويت فيها . على ان المساهمين المتخلفين عن دفع اقساط رأسمال الشركة المطالب بها بموجب قرارات صادرة عن مجلس الادارة يعلق حقهم بالتصويت .

**المادة 71 –**

تتداول الجمعية العامة غير العادية بشأن كافة تغييرات هذا النظام شريطة ان لا يتناول جنسية الشركة ولا يزيد التزامات المساهمين . ولا يمس حقوق الغير .

**المادة 72 –**

يجوز للجمعية العامة غير العادية ان تقرر تخفيض راسمال الشركة غير ان هذا التخفيض لا يمكن إقراره الا مع التحفظات وفي الشروط الموضحة في المادة 208 من قانون التجارة التي يجب التقيد حرفياً بأحكامها .

**المادة 73 –**

فيما يختص بالقرارات القاضية بتغيير موضوع الشركة أو شكلها يجب على الدوام ان يكون النصاب القانوني ممثلاً لثلاثة ارباع رأسمال الشركة على الأقل، وذلك مهما كان عدد الجلسات المنعقدة أي سواء كانت الجمعية العمومية غير العادية مدعوة للمرة الأولى او الثانية أو الثالثة .

**ARTICLE  74 -**

Resolutions pertaining to other changes require a quorum representing at least two thirds of the capital stock. If this quorum is not attained at the first meeting, at least one half of the capital Stock should be present or represented whether the meeting is convened for the second or third time.

<div dir="rtl">

**المادة 74 –**

وفيما يختص بالقرارات المتعلقة بسائر التغييرات الأخرى ، يجب ان لا يقل النصاب عن ثلثي رأس المال اذا لم يكتمل النصاب في الاجتماع الأول ، فيجب ان يحضر  أو يمثل ما لا يقل عن نصف رأس المال سيان اذا كان الاجتماع مدعواً اليه للمرة الثانية أو الثالثة .

</div>

**ARTICLE 75 -**

Resolutions at special meetings of the Shareholders shall be adopted by a majority of at least two thirds of the shares present or represented.

<div dir="rtl">

**المادة 75 –**

تتخذ القرارات في جمعيات المساهمين غير العادية بحضور أو تمثيل ثلثي الأسهم على الأقل .

</div>

## CHAPTER  FIVE
### STATEMENTS - INVENTORIES - BALANCE  SHEETS

<div dir="rtl">

## الباب الخامس
### البيانات – الجردات – الموازنة

</div>

**ARTICLE  76 -**

The financial year of the Company shall commence on **1st January** and terminate on **31st of December** except for the first financial year which shall commence on the date of final Incorporation of the Company and terminate on **31st of December**

<div dir="rtl">

**المادة 76 –**

تبدأ السنة المالية في **أول كانون الثاني** وتنتهي في **الحادي والثلاثين من كانون الأول** وتستثني من ذلك السنة المالية الأولى التي تبتدئ من تأسيس الشركة النهائي لغاية **31 كانون الأول** .

</div>

**ARTICLE  77 -**

The Board of Directors shall prepare every six months a concise statement on the assets and liabilities of the Company which shall be placed at the disposal of the Auditors. Further,

<div dir="rtl">

**المادة 77 –**

في كل ستة اشهر ، ينظم مجلس الادارة بياناً موجزاً بما للشركة وما عليها . ويوضع هذا البيان تحت

</div>

the Board of Directors shall prepare at the end of each financial year an inventory of the movable and immovable property of the company and a statement of its accounts receivable and payable. The Board shall also prepare a clear and proper Balance Sheet and a Profit and Loss Account. The said Inventory, Balance Sheet and Profit and Loss account shall, after submission to the auditors, be presented to the Shareholders at their annual meeting. The Auditors shall have access to these documents at least fifty days prior to the date of the Shareholders meeting.

