AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Bartlett, *et al.*, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  19-cv-00007-CBA-VMS |
| Société Génerale De Banque Au Liban SAL, *et al.* | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Middle East Africa Bank SAL (now known as MEAB s.a.l.)   .

Date:  April 18, 2019

S/Joseph S. Alonzo
*Attorney's signature*

Joseph S. Alonzo
*Printed name and bar number*

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Fl.
New York, NY 10112
*Address*

joseph.alonzo@squirepb.com
*E-mail address*

(212) 872-9800
*Telephone number*

(212) 872-9815
*FAX number*