**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601          1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400     F. 201.265.0303                                                        T.212.354.0111

June 7, 2019

**VIA ECF**

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.*
             Case No. 1:19-cv-00007

Dear Judge Amon:

      Pursuant to Rule 3.A of Your Honor's Individual Motion Practices and Rules, Plaintiffs write in response to Defendants' May 31, 2019 pre-motion conference letters. *See* ECF Nos. 91-93. Plaintiffs do not oppose Defendants' decision to file motions to dismiss the complaint and have agreed upon a briefing schedule with Defendants, as indicated in their omnibus letter. *See* ECF No. 91 at 3.

      As Plaintiffs will set out in response to Defendants' anticipated briefs, Defendants have not raised any cognizable bases for dismissing the complaint.

                                   Respectfully submitted,

                                   /s/ Gary M. Osen