

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan Siegfried
Jonathan.Siegfried@dlapiper.com
T   212.335.4925
F   212.884.8477

July 12, 2019

<u>VIA ECF</u>

U.S. Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York  11201

   Re: *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.*,
      No. 1:19-cv-00007-CBA-VMS

Dear Judge Scanlon:

  We write on behalf of all defendants and with the consent of counsel for plaintiffs to request the adjournment of the upcoming Initial Conference.  On February 27, 2019, Your Honor issued an order scheduling an Initial Conference for July 17, 2019 at 11:00 a.m..  Subsequently, on June 12, 2019, Judge Amon granted defendants' request for leave to file a motion to dismiss, as well as the parties' proposed briefing schedule for that motion.  She simultaneously adjourned, *sine die*, the June 21 initial conference scheduled before her.

  Pursuant to Judge Amon's order, defendants will be filing their motion to dismiss on July 15.  In order to preserve judicial and party resources, the parties respectfully request that the July 17 conference before Your Honor be adjourned pending Judge Amon's disposition of the motion to dismiss.  Counsel for plaintiffs consent to this request and have advised that they do not intend to seek discovery from defendants pending the disposition of the motion to dismiss.

  We thank the Court for its consideration of this request.

          Respectfully submitted,

          /s/ *Jonathan Siegfried*

          Jonathan Siegfried