**ASHCROFT LAW FIRM**™

July 15, 2019

<u>VIA E-MAIL</u>

Gary M. Osen
Osen LLC
1441 Broadway; Suite 6022
New York, NY 10018
Email:  gosen@osenlaw.com

Re:  <u>Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al., 19-cv-007 (E.D.N.Y.)</u>

Dear Attorney Osen:

      We represent Société Générale de Banque au Liban S.A.L. ("SGBL"), one of the Defendants in the above-referenced matter.  Pursuant to Section 3(D) of The Honorable Carol Bagley Amon's Individual Motion Practices and Rules, attached please find:

1. Notice of Motion to Dismiss;

2. Declaration of Michael J. Sullivan dated July 15, 2019 (with Exhibits A & B); and

3. Supplemental Memorandum of Law in Support of SGBL's Motion to Dismiss.

      If you have any questions or concerns, please do not hesitate to contact our office.

                                                       Sincerely,

                                                         <u>/s/ Michael J. Sullivan</u>
                                                         Michael J. Sullivan

cc:     Honorable Carol Bagley Amon (via ECF without attachments)