AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Bartlett et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-00007-CBA-VMS |
| Société Génerale De Banque Au Liban SAL, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fenicia Bank s.a.l.*

Date:   08/07/2019

/s/ Gassan A. Baloul
*Attorney's signature*

Gassan A. Baloul
*Printed name and bar number*

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza,
23rd Floor
New York, New York 10112
*Address*

gassan.baloul@squirepb.com
*E-mail address*

(212) 872-9800
*Telephone number*

(212) 872-9815
*FAX number*

*reserving all of Defendant's jurisdictional and other defenses.