

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan Siegfried
Jonathan.Siegfried@dlapiper.com
T   212.335.4925
F   212.884.8477

September 8, 2019

VIA ECF

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.*, 19-cv-007 (E.D.N.Y.)

Dear Judge Amon:

This letter is submitted on behalf of all parties in connection with the above-referenced matter to request that Your Honor adjourn the pre-motion conference previously requested by Defendants and presently scheduled for September 11, 2019.

On August 16, 2019, defendants filed their requests for a pre-motion conference pursuant to Section 3(A) of Your Honor's Individual practice Rules in advance of their contemplated motions to dismiss the First Amended Complaint. [ECF #110,111]  The requests contained a briefing schedule agreed to by all parties.  The Court granted Defendants' requests by order dated August 26, 2019.  The parties, having subsequently conferred, do not believe that a pre-motion conference is necessary at this time.  Accordingly, unless the Court feels otherwise, we would request that you adjourn the pre-motion conference *sine die*, as Your Honor did previously on June 12, 2019, with respect to the pre-motion conference scheduled in connection with the initial motion to dismiss the original pleading.  *See* June 12, 2019 Scheduling Order.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Jonathan D. Siegfried*

Jonathan Siegfried

cc:   Al counsel of record (*via ECF*)