November 1, 2019

VIA EMAIL AND ECF

Gary M. Osen
Osen LLC
1441 Broadway; Suite 6022
New York, NY 10018
Email: gosen@osenlaw.com

Re: *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.*, 19-cv-007 (E.D.N.Y.)

Counsel:

    Undersigned counsel represent the Moving Defendants[1] in the above-captioned litigation. Pursuant to Section 3(D) of Judge Amon's Individual Motion Practices and Rules, enclosed please find the following:

1. Notice of Moving Defendants' Motion to Dismiss the Amended Complaint; and
2. Moving Defendants' Joint Memorandum of Law in Support of Motion to Dismiss.

                      Sincerely,

| MAYER BROWN LLP | MAYER BROWN LLP |
|---|---|
| By: /s/ *Mark G. Hanchet* | By: /s/ *Andrew J. Pincus* |
|     Mark G. Hanchet |     Andrew J. Pincus |
|     Robert W. Hamburg |     Mayer Brown LLP |
|     Mayer Brown LLP |     1999 K Street, NW |
|     1221 Avenue of the Americas |     Washington, DC 20006 |
|     New York, NY 10020 |     202-263-3220 |
|     212-506-2500 |     Email: apincus@mayerbrown.com |
|     Email: mhanchet@mayerbrown.com | |
|     Email: rhamburg@mayerbrown.com |     Christopher J. Houpt |
| |     Kevin C. Kelly |
|     *Attorneys for Defendant Banque Libano* |     Mayer Brown LLP |
|     *Française SAL* |     1221 Avenue of the Americas |
| |     New York, NY 10020 |
| |     212-506-2500 |
| |     Email: choupt@mayerbrown.com |
| |     Email: kkelly@mayerbrown.com |
| | |
| |     *Attorneys for Defendant Bank Audi SAL* |

---

[1] Moving Defendants are Société Générale de Banque au Liban S.A.L., Fransabank S.A.L., MEAB Bank s.a.l., BLOM Bank S.A.L., Byblos Bank S.A.L., Bank Audi S.A.L., Bank of Beirut S.A.L., Lebanon & Gulf Bank S.A.L., Banque Libano Française S.A.L., Bank of Beirut and the Arab Countries S.A.L., and Fenicia Bank.

| DLA PIPER LLP (US) | DECHERT LLP |
|---|---|
| By: /s/ *Jonathan D. Siegfried*<br>Jonathan D. Siegfried<br>Douglas W. Mateyaschuk II<br>DLA Piper LLP (US)<br>1251 Avenue of The Americas<br>New York, NY 10020<br>212-335-4925<br>Email: jonathan.siegfried@dlapiper.com<br>Email: douglas.mateyaschuk@dlapiper.com<br><br>*Attorneys for Defendants Byblos Bank SAL, Bank of Beirut and the Arab Countries SAL, and Lebanon and Gulf Bank SAL* | By: /s/ *Linda C. Goldstein*<br>Linda C. Goldstein<br>Dechert LLP<br>1095 Avenue Of The Americas<br>Three Bryant Park<br>New York, NY 10036<br>212-698-3500<br>Email: linda.goldstein@dechert.com<br><br>Michael H. McGinley (*pro hac vice*)<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>215-994-4000<br>Email: michael.mcginley@dechert.com<br><br>*Attorneys for Defendants BLOM Bank SAL and Fransabank SAL* |
| SQUIRE PATTON BOGGS (US) LLP | SHEARMAN & STERLING LLP |
| By: /s/ *Gassan A. Baloul*<br>Gassan A. Baloul<br>Mitchell R. Berger<br>Squire Patton Boggs (US) LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>202-457-6155<br>Email: gassan.baloul@squirepb.com<br>Email: mitchell.berger@squirepb.com<br><br>*Attorneys for Defendants MEAB Bank s.a.l. and Fenicia Bank s.a.l.* | By: /s/ *Brian H. Polovoy*<br>Brian H. Polovoy<br>Henry Weisburg<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>212-848-4000<br>Email: bpolovoy@shearman.com<br>Email: hweisburg@shearman.com<br><br>*Attorneys for Defendant Bank of Beirut SAL* |

ASHCROFT LAW FIRM, LLC

By: /s/ *Michael J. Sullivan*
    Michael J. Sullivan
    Brian J. Leske
    Ashcroft Law Firm, LLC
    200 State Street, 7th Floor
    Boston, MA 02109
    617-573-9400
    Email: msullivan@ashcroftlawfirm.com
    Email: bleske@ashcroftlawfirm.com

*Attorneys for Defendant Société Générale de Banque au Liban S.A.L.*

Cc: Honorable Carol Bagley Amon (via ECF without enclosures)

Encl.