**ASHCROFT LAW FIRM**™

January 31, 2020

**Via ECF and FedEx**

The Honorable Judge Carol Bagley Amon
United States District Court – Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al., 19-cv-007 (E.D.N.Y.)*

Dear Judge Amon:

On behalf of defendant Société Générale de Banque au Liban S.A.L. ("SGBL"), and pursuant to Your Honor's Individual Motion Practices and Rules, Section 3(D)(ii), enclosed please find courtesy copies of the following documents filed on January 31, 2020:

1. SGBL's Notice of its Renewed Motion to Dismiss, dated November 1, 2019;
2. SGBL's Supplemental Memorandum of Law in Support of its Renewed Motion to Dismiss, dated November 1, 2019;
3. Declaration of Michael J. Sullivan, dated November 1, 2019 (with Exhibits A & B);
4. Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss, dated December 16, 2019;
5. Declaration of Aaron Schlanger in Support of Plaintiffs' Brief in Opposition, dated December 16, 2019 (with accompanying exhibits);
6. SGBL's Supplemental Reply Brief in Further Support of its Renewed Motion to Dismiss, dated January 31, 2020; and
7. Reply Declaration of Michael J. Sullivan, dated January 31, 2020 (with Exhibit A).

Respectfully Submitted,

Michael J. Sullivan

*Counsel for Defendant Société Générale de Banque au Liban S.A.L.*

cc: Magistrate Judge Vera M. Scanlon (Via FedEx)
    All Counsel of Record (Via ECF Only)