July 23, 2020

VIA ECF

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.*, No. 19-cv-0007 (E.D.N.Y.)

Dear Judge Amon:

       We write on behalf of the Moving Defendants[1] to bring to the Court's attention supplemental authority in support of the Moving Defendants' pending motions to dismiss the Amended Complaint [Dkt. Nos. 139, 136]. We enclose the memorandum opinion issued last week by the Honorable Richard J. Leon in *Atchley v. AstraZeneca UK Ltd.,* No. CV 17-2136 (RJL), 2020 WL 4040345 (D.D.C. July 17, 2020). Judge Leon dismissed claims brought by U.S. military personnel and their families under the Anti-Terrorism Act for injuries they suffered during the Iraq War. The plaintiffs in *Atchley* include over 400 of the plaintiffs in the *Bartlett* case before Your Honor.

                                                  Respectfully submitted,

| DLA PIPER LLP (US) | MAYER BROWN LLP |
|---|---|
| By: */s/ Jonathan D. Siegfried*<br>    Jonathan D. Siegfried<br>    DLA Piper LLP (US)<br>    1251 Avenue of the Americas<br>    New York, NY 10020<br>    212-335-4925<br>    Email: jonathan.siegfried@dlapiper.com<br><br>*Attorneys for Defendants Byblos Bank SAL, Bank of Beirut and the Arab Countries SAL, and Lebanon and Gulf Bank SAL* | By: */s/ Mark G. Hanchet*<br>    Mark G. Hanchet<br>    Robert W. Hamburg<br>    Mayer Brown LLP<br>    1221 Avenue of the Americas<br>    New York, NY 10020<br>    212-506-2500<br>    Email: mhanchet@mayerbrown.com<br>    Email: rhamburg@mayerbrown.com<br><br>*Attorneys for Defendant Banque Libano Française SAL* |

---

[1] "Moving Defendants" refers to Société Générale de Banque au Liban S.A.L., Fransabank S.A.L., Bank of Beirut and the Arab Countries S.A.L., Bank of Beirut S.A.L., MEAB s.a.l. (sued as Middle East and Africa Bank), Lebanon & Gulf Bank S.A.L., Byblos Bank S.A.L., Bank Audi S.A.L., Banque Libano Française S.A.L. and BLOM Bank S.A.L., and Fenicia Bank s.a.l.

Honorable Carol Bagley Amon
July 23, 2020
Page 2

| | |
|---|---|
| MAYER BROWN LLP | DECHERT LLP |
| By: /s/ *Andrew J. Pincus*<br>Andrew J. Pincus<br>Marc R. Cohen<br>Mayer Brown LLP<br>1999 K Street, NW<br>Washington, DC 20006<br>202-263-3220<br>Email: apincus@mayerbrown.com<br>Email: mcohen@mayerbrown.com<br><br>*Attorneys for Defendant Bank Audi SAL* | By: /s/ *Linda C. Goldstein*<br>Linda C. Goldstein<br>Dechert LLP<br>1095 Avenue of the Americas<br>Three Bryant Park<br>New York, NY 10036<br>212-698-3500<br>Email: linda.goldstein@dechert.com<br><br>Michael H. McGinley (*pro hac vice*)<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>215-994-4000<br>Email: michael.mcginley@dechert.com<br><br>*Attorneys for Defendants BLOM Bank SAL and Fransabank SAL* |
| SHEARMAN & STERLING LLP | ASHCROFT LAW FIRM, LLC |
| By: /s/ *Brian Howard Polovoy*<br>Brian Howard Polovoy<br>Henry Weisburg<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>212-848-4000<br>Email: bpolovoy@shearman.com<br>Email: hweisburg@shearman.com<br><br>*Attorneys for Defendant Bank of Beirut SAL* | By: /s/ *Michael J. Sullivan*<br>Michael J. Sullivan<br>Brian J. Leske<br>Ashcroft Law Firm, LLC<br>200 State Street, 7th Floor<br>Boston, MA 02109<br>617-573-9400<br>Email: msullivan@ashcroftlawfirm.com<br>Email: bleske@ashcroftlawfirm.com<br><br>*Attorneys for Defendant Société Générale de Banque au Liban S.A.L.* |

Honorable Carol Bagley Amon
July 23, 2020
Page 3

  SQUIRE PATTON BOGGS (US) LLP

By:  /s/ *Gassan A. Baloul*
    Gassan A. Baloul
    Mitchell R. Berger
    Squire Patton Boggs (US) LLP
    2550 M Street, NW
    Washington, DC 20037
    202-457-6155
    Email: gassan.baloul@squirepb.com
    Email: mitchell.berger@squirepb.com

    *Attorneys for Defendant MEAB s.a.l. (sued as Middle East Africa Bank SAL) and Fenicia Bank s.a.l.*