O**SEN** LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601       1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400   F. 201.265.0303                                                             T.212.354.0111

July 29, 2020

**VIA ECF**

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.*,
             No. 19-cv-0007

Dear Judge Amon:

      We write on Plaintiffs' behalf in response to the so-called "Moving Defendants'"[1] July 23, 2020 letter, ECF No. 150, submitting the recent decision in *Atchley v. AstraZeneca UK Ltd.,* No. CV 17-2136 (RJL), 2020 WL 4040345 (D.D.C. July 17, 2020) as supplemental authority.

      Plaintiffs agree that the *Atchley* claims were brought under the Anti-Terrorism Act for injuries suffered by U.S. nationals in Iraq and that "over 400 of the plaintiffs in the *Bartlett* case" were also plaintiffs in that case.

      That is where the relevant similarity between these cases largely ends.

      Accordingly, for the reasons set forth in Plaintiffs' Memorandum of Law Opposing Defendants' Motions to Dismiss, the motions should be denied in their entirety.

                                                        Respectfully submitted,

                                                        /s/ Gary M. Osen

cc:     All Counsel

---

[1] "Moving Defendants" comprises all Defendants except Jammal Trust Bank SAL (a Specially Designated Global Terrorist), which filed its own motion to dismiss.