# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
mayerbrown.com

**Mark G. Hanchet**
T: (212) 506 2695:
MHanchet@mayerbrown.com

August 28, 2020

VIA ECF

Honorable Carol Bagley Amon
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Bartlett, et al. v. Société Générale de Banque au Liban*
        *S.A.L., et al.*, 19 Civ. 007 (CBA) (VMS)

Dear Judge Amon:

    We write on behalf of all parties pursuant to the Court's August 24, 2020 Order to advise the Court that the following counsel will present oral argument on Monday, August 31, 2020:

1. Moving Defendants'[1] Joint Motion to Dismiss (ECF No. 139)

    a. For Plaintiffs: Gary M. Osen, Osen LLC

    b. For Moving Defendants: Mark G. Hanchet, Mayer Brown LLP

2. SGBL's Motion to Dismiss (ECF No. 136)

    a. For Plaintiffs: Gary M. Osen, Osen LLC

    b. For SGBL: Michael J. Sullivan, Ashcroft Law Firm, LLC

3. Jammal Trust Bank SAL's ("JTB") Motion to Dismiss (ECF No. 134)

    a. For Plaintiffs: Gary M. Osen, Osen LLC

    b. For JTB: Mark W. DeLaquil, Baker Hostetler LLP

---

[1] The Moving Defendants are (1) Société Générale de Banque au Liban S.A.L. ("SGBL"), (2) Fransabank S.A.L., (3) MEAB Bank s.a.l., (4) BLOM Bank S.A.L., (5) Byblos Bank S.A.L., (6) Bank Audi S.A.L., (7) Bank of Beirut S.A.L., (8) Lebanon & Gulf Bank S.A.L., (9) Banque Libano Française S.A.L., (10) Bank of Beirut and the Arab Countries S.A.L., and (11) Fenicia Bank SAL.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Mayer Brown LLP

Honorable Carol Bagley Amon
August 28, 2020
Page 2

    We further advise the Court that the following counsel will appear and be available to answer any questions the Court may have that are specific to the financial institutions that they represent:

| Financial Institution | Counsel |
|---|---|
| Banque Libano Française S.A.L. | Mark G. Hanchet, Mayer Brown LLP |
| Bank Audi S.A.L. | Andrew J. Pincus, Mayer Brown LLP |
| Byblos Bank S.A.L., Bank of Beirut and the Arab Countries S.A.L., and Lebanon & Gulf Bank S.A.L. | Jonathan D. Siegfried, DLA Piper LLP (US) |
| BLOM Bank SAL and Fransabank S.A.L. | Linda C. Goldstein, Dechert LLP |
| MEAB Bank s.a.l. and Fenicia Bank SAL | Mitchell R. Berger, Squire Patton Boggs (US) LLP |
| Bank of Beirut S.A.L. | Brian H. Polovoy, Shearman & Sterling LLP |
| SGBL | Michael J. Sullivan, Ashcroft Law Firm, LLC |
| JTB | Mark W. DeLaquil, Baker Hostetler LLP |

                    Respectfully submitted,

                    /s/ *Mark G. Hanchet*

                    Mark G. Hanchet

Cc: Counsel of Record (via ECF)