OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601
T. 201.265.6400   F. 201.265.0303

1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T.212.354.0111

October 20, 2020

**VIA ECF AND FEDEX**

Honorable Carol Bagley Amon
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.*,
No. 19-cv-0007

**Notice of Supplemental Authority**

Dear Judge Amon:

We write on Plaintiffs' behalf submitting today's decision in *Henkin et al. v. Kuveyt Turk Katilim Bankasi A.S.*, No. 19-cv-05394 (BMC), (E.D.N.Y. Oct. 20, 2020), as supplemental authority in further support of their Opposition to Defendants' Motions to Dismiss the Amended Complaint, ECF No. 142. The *Henkin* decision denied a motion to dismiss a complaint brought under the Justice Against Sponsors of Terrorism Act ("JASTA") against a Turkish bank that allegedly provided financial services to individuals and entities it knew to be affiliated with, or alter egos of, the designated foreign terrorist organization Hamas.

Respectfully submitted,

/s/ Gary M. Osen

Encl.

cc:   All Counsel (via ECF)