# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

David B. Rivkin, Jr.
direct dial: 202.861.1731
drivkin@bakerlaw.com

November 17, 2020

**VIA EMAIL AND ECF**

Gary M. Osen, Esq.
Osen LLC
2 University Plaza, Suite 402
Hackensack, NJ 07601
Email: gosen@osenlaw.com

Re:   *Bartlett, et al. v. Société Générale de Banque au Liban SAL, et al.,*
       Case No. 19-cv-0007 (CBA) (VMS)

Dear Gary:

We are counsel to Jammal Trust Bank SAL in the above-referenced action. Pursuant to Rule 3(D)(i) of Judge Amon's Individual Motion Practices and Rules, Jammal Trust Bank SAL hereby serves the following enclosed papers:

1. Motion for Substitution of Party, to Intervene, and to Dismiss Based on Subject Matter Jurisdiction and International Comity;
2. First Declaration of Dr. Muhammad Baasiri;
3. Exhibit A to First Baasiri Declaration (Law 110);
4. Exhibit B to First Baasiri Declaration (Central Bank Letter);
5. Second Declaration of Dr. Muhammad Baasiri;
6. Appendix to Second Baasiri Declaration (Code of Money and Credit).

Sincerely,

   */s/ David B. Rivkin, Jr.*

David B. Rivkin, Jr.

Enclosures (6)

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington

Gary M. Osen, Esq.
November 17, 2020
Page 2


cc:     Hon. Carol Bagley Amon (via ECF without attachments)
         All Plaintiffs' counsel of record (via electronic mail)
         All Defendants' counsel of record (via electronic mail)
         David D. Lin, counsel for Achraf Safieddine (via electronic mail)