<pre>
 1    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 2    --------------------------------x
                                          19-CV-0007(CBA)
 3    ROBERT BARTLETT, ET AL.,
                                          United States Courthouse
 4          Plaintiffs,                   Brooklyn, New York

 5          -against-                     August 31, 2020
                                          2:00 p.m.
 6
      SOCIETE GENERALE DE BANQUE AU LIBAN
 7    SAL, ET AL.,

 8          Defendants.
      --------------------------------x
 9
                  TRANSCRIPT OF CIVIL CAUSE FOR ORAL ARGUMENT
10                  BEFORE THE HONORABLE CAROL B. AMON
                       UNITED STATES DISTRICT JUDGE
11
      APPEARANCES
12
      Attorney for Plaintiff:  OSEN LLC
13                             2 University Plaza, Suite 402
                               Hackensack, New Jersey 07601
14                             BY:  GARY M. OSEN, ESQ.

15    Attorney for Banque Libano-Francaise SAL
                               MAYER BROWN LLP
16                             1221 Avenue of the Americas
                               New York, New York 10020
17                             BY:  MARK G. HANCHET, ESQ

18    Attorney for Bank Audi S.A.L.
                               MAYER BROWN LLP
19                             1221 Avenue of the Americas
                               New York, New York 10020
20                             BY:  ANDREW J. PINCUS, ESQ.

21    Attorney for             DLA PIPER LLP (US)
      Byblos Bank S.A.L.       1251 Avenue of the Americas
22    Bank of Beirut and       New York, New York 10020-1104
      the Arab Countries SAL   BY:  JONATHAN D. SIEGFRIED, ESQ
23    Lebanon and
      Gulf Bank SAL
24

25
</pre>

```
 1      APPEARANCES(Continued)

 2      Attorney for BLOM Bank
        Fransabank SAL          DECHERT LLP
 3                              1095 Avenue of the Americas
                                New York, New York 10036
 4                              BY:  LINDA C. GOLDSTEIN, ESQ.

 5      Attorney for MEAB Bank
        Fenicia Bank s.a.l.     SQUIRE PATTON BOGGS (US)LLP
 6                              2550 M Street, NW
                                Washington, D.C. 20037
 7                              BY:  MITCHELL R. BERGER, ESQ.
                                     GASSAN A. BALOUL, ESQ.
 8
        Attorney for Bank of Beirut
 9                              SHEARMAN & STERLING
                                599 Lexington Avenue
10                              New York, New York 10022-6069
                                BY:  BRIAN H. POLOVOY, ESQ.
11
        Attorney for Societe Generale de Banque au Liban
12                              ASHCROFT LAW FIRM, LLC
                                200 State Street 7th Floor
13                              Boston, Massachusetts 02109
                                BY:  MICHAEL J. SULLIVAN, ESQ.
14
        Attorney for Jammal Trust Bank SAL
15                              BAKER & HOSTETLER LLP
                                Washington Square, Suite 1100
16                              1050 Connecticut Avenue, NW
                                Washington, D.C. 20036
17                              BY:  MARK DeLAQUIL, ESQ.

18

19

20

21      Court Reporter:        Georgette K. Betts, RPR, FCRR, CCR

22                             Phone:  (718)804-2777
                               Fax:    (718)804-2795
23                             Email:  Georgetteb25@gmail.com

24      Proceedings recorded by mechanical stenography.  Transcript
        produced by computer-aided transcription.
25
```

PROCEEDINGS

1          THE COURT:  Good afternoon.  This is Judge Amon on

2   the line.  I'll ask my law clerk, Mr. Marks, to please call

3   the case.

4          THE LAW CLERK:  Hello?

5          THE COURT:  Hello?

6          THE LAW CLERK:  Hello, can you hear me?

7          THE COURT:  Yes.

8          THE LAW CLERK:  This is --

9          THE COURT:  Go ahead.

10          THE LAW CLERK:  This is case number 19-CV-007,

11   Bartlett, et al. v. Societe Generale de Banque au Liban SAL on

12   for oral argument on defendants' motions to dismiss.

13          Our court reporter is Georgette Betts and she is on

14   the line and counsel have entered their appearances and, Your

15   Honor, if you'd like, we can have counsel restate their

16   appearance on the record.

17          THE COURT:  They previously entered their appearance

18   with the court reporter; is that correct?

19          THE LAW CLERK:  Yes.

20          THE COURT:  Then we don't need to do that again.

21          As I understand it, on the issues of liability, with

22   the exception of JTB's liability and successor liability, that

23   Mr. Hanchet will address that for the defense counsel why the

24   complaint should be dismissed; is that correct?

25          MR. HANCHET:  This is Mark Hanchet, yes, that's

PROCEEDINGS

1    correct, Your Honor.

2              THE COURT:  All right, Mr. Hanchet, you want -- and

3    Mr. Osen, you're on for the plaintiffs and you'll respond; is

4    that correct?

5              MR. OSEN:  That is correct, Your Honor.

6              THE COURT:  Mr. Hanchet, you want to be heard?

7              MR. HANCHET:  Yes, Your Honor, thank you very much.

8              Once again this is Mark Hanchet of Mayer Brown.  I'm

9    presenting argument on behalf of the moving defendants with

10   respect, as Your Honor said, to the issues raised in the joint

11   motion to dismiss.  Counsel for each defendant bank of course

12   is present and can address any question the Court may have

13   specific to that individual bank as set forth, Your Honor, in

14   the chart attached to our August 28th letter.  And as Your

15   Honor pointed out, counsel for SGBL will separately address

16   issues relating to Count Four and we are not arguing on behalf

17   of Jammal Trust.

18             THE COURT:  And there is counsel for Jammal Trust, I

19   believe that is Mr. DeLaquil, is that how you pronounce your

20   name?

21             MR. DeLAQUIL:  This is Mark DeLaquil.

22             THE COURT:  DeLaquil, okay.

23             MR. DeLAQUIL:  Different people in my family

24   pronounce it differently.  I pronounce it DeLaquil.

25             THE COURT:  I just pronounced it as your aunt did I

PROCEEDINGS

1    guess, so we'll leave it at that.  Okay.

2              I'm sorry, Mr. Hanchet, you want to continue?

3              MR. HANCHET:  Yes, Your Honor.  Your Honor no doubt

4    is familiar with the pleadings and familiar with the briefings

5    so I'll keep my remarks relatively short.  I can summarize the

6    facts in 30 seconds.

7              Basically, Your Honor, the moving defendants are 11

8    banks that are all based in Lebanon and together these banks

9    constitute the vast majority, really the entire banking sector

10   of Lebanon, and these banks are alleged to have provided

11   arms-length, routine banking services to commercial customers

12   in Lebanon.

13             There are no allegations --

14             THE COURT:  Well --

15             MR. HANCHET:  Yes, Your Honor.

16             THE COURT:  Some of those commercial customers -- I

17   mean it's also alleged that they provided banking services to

18   at least a couple of entities that were known to be directly

19   tied into Hezbollah, correct?

20             MR. HANCHET:  Well, Your Honor, that's -- the

21   plaintiffs have alleged such connections, but I would point

22   out that other courts that have considered very similar

23   allegations have deemed those to not be credible or

24   sufficient, but be that as it may, Your Honor, it's important

25   to understand of course that the customers that the banks were

PROCEEDINGS

1  servicing were not Hezbollah.  They were commercial customers.

2  They were car washes, they were amusement parks, et cetera.

3          THE COURT:  Well, not all of them though.  Weren't

4  some of them -- weren't there individual accounts held by

5  people who were alleged to be operatives of Hezbollah?

6          MR. HANCHET:  Your Honor, there are no credible

7  allegations -- yes, there are allegations of that yes, Your

8  Honor, I agree with that statement.

9          THE COURT:  Well, then how -- I mean you say there

10  are no credible allegations.  I mean there is an allegation

11  that a person was, you know, an operative with Hezbollah, how

12  do we determine that that's not credible --

13          MR. HANCHET:  Well, Your Honor, there's no --

14          THE COURT:  -- I mean, is that your point?

15          MR. HANCHET:  My point is there are no specific

16  allegations that get into the details of these individuals

17  allegedly with ties to Hezbollah.  But, Your Honor, even if we

18  accept that some of these customers have some sort of tie with

19  Hezbollah, and the specifics are not alleged in the complaint,

20  Your Honor, that says nothing to do -- that has nothing to do

21  with the actual injuries that were suffered in this case.

22          The plaintiffs, as Your Honor well knows, are U.S.

23  service personnel that served in Iraq between 2004 and 2011

24  and they suffered injuries from violent attacks carried out by

25  Shia militia in Iraq.

PROCEEDINGS

1          Now the plaintiffs basically say that the banks

2    should be held responsible for these injuries under the ATA

3    and JASTA, but what is it that the Lebanese banks have to do

4    with these attacks that occurred in another country?

5    Plaintiffs basically say that Hezbollah, and Your Honor was

6    touching on this, helped train and support the militias that

7    carried out the attacks.  Plaintiffs say, also, that the

8    defendants conducted banking services on behalf of certain

9    entities with vague links to Hezbollah.  But the fact is, even

10   though the banks provided banking services to commercial

11   entities in Lebanon and even though the attacks were carried

12   out by Shia militias in Iraq, Hezbollah is being used to link

13   the attackers with the banks.  That's the nature of the

14   claims, Your Honor.  And similar ATA and JASTA actions that

15   have been brought against commercial entities in this district

16   and beyond have been rejected.  Those lawsuits, some of them

17   involve the same plaintiffs, some of them involve the same

18   attacks and some even the same defendants as in this case have

19   been dismissed because the plaintiffs utterly failed to link

20   the commercial defendants to the violence that injured the

21   plaintiffs.

22          THE COURT:  So is it a causation problem?  Let's

23   separate it into the primary liability and the aiding and

24   abetting liability.  What is the defect, the principal defect

25   that you see in the primary liability?

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

PROCEEDINGS

1          MR. HANCHET:  There are two problems, Your Honor, in

2     the primary liability context.  One is, as you pointed to

3     proximate causation.  As Your Honor well knows, *Rothstein*, the

4     Second Circuit authority on this in this particular context

5     says, that the conduct must lead directly to plaintiffs'

6     injuries, the conduct must be a substantial factor in causing

7     those injuries, and those injuries must be foreseeable as a

8     consequence of the conduct --

9          THE COURT:  And you're saying --

10         MR. HANCHET:  -- your Honor, none of that applies

11    here.  I'm sorry.

12         THE COURT:  Well, they're saying that they were

13    helping provide financing to Hezbollah and that Hezbollah in

14    turn was responsible for these terrorist attacks because they

15    trained the individuals.  Why isn't that a sufficient link?

16         MR. HANCHET:  Well, Your Honor, that is exactly the

17    link that they're trying to -- that they are trying to draw

18    here.  They're saying basically that the plaintiffs provided

19    banking services to customers in Lebanon, those customers --

20    that banking activity helped Hezbollah grow into a global

21    empire which allowed Hezbollah to develop training camps,

22    which allowed Hezbollah to provide some type of support to

23    Shia militias in Iraq, and it's those militias that

24    perpetrated the violence that injured the plaintiffs.  Your

25    Honor, that's a pretty lengthy chain and when other plaintiffs

PROCEEDINGS

1   have tried to assert just that type of theory, and I point the

2   Court, respectfully, towards *Al Rajhi Bank*, *Zapata*, *Kaplan*

3   *Freeman*, *O'Sullivan*, these are all cases we cited in our

4   papers, those causal theories have failed.  Allegations

5   regarding Hezbollah's so-called alter egos being various

6   entities that are sprinkled throughout the complaint are

7   insufficient under *Iqbal*.  It's just alter ego conjecture.

8   They offer no facts permitting the plausible inference that

9   these entities are fronts for Hezbollah.

10          So, Your Honor, that's the proximate causation

11   argument.  The other defect --

12          THE COURT:  Well, assuming that there were

13   allegations that were sufficient to link them to Hezbollah, is

14   the complaint still deficient in your view?

15          MR. HANCHET:  It is, Your Honor, because in order to

16   properly plead a primary liability claim under the ATA, they

17   have to meet the ATA's definitional requirements of

18   international terrorism.  And, here, they would have to allege

19   that the moving defendant itself each committed an act of

20   international terrorism and there is no court that has said

21   that providing banking services to commercial entities

22   qualifies as an act that is dangerous to human life.

23          Secondly, Your Honor --

24          THE COURT:  But there's the Seventh Circuit case

25   that does talk about the fact that if you donate directly to a

PROCEEDINGS

1    terrorist organization that is sufficient.

2            MR. HANCHET:  Well, Your Honor, I think you're

3    referring to the *Boim* case.

4            THE COURT:  Yes, *Boim*.

5            MR. HANCHET:  Yes, and in all candor, *Boim* has been

6    overtaken by a series of other cases that have cast doubt on

7    that particular proposition, but most recently *Linde* speaks

8    directly to this issue, Your Honor.

9            The second issue that I really want to focus Your

10   Honor's attention on in terms of --

11           THE COURT:  Well, you act as if -- or you make the

12   point that *Boim* is, I guess you're saying is no longer a case

13   that the Court should rely on, but can you distinguish this

14   circumstance from *Boim*, distinguish what happened here from

15   that case?

16           MR. HANCHET:  Well, Your Honor, in -- I'm trying to

17   remember the specific facts of *Boim*, Your Honor, I'm afraid I

18   can't do that sitting here right now.

19           THE COURT:  Okay.  Continue.

20           MR. HANCHET:  Your Honor, the second defect with

21   primary liability is the plaintiffs' failure to plead

22   objective terroristic intent.  The plaintiffs have to

23   establish and plead, plausibly, that the moving defendants

24   harbored terroristic intent and, frankly, a reasonable

25   observer here would hardly embrace the notion that the banks

PROCEEDINGS

1    in Lebanon harbored a terroristic intent.  The obvious

2    alternative explanation is that they were simply providing

3    banking services for commercial purposes.

4          This is the result that was reached in a later

5    Seventh Circuit decision, Your Honor, *Kemper V. Deutsche Bank*

6    and *Zapata*.  And in *Kemper* the court said, to the objective

7    observer, Deutsche Bank's interactions with Iranian entities

8    were motivated by economics, not by a desire to intimidate or

9    coerce.  In *Zapata*, Judge Cote found that to an objective

10   observer, HSBC's conduct appeared to be motivated by economics

11   not a desire to intimidate or coerce.

12         Your Honor, I would say the same is true here.  This

13   is an instance where the Lebanese banking sector is being

14   essentially accused of having terroristic intent when, in

15   fact, it's far more plausible, objectively, to conclude that

16   the banking sector is interested in servicing the financial

17   needs of the country and its population and is driven by

18   economic considerations.

19         THE COURT:  All right.  Why isn't there -- do you

20   want to address the aiding and abetting liability?

21         MR. HANCHET:  I do, Your Honor.

22         THE COURT:  Okay.  Is there anything further that

23   you wish to point out with respect to the primary liability

24   issues?

25         MR. HANCHET:  Well, only that primary liability

PROCEEDINGS

1  claims have been rejected so soundly in recent jurisprudence

2  in all of the cases that I've been discussing so far.

3       THE COURT:  Which case do you -- when you talk about

4  recent jurisprudence there are a number of cases, which case

5  do you think is most closely analogous to this case?

6       MR. HANCHET:  Your Honor, I would -- I don't know if

7  it's the most analogous, but I would say one of the most

8  instructive recent cases is *the Kaplan* case by Judge Daniels

9  in the Southern District of New York.  That case is on all

10  fours*.  Kaplan* covers the primary liability issues you've been

11  talking about, it also rejects, on the pleadings, aiding and

12  abetting and conspiracy theories under JASTA.  So that's a

13  good decision, Your Honor, because it actually discusses

14  decisions from around the country, different circuits, it's

15  recent and it's thorough.  And of course*, Kaplan* has been

16  cited in subsequent cases in the Eastern District and the

17  Southern District, so...

18       THE COURT:  Do you know if that case is on appeal,

19  do you know one way or the other?

20       MR. HANCHET:  Your Honor, give me two seconds on

21  that.  Perhaps one of the parties on the phone, Mr. Siegfried

22  might be able to address that question.

23       MR. SIEGFRIED:  Your Honor, this is Jonathan

24  Siegfried.  The case is on appeal.

25       THE COURT:  Okay.  Thank you.

PROCEEDINGS

1        MR. SIEGFRIED:  Except, I would say, Your Honor, to

2   be complete in that description, the plaintiffs who are

3   represented by the same counsel here have not -- did not

4   appeal or didn't brief and argue that the dismissal of the

5   primary liability claim by Judge Daniels was in error, nor

6   have they argued that his dismissal of the conspiracy claim

7   was in error.

8        THE COURT:  Was it just the aiding and abetting

9   claim?

10        MR. SIEGFRIED:  That's correct, Your Honor.

11        THE COURT:  All right, Mr. Hanchet, did you want to

12   take up the -- not the primary liability issues but the aiding

13   and abetting and the conspiratorial claims?

14        MR. HANCHET:  Yes, Your Honor.  With respect to

15   aiding and abetting, I would say that the leading case is the

16   Second Circuit decision in *Siegel*.  *Siegel* basically sets

17   forth channeling essentially *Halberstam*, sets forth the two

18   elements that need to be alleged credibly.  There has to be

19   general awareness on the part of the defendant and the

20   defendant has to --

21        THE COURT:  General awareness of what?

22        MR. HANCHET:  Well, JASTA requires that the

23   secondary actor be aware that by assisting the principal, it

24   is itself assuming a role in terrorist activities.  So it

25   needs to know that what it is doing is actually assisting in

PROCEEDINGS

1    the terrorist activities, in this case the attacks in Iraq.

2    And, Your Honor, the pleadings don't give us -- they don't

3    give rise to an inference sufficient to satisfy that element.

4           THE COURT:  Well, isn't there sufficient allegations

5    to show that they should have been aware that they were

6    dealing with Hezbollah entities and also that Hezbollah was an

7    organization that funded terrorist activities, isn't there

8    sufficient allegations to show a general awareness of those

9    two facts?

10          MR. HANCHET:  Well, even if we accept the

11   proposition, Your Honor, that there was an awareness that the

12   banks were providing somehow services to Hezbollah, a FTO,

13   that would still be insufficient.  That -- *Linde*, another

14   Second Circuit decision, Your Honor, speaks directly to this

15   issue.  The knowledge requirement is -- has to be that there

16   is an understanding that the defendant is itself assuming a

17   role in the terrorist activities.  So courts, once again, Your

18   Honor, have recently and consistently rejected these kinds of

19   claims.  And I mentioned *Siegel* but *Kaplan* speaks to this as

20   does *Honickman* and *Averbach* also cited throughout our papers.

21          The second element, Your Honor, is substantial

22   assistance.  And once again, there has to be allegations that

23   the defendants substantially assisted the principals in this

24   case in conducting the attacks.  Well, *Halberstam*, which is

25   incorporated into JASTA, provides six elements and they are as

PROCEEDINGS

1    follows, Your Honor, and we briefed this:

2          The nature of the act encouraged.  How can it be

3    said that the banks in this case encouraged anybody to conduct

4    attacks, there is no such allegation in this complaint.

5          Second, the amount of assistance given by the

6    defendants.  Well, we would say that no assistance is being

7    given to Hezbollah let alone to the attackers that are

8    conducting the attacks.

9          The third element is the defendants' presence or

10   absence at the time of the tort.  And plaintiffs nowhere

11   suggest that the banks were present in Iraq when these attacks

12   were occurring.

13         Next, it's defendants' relation to the principal.

14   Well, I've spent the last few minutes explaining how these

15   banks have nothing to do with the principals, that there are

16   all kinds of intermediaries between them, including Hezbollah.

17         Then there is defendants' state of mind, this sort

18   of harkens back to what we were just talking about the general

19   awareness and, finally, the period of defendants' assistance.

20   Well, we don't know that because the plaintiffs don't lay out

21   in any specificity whatsoever how long the banking services

22   were allegedly being supplied to the commercial entities in

23   Lebanon.

24         So each of these factors favors dismissal, Your

25   Honor.  And once again, these types of allegations have

PROCEEDINGS

1    failed.  They failed in *Siegel*, they failed in *Kaplan*, they

2    failed in *Honickman*, they failed in *Averbach*, and they failed

3    here, Your Honor.

4            THE COURT:  All right.  Thank you.  Let me hear now

5    from Mr. Osen.  Have I pronounced your name correctly?

6            MR. OSEN:  Yes, Your Honor.

7            THE COURT:  First of all, what is your strongest

8    theory here, is it the primary liability or the secondary

9    liability, aiding and abetting in your view, what's the

10   strongest part in this complaint.

11           MR. OSEN:  In this particular case, Your Honor, I

12   think they are equal.  In many cases one theory or another is

13   stronger, but here I think the allegations are so overwhelming

14   that they meet any standard under either 2333(a) or under

15   JASTA.

16           THE COURT:  Counsel has pointed out -- counsel for

17   the defendants has pointed out that there are a whole series

18   of cases that have found that the complaints were insufficient

19   in very similar circumstances, *Kaplan, Honickman* to name but

20   two.  In your view, are these cases wrongly decided or is this

21   case distinguishable from those?

22           MR. OSEN:  Your Honor, the answer to that, Your

23   Honor, I think is both.  Let me say that both *Kaplan* and

24   *Honickman* are up on appeal.  In the case of *Kaplan* it has a

25   particularly unusual procedural history because it is the

PROCEEDINGS

1    residual case, if you will, of the *Licci* line of cases best

2    known for rulings on personal jurisdiction and, in fact, there

3    was a companion case that was part of the original complaint

4    dealing with plaintiffs who brought claims under the Alien

5    Tort Statute, and so there's sort of a parallel Second Circuit

6    decision on the issue of the aiding and abetting claim under

7    international law for that same conduct but by the alien

8    non-U.S. national plaintiffs.  I think the decision by the

9    Second Circuit is instructive of the Court's view of the

10   allegations in that complaint.

11          Who -- to answer your question again, I think both

12   *Honickman* and *Kaplan* are distinguishable but I also think

13   they're wrongly decided and I'm happy to elaborate as to

14   either part.

15          THE COURT:  Well, why don't you do that as to both

16   parts.

17          MR. OSEN:  Okay.  With respect to *Kaplan*, the

18   distinguishing fact, even assuming one accepted arguendo that

19   the holding was correct, is that *Kaplan* dealt with rocket

20   attacks that took place between -- which all took place rather

21   in the summer of 2006.  And the period that was relevant to

22   *Kaplan* was 2004 to 2006 and one of things that the district

23   court focused on in the decision referenced by Mr. Hanchet is

24   the fact that the Martyrs Foundation, the same Martyrs

25   Foundation that is discussed at length in the complaint here,

PROCEEDINGS

1   that organization was not designated by the United States

2   Treasury until after the rocket attacks, and the other

3   customers who were designated by the United States Government,

4   who were identified in that action were also designated

5   subsequent to the 2006 conflagration.  So there, one obvious

6   distinction is that the time period was much narrower.  Here,

7   we're dealing with a time period from 2003 to 2011 and

8   certainly not all but many of the entities that we've

9   identified as bank customers here were designated in 2006,

10  2007 and beyond.  So that's sort of a threshold factual

11  distinction.  The Islamic Resistance Support Organization, the

12  Martyrs Foundation, certain individual Hezbollah operatives

13  were designated during the time period in question, not

14  afterwards.

15          Factually the case involving *Honickman*, the BLOM

16  Bank, is much more analogous to the case you mentioned a few

17  moments ago, that's *Boim* versus *Holy Land Foundation*.  Briefly

18  the facts of *Boim* were that the plaintiffs were the family of

19  a teenager who was killed by Hamas in 1994, 1995 and they sued

20  the Holy Land Foundation and other Islamic charities in the

21  United States who they alleged had provided funding, donation,

22  material support under the statute's definition to various

23  charities, charitable front organizations belonging to Hamas.

24  At the time none of those front organizations had been

25  designated by the United States Government, but the

PROCEEDINGS

1    allegations were that the donor, the defendants in that case,

2    knew that in fact those entities they were sending money to

3    were controlled by Hamas.  And I won't go through the

4    entire --

5             THE COURT:  How is that analogous -- let me just ask

6    you a question because I guess it's your view that *Boim*

7    applies here.  I mean that was a direct supplying of money to

8    these organizations.  The banks aren't doing that here, how

9    are they supplying money to these organizations.  It's

10   different from directly donating money, that's not what is

11   alleged here, is it?

12            MR. OSEN:  That's true, Your Honor.  Section 2339A

13   which defines material support under the statute both speaks

14   of currencies and other things of value and it speaks of

15   financial services.  Congress recognized that the provision of

16   financial services was a vital aspect of the support of

17   terrorism and that's true for perhaps not very obvious

18   reasons.

19            When terrorist organizations of the scope and reach

20   of Hezbollah or Hamas or al-Qaeda, for example, fund raise in

21   various forms, whether it's through donations or criminal

22   activity, they do so from all over the world.  And in order to

23   be able to raise that money effectively and to be able to

24   transfer that money effectively they rely on the formal

25   banking system.  And so Congress, when it passed 2339(a) and

PROCEEDINGS

1   when it created the material support statute with the

2   definition of material support it included those specific

3   provisions both for currency and the terms is monetary

4   instruments which would cover donations and then it also

5   covers financial services as well as training and other forms

6   of material support.

7          THE COURT:  So any time a bank deals with a company

8   that has some connection to Hezbollah it violates the statute.

9          MR. OSEN:  Well, that depends on two things.  First

10  of all, it depends on its state of mind.  Does it knowingly do

11  so or does it do so with a disregard for whether it is dealing

12  with Hezbollah.  That's the Black letter law from *Weiss* v. *Nat*

13  *West* in the Second Circuit from 2014.

14          The second part of it is, are we dealing with

15  Hezbollah or are we dealing with an organization that is in

16  some way connected to Hezbollah or to any other FTO.  And this

17  separates out, by the way, and distinguishes *Boim* -- or I

18  should say *Boim III*, as it is called, the en banc decision in

19  that case from the *In Re: Terrorist Attacks* case also known as

20  the *Al Rajhi* decision in the Second Circuit.

21          In *Boim*, as in *Honickman*, as in *Linde*, the

22  allegations and the evidence in two of those cases that went

23  to trial, the evidence was that the recipient organizations

24  were controlled by or were alter egos of an FTO and if you do

25  that, that is, if you are bank and you knowingly provide

PROCEEDINGS

1    services to an FTO, you're violating the provisions of

2    Section 2339B.

3            Conversely, in *Al Rajhi*, you had an instance where

4    the account holder, the customer in that case, was an

5    organization that certainly had been credibly alleged to have

6    donated money to al-Qaeda but it also was an organization that

7    donated money to Hamas and to other organizations.  It was not

8    a creature of, controlled by, or an alter ego of al-Qaeda and

9    therefore the mere fact that it was a questionable

10   organization, while that raised lots of issues concerning its

11   risk tolerance, meaning the defendant bank's risk tolerance

12   and its judgment, one could not say that the mere maintenance

13   of the account in that case necessarily meant money was going

14   to al-Qaeda.

15           THE COURT:  And?

16           MR. OSEN:  Right.  So in this case, bringing it

17   forward, Your Honor, the allegations here, notwithstanding

18   Mr. Hanchet's reference to a lack of specific allegations or,

19   quote/unquote, vague links, here the complaint sets forth

20   chapter and verse how these entities are part of Hezbollah,

21   how the Hezbollah's Islamic Jihad organization, which is the

22   military wing, if you will, of Hezbollah, founded by its arch

23   terrorist Imad Mughniyeh, that organization created something

24   called the Business Affairs Component, which is sort of its

25   Chamber of Commerce, for lack of a better analogy, and that

22

PROCEEDINGS

1    Business Affairs Component is not something we invented, this

2    is something that the United States Government has found and

3    has prosecuted individuals for and has undertaken various

4    regulatory actions against.

5         The business affairs component was originally run by

6    Imad Mughniyeh.  After his death in 2008 it was taken over by

7    two individuals mentioned in the complaint, Adham Tabaja and

8    Abdallah Safieddine.  And those two individuals run this

9    enormous network that includes narcotics trafficking, weapons

10   trafficking, blood diamonds, in all manner of other commercial

11   and criminal activities.

12        This is not a secret, this is not something unknown

13   in Lebanon.  This is known as a core revenue stream, not just

14   in Lebanon but of these defendant banks, and it goes beyond

15   that, Your Honor, because the complaint alleges that Hezbollah

16   is so enmeshed, not just into the political system --

17        THE COURT REPORTER:  Excuse me, Counsel.  Somebody's

18   phone needs to be put on mute because there's a lot of

19   background noise.  Thank you.

20        THE COURT:  Continue, counsel.

21        MR. OSEN:  Sorry.  It's not simply something that

22   has infiltrated the political system in Lebanon where

23   Hezbollah dominates that, but also the banking system where

24   its own operatives are actually emplaced at the bank to

25   liaison and you see that -- again, this is not something which

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

PROCEEDINGS

1    is simply an allegation by the plaintiffs, you see it

2    referenced explicitly in the designations of defendant Jammal

3    Trust Bank.  You see it in the fact that defendants MEAB,

4    Middle East Africa Bank, their chairman until 2015 is himself

5    a Specially Designated Global Terrorist because of his role in

6    Hezbollah.  So we're talking about something which is unlike

7    almost any other scenario in any other case in any other

8    jurisdiction.

9           Here, you have an ongoing conspiracy played out,

10   unfortunately, every day in the newspapers with the collapse

11   of the Lebanese economy and its banking system.  You see the

12   collaboration between the defendants and Hezbollah to launder

13   billions of dollars mostly in criminal proceeds, some of it in

14   donations more akin to *Boim* where there are donations to

15   Hezbollah so-called charities or front organizations, but the

16   scale of this is unlike anything.  The closest analogue to it

17   is Arab Bank and that does not compare to it in scope.

18          THE COURT:  But the fact that the banks may be

19   involved in money laundering for these organizations, that

20   doesn't establish the causation link.  You need to show or

21   have allegations that show that there is a direct relationship

22   between the defendants' actions, in this case the banks, and

23   the plaintiffs' injury.  For a primary liability you've got to

24   show the proximate causation and isn't it a few steps removed

25   from that.  You may have allegations that suggest that the

PROCEEDINGS

1 banks are involved in money laundering for these

2 organizations, but how does that show a direct causal or

3 establish, rather, that the necessary element of proximate

4 causation for plaintiffs' injuries.

5 MR. OSEN:  Well, Your Honor, we agree with the

6 defendants that *Rothstein* governs on the question of proximate

7 cause --

8 THE COURT:  Right.

9 MR. OSEN:  -- and we accept that legal standard.

10 *But Rothstein* is completely the opposite of the facts pled

11 here.  In *Rothstein* the plaintiffs asked that causation be

12 determined in their favor as a matter of law because they had

13 a theory that having alleged a criminal act, the presumption

14 of causation went the other way and the defendants had to

15 prove it wasn't the cause.  Then the Court set forth the

16 *Lerner* standard that was repeated by Mr. Hanchet.  We don't

17 dispute that proximate cause is required, but we submit both

18 in the case of *Boim* and in *Linde*, that the proffer as to

19 proximate cause is, one, whether the assistance provided, in

20 this case the life blood of Hezbollah's financing network, was

21 a substantial factor in Hezbollah's ability to project its

22 efforts, its power, if you will, into Iraq is certainly pled

23 and certainly something that we believe we can prove and a

24 jury would obviously, from our standpoint, be willing to

25 accept and, moreover, the second prong of it is of course

PROCEEDINGS

1    foreseeability.

2          There is no question in our mind that when you

3    engage in the kind of conduct on the scale and scope of what

4    the defendants have done here, it is imminently foreseeable,

5    if not inevitable, that Hezbollah is going to kill and maim

6    people as a result of that conduct.  So we don't --

7          THE COURT:  But are you arguing that with respect to

8    your primary liability or your aiding and abetting liability

9    that issue of foreseeability.

10         MR. OSEN:  Both.  Although, Your Honor, obviously

11   the test is somewhat different.  *Linde* makes clear that the

12   substantial factor test in *Rothstein*, although similar in

13   certain respects, is not the exact standard that you apply to

14   JASTA liability.  And I'm happy to go through the JASTA

15   factors as well, but --

16         THE COURT:  In your view is your -- and I've asked

17   you this I guess before, but you say that you think your

18   primary liability argument and your aiding and abetting

19   liability are equally strong.

20         MR. OSEN:  Yes.

21         THE COURT:  Okay.  Let me just see if there's

22   anything...did you want to add anything else to your argument?

23         MR. OSEN:  Certainly, Your Honor.

24         First of all, let me say that Mr. Hanchet talked

25   about the substantial assistance factors in *Halberstam* --

PROCEEDINGS

1    THE COURT:  Yes.

2    MR. OSEN:  -- and he spoke about the need to prove

3    encouragement, and I would just point Your Honor to the fact

4    that *Halberstam* offers two alternatives:  Encouragement or

5    assistance.  And it says specifically the quote from

6    *Halberstam* at 481 is, substantial assistance or encouragement,

7    end quote.  And the Court, quote, looked at the -- first at

8    the nature of the act assisted, in that case a long-running

9    burglary enterprise, end quote, 488.  Your Honor, the

10   fundamental fact is that *Halberstam* sets forth a standard that

11   defendants in this case and in many others simply don't like

12   and it's understandable because it is secondary liability not

13   primary liability.

14         In *Halberstam* the defendant was the girlfriend of a

15   burglar.  The murder involved in *Halberstam* for which she was

16   found legally liable, civilly liable was one that was

17   unplanned.  It is inconceivable from our point of view that an

18   unplanned murder resulting from a burglary that the defendant

19   in that case did not even know took place, somehow establishes

20   a higher standard both of foreseeability and awareness than

21   someone who knowingly provides financial services in the form

22   of hundreds of millions of dollars to a terrorist

23   organization --

24         THE COURT:  How does it provide -- when you talk

25   about providing financial services, exactly did they provide

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

PROCEEDINGS

1   money to these organizations, or just banking services?

2           MR. OSEN:  They provided banking services which

3   allowed --

4           THE COURT:  But not money, correct?

5           MR. OSEN:  Yes, it's not actual currency.  It's a

6   service which is critically important to their operations.

7   Because, for example, when the government of the United States

8   found that Hezbollah was engaged in this narcotic trafficking

9   endeavor run by a person designated as a specially designated

10  narcotics trafficking kingpin by the name of Ayman Joumaa,

11  Mr. Joumaa and his network contracted with Colombian and

12  Mexican cartels to move product for them through Africa into

13  Europe and to take the enormous proceeds in cash that they

14  received from these sales and launder them through the

15  Lebanese banking system.  In order to make that deal, in order

16  to gain the profits from this enterprise they needed somebody

17  to actually allow them a venue to deposit these sums into the

18  banking system so they could be laundered principally through

19  trade-based money laundering and so --

20          THE COURT:  But there's a difference between

21  assisting on the crime of money laundering and assisting in

22  terrorist attacks.  I mean, you have to show a proximate

23  causation to the terrorist attacks, so assisting in money

24  laundering is not the same as assisting in terrorist attacks.

25          MR. OSEN:  We agree with that, but we would also

PROCEEDINGS

1   point out that the question of whether it assists a terrorist

2   attack is not a question solely of whether the money actually

3   was used to purchase the explosives.  What *Boim* says and what

4   *Linde* says is that financial services or -- particularly

5   *Linde*, which is dealing with a more analogous scenario, says

6   that financial services given to an FTO knowingly is something

7   which may satisfy proximate cause, it may satisfy appears to

8   be intended but in that case because there was no jury

9   instructions relating to Section 2331(1's) definition it had

10  to be remanded.  It did not say by any means that the

11  provision of financial services could not be the proximate

12  cause and the same thing was true in the *Weiss* case and the

13  *Strauss* case.  Those cases, which ultimately are now on appeal

14  on the questions of scienter and the apparent intent question,

15  the Court in those cases found that the financial services to

16  the FTO were plausibly established at least for a jury to

17  consider whether they proximately caused the plaintiffs'

18  injury.

19          So there is a whole line of cases in which financial

20  services have been found sufficient even to the point of

21  summary judgment to plausibly allege and, ultimately, in those

22  cases prove sufficient for summary judgment that financial

23  services can proximately cause injuries where you are

24  facilitating the ongoing operations of a terrorist

25  organization and their financing.

PROCEEDINGS

1          THE COURT:  Well, under *Linde* they said that the

2   secondary actor must be aware that by assisting the principal

3   it assumed a role in terrorist activities.  That you have to

4   show, correct?

5          MR. OSEN:  Yes.  And with respect to the JASTA

6   secondary liability, a lot has been made of one phrase in

7   *Linde* that aiding and abetting an act of international

8   terrorism requires more than the provision of material support

9   to a designated terrorist organization, but for that

10  proposition, Your Honor, the *Linde* Court cited back to

11  *Halberstam* and that's certainly true because in *Halberstam* it

12  wouldn't have been sufficient for Ms. Hamilton to have given

13  any kind of support or assistance to Mr. Welch.  It had to be

14  assistance with an awareness that she was aiding his criminal

15  enterprise.  So that criminal enterprise -- and this is

16  perhaps the most key point with respect to secondary

17  liability, the criminal enterprise there was a burglary

18  enterprise --

19          THE COURT:  But in that case the wife was assisting

20  her husband and her husband was the one who committed the

21  murder.  Here, the banks are assisting its customers, but it's

22  not the customers who are directly engaging in the terrorist

23  activities in the way that her husband was committing the

24  murder.  Isn't that a distinction?

25          MR. OSEN:  Not really, respectfully, Your Honor.

PROCEEDINGS

1    *Halberstam* obviously deals with an individual, so we're

2    talking about two people who know each other.  There is an

3    obvious factual distinction when you're talking about a

4    corporation or in this case a terrorist organization.  But

5    Congress clearly contemplated, and this is evident from both

6    the findings and purpose of the statute, that it is

7    organizations, foreign organizations that commit these acts of

8    terrorism and so the question isn't whether the defendant in

9    this case, any one of them knows or deals directly with the

10   terrorist operative or cells that sets an attack Iraq, the

11   question is whether they're dealing with Hezbollah.  Hezbollah

12   is in the role of Mr. Welch and that's something that Congress

13   made explicit in the findings and purpose of the statute.

14        THE COURT:  You list in the complaint over 200

15   terrorist acts, correct?

16        MR. OSEN:  I don't recall the exact number, but...

17        THE COURT:  Well, it's a large number, correct?

18        MR. OSEN:  Agreed.

19        THE COURT:  Are the allegations sufficient to prove

20   that Hezbollah was involved in each and every one of those

21   terrorist attacks.

22        MR. OSEN:  Yes, that is our view, Your Honor.  And,

23   specifically, we point to the fact that it's not simply a

24   question of whether or not the defendants -- I'm sorry,

25   whether Hezbollah trained specific organizations, it's a

PROCEEDINGS

1   function of the fact that these organizations -- or I should

2   say these special groups, as we've termed them, were in fact

3   created by Hezbollah, they were set up by Hezbollah and by the

4   individual I previously mentioned Mr. Mughniyeh.  That's in

5   paragraphs 1861, 1865 to 1866, 1871 to 72.

6           The role of Hezbollah in these attacks was to

7   establish their proxy cells in Iraq with Iranian support to

8   provide them with training, to provide them with money, to

9   provide them with specific signature weapons, the explosively

10  formed penetrator and, in addition to all of that, in this

11  case Hezbollah is alleged to have worked on a day-to-day basis

12  on the ground in Iraq helping its proxies circumvent and

13  overcome U.S. countermeasures against the very weapons that

14  they were deploying.  So on a week-by-week basis and over a

15  course of many years, Hezbollah actually directed these

16  attacks in Iraq and was part of the command structure that

17  initiated the attacks, decided when those attacks would

18  lessen, when violence would intensify, excuse me, to serve the

19  purposes of Hezbollah and its Iranian masters is by any

20  definition the organization most primarily responsible for the

21  attacks.

22          THE COURT:  Before we turn to something, another

23  issue, I know that we haven't heard yet from Mr. DeLaquil,

24  but, Mr. Osen, let me ask you to turn to JTB's liability.  Do

25  you believe the case is stronger against that organization

PROCEEDINGS

1   than the other defendants in this case?

2          MR. OSEN:  Certainly I think the defendants view

3   that because they've chosen to separate themselves from Jammal

4   Trust Bank and have them file separately.  I think it would be

5   disingenuous to say that it's not an advantage from the

6   plaintiffs' standpoint to have one of the defendants

7   designated as a terrorist by the United States after the

8   complaint has been filed.  The allegations there, particularly

9   with the U.S. Government designation, are pretty stark.

10  Obviously --

11         THE COURT:  Are they different in kind from the

12  allegations against the other defendants --

13         MR. OSEN:  No.

14         THE COURT:  -- apart from their designation as a

15  terrorist organization?

16         MR. OSEN:  They are different only in the sense that

17  it has imprimatur of the United States Government singling

18  them out and specifically their knowledge and specifying,

19  quote/unquote, their deep coordination with Hezbollah that

20  dates back to the mid 2000s, end quote.  So in that sense it

21  is a great fact for us to have, but the allegations are equal

22  against all of the defendants.  And in fact, I would argue

23  that although Jammal Trust Bank is the only SDGT of the 12

24  defendants, it's actually by virtue of its smaller size a less

25  significant, in terms of overall force of its conduct, less

PROCEEDINGS

1    significant than many of the other defendants who --

2                THE COURT:  Okay.

3                MR. OSEN:  -- committed the same conduct but on a

4    greater scale.

5                THE COURT:  All right.  Thank you, Mr. Osen.

6                Mr. Hanchet, is there anything that you wanted to

7    reply directly to without repeating your entire argument that

8    I heard a few moments ago.

9                MR. HANCHET:  Yes, Your Honor, let me just address

10   one or two points.

11               THE COURT:  Okay.

12               MR. HANCHET:  The first is, what's going on is

13   Mr. Osen is presenting a complaint that is essentially

14   accusing the entire Lebanese banking system of being complicit

15   in these attacks.  If you follow that to its logical

16   conclusion, he's essentially accusing the entire Lebanese

17   economy of participating in various ways with Hezbollah and

18   that can't be how the ATA works.  And I commend to Your

19   Honor's attention the amicus brief that was filed by the

20   European Banking Federation and the IIB that speaks, I think

21   persuasively, that if plaintiffs are permitted to proceed

22   using charges of terrorism in this way it will have disastrous

23   consequences for Lebanon and indeed the international

24   financial system.

25               THE COURT:  So why does that really make a

PROCEEDINGS

1   difference if in fact the allegations are supportable and

2   correct.  I mean that's sort of like, so what, they shouldn't

3   have done it.

4           MR. HANCHET:  Well, actually with respect -- with

5   respect, Your Honor, it's much more than that.  They're

6   accusing banks of being in cahoots with Hezbollah but if you

7   read their complaint they're saying the car washers are in

8   cahoots with Hezbollah, the coffee shops are in cahoots with

9   Hezbollah.  What they're basically saying is the entire

10  economy, you know, a country with millions of people, they're

11  all in cahoots with Hezbollah and they're all responsible for

12  these attacks that occurred.  That is not how the chain of

13  causation can work and that's certainly not how the ATA should

14  work.

15          THE COURT:  Okay.

16          MR. HANCHET:  That's all, Your Honor.  You covered

17  your other points in your questions.

18          THE COURT:  Anything else.

19          MR. HANCHET:  No, thank you very much.

20          THE COURT:  All right.  Mr. DeLaquil, did you want

21  to say anything because I haven't heard from you yet.

22          What do you believe the significance of your client

23  being designated as -- whatever the acronym is.

24          MR. DeLAQUIL:  Your Honor, the designation of JTB as

25  an SGDT -- SDGT, a Specially Designated Global Terrorist is

PROCEEDINGS

1    certainly significant for JTB.  JTB is now under the

2    receivership of the Central Bank of Lebanon which has

3    appointed Dr. Muhammad Baasiri, a well-respected Lebanese bank

4    official as liquidator of the bank and the Central Bank is

5    cooperating with OFAC both in responding to specific OFAC

6    information requests and reaching out affirmatively to share

7    information, but I think the designation of JTB as an SDGT

8    doesn't have any real effect on the arguments in this case.

9            JTB was designated in September 2019, long after the

10   events that plaintiffs allege give rise to liability and the

11   only aspect of the designation that we believe is properly

12   before the Court on a motion to dismiss is the designation

13   itself as published in the Federal Register at 84 Federal

14   Register 46782.  The only thing that designation states is

15   that JTB was designated, quote, for assisting in, sponsoring

16   or providing financial material or technological support, or

17   financial or other services to or in support of Hezbollah, an

18   entity whose property and interests in property are blocked

19   specific pursuant to E.O.13224, end quote.  The designation

20   has no information specifically as to what conduct it was that

21   the Treasury Department relied on in the designation or when

22   that conduct occurred, and for primary liability under the ATA

23   you have to have an act dangerous to human life.  The mere

24   fact of the designation is simply not enough to make plausible

25   the allegation that there is an act dangerous to human life.

PROCEEDINGS

1          For secondary liability under the ATA you have to

2     have, as the Court noted, assumed a role in the enterprise.

3     And the fact of the designation, as described in the Federal

4     Register, does not provide enough content to make plausible a

5     claim that JTB's conduct was akin to the live-in girlfriend in

6     *Halberstam* who had three children with the robber, who kept

7     the books for the robber where she recorded only the products

8     they sold, not the goods they may have robbed, and let her

9     husband install a smelting furnace to melt down his stolen

10    gold in the family garage.  There's simply not enough there.

11          The plaintiff has also, in its motion to dismiss,

12    referred to various statements in a press release I believe

13    also included that in the material submitted to the Court.  We

14    do not believe that that press release is properly considered

15    by the Court on a motion to dismiss.  It is not a document the

16    plaintiffs relied on in preparing the amended complaint, nor

17    is it integral to that complaint.  And so as a result, we

18    object to its consideration.  We'll address it if you would

19    like me to, but we don't believe that it is properly before

20    the Court.

21          (Continued on the next page.)

22

23

24

25

PROCEEDINGS

1          THE COURT:  All right, anything else?

2          MR. DeLAQUIL:  Not at this time, Your Honor.

3          THE COURT:  Okay.

4          Mr. Osen, did you just want to respond to any of

5   that since I kind of flipped it here in terms of the argument?

6          MR. OSEN:  Yes.

7          First of all, obviously the press release and the

8   designation itself took place about three weeks after the

9   amended complaint was filed.  So it's not a dereliction in

10  failing to include it, it simply occurred after the submission

11  of the amended complaint, and as such the Court can properly

12  consider it.

13         THE COURT:  Well, how can I properly consider it if

14  it's outside the four corners of the complaint?

15         MR. OSEN:  Well, the Court can do so because it,

16  number one, it can take judicial notice of a public record.

17         Number two --

18         THE COURT:  A press release is a public record?

19         MR. OSEN:  It certainly is.  In fact, press releases

20  by the U.S. Treasury Department have in multiple instances

21  have been found to be admissible evidence in --

22         THE COURT:  Okay.

23         MR. OSEN:  In the --

24         THE COURT:  Well, admissible evidence.

25         MR. OSEN:  Right.

PROCEEDINGS

1        THE COURT:  All right.

2        MR. OSEN:  That's both admissible because it's a

3   report by a law enforcement agency under a duty of law.

4        But also it's part of the public record, it's

5   something which has been taken note of by courts in a variety

6   of ATA context, both civil and criminal.

7        To the extent that as a procedural matter the Court

8   wants us to amend, to attach it as an exhibit to the

9   complaint, you know, for the tidiness of the record, that's

10  something that we'd be prepared to do.

11        But I think the fundamental facts of the designation

12  make clear that Jammal Trust Bank knowingly facilitated the

13  banking activities of Hezbollah.  It even says that it

14  coordinated with a member of Parliament by the name of Amin

15  Cherri, a close associate of Adham Tabaja mentioned repeatedly

16  in the complaint.  It talked about how Jammal Trust helped the

17  Martyr Foundation and its corporate subsidiaries, conceal

18  their activities in the bank.

19        And lastly, as I quoted earlier, Treasury described,

20  quote, deep coordination between Hezbollah and Jammal Trust

21  which dates back to at least the mid-2000s and which spans

22  many of the bank's branches in Lebanon, end quote.

23        I'll just conclude by saying if the ATA, whether

24  primary liability or JASTA liability, does not give rise for

25  12(b) purposes to a plausible allegation in a case where the

PROCEEDINGS

1    Treasury has designated the defendant for this kind of

2    conduct, then I cannot imagine a circumstance where anyone

3    could be found liable under the ATA's --

4              THE COURT:  All right.  Thank you.

5              MR. DeLAQUIL:  Your Honor, Mark DeLaquil.  If I may,

6    could I respond to that briefly?

7              THE COURT:  Yes.

8              MR. DeLAQUIL:  Very briefly.  I think at best the

9    fact of this designation of JTB brings this case closer to

10   *Kaplan* where, as the plaintiffs themselves allege in

11   paragraph 5684 of their complaint, the government has

12   designated the defendant bank as a primary money laundering

13   concern under Section 311 of the USA Patriot Act for

14   laundering money for Hezbollah.

15             And in *Kaplan*, the Court still applied the principle

16   of proximate causation that applies to every tort action, or a

17   slip and fall in a grocery store, and found that the

18   plaintiffs did not plausibly allege.

19             So I don't think that there is a, as Mr. Osen would

20   suggest, that the Court would be blowing a hole in the ATA but

21   for it to find that there's no claim stated against JTB,

22   notwithstanding designation.

23             THE COURT:  All right.  Thank you.

24             Mr. Sullivan, you represent SGBL?

25             MR. SULLIVAN:  I do, Your Honor.

PROCEEDINGS

1          THE COURT:  Okay.  And I think you wanted to be

2    heard on the issue of successor liability.

3          MR. SULLIVAN:  Right, Your Honor.  Thank you very

4    much.  I'll be brief, Your Honor.

5          Our argument, Your Honor, is that the successor

6    liability count, which is Count Four, should be dismissed for

7    at least three reasons, Your Honor.

8          First, personal jurisdiction is lacking.

9          The second reason, Your Honor, is the count fails to

10   state a claim because there is no express authorization to sue

11   a foreign asset, and liability purchaser in the U.S. courts

12   under the ATA.

13         And the third reason, Your Honor, would be if the

14   Court concludes that the Lebanese banks are not liable under

15   the ATA, then SGBL would have no liability under Count Four

16   either, since its liability under Count Four is based on its

17   successor status.

18         THE COURT:  All right.  So there is no independent

19   claim but for its successor status, that it somehow violated

20   the statute is your position.

21         MR. SULLIVAN:  Well, within Count Four, Your Honor,

22   Mr. Hanchet has addressed Counts One, Two and Three on behalf

23   of the -- on the interest of the other banks.

24         But within Count Four, Your Honor, the only claim in

25   Count Four is SGBL is liable as a result of its successor

PROCEEDINGS

1   status.

2          THE COURT:  All right.  What about its own contexts?

3   Can it -- jurisdiction be based on its own context apart from

4   the context of the bank whose liability it took over?

5          MR. SULLIVAN:  No, Your Honor, not within -- not

6   with regards to Count Four.  Obviously the jurisdiction has to

7   attach to the claim itself.

8          THE COURT:  Right.

9          MR. SULLIVAN:  And you cannot -- they're not

10  alleging general jurisdiction against SGBL.  They're alleging

11  specific jurisdiction and that would have to relate to the

12  conduct, which under Count Four, which is the sales and

13  purchase agreement that was executed in Lebanon between two

14  Lebanese banks.

15         THE COURT:  Didn't it agree to take over its

16  liabilities?

17         MR. SULLIVAN:  Well, there's language certainly,

18  Your Honor, within the complaint that references a paragraph

19  in the SPA.  That talks about the assumptions of liabilities.

20         THE COURT:  Right.

21         MR. SULLIVAN:  But having said that, Your Honor,

22  assumption of liability under both New York and federal law is

23  not analogous to an assumption of jurisdiction.

24         And New York law has made it clear that liability

25  relating to tort liability does not confer jurisdiction in and

PROCEEDINGS

1   of itself.  It requires more than just that liability.

2          And the federal cases that the plaintiffs cite, not

3   one of the cases confers jurisdiction solely based on the

4   purchase of assets and liabilities.

5          And further, Your Honor, the plaintiffs in its

6   complaints -- in its complaint acknowledges that SGBL engaged

7   an international compliance and a forensic expert to review

8   the accounts, but that SGBL did not take all of the accounts

9   of LCB.

10          So liability alone, assumption of liability alone,

11   Your Honor, under New York law is not sufficient to give

12   jurisdiction.

13          THE COURT:  All right.  Thank you.

14          Mr. Osen, do you want to respond to that with regard

15   to Count Four?

16          MR. OSEN:  Sure.

17          So first of all, Your Honor, with respect to your

18   question, we submit that SGBL is independently subject to

19   personal -- specific personal jurisdiction for the same reason

20   as the other defendants.

21          I won't go through the whole *Licci* analysis, I will

22   only point out that the complaint has detailed allegations

23   against each defendant and its purposeful availment of New

24   York correspondent banking.

25          I'll also just briefly note, from a liability

PROCEEDINGS

1   standpoint, paragraph 1467 through 69 describe the 2005

2   Israeli Intelligence assessment of SGBL as quote, connected

3   directly to the financial infrastructure of Hezbollah, end

4   quote.

5           I'll also lastly point out on the factual record

6   that, as Mr. Sullivan pointed out, SGBL did not take over all

7   of the accounts relating to Hezbollah that were at LCB,

8   however, the complaint specifies that it did retain the

9   account of Nazim Ahmad an SDGT; Ayman Joumaa, a narcotics

10  trafficking kingpin, that's paragraph 1470; Elissa Holding,

11  also a narcotics trafficking kingpin designation; and the

12  Yousser Company, the investment arm of Hezbollah an SDGT since

13  2007, but also retained by defendant SGBL.

14          Your Honor's quite right with respect to the

15  successor liability question that they expressly assume their

16  predecessor's tort liability.  And under both New York and

17  common law, we cited a Second Circuit case, *New York versus*

18  *National Service Industries, Inc.*, the assumption expressed

19  and explicit of a tort liability in this case, any and all

20  tort liability, is something that takes this out of all these

21  cases that the defendants have relied upon; both as well asset

22  sales, mergers, de facto mergers.

23          Here we have a situation where SGBL knowingly

24  entered into an agreement to acquire all liabilities from LCB.

25          And moreover -- this is my last point, Your Honor --

PROCEEDINGS

1   unlike the typical case where one company buys another company

2   and there's a later products liability issue or there's a

3   contractual dispute, in this case LCB's assets and the

4   assumption of any and all of LCB's liabilities didn't take

5   place under ordinary circumstances of the kind I just

6   described, but rather that assumption took place in the

7   context of the U.S government identifying LCB as a financial

8   institution of primary money --

9           THE COURT:  Identifying who?  I'm sorry, the United

10  States Government identified which entity?

11          MR. OSEN:  LCB.

12          THE COURT:  Oh, okay.

13          MR. OSEN:  Identified, under the Patriot Act, which

14  has consequences.  Therefore, the sale, which took place

15  literally weeks later, was effectively a distress sale that

16  was orchestrated by -- as a result of that U.S. finding, if

17  you will, under the Patriot Act.

18          The parties involved were sophisticated parties

19  represented by counsel, acutely aware of LCB's potential

20  liabilities, and the bottom line is they negotiated a sale and

21  purchase agreement that contained the any-and-all language

22  that we reference.

23          That's it, Your Honor.

24          THE COURT:  All right.  Thank you, gentlemen, for

25  your arguments.  I will reserve decision on the case.

PROCEEDINGS

1          MR. SULLIVAN:  Your Honor, may I briefly response.

2     This is Michael Sullivan.

3          THE COURT:  Yes.  Go ahead.

4          MR. SULLIVAN:  Sorry, Your Honor.  Plaintiff has

5     misstated the law as relates to jurisdiction for purposes of

6     successor liability.

7          The line of cases, New York cases, clearly state

8     that successor liability is not liability, tort liability does

9     not confer jurisdiction.  And the federal cases that the

10    plaintiff cite in its brief, Your Honor, requires something

11    much more than simply successor status.

12         They talk about contract terms that include foreign

13    selection clauses, as well as merger-type situations; neither

14    of which is present here.

15         And finally, Your Honor, this was a cash

16    transaction, an all cash transaction, so there's no merger,

17    there's no allegations that there's any merger.  In fact, LCB

18    continues to survive today and responds to litigation within

19    the United States.

20         It was a $580 million cash transaction that was

21    publicly communicated, I think as the parties have indicated

22    in some of its briefings, including U.S. government's

23    participation in the transaction.

24         THE COURT:  All right.  Thank you.  I'll look at

25    those cases again that you made reference to.

PROCEEDINGS

1          All right, thank you, gentlemen.  And as I stated

2    earlier, I'll reserve decision on the case.

3          MR. OSEN:  Thank you, Your Honor.

4          MR. SULLIVAN:  Thank you, Your Honor.

5          MR. HANCHET:  Thank you, Your Honor.

6          (Whereupon, the matter was concluded.)

7                    *     *     *     *     *

8

9    We certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.

10

11   s/ Georgette K. Betts              September 2, 2020

12   s/ Linda D. Danelczyk

13   GEORGETTE K. BETTS                 DATE

14   LINDA D. DANELCZYK

15

16

17

18

19

20

21

22

23

24

25

MR. DeLAQUIL: [6]  4/21 4/23 34/24
37/2 39/5 39/8
MR. HANCHET: [29]  3/25 4/7 5/3 5/15
5/20 6/6 6/13 6/15 8/1 8/10 8/16 9/15
10/2 10/5 10/16 10/20 11/21 11/25 12/6
12/20 13/14 13/22 14/10 33/9 33/12
34/4 34/16 34/19 46/5
MR. OSEN: [37]  4/5 16/6 16/11 16/22
17/17 19/12 20/9 21/16 22/24 24/5 24/9
25/10 25/20 25/23 26/2 27/2 27/5 27/25
29/5 29/25 30/16 30/18 30/22 32/2
32/13 32/16 33/3 37/6 37/15 37/19
37/23 37/25 38/2 42/16 44/11 44/13
46/3
MR. SIEGFRIED: [3]  12/23 13/1 13/10
MR. SULLIVAN: [10]  39/25 40/3
40/21 41/5 41/9 41/17 41/21 45/1 45/4
46/4
THE COURT REPORTER: [1]  22/17
THE COURT: [87]
THE LAW CLERK: [5]  3/4 3/6 3/8
3/10 3/19

**$**

$580 [1]  45/20
$580 million [1]  45/20

**-**

---------------------x [2]  1/2 1/8
-against [1]  1/5

**0**

0007 [1]  1/2
007 [1]  3/10
02109 [1]  2/13
07601 [1]  1/13

**1**

1's [1]  28/9
10020 [2]  1/16 1/19
10020-1104 [1]  1/22
10022-6069 [1]  2/10
10036 [1]  2/3
1050 [1]  2/16
1095 [1]  2/3
11 [1]  5/7
1100 [1]  2/15
1104 [1]  1/22
12 [2]  32/23 38/25
1221 [2]  1/16 1/19
1251 [1]  1/21
1467 [1]  43/1
1470 [1]  43/10
1861 [1]  31/5
1865 [1]  31/5
1866 [1]  31/5
1871 [1]  31/5
19-CV-0007 [1]  1/2
19-CV-007 [1]  3/10
1994 [1]  18/19
1995 [1]  18/19

**2**

200 [2]  2/12 30/14

2000s [2]  32/20 38/21
2003 [1]  18/7
20036 [1]  2/16
20037 [1]  2/6
2004 [2]  6/23 17/22
2005 [1]  43/1
2006 [4]  17/21 17/22 18/5 18/9
2007 [2]  18/10 43/13
2008 [1]  22/6
2011 [2]  6/23 18/7
2014 [1]  20/13
2015 [1]  23/4
2019 [1]  35/9
2020 [2]  1/5 46/11
2331 [1]  28/9
2333 [1]  16/14
2339 [1]  19/25
2339A [1]  19/12
2339B [1]  21/2
2550 [1]  2/6
2777 [1]  2/22
2795 [1]  2/22
28th [1]  4/14
2:00 [1]  1/5

**3**

30 [1]  5/6
31 [1]  1/5
311 [1]  39/13

**4**

402 [1]  1/13
46782 [1]  35/14
481 [1]  26/6
488 [1]  26/9

**5**

5684 [1]  39/11
599 [1]  2/9

**6**

6069 [1]  2/10
69 [1]  43/1

**7**

718 [2]  2/22 2/22
72 [1]  31/5
7th [1]  2/12

**8**

804-2777 [1]  2/22
804-2795 [1]  2/22
84 [1]  35/13

**A**

Abdallah [1]  22/8
abetting [11]  7/24 11/20 12/12 13/8
13/13 13/15 16/9 17/6 25/8 25/18 29/7
ability [1]  24/21
able [3]  12/22 19/23 19/23
above [1]  46/9
above-entitled [1]  46/9
absence [1]  15/10
accept [4]  6/18 14/10 24/9 24/25
accepted [1]  17/18

account [3]  21/4 21/13 43/9
accounts [4]  6/4 42/8 42/8 43/7
accused [1]  11/14
accusing [3]  33/14 33/16 34/6
acknowledges [1]  42/6
acquire [1]  43/24
acronym [1]  34/23
act [12]  9/19 9/22 10/11 15/2 24/13
26/8 29/7 35/23 35/25 39/13 44/13
44/17
action [2]  18/4 39/16
actions [3]  7/14 22/4 23/22
activities [9]  13/24 14/1 14/7 14/17
22/11 29/3 29/23 38/13 38/18
activity [2]  8/20 19/22
actor [2]  13/23 29/2
acts [2]  30/7 30/15
actual [2]  6/21 27/5
acutely [1]  44/19
add [1]  25/22
addition [1]  31/10
address [5]  3/23 4/12 4/15 11/20
12/22 33/9 36/18
addressed [1]  40/22
Adham [2]  22/7 38/15
admissible [3]  37/21 37/24 38/2
advantage [1]  32/5
affairs [3]  21/24 22/1 22/5
affirmatively [1]  35/6
afraid [1]  10/17
Africa [2]  23/4 27/12
after [6]  18/2 22/6 32/7 35/9 37/8
37/10
afternoon [1]  3/1
afterwards [1]  18/14
against [10]  1/5 7/15 22/4 31/13 31/25
32/12 32/22 39/21 41/10 42/23
agency [1]  38/3
ago [2]  18/17 33/8
agree [4]  6/8 24/5 27/25 41/15
Agreed [1]  30/18
agreement [3]  41/13 43/24 44/21
ahead [2]  3/9 45/3
Ahmad [1]  43/9
aided [1]  2/24
aiding [12]  7/23 11/20 12/11 13/8
13/12 13/15 16/9 17/6 25/8 25/18 29/7
29/14
akin [2]  23/14 36/5
al [10]  1/3 1/7 3/11 9/2 19/20 20/20
21/3 21/6 21/8 21/14
al-Qaeda [4]  19/20 21/6 21/8 21/14
alien [2]  17/4 17/7
allegation [5]  6/10 15/4 23/1 35/25
38/25
allegations [27]  5/13 5/23 6/7 6/7 6/10
6/16 9/4 9/13 14/4 14/8 14/22 15/25
16/13 17/10 19/1 20/22 21/17 21/18
23/21 23/25 30/19 32/8 32/12 32/21
34/1 42/22 45/17
allege [5]  9/18 28/21 35/10 39/10
39/18
alleged [11]  5/10 5/17 5/21 6/5 6/19
13/18 18/21 19/11 21/5 24/13 31/11
allegedly [2]  6/17 15/22

**A**

**alleges [1]**  22/15
**alleging [2]**  41/10 41/10
**allow [1]**  27/17
**allowed [3]**  8/21 8/22 27/3
**almost [1]**  23/7
**alone [3]**  15/7 42/10 42/10
**alter [4]**  9/5 9/7 20/24 21/8
**alternative [1]**  11/2
**alternatives [1]**  26/4
**amend [1]**  38/8
**amended [3]**  36/16 37/9 37/11
**Americas [4]**  1/16 1/19 1/21 2/3
**amicus [1]**  33/19
**Amin [1]**  38/14
**AMON [2]**  1/10 3/1
**amount [1]**  15/5
**amusement [1]**  6/2
**analogous [6]**  12/5 12/7 18/16 19/5
  28/5 41/23
**analogue [1]**  23/16
**analogy [1]**  21/25
**analysis [1]**  42/21
**ANDREW [1]**  1/20
**another [5]**  7/4 14/13 16/12 31/22 44/1
**answer [2]**  16/22 17/11
**anything...did [1]**  25/22
**apart [2]**  32/14 41/3
**apparent [1]**  28/14
**appeal [5]**  12/18 12/24 13/4 16/24
  28/13
**appearance [2]**  3/16 3/17
**appearances [3]**  1/11 1/24 3/14
**appeared [1]**  11/10
**appears [1]**  28/7
**applied [1]**  39/15
**applies [3]**  8/10 19/7 39/16
**apply [1]**  25/13
**appointed [1]**  35/3
**Arab [2]**  1/22 23/17
**arch [1]**  21/22
**argue [2]**  13/4 32/22
**argued [1]**  13/6
**arguendo [1]**  17/18
**arguing [2]**  4/16 25/7
**argument [9]**  1/9 3/12 4/9 9/11 25/18
  25/22 33/7 37/5 40/5
**arguments [2]**  35/8 44/25
**arm [1]**  43/12
**arms [1]**  5/11
**arms-length [1]**  5/11
**around [1]**  12/14
**ASHCROFT [1]**  2/12
**aspect [2]**  19/16 35/11
**assert [1]**  9/1
**assessment [1]**  43/2
**asset [2]**  40/11 43/21
**assets [2]**  42/4 44/3
**assistance [10]**  14/22 15/5 15/6 15/9
  24/19 25/25 26/5 26/6 29/13 29/14
**assisted [2]**  14/23 26/8
**assisting [10]**  13/23 13/25 27/21
  27/21 27/23 27/24 29/2 29/19 29/21
  35/15

**assists [1]**  28/1
**associate [1]**  38/15
**assume [1]**  43/15
**assumed [2]**  29/3 36/2
**assuming [4]**  9/12 13/24 14/16 17/18
**assumption [6]**  41/22 41/23 42/10
  43/18 44/4 44/6
**assumptions [1]**  41/19
**ATA [12]**  7/2 7/14 9/16 33/18 34/13
  35/22 36/1 38/6 38/23 39/20 40/12
  40/15
**ATA's [2]**  9/17 39/3
**attach [2]**  38/8 41/7
**attached [1]**  4/14
**attack [2]**  28/2 30/10
**attackers [2]**  7/13 15/7
**attacks [25]**  6/24 7/4 7/7 7/11 7/18
  8/14 14/1 14/24 15/4 15/8 15/11 17/20
  18/2 20/19 27/22 27/23 27/24 30/21
  31/6 31/16 31/17 31/17 31/21 33/15
  34/12
**attention [2]**  10/10 33/19
**Attorney [9]**  1/12 1/15 1/18 1/21 2/2
  2/5 2/8 2/11 2/14
**au [3]**  1/6 2/11 3/11
**Audi [1]**  1/18
**August [2]**  1/5 4/14
**August 28th [1]**  4/14
**aunt [1]**  4/25
**authority [1]**  8/4
**authorization [1]**  40/10
**availment [1]**  42/23
**Avenue [6]**  1/16 1/19 1/21 2/3 2/9 2/16
**Averbach [2]**  14/20 16/2
**aware [4]**  13/23 14/5 29/2 44/19
**awareness [7]**  13/19 13/21 14/8 14/11
  15/19 26/20 29/14
**Ayman [2]**  27/10 43/9

**B**

**Baasiri [1]**  35/3
**back [4]**  15/18 29/10 32/20 38/21
**background [1]**  22/19
**BAKER [1]**  1/16
**BALOUL [1]**  2/7
**banc [1]**  20/18
**bank [31]**  1/18 1/21 1/22 1/23 2/2 2/5
  2/5 2/8 2/14 4/11 4/13 9/2 11/5 18/9
  18/16 20/7 20/25 22/24 23/3 23/4 23/17
  32/4 32/23 35/2 35/3 35/4 35/4 38/12
  38/18 39/12 41/4
**bank's [3]**  11/7 21/11 38/22
**banking [23]**  5/9 5/11 5/17 7/8 7/10
  8/19 8/20 9/21 11/3 11/13 11/16 15/21
  19/25 22/23 23/11 27/1 27/2 27/15
  27/18 33/14 33/20 38/13 42/24
**banks [23]**  5/8 5/8 5/10 5/25 7/1 7/3
  7/10 7/13 10/25 14/12 15/3 15/11 15/15
  19/8 22/14 23/18 23/22 24/1 29/21 34/6
  40/14 40/23 41/14
**BANQUE [4]**  1/6 1/15 2/11 3/11
**BARTLETT [2]**  1/3 3/11
**based [5]**  5/8 27/19 40/16 41/3 42/3
**basically [6]**  5/7 7/1 7/5 8/18 13/16
  34/9

**basis [2]**  31/11 31/14
**behalf [4]**  4/9 4/16 7/8 40/22
**Beirut [2]**  1/22 2/8
**belonging [1]**  18/23
**BERGER [1]**  2/7
**best [2]**  17/1 39/8
**better [2]**  21/25
**Betts [4]**  2/21 3/13 46/11 46/13
**between [6]**  6/23 15/16 17/20 23/12
  23/22 27/20 38/20 41/13
**billions [1]**  23/13
**Black [1]**  20/12
**blocked [1]**  35/18
**BLOM [2]**  2/2 18/15
**blood [2]**  22/10 24/20
**blowing [1]**  39/20
**BOGGS [1]**  2/5
**Boim [15]**  10/3 10/4 10/5 10/12 10/14
  10/17 10/17 18/18 18/18 19/6 20/17 20/18
  20/21 23/14 24/18 28/3
**books [1]**  36/7
**Boston [1]**  2/13
**bottom [1]**  44/20
**branches [1]**  38/22
**BRIAN [1]**  2/10
**brief [4]**  13/4 33/19 40/4 45/10
**briefed [1]**  15/1
**briefings [2]**  5/4 45/22
**briefly [4]**  18/17 39/6 39/8 42/25 45/1
**bringing [1]**  21/16
**brings [1]**  39/9
**Brooklyn [1]**  1/4
**brought [2]**  7/15 17/4
**BROWN [3]**  1/15 1/18 4/8
**burglar [1]**  26/15
**burglary [3]**  26/9 26/18 29/17
**business [3]**  21/24 22/1 22/5
**buys [1]**  44/1
**Byblos [1]**  1/21

**C**

**cahoots [4]**  34/6 34/8 34/8 34/11
**call [1]**  3/2
**called [4]**  9/5 20/18 21/24 23/15
**camps [1]**  8/21
**candor [1]**  10/5
**cannot [2]**  39/2 41/9
**car [2]**  6/2 34/7
**CAROL [1]**  1/10
**carried [4]**  6/24 7/7 7/11
**cartels [1]**  27/12
**case [57]**
**cases [22]**  9/3 10/6 12/2 12/4 12/8
  12/16 16/12 16/18 16/20 17/1 20/22
  28/13 28/15 28/19 28/22 42/2 42/3
  43/21 45/7 45/7 45/9 45/25
**cash [4]**  27/13 45/15 45/16 45/20
**cast [1]**  10/6
**causal [2]**  9/4 24/2
**causation [11]**  7/22 8/3 9/10 23/20
  23/24 24/4 24/11 24/14 27/23 34/13
  39/16
**cause [8]**  1/9 24/7 24/15 24/17 24/19
  28/7 28/12 28/23
**caused [1]**  28/17

**C**

**causing [1]** 8/6
**CBA [1]** 1/2
**CCR [1]** 2/21
**cells [2]** 30/10 31/7
**Central [2]** 35/2 35/4
**certain [3]** 7/8 18/12 25/13
**certainly [11]** 18/8 21/5 24/22 24/23 25/23 29/11 32/2 34/13 35/1 37/19 41/17
**certify [1]** 46/9
**cetera [1]** 6/2
**chain [2]** 8/25 34/12
**chairman [1]** 23/4
**Chamber [1]** 21/25
**channeling [1]** 13/17
**chapter [1]** 21/20
**charges [1]** 33/22
**charitable [1]** 18/23
**charities [3]** 18/20 18/23 23/15
**chart [1]** 4/14
**Cherri [1]** 38/15
**children [1]** 36/6
**chosen [1]** 32/3
**Circuit [10]** 8/4 9/24 11/5 13/16 14/14 17/5 17/9 20/13 20/20 43/17
**circuits [1]** 12/14
**circumstance [2]** 10/14 39/2
**circumstances [2]** 16/19 44/5
**circumvent [1]** 31/12
**cite [2]** 42/2 45/10
**cited [5]** 9/3 12/16 14/20 29/10 43/17
**civil [2]** 1/9 38/6
**civilly [1]** 26/16
**claim [11]** 9/16 13/5 13/6 13/9 17/6 36/5 39/21 40/10 40/19 40/24 41/7
**claims [5]** 7/14 12/1 13/13 14/19 17/4
**clauses [1]** 45/13
**clear [3]** 25/11 38/12 41/24
**clearly [2]** 30/5 45/7
**clerk [1]** 3/2
**client [1]** 34/22
**close [1]** 38/15
**closely [1]** 12/5
**closer [1]** 39/9
**closest [1]** 23/16
**coerce [2]** 11/9 11/11
**coffee [1]** 34/8
**collaboration [1]** 23/12
**collapse [1]** 23/10
**Colombian [1]** 27/11
**command [1]** 31/16
**commend [1]** 33/18
**Commerce [1]** 21/25
**commercial [10]** 7/11 5/16 6/1 7/10 7/15 7/20 9/21 11/3 15/22 22/10
**commit [1]** 30/7
**committed [3]** 9/19 29/20 33/3
**committing [1]** 29/23
**common [1]** 43/17
**communicated [1]** 45/21
**companion [1]** 17/3
**company [4]** 20/7 43/12 44/1 44/1
**compare [1]** 23/17

**complaint [28]** 3/24 6/19 9/6 9/14 15/4 16/10 17/3 17/10 17/25 21/19 22/7 22/15 30/14 32/8 33/13 34/7 36/16 36/17 37/9 37/11 37/14 38/9 38/16 39/11 41/18 42/6 42/22 43/8
**complaints [2]** 16/18 42/6
**complete [1]** 13/2
**completely [1]** 24/10
**compliance [1]** 42/7
**complicit [1]** 33/14
**component [3]** 21/24 22/1 22/5
**computer [1]** 2/24
**computer-aided [1]** 2/24
**conceal [1]** 38/17
**concern [1]** 39/13
**concerning [1]** 21/10
**conclude [2]** 11/15 38/23
**concluded [1]** 46/6
**concludes [1]** 40/14
**conclusion [1]** 33/16
**conduct [15]** 8/5 8/6 8/8 11/10 15/3 17/7 25/3 25/6 32/25 33/3 35/20 35/22 36/5 39/2 41/12
**conducted [1]** 7/8
**conducting [2]** 14/24 15/8
**confer [2]** 41/25 45/9
**confers [1]** 42/3
**conflagration [1]** 18/5
**Congress [4]** 19/15 19/25 30/5 30/12
**conjecture [1]** 9/7
**connected [2]** 20/16 43/2
**Connecticut [1]** 2/16
**connection [1]** 20/8
**connections [1]** 5/21
**consequence [1]** 8/8
**consequences [2]** 33/23 44/14
**consider [3]** 28/17 37/12 37/13
**consideration [1]** 36/18
**considerations [1]** 11/18
**considered [2]** 5/22 36/14
**consistently [1]** 14/18
**conspiracy [3]** 12/12 13/6 23/9
**conspiratorial [1]** 13/13
**constitute [1]** 5/9
**contained [1]** 44/21
**contemplated [1]** 30/5
**content [1]** 36/4
**context [6]** 8/2 8/4 38/6 41/3 41/4 44/7
**contexts [1]** 41/2
**continue [3]** 5/2 10/19 22/20
**Continued [2]** 2/1 36/21
**continues [1]** 45/18
**contract [1]** 45/12
**contracted [1]** 27/11
**contractual [1]** 44/3
**controlled [3]** 19/3 20/24 21/8
**Conversely [1]** 21/3
**cooperating [1]** 35/5
**coordinated [1]** 38/14
**coordination [2]** 32/19 38/20
**core [1]** 22/13
**corners [1]** 37/14
**corporate [1]** 38/17
**corporation [1]** 30/4
**correct [14]** 3/18 3/24 4/1 4/4 4/5 5/19

13/10 17/19 27/4 29/4 30/15 30/17 34/2 46/9
**correctly [1]** 16/5
**correspondent [1]** 42/24
**Cote [1]** 11/9
**counsel [12]** 3/14 3/15 3/23 4/11 4/15 4/18 13/3 16/16 16/16 22/17 22/20 44/19
**count [12]** 4/16 40/6 40/6 40/9 40/15 40/16 40/21 40/24 40/25 41/6 41/12 42/15
**countermeasures [1]** 31/13
**Countries [1]** 1/22
**country [4]** 7/4 11/17 12/14 34/10
**Counts [1]** 40/22
**couple [1]** 5/18
**course [5]** 4/11 5/25 12/15 24/25 31/15
**court [25]** 1/1 2/21 3/13 3/18 4/12 9/2 9/20 10/13 11/6 17/23 24/15 26/7 28/15 29/10 35/12 36/2 36/13 36/15 36/20 37/11 37/15 38/7 39/15 39/20 40/14
**Court's [1]** 17/9
**Courthouse [1]** 1/3
**courts [4]** 5/22 14/17 38/5 40/11
**cover [1]** 20/4
**covered [1]** 34/16
**covers [2]** 12/10 20/5
**created [3]** 20/1 21/23 31/3
**creature [1]** 21/8
**credible [4]** 5/23 6/6 6/10 6/12
**credibly [2]** 13/18 21/5
**crime [1]** 27/21
**criminal [8]** 19/21 22/11 23/13 24/13 29/14 29/15 29/17 38/6
**critically [1]** 27/6
**currencies [1]** 19/14
**currency [2]** 20/3 27/5
**customer [1]** 21/4
**customers [11]** 5/11 5/16 5/25 6/1 6/18 8/19 8/19 18/3 18/9 29/21 29/22
**CV [2]** 1/2 3/10

**D**

**D.C [2]** 2/6 2/16
**Danelczyk [2]** 46/12 46/14
**dangerous [3]** 9/22 35/23 35/25
**Daniels [2]** 12/8 13/5
**DATE [1]** 46/13
**dates [2]** 32/20 38/21
**day [3]** 23/10 31/11 31/11
**de [4]** 1/6 2/11 3/11 43/22
**deal [1]** 27/15
**dealing [8]** 14/6 17/4 18/7 20/11 20/14 20/15 28/5 30/11
**deals [3]** 20/7 30/1 30/9
**dealt [1]** 17/19
**death [1]** 22/6
**DECHERT [1]** 2/2
**decided [3]** 16/20 17/13 31/17
**decision [11]** 11/5 12/13 13/16 14/14 17/6 17/8 17/23 20/18 20/20 44/25 46/2
**decisions [1]** 12/14
**deemed [1]** 5/23
**deep [2]** 32/19 38/20

**D**

**defect [4]**  7/24 7/24 9/11 10/20
**defendant [15]**  4/11 9/19 13/19 13/20
  14/16 21/11 22/14 23/2 26/14 26/18
  30/8 39/1 39/12 42/23 43/13
**defendants [27]**  1/8 4/9 5/7 7/8 7/18
  7/20 10/23 14/23 15/6 16/17 19/1 23/3
  23/12 24/6 24/14 25/4 26/11 30/24 32/1
  32/2 32/6 32/12 32/22 32/24 33/1 42/20
  43/21
**defendants' [6]**  3/12 15/9 15/13 15/17
  15/19 23/22
**defense [1]**  3/23
**deficient [1]**  9/14
**defines [1]**  19/13
**definition [4]**  18/22 20/2 28/9 31/20
**definitional [1]**  9/17
**DeLAQUIL [8]**  2/17 4/19 4/21 4/22
  4/24 31/23 34/20 39/5
**Department [2]**  35/21 37/20
**depends [2]**  20/9 20/10
**deploying [1]**  31/14
**deposit [1]**  27/17
**dereliction [1]**  37/9
**describe [1]**  43/1
**described [3]**  36/3 38/19 44/6
**description [1]**  13/2
**designated [17]**  18/1 18/3 18/4 18/9
  18/13 18/25 23/5 27/9 27/9 29/9 32/7
  34/23 34/25 35/9 35/15 39/1 39/12
**designation [16]**  32/9 32/14 34/24
  35/7 35/11 35/12 35/14 35/19 35/21
  35/24 36/3 37/8 38/11 39/9 39/22 43/11
**designations [1]**  23/2
**desire [2]**  11/8 11/11
**detailed [1]**  42/22
**details [1]**  6/16
**determine [1]**  6/12
**determined [1]**  24/12
**Deutsche [2]**  11/5 11/7
**develop [1]**  8/21
**diamonds [1]**  22/10
**difference [2]**  27/20 34/1
**different [6]**  4/23 12/14 19/10 25/11
  32/11 32/16
**differently [1]**  4/24
**direct [3]**  19/7 23/21 24/2
**directed [1]**  31/15
**directly [10]**  5/18 8/5 9/25 10/8 14/14
  19/10 29/22 30/9 33/7 43/3
**disastrous [1]**  33/22
**discussed [1]**  17/25
**discusses [1]**  12/13
**discussing [1]**  12/2
**disingenuous [1]**  32/5
**dismiss [5]**  3/12 4/11 35/12 36/11
  36/15
**dismissal [3]**  13/4 13/6 15/24
**dismissed [3]**  3/24 7/19 40/6
**dispute [2]**  24/17 44/3
**disregard [1]**  20/11
**distinction [4]**  18/6 18/11 29/24 30/3
**distinguish [2]**  10/13 10/14
**distinguishable [2]**  16/21 17/12

**distinguishes [1]**  20/17
**distinguishing [1]**  17/18
**distress [1]**  44/15
**district [8]**  1/1 1/1 1/10 7/15 12/9
  12/16 12/17 17/22
**DLA [1]**  1/21
**document [1]**  36/15
**dollars [2]**  23/13 26/22
**dominates [1]**  22/23
**donate [1]**  9/25
**donated [2]**  21/6 21/7
**donating [1]**  19/10
**donation [1]**  18/21
**donations [5]**  19/21 20/4 23/14 23/14
**done [2]**  25/4 34/3
**donor [1]**  19/1
**doubt [2]**  5/3 10/6
**down [1]**  36/9
**Dr. [1]**  35/3
**Dr. Muhammad [1]**  35/3
**draw [1]**  8/17
**driven [1]**  11/17
**during [1]**  18/13
**duty [1]**  38/3

**E**

**E.O.13224 [1]**  35/19
**East [1]**  23/4
**EASTERN [2]**  1/1 12/16
**economic [1]**  11/18
**economics [2]**  11/8 11/10
**economy [3]**  23/11 33/17 34/10
**effect [1]**  35/8
**effectively [3]**  19/23 19/24 44/15
**efforts [1]**  24/22
**ego [2]**  9/7 21/8
**egos [2]**  9/5 20/24
**either [3]**  16/14 17/14 40/16
**elaborate [1]**  17/13
**element [4]**  14/3 14/21 15/9 24/3
**elements [2]**  13/18 14/25
**Elissa [1]**  43/10
**Email [1]**  2/23
**embrace [1]**  10/25
**empire [1]**  8/21
**emplaced [1]**  22/24
**en [1]**  20/18
**encouraged [2]**  15/2 15/3
**encouragement [3]**  26/3 26/4 26/6
**end [6]**  26/7 26/9 32/20 35/19 38/22
  43/3
**endeavor [1]**  27/9
**enforcement [1]**  38/3
**engage [1]**  25/3
**engaged [2]**  27/8 42/6
**engaging [1]**  29/22
**enmeshed [1]**  22/16
**enormous [2]**  22/9 27/13
**enough [3]**  35/24 36/4 36/10
**entered [3]**  3/14 3/17 43/24
**enterprise [7]**  26/9 27/16 29/15 29/15
  29/17 29/18 36/2
**entire [6]**  5/9 19/4 33/7 33/14 33/16
  34/9
**entities [13]**  5/18 7/9 7/11 7/15 9/6 9/9

9/21 11/7 14/6 15/22 18/8 19/2 21/20
**entitled [1]**  46/9
**entity [2]**  35/18 44/10
**equal [2]**  16/12 32/21
**equally [1]**  25/19
**error [2]**  13/5 13/7
**ESQ [10]**  1/14 1/17 1/20 1/22 2/4 2/7
  2/7 2/10 2/13 2/17
**essentially [4]**  11/14 13/17 33/13
  33/16
**establish [4]**  10/23 23/20 24/3 31/7
**established [1]**  28/16
**establishes [1]**  26/19
**et [4]**  1/3 1/7 3/11 6/2
**Europe [1]**  27/13
**European [1]**  33/20
**events [1]**  35/10
**evidence [4]**  20/22 20/23 37/21 37/24
**evident [1]**  30/5
**exact [2]**  25/13 30/16
**exactly [2]**  8/16 26/25
**example [2]**  19/20 27/7
**Except [1]**  13/1
**exception [1]**  3/22
**excuse [2]**  22/17 31/18
**executed [1]**  41/13
**exhibit [1]**  38/8
**expert [1]**  42/7
**explaining [1]**  15/14
**explanation [1]**  11/2
**explicit [2]**  30/13 43/19
**explicitly [1]**  23/2
**explosively [1]**  31/9
**explosives [1]**  28/3
**express [1]**  40/10
**expressed [1]**  43/18
**expressly [1]**  43/15
**extent [1]**  38/7

**F**

**facilitated [1]**  38/12
**facilitating [1]**  28/24
**fact [23]**  7/9 9/25 11/15 17/2 17/18
  17/24 19/2 21/9 23/3 23/18 26/3 26/10
  30/23 31/1 31/2 32/21 32/22 34/1 35/24
  36/3 37/19 39/9 45/17
**facto [1]**  43/22
**factor [3]**  8/6 24/21 25/12
**factors [3]**  15/24 25/15 25/25
**facts [7]**  5/6 9/8 10/17 14/9 18/18
  24/10 38/11
**factual [3]**  18/10 30/3 43/5
**Factually [1]**  18/15
**failed [8]**  7/19 9/4 16/1 16/1 16/1 16/2
  16/2 16/2
**failing [1]**  37/10
**fails [1]**  40/9
**failure [1]**  10/21
**fall [1]**  39/17
**familiar [2]**  5/4 5/4
**family [3]**  4/23 18/18 36/10
**far [2]**  11/15 12/2
**favor [1]**  24/12
**favors [1]**  15/24
**Fax [1]**  2/22

## F

FCRR [1]  2/21
federal [6]  35/13 35/13 36/3 41/22
  42/2 45/9
Federation [1]  33/20
Fenicia [1]  2/5
few [4]  15/14 18/16 23/24 33/8
file [1]  32/4
filed [3]  32/8 33/19 37/9
finally [2]  15/19 45/15
financial [17]  11/16 19/15 19/16 20/5
  26/21 26/25 28/4 28/6 28/11 28/15
  28/19 28/22 33/24 35/16 35/17 43/3
  44/7
financing [3]  8/13 24/20 28/25
find [1]  39/21
finding [1]  44/16
findings [2]  30/6 30/13
FIRM [1]  2/12
first [8]  16/7 20/9 25/24 26/7 33/12
  37/7 40/8 42/17
flipped [1]  37/5
Floor [1]  2/12
focus [1]  10/9
focused [1]  17/23
follow [1]  33/15
follows [1]  15/1
force [1]  32/25
foregoing [1]  46/9
foreign [3]  30/7 40/11 45/12
forensic [1]  42/7
foreseeability [3]  25/1 25/9 26/20
foreseeable [2]  8/7 25/4
form [1]  26/21
formal [1]  19/24
formed [1]  31/10
forms [2]  19/21 20/5
forth [6]  4/13 13/17 13/17 21/19 24/15
  26/10
forward [1]  21/17
found [10]  11/9 16/18 22/2 26/16 27/8
  28/15 28/20 37/21 39/3 39/17
Foundation [6]  17/24 17/25 18/12
  18/17 18/20 38/17
founded [1]  21/22
four [11]  4/16 37/14 40/6 40/15 40/16
  40/21 40/24 40/25 41/6 41/12 42/15
fours [1]  12/10
Francaise [1]  1/15
frankly [1]  10/24
Fransabank [1]  2/2
Freeman [1]  9/3
front [3]  18/23 18/24 23/15
fronts [1]  9/9
FTO [6]  14/12 20/16 20/24 21/1 28/6
  28/16
function [1]  31/1
fund [1]  19/20
fundamental [2]  26/10 38/11
funded [1]  14/7
funding [1]  18/21
furnace [1]  36/9
further [2]  11/22 42/5

## G

gain [1]  27/16
garage [1]  36/10
GARY [1]  1/14
GASSAN [1]  2/7
general [5]  13/19 13/21 14/8 15/18
  41/10
GENERALE [3]  1/6 2/11 3/11
gentlemen [2]  44/24 46/1
Georgette [4]  2/21 3/13 46/11 46/13
Georgetteb25 [1]  2/23
girlfriend [2]  26/14 36/5
given [4]  15/5 15/7 28/6 29/12
global [3]  8/20 23/5 34/25
gmail.com [1]  2/23
goes [1]  22/14
gold [1]  36/10
GOLDSTEIN [1]  2/4
good [2]  2/25 12/13
goods [1]  36/8
government [9]  18/3 18/25 22/2 27/7
  32/9 32/17 39/11 44/7 44/10
government's [1]  45/22
governs [1]  24/6
great [1]  32/21
greater [1]  33/4
grocery [1]  39/17
ground [1]  31/12
groups [1]  31/2
grow [1]  8/20
guess [4]  5/1 10/12 19/6 25/17
Gulf [1]  1/23

## H

Hackensack [1]  1/13
Halberstam [12]  13/17 14/24 25/25
  26/4 26/6 26/10 26/14 26/15 29/11
  29/11 30/1 36/6
Hamas [3]  18/19 18/23 19/3 19/20
  21/7
Hamilton [1]  29/12
HANCHET [13]  1/17 3/23 3/25 4/2 4/6
  4/8 5/2 13/11 17/23 24/16 25/24 33/6
  40/22
Hanchet's [1]  21/18
happened [1]  10/14
happy [2]  17/13 25/14
harbored [2]  10/24 11/1
hardly [1]  10/25
harkens [1]  15/18
having [3]  11/14 24/13 41/21
hear [2]  3/6 16/4
heard [3]  4/6 31/23 33/8 34/21 40/2
held [2]  6/4 7/2
Hello [3]  3/4 3/5 3/6
helped [1]  7/6 8/20 38/16
helping [2]  8/13 31/12
Hezbollah [59]
Hezbollah's [4]  9/5 21/21 24/20 24/21
higher [1]  26/20
himself [1]  23/4
history [1]  16/25
holder [1]  21/4
holding [2]  17/19 43/10

## I

hole [1]  39/20
Holy [2]  18/17 18/20
Honickman [7]  14/20 16/2 16/19 16/24
  17/12 18/15 20/21
Honor [97]
Honor's [5]  10/10 33/19 43/14
HONORABLE [1]  1/10
HOSTETLER [1]  2/15
HSBC's [1]  11/10
human [3]  9/22 35/23 35/25
hundreds [1]  26/22
husband [4]  29/20 29/20 29/23 36/9

identified [4]  18/4 18/9 44/10 44/13
identifying [1]  44/7 44/9
IIB [1]  33/20
III [1]  20/18
Imad [2]  21/23 22/6
imagine [1]  39/2
imminently [1]  25/4
important [2]  5/24 27/6
imprimatur [1]  32/17
in [224]
Inc [1]  43/18
include [2]  37/10 45/12
included [2]  20/2 36/13
includes [1]  22/9
including [2]  15/16 45/22
inconceivable [1]  26/17
incorporated [1]  14/25
indeed [1]  33/23
independent [1]  40/18
independently [1]  42/18
indicated [1]  45/21
individual [5]  4/13 6/4 18/12 30/1 31/4
individuals [5]  6/16 8/15 22/3 22/7
  22/8
Industries [1]  43/18
inevitable [1]  25/5
inference [2]  9/8 14/3
infiltrated [1]  22/22
information [3]  35/6 35/7 35/20
infrastructure [1]  43/3
initiated [1]  31/17
injured [2]  7/20 8/24
injuries [8]  6/21 6/24 7/2 8/6 8/7 8/7
  24/4 28/23
injury [2]  23/23 28/18
install [1]  36/9
instance [2]  11/13 21/3
instances [1]  37/20
institution [1]  44/8
instructions [1]  28/9
instructive [2]  12/8 17/9
instruments [1]  20/4
insufficient [3]  9/7 14/13 16/18
integral [1]  36/17
Intelligence [1]  43/2
intended [1]  28/8
intensify [1]  31/18
intent [5]  10/22 10/24 11/1 11/14
  28/14
interactions [1]  11/7
interest [1]  40/23

**I**

**interested [1]** 11/16
**interests [1]** 35/18
**intermediaries [1]** 15/16
**international [6]** 9/18 9/20 17/7 29/7 33/23 42/7
**intimidate [2]** 11/8 11/11
**invented [1]** 22/1
**investment [1]** 43/12
**involve [2]** 7/17 7/17
**involved [5]** 23/19 24/1 26/15 30/20 44/18
**involving [1]** 18/15
**Iqbal [1]** 9/7
**Iranian [3]** 11/7 31/7 31/19
**Iraq [11]** 6/23 6/25 7/12 8/23 14/1 15/11 24/22 30/10 31/7 31/12 31/16
**Islamic [3]** 18/11 18/20 21/21
**isn't [7]** 8/15 11/19 14/4 14/7 23/24 29/24 30/8
**Israeli [1]** 43/2
**issue [8]** 10/8 10/9 14/15 17/6 25/9 31/23 40/2 44/2
**issues [7]** 3/21 4/10 4/16 11/24 12/10 13/12 21/10
**itself [7]** 9/19 13/24 14/16 35/13 37/8 41/7 42/1

**J**

**Jammal [9]** 2/14 4/17 4/18 23/2 32/3 32/23 38/12 38/16 38/20
**JASTA [10]** 7/3 7/14 12/12 13/22 14/25 16/15 25/14 25/14 29/5 38/24
**Jersey [1]** 1/13
**Jihad [1]** 21/21
**joint [1]** 4/10
**JONATHAN [2]** 1/22 12/23
**Joumaa [3]** 27/10 27/11 43/9
**JTB [8]** 34/24 35/1 35/1 35/7 35/9 35/15 35/9 39/9 39/21
**JTB's [3]** 3/22 31/24 36/5
**JUDGE [5]** 1/10 3/1 11/9 12/8 13/5
**judgment [3]** 21/12 28/21 28/22
**judicial [1]** 37/16
**jurisdiction [14]** 17/2 23/8 40/8 41/3 41/6 41/10 41/11 41/23 41/25 42/3 42/12 42/19 45/5 45/9
**jurisprudence [2]** 12/1 12/4
**jury [3]** 24/24 28/8 28/16

**K**

**Kaplan [15]** 9/2 12/8 12/10 12/15 14/19 16/1 16/19 16/24 17/12 17/17 17/19 17/22 39/10 39/15
**keep [1]** 5/5
**Kemper [2]** 11/5 11/6
**kept [1]** 36/6
**key [1]** 29/16
**kill [1]** 25/5
**killed [1]** 18/19
**kind [6]** 25/3 29/13 32/11 37/5 39/1 44/5
**kinds [2]** 14/18 15/16
**kingpin [3]** 27/10 43/10 43/11
**knew [1]** 19/2

**know [11]** 6/11 12/6 12/18 12/19 13/25 15/20 26/19 30/2 31/23 34/10 38/9
**knowingly [6]** 20/10 20/25 26/21 28/6 38/12 43/23
**knowledge [2]** 14/15 32/18
**known [4]** 5/18 17/2 20/19 22/13
**knows [3]** 6/22 8/3 30/9

**L**

**lack [2]** 21/18 21/25
**lacking [1]** 40/8
**Land [2]** 18/17 18/20
**language [2]** 41/17 44/21
**large [1]** 30/17
**last [2]** 15/14 43/25
**lastly [2]** 38/19 43/5
**later [3]** 11/4 44/2 44/15
**launder [2]** 23/12 27/14
**laundered [1]** 27/18
**laundering [7]** 23/19 24/1 27/19 27/21 27/24 39/12 39/14
**law [12]** 2/12 3/2 17/7 20/12 24/12 38/3 38/3 41/22 41/24 42/11 43/17 45/5
**lawsuits [1]** 7/16
**lay [1]** 15/20
**LCB [6]** 42/9 43/7 43/24 44/7 44/11 45/17
**LCB's [3]** 44/3 44/4 44/19
**lead [1]** 8/5
**leading [1]** 13/15
**least [4]** 5/18 28/16 38/21 40/7
**leave [1]** 5/1
**Lebanese [9]** 7/3 11/13 23/11 27/15 33/14 33/16 35/3 40/14 41/14
**Lebanon [15]** 1/23 5/8 5/10 5/12 7/11 8/19 11/1 15/23 22/13 22/14 22/22 33/23 35/2 38/22 41/13
**legal [1]** 24/9
**legally [1]** 26/16
**length [2]** 5/11 17/25
**lengthy [1]** 8/25
**Lerner [1]** 24/16
**less [2]** 32/24 32/25
**lessen [1]** 31/18
**letter [2]** 4/14 20/12
**Lexington [1]** 2/9
**liabilities [6]** 41/16 41/19 42/4 43/24 44/4 44/20
**liability [55]**
**liable [5]** 26/16 26/16 39/3 40/14 40/25
**liaison [1]** 22/25
**LIBAN [3]** 1/6 2/11 3/11
**Libano [1]** 1/15
**Libano-Francaise [1]** 1/15
**Licci [2]** 17/1 42/21
**life [4]** 9/22 24/20 35/23 35/25
**LINDA [3]** 2/4 46/12 46/14
**Linde [10]** 10/7 14/13 20/21 24/18 25/11 28/4 28/5 29/1 29/7 29/10
**line [6]** 3/2 3/14 17/1 28/19 44/20 45/7
**link [6]** 7/12 7/19 8/15 8/17 9/13 23/20
**links [2]** 7/9 21/19
**liquidator [1]** 35/4
**list [1]** 30/14
**literally [1]** 44/15

**litigation [1]** 45/18
**live [1]** 36/5
**live-in [1]** 36/5
**LLC [2]** 1/12 2/12
**LLP [6]** 1/15 1/18 1/21 2/2 2/5 2/15
**logical [1]** 33/15
**long [3]** 15/21 26/8 35/9
**long-running [1]** 26/8
**longer [1]** 10/12
**look [1]** 45/24
**looked [1]** 26/7
**lot [2]** 22/18 29/6
**lots [1]** 21/10

**M**

**maim [1]** 25/5
**maintenance [1]** 21/12
**majority [1]** 5/9
**manner [1]** 22/10
**many [6]** 16/12 18/8 26/11 31/15 33/1 38/22
**MARK [6]** 1/17 2/17 3/25 4/8 4/21 39/5
**Marks [1]** 3/2
**Martyr [1]** 38/17
**Martyrs [3]** 17/24 17/24 18/12
**Massachusetts [1]** 2/13
**masters [1]** 31/19
**material [8]** 18/22 19/13 20/1 20/2 20/6 29/8 35/16 36/13
**matter [4]** 24/12 38/7 46/6 46/9
**MAYER [3]** 1/15 1/18 4/8
**MEAB [2]** 2/5 23/3
**mean [7]** 5/17 6/9 6/10 6/14 19/7 27/22 34/2
**meaning [1]** 21/11
**means [1]** 28/10
**meant [1]** 21/13
**mechanical [1]** 2/24
**meet [2]** 9/17 16/14
**melt [1]** 36/9
**member [1]** 38/14
**mentioned [5]** 14/19 18/16 22/7 31/4 38/15
**mere [3]** 21/9 21/12 35/23
**merger [3]** 45/13 45/16 45/17
**merger-type [1]** 45/13
**mergers [2]** 43/22 43/22
**Mexican [1]** 27/12
**MICHAEL [2]** 2/13 45/2
**mid [2]** 32/20 38/21
**mid-2000s [1]** 38/21
**Middle [1]** 23/4
**might [1]** 12/22
**military [1]** 21/22
**militia [1]** 6/25
**militias [4]** 7/6 7/12 8/23 8/23
**million [1]** 45/20
**millions [2]** 26/22 34/10
**mind [3]** 15/17 20/10 25/2
**minutes [1]** 15/14
**misstated [1]** 45/5
**MITCHELL [1]** 2/7
**moments [2]** 18/17 33/8
**monetary [1]** 20/3
**money [21]** 19/2 19/7 19/9 19/10 19/23

## M

**money... [16]**  19/24 21/6 21/7 21/13
  23/19 24/1 27/1 27/4 27/19 27/21 27/23
  28/2 31/8 39/12 39/14 44/8
**more [8]**  11/15 18/16 23/14 28/5 29/8
  34/5 42/1 45/11
**moreover [2]**  24/25 43/25
**most [6]**  10/7 12/5 12/7 12/7 29/16
  31/20
**mostly [1]**  23/13
**motion [4]**  4/11 35/12 36/11 36/15
**motions [1]**  3/12
**motivated [2]**  11/8 11/10
**move [1]**  27/12
**moving [4]**  4/9 5/7 9/19 10/23
**Mr. DeLaquil [3]**  4/19 31/23 34/20
**Mr. Hanchet [10]**  3/23 4/2 4/6 5/2
  13/11 17/23 24/16 25/24 33/6 40/22
**Mr. Hanchet's [1]**  21/18
**Mr. Joumaa [1]**  27/11
**Mr. Marks [1]**  3/2
**Mr. Mughniyeh [1]**  31/4
**Mr. Osen [8]**  4/3 16/5 31/24 33/5 33/13
  37/4 39/19 42/14
**Mr. Siegfried [1]**  12/21
**Mr. Sullivan [2]**  39/24 43/6
**Mr. Welch [2]**  29/13 30/12
**Ms. Hamilton [1]**  29/12
**much [7]**  4/7 18/6 18/16 34/5 34/19
  40/4 45/11
**Mughniyeh [3]**  21/23 22/6 31/4
**Muhammad [1]**  35/3
**multiple [1]**  37/20
**murder [4]**  26/15 26/18 29/21 29/24
**must [4]**  8/5 8/6 8/7 29/2
**mute [1]**  22/18

## N

**name [5]**  4/20 16/5 16/19 27/10 38/14
**narcotic [1]**  27/8
**narcotics [4]**  22/9 27/10 43/9 43/11
**narrower [1]**  18/6
**Nat [1]**  20/12
**national [2]**  17/8 43/18
**nature [3]**  7/13 15/2 26/8
**Nazim [1]**  43/9
**necessarily [1]**  21/13
**necessary [1]**  24/3
**need [4]**  3/20 13/18 23/20 26/2
**needed [1]**  27/16
**needs [3]**  11/17 13/25 22/18
**negotiated [1]**  44/20
**neither [1]**  45/13
**network [3]**  22/9 24/20 27/11
**NEW [21]**  1/1 1/4 1/11 1/16 1/16 1/19
  1/19 1/22 1/22 2/3 2/3 2/10 2/10 12/9
  41/22 41/24 42/11 42/23 43/16 43/17
  45/7
**newspapers [1]**  23/10
**next [2]**  15/13 36/21
**noise [1]**  22/19
**non [1]**  17/8
**non-U.S [1]**  17/8
**none [2]**  8/10 18/24

**nor [2]**  13/5 36/16
**note [2]**  38/5 42/25
**noted [1]**  36/2
**nothing [3]**  6/20 6/20 15/15
**notice [1]**  37/16
**notion [1]**  10/25
**notwithstanding [2]**  21/17 39/22
**nowhere [1]**  15/10
**number [6]**  3/10 12/4 30/16 30/17
  37/16 37/17
**NW [2]**  2/6 2/16

## O

**O'Sullivan [1]**  9/3
**object [1]**  36/18
**objective [3]**  10/22 11/6 11/9
**objectively [1]**  11/15
**observer [3]**  10/25 11/7 11/10
**obvious [4]**  11/1 18/5 19/17 30/3
**obviously [6]**  24/24 25/10 30/1 32/10
  37/7 41/6
**occurred [4]**  7/4 34/12 35/22 37/10
**occurring [1]**  15/12
**OFAC [3]**  35/5 35/5
**offer [1]**  9/8
**offers [1]**  26/4
**official [1]**  35/4
**Oh [1]**  44/12
**once [4]**  4/8 14/17 14/22 15/25
**ongoing [2]**  23/9 28/24
**operations [2]**  27/6 28/24
**operative [2]**  6/11 30/10
**operatives [3]**  6/5 18/12 22/24
**opposite [1]**  24/10
**oral [2]**  1/9 3/12
**orchestrated [1]**  44/16
**order [3]**  9/15 19/22 27/15 27/15
**ordinary [1]**  44/5
**organization [17]**  10/1 14/7 18/1 18/11
  20/15 21/5 21/6 21/10 21/21 21/23
  26/23 28/25 29/9 30/4 31/20 31/25
  32/15
**organizations [15]**  18/23 18/24 19/8
  19/9 19/19 20/23 21/7 23/15 23/19 24/2
  27/1 30/7 30/7 30/25 31/1
**original [1]**  17/3
**originally [1]**  22/5
**OSEN [10]**  1/12 1/14 4/3 16/5 31/24
  33/5 33/13 37/4 39/19 42/14
**outside [1]**  37/14
**overall [1]**  32/25
**overcome [1]**  31/13
**overtaken [1]**  10/6
**overwhelming [1]**  16/13
**own [3]**  22/24 41/2 41/3

## P

**p.m [1]**  1/5
**page [1]**  36/21
**papers [2]**  9/4 14/20
**paragraph [4]**  39/11 41/18 43/1 43/10
**paragraph 1467 [1]**  43/1
**paragraph 1470 [1]**  43/10
**paragraph 5684 [1]**  39/11
**paragraphs [1]**  31/5

**paragraphs 1861 [1]**  31/5
**parallel [1]**  17/5
**parks [1]**  6/2
**Parliament [1]**  38/14
**part [8]**  13/19 16/10 17/3 17/14 20/14
  21/20 31/16 38/4
**participating [1]**  33/17
**participation [1]**  45/23
**particular [3]**  8/4 10/7 16/11
**particularly [3]**  16/25 28/4 32/8
**parts [1]**  17/16
**passed [1]**  19/25
**Patriot [3]**  39/13 44/13 44/17
**PATTON [1]**  2/5
**penetrator [1]**  31/10
**people [4]**  4/23 6/5 25/6 30/2 34/10
**perhaps [3]**  12/21 19/17 29/16
**period [5]**  15/19 17/21 18/6 18/7 18/13
**permitted [1]**  33/21
**permitting [1]**  9/8
**perpetrated [1]**  8/24
**person [2]**  6/11 27/9
**personal [4]**  17/2 40/8 42/19 42/19
**personnel [1]**  6/23
**persuasively [1]**  33/21
**phone [3]**  2/22 12/21 22/18
**phrase [1]**  29/6
**PINCUS [1]**  1/20
**PIPER [1]**  1/21
**place [7]**  17/20 17/20 26/19 37/8 44/5
  44/6 44/14
**plaintiff [4]**  1/12 36/11 45/4 45/10
**plaintiffs [29]**  1/4 4/3 5/21 6/22 7/1 7/5
  7/7 7/17 7/19 7/21 8/18 8/24 8/25
  10/22 13/2 15/10 15/20 17/4 17/8 18/18
  23/1 24/11 33/21 35/10 36/16 39/10
  39/18 42/2 42/5
**plaintiffs' [6]**  8/5 10/21 23/23 24/4
  28/17 32/6
**plausible [5]**  9/8 11/15 35/24 36/4
  38/25
**plausibly [4]**  10/23 28/16 28/21 39/18
**played [1]**  23/9
**Plaza [1]**  1/13
**plead [3]**  9/16 10/21 10/23
**pleadings [3]**  5/4 12/11 14/2
**pled [2]**  24/10 24/22
**point [15]**  5/21 6/14 6/15 9/1 10/12
  11/23 26/3 26/17 28/1 28/20 29/16
  30/23 42/22 43/5 43/25
**pointed [5]**  4/15 8/2 16/16 16/17 43/6
**points [2]**  33/10 34/17
**political [2]**  22/16 22/22
**POLOVOY [1]**  2/10
**population [1]**  11/17
**position [1]**  40/20
**potential [1]**  44/19
**power [1]**  24/22
**predecessor's [1]**  43/16
**prepared [1]**  38/10
**preparing [1]**  36/16
**presence [1]**  15/9
**present [3]**  4/12 15/11 45/14
**presenting [2]**  4/9 33/13

**P**

**press [5]** 36/12 36/14 37/7 37/18 37/19
**presumption [1]** 24/13
**pretty [2]** 8/25 32/9
**previously [2]** 3/17 31/4
**primarily [1]** 31/20
**primary [19]** 7/23 7/25 8/2 9/16 10/21 11/23 11/25 12/10 13/5 13/12 16/8 23/23 25/8 25/18 26/13 35/22 38/24 39/12 44/8
**principal [4]** 7/24 13/23 15/13 29/2
**principally [1]** 27/18
**principals [2]** 14/23 15/15
**principle [1]** 39/15
**problem [1]** 7/22
**problems [1]** 8/1
**procedural [2]** 16/25 38/7
**proceed [1]** 33/21
**proceedings [2]** 2/24 46/9
**proceeds [2]** 23/13 27/13
**produced [1]** 2/24
**product [1]** 27/12
**products [2]** 36/7 44/2
**proffer [1]** 24/18
**profits [1]** 27/16
**project [1]** 24/21
**prong [1]** 24/25
**pronounce [3]** 4/19 4/24 4/24
**pronounced [2]** 4/25 16/5
**properly [6]** 9/16 35/11 36/14 36/19 37/11 37/13
**property [2]** 35/18 35/18
**proposition [3]** 10/7 14/11 29/10
**prosecuted [1]** 22/3
**prove [5]** 24/15 24/23 26/2 28/22 30/19
**provide [9]** 8/13 8/22 20/25 26/24 26/25 31/8 31/8 31/9 36/4
**provided [7]** 5/10 5/17 7/10 8/18 18/21 24/19 27/2
**provides [2]** 14/25 26/21
**providing [5]** 9/21 11/2 14/12 26/25 35/16
**provision [2]** 19/15 28/11 29/8
**provisions [2]** 20/3 21/1
**proxies [1]** 31/12
**proximate [11]** 8/3 9/10 23/24 24/3 24/6 24/17 24/19 27/22 28/7 28/11 39/16
**proximately [2]** 28/17 28/23
**proxy [1]** 31/7
**public [3]** 37/16 37/18 38/4
**publicly [1]** 45/21
**published [1]** 35/13
**purchase [4]** 28/3 41/13 42/4 44/21
**purchaser [1]** 40/11
**purpose [2]** 30/6 30/13
**purposeful [1]** 42/23
**purposes [4]** 11/3 31/19 38/25 45/5
**pursuant [1]** 35/19
**put [1]** 22/18

**Q**

**Qaeda [4]** 19/20 21/6 21/8 21/14

**qualifies [1]** 9/22
**question [15]** 4/12 12/22 17/11 18/13 19/6 24/6 25/2 28/1 28/2 28/14 30/8 30/11 30/24 42/18 43/15
**questionable [1]** 21/9
**questions [2]** 28/14 34/17
**quite [1]** 43/14
**quote [13]** 21/19 26/5 26/7 26/7 26/9 32/19 32/20 35/15 35/19 38/20 38/22 43/2 43/4
**quote/unquote [2]** 21/19 32/19
**quoted [1]** 38/19

**R**

**raise [2]** 19/20 19/23
**raised [2]** 4/10 21/10
**Rajhi [3]** 9/2 20/20 21/3
**rather [3]** 17/20 24/3 44/6
**Re [1]** 20/19
**reach [1]** 19/19
**reached [1]** 11/4
**reaching [1]** 35/6
**read [1]** 34/7
**real [1]** 35/8
**really [4]** 5/9 10/9 29/25 33/25
**reason [3]** 40/9 40/13 42/19
**reasonable [1]** 10/24
**reasons [2]** 19/18 40/7
**recall [1]** 30/16
**received [1]** 27/14
**receivership [1]** 35/2
**recent [4]** 12/1 12/4 12/8 12/15
**recently [1]** 10/7 14/18
**recipient [1]** 20/23
**recognized [1]** 19/15
**record [7]** 3/16 37/16 37/18 38/4 38/9 43/5 46/9
**recorded [1]** 2/24 36/7
**reference [3]** 21/18 44/22 45/25
**referenced [1]** 17/23 23/2
**references [1]** 41/18
**referred [1]** 36/12
**referring [1]** 10/3
**regard [1]** 42/14
**regarding [1]** 9/5
**regards [1]** 41/6
**Register [3]** 35/13 35/14 36/4
**regulatory [1]** 22/4
**rejected [3]** 7/16 12/1 14/18
**rejects [1]** 12/11
**relate [1]** 41/11
**relates [1]** 45/5
**relating [3]** 4/16 28/9 41/25 43/7
**relation [1]** 15/13
**relationship [1]** 23/21
**relatively [1]** 5/5
**release [3]** 36/12 36/14 37/7 37/18
**releases [1]** 37/19
**relevant [1]** 17/21
**relied [3]** 35/21 36/16 43/21
**rely [2]** 10/13 19/24
**remanded [1]** 28/10
**remarks [1]** 5/5
**remember [1]** 10/17
**removed [1]** 23/24

**repeated [1]** 24/16
**repeatedly [1]** 38/15
**repeating [1]** 33/7
**reply [1]** 33/7
**report [1]** 38/3
**reporter [3]** 2/21 3/13 3/18
**represent [1]** 39/24
**represented [2]** 13/3 44/19
**requests [1]** 35/6
**required [1]** 24/17
**requirement [1]** 14/15
**requirements [1]** 9/17
**requires [4]** 13/22 29/8 42/1 45/10
**reserve [2]** 44/25 46/2
**residual [1]** 17/1
**Resistance [1]** 18/11
**respect [11]** 4/10 11/23 13/14 17/17 25/7 29/5 29/16 34/4 34/5 42/17 43/14
**respected [1]** 35/3
**respectfully [2]** 9/2 29/25
**respects [1]** 25/13
**respond [4]** 4/3 37/4 39/6 42/14
**responding [1]** 35/5
**responds [1]** 45/18
**response [1]** 45/1
**responsible [4]** 7/2 8/14 31/20 34/11
**restate [1]** 3/15
**result [5]** 11/4 25/6 36/17 40/25 44/16
**resulting [1]** 26/18
**retain [1]** 43/8
**retained [1]** 43/13
**revenue [1]** 22/13
**review [1]** 42/7
**right [24]** 4/2 10/18 11/19 13/11 16/4 21/16 24/8 33/5 34/20 37/1 37/25 38/1 39/4 39/23 40/3 40/18 41/2 41/8 41/20 42/13 43/14 44/24 45/24 46/1
**rise [3]** 14/3 35/10 38/24
**risk [2]** 21/11 21/11
**robbed [1]** 36/8
**robber [2]** 36/6 36/7
**ROBERT [1]** 1/3
**rocket [2]** 17/19 18/2
**role [7]** 13/24 14/17 23/5 29/3 30/12 31/6 36/2
**Rothstein [5]** 8/3 24/6 24/10 24/11 25/12
**routine [1]** 5/11
**RPR [1]** 2/21
**rulings [1]** 17/2
**run [3]** 22/5 22/8 27/9
**running [1]** 26/8

**S**

**s.a.l [3]** 1/18 1/21 2/5
**Safieddine [1]** 22/8
**SAL [7]** 1/7 1/15 1/22 1/23 2/2 2/14 3/11
**sale [3]** 44/14 44/15 44/20
**sales [3]** 27/14 41/12 43/22
**satisfy [3]** 14/3 28/7 28/7
**saying [7]** 8/9 8/12 8/18 10/12 34/7 34/9 38/23
**says [7]** 6/20 8/5 26/5 28/3 28/4 28/5 38/13

9

**S**

**scale** [3]  23/16 25/3 33/4
**scenario** [2]  23/7 28/5
**scienter** [1]  28/14
**scope** [3]  19/19 23/17 25/3
**SDGT** [5]  32/23 34/25 35/7 43/9 43/12
**second** [15]  8/4 10/9 10/20 13/16 14/14 14/21 15/5 17/5 17/9 20/13 20/14 20/20 24/25 40/9 43/17
**secondary** [7]  13/23 16/8 26/12 29/2 29/6 29/16 36/1
**Secondly** [1]  9/23
**seconds** [2]  5/6 12/20
**secret** [1]  22/12
**Section** [4]  19/12 21/2 28/9 39/13
**Section 2331** [1]  28/9
**Section 2339B** [1]  21/2
**Section 311** [1]  39/13
**sector** [3]  5/9 11/13 11/16
**see** [6]  7/25 22/25 23/1 23/3 23/11 25/21
**selection** [1]  45/13
**sending** [1]  19/2
**sense** [2]  32/16 32/20
**separate** [2]  7/23 32/3
**separately** [2]  4/15 32/4
**separates** [1]  20/17
**September** [2]  35/9 46/11
**September 2019** [1]  35/9
**series** [2]  10/6 16/17
**serve** [1]  31/18
**served** [1]  6/23
**service** [3]  6/23 27/6 43/18
**services** [24]  5/11 5/17 7/8 7/10 8/19 9/21 11/3 14/12 15/21 19/15 19/16 20/5 21/1 26/21 26/25 27/1 27/2 28/4 28/6 28/11 28/15 28/20 28/23 35/17
**servicing** [2]  6/1 11/16
**set** [3]  4/13 24/15 31/3
**sets** [5]  13/16 13/17 21/19 26/10 30/10
**Seventh** [2]  9/24 11/5
**SGBL** [12]  4/15 39/24 40/15 40/25 41/10 42/6 42/8 42/18 43/2 43/6 43/13 43/23
**SGDT** [1]  34/25
**share** [1]  35/6
**she** [4]  3/13 26/15 29/14 36/7
**SHEARMAN** [1]  2/9
**Shia** [3]  6/25 7/12 8/23
**shops** [1]  34/8
**short** [1]  5/5
**shouldn't** [1]  34/2
**show** [8]  14/5 14/8 23/20 23/21 23/24 24/2 27/22 29/4
**Siegel** [4]  13/16 13/16 14/19 16/1
**SIEGFRIED** [3]  1/22 12/21 12/24
**signature** [1]  31/9
**significance** [1]  34/22
**significant** [3]  32/25 33/1 35/1
**similar** [4]  5/22 7/14 16/19 25/12
**simply** [9]  11/2 22/21 23/1 26/11 30/23 35/24 36/10 37/10 45/11
**singling** [1]  32/17
**sitting** [1]  10/18

**situation** [1]  43/23
**situations** [1]  45/13
**six** [1]  14/25
**size** [1]  32/24
**slip** [1]  39/17
**smaller** [1]  32/24
**smelting** [1]  36/9
**so-called** [2]  9/5 23/15
**SOCIETE** [3]  1/6 2/11 3/11
**sold** [1]  36/8
**solely** [2]  28/2 42/3
**somewhat** [1]  25/11
**sophisticated** [1]  44/18
**sorry** [6]  5/2 8/11 22/21 30/24 44/9 45/4
**sort** [6]  6/18 15/17 17/5 18/10 21/24 34/2
**soundly** [1]  12/1
**Southern** [2]  12/9 12/17
**SPA** [1]  41/19
**spans** [1]  38/21
**speaks** [6]  10/7 14/14 14/19 19/13 19/14 33/20
**special** [1]  31/2
**specially** [3]  23/5 27/9 34/25
**specific** [11]  4/13 6/15 10/17 20/2 21/18 30/25 31/9 35/5 35/19 41/11 42/19
**specifically** [4]  26/5 30/23 32/18 35/20
**specificity** [1]  15/21
**specifics** [1]  6/19
**specifies** [1]  43/8
**specifying** [1]  32/18
**spent** [1]  15/14
**spoke** [1]  26/2
**sponsoring** [1]  35/15
**sprinkled** [1]  9/6
**Square** [1]  2/15
**SQUIRE** [1]  2/5
**standard** [6]  16/14 24/9 24/16 25/13 26/10 26/20
**standpoint** [3]  24/24 32/6 43/1
**stark** [1]  32/9
**state** [5]  2/12 15/17 20/10 40/10 45/7
**stated** [2]  39/21 46/1
**statement** [1]  6/8
**statements** [1]  36/12
**states** [14]  1/1 1/3 1/10 18/1 18/3 18/21 18/25 22/2 27/7 32/7 32/17 35/14 44/10 45/19
**status** [4]  40/17 40/19 41/1 45/11
**statute** [7]  17/5 19/13 20/1 20/8 30/6 30/13 40/20
**statute's** [1]  18/22
**stenography** [1]  2/24
**steps** [1]  23/24
**STERLING** [1]  2/9
**still** [3]  9/14 14/13 39/15
**stolen** [1]  36/9
**store** [1]  39/17
**Strauss** [1]  28/13
**stream** [1]  22/13
**Street** [2]  2/6 2/12
**strong** [1]  25/19
**stronger** [2]  16/13 31/25

**strongest** [2]  16/7 16/10
**structure** [1]  31/16
**subject** [1]  42/18
**submission** [1]  37/10
**submit** [2]  24/17 42/18
**submitted** [1]  36/13
**subsequent** [2]  12/16 18/5
**subsidiaries** [1]  38/17
**substantial** [6]  8/6 14/21 24/21 25/12 25/25 26/6
**substantially** [1]  14/23
**successor** [10]  3/22 40/2 40/5 40/17 40/19 40/25 43/15 45/6 45/8 45/11
**sue** [1]  40/10
**sued** [1]  18/19
**suffered** [2]  6/21 6/24
**sufficient** [12]  5/24 8/15 9/13 10/1 14/3 14/4 14/8 28/20 28/22 29/12 30/9 42/11
**suggest** [3]  15/11 23/25 39/20
**Suite** [2]  1/13 2/15
**SULLIVAN** [4]  2/13 39/24 43/6 45/2
**summarize** [1]  5/5
**summary** [2]  28/21 28/22
**summer** [1]  17/21
**sums** [1]  27/17
**supplied** [1]  15/22
**supplying** [2]  19/7 19/9
**support** [14]  7/6 8/22 18/11 18/22 19/13 19/16 20/1 20/2 20/6 29/8 29/13 31/7 35/16 35/17
**supportable** [1]  34/1
**survive** [1]  45/18
**system** [9]  19/25 22/16 22/22 22/23 23/11 27/15 27/18 33/14 33/24

**T**

**Tabaja** [2]  22/7 38/15
**talks** [1]  41/19
**technological** [1]  35/16
**teenager** [1]  18/19
**termed** [1]  31/2
**terms** [5]  10/10 20/3 32/25 37/5 45/12
**terrorism** [6]  9/18 9/20 19/17 29/8 30/8 33/22
**terrorist** [26]  8/14 10/1 13/24 14/1 14/7 14/17 19/19 20/19 21/23 23/5 26/22 27/22 27/23 27/24 28/1 28/24 29/3 29/9 29/22 30/4 30/10 30/15 30/21 32/7 32/15 34/25
**terroristic** [4]  10/22 10/24 11/1 11/14
**test** [2]  25/11 25/12
**themselves** [2]  32/3 39/10
**theories** [2]  9/4 12/12
**theory** [4]  9/1 16/8 16/12 24/13
**therefore** [2]  21/9 44/14
**these** [32]  5/8 5/10 6/16 6/18 7/2 7/4 8/14 9/3 9/9 14/18 15/11 15/14 15/24 15/25 16/20 19/8 19/9 21/20 22/14 23/19 24/1 27/1 27/14 27/17 30/7 31/1 31/2 31/6 31/15 33/15 34/12 43/20
**they've** [1]  32/3
**third** [2]  15/9 40/13
**thorough** [1]  12/15
**though** [3]  6/3 7/10 7/11

## T

**three [4]**  36/6 37/8 40/7 40/22
**threshold [1]**  18/10
**through [8]**  19/3 19/21 25/14 27/12 27/14 27/18 42/21 43/1
**throughout [2]**  9/6 14/20
**tidiness [1]**  38/9
**tie [1]**  6/18
**tied [1]**  5/19
**ties [1]**  6/17
**time [7]**  15/10 18/6 18/7 18/13 18/24 20/7 37/2
**today [1]**  45/18
**together [1]**  5/8
**tolerance [2]**  21/11 21/11
**took [7]**  17/20 17/20 26/19 37/8 41/4 44/6 44/14
**tort [8]**  15/10 17/5 39/16 41/25 43/16 43/19 43/20 45/8
**touching [1]**  7/6
**towards [1]**  9/2
**trade [1]**  27/19
**trade-based [1]**  27/19
**trafficking [6]**  22/9 22/10 27/8 27/10 43/10 43/11
**train [1]**  7/6
**trained [2]**  8/15 30/25
**training [3]**  8/21 20/5 31/8
**transaction [4]**  45/16 45/16 45/20 45/23
**transcript [3]**  1/9 2/24 46/9
**transcription [1]**  2/24
**transfer [1]**  19/24
**Treasury [5]**  18/2 35/21 37/20 38/19 39/1
**trial [1]**  20/23
**tried [1]**  9/1
**true [5]**  11/12 19/12 19/17 28/12 29/11
**Trust [9]**  2/14 4/17 4/18 23/3 32/4 32/23 38/12 38/16 38/20
**trying [3]**  8/17 8/17 10/16
**turn [3]**  8/14 31/22 31/24
**type [3]**  8/22 9/1 45/13
**types [1]**  15/25
**typical [1]**  44/1

## U

**U.S [9]**  6/22 17/8 31/13 32/9 37/20 40/11 44/7 44/16 45/22
**ultimately [2]**  28/13 28/21
**under [28]**  7/2 9/7 9/16 12/12 16/14 16/14 17/4 17/6 18/22 19/13 29/1 35/1 35/22 36/1 38/3 39/3 39/13 40/12 40/14 40/15 40/16 41/12 41/22 42/11 43/16 44/5 44/13 44/17
**understandable [1]**  26/12
**undertaken [1]**  22/3
**unfortunately [1]**  23/10
**UNITED [13]**  1/1 1/3 1/10 18/1 18/3 18/21 18/25 22/4 27/7 32/7 32/17 44/9 45/19
**University [1]**  1/13
**unknown [1]**  22/12
**unlike [3]**  23/6 23/16 44/1

**unplanned [2]**  26/17 26/18
**unquote [2]**  21/19 32/19
**unusual [1]**  16/25
**up [3]**  13/12 16/24 31/3
**upon [1]**  43/21
**us [5]**  1/21 2/5 14/2 32/21 38/8
**USA [1]**  39/13
**utterly [1]**  7/19

## V

**vague [2]**  7/9 21/19
**value [1]**  19/14
**variety [1]**  38/5
**various [6]**  9/5 18/22 19/21 22/3 33/17 36/12
**vast [1]**  5/9
**venue [1]**  27/17
**verse [1]**  21/20
**versus [2]**  18/17 43/17
**view [9]**  9/14 16/9 16/20 17/9 19/6 25/16 26/17 30/22 32/2
**violated [1]**  40/19
**violates [1]**  20/8
**violating [1]**  21/1
**violence [3]**  7/20 8/24 31/18
**violent [1]**  6/24
**virtue [1]**  32/24
**vital [1]**  19/16

## W

**wants [1]**  38/8
**washers [1]**  34/7
**washes [1]**  6/2
**Washington [3]**  2/6 2/15 2/16
**ways [1]**  33/17
**weapons [3]**  22/9 31/9 31/13
**week [2]**  31/14 31/14
**weeks [2]**  37/8 44/15
**Weiss [2]**  20/12 28/12
**Welch [2]**  29/13 30/12
**well-respected [1]**  35/3
**West [1]**  20/13
**whatsoever [1]**  15/21
**whole [3]**  16/17 28/19 42/21
**why [5]**  3/23 8/15 11/19 17/15 33/25
**wife [1]**  29/19
**willing [1]**  24/24
**wing [1]**  21/22
**wish [1]**  11/23
**within [5]**  40/21 40/24 41/5 41/18 45/18
**without [1]**  33/7
**won't [2]**  19/3 42/21
**work [2]**  34/13 34/14
**worked [1]**  31/11
**works [1]**  33/18
**world [1]**  19/22
**wouldn't [1]**  29/12
**wrongly [2]**  16/20 17/13

## Y

**years [1]**  31/15
**YORK [20]**  1/1 1/4 1/16 1/16 1/19 1/19 1/22 1/22 2/3 2/3 2/10 2/10 12/9 41/22 41/24 42/11 42/24 43/16 43/17 45/7

**Yousser [1]**  43/12

## Z

**Zapata [3]**  9/2 11/6 11/9