# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

December 8, 2020

David B. Rivkin, Jr.
direct dial: 202.861.1731
drivkin@bakerlaw.com

**VIA ECF**

The Honorable Carol Bagley Amon
United States District Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.,*
      Case No. 1:19-cv-00007 (CBA) (VMS)

Dear Judge Amon:

On behalf of Defendant Jammal Trust Bank SAL ("JTB"), we write to request permission to move for certification of an interlocutory appeal under 28 U.S.C. § 1292(b) of this Court's November 25, 2020 motion to dismiss order (ECF No. 164). For the sake of judicial economy, we incorporate by reference all the reasons to certify an interlocutory appeal as set forth in the letter motion (ECF No. 167) filed by Banque Libano-Francaise SAL, and we plan to move for certification of an interlocutory appeal on the same grounds.

We also request permission to move for a stay of discovery on the same grounds as set for in Banque Libano-Francaise SAL's letter motion, which we incorporate by reference for the sake of judicial economy. Because JTB's Motion for Substitution of Party, to Intervene, and to Dismiss Based on Subject Matter Jurisdiction and International Comity (ECF No. 163) should be granted, JTB intends to request a stay of discovery regarding JTB. JTB takes no position on a stay of proceedings as to any other party.

The Honorable Carol Bagley Amon
December 8, 2020
Page 2


Sincerely,

*/s/ David B. Rivkin, Jr.*

David B. Rivkin, Jr.
*Counsel for Defendant Jammal Trust Bank SAL*

Cc: Counsel of Record via ECF