# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

December 22, 2020

David B. Rivkin, Jr.
direct dial: 202.861.1731
drivkin@bakerlaw.com

**VIA ECF**

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Robert Bartlett, et al. v. Société Générale de Banque au Liban, et al.*, 1:19-cv-00007

Dear Judge Amon:

On behalf of Defendant Jammal Trust Bank SAL ("JTB") we write in response to Plaintiffs' December 15, 2020 letter seeking leave to amend the First Amended Complaint, ECF No. 173, and further to the Moving Defendants' letter of today, ECF No. 176.[1] JTB agrees with, and adopts by reference, the Moving Defendants' position regarding Plaintiffs' request.[2]

Respectfully submitted,

*/s/ David B. Rivkin, Jr.*
David B. Rivkin, Jr.

cc:   All Counsel of Record (via ECF only)

---

[1] The "Moving Defendants" are defined in that letter at 1 n.1, a group that does not include JTB.
[2] We note that JTB has requested permission for a stay of discovery, rather than all proceedings, as JTB's Motion for Substitution of Party, to Intervene, and to Dismiss Based on Subject Matter Jurisdiction and International Comity, ECF No. 163, is pending. JTB's reply is due on or before December 30, 2020; oral argument is scheduled for January 26, 2021.

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington