## SECOND DECLARATION OF DR. MUHAMMAD BAASIRI

I, Muhammad Baasiri, pursuant to U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America:

1. I am currently serving as the Liquidator of Jammal Trust Bank ("JTB").

2. I hold a bachelor's degree in business from the American University of Beirut, and an accounting degree from the State University of New York.

3. I am a fluent in both Arabic and English.

4. Members of my staff, who are also fluent in both Arabic and English, translated the following three documents from Arabic into English:

   A. Law 110 of Lebanese law, titled "Reform of the Banking Sector," issued on 11 July 1991.

   B. Title II of the Lebanese Code of Money and Credit, establishing the Lebanese Central Bank, issued on 1 August 1963.

   C. Letter from Riad Toufic Salamé, Governor, Central Bank of Lebanon, to Chairman, Jammal Trust Bank S.A.L., dated 27 September 2019.

5. The three documents mentioned above are being attached as Exhibits to the Motion to Substitute, Intervene and Dismiss, for which I am a movant, as well as my first Declaration accompanying such Motion.

6. I have personally reviewed both the original Arabic version and the English translation of these three documents and I hereby certify that, to the best of my knowledge, the English translations are a true and accurate translation from the original Arabic.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November __14__, 2020 in _____Washington, DC_____.

_____
Dr. Muhammad Baasiri