**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601     1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400    F. 201.265.0303                                                          T.212.354.0111

February 12, 2021

**VIA ECF AND FEDEX**

Douglas C. Palmer
Clerk of Court
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**    *Bartlett, et al. v. Société Générale de Banque au Liban SAL*, 19-cv-007 (CBA)(VMS)

Dear Mr. Palmer,

    We represent Plaintiffs in the above-referenced matter. Enclosed for service via FedEx International pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure please find one (1) copy of the Amended Complaint filed in the above-referenced matter, along with one (1) copy of a summons, for service upon:

    **Georges Zard Abou Jaoude and Muhammad Hamdoun**
    **Lebanese Canadian Bank**
    **Minaa El Hosn**
    **Saint Charles City Center**
    **Beirut, 1107-2110 Lebanon**

    Also enclosed are a FedEx padded envelope and a FedEx international air waybill for Defendant Lebanese Canadian Bank.

    Please do not hesitate to contact me with any questions. Thank you for your courtesies in this regard.

    Sincerely,

    /s/ Aaron Schlanger

Enclosures