UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ROBERT BARTLETT et al.,                                   :
                                                          :   **REQUEST FOR CERTIFICATE**
        Plaintiffs,                                   :   **OF DEFAULT**
                                                          :
-against-                                                 :   Case No. 19-cv-7 (CBA)(TAM)
                                                          :
SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN                       :
SAL et al.,                                               :
                                                          :
        Defendants.                                   :
------------------------------------------------------------------x

TO:    DOUGLAS C. PALMER
        CLERK OF COURT
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant Lebanese Canadian Bank pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action, as fully appears from the court file herein and from the attached affirmation of Aaron Schlanger.

Dated: June 28, 2021

                                                  Respectfully submitted,

                                                  **OSEN LLC**

                                By:    /s/ Aaron Schlanger
                                         Aaron Schlanger
                                         2 University Plaza, Suite 402
                                         Hackensack, New Jersey 07601
                                         Telephone: (201) 265-6400
                                         Fax: (201) 265-0303

                                         Attorneys for Plaintiffs