UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

ROBERT BARTLETT et al.,                                  :
                                                         :     **REQUEST FOR CERTIFICATE**
                              Plaintiffs,                :     **OF DEFAULT**
                                                         :
-against-                                                :     **Case No. 19-cv-7 (CBA)(TAM)**
                                                         :
SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN        :
SAL et al.,                                               :
                                                         :
                              Defendants.                :
-------------------------------------------------------------- x

## AFFIRMATION OF AARON SCHLANGER IN SUPPORT OF ENTRY OF DEFAULT

I, Aaron Schlanger, hereby declare as follows:

1.      I am an attorney at the law firm of Osen LLC, counsel for Plaintiffs in the above-captioned action.

2.      This action was commenced pursuant to 18 U.S.C. § 2333 of the Anti-Terrorism Act, by the filing of a complaint on January 1, 2019, ECF No. 1 ("Complaint").

3.      On December 29, 2020, Judge Amon granted Plaintiffs' motion to file their Second Amended Complaint ("SAC").

4.      On December 31, 2020, Plaintiffs filed the SAC, ECF No. 189. The SAC added Lebanese Canadian Bank SAL ("LCB") as a defendant in this action.

5.      On January 6, 2021, the Clerk's office issued the summons for defendant LCB.

6.      On February 12, 2021, Plaintiffs' counsel submitted the Summons and SAC to the Clerk's office requesting that the Clerk's Office serve LCB pursuant to Fed. R. Civ. P. 4(f)(2)(c)(ii). *See* ECF No. 194.

7.      On February 16, 2021, the Clerk's office sent the Summons and SAC to LCB via FedEx under waybill number 772894955987. *See* ECF No. 195.

8.      On February 26, 2021, FedEx delivered the Summons and SAC to LCB. Attached hereto as <u>Exhibit A</u> is a copy of the FedEx travel history for waybill number 772894955987. Attached hereto as <u>Exhibit B</u> is a copy of the proof of delivery provided by FedEx for waybill number 772894955987.

9.      Defendant LCB has not answered or otherwise moved with respect to the SAC, and the time for defendant LCB to answer or otherwise move has not been extended.

WHEREFORE, Plaintiffs respectfully request that the default of defendant LCB be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, and information and belief.

Dated: June 28, 2021

**OSEN LLC**

By:     /s/ Aaron Schlanger
        Aaron Schlanger
        2 University Plaza, Suite 402
        Hackensack, New Jersey 07601
        Telephone: (201) 265-6400
        Fax: (201) 265-0303

        Attorneys for Plaintiffs