# Exhibit A



TRACK ANOTHER SHIPMENT

772894955987

ADD NICKNAME

## Delivered
### Friday, February 26, 2021 at 10:23 am

**DELIVERED**
Signed for by: F.ATEIN



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| **OSEN LLC** | **GEORGES ZARD ABOU JAOUDE AND MUHAM** |
| **AARON SCHLANGER** | **LEBANESE CANADIAN BANK** |
| 2 UNIVERSITY PLAZA | MINAA EL HOSN |
| SUITE 402 | SAINT CHARLES CITY CENTER |
| HACKENSACK, NJ US 07601 | BEIRUT, LB 11072110 |
| 201-265-6400 | 961-137-9922 |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>772894955987 | **SERVICE**<br>International Priority | **WEIGHT**<br>4.7 lbs / 2.13 kgs |
| **DELIVERY ATTEMPTS**<br>3 | **DELIVERED TO**<br>Receptionist/Front Desk | **TOTAL PIECES**<br>1 |
| **TOTAL SHIPMENT WEIGHT**<br>4.7 lbs / 2.13 kgs | **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>900TVL |
| **PACKAGING**<br>FedEx Pak | **SPECIAL HANDLING SECTION**<br>Deliver Weekday | **CUSTOMER EXCEPTION REQUEST NUMBER (CER)**<br>0222C-17729163 |
| **SHIP DATE**<br>2/16/21 | **STANDARD TRANSIT**<br>2/19/21 by 6:00 pm | **ACTUAL DELIVERY**<br>2/26/21 at 10:23 am |

## Travel History

| TIME ZONE |
|---|
| Local Scan Time |

**Friday, February 26, 2021**

| 10:23 AM | BEIRUT LB | Delivered |
| 8:43 AM | BEIRUT LB | On FedEx vehicle for delivery |

**Thursday, February 25, 2021**

| 11:37 AM | BEIRUT LB | At local FedEx facility |
| 11:36 AM | BEIRUT LB | Delivery exception<br>Future delivery requested |
| 10:20 AM | BEIRUT LB | At local FedEx facility |

**Wednesday, February 24, 2021**

| 10:09 AM | BEIRUT LB | At local FedEx facility |

**Tuesday, February 23, 2021**

| 10:20 AM | BEIRUT LB | At local FedEx facility |

**Monday, February 22, 2021**

| 3:58 PM | BEIRUT LB | At local FedEx facility |
| 2:58 PM | BEIRUT LB | Delivery exception<br>Incorrect address |
| 8:10 AM | BEIRUT LB | At local FedEx facility |
| 8:10 AM | BEIRUT LB | At local FedEx facility |
| 8:07 AM | BEIRUT LB | International shipment release - Import |
| 8:07 AM | BEIRUT LB | On FedEx vehicle for delivery |
| 8:05 AM | BEIRUT LB | In transit<br>Package available for clearance |

**Saturday, February 20, 2021**

| 10:35 AM | DUBAI AE | Shipment exception<br>Delay beyond our control |
| 10:35 AM | DUBAI AE | At local FedEx facility |
| 7:04 AM | DUBAI AE | In transit |

**Friday, February 19, 2021**

| 6:51 AM | MEMPHIS, TN | Departed FedEx location |
| 6:37 AM | MEMPHIS, TN | In transit |
| 3:34 AM | MEMPHIS, TN | In transit |
| 1:34 AM | MEMPHIS, TN | In transit |

**Thursday, February 18, 2021**

| | | |
|---|---|---|
| 11:33 PM | MEMPHIS, TN | In transit |
| 11:33 PM | MEMPHIS, TN | In transit |

**Wednesday, February 17, 2021**

| | | |
|---|---|---|
| 3:19 AM | MEMPHIS, TN | Arrived at FedEx location |
| 1:07 AM | NEWARK, NJ | Departed FedEx location |

**Tuesday, February 16, 2021**

| | | |
|---|---|---|
| 11:47 PM | NEWARK, NJ | In transit |
| 9:46 PM | NEWARK, NJ | Departed FedEx location |
| 9:36 PM | NEWARK, NJ | Arrived at FedEx location |
| 9:06 PM | BROOKLYN, NY | Left FedEx origin facility |
| 8:19 PM | BROOKLYN, NY | Picked up |

**Friday, February 12, 2021**

| | | |
|---|---|---|
| 9:23 AM | | Shipment information sent to FedEx |

## Commodity Information

**COUNTRY OF MANUFACTURING**
US

**HARMONIZED CODE(S)**
-

**DESCRIPTION**
CORRESPONDENCE/NO COMMERCIAL VALUE