# Exhibit B

April 19, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 772894955987

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | F.ATEIN | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday | | BEIRUT, |
| | | **Delivery date:** | Feb 26, 2021 10:23 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772894955987 | **Ship Date:** | Feb 16, 2021 |
| | | **Weight:** | 4.7 LB/2.13 KG |
| **Recipient:** | | **Shipper:** | |
| BEIRUT, LB, | | HACKENSACK, NJ, US, | |
| **Reference** | 900TVL | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx