UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT BARTLETT et al.,

                Plaintiffs,                              19-cv-7 (CBA)(TAM)

-    against  –                       **CERTIFICATE OF DEFAULT**

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN
SAL et al.,
                Defendants.
------------------------------------------------------------X

       I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Lebanese Canadian Bank has not filed any answer or otherwise moved with respect to the Complaint herein.  The default of Defendant Lebanese Canadian Bank is hereby noted pursuant to Rule 55(a)  of the  Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       July 7, 2021

                                                  DOUGLAS C. PALMER, Clerk of the Court
                                                  By: ___*Jalitza Poveda*___
                                                              Deputy Clerk