# Exhibit A

# Ari Ungar

| | |
|---|---|
| **From:** | Ari Ungar |
| **Sent:** | Friday, July 2, 2021 3:14 PM |
| **To:** | Siegfried, Jonathan; 'mhanchet@mayerbrown.com' |
| **Cc:** | Gary Osen |
| **Subject:** | Bartlett v. SGBL - Draft Protective Order |
| **Attachments:** | 7-2-2021 Draft Protective Order - Bartlett v. SGBL.docx |

Jon and Mark,

Attached please find a draft discovery protective order for the *Bartlett* case. Can you please forward this document to your fellow defense counsel for your collective review? Thank you.

Have a nice holiday weekend.

Regards,

Ari Ungar
Attorney at Law

**OSEN LLC**
2 University Plaza, Suite 402
Hackensack, New Jersey 07601/ USA
Telephone 201.265.6400
Facsimile 201.265.0303
aungar@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. Osen LLC - Attorneys at Law.