# Exhibit D

## Ari Ungar

| | |
|---|---|
| **From:** | Ari Ungar |
| **Sent:** | Wednesday, July 14, 2021 4:15 PM |
| **To:** | Hanchet, Mark G.; Siegfried, Jonathan |
| **Cc:** | Gary Osen; Michael Radine |
| **Subject:** | RE: Bartlett v. SGBL - Rule 26(f) Conference |

Mark,

I'm following up about the Rule 26(f) Conference. Please let me know if there are any specific dates and times next week that work best for you and your colleagues.

Thanks,

Ari Ungar
Attorney at Law

**OSEN LLC**
2 University Plaza, Suite 402
Hackensack, New Jersey 07601/ USA
Telephone 201.265.6400
Facsimile 201.265.0303
aungar@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. Osen LLC - Attorneys at Law.

**From:** Hanchet, Mark G. <MHanchet@mayerbrown.com>
**Sent:** Friday, July 9, 2021 9:21 AM
**To:** Ari Ungar <aungar@osenlaw.com>; Siegfried, Jonathan <jonathan.siegfried@dlapiper.com>
**Cc:** Gary Osen <gosen@osenlaw.com>; Michael Radine <mradine@osenlaw.com>
**Subject:** RE: Bartlett v. SGBL - Rule 26(f) Conference

Dear Ari:

Thanks for your note. We will discuss this and revert in due course.

Regards.  MH

MARK G. HANCHET
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY  10020

1

Tel: (212) 506-2695
Fax: (212) 262-1910
Cell: (917) 940-4580
mhanchet@mayerbrown.com

---

**From:** Ari Ungar <aungar@osenlaw.com>
**Sent:** Friday, July 09, 2021 9:18 AM
**To:** Siegfried, Jonathan <jonathan.siegfried@dlapiper.com>; Hanchet, Mark G. <MHanchet@mayerbrown.com>
**Cc:** Gary Osen <gosen@osenlaw.com>; Michael Radine <mradine@osenlaw.com>
**Subject:** Bartlett v. SGBL - Rule 26(f) Conference

**\*\*EXTERNAL SENDER\*\***

Jon and Mark,

We would like to schedule a Rule 26(f) conference to meet and confer concerning proposed discovery plans and related issues in this case. We are generally available during the week of July 19 and would appreciate it if you would circle up with your colleagues and propose one or two dates and times that are convenient for defense counsel that week.

Thanks, and have a nice weekend.

Ari Ungar
Attorney at Law

**OSEN LLC**
2 University Plaza, Suite 402
Hackensack, New Jersey 07601/ USA
Telephone 201.265.6400
Facsimile 201.265.0303
aungar@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. Osen LLC - Attorneys at Law.

_____
This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.