# Exhibit E

# Ari Ungar

| | |
|---|---|
| **From:** | Siegfried, Jonathan <jonathan.siegfried@dlapiper.com> |
| **Sent:** | Thursday, July 15, 2021 10:36 AM |
| **To:** | Ari Ungar |
| **Subject:** | Bartlett |

Ari,
In response to your recent emails, will call you Monday to discuss.
Regards,
Jon

Get [Outlook for iOS](#)

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.