# Exhibit F

# Ari Ungar

| | |
|---|---|
| **From:** | Ari Ungar |
| **Sent:** | Monday, July 19, 2021 3:19 PM |
| **To:** | Siegfried, Jonathan |
| **Subject:** | Bartlett v. SGBL |

Jon,

I write to follow up on our meet-and-confer this morning, having now had the opportunity to discuss our conversation internally.

I understood from our conversation that for various reasons Defendants are not amenable to proceeding with a Rule 26(f) Conference or generally proceeding with discovery before the Court issues a decision on Defendants' renewed motions to dismiss.

Plaintiffs' position is that because the Court's June 25, 2021 Order denied Defendants' application for a stay of discovery, discovery should not be further delayed. We therefore renew our request for Defendants to engage in a Rule 26(f) Conference with Plaintiffs this week or next week. Plaintiffs are available on July 21, 22, 23, 28 and 30 for that conference. If Defendants wish to effectuate a de facto stay of discovery and are not prepared to engage in a Rule 26(f) Conference and to review and provide feedback on the draft protective order sent to defense counsel on July 2 until the Court rules on their Rule 12(b)(6) motions, please let us know by COB Wednesday and we'll raise the issue with the Court.

Regards,

Ari Ungar
Attorney at Law

**OSEN LLC**
2 University Plaza, Suite 402
Hackensack, New Jersey 07601/ USA
Telephone 201.265.6400
Facsimile 201.265.0303
aungar@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. Osen LLC - Attorneys at Law.