

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 264 0303

1441 Broadway, New York, NY 10018
T: 212 354 0111
www.osenlaw.com

December 10, 2021

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Bartlett v. Société Générale de Banque au Liban S.A.L.*, **Case No. 19-cv-0007**

Dear Magistrate Judge Merkl:

  The parties write jointly in advance of Monday's scheduled telephonic status conference to briefly update the Court. The parties held their initial Rule 26(f) conference on November 5, 2021, and we have met and conferred on two subsequent occasions, including on December 8. The parties' respective scheduling proposals are set forth below.

  Defendants (except for JTB) have proposed the following schedule:

| | |
|---|---|
| Last day for Plaintiffs to issue subpoenas to Defendants' correspondent banks | January 10, 2022 |
| Parties serve initial RFPs | January 17, 2022 |
| Parties serve objections and responses to initial RFPs | March 18, 2022 |
| Parties complete meet and confer process over objections to initial RFPs | April 18, 2022 |
| Parties file motions to compel or for protective order as to unresolved objections to initial RFPs, including as to bank secrecy | May 2, 2022 |
| Oppositions to discovery motions on initial RFPs | June 2, 2022 |
| Replies on discovery motions on initial RFPs | June 23, 2022 |
| Defendants submit Letters Rogatory or Requests for Judicial Assistance as to initial RFPs, if necessary following rulings on discovery motions including foreign bank secrecy | 30 days after District Court ruling on objections raised by discovery motions including bank secrecy |

| Parties to report to Court concerning status of Letters Rogatory or Requests for Judicial Assistance | 90 days after issuance of Letters Rogatory or Requests for Judicial Assistance |

Plaintiffs have proposed the following schedule:

| | |
|---|---|
| Parties serve Initial RFPs | December 20, 2021 |
| Parties serve objections to Initial RFPs | February 23, 2022 |
| Parties file motions to compel or for protective orders as to unresolved objections to Initial RFPs, including as to bank secrecy | March 23, 2022 |
| Deadline to file opposition briefs to motions to compel | April 25, 2022 |
| Deadline to file reply briefs to motions to compel | May 16, 2022 |
| Deadline to submit Requests for Judicial Assistance if foreign bank secrecy objections are overruled and motion to compel is granted (in whole or in part). This is without waiver to Defendants' rights to seek additional time and Plaintiffs' rights to object to that request | 10 business days following Court determination on motion to compel |
| Deadline for Defendants to notify the Court as to whether they will produce records ordered by the Court (if any). This is without waiver to Defendants' rights to seek additional time from the Court if warranted by delays in response from Lebanese authorities and Plaintiffs' rights to object to that request | 90 days from the Issuance of any Letters Rogatory or other Requests for Judicial Assistance |

The parties will be prepared to present their views of the merits of their respective proposals during the status conference but given the number of data points – including alternative dates – involved, we thought the Court would benefit from having the proposed schedules in hand.

Respectfully submitted,

/s/ Gary M. Osen

cc: All counsel (via ECF)