# Exhibit C

In Chambers
U.S.D.J. Gers...
JUN 2 6 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COURTNEY LINDE, et al.
    Plaintiffs,

-against-

ARAB BANK, PLC,
    Defendant/Third-Party Plaintiff,

-against-

BANK HAPOALIM, et al.
    Third-Party Defendants.

: Case No. CV 04 2799(NG)(VVP)

---

PHILIP LITLE, et al.
    Plaintiffs,

-against-

ARAB BANK, PLC,
    Defendant/Third-Party Plaintiff,

-against-

BANK HAPOALIM, et al.
    Third-Party Defendants.

: Case No. CV 04 5449(NG)(VVP)

---

ORAN ALMOG, et al.
    Plaintiffs,

-against-

ARAB BANK, PLC,
    Defendant/Third-Party Plaintiff,

-against-

BANK HAPOALIM, et al.
    Third-Party Defendants.

: Case No. CV 04 5564(NG)(VVP)

| | |
|---|---|
| ROBERT L. COULTER, SR., FOR THE ESTATE OF JANIS RUTH COULTER, et al.<br>　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>ARAB BANK, PLC,<br>　　　　　　Defendant/Third-Party Plaintiff,<br><br>　　-against-<br><br>BANK HAPOALIM, et al.<br>　　　　　　Third-Party Defendants. | Case No. CV 04 5564(NG)(VVP) |
| GILA AFRIAT-KURTZER, et al.<br>　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>ARAB BANK, PLC,<br>　　　　　　Defendant/Third-Party Plaintiff,<br><br>　　-against-<br><br>BANK HAPOALIM, et al.<br>　　　　　　Third-Party Defendants. | Case No. CV 05 388(NG)(VVP) |
| MICHAEL BENNETT, et al.<br>　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>ARAB BANK, PLC,<br>　　　　　　Defendant/Third-Party Plaintiff,<br>　　-against-<br><br>BANK HAPOALIM, et al.<br>　　　　　　Third-Party Defendants. | Case No. CV 05 3183(NG)(VVP) |

2

| | |
|---|---|
| ARNOLD ROTH, et al.<br>                       Plaintiffs,<br>    -against-<br>ARAB BANK, PLC,<br>              Defendant/Third-Party Plaintiff,<br>    -against-<br>BANK HAPOALIM, et al.<br>              Third-Party Defendants. | Case No. CV 05 3738(NG)(VVP) |
| STEWART WEISS AND SUSAN WEISS, et al.<br>                       Plaintiffs,<br>    -against-<br>ARAB BANK, PLC,<br>              Defendant/Third-Party Plaintiff,<br>    -against-<br>BANK HAPOALIM, et al.<br>              Third-Party Defendants. | Case No. CV 06 1623(NG)(VVP) |
| JOSEPH JESNER, et al.<br>                       Plaintiffs,<br>    -against-<br>ARAB BANK, PLC,<br>              Defendant/Third-Party Plaintiff,<br>    -against-<br>BANK HAPOALIM, et al.<br>              Third-Party Defendants. | Case No. CV 06 3869(NG)(VVP) |

## DOCUMENT PRODUCTION ORDER

Upon review of the Plaintiffs' First Request for the Production of Documents at a conference on October 11, 2005 as well as the submissions of the parties after the conference, and the Court's Order of November 25, 2006, the defendant is hereby ordered to produce the following documents on or before August 31, 2007:

1. All documents concerning payments made through Arab Bank by or on behalf of the Saudi Committee for the Support of the Intifada Al Quds (the "Saudi Committee"), HAMAS, or Palestinian Islamic Jihad ("PIJ") including without limitation the following categories of documents:

    a. documents concerning the opening and maintenance of accounts for individuals or entities that received payments from the Saudi Committee, including, but not limited to, account applications, signature cards, account statements, customer files, correspondence, death certificates, photographic identification, certificates of martyrdom, incarceration data or medical records, and any other documents reflecting the identities of the individuals and entities who enjoyed control or beneficial ownership of those accounts; and

    b. documents reflecting the identities of employees of the defendant having knowledge of the transactions and other matters listed above.

2. As to each of the following individuals or entities attached as Appendix A, the following categories of documents from 1994 through 2004:

    a. account opening records, including account applications and signature cards;

    b. documents sufficient to disclose the account number;

    c. all documents reflecting the identity of those having authority over, or holding any beneficial interest in, the account; and

    d. all other records concerning the account.

3. As to each of the following individuals or entities attached as Appendix B, the following categories of documents from 1994 through 2004:

    a.    account opening records, including account applications and signature cards;

    b.    documents sufficient to disclose the account number;

    c.    all documents reflecting the identity of those having authority over, or holding any beneficial interest in, the account; and

    d.    all other records concerning the account.

4. All records, including wire transfers to or from the following Specially Designated Global Terrorists from 1994 through 2004:

    a.    The Association de Secours Palestinen (ASP);

    b.    Commité de Bienfaisance et de Secours aux Palestiniens (CBSP);

    c.    Palestinian Association in Austria;

    d.    Holy Land Foundation for Relief and Development;

    e.    Palestinians Relief and Development Fund (Interpal);

    f.    Al-Aqsa Charitable Foundation (Germany, Belgium, Denmark, and the Netherlands); and

    g.    Al-Ahsan Charitable Organization (a.k.a. al-ihsan charitable society; a.k.a. elehssan society; a.k.a. Ihsan charity).

5. All documents concerning the documents attached as exhibits D-W to the Declaration of Rachel Ehrenfeld PhD in support of the Order to Show Cause and Motion for Preliminary Injunction executed October 4, 2004 (annexed hereto).

6. In the event that defendant does not produce all of the responsive records to the plaintiffs pursuant to this order, the plaintiffs are instructed to file their motion for Fed. R. Civ. P. 37 sanctions no later than 20 business days after such failure.

s/VVP

HON. VIKTOR V. POHORELSKY,
UNITED STATES MAGISTRATE JUDGE

Dated: Brooklyn, New York

June 26, 2007

6

# Appendix A

(1)  Al-Ansar Society;

(2)  Al-Azariyah Zakat Committee a/k/a Lajnat Zakat we Sadaqat Al-Azarariyah a/k/a Bethany Zakat Committee;

(3)  Al Islah Charitable Society a/k/a Al Islah Society a/k/a Al Asian Charitable Committee a/k/a Islah (Reform) Society a/k/a Jamaiat Al Islah Al Islamia a/k/a Jamaiat Al-Islah Al-Khayriah;

(4)  Al-Salah Association;

(5)  Bet Fajar Zakat Committee a/k/a Beit Fajar Zakat Committee a/k/a Beit Fajar Charitable Committee;

(6)  Children's Mercy and Charitable Society - Gaza Strip a/k/a Society of Charity and Grace for Children a/k/a Jamiat Mubarat Al-Rahme Lil Atfal;

(7)  Dar El Salam Hospital a/k/a Dar Al-Salam Hospital;

(8)  El Wafa Charitable Society a/k/a Social Center, Rehabilitation Committee a/k/a Al-Wafaa' Building Charitable Society a/k/a Jamaiat al-Wafa' al-Khayriah;

(9)  Gaza Zakat Committee a/k/a Lajnat Zakat Gaza;

(10)  Halhoul Zakat Committee a/k/a Lajnat Zakat Halhoul;

(11)  Hebron Young Muslims' Society;

(12)  House of the Qur'an and Sunnah Society a/k/a Jamaiat Dar Al- Quran wa Al-Sunnah;

(13)  Human Appeal Palestine;

(14)  Human Appeal International;

(15)  Human Relief International;

1

(16) Human Relief Committee;

(17) Islamic Association (Gaza) a/k/a Al Jamiyah Al-Islamiya a/k/a Al Gamiyah Al Islamiya;

(18) Islamic Center Association a/k/a Islamic Center Society, Gaza Strip (Mujama) a/k/a Al Mujama Al-Islami;

(19) Islamic Charitable Society Al Bireh a/k/a Al Jamiyah Al-Khairia Al-Islamiya Al Bireh a/k/a Islamic Charity Society of Al Bireh;

(20) Islamic Charitable Society of Hebron a/k/a Al Jamiyah Al-Khiriah Al-Islamiya a/k/a/ Islamic Charity Society of Hebron a/k/a Islamic Charity Association;

(21) Islamic Science and Cultural Society a/k/a Islamic Sciences and Culture Committee;

(22) Islamic Society a/k/a Islamic Charity Society a/k/a Islamic Charitable Society a/k/a Al-Jamaia Al-Islamia Al-Khiria;

(23) Islamic University Gaza a/k/a Al-Jamiyah Al-Islamiya Gaza;

(24) Jamaiat Al-Salah Al-Islamiya, Gaza a/k/a Islamic Virtue Society -Gaza;

(25) Jenin Charitable Committee a/k/a Jenin Zakat Committee a/k/a Lajnat Amwal Al-Zakkah Jenin;

(26) Nablus Al-Tadamun Charitable Society a/k/a Solidarity for Islamic Charity Association a/k/a Al Tadamun Charitable Society a/k/a Gamaiyah Altadaman Al-Khiriya Al Aslamiya Nablus;

(27) Nablus Charitable Committee a/k/a Nablus Zakat Committee a/k/a Lajnat Zakat Nablus;

(28) Noon Institute for Quran Research;

2

(29)  Nur Al-Ma'rifah Society a/k/a Nour Al-Marifa Al-Islami a/k/a Nur Al Marifa Al Islamiya;

(30)  Nusseirat Islamic Society a/k/a Al-Jamaiah Al-Islamiah, Al-Nusseirat;

(31)  Orphan Care Society Bethlehem a/k/a Bethlehem Society for Orphans a/k/a Jami'yya Ri'aya al-Yatim Fi Bayt-Lehem;

(32)  Qalqilya Charitable Society a/k/a Qalqilyah Zakat Committee a/k/a Lajnat Zakkah Qalqilya;

(33)  Qalqilya Society for Rehabilitation;

(34)  Ramallah and Al-Bireh Charitable Committee a/k/a Ramallah Zakat Committee a/k/a Charity Committee in Ramallah and Al Bireh a/k/a Lajnat Zakat Ramallah we Al Birch a/k/a Al Birch Zakat Committee;

(35)  Tulkarem Zakat Committee a/k/a Toklarem a/k/a Tulkarm Zakat Committee a/k/a Tulkarem Charitable Committee a/k/a/ Tolkarem Charitable Society a/k/a Lajnat Zakat Tul-Karem; and

(36)  Welfare Society a/k/a Muassassat Al-Taawun

# Appendix B

## ENTITIES

| | |
|---|---|
| 1) | Palestinian Islamic Jihad a/k/a Harakat al-Jihad Al-Islami fi Filistin |
| 2) | HAMAS a/k/a Islamic Resistance Movement a/k/a Harakat al-Muqawama al-Islamiyya |
| 3) | Popular Front for the Liberation of Palestine |
| 4) | Al Aqsa Martyrs Brigade |
| 5) | Fatah/Tanzim |
| 6) | Force 17 |
| 7) | Popular Resistance Committees |
| 8) | Union of Good a/k/a Al-Tadhamum or I'tilaf al-Khayr, including but not limited to Arab Bank account #002850/811/9 at the Beirut, Lebanon branch |

## ALLEGED AGENTS OF ENTITIES

| | Name - Arabic | Name – English |
|---|---|---|
| | | |
| | **HAMAS** | |
| 1) | | Musa Muhammad Muhammad Abu Marzuq ABU MARZOOK, Mousa Mohammed (a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id: a.k.a. ABU-'UMAR; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu |
| 2) | | Sheikh/sheik Ahmad Isma'il Yasin, Sheikh Ahmed Ismail Hassan Yassin (a.k.a. Ahmad Hasan Yasin) |
| 3) | | Dr. Abd el-Aziz Ali Abd el-Hafiz el-Rantisi, Dr. Abdul-Aziz Rantisi (a.k.a Dr Abd Al-Aziz al-Rantisi, Abdel-Aziz Ali Abdel-Hafiz al-Rantisi, Abelazez Rantese, Abudul Aziz Rantesi |
| 4) | | Isma'il Abd el-Salam Ahmad Haniya/Hanniyeh/Haniyeh, HANIYA, Ismail (a.k.a. HANIYA, Ismail Abdul Salah; a.k.a. HANIYYA, Ismaeel) a.k.a. HANIYA, Ismail Abdul Salah (a.k.a. HANIYA, Ismail; a.k.a. HANIYYA, Ismaeel) a.k.a HANIYYA, Ismaeel (a.k.a. HANIYA, Ismail; a.k.a. HANIYA, Ismail Abdul Salah) |
| 5) | | Abd el-/Abd al-/Abdel/Abdul/Abd as- Salam Isma'il/Ismail/Ismaeel Haniya/Haniyya/Hania |

1

| | | |
|---|---|---|
| 6) | | Isma'il Hasan Abu Shanab, Isma'il Hasan Abu Shanab (a.k.a Ismail/Ismael Hasan/Hassan abu/abo/abou Shanab/Shenab/Shinab |
| 7) | | Yihya/Yehya/Yeha/Yahia/Yahya/Yehia Abd el-Latif/Abdallatif/Abdul Latif/Abdel Latif Sati/Saty Ayash/Ayyash/Aiyash/ |
| 8) | | Hiyam/Hayam/Heyam/Haiam/Hayyam Isma'il/Ismael/Ismail Muhammad/Mohammed/Muhamad/Mohammad/ Mohamad/Muhammed Ayash/Ayyash/Aiyash/ |
| 9) | | Yusuf el-Hayek, a.k.a Yosof/Yousuf/Yosuf/Yusuf/Yusef/Yosouf Hayek/Hahak/Haik/Heik/Heyek/Heyak |
| 10) | | Hasan Abdalla, a.k.a. Hassan Abdala/Abdula/Abdulla/Abdallah/Abdullah |
| 11) | | Muhammad Ali, a.k.a. Mohammad/ Muhamad/ Mohamad/ Muhamed/ Mohamed/ Mohammed |
| 12) | | Salah Mustafa Muhammad Shehada, a.k.a. Sala/Saleh Mostafa/Moustafa Shahad/Shuhada/Shehuda/Shhada/Shehadeh |
| 13) | | Isma'il Abd el-Latif Muhammad el-Ashqar, AL-ALASHQAR, Ismail Abdallatif (a.k.a. AL-ASHQAR, Ismail) Abdallatif/Abdul Latif/Abdel Latif) |
| 14) | | Mahdi/Mehdi Chaker/Shaker el-/al-Hanbali |
| 15) | | Ghazi/Gazi/Razi Ahmad/Ahmed Muhammad/Mohammed/Muhamad/Mohammad/ Mohamad/Muhammed Hamad/Hamed/Hammad |
| 16) | | Khaled/Chaled Muhammad /Mohammed/Muhamad/Mohammad/Mohamad/ Muhammed Amin/Ameen el-/al Haj/Hajj |
| 17) | | Abd el-/Abdel/Abdul/Khaleq/Chaleq/Khalek/Chalek Hasan/Hassan Shadeli/Shadhili el-Natsha/Natshe/Natsheh/Natcheh/Natcha/Natchah |
| 18) | | Muhammad/Mohammed/Muhamad/Mohammad/ Mohamad/Muhammed Hasan/Hassan Sham'a/Shamaa/Sham'ah/Shaman/Shum'a/ Shuma |
| 19) | | Mahmud/Mahmoud Khaled/Chaled el-/al-/az-/a-Zahar/Zahhar el-Zahar / el-Za'but/ Zaabut/ Za'abut/Zabut (Abu/Abou Khaled/Chaled) |

2

| | | |
|---|---|---|
| 20) | | Muhammad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Chalil/Khalil `Abd Al-/Abd el-/Abdul/Abdel Latif/Lateef Al-/El-Shech/Sheikh/Seich/Shekh/Shaykh/Sheik Chalil/Khalil |
| 21) | | Jamal/Jammal/Gamal/Gammal Abd el-/Abd al-/Abdul/Abdel/Abd ar- /Abd er- /Rahman Muhammad Mansur/Mansour |
| 22) | | Muhammad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Abd el-/Abd al-/Abdel/Abdul Karim/Kareem Khalil/Chalil Bishawi/Beishawi |
| 23) | | Mahmud/ Mahmoud/ Mahmood Muhammad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Ahmad/Ahmed Abu/Abou Hunud/Hanud/Honood/Hanood/Hanoud |
| 24) | | Abd el-/Abd al-/Abdel/Abdul Rahman Naser/Nasser Ghazal/Gazal/Ghazzal/Gazzal/Razal |
| 25) | | Abas/Abbas Muhammad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Mostafa/Moustafa/Mustafa Al/El-Said/Seid/Sayed/Seyyid/Sayyid |
| | **PIJ** | |
| 26) | | Abdalla/Abdullah/Abdallah/Abdulla Ramadan/Ramazan Shalah/Shallah Ramadan Abdalla Muhammad Shalah ABDALLAH, Ramadan (a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah; a.k.a. SHALLAH, Ramadan Abdalla Mohamed |
| 27) | | Mahmud Ahmad/Ahmed Mahmud/MahmoudTawaliba/Tawalbe/Tawalbeh/Tawalibah/Tawalba/Tawalbah (el-/al-Nurasi/Nursi) |
| 28) | | Iyad/Iyyad Muhammad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Nayef Hardan/ |
| 29) | | Maher Subhi/Soubhi Abd el-/Abd al-/Abdel/Abdul Karim/Kareem Bilbisi/ |
| 30) | | Fathi Abd el-/Abd al-/Abdul/Abdel Aziz/Azeez Shaqaqi/Shqaqi/Sheqaqi |
| 31) | | Thabet/Tabet Azmi Mardawi |

3

| | | |
|---|---|---|
| 32) | | Iyad/Iyyad/Ayyad Ahmad/Ahmed Sawaliha/Sawalha/Sawalihah/sawalhah/Sawalhe/Sawalheh |
| 33) | | Ali Suliman/Sulayman/Suleiman/Sulaiman Safuri/Sufuri/Safouri |
| 34) | | Husam/Hussam Lutfi Abdalla/Abdullah/Abdallah/Abdulla Jaradat/Jarradat (Abu/Abou Islam) |
| 35) | | Muhamad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Najeh/Najah/Naje' Muhammad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Jarar/Jarrar |
| 36) | | Muhammad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Ayub/Ayyub Muhammad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Sader/Sider/Sadr/Sidr/Sadar/Sidar |
| 37) | | Diyab/Dhiyab/Diab/Dhiab Abd al-/Abd el-/Abdul/Abdel Rahim/Raheem Abd al- Abd el-/Abdul/Abdel Rahman el-Shawiki/Shuwciki/Shweiki/Shwiki/Shweikeh |
| 38) | | Muhammad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Abd el-/Abd Al-/Abdul/Abdel Latif/Lateef Abu/Abou Khazna/Khizna/Khazne/Khizne//Khazaneh/Khazina/Khazinah |
| | **Fatah/Al Aqsa Martyrs Brigade** | |
| 39) | | Nasser Mahmud Ahmad Oweis or Aweis a.k.a. Naser/Nasr Mahmud/Mahmod Ahmed/Ahmad Aweis/Awes |
| 40) | | Imad Suliman/Sulayman/Suleiman/Sulaiman Mahmud el-/Al-/Ad-Dik/Dayk/Deyk (Abu/Abou Sanina/Sneineh/Sanineh/Sneneh) |
| 41) | | Amin/Ameen Muhammad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Hafez/Hafiz Qasem/Qassem/Kasem/Kassem Sawafita/Sawafta/Sawafitah/Sawaftah/Sawafte/Sawafteh |
| 42) | | Marwan Barghuthi (abu Qassam) a.k.a. Marawan Barguti/Bargutti/Barghithi/Barghouti/Barghouthi/Bargouthi/Bargouti |
| 43) | | Hussein al-Sheikh a.k.a. Husein Sheik/Shaykh/Shaikh |

4

| | | |
|---|---|---|
| 44) | | Ahmad Taleb Mustafa al-Barghithi (al-Faransi) a.k.a. Ahmed Talab/Talib Barguti/Bargutti/Barghouti/Baraguti/Baraghuti/Barghouthi/Bargouti |
| 45) | | Tawfiq Muhammad Hussein al-Tirawi a.k.a. Tafek/Tawfek Muhamad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Husein |
| 46) | | Raed Muhammad Sa'id al-Karmi a.k.a. Raad/Rayed Muhamad/Mohammed/Muhamad/Mohammad/Mohamad/Muhammed Said/Saed/Saeed Qarmi/Kermi/Qermi/Karmi |
| 47) | | Rashid abu Shabak (abu Hatem) a.k.a. Rasheed/Rashed abu/abo/abou Shubak (Hatam) |
| 48) | | Husam Khadar a.k.a. Hussam Khader/Khudar/Chader |
| 49) | | Baker Khalil Shahade al-Najar a.k.a. Bakr Chalil Shahad/Shuhada/Shehuda/Shehada el-Najjar |
| 50) | | Hussein Muhammad/Mohammed Salem Abayat a.k.a. Husein Obayat |
| 51) | | Atef Ahmad/Ahmed Salem Abayat (abu Hussein) a.k.a. Ataf/Attef Obayat (abu/abo/abou Husen/Husein) |
| 52) | | Marwan Kayd Mutlaq Zalum (Abu Shaja) a.k.a. Marawan Kaid/Kayed Matlaq Zalom/Zaloum (abu/abo/abou Sadja) |
| 53) | | Yaser/Yasser/Yassir Badawi |
| | **PFLP** | |
| 54) | | Abu Ali Mustafa (Mustafa Ali al-Ali al-Zabri) a.k.a. abu/abo/abou Mostafa/Moustafa Zibri |
| 55) | | Kamil/Kamel Sa'id/Said/Saeed/Said Hasan/Hassan Abu/Abou Hanish/Hannish/Hneish |
| 56) | | Ahmed Sa'adat (abu Ghasan) a.k.a. Ahmed Sadat/Saadat abu/abo/abou Gasan/Ghassan/Gaasan/Rasan/Rassan |

5