# Exhibit F



# Bassil: Everyone in Lebanon is Hizbullah Partner

by Naharnet Newsdesk 05 August 2019, 19:01

Free Patriotic Movement chief and Foreign Minister Jebran Bassil has noted that "everyone in Lebanon is a partner of Hizbullah," not only the FPM.

Admitting that his movement's alliance with the Iran-backed party has been "costly," Bassil told Euronews: "Our partnership with Hizbullah has been costly at the popular and diplomatic levels, but we have gained Lebanon's stability and unity, because Hizbullah is a part of a people and not an armed group."

"This partnership is not limited to the FPM, seeing as everyone in Lebanon is a partner of Hizbullah, as proved by the presence of a national unity government," Bassil added, pointing out that "we have no other choice but civil war."

"We can't accept the classification of Hizbullah as a terrorist organization, as designated by Washington and one can't compare between Hizbullah and the other groups that entered into the conflict arena in Syria," the FPM chief went on to say.

Bassil also said that the U.S. sanctions on Hizbullah are harmful to Lebanon and that the Lebanese government is exerting efforts to have them lifted.

Separately, Bassil acknowledged that Lebanon is reeling from a "severe" economic crisis but reassured that "the country is not on the brink of bankruptcy and collapse thanks to an adopted economic plan that has started to yield results through the decrease in the treasury's deficit."

**Source: Naharnet**

---

Copyright © 2012 Naharnet.com. All Rights Reserved.     https://www.naharnet.com/stories/en/263456