# Exhibit G



There is nothing that keeps all Lebanese parties from dealing with Hezbollah since it is a Lebanese faction, and America's laws designated it.



There is disagreement between us and Washington over Hezbollah because they consider it as terrorist, but we do not.



We affirmed that Hezbollah is a non-terrorist Lebanese party that enjoy great popular support and has elected representatives. We don't want our ties with America to be affected and we want to work together to solve problems. Lebanon's stability and its national unity is a Lebanese and American interest for the survival of Lebanon as an example.



Lebanese FM Gebran Bassil receives a rocket given to him by Hezbollah. The rocket caries the inscription: "Greetings of appreciation and love to His Excellency the Resistant Minister Gebran Bassil.

Caption reads: Hezbollah's gift – fifth region - It was used in the battle of Aarsal 2017"