# Exhibit J

# SPECIAL APPENDIX

## Table of Contents

**Page**

Statement from the Judges Club of Lebanon Published on January 7, 2022 .......... SPA-1

Memorandum Opinion and Order of Honorable Alison J. Nathan, Dated September 29, 2021 .......... SPA-5

Judgment of the United States District Court Southern District of New York, Dated September 30, 2021 .......... SPA-12

Case 21-2641, Document 29, 01/27/2022, 3251052, Page51 of 62

SPA-1

Translation from Arabic, from the page of the Lebanese Judges Club https://business.facebook.com/152231329048895/photos/a.227169994888361/965744127697607/?type=3&theater (last visited January 27, 2022)

**When the Judiciary collapses, the Nation's entity[1] ceases to exist.**

The reality of the judicial work has been blundering for some time, and we ask the question every time without receiving any answer, and we submit a request to no avail!

We shout it out to anyone who hears: The situation is no longer acceptable, and it has become impossible for judges to perform their work;

▪ Morally, most of the judges suffer to the bone[2] and no longer have the ability to sustain, and their only request that cannot be compromised is the adoption of an actual law that guarantees the independence of the judicial authority and takes into account the principle of separation of authorities; however, this is met with indifference and what is even worse, are the attempts to pass an empty law in this regard to continue political interference in the judiciary.

▪ Logistically speaking, the courts and their registries do not have the minimum requirements to operate, as there is no electricity, heating, or stationery... and here we ask: Is this an intentional matter or a negligence equivalent to the intent?

In view of the foregoing, the Judges Club of Lebanon:

First: requests that serious and effective steps be taken by the competent authorities to redress the situation and take corrective action within a period of two weeks, or else, subsequent decisions will be taken that we do not wish, but which can no longer be avoided, and these will be announced in due course if the situation continues.

Second: calls The Supreme Judicial Council to convene a general assembly of judges immediately and without delay in order to take a unified position with practical steps, because silence is no longer permissible.

Third: considers this statement to be a call/appeal that must be heard, because the alarm rang and has struck dignity at the core!

Finally, the national responsibility in any country entails preserving the judiciary and sparing it from begging requests of any kind, because when the judiciary collapses, the nation's entity ceases to exist.

---

[1] The word used in Arabic "Entity" is used in the sense of The Nation's Entity

[2] The expression "suffer to the bone" is the equivalent of "injured to the vein" which is used in Arabic