# Exhibit K

**95 INDIVIDUALS AND ENTITIES LISTED IN PLAINTIFFS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS WHOSE NAMES DO NOT APPEAR IN THE SECOND AMENDED COMPLAINT**

1) Ezzat Youssef Akar a/k/a Izzat Akar a/k/a Izzat Youssef Akar a/k/a Izzat Yusif Akkar

   **He was designated as an SDGT in 2021 for his role in conducting transactions through "shadow accounts" on behalf of Hezbollah (https://home.treasury.gov/news/press-releases/jy0170).**

2) Yahya Muhammad al-Abd-al-Muhsin a/k/a Abd-al-Muhsin a/k/a Yahya Muhammad Alabdulmohsen a/k/a Yahya Muhammad Al-Abd-Al-Mushin a/k/a Yahya Muhammad Al-Abu Haydar a/k/a Yahya Sayyid (يحيى محمد العبد المحسن)

   **He was designated as an SDGT in 2021 for providing financial and material support to Hezbollah through Ali Reda Hassan al-Banai (https://home.treasury.gov/news/press-releases/jy0381).**

3) Ali Reda Hassan Al-Banai a/k/a Ali Reda Hassan Albanai a/k/a Ali Ridha Hasan Albanai a/k/a Ali Ridha Hasan Al-Banai a/k/a Ali Reda Hassan Al-Banay a/k/a Ali Ridha Hassan Al-Banay a/k/a Ali Reda Hassan Al-Bani a/k/a Ali Ridha Hassan Al-Bani a/k/a Ali Reda Hassan Al-Bannay a/k/a Ali Ridha Hassan (علي رضا حسن البناى)

   **He was designated as an SDGT in 2021 for providing financial support to Hezbollah (https://home.treasury.gov/news/press-releases/jy0381).**

4) Sulaiman Al-Banai a/k/a Sulaiman Abdulkaliq Al-Banai a/k/a Sulayman Abd-al-Khaliq Al-Banai a/k/a Sulaiman Albanai a/k/a Sulaiman Abdulkaliq Albanai a/k/a Sulayman Abd-al-Khaliq Al-Albanai (سليمان البناي)

   **He was designated as an SDGT in 2021 for managing the business and financial activity of his relative Ali Reda Hassan Al-Banai (https://home.treasury.gov/news/press-releases/jy0381).**

5) Hasan Jamal al-Din a/k/a Hassan Jamaleddine

   **He was designated an SDGT in 2016 "for providing financial services to or in support of [Adham] Tabaja through his work for Al-Inmaa Engineering and Contracting LLC." Jamal-al-Din is also an accountant for Al-Inmaa Engineering and Contracting LLC (SDGT) (SAC ¶¶ 640-41, 663), and worked with other Hezbollah members to move money between Lebanon and Iraq (https://www.treasury.gov/press-center/press-releases/Pages/jl0587.aspx).**

1

6)   Meghdad Amini (مقداد امینی)

**He was designated as an SDGT in 2018 for being a financial facilitator of the Islamic Revolutionary Guard Corps – Quds Force ("IRGC-QF") and Hezbollah ([https://home.treasury.gov/news/press-releases/sm0383](https://home.treasury.gov/news/press-releases/sm0383)). He was also an official at the IRGC-QF front company Jahan Aras Kish, which Treasury designated as an SDGT in 2018 ([https://home.treasury.gov/news/press-releases/sm0383](https://home.treasury.gov/news/press-releases/sm0383)).**

7)   Ibrahim 'Aqil a/k/a Ibrahim Mohamed Aqil a/k/a Ibrahim Mohammed Akeil a/k/a Ibrahim 'Akil a/k/a Ibrahim 'Aqil (ابراهيم محمد عقيل)

**He was designated an SDGT in 2019 for being a senior member of Hezbollah's Jihad Council ([https://2017-2021.state.gov/terrorist-designations-under-amended-executive-order-to-modernize-sanctions-to-combat-terrorism/index.html](https://2017-2021.state.gov/terrorist-designations-under-amended-executive-order-to-modernize-sanctions-to-combat-terrorism/index.html)).**

8)   Clara Saleh Assi a/k/a Clara Saleh Asi a/k/a Clara Salih Assi a/k/a Clara Salah Assi a/k/a Clara Salih Asi a/k/a Clara Salah Asi (كلارا صالح عاصي)

**She was a shareholder of four SDGT companies (Yumun Real Estate Company SAL, Minocongo (SAC ¶ 785), Pain Victoire (SAC ¶ 785) and Trans Gazelle) and is the daughter of Hezbollah financier Saleh Ali Assi (SAC ¶¶ 779-98) who was designated an SDGT in 2019 ([https://home.treasury.gov/news/press-releases/sm856](https://home.treasury.gov/news/press-releases/sm856)).**

9)   Najat Bou Joumaa Assi a/k/a Najat Bu Jumaa Khalid a/k/a Najat Bou Joumaa Asi a/k/a Najat Bu Jumaa Asi (نجات بو جمعه خليد) and (نجات بو جمعه عاصي)

**She was a shareholder and board member of Al Yumun Real Estate Company SAL, designated an SDGT in 2019 ([https://home.treasury.gov/news/press-releases/sm856](https://home.treasury.gov/news/press-releases/sm856)) and wife of Hezbollah financier Saleh Ali Assi (SAC ¶¶ 779-98), designated as an SDGT in 2019 ([https://home.treasury.gov/news/press-releases/sm856](https://home.treasury.gov/news/press-releases/sm856)).**

10)  Ali Muhammad Hasan Ayash a/k/a Ali Muhammad Hassan Ayyash (علي محمد حسن عياش)

**He was the brother and business partner of Hassan Muhammad Hasan Ayash (SAC ¶ 1150) SDNTK 2011 ([https://www.treasury.gov/press-center/press-releases/Pages/tg1035.aspx](https://www.treasury.gov/press-center/press-releases/Pages/tg1035.aspx)) in two companies: L'ambiance de Rêve SARL (SAC ¶ 1159) and Hassan Ayash & Co. Exchange Company (SDNTK 2011) (SAC ¶¶ 1149-56, 1246, 1360).**

11)  Salim Jamil Ayyash a/k/a Salim Ayyash a/k/a Salim Jalil Ayyash

**He is a senior operative in Hezbollah's Unit 121, the group's assassination squad, which receives its orders directly from Hezbollah leader Hassan Nasrallah. On**

2

December 11, 2020, an international tribunal sentenced Ayyash in absentia to five concurrent life sentences on terrorism-related charges pertaining to the February 2005 suicide truck bombing in Beirut that killed Lebanon's former Prime Minister Rafik Hariri. The attack also killed 21 others and wounded 226 persons. The tribunal found that Ayyash led the assassination team that carried out the attack on Hariri and was actively involved in the assassination on the day of the attack (https://rewardsforjustice.net/rewards/salim-jamil-ayyash/).

12) Muhammad Ahmad Berjawi (محمد برجاوي)

He was the Director General of the Imam Khomeini Relief Committee (SAC ¶¶ 591-600), which was designated as an SDGT in 2010 (https://www.treasury.gov /press-center/press-releases/Pages/tg810.aspx), and was formerly a Hezbollah member of parliament.

13) Rami Ibrahim Charara a/k/a Rami Ibrahim Sharara (رامي ابراهيم شراره)

He is the brother and business partner of Ali Ibrahim Sharara, who was the founder of Spectrum Investment Group Holding SAL, which was designated an SDGT in 2016 (https://www.treasury.gov/press-center/press-releases/Pages /jl0317.aspx). He was also a partner in Cedar Gems SARL—the bank account of which was identified among the "accounts that appeared to add up to a giant money-laundering operation with Hezbollah smack in the middle" that migrated to other banks after LCB's Patriot Act designation, SAC ¶ 102 (discussing migration of accounts). SAC ¶¶ 682, 685-86, 1680, 1821-22.

14) Adel Muhammad Cherri a/k/a Adel Mohamad Cherri a/k/a Adel Muhammad Sherri a/k/a Adel Muhammad Shary (عادل محمد شري)

He was designated as an SDGT in 2015 for procuring electronic technologies for Hezbollah (https://www.treasury.gov/press-center/press-releases/Pages/jl0255.as px).

15) Ibrahim Ali Daher a/k/a Ibrahim Ali Dahir (إبراهيم علي ضاهر)

He led Hezbollah's Central Finance Unit and has been a key figure in Hezbollah's financial infrastructure. He was designated an SDGT in 2021 (https://home. treasury.gov/news/press-releases/jy0170).

16) Zuheir Ali Dia a/k/a Zuhayr Ali Diya a/k/a Zuheir Ali Diyya a/k/a Zuheir Dia a/k/a Zuhair Diya (زهير علي ضيا)

He dealt with trade in textiles, electronics, money transfers and telecommunication. His bank account was identified among the "accounts that appeared to add up to a giant money-laundering operation with Hezbollah smack

in the middle" that migrated to other banks after LCB's Patriot Act designation, SAC ¶ 102 (discussing migration of accounts).

17)    Hasan Dehghan Ebrahimi a/k/a Hasan Dahqan Ibrahimi a/k/a Hassan Dehghan Ebrahimi a/k/a Hassan Dahqan Ibrahimi (حسن دهقان إبراهيمي) and (حسن دغهان الابرهيمي)

**He was designated as an SDGT in 2017 ([https://www.treasury.gov/press-center /press-releases/Pages/as0004.aspx](https://www.treasury.gov/press-center/press-releases/Pages/as0004.aspx)) because he was an IRGC-QF official in Beirut and manager of Maher Trading and Construction Company.**

18)    Fadi Ali Faran a/k/a Fada Ali Farran a/k/a Faddi 'Ali Faran (فادي علي فران)

**He worked with the Ahmad clan (SAC ¶¶ 876-965) (described in *Kaplan v. Lebanese Canadian Bank, SAL* in a 2002 United Nations report as "a Hizbollah-linked money laundering gang." 999 F.3d at 849) through Rilton Traders. See also the 2019 SDGT designation of Nazim Ahmad (SAC ¶¶ 896-918) ([https://home. treasury.gov/news/press-releases/sm856](https://home.treasury.gov/news/press-releases/sm856)). Faran's bank account was identified among the "accounts that appeared to add up to a giant money-laundering operation with Hezbollah smack in the middle" that migrated to other banks after LCB's Patriot Act designation, SAC ¶ 102 (discussing migration of accounts).**

19)    Mahmud Fayed a/k/a Mahmoud Fayed a/k/a Mahmud Abd al-Rahman Fayed (محمود عبد الرحمن فايد)

**He was a founder and partner of Fayad Exchange Co. The company's bank account was identified among the "accounts that appeared to add up to a giant money-laundering operation with Hezbollah smack in the middle" that migrated to other banks after LCB's Patriot Act designation, SAC ¶¶ 102 (discussing migration of accounts), 1181-86.**

20)    Muhammad Abd al-Rahman Fayed a/k/a Mohamed Abdul Rahman Fayyed (محمد عبد الرحمن فايد)

**He was a founder and partner of Fayad Exchange Co. The company's bank account was identified among the "accounts that appeared to add up to a giant money-laundering operation with Hezbollah smack in the middle" that migrated to other banks after LCB's Patriot Act designation, SAC ¶¶ 102 (discussing migration of accounts), 1181-86.**

21)    Abbas Hassan Gharib (عباس حسن غريب)

**He was a manager of Al-Qard al-Hassan (SAC ¶¶ 416, 1826, 1864), designated an SDGT in 2007 ([https://www.treasury.gov/press-center/press-releases/pages /hp503.aspx](https://www.treasury.gov/press-center/press-releases/pages/hp503.aspx)). He held accounts through which transactions were conducted on Hezbollah's behalf. He was designated an SDGT in 2021 ([https://home. treasury. gov/news/press-releases/jy0170](https://home.treasury.gov/news/press-releases/jy0170)).**

4

22) Hasib Muhammad Hadwan a/k/a Hasib Hadwan a/k/a Hajj Zein a/k/a Hajj Mustafa Zayn (حسيب محمد حدوان) and (الحاج زين)

**He was a senior official in Hezbollah's General Secretariat. He was designated an SDGT in 2021 (https://home.treasury.gov/news/press-releases/jy0362).**

23) Ali Hussein Harb a/k/a Ali Houssein Harb a/k/a Ali Husayn Harb

**He was designated as an SDNTK in 2012 (https://www.treasury.gov/press-center /press-releases/Pages/tg1624.aspx) for his links to the Joumaa network (SAC ¶¶ 1090-1103).**

24) Khalil Yusif Harb a/k/a Hajj Ya'taqad Khalil Harb a/k/a Mustafa Khalil Harb a/k/a Sayyid Ahmad a/k/a Abu Mustafa (خليل يوسف حرب)

**He is a senior IJO commander and former chief of Hezbollah's military special operations (i.e., planning terrorist attacks). For his role in Hezbollah's terror operations against Israel, Turkey, Jordan, and Turkey, among others, he was designated an SDGT in 2013 (https://www.treasury.gov/press-center/press-releases/Pages/jl2147.aspx).**

25) Mostafa Habib Harb a/k/a Mustafa Habib Harb (مصطفى حبيب حرب)

**He was designated as an SDGT in 2021 (https://home.treasury.gov/news/press-releases/jy0170). Harb held accounts through which transactions were conducted on Hezbollah's behalf.**

26) Muhammad Haydar a/k/a Muhammad Ali Haydar a/k/a Mohamad Ali Haidar a/k/a Abu Ali Haydar

**He was designated an SDGT in 2019 for being a senior member of Hezbollah's Jihad Council. (https://2017-2021.state.gov/terrorist-designations-under-amended-executive-order-to-modernize-sanctions-to-combat-terrorism/index.html)**

27) Ali Kassem Hejeij a/k/a Ali Kassem Hajij a/k/a Ali Kassem Hujayj a/k/a Ali Qassem Hejeij a/k/a Ali Qasem Hejeij a/k/a Ali Qasim Hejeij a/k/a Ali Qassim Hejeij a/k/a Ali Qassem Hajij a/k/a Ali Qasem Hajij a/k/a Ali Qasim Hajij a/k/a Ali Qassim Hajij a/k/a Ali Qassem Hujayj a/k/a Ali Qasem Hujayj a/k/a Ali Qasim Hujayj a/k/a Ali Qassim Hujayj (علي قاسم حجيج)

**He is the son and business partner of SDGT Kassem Hejeij (SAC ¶¶ 167, 1584-88) in five companies (https://www.treasury.gov/press-center/press-releases/Pages /jl0069.aspx).**

28) Fatima Kassem Hejeij a/k/a Fatima Qasem Hjeij a/k/a Fatima Qassem Muhammad Hjeij a/k/a Fatima Qasim Hejeij (فاطمة قاسم حجيج) and (فاطمه قاسم حجيج)

**She is the daughter and business partner of SDGT Kassem Hejeij (SAC ¶¶ 167, 1584-88) in six companies (https://www.treasury.gov/press-center/press-releases/Pages/jl0069.aspx).**

29) Hassan Hejeij a/k/a Hassan Muhammad Hejeij a/k/a Hassan Hajij a/k/a Hassan Hujayj a/k/a Hasan Hejeij a/k/a Hasan Muhammad Hejeij a/k/a Hasan Hajij a/k/a Hassan Hujayj a/k/a Hasan Hujayj (حسن محمد حجيج)

**He is the brother and business partner of SDGT Kassem Hejeij (SAC ¶¶ 167, 1584-88)   (https://www.treasury.gov/press-center/press-releases/Pages/jl0069.aspx) in seven companies and co-founder of Defendant MEAB Bank.**

30) Nasamah Ahmad Hejeij a/k/a Nasamah Ahmad Hajij a/k/a Nasama Ahmad Hejeij a/k/a Nasama Ahmad Hajij a/k/a Nessma Ahmad Hejeij (نسمه احمد حجيج) and (نسمة احمد حجيج)

**She is the wife and business partner of SDGT Kassem Hejeij (SAC ¶¶ 167, 1584-88) (https://www. treasury.gov/press-center/press-releases/Pages/jl0069.aspx).**

31) Talib Husayn Ali Jarak Ismail a/k/a Talib Hussein Ali Jarak Ismail a/k/a Talib Husayn 'Ali Jarak Ismai'l (طالب حسين علي جارك إسماعيل)

**He coordinated the transfer of millions of dollars to Hezbollah from Kuwait and was designated an SDGT in 2021 (https://home.treasury.gov/news/press-releases/jy0362).**

32) Ali Karaki (علي كركي)

**He was designated an SDGT in 2019 for being a senior member of Hezbollah's Jihad Council. (https://2017-2021.state.gov/terrorist-designations-under-amended-executive-order-to-modernize-sanctions-to-combat-terrorism/index.html)**

33) Iman Kobeissi a/k/a Iman Kobeissu, a/k/a Iman Kobreissi-Ghadry a/k/a Iman Qubaysi (إيمان كوبيسي)

**She was arrested and charged for her involvement in a Hezbollah narcotics and weapons trafficking scheme in 2015 (https://www.dea.gov/press-releases/2015/10/09/two-hezbollah-associates-arrested-charges-conspiring-launder-narcotics).**

34) Adel Mansour a/k/a Adel Mansur a/k/a Adel Muhammad Mansour (عادل منصور)

**He was the Executive Manager of Al-Qard al-Hassan, which was designated an SDGT in 2007 (SAC ¶¶ 416, 1826, 1864) (https://www.treasury.gov/press-center/press-releases/Pages/hp503.aspx).**

6

35) Muhammad Yusuf Ahmad Mansur a/k/a Sami Hani Shihab a/k/a Salem Bassem Sami a/k/a Jamal Hani Hillawi a/k/a Muhammad Yusuf Mansur Sami Shihab a/k/a Mohammad Yousef Mansour a/k/a Mohammad Youssef Mansour a/k/a Muhammad Yusuf Mansur a/k/a Mohammad Yusuf Ahmad Mansur a/k/a Muhammad Yusif Ahmad Mansur a/k/a Sami Shehab a/k/a Sami Shihab a/k/a Hani Halawi (محمد يوسف احمد منصور)

**He is a senior Hezbollah terror operative belonging to the IJO's Unit 1800 and has been involved in weapons trafficking on behalf of the organization. He was designated an SDGT in 2013 (https://www.treasury.gov/press-center/press-releases/Pages/jl2147.aspx).**

36) Michel George Mecattaf (ميشال جورج مكتف)

**He was a shareholder and board member of Mecattaf SAL - part of Mecattaf Exchange Network. Mecattaf SAL is a key company within Ayman Joumaa's money laundering and narcotics trafficking network. SAC ¶¶ 1169-75.**

37) Razi Musavi a/k/a Hosein Razi Musavi a/k/a Hussein Razi Musavi

**He is an Iranian national designated an SDGT in 2010 for his "crucial support" to Hezbollah (https://www.treasury.gov/press-center/press-releases/Pages/tg810.aspx).**

38) Hasan Chehadeh Othman

**He was designated an SDGT in 2021 (https://home.treasury.gov/news/press-releases/jy0170) for his role in laundering funds for Al-Qard al-Hassan Association, an SDGT (SAC ¶¶ 416, 1826, 1864) (https://www.treasury.gov/press-center/press-releases/Pages/hp503.aspx) once headed by Hussein al-Shami, who was designated an SDGT in 2006 (SAC ¶¶ 366, 1864) (https://www.treasury.gov/press-center/press-releases/Pages/hp83.aspx).**

39) Ali Qassir a/k/a Ali Ghasir a/k/a Ali Ghassir a/k/a Ali Kassir a/k/a Ali Qasir a/k/a Ali Abd-Al-Rahman Qasir (علي عبد الرحمن قصير)

**He is a Hezbollah financial facilitator closely affiliated with the IRGC-QF. He was designated as an SDGT in 2019 (https://home.treasury.gov/news/press-releases/sm767).**

40) Abd Al Menhem Qubaysi a/k/a Abd al-Mun'im al-Qubaysi a/k/a Abd al-Mumin Qubaysi a/k/a Abd Al Menhem Kobeissi a/k/a Abd Al Menhem Qubaysi a/k/a Abd Al Munhim Kubaysy a/k/a Abdul Menhem Kobeissy a/k/a Abdul Menhem Kobeissi a/k/a Abdel Menhem Kobeissi (عبد المؤمن القبيسي; عبد المنعم القبيسي)

He was designated an SDGT in 2009 ([https://www.treasury.gov/press-center /press-releases/Pages/tg149.aspx](https://www.treasury.gov/press-center/press-releases/Pages/tg149.aspx)).

41)    Tony Saab a/k/a Tony Butrus Saab a/k/a Tony Boutros Saab a/k/a Tony Sa'b a/k/a Tony Butrus Sa'b (طوني بطرس صعب)

He was designated an SDGT in 2019 ([https://home.treasury.gov/news/press-releases/sm856](https://home.treasury.gov/news/press-releases/sm856)).

42)    Kassem Mohamad Saleh a/k/a Qasim Saleh a/k/a Qasem Saleh a/k/a Qassem Salah a/k/a Kassim Muhammad Saleh (قاسم محمد صالح)

He is a dual Lebanese and Venezuelan national who was designated as an SDNTK in 2012 for his links to the Joumaa Network (SAC ¶¶ 1090-1103) ([https://www. treasury.gov/press-center/press-releases/Pages/tg1624.aspx](https://www.treasury.gov/press-center/press-releases/Pages/tg1624.aspx)).

43)    Ali al-Sha'ir a/k/a Ali al-Shaeir

He was the office manager for Hasib Muhammad Hadwan and had been accepting financial contributions on behalf of Hezbollah since 2000. He was designated an SDGT in 2021 ([https://home.treasury.gov/news/press-releases/jy0362](https://home.treasury.gov/news/press-releases/jy0362)).

44)    Kassem Muhammad Shams a/k/a Qassim Muhammed Shams a/k/a Qassem Muhammed Shams a/k/a Kassem Muhammad Chams a/k/a Qassim Muhammed Chams a/k/a Qassem Muhammed Chams a/k/a Hajj Kassem Shams (قاسم محمد شمس)

He laundered drug proceeds and facilitated money movements for Hezbollah. He was designated an SDGT in 2019 ([https://home.treasury.gov/news/press-releases /sm650](https://home.treasury.gov/news/press-releases/sm650)).

45)    Jamal Husayn Abd Ali Abd-al-Rahim al-Shatti a/k/a Jamal Hussein Abd Ali Abd-al-Rahim al-Shatti

He worked with Talib Hussain Ali Jarek Ismail to coordinate the transfer of millions of dollars to Hezbollah from Kuwait. He was designated an SDGT in 2021 ([https://home.treasury.gov/news/press-releases/jy0362](https://home.treasury.gov/news/press-releases/jy0362)).

46)    Fu'ad Shukr a/k/a Fu'ad Chakar a/k/a Al Hajj Mohsin

He was designated an SDGT in 2019 for being a senior member of Hezbollah's Jihad Council ([https://2017-2021.state.gov/terrorist-designations-under-amended -executive-order-to-modernize-sanctions-to-combat-terrorism/index.html](https://2017-2021.state.gov/terrorist-designations-under-amended-executive-order-to-modernize-sanctions-to-combat-terrorism/index.html)).

47)    Hassan Hussein Tabaja a/k/a Hassan Hussein Tabajah (حسن حسين طباجة)

**He is the brother of Adham Tabaja who was designated an SDGT in 2015 (SAC ¶¶ 638-68) (http://www.treasury.gov/press-center/press-releases/Pages/jl0069.aspx) and he was also designated as an SDGT in 2019 (https://home.treasury.gov/news/press-releases/sm668).**

48)    Hussein Ali Tajideen a/k/a Hussein Ali Taj al-Din a/k/a Husyan Ali Taj al-Din

**He is the son of SDGT Ali Muhammad Tajideen and his business partner in Tajco Company SAE (SAC ¶¶ 710-24). His uncle SDGT Kassim Tajideen (SAC ¶¶ 699-709) is a co-founder of Tajco Company SAE.**

49)    Muhammad Kassim Tajideen a/k/a Muhammad Taj al-Din

**He is the son of Kassim Tajideen (SAC ¶¶ 699-709) (designated an SDGT in 2009) and brother of Silvana Tajideen. He was a shareholder in at least two Tajideen family companies.**

50)    Zahara Ali Tajideen a/k/a Zahara Ali Taj al-Din

**She is the daughter of Ali Muhammad Tajideen, designated as an SDGT for his role as a Hezbollah financier in 2010 (SAC ¶¶ 710-24). She is involved in Al Burhan Development & Development Company SAL, a company controlled by the Tajideen family. SAC ¶ 1274.**

51)    Ahmad Mohamad Yazbeck a/k/a Ahmah Yazbeck a/k/a Ahmad Yazbek (احمد محمد يزبك)
**He was designated an SDGT in 2021 (https://home.treasury.gov/news/press-releases/jy0170) and is the Financial Director of Al-Qard al-Hassan Association, designated an SDGT SAC ¶¶ 416, 1826, 1864), (https://www.treasury.gov/press-center/press-releases/Pages/hp503.aspx) once headed by Hussein al-Shami who was designated an SDGT in 2006 (SAC ¶¶ 366, 1864) (https://www.treasury.gov/press-center/press-releases/Pages/hp83.aspx). Yazbeck and others "used the cover of personal accounts at certain Lebanese banks, including U.S.-designated Jammal Trust Bank (JTB), to evade sanctions targeting AQAH and transfer approximately half a billion U.S. dollars on behalf of AQAH." He is also the son of Hezbollah co-founder and Shura Council member, Muhammad Yazbeck (SAC ¶ 366), who was designated an SDGT in 2018 (https://home.treasury.gov/news/press-releases/sm0387) and the co-founder of Tashilat SARL with Mohammed Hussein al-Shami, son of senior Hezbollah leader, Hussein Ali Muhammad al-Shami (designated as an SDGT in 2006) (SAC ¶¶ 366, 415-18, 1864).**

52) Ismael Mohammed Youssef (اسماعيل محمد يوسف)

   **He was a Hezbollah money launderer who was designated an SDNTK in 2011 (https://www.treasury.gov/press-center/press-releases/pages/tg1035.aspx).**

53) Mohammad Reza Zahedi a/k/a Muhammad Reza Zahedi a/k/a Ali Reza Zahedi a/k/a Reza Mahdavi a/k/a Mohammad Riza Zahdi a/k/a Hasan Mahdawi

   **He was designated as an SDGT in 2010 (https://www.treasury.gov/press-center/press-releases/Pages/tg810.aspx). He served as a senior officer in the Islamic Revolutionary Guard Corps and a top commander in the Quds Force. He was a liaison to Hezbollah and Syrian intelligence services and reportedly charged with guaranteeing weapons shipments to Hezbollah.**

54) Alpha-Beta (Belgium)

   **The company was based in Antwerp Belgium and headed by Hassan Said Ahmad (SAC ¶ 919), a member of the Ahmad clan (SAC ¶¶ 876-965) and brother of Hezbollah financier Nazim Ahmad (SAC ¶¶ 896-918) (SDGT 2019) (https://home.treasury.gov/news/press-releases/sm856).**

55) Al Yumun Real Estate Company SAL (شركة اليمن العقارية ش.م.ل)

   **The company was controlled by Saleh Assi (SAC ¶¶ 779-98) and designated as an SDGT in 2019 (https://home.treasury.gov/news/press-releases/sm856).**

56) Amasko Offshore SAL

   **The company was co-founded by Abd al-Hamid Ali Assi and his brother and Hezbollah Business Affairs Component facilitator Saleh Ali Assi (SAC ¶¶ 779-98) (SDGT 2019) (https://home.treasury.gov/news/press-releases/sm856).**

57) Anar Belgium NV (Belgium)

   **The company was controlled by the Ahmad clan (SAC ¶¶ 876-965) (described in *Kaplan v. Lebanese Canadian Bank, SAL* in a 2002 United Nations report as "a Hizbollah-linked money laundering gang." 999 F.3d at 849). The managing director is Afif Ahmad (SAC ¶¶ 924, 945, 956-58), son of Ahmad Ali Ahmad, and brother of Ali Ahmad Ahmad (SAC ¶¶ 954-65).**

58) Bank Saderat (Iran)

   **The company is an Iranian bank designated as an SDGT in 2007 for transferring funds to Hezbollah (https://www.treasury.gov/press-center/press-releases/Pages/hp644.aspx).**

10

59)    Bank Saderat Plc (United Kingdom)

**The company is an Iranian bank designated as an SDGT in 2007 for transferring funds to Hezbollah (https://www.treasury.gov/press-center/press-releases/Pages/hp644.aspx).**

60)    Best Diamond House DMCC (UAE)

**The company was owned by Ali Rauf Osseiran (SAC ¶¶ 918, 956 n.92) a close business associate of Nazim Ahmad, designated an SDGT in 2019 (SAC ¶¶ 896-918) (https://home.treasury.gov/news/press-releases/sm856). The company's account was identified among the "accounts that appeared to add up to a giant money-laundering operation with Hezbollah smack in the middle" that migrated to other banks after LCB's Patriot Act designation, SAC ¶ 102 (discussing migration of accounts).**

61)    Bexley Way General LCC

**The company was owned by Ali Rauf Osseiran (SAC ¶¶ 918, 956 n.92) a close business associate of Nazim Ahmad, designated an SDGT in 2019 (SAC ¶¶ 896-918) (https://home.treasury.gov/news/press-releases/sm856).**

62)    BMI 482 SAL (بي.أم.أي. 482 ش.م.ل.)

**The company is part of the Issawi Family Network (SAC ¶¶ 966-91) and was founded by Muhammad Isam Abu Darwish whose account was identified among the "accounts that appeared to add up to a giant money-laundering operation with Hezbollah smack in the middle" that migrated to other banks after LCB's Patriot Act designation, SAC ¶ 102 (discussing migration of accounts).**

63)    Cedar Gems SARL (سيدر جمس ش.م.م)

**Rami Ibrahim Sharara, older brother of Ali Ibrahim Sharara, a founder of Hezbollah's Spectrum Investment Group Holding SAL (designated an SDGT in 2016) was a partner in the company. SAC ¶ 685. Its account was identified among the "accounts that appeared to add up to a giant money-laundering operation with Hezbollah smack in the middle" that migrated to other banks after LCB's Patriot Act designation, SAC ¶ 102 (discussing migration of accounts).**

64)    Cetco Group SAL (ستكو غروب)

**The company is controlled by the Tajideen family (SAC ¶¶ 687-759), including Ali Muhammad Tajideen (SAC ¶¶ 710-24), designated an SDGT in 2010 (https://www.treasury.gov/press-center/press-releases/Pages/tg997.aspx). It is also associated with Hezbollah financier and money launderer Nazim Ahmad,**

11

**designated an SDGT in 2019 (SAC ¶¶ 896-918) (https://home.treasury.gov/news/press-releases/sm856).**

65)    Egimex NV (Belgium)

**The company was headed by Hassan Said Ahmad (SAC ¶¶ 919-24), a member of the Ahmad clan (SAC ¶¶ 876-965) and brother of Hezbollah financier Nazim Ahmad (SAC ¶¶ 896-918) (SDGT 2019) (https://home.treasury.gov/news/press-releases/sm856).**

66)    Epsilon Trading FZE (UAE)

**According to the U.S. Department of Justice indictment, Kassim Tajideen (SAC ¶¶ 699-709) (SDGT) used this company to transfer funds for the continuation of his business enterprises after he was designated (https://www.justice.gov/opa/press-release/file/952071/download).**

67)    European & African Society of Investments & Export (Belgium)

**The company was controlled by Aziz Ibrahim Nassour and the Nassour clan (SAC ¶¶ 838-75), (described in *Kaplan v. Lebanese Canadian Bank, SAL* in a 2002 United Nations report as a "Hizbollah-linked money laundering gang." 999 F.3d at 849).**

68)    Fastlink SAL (فاست لينك ش.م.ل)

**The company was a subsidiary of Stars Group Holding which covertly purchased sophisticated electronics and other technology from suppliers across the world for Hezbollah. It was designated an SDGT in 2014 (https://www.treasury.gov/press-center/press-releases/Pages/jl2562.aspx). SAC ¶ 801.**

69)    Frand Trading Est Company (مؤسسة فراند التجارية)

**The company was controlled by Saleh Ali Assi, designated an SDGT in 2019 (https://home.treasury.gov/news/press-releases/sm856). SAC ¶¶ 779-98.**

70)    Impulse International SAL Offshore (شركة امبلس ش.م.م)

**The company was designated an SDGT in 2018 (https://home.treasury.gov/news/press-releases/sm501) and was founded by Muhammad Abdallah al-Amin, also designated an SDGT in 2018. SAC ¶¶ 664-65 and n.57, 668, 789, 1019, 1282, 1509, 1620, 1747, 1855.**

71) Kohinoor SARL (كوهي نور ش.م.م)

**The company was controlled by the Ahmad clan (SAC ¶¶ 876-965) (described in** ***Kaplan v. Lebanese Canadian Bank, SAL*** **in a 2002 United Nations report as "a Hizbollah-linked money laundering gang." 999 F.3d at 849). It is a sister company of Kohinoor SAL (SAC ¶¶ 892, 930-31)and shares a similar ownership structure.**

72) Kosmeo Limitada (Mozambique)

**The company was nominally controlled by Rami Baqir (SAC ¶¶ 752, 888, 892, 895, 903 n.88, 905-08, 915, 959, 984, 1572), Nazim Ahmad's brother in-law and Nazim Ahmad's daughter, Hind Nazim Ahmad. Nazim Ahmad was designated as an SDGT in 2019 (SAC ¶¶ 896-918) (https://home.treasury.gov/news/press-releases/sm856).**

73) Labico SAL Offshore (لابيكو ش.م.ل اوف شور)

**The company was owned by Ali Zeaiter (SAC ¶ 801), a Hezbollah procurement operative designated an SDGT in 2014. It was designated as an SDGT in 2015 (https://www.treasury.gov/press-center/press-releases/Pages/jl0255.aspx).**

74) Maher Trading and Construction Company a/k/a Maher Trading and Engineering a/k/a Maher Company (شركة ماهر التجارية والبناء)

**The company was designated as an SDGT in 2017 for money laundering and smuggling goods on behalf of Hezbollah (https://www.treasury.gov/press-center /press-releases/Pages/as0004.aspx).**

75) Mecattaf Holding SAL

**The company is part of a network of Lebanon-based money and precious metal exchange brokerage firms controlled by the Mecattaf family. The company is associated with the Joumaa Network. SAC ¶¶ 1169-71.**

76) Mectafinance AG

**The company is part of a network of Lebanon-based money and precious metal exchange brokerage firms controlled by the Mecattaf family. The company is associated with the Joumaa Network. SAC ¶¶ 1169-71.**

77) Mectapharm SAL

**The company is part of a network of Lebanon-based money and precious metal exchange brokerage firms controlled by the Mecattaf family. The company is associated with the Joumaa Network. SAC ¶¶ 1169-71.**

78)    Mecattaf Trading Co SAL

**The company is part of a network of Lebanon-based money and precious metal exchange brokerage firms controlled by the Mecattaf family. The company is associated with the Joumaa Network. SAC ¶¶ 1169-71.**

79)    Mecatafonciere SAL

**The company is part of a network of Lebanon-based money and precious metal exchange brokerage firms controlled by the Mecattaf family. The company is associated with the Joumaa Network. SAC ¶¶ 1169-71.**

80)    Metropolitan Security SAL

**The company was part of the Amhaz Network (SAC ¶¶ 799-802) and was co-owned by Jihad Hussein al-Anan, a member of the Amhaz network. SAC ¶ 801.**

81)    Mirage for Engineering and Trading

**The company was owned or controlled by Muhammad Abd-al-Amir Farhat, a Hezbollah operative with close ties to the IRGC–QF. SAC ¶ 1733. Farhat was designated as an SDGT in 2017 ([https://www.treasury.gov/press-center/press-releases/Pages/as0004.aspx?src=ilaw](https://www.treasury.gov/press-center/press-releases/Pages/as0004.aspx?src=ilaw)). SAC ¶ 1733.**

82)    Mirage for Waste Management and Environmental Services SARL

**The company was owned or controlled by Muhammad Abd-al-Amir Farhat, a Hezbollah operative with close ties to the IRGC–QF. SAC ¶ 1733. Farhat was designated as an SDGT in 2017 ([https://www.treasury.gov/press-center/press-releases/Pages/as0004.aspx?src=ilaw](https://www.treasury.gov/press-center/press-releases/Pages/as0004.aspx?src=ilaw)). SAC ¶ 1733.**

83)    Nura Palace SAL (شركة قصر نورا ش م ل)

**The company is part of the Issawi Network (SAC ¶¶ 966-91). Ibrahim Ahmed Issawi is the Chairman of the company.**

84)    Oil and Gas Consulting Services SAL Offshore
(شركة اويل اند غاز كونسلتينغ سيرفيسز ش.م.ل. اوف شور)

**The company is part of the Ahmaz Network (SAC ¶¶ 799-802) and was founded by Ghassan Abd al-Hussein Basma, uncle of Ashraf Asem Safi al-Din, an attorney associated with several Amhaz Network companies. SAC ¶ 1280.**

85)    Safrimex SPRL (Democratic Republic of Congo)

**The company was part of the Issawi Network (SAC ¶¶ 966-91) and was co-founded by Ibrahim Ahmed Issawi who held a controlling interest in the company.**

86)    Seguibat SA

**The company was owned by Kassem Hejeij (SDGT 2015) (http://www.treasury.gov/press-center/press-releases/Pages/j10069.aspx). Kassem Hejeij was a founder of MEAB Bank. SAC ¶ 1584. Hejeij also has close ties to Adham Tabaja, and both were designated as SDGTs at the same time. SAC ¶¶ 1588, 1602.**

87)    Shams Exchange Company - Ali Muhammad Shams and Partners a/k/a Shams Company for Exchange Ali Mohammed Shams & Partners a/k/a Ali Mohamed Chams & Partner a/k/a Ali Mohamed Chams and Partner a/k/a Chams Exchange (شركة شمس للصيرفة علي محمد شمس وشركاه)

**The company was designated an SDNTK in 2019 for laundering narcotics proceeds throughout the world on behalf of narcotics trafficking organizations and facilitating the movement of funds for Hezbollah (https://home.treasury.gov/news/press-releases/sm650).**

88)    Société 4252 SAL Offshore (شركة 4252 فورتي تو فيفتي تو ش.م.ل.(اوف شور))

**The company was part of the Darwish Family Network and was co-founded by Ibrahim Muhammad Darwish and Hussein Muhammad Darwish (both sons of Muhammad Hussein Darwish, (SAC ¶¶ 985, 1027-30)) and Nabila Ya'qub Wazni (SAC ¶ 1032).**

89)    Société de Construction et de Financement a/k/a Socofi BTP (Gabon)

**The company was established by Hassan Hejeij and Kassem Hejeij, who was designated an SDGT in 2015 SAC ¶¶ 167, 1584-88) (https://www.treasury.gov/press-center/press-releases/Pages/jl0069.aspx).**

90)    Société Nationale De Services Et Demplois SARL – SNSE (الشركة الوطنية للخدمات والتوظيف ش.م.م)

**The company was nominally owned by Kassem Hejeij's daughters. He was designated an SDGT in 2015 SAC ¶¶ 167, 1584-88) (http://www.treasury.gov/press-center/press-releases/Pages/j10069.aspx).**

91)    Socitrans

**The company was part of the Issawi Network (SAC ¶¶ 966-91) and owned by Ibrahim Issawi.**

15

92)     Trans-Gazelle SPRL a/k/a Transgazelle a/k/a Trans Gazelle SPRL (Democratic
        Republic of Congo)

        **The company is part of Saleh Ali Assi's Network. (SAC ¶¶ 779-98.) It was
        designed as an SDGT in 2019 ([https://home.treasury.gov/news/press-releases
        /sm856](https://home.treasury.gov/news/press-releases/sm856)).**

93)     Valencia SARL (فالنسيا ش.م.م)

        **The company is part of the Tabaja Network. The company's founders and board
        members included Adham Tabaja, designated an SDGT in 2015 (SAC ¶ 640)
        ([https://www.treasury.gov/press-center/press-releases/Pages/jl0069.aspx](https://www.treasury.gov/press-center/press-releases/Pages/jl0069.aspx)).**

94)     Waisenkinderprojekt Libanon e.V. a/k/a Orphans Project Lebanon (Germany)

        **The Orphans Project Lebanon was, until its closure in 2014, the German branch
        of Hezbollah's Martyrs Foundation ([https://www.treasury.gov/press-center/press
        -releases/Pages/hp503.aspx](https://www.treasury.gov/press-center/press-releases/Pages/hp503.aspx)) and was responsible for collecting donations in
        Germany and transferring those funds to Hezbollah in Lebanon. See also
        [https://www.verfassungsschutz.bremen.de/sixcms/media.php/13/VS-Bericht%20
        2004.pdf](https://www.verfassungsschutz.bremen.de/sixcms/media.php/13/VS-Bericht%202004.pdf).**

95)     World Trade Center Beirut (مركز التجارة العالمي- بيروت ش.م.ل)

        **The company was partially owned by Trust Compass Insurance which was
        controlled by Ahmad Tabaja, uncle of Adham Tabaja, designated an SDGT in
        2015     ([https://www.treasury.gov/press-center/press-releases/Pages/jl0069.aspx](https://www.treasury.gov/press-center/press-releases/Pages/jl0069.aspx))
        and both Adham Tabaja's uncle and aunt were on the board of the company. SAC
        ¶¶ 654-661 (discussing Trust Compass Insurance).**

16