# Exhibit M

# Exhibit B

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

Federal Office Building
600 Arch Street
Philadelphia, PA 19106
November 24, 2009

**VIA FAX**
Jayson Jarushewsky
Regional Head of WB Legal
**Standard Chartered Bank**
One Madison Avenue
New York, NY 10010-3603

        Re: Interbank Accounts Seizure Warrant

Dear Mr. Jarushewsky:

        In a November 23, 2009 conversation with Federal Bureau of Investigation (FBI) investigators Robert M. Cappadona and Kevin R. Kane you agreed to accept service of the enclosed seizure warrant via fax. As discussed, attached is a United States District Court, Eastern District of Pennsylvania seizure warrant for all funds on deposit in any and all U.S. interbank accounts maintained at Standard Chartered Bank by Bank Audi, up to and including all funds maintained in account number 813364 at Bank Audi Beirut Lebanon. This warrant requires the immediate freezing of those accounts.

        Upon freezing the accounts please immediately notify your client Bank Audi and transmit the seizure warrant and relevant account number to them. Also please contact the FBI and notify them of the amount of funds that have been restrained in the correspondent accounts. As soon as Bank Audi provides proof to the FBI of the amount of funds in account number 813364 and any related accounts, such as accounts in the name of, or controlled by Dib Hani Harb, the United States will release the freeze on any other amounts in the correspondent account and Bank Audi must offset immediately. Additionally, pursuant to the warrant please supply to the FBI any and all Bank Audi account records for account 813364 and related accounts in order to provide proof of the amount of funds in the account(s) at the time of the execution of the seizure warrant. Standard Chartered Bank and Bank Audi must also furnish to the United States a statement that they have offset against all possible accounts in order to satisfy the seizure warrant.

Thank you for your attention to this matter. Please notify Kevin R. Kane of the FBI at 215-808-1118 upon your receipt of this warrant.

Sincerely yours,

Janice K. Fedarcyk
Special Agent in Charge

By: *Samuel Smemo, Jr.*
Samuel Smemo, Jr.
Supervisory Special Agent

Case 1:19-cv-00007-BAH Document 20-40 Filed 07/27/21 Page 4 of 5 PageID #: 12313
Case 1:10-cv-00007-BAH-AMD Document 209-40 Filed 07/27/21 Page 4 of 5 PageID #: 1599
AO 109 (2/90) Seizure Warrant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

All funds on deposit in any and all U.S. interbank accounts maintained at the Standard Chartered Bank branch at 1 Madison Avenue #3, New York, New York, 10010, by Bank Audi, Plasa Bab Idiss Sofil Ctr, Beirut, Lebanon, up to and including all funds contained in account number 813364 maintained at Bank Audi, Plasa Bab Idiss Sofil Ctr, Beirut, Lebanon.

SEIZURE WARRANT

CASE NUMBER: 09-M-1905

To: S/A Samuel Smemo, Jr. and any Authorized Officer of the United States.

Affidavit(s) having been made before me by S/A Samuel Smemo, Jr. who has reason to believe that in the Southern District of New York there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds on deposit in any and all U.S. interbank accounts maintained at the Standard Chartered Bank branch at 1 Madison Avenue #3, New York, New York, 10010, by Bank Audi, Plasa Bab Idiss Sofil Ctr, Beirut, Lebanon, up to and including all funds contained in account number 813364 maintained at Bank Audi, Plasa Bab Idiss Sofil Ctr, Beirut, Lebanon.

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to TIMOTHY R. RICE as required by law.

11-20-09   9:40 AM   at   Philadelphia, PA
Date and Time Issued          City and State

Honorable TIMOTHY R. RICE,
U.S. Magistrate Judge

Name and Title of Judicial Officer          Signature of Judicial Officer