# Exhibit A



190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 264 0303

1441 Broadway, New York, NY  10018
T: 212 354 0111
www.osenlaw.com

November 8, 2021

**VIA E-MAIL**

Mitchell R. Berger, Esq.
Squire Patton Boggs (US) LLP
2550 M Street N.W.
Washington, D.C. 20037

  **Re:** *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.*

Dear Mr. Berger:

   We are writing to follow up on our Rule 26(f) conference last Friday. During the conference, the parties discussed the central issue of Lebanese bank secrecy in this case. Due to bank secrecy's likely fundamental impact on discovery, we indicated that we thought it would be best to defer initial Rule 26(a) disclosures – which will be far less meaningful given the import of the bank secrecy issue – and we remain willing to do so. During the call, the parties predicated their discussion on the draft discovery plan that Plaintiffs' counsel furnished to defense counsel two weeks ago. Based on our discussion, we have refined our proposal and attempted to combine the alternatives we discussed in a way we think is more efficient. To that end, we are attaching the two lists that you requested: a proposed subset of Defendants' alleged customers (Exhibit A hereto) and a proposed initial Request for the Production of Documents ("RFP") (Exhibit B hereto).

   Under our proposal – with the parties' consent – the Court would issue Letters Rogatory to the applicable Lebanese authorities for a discrete subset of customers in order to establish, in an efficient manner, whether the Lebanese authorities will waive their objections to disclosures. As Exhibit A indicates, the subset of alleged customers includes commercial entities, non-governmental entities, and individuals, comprising alleged customers of all Defendants, thereby providing a representative sample of what full discovery would look like. We believe Exhibit A could be converted into Letters Rogatory

expeditiously and that the Lebanese authorities could, depending on how quickly the Court issued the Letters Rogatory, be expected to respond by the end of February 2022.[1]

In parallel, we propose to serve an initial RFP that is substantially reflected in Exhibit B and reflects a much wider scope of initial discovery. Defendants would then interpose any objections they have, including as to scope, relevance, etc., in addition to bank secrecy. Once Defendants either receive a response from the Lebanese authorities or an agreed upon time has elapsed without a response, Plaintiffs would file a motion to compel (subject to the response from the Lebanese authorities). Defendants could raise any objections to the RFP they deem appropriate, including Lebanese bank secrecy. Thereafter, the Court would adjudicate the dispute and issue a production order, if appropriate.

The advantage of proceeding on parallel tracks is that the parties can identify and narrow any objections, including as to scope and relevance, unrelated to bank secrecy, while the Letters Rogatory process proceeds. The briefing on a motion to compel and the Court's ultimate adjudication of those issues would also provide the parties with considerable guidance on the scope of discovery at a relatively early stage. If Defendants' bank secrecy objections are overruled, the production order (and the decision underlying it) would provide the Lebanese authorities with additional insights as to the import and nature of the judicial proceedings before the Court. Of course, if the Court ruled in Defendants' favor on Lebanese bank secrecy, that would also relieve Defendants' discovery burdens considerably.

Moreover, this approach would not place any practical discovery burden on Defendants because the RFP would relate solely to records which would implicate Defendants' prospective bank secrecy objections. The schedule would look something like this – though the proposed dates are merely for discussion purposes:

| | |
|---|---|
| 1. Motion to join new parties or amend pleadings | N/A |
| 2. Plaintiffs serve Initial RFP (Exhibit B) | November 15, 2021 |
| 3. Defendants submit Letters Rogatory as to the 20 individuals and entities listed in Exhibit A | November 19, 2021 |

---

[1]     Of course, as discussed, given that we have now provided Defendants with Exhibit B, Defendants are all free to contact their customers to seek consent for production for applicable records without waiting for the Letters Rogatory process to commence.

**Letter to Mitchell R. Berger, Esq.**
**November 8, 2021**
**Page 3 of 3**

| | |
|---|---|
| 4. Defendants serve objections to Initial RFP | January 15, 2022 |
| 5. Deadline for response from Lebanese Authorities to Letters Rogatory (60 days from issuance by the District Court) | February 28, 2022 |
| 6. If Lebanese Authorities do not respond/decline to grant waivers based on Letters Rogatory: Deadline for Plaintiffs to file motion to compel as to Initial RFP | No later than March 14, 2022 |
| 7. Deadline to file opposition brief to motion to compel | April 11, 2022 |
| 8. Deadline to file reply brief to motion to compel | May 3, 2022 |

On an unrelated note, we look forward to receiving your collective mark-up of the proposed protective order, and we are available to discuss it, the revised draft discovery plan set forth above, and the related Lebanese bank secrecy issue at your convenience.

Sincerely,

/s/ Gary M. Osen

Encls.

cc:    All Counsel

# Exhibit A

1. Elissa Exchange Company SARL
2. Halawi Exchange Company SAL
3. Fayed Exchange Company
4. New Line Exchange Trust Company SAL
5. Kassem Rmeiti and Company for Exchange
6. Martyrs Foundation – Lebanon
7. Islamic Resistance Support Organization
8. Imam Khomenei Relief Foundation – Lebanon
9. Ovlas Trading SA
10. Al-Inmaa Engineering and Contracting SARL
11. Inter Aliment SAL Offshore
12. Car Care Center
13. SOGEAC SPRL
14. Global Touristic Services SAL (GTS)
15. Rilton Traders
16. Global Trading Group NV
17. Muhammad Ibrahim Bazzi
18. Adham Hussein Tabaja
19. Nazim Ahmad
20. Kassim Muhammad Tajideen

# EXHIBIT B

**(FOR DISCUSSION PURPOSES)**

**Persons:**

1.  Yusuf Aasi a/k/a El Yusuf Abd al-Rida Asi a/k/a Sheikh Yusuf Aasi
2.  Attiya Muhammad Abbas a/k/a Attiyah Muhammad Abbas a/k/a Attiya Tabaja a/k/a Attiyah Tabajah
3.  Taleb Muhammad Ali Abou-Zeinab
4.  Abdel Karim Youssef Ahmad a/k/a Abd al-Karim Yusuf Ahmad
5.  Adel Hassan Makki Ahmad a/k/a Adel Hassan Makki a/k/a Adel Makke
6.  Afif Ahmad Ahmad
7.  Ali Ahmad Ahmad
8.  Ali Sa'id Ali Ahmad a/k/a Ali Said Ali Ahmad
9.  Diana Nassour Ahmad a/k/a Diana Nassour
10. Firas Nazim Ahmad
11. Hassan Said Ali Ahmad a/k/a Hassan Sa'id Ali Ahmad
12. Hind Nazim Ahmad
13. Hussein Said Ali Ahmad a/k/a Hussein Sa'id Ali Ahmad
14. Ibtisam Said Ali Ahmad a/k/a Ibtisam Sa'id Ali Ahmad
15. Imad Suleiman Ahmad
16. Issam Suleiman Ahmad
17. Hassan Ahmad Ahmad
18. Hind Abbas Ahmad
19. Hismahan Ahmad Ahmad
20. Hussein Said Ali Ahmad a/k/a Hussein Ahmad a/k/a Hussein Sa'id Ali Ahmad
21. Lina Ahmad Ahmad
22. Mahmoud Nayef Ahmad
23. Maryam Suleiman Ahmad
24. Maya Ahmad
25. Mohammad Samir Ali Ahmad
26. Muhammad Said Ali Ahmad a/k/a Muhammad Sa'id Ali Ahmad
27. Muhsin Ali Ahmad
28. Muna Said Ali Ahmad a/k/a Muna Sa'id Ali Ahmad
29. Musa Ahmad Ahmad
30. Musa Muhammad Ahmad
31. Mustafa Faysal Ahmad
32. Nadia Ahmad Ahmad

1

33. Najwa Suleiman Ahmad
34. Nawal Ali Ahmad
35. Nazim Said Ali Ahmad a/k/a Nazim Ahmad a/k/a Nazem Ibrahim Ahmad a/k/a Nazim Sa'id Ali Ahmad
36. Rasha Ali Ahmad
37. Said Ali Ahmad a/k/a Sa'id Ali Ahmad
38. Salman Ali Ahmad
39. Seada Said Ali Ahmad a/k/a Seada Sa'id Ali Ahmad
40. Sleiman Ali Ahmad
41. Suleiman Ali Ahmad a/k/a Sulaiman Ali Ahmad a/k/a Sulayman Ali Ahmad
42. Taysir Suleiman Ahmad
43. Youssef Ali Ahmad
44. Qassem Muhammad Ajami a/k/a Qasim Muhammad Ajami a/k/a Qasem Muhammad Ajami a/k/a Kassem Muhammad Ajami
45. Ezzat Youssef Akar
46. Yahya Muhammad Alabdulmohsen a/k/a Yahya Muhammad Al-Abd-Al-Mushin a/k/a Yahya Muhammad Al-Abu Haydar a/k/a Yahya Sayyid
47. Qasim Aliq a/k/a Qassem Aliq a/k/a Kassem Aleik a/k/a Hajj Qasim Aliq a/k/a Qasem Aliq a/k/a Qasim Ulayq
48. Muhammad Abdallah al-Amin
49. Ibrahim al-Amin al-Sayyed
50. Wafa Muhammad Nussar Alamah
51. Ali Reda Hassan Al-Banai a/k/a Ali Reda Hassan Albanai a/k/a Ali Ridha Hasan Albanai; a/k/a Ali Ridha Hasan Al-Banai a/k/a Ali Reda Hassan Al-Banay, Ali Ridha Hassan Al-Banay; a/k/a Ali Reda Hassan Al-Bani a/k/a Ali Ridha Hassan Al-Bani a/k/a Ali Reda Hassan Al-Bannay a/k/a Ali Ridha Hassan
52. Sulaiman Al-Banai a/k/a Sulaiman Abdulkaliq Al-Banai a/k/a Sulayman Abd-al-Khaliq Al-Banai a/k/a Sulaiman Albanai a/k/a Sulaiman Abdulkaliq Albanai a/k/a Sulayman Abd-al-Khaliq Al- Albanai
53. Akram Ahmad al-Bast
54. Hussein Muhammad Kheir al-Din
55. Isam Abd al-Amir Izz al-Din a/k/a Isam Abd al-Amir Izz-al-Din
56. Muhammad Ali Izz al-Din a/k/a Muhammad Ali Izz-al-Din
57. Muhammad Amin Badr al-Din a/k/a Muhammad Badr-Al-Din a/k/a Mohamed Badreddine a/k/a Mohammed Badreddine
58. Muhammad Ni'mah Shams al-Din
59. Salah Abd al-Rauf Izz al-Din a/k/a Salah Abd al-Rauf Azz al-Din
60. Ahmad Jawad Shalash al-Fartusi

61. Ali Hussein al-Haj
62. Hussein al-Khalil
63. Fadi Dawud al-Nimr
64. Abdallah Zuhayr al-Sahili.
65. Samira Muhammad al-Sahili.
66. Muhammad Ali al-Seblani a/k/a Muhammad Ali al-Sablani a/k/a Muhammad Ali al-Siblani
67. Muhammad Arkan al-Seblani a/k/a Muhammad Irkan al-Sablani a/k/a Muhammad Arkan Siblani
68. Hussein al-Shami a/k/a Husayn al-Shami a/k/a Husayn Shaimi a/k/a Husayn Shamai a/k/a Husayn Shamy a/k/a Husayn Al-Shamy a/k/a Husayn Ashami a/k/a Haj Husayn Al-Shami.
69. Maitham Muhsin Ubayd al-Zaydi
70. Shibl Muhsin Ubayd al-Zaydi
71. Ahmad Hisham Amhaz
72. Ali Muhammad Amhaz
73. Hani Amhaz
74. Hussein Ahmad Amhaz a/k/a Husayn Ahmad Amhaz
75. Issam Amhaz a/k/a Issam Mohamed Amhaz a/k/a 'Isam Amhaz
76. Kamel Muhammad Amhaz a/k/a Kamel Mohamed Amhaz a/k/a Kamel Amhaz a/k/a Kamel Al-Amhaz a/k/a Kamil Amha
77. Meghdad Amini
78. Sultan Khalifa As'ad a/k/a Hajj Sultan Asaad a/k/a Sultan Assad a/k/a Sultan Khalife Assad
79. Abd al-Ilah Mahmud Ashur a/k/a Abd-al-Alah Mahmud Ashur a/k/a Abdel Ilah Mahmoud Achour
80. Nabil Mahmoud Assaf a/k/a Nabil Assaf a/k/a Nabil Muhammad Assaf.
81. Clara Saleh Assi a/k/a Clara Saleh Asi a/k/a Clara Salih Assi a/k/a Clara Salah Assi a/k/a Clara Salih Asi a/k/a Clara Salah Asi.
82. Najat Bou Joumaa Assi a/k/a Najat Bu Jumaa Khalid a/k/a Najat Bou Joumaa Asi a/k/a Najat Bu Jumaa Asi
83. Saleh Ali Assi a/k/a Salih Ali Assi a/k/a Salah Assi, a/k/a Saleh Ali Asi /k/a Salih Ali Asi a/k/a Salah Ali Asi
84. Reda Ali Atawi
85. Hassan Muhammad Attiya
86. Nour al-Ain Muhammad Ali Atweh a/k/a Nur al-Ayn Muhammad Ali Utwah a/k/a Nur al-Ain Muhammad Ali Atweh a/k/a Nur al-Ain Muhammad Ali Atwi a/k/a Nour Tajideen a/k/a Nour Taj al-Din
87. Hussein Ali Atwi
88. Hassan Mussa Awada a/k/a Hasan Mussa Awada

3

89. Mahdi Ali Awada

90. Majida Zayna Ahmad Awada

91. Ali Muhammad Hasan Ayash a/k/a Ali Muhammad Hassan Ayyash

92. Hassan Muhammad Hasan Ayash a/k/a Hassan Muhammad Hassan Ayyash a/k/a Hasan Muhammad Hasan Ayash

93. Imad Abdul Reda Bakri a/k/a Imad Abd al-Rida Bakri.

94. Rami Kamil Ya'qub Baqir a/k/a Rami Baker a/k/a Rami Kamel Yaaqub Baqer

95. Rim Reda Baqir a/k/a Rim Baker a/k/a Rim Baqer a/k/a Rim Reda

96. Rima Kamil Ya'qub Baqir a/k/a Rima Baker a/k/a Rima Baqer

97. Muhammad Ali Bashir a/k/a Muhammad Ali Bachir

98. Nader Nasim Basma

99. Muhammad Ibrahim Bazzi

100. Qassem Muhammad Ali Bazzi a/k/a Kassem Mohamad Ali Bazzi a/k/a Qassem Mohammed Ali Bazi a/k/a Qasim Mohammed Ali Bazzi a/k/a Qasim Muhammad Ali Bazzi

101. Wa'el Muhammad Bazzi a/k/a Wa'il Muhammad Bazzi a/k/a Wael Bazzi

102. Ibrahim Hussein Bdeir a/k/a Ibrahim Hussein Budayr a/k/a Ibrahim Husayn Bdeir a/k/a Ibrahim Husayn Budayr

103. Hussein Ibrahim Bdeir a/k/a Husayn Ibrahim Bdeir a/k/a Hussein Abu Ali Bdeir a/k/a Hussein Budayr a/k/a Husayn Bdeir

104. Basel Nabih Berri

105. Jalal Muhammad Rashed Bitar

106. Nasser Jalal Bitar

107. Wa'el Jalal Bitar a/k/a Wa'il Jalal Bitar a/k/a Wael Jalal Bitar

108. Amine Bzeih

109. Talal Khalil Chahine a/k/a Talal Shahin a/k/a Tilal Khalil Shahin.

110. Abd al-Halim al-Shaykh Musa Charara a/k/a/ Abd al-Halim Sharara.

111. Ali Ibrahim Charara a/k/a Ali Ibrahim Sharara

112. Ali Youssef Charara a/k/a Ali Youssef Sharara

113. Muhammad Youssef Charara a/k/a Muhammad Youssef Sharara

114. Raghid Wasif Charara a/k/a Raghid Wasif Sharara

115. Rami Ibrahim Charara a/k/a Rami Ibrahim Sharara

116. Youssef al-Shaykh Abd al-Amir Charara a/k/a Youssef Sharara

117. Amin Muhammad Cherri a/k/a Amin Muhammad Shary, a/k/a Amin Shari a/k/a Amin Shary a/k/a Amin Muhammad a/k/a Ameen Shiri a/k/a Amin Shirri a/k/a Amin Shiri

118. Imad Muhammad Cherri a/k/a Imad Muhammad Sherri a/k/a Imad Muhammad Shari a/k/a Imad Muhammad Shary a/k/a Imad Muhammad Shiri

119. Khalil Abdel Hussein Cherri a/k/a Khalil Sherri a/k/a Khalil Shari a/k/a Khalil Shary a/k/a Khalil Shiri
120. Hassan Chokr
121. Ali Ahmad Choueib a/k/a Ali Ahmad Shuayb
122. Yasser Hassan Dabuq
123. Zaher Hassan Dabuq
124. Ibrahim Ali Daher a/k/a Ibrahim Ali Dahir
125. Kazem Abbas Darabi a/k/a Kassem Abbas Darabi a/k/a Qassem Abbas Darabi a/k/a Qasim Abbas Darabi
126. Ali Hussein Darwish a/k/a Ali Hussein Darwich a/k/a Ali Hussein Darwiche
127. Issam Abu Darwish a/k/a Isam Abu Darwish a/k/a Issam Abu Darwich a/k/a Issam Abu Darwiche a/k/a Isam Abu Darwich a/k/a Isam Abu Darwiche
128. Khodr Hussein Darwish a/k/a Khoder Hussein Darwish a/k/a Khodr Hussein Darwich a/k/a Khodr Hussein Darwiche
129. Muhammad Hussein Darwish a/k/a Muhammad Hussein Darwich a/k/a Muhammad Hussein Darwiche
130. Muhammad Issam Abu Darwish a/k/a Muhammad Issam Abu Darwich a/k/a Muhammad Issam Abu Darwiche a/ka Muhammad Isam Abu Darwish a/k/a Muhammad Isam Abu Darwich a/k/a Muhammad Isam Abu Darwiche
131. Safi Yahya Darwish a/k/a Safi Yahya Darwich a/k/a Safi Yahya Darwiche
132. Sami Issam Abu Darwish a/k/a Sami Issam Abu Darwich a/k/a Sami Issam Abu Darwiche a/k/a Sami Isam Abu Darwish a/k/a Sami Isam Abu Darwich a/k/a Sami Isam Abu Darwiche
133. Reza Dehnavi
134. Iman Abd al-Saheb Dhiyab
135. Zuheir Ali Dia a/k/a Zuhayr Ali Diya a/k/a Zuheir Ali Diyya a/k/a Zuheir Dia a/k/a Zuhair Diya
136. Hasan Dehghan Ebrahimi a/k/a Hasan Dahqan Ibrahimi a/k/a Hassan Dehghan Ebrahimi a/k/a Hassan Dahqan Ibrahimi.
137. Raed Hamid Taher Abu Eini
138. Hamdi Zaher El Dine a/k/a Hamdi Zahreddine
139. Ali al-Sayyid Muhammad Hussein Fadlallah
140. Karim Ibrahim Fadlallah
141. Muhammad Baqir al-Sayyid Abd al-Ra'uf Fadlallah
142. Abbas Ahmad Fahs
143. Khodor Fakih
144. Batoul Hussein Faour a/k/a Batul Hussein Faour a/k/a Batoul Hussein Fa'ur

145. Hussein Ali Faour a/k/a Hussein Ali Fa'ur a/k/a Husayn Ali Fa'ur a/k/a Husayn Ali Faour a/k/a Housein Ali Faour
146. Youssef Muhammad Hussein Faour a/k/a Youssef Muhammad Hussein Fa'ur
147. Ali Khalil Faqih
148. Ibrahim Muhammad Faqih
149. Khalil Hassan Faqih
150. Fadi Ali Faran a/k/a Fada Ali Farran
151. Muhammad Abd-al-Amir Farhat
152. Muhammad Ahmad Farhat
153. Hassan Said Farran
154. Abbas Abd al-Latif Fawaz a/k/a Abbas Abdel Latif Fawaz
155. Abdul Latif Fawaz
156. Fadi Fawzi Fawaz
157. Fadl Abbas Fawaz
158. Farah Abbas Fawaz
159. Fouzi Reda Darwish Fawaz
160. May Kamel Darwish Fawaz
161. Mustafa Reda Darwish Fawaz
162. Sadeq Abbas Fawaz
163. Mahmud Fayed a/k/a Mahmoud Fayed
164. Muhammad Abd al-Rahman Fayed
165. Hassan Abd al-Muttalib Fneish
166. Said Hassan Fuani a/k/a Sa'id Hassan Fuani
167. Ali Muhammad Ghandur
168. Abbas Hassan Gharib
169. Ihab Awsaf Ghurayb
170. Carol Rogier Habib
171. Rana Hachem
172. Hasib Muhammad Hadwan a/k/a Hasib Hadwan a/k/a Hajj Zayn
173. Khadir Ali Abi Haidar
174. Muhammad Ni'mah al-Hajj
175. Ali Ahmad Halawi
176. Fuad Halawi
177. Mahmud Fuad Halawi a/k/a Mahmoud Fuad Halawi a/k/a Mahmoud Fouad Halawe
178. Rawad Halawi a/k/a Rawad Halawe
179. Wa'el Halawi a/k/a Wa'el Halawe a/k/a Wael Halawi a/k/a Wael Halawe
180. Isam Nabih Hamad
181. Moussa Ali Hamdan

182. Talal Hamiyah
183. Ahmad Mustafa Mahmoud Hammoud Ahmad Mustafa Mahmud Hammoud
184. Muhammad Hassan Hammoud
185. Abbas Hussein Harb a/k/a Abbas Husayn Harb
186. Ali Hussein Harb a/k/a Ali Houssein Harb a/k/a Ali Husayn Harb
187. Chekri Harb
188. Dib Hani Harb
189. Mostafa Habib Harb a/k/a Mustafa Habib Harb
190. Youssef Hashim
191. Ali Abdel Reda Hassan
192. Samir Subhi Abu-Hassan
193. Muhammad Ali Hawi
194. Tareq Ali Hawi
195. Ali Kassem Hejeij a/k/a Ali Kassem Hajij a/k/a Ali Kassem Hujayj a/k/a Ali Qassem Hejeij a/k/a Ali Qasem Hejeij a/k/a Ali Qasim Hejeij a/k/a Ali Qassim Hejeij a/k/a Ali Qassem Hajij a/k/a Ali Qasem Hajij a/k/a Ali Qasim Hajij a/k/a Ali Qassim Hajij a/k/a Ali Qassem Hujayj a/k/a Ali Qasem Hujayj a/k/a Ali Qasim Hujayj a/k/a Ali Qassim Hujayj
196. Fatima Kassem Hejeij a/k/a Fatima Qasem Hjeij a/k/a Fatima Qassem Muhammad Hjeij a/k/a Fatima Qasim Hejeij
197. Hassan Hejeij a/k/a Hassan Muhammad Hejeij a/k/a Hassan Hajij a/k/a Hassan Hujayj a/k/a Hassan Hejeij a/k/a Hassan Hejeij a/k/a Hassan Hejeij a/k/a Hassan Hejeij a/k/a Hassan Hajij a/k/a Hassan Hajij a/k/a Hassan Hajij a/k/a Hassan Hajij a/k/a Hassan Hujayj a/k/a Hassan Hujayj a/k/a Hassan Hujayj a/k/a Hassan Hujayj
198. Kassem Hejeij a/k/a Kassem Muhammad Hejeij a/k/a Kassem Hajij a/k/a Kassem Hujayj a/k/a Qassem Hejeij a/k/a Qasem Hejeij a/k/a Qasim Hejeij a/k/a Qassim Hejeij a/k/a Qassem Hajij a/k/a Qasem Hajij a/k/a Qasim Hajij a/k/a Qassim Hajij a/k/a Qassem Hujayj a/k/a Qasem Hujayj a/k/a Qasim Hujayj a/k/a Qassim Hujayj
199. Nasamah Ahmad Hejeij a/k/a Nasamah Ahmad Hajij a/k/a Nasama Ahmad Hejeij a/k/a Nasama Ahmad Hajij
200. Nada Hassan Hijazi
201. Samir Muhammad Hijazi
202. Hassan Hodroj
203. Ayman Ahmad Ibrahim
204. Khalil Nazem Ibrahim a/k/a Khalil Nazim Ibrahim a/k/a Khalil Nadhem Ibrahim
205. Ahmad Ali Ismail

206. Ali Ahmad Ismail
207. Ibrahim Abdallah Ismail
208. Nasrin Ali Ismail
209. Talib Husayn Ali Jarak Ismail a/k/a Talib Hussein Ali Jarak Ismail
210. Ziyad Ali Ismail
211. Ibrahim Waked Issa
212. Ha'el Ahmad Issawi a/k/a Ha'el Ahmad Issaoui
213. Hussein Ahmad Issawi a/k/a Hussein Ahmad Issaoui
214. Ibrahim Ahmad Issawi a/k/a Ibrahim Issawi a/k/a Ibrahim Issaoui
215. Lama Hussein Bdeir Issawi a/k/a Lama Hussein Bdeir Issaoui
216. Wa'el Ahmad Issawi a/k/a Wa'el Ahmad Issaoui a/k/a Wael Ahmad Issawi a/k/a Wael Ahmad Issaoui
217. Walid Ali Jaber
218. Najmah Hassan Jabir a/k/a Najmeh Hassan Jaber a/k/a Najmah Tajideen
219. Muhammad Fayyad Jafal
220. Bashir Qassem Jaffal a/k/a Bashir Qasim Jaffal a/k/a Bashir Qasem Jaffal a/k/a Bashir Kassem Jaffal
221. Ahmad Abd al-Karim Said Muhammad Jawad
222. Hana Abd al-Karim Jawad
223. Hussein Abd al-Muttalib Jawad
224. Akram Saied Joumaa a/k/a Akram Said Joumaa a/k/a Akram Sa'id Joumaa
225. Anwar Saied Joumaa a/k/a Anwar Said Joumaa a/k/a Anwar Sa'id Joumaa
226. Ayman Saied Joumaa a/k/a Ayman Said Joumaa a/k/a Aiman Said Jomaa Kharfan a/k/a Ayman Sa'id Joumaa
227. Mohamad Saied Joumaa a/k/a Mohamad Said Joumaa a/k/a Mohamad Sa'id Joumaa
228. Muhammad Taha Jumaa
229. Muhammad al-Mukhtar Fallah Kallas a/k/a Muhammad al-Mukhtar Kallas a/k/a Mohamad El Mokhtar Kallas a/k/a Mohamed Kallas
230. Hasan Antar Karaki a/k/a Hassan Karaki a/k/a Hassan Qaraki
231. Azam Abd-al-Aziz Kawtharani
232. Adnan Hussein Kawtharani a/k/a Adnan Mahmud Kawtharani a/k/a Adnan Kutherani
233. Muhammad Kawtharani a/k/a Muhammad al-Kawtharani a/k/a Jafar Al-Kawtharani
234. Hanna Elias Khalifa a/k/a Hanna Khalifeh
235. Ali Muhammad Kharrubi a/k/a Ali Mohamed Kharroubi a/k/a Ali Kharoubi
236. Jamal Muhammad Kharrubi a/k/a Jamal Muhammad Kharroubi

237. Iman Kobeissi a/k/a Iman Kobeissu, a/k/a Iman Kobreissi-Ghadry a/k/a Iman Qubaysi
238. Saad Habib Lahud
239. Michel Gabriel Ma'rawi
240. Khadijah Amin Mahmoud
241. Ahmad Muhammad Makke a/k/a Ahmad Muhammad Makki
242. Hisham Hussein Makke a/k/a Hisham Hussein Makki a/k/a Hisham Husayn Makke a/k/a Hisham Husayn Makki
243. Jamal Makke a/k/a Jamal Makki
244. Fawzi Muhammad Malek a/k/a Faouzi Malek a/k/a Fawzi Malik
245. Johanna Malek a/k/a Johanna Malik.
246. Ramzi Muhammad Malek a/k/a Ramzi Malik
247. Randa Muhammad Malek a/k/a Randa Malik
248. Wajih Masoun Maliki a/k/a Wajih Masoun al-Maliki
249. Adel Mansour
250. Khadijah Hassan Mattar a/k/a Khadijah Taj al-Din a/k/a Khadijah Tajideen
251. Fadi George Mazegi a/k/a Fadi Maziji
252. Michel George Mecattaf
253. Ahmad Izzat Khalil Muhammad
254. Said Jamil Muhammad
255. Jaafar Musa Musa a/k/a Ja'afar Musa Musa a/k/a Jaafar Musa Moussa
256. Tarek Khalil Musa a/k/a Tarek Khalil Moussa
257. Razi Musavi a/k/a Hosein Razi Musavi a/k/a Hussein Razi Musavi
258. Ali Musa Nachar a/k/a Ali Moussa Nachar a/k/a Ali Musa Nashar
259. Fuad Haidar Najm
260. Hasan Nasrallah
261. Abdul Menhem Ibrahim Nassour
262. Ali Ibrahim Nassour
263. Aziz Ibrahim Nassour
264. Batul Hassan Youssef Nassour
265. Hassan Ibrahim Nassour
266. Ibrahim Khalil Nassour
267. Khalil Ibrahim Nassour
268. Muhammad Ibrahim Nassour
269. Sahar Ibrahim Nassour
270. Imad Chukrallah Nasrallah
271. Muhammad Mustafa Nur-al-Din a/k/a Mohamad Noureddine a/k/a Muhammad Noureddine

272. Jawad Nur-al-Din a/k/a Jawad Noureddine a/k/a Jawad Nouredine Shawki Jawad Mohamad Shafiq Nur al-Din a/k/a hawqi Jawad Mohamad Shafiq a/k/a Shawqi Muhammad Shafiq Nur Al-Din

273. Samih Ossaily

274. Ali Rauf Osseiran a/k/a Ali Ra'uf Osserian a/k/a Ali Rauf Oserian

275. Naim Qassem

276. Adnan Muhammad Ali Qassir

277. Ali Qassir a/k/a Ali Ghasir a/k/a Ali Ghassir a/k/a Ali Kassir a/k/a Ali Qasir

278. Burhan Hussein Qataya

279. Ali Muhammad Qansu a/k/a Ali Muhammad Kanso a/k/a Ali Muhammad Kansou

280. Jihad Muhammad Qansu a/k/a Jihad Muhammad Kanso a/k/a Jihad Muhammad Kansou

281. Muhammad Haidar Qansu a/k/a Muhammad Haidar Kanso a/k/a Muhammad Haidar Kansou

282. Abd Al Menhem Qubaysi a/k/a Abd al-Mun'im al-Qubaysi a/k/a Abd al-Mumin Qubaysi

283. Fatima Ahmad Qubaysi a/k/a Fatima Ahmad Qbeisi a/k/a Fatima Ahmad Qbaysi

284. Kassem Rmeiti a/k/a Kassem Ali Remiti a/k/a Qassim Rmeiti a/k/a Qassim Remiti a/k/a Qasem Rmeiti a/k/a Qasem Remiti a/k/a Qassem Rmeiti a/k/a Qassem Remiti

285. Muhammad Abd Ali Rustam a/k/a Mohammad Abd Ali Rustum a/k/a Mouhamad Abd Ali Rostom a/k/a Mohamad Abd Ali Rostam.

286. Abdul Latif Saad a/k/a Abdul Latif Sa'ad

287. Abd al-Karim Ahmad Saad a/k/a Abd al-Karim Ahmad Sa'ad

288. Ahmad Saad a/k/a Ahmad Sa'ad

289. Anwar Hussein Saad a/k/a Anwar Hussein Sa'ad

290. Issam Ahmad Saad a/k/a Issam Ahmad Sa'ad a/k/a Isam Ahmad Saad a/k/a Isam Ahmad Sad a/k/a Isa, Ahmad Sa'ad

291. Edmond Youssef Saadeh

292. Ahmad Ibrahim Safa

293. Wafiq Safa a/k/a Wafiq Abd al-Hussein Safa a/k/a Wafiq Abdul Hussein Safa a/k/a Wafiq 'Abd-al-Husayn Safa a/k/a Wafiq Ahmad Safa a/k/a Wafik Ahmed Safa a/k/a Hessam Badr al-Din a/k/a Hessam Badreddine a/k/a Ali Wahib al-Zayn a/k/a Ali Waheb al-Zein.

294. Abdallah Ali Safieddine a/k/a Abdallah Safi-Al-Din a/k/a Abdullah Safieddine a/k/a Abdullah Safi-Al-Din

295. Hamzah Ali Safieddine a/k/a Hamzah Safi-Al-Din a/k/a Hamzeh Ali Safieddine a/k/a Hamza Ali Safieddine

296. Hashem Safieddine a/k/a Hashem Safi Al-Din a/k/a Hashem Safi A-Din a/k/a Hashim Safi Al Din a/k/a Hashim Safi Al-Din a/k/a Hashim Safieddine

297. Kassem Mohamad Saleh a/k/a Qasim Saleh a/k/a Qasem Saleh a/k/a Qassem Salah

298. Oussama Salhab a/k/a Usama Salhab a/k/a Osama Salhab

299. Ibrahim Amin Salman

300. Sobhi Mohamed Saqr a/k/a Sobhi Sakr

301. Elissar Hussein Sayegh a/k/a Elissar Husayn Sayegh

302. Hussein Tawfiq Sayegh

303. Wahid Mahmud Sbeiti

304. Fadi Hussein Serhan a/k/a Fadi Husayn Serhan

305. Ali al-Sha'ir

306. Ahmad Muhammad Shaito a/k/a Ahmad Muhammad Sha'itu a/k/a Ahmad Muhammad Shi'itaw a/k/a Ahmad Muhammad Cheaito

307. Ali Rauf Shaito a/k/a Ali Ruaf Sha'itu a/k/a Ali Raouf Shaito a/k/a Ali Rauf Shi'itaw a/ka Ali Rauf Cheaito

308. Attallah Jamil Shaito a/k/a Attallah Jamil Sha'itu a/k/a Attallah Jamil Shi'itaw a/k/a Attallah Jamil Cheaito

309. Fairuz Khalil Shaito a/k/a Fairuz Khalil Sha'itu a/k/a Fairuz Khalil Shi'itaw a/k/a Fairuz Khalil Cheaito

310. Najah Khalil Shaito a/k/a Najah Khalil Sha'itu a/k/a Najah Khalil Shi'itaw a/k/a Najah Khalil Cheaito

311. Zainab Khalil Shaito a/k/a Zainab Khalil Sha'itu a/k/a Zainab Khalil Shi'itaw a/k/a Zainab Khalil Cheaito

312. Kassem Muhammad Shams a/k/a Qassim Muhammed Shams a/k/a Qassem Muhammed Shams a/k/a Kassem Muhammad Chams a/k/a Qassim Muhammed Chams a/k/a Qassem Muhammed Chams a/k/a Hajj Kassem Shams

313. Hassan Shateri a/k/a Hussam Khoshnevis a/k/a Hessam Khoshnevis a/k/a Hesam Khosh-Nevis a/k/a Hesaam Khosh-Nevis a/k/a Hesam Khoshnevis a/k/a Hassan Khoshnvis a/k/a Hussam Khosh a/k/a Hussam Khouchnoyess

314. Jamal Husayn Abd Ali Abd-al-Rahim al-Shatti a/k/a Jamal Hussein Abd Ali Abd-al-Rahim al-Shatti

315. Ibrahim Shibli a/k/a Ibrahim Chibli a/k/a Ibrahim Chebli

316. Kifah Sleiman

317. Wahid Mahmud Subayti a/k/a Wahid Sbeity a/k/a Wahid Sbeiti

318. Hassan Ali Suwaydan

319. Adham Hussein Tabaja a/k/a Adham Tabajah a/k/a Adham Husayn Tabaja Adham Husayn Tabajah

320. Ahmad Ali Tabaja a/k/a Ahmad Ali Tabajah

321. Ali Adham Tabaja a/k/a Ali Adham Tabajah
322. Ali Hussein Tabaja a/k/a Ali Hussein Tabajah
323. Bassam Muhammad Tabaja a/k/a Bassam Muhammad Tabajah
324. Batul Adham Tabaja a/k/a Batul Adham Tabajah
325. Fatima al-Zahra Adham Tabaja a/k/a Fatima Tabajah
326. Hussein Abd al-Rida Tabaja a/k/a Hussein Tabajah
327. Muhammad Adham Tabaja a/k/a Muhammad Adham Tabajah
328. Romel Hussein Tabaja a/k/a Romel Hussein Tabajah a/k/a Romel Husayn Tabaja a/k/a Romel Husayn Tabajah
329. Wala Tabaja a/k/a Wala Tabajah
330. Hoda Hussein Saad a/k/a Huda Hussein Saad a/k/a Hoda Saad Tajideen a/k/a Hoda Tajiddine a/k/a Hady Husayn Sa'd a/k/a Houda Hussein Saad a/k/a Huda Saad Tajeddine a/k/a Hoda Hussein Sa'ad a/k/a Huda Saad a/k/a Huda Sa'ad a/k/a Hoda Sa'ad Tajideen
331. Abdallah Youssef Tajideen a/k/a Abdallah Youssef Taj al-Din
332. Ahmad Muhammad Tajideen a/k/a Ahmad Muhammad Taj al-Din
333. Ali Ibrahim Tajideen a/k/a Ali Ibrahim Taj al-Din
334. Ali Muhammad Tajideen a/k/a Ali Muhammad Taj al-Din
335. Fatimah Muhammad Tajideen a/k/a Fatimah Muhammad Taj al-Din
336. Hassan Ali Tajideen a/k/a Hassan Ali Taj al-Din
337. Hasan Muhammad Tajideen a/k/a Hasan Muhammad Taj al-Din
338. Hassan Tajideen a/k/a Hassan Taj al-Din
339. Hussein Muhammad Tajideen a/k/a Hussein Muhammad Taj al-Din
340. Ibrahim Muhammad Tajideen a/k/a Ibrahim Muhammad Taj al-Din
341. Jaffar Muhammad Tajideen a/k/a Jaffar Muhammad Taj al-Din
342. Kassim Muhammad Tajideen a/k/a Kassem Muhammad Tajideen a/k/a Qassim Muhammad Tajideen a/k/a Qassem Muhammad Tajideen a/k/a Qassem Taj al-Din a/k/a Qassei Taj al-Din
343. Mahmoud Muhammad Tajideen a/k/a Mahmoud Muhammad Taj al-Din
344. Mariam Muhammad Tajideen a/k/a Mariam Muhammad Taj al-Din
345. Muhammad Tajideen a/k/a Muhammad Taj al-Din
346. Nadin Hassan Tajideen a/k/a Nadin Hassan Taj al-Din
347. Samiha Ibrahim Tajideen a/k/a Samiha Ibrahim Taj al-Din
348. Youssef Muhammad Tajideen a/k/a Youssef Muhammad Taj al-Din
349. Ali Youssef Tarhini
350. Muhammad Tarhini
351. Abbas Musallam Wahbah
352. Imad Ramez Wazani a/k/a Imad Ramez Wazne
353. Nabila Ya'qub Wazni a/k/a Nabila Ya'qub Wazne
354. Ahmad Mohamad Yazbeck a/k/a Ahmah Yazbeck a/k/a Ahmad Yazbek

355. Muhammad Yazbek a/k/a Muhammad Yazbeck
356. Ibrahim Mahmoud Youssef
357. Ismael Mohaammed Youssef
358. Ziyad Muhammad Youssef
359. Rafat Said Yunis a/k/a Rafat Sa'id Yunis
360. Mohammad Reza Zahedi a/k/a Muhammad Reza Zahedi a/k/a Ali Reza Zahedi a/k/a Reza Mahdavi a/k/a Mohammad Riza Zahdi a/k/a Hasan Mahdawi
361. Ali Zeaiter a/k/a Ali Hussein Zuaytar a/k/a Ali Zoeiter, a/k/a Ali Zu'ayter, a/k/a Ali Zu'aytar, a/k/a Ali Husayn Zu'aytir
362. Haidar Saadallah Zgheib
363. Ali Zuraik a/k/a Ali Hassan Zreik a/k/a Ali Zraiq a/k/a Ali Zurayq a/k/a Ali Zreik

**Entities:**

1. ACE Group SAL
2. Ad-Diyar Trading and Contracting SARL
3. Advanced Sports Center SAL
4. Afri Belg Commercio E Industria LDA
5. African Fish Company (Offshore) SAL
6. Africa Invest Company (Offshore) SAL
7. Africa Middle East Investment Holding SAL
8. African Star
9. Afrimex (Offshore) SAL
10. Afrostars Diamonds BVBA or Afrostars Diamond
11. Ahmad Diamond Corporation
12. Alpha-Beta
13. Al-Amana SARL
14. Al-Ataa Company – Hassan Bazoun & Partners
15. Al-Aytam Company for General Trading and Fuels (a/k/a Aytam Petroleum)
16. Al-Dalhamiya Country Club Company
17. Al-Hadi Institution
18. Al-Kawthar
19. Al-Inmaa Engineering and Contracting SARL a/k/a Al-Inmaa Group for Engineering and Contracting a/k/a Inmaa 'Al' for Engineering and Contracting SARL
20. Al-Inmaa General Contractors SARL
21. Al-Inmaa Group for Tourism Works

13

22. Al-Inmaa for Entertainment and Leisure Projects
23. Al-Izdihar for Contracting SARL
24. Al-Jarha Association a/k/a Wounded Association a/k/a Muassasat Al-Jarha
25. Al-Jiyeh for Tourism & Construction SAL
26. Al-Mabarrat Charitable Society a/k/a Benevolent Charity Society
27. Al Madina Shipping Company LLC
28. Al Madina Travel & Swimming Company
29. Al Mansouri Real Estate Company
30. Al-Massar Real Estate SAL
31. Al-Omran SARL
32. Al-Qard al-Hassan Association a/k/a Al-Quard Al-Hassan Association; a/k/a Al-Quardh Al-Hassan Association; a/k/a. Karadh Al-Hassan
33. Al-Sirat Holding SAL
34. Al-Taaoun Medical SAL
35. Al-Yaqout Restaurant.
36. Al Yumun Real Estate Company SAL
37. Ali Ahmed Group – Holding SAL
38. Alia Company SAE.
39. Amana Plus Company SAL.
40. Amana Sanitary and Paints Company LLC ASPCO
41. Amasko Offshore SAL
42. Amigo Supermarket Ltd.
43. Anar Belgium NV
44. Arab Lebanese Trading & Contracting Company
45. Aramoun 1506 SAL
46. Arch Consulting SARL
47. Assaha International Group (Offshore) SAL
48. Assaha Travel and Tourism SARL
49. Atlas Holding SAL
50. Atlas for Trade and Industry Ltd.
51. ASA Diam NV
52. ASA International
53. Atilla SAL
54. Aya SAL Offshore
55. Bank Saderat
56. Bayt al-Mal a/k/a Bayt al-Mal Lil Muslimeen.
57. Beirut Diam SAL
58. Beirut Gem SAL
59. Beirut Trade SAL.
60. Best Diamond House DMCC

14

61. Béton Plus SAL.
62. Béton Liban SARL (a/k/a BL SARL)
63. Bexley Way General LCC
64. B.I. Group Holding SAL
65. Blue City SAL
66. Blue Star Diamonds a/k/a Blue Star Diamond Offshore SAL
67. BMI 482 SAL
68. Bream Star Line SAL Offshore
69. Builders International SAL
70. Caesars Park Hotel
71. Capital SAL
72. Car Care Center a/k/a CCC a/k/a Car Care Center Company a/k/a Mikalab SARL
73. Car Escort Services (Offshore) SAL a/k/a Car Escort Services SAL Offshore
74. Cedar Gems SARL
75. Central Motors SPRL
76. Centrum Mark SAL
77. Cheaito Group SARL
78. City Food Company SARL
79. City Park SARL
80. City Pharma SARL
81. Cleany & Company SARL
82. Company for Development and Prosperity
83. Compass Insurance Company SAL
84. Compu House SARL
85. Congo Diam SPRL.
86. Congo Futur SPRL
87. Cooperative Al-Wafaa SARL
88. Damour 850 SAL
89. DARCO a/k/a DARCO Safi Darwish and Partners
90. Dbouk International for Printing and General Trading
91. Debbiye 143 SAL
92. Development Studies SARL
93. Diamonds Forever SAL
94. Distributions and Agencies Company SAL
95. DITREX Diamonds DMCC
96. E.B.D. Group Holding SAL
97. EBD Teltac (Offshore) SAL
98. Echogem
99. Egimex NV

100. Elissa Company
101. Elissa Exchange Co. SARL
102. Elissa Group SA
103. Elissa Holding SAL
104. Elissa Megastore
105. Elissa Park Cotonou/Elissa Car Park
106. Enmaa Dalhamiya Company SAL a/k/a Delhamieh Development, a/k/a Deliku
107. ETCIMEX
108. Energy Engineers Procurement and Construction
109. Euro African Group Ltd.
110. European & African Society of Investments & Export
111. Ezzideen Diamonds BVBA
112. Family House SARL
113. Family Park SARL
114. Fantasy World SARL
115. Farah Trading Company for Iron & Building Materials SAE
116. Farah Travels Company SARL a/k/a Farah Company for Tourism
117. Farah Tyre Company
118. Fastlink SAL
119. Fayed Exchange Co.
120. Frand Trading Est Company
121. Fun World Company SAL a/k/a Aalam al-Marah Co SAL
122. G & S Diamonds a/k/a G&S Diamond FZE
123. Galaxy Flame Trading SAL Offshore
124. GAM Petroleum
125. Gas Transport and Storage SARL
126. Gebaa 2480 SAL
127. General Investment Co SARL
128. Global Cleaners SARL
129. Global Electrical Group Holding SAL
130. Global Supply and Consultancy SAL Offshore
131. Global Trading Group NV
132. Global Touristic Services SAL "GTS"
133. Golden Eye Trading Ithalat Ihracat Ltd
134. Golden Hall
135. Golden Square SAL
136. Golfrate Holdings (Angola) LDA
137. Goodwill Charitable Organization a/k/a Educational Development Association a/k/a Al-Shahid Social Association

16

138. Gresco for Contracting and Trading Company SARL
139. Grupo Arosfran Empreendimentos E Participacoes SARL a/k/a Grupo Arosfran
140. Halawi Exchange
141. Halawi Holding SAL
142. Halawi Investment Trust SAL
143. Halawi Real Estate SAL
144. Halawi Trading & Contracting Est
145. Hassan Ayash Exchange Company
146. Hijazi Trading Establishment
147. Hoda for Touristic Services & Management Holding SAL
148. Hyram Maritime SAL
149. Ideal Development I.D. SAL
150. Imam Khomeini Relief Committee a/k/a Islamic Charitable Emdad Committee a/k/a Imam Khomeini Relief Organization a/k/a Islamic Charity Emdad a/k/a Islamic Emdad Charitable Committee a/k/a Comite Islamique Daides Et De Biem Liban a/k/a Imam Khomeiny Aid Committee a/k/a Imdad Islamic Association Committee for Charity a/k/a Islamic Charity Emdad Committee a/k/a Emdad Assistance Foundation a/k/a Emdad Committee for Islamic Charity a/k/a Imdad Committee for Islamic Charity a/k/a Imdad Association of the Islamic Philanthropic Committee a/k/a Al-Imdad a/k/a Imam Khomeini Support Committee a/k/a Imam Khomeini Emdad Committee a/k/a Imam Khomeini Imdad Committee a/k/a Komite Emdad Emam a/k/a Imam Khomeini Foundation a/k/a Khomeini Social Help Committee a/k/a Khomeini Charitable Foundation
151. Imperial Heals SAL
152. Info Trust SAL
153. Info Trust SARL
154. Inter Aliment SAL Offshore
155. Interafrica Trading Company ITC SAL Offshore a/k/a ITC
156. International Contractors and Developers SAL
157. International Group Holding SAL
158. Investment Group for Construction and Development SAL
159. Iqaruna (Holding) SAL
160. Iqaruna Projects and Development Holding
161. Islamic Resistance Support Organization a/k/a IRSO a/k/a Islamic Resistance Support Association, Hay'at Da'am al-Muqawama al-Islamiya Fi Lubnan a/k/a Hayat Al-Dam Lil-Muqawama Al-Islamiya
162. Jihad al-Bina a/k/a Jihad Al Binaa a/k/a Jihadu-I-Binaa a/k/a Construction for the Sake of The Holy Struggle a/k/a Construction Jihad a/k/a Struggle

for Reconstruction a/k/a Jihad Construction Institution a/k/a Jihad Construction Foundation a/k/a Jihad-Al-Binaa Association a/k/a Holy Construction Foundation a/k/a Jihad Construction

163. Kairaba Supermarket a/k/a Kairaba Shopping Centre
164. Kassem Rmeiti & Company for Exchange a/k/a Rmeiti Exchange
165. K.I. Group SAL Offshore
166. King Charcoal SARL
167. King Company for Manufacturing Trading Building Materials SARL
168. Kohinoor SAL
169. Kosmeo Limitada
170. L'ambiance de Rêve SARL
171. La National SAL
172. La Voile Sur Mer SARL
173. Leaders of Supply & Products (Offshore) SAL
174. Lebanese-Arab Company for Touristic Services SARL
175. Lebanese Bread & Confectionery Company SAL
176. Lebanese Communication Group
177. Lebanese Development & Investment Company LLC
178. Lebanese Printing Company SAL a/k/a Dar al-Farabi SAL
179. Lebanese Real Estate Development & Investment Company SAL
180. Madan Tourism Projects Company SAL
181. Madina SAL Offshore
182. MAH Auto
183. Maher Trading and Construction Company a/k/a Maher Trading and Engineering a/k/a Maher Company
184. Maritime City Company
185. Martyrs Foundation a/k/a Shahid Foundation, a/k/a Mua'assasat al-
186. Shahid a/k/a Ashahid a/k/a Aschahid Association a/k/a Hizballah Martyrs Foundation a/k/a Lebanese Martyr Foundation a/k/a Al-Mua'assat Al-Shahid a/k/a Al-Shahid Foundation a/k/a Al-Shahid Charitable and Social Organization a/k/a Al-Shahid Organization a/k/a Lebanese Martyr Association a/k/a Islamic Revolution Martyrs Foundation a/k/a Martyrs Institute
187. Matrix (Offshore) SAL
188. Meamar Company for Engineering and Development SARL
189. Mecattaf SAL
190. Mecattaf Holding SAL
191. Mectafinance AG
192. Mectapharm SAL
193. Mecattaf Trading Co SAL

194. Mecatafonciere SAL
195. Medical Aid (Offshore) SAL a/k/a MEDAID
196. Medical Cooperation Co SAL a/k/a Al Taaoun Medical SAL a/k/a Al Khiam Hospital SAL a/k/a Al Khiyam Hospital
197. Medical Equipments and Drugs International Corporation SAL "MEDIC"
198. Metro Trading Company, Metro Trading SARL, and Metro Trading Company Offshore SAL
199. Mercury 3670 SARL
200. Mercury Development Group (Holding) SAL
201. Mercury Development Offshore SAL
202. Metropolitan Security SAL
203. MGM Construction SAL
204. Millenium Diamond SPRL
205. Millennium Diamond Offshore SAL
206. Minocongo SPRL
207. Mirage for Engineering and Trading
208. Mirage for Waste Management and Environmental Services SARL
209. Mirath SAL
210. Monte Carlo Beach Company SAL
211. National Crushers Company SAL
212. Nest Contracting Company SAL
213. New All Pharma SARL
214. New Land SARL
215. New Line Exchange Trust Company SAL
216. New Roads Company SARL
217. New Roads SARL
218. Noumayriye 1057 SAL
219. Nour Holding SAL
220. Nura Palace SAL
221. Oil and Gas Consulting Services SAL Offshore
222. One Globe Operator SAL Holding
223. Ovlas Trading SA
224. Ovlas Trading SAL (Offshore)
225. Pain Victoire a/k/a Société Générale des Pains a/k/a Pains Victoire a/k/a Pan Victoire a/k/a Société Générale Des Pains SPRL a/k/a Société Générale De Pain a/k/a Bread Victory
226. Paloma Group SAL
227. Phoenicia Shipping Offshore SAL
228. Platinum Residence a/k/a Muhammad Bdeir and Co.
229. Premier Investment Group SAL Offshore

19

230. Prime Bank (The Gambia)
231. Primeira Gema Comercio Importacao e Exportacao Ltda
232. Primo International NV and Primo International SAL Offshore
233. Primogems, Primogems SPRL, and Primo-Gem SPRL
234. Pure Diam DMCC SAL Offshore
235. R 2679 Real Estate SAL
236. R and I Real Estate SAL
237. Rana K. Holding SAL
238. Ras Beirut 1442 SAL
239. Rayan Foods.
240. Rayan (Offshore) LLC
241. REEM Pharmaceutical SAL
242. Rifieh Pour L'amélioration a/k/a Rural Real Estate Improvement SARL)
243. Rilton Traders and Rilton Traders FZCO
244. Rmeiti Group SAL Offshor
245. Rmeiti Exchange a/k/a Qassim Remiti & Co. for Exchange a/k/a Kassem Rmeiti & Co. for Exchange
246. Romagro Cereal SRL
247. Safrimex SPRL
248. Salasko Offshore SAL
249. SAM Diamonds
250. Sanabel for Urban Studies and Architectural Design SAL
251. Sanovera Pharm Company SARL
252. Sea & Palm SARL
253. Seasons Corporation for Agricultural Projects and Services SARL
254. Seguibat SA
255. Shahed Pharm Drugstore SARL
256. Shams Exchange Company - Ali Muhammad Shams and Partners a/k/a Shams Company for Exchange Ali Mohammed Shams & Partners a/k/a Ali Mohamed Chams & Partner a/k/a Ali Mohamed Chams And Partner a/k/a Chams Exchange.
257. Sierra Gem Diamonds NV
258. Signum International Holding SAL
259. S.I.M. SAL Offshore
260. Sky Star
261. Soafrimex BV
262. Société Allure SARL
263. Société de Construction et de Financement a/k/a Socofi.
264. Société Financière de Banque SARL a/k/a Sofibanque.
265. Société Foncière Al Ghaba SAL

266. Société Orientale Libanaise d'Investissement et Développement SAL "SOLID"
267. Société Rmeiti SARL a/k/a STE Rmeiti
268. Socimex SPRL
269. Socitrans
270. Soficom SPRL
271. SOGEAC SPRL
272. SOL – MAR SARL
273. Solmar Offshore SAL
274. Sourans Diamonds
275. Spectrum International Investment Holding SAL
276. Spectrum Investment Group Holding SAL
277. Spectrum (Offshore) SAL
278. Spider Group SAL
279. Stars Communications Ltd.
280. Stars Communications (Offshore) SAL
281. Stars Group Holding SAL
282. Stars International Ltd.
283. STE Rmeiti
284. Tajco Company Ltd. a/k/a Tajco Company SARL a/k/a Tajco Company LLC
285. Tajco Company SAE
286. Tajideen Building and Construction Enterprise a/k/a Tajideen Establishment for Building & Construction
287. Team 5 (Holding) SAL
288. Technoplast Industrial & Trading Company SARL
289. Teleserve Plus SAL
290. Teltac Worldwide Incorporated (Offshore) SAL
291. Terina Jewelry SARL
292. The New Millennium for Middle East and Africa SAL
293. Trade Point International SARL
294. Trading Development Company SARL
295. Tradium Holding SAL
296. Trans-Gazelle SPRL a/k/a Transgazelle a/k/a Trans Gazelle SPRL
297. Trans-M SPRL
298. Triple A Diamonds NV, Triple A International SPRL, and Triple A Team Ltd.
299. Trust Compass Insurance SAL
300. Union Real Estate Development Company SAL
301. Unique Stars Mobile Phones LLC (UAE).
302. United Company for Insurance Services SARL

303.  United Investment Group SAL
304.  V 46 Real Estate
305.  V 55 Real Estate SAL
306.  V 58 Real Estate SAL
307.  V69 Real Estate SAL
308.  Vatech SARL
309.  Voltra Transcor Energy BVBA
310.  Waisenkinderprojekt Libanon e.V. a/k/a Orphans Project Lebanon
311.  Wanour Real Estate SAL
312.  Warka for Investment SAL Holding
313.  Wonderland Amusement Park and Resort Ltd.
314.  Yousser Company for Finance and Investment
315.  5 Rosas Comércio e Indústria Limitada SAL Offshore