# CHAPTER SIX
## RESERVE FUND - ALLOCATION OF PROFITS

### ARTICLE 78 -

The Board of Directors must set aside 10% of the net profits of the Company towards the creation of a reserve fund until such time as the amount set aside is equivalent to one thirds of the capital. The taking of the 10% shall then cease and shall be resumed whenever the said reserve fund falls short of the above mentioned level. The Shareholders may, however, at their annual meeting, upon recommendation of the Board of Directors, raise the reserve fund.

### ARTICLE  79 -

The Shareholders may, at their annual meeting, upon recommendation of the Board of Directors, form a special reserve from the net profits for the purpose of redeeming the

تصرف مفوض المراقبة . وعلاوة على ذلك يجب على اعضاء مجلس الادارة ان ينظموا في نهاية كل سنة مالية جردة تحتوي على ما للشركة من اموال منقولة وغير منقولة وما للشركة من ديون لها أو عليها . ويجب عليها ايضاً تنظيم موازنة جلية ومنسقة وحساب للأرباح والخسائر . ان هذه الجردة والموازنة وحساب الأرباح والخسائر تقدم جميعها الى الجمعية العامة بعد اطلاع مفوضي المراقبة عليها وتوضع تحت تصرف المفوضين المذكورين خمسين يوماً على الأقل قبل انعقاد الجمعية العامة .

## الباب السادس
## الاحتياطي – توزيع الأرباح

### المادة 78 –

يجب على اعضاء مجلس الادارة ان يكوّنوا مبلغاً احتياطياً بأخذ عشرة في المائة من الأرباح الصافية الى ان يصبح المبلغ الاحتياطي معادلاً لثلث راسمال الشركة وعندها يتوقف الأخذ على ان يعمل به مجدداً اذا انخفض الاحتياطي المذكور عن المعدل المعين اعلاه . على انه يحق للجمعية العامة ان تقرر زيادة الاحتياطي بناء على اقتراح مجلس الادارة .

### المادة 79 –

يحق للجمعية العامة العادية ، بناء على اقتراح مجلس الادارة ، ان تكوّن من الأرباح الصافية مالا احتياطياً

capital stock.

**ARTICLE  80 -**

After deduction from the gross income of all ordinary expenses, amounts allocated for depreciation and reserves of all classes, there shall be distributed out of the net profits such dividends as may be determined at the regular shareholders' meeting, the said dividends to be in proportion to the amount paid on account of the nominal value of each share. the board of Directors may effect payment during any financial year of one or more interim dividends. The Shareholders may, at a regular meeting, upon the recommendation of the Board of Directors, defer payment of any part of the dividends to the following year.

**CHAPTER  SEVEN**
**DISSOLUTION AND LIQUIDATION OF THE COMPANY**

**ARTICLE  81 -**

In the event of loss of three quarters of the capital, the board of Directors shall immediately call a special meeting to determine if the circumstances justify the dissolution of the Company or to adopt such other measures as they deem appropriate.

**ARTICLE  82 -**

In addition to the foregoing, the Special Meeting may, upon recommendation of the Board of Directors, and for reasons acceptable to the Meeting, dissolve the Company.

خاصاً غايته استرداد رأس المال .

**المادة 80 –**

بعد حسم جميع النفقات العادية والمبالغ المعينة للاستهلاكات والاحتياطي على انواعه من مجموع الواردات يوزع من الربح الصافي على المساهمين الأنصبة التي تقررها الجمعية العامة العادية بنسبة المبالغ المدفوعة من القيمة الاسمية لكل سهم . ويحق لمجلس الادارة خلال السنة المالية ان يقوم بتوزيع دفعة أو دفعات على حساب الأرباح . للجمعية العامة العادية ، بناء على توصيات مجلس الادارة ، الحق المطلق بأن تؤجل توزيع أي جزء من انصبة الأرباح الى السنة التالية .

**الباب السابع**
**حلّ الشركة وتصفيتها**

**المادة 81 –**

في حال خسارة ثلاث ارباع رأس المال، يتوجب على مجلس الادارة ان يدعو حالاً المساهمين الى جمعية عامة غير عادية لتقرير ما اذا كانت الحالة تستوجب حل الشركة أو اتخاذ غير ذلك من التدابير التي تستتسبها الجمعية .

**المادة 82 –**

وعلاوة على الحالة اعلاه ، فإن للجمعية العامة غير العادية ، لدى اقتراح مجلس الادارة ، ان تحل الشركة

لأسباب مقبولة.

**ARTICLE  83 -**

The Special Meeting which determines the dissolution of the Company shall appoint one or more liquidators and shall determine the manner of liquidation. The Auditors shall continue in office and supervise the liquidation. The Board of Directors shall give an account of their administration to the liquidators for the period falling between the date of the approval of the last Balance Sheet by the Shareholders' meeting and the date of commencement of liquidation. Should the liquidators disapprove the accounts, they may refer the matter to the Court. If the liquidation extends over one year, the liquidators shall, in this case, prepare and publish the yearly Balance Sheet showing the share of each Shareholder in the Company's assets.

**المادة 83 –**

تعين الجمعية العامة غير العادية التي تقرر حل الشركة مصفياً أو عدة مصفين وتعين ايضاً طريقة التصفية . ويبقى مفوض المراقبة في وظائفه ليراقب التصفية . وعلى اعضاء مجلس الادارة ان يؤدوا حساب ادارتهم الى المصفين وذلك عن المدة الواقعة بين تاريخ موافقة الجمعية العامة على آخر موازنة وتاريخ افتتاح التصفية . فاذا لم يوافق المصفون على الحسابات يرفعون الى القضاء ما ينشأ من مشاكل . اذا تجاوزت مدة التصفية عاماً واحداً وجب على المصفين ان ينظموا الموازنة السنوية وينشروها . وبعد انتهاء اعمالهم ، ينظم المصفون موازنة نهائية يعينون فيها نصيب كل مساهم من موجودات الشركة.

**ARTICLE  84 -**

The Shareholders' Meeting shall continue to exercise its powers during liquidation in the same manner as before. In particular, it may authorize the liquidators to dispose of the Company's assets in any manner including the sale of the said assets in one or more lots and/or by private or public auction or by the investment of the said assets in another Company. Upon completion of the work of the liquidators and the consideration of the report of the Auditors, the Shareholders' meeting may approve the accounts submitted by the liquidators and grant them a release and discharge from liability. If the said accounts are not approved, the dispute shall be referred to the Court.

**المادة 84 –**

تستمر الصلاحيات المعطاة للجمعية العامة في اثناء التصفية كما كانت في اثناء وجود الشركة . وللجمعية العامة بوجه خاص الترخيص للمصفين بالقيام بأية صيغة ( بيع اموال الشركة بالجملة أو بالمفرق أو بيعها في المزاد الخاص أو العلني ، أو استثمارها في شركة اخرى ) لتصفية اعمال الشركة . وعند انتهاء اعمال المصفين وبعد الاستماع الى تقرير مفوضي المراقبة ، قد توافق الجمعية العامة على الحسابات المقدمة من المصفين وتبرئ عندئذ ذمتهم . اذا لم توافق على الحسابات يرفع النزاع الى القضاء .

**ARTICLE  85 -**

Notwithstanding dissolution, the Company shall prevail as a juristic person until the liquidation is terminated.

<div dir="rtl">

المادة <u>85</u> –

بالرغم من حل الشركة تبقى هذه متمتعة بالشخصية المعنوية حتى انتهاء التصفية.

</div>

## CHAPTER  EIGHT
### LIGITATION

<div dir="rtl">

**الباب الثامن**

**النزاعات**

</div>

**ARTICLE  86 -**

All summonses, petitions and notifications of legal and other documents shall be served at domicile or impliedly elected by the Shareholder.

<div dir="rtl">

المادة <u>86</u> –

تـتم الــدعوات والاستحضــارات وتبليغــات الأوراق القضـائية وغيـر القضـائية فـي محـل إقامـة المسـاهم المختار صراحة أو ضمناً.

</div>

<div dir="rtl">

**رئيس مجلس الادارة – المدير العام**

**جهاد العنان**

</div>