# Exhibit D

| Names | CIFs | Branch | | |
|---|---|---|---|---|
| Nayef Krayem & Ali Zein | 4053223 | Haret Hreik | CLOSED | |
| Lebanese Communication Group (LCG) Al Manar TV | 4053187 | Haret Hreik | CLOSED | |
| Lebanese Communication Group (LCG) Al Nour TV | 4053832 | Haret Hreik | CLOSED | |
| Al Imdad   Philanthropic Islamic | 3551524 | Ghobeiry | CLOSED | |
| Dar Al Manar | 4053142 | Haret Hreik | CLOSED | |
| Foundation IMH Fadlallah | 4051831 | Haret Hreik | CLOSED | |
| Brotherly Family | 4053971 | Haret Hreik | CLOSED | |
| Al Bachaer | 4051828 | Haret Hreik | CLOSED | |
| Star Media (NAEF Krayem) | 4050246 | Haret Hreik | ACTIVE | |

| | | | | |
|---|---|---|---|---|
| Al Shaheed Charitable Association | 3106962 | Ghobeiry | CLOSED | |
| Association Al Mabarrates | 3103847 | Ghobeiry | LG ONLY | |
| Lycee Al Khawthar | 3104166 | Ghobeiry | CLOSED | |
| Magazine Ahmad | 3104474 | Ghobeiry | CLOSED | |
| Dar Al Hadayek | 3100364 | Ghobeiry | CLOSED | |
| Al Rassoul Al Aazam Hospital | 3107280 | Ghobeiry | ACTIVE | |
| Al Rassoul Al Aazam Technical College | 3106393 | Ghobeiry | ACTIVE | |
| Tawbeh Mohamad  Hajj Jaafa Sadek | 3110601 | Ghobeiry | WAED | 25MIO |
| Abbas Ghorayeb / Mostafa Harb / Izzat Akar | 3110206 | Ghobeiry | KARD HAS | 10MIO |
| Ahmad Yazbek & Abbas Ghorayeb & Hassan Osman | 3113806 | Ghobeiry | KARD HAS | 6.8MIO |

| Group Tajeddine | | | | |
|---|---|---|---|---|
| AFFRIMEX S.A.L. | 3555731 | Verdun | | |
| LEADERS OF SUPPLY AND PRODUCTS S.A.L. | 4457660 | Verdun | | |
| G.A.LINE(UK)LIMITED | 4457680 | Verdun | | |
| OVLAS TRADING S.A.L. OFF-SHORE | 4457701 | Verdun | | |
| HYRAM MARITIME OFF SHORE S.A.L. | 4457710 | Verdun | | |
| TAJCO S.A.R.L. | 3550007 | Verdun | | |
| ATWI AND ABBAS TRADING S.A.R.L. | 4457729 | Verdun | | |
| TRUST AND SAFTEY RE. INVESTMENT S.A.L. | 4457353 | Verdun | | |
| GALAXY S.A.L. OFF-SHORE | 4457718 | Verdun | | |
| IMPEX INTERNATIONAL LTD | 2709745 | Verdun | | |
| BREAM STAR LINE B.S.L. OFFSHORE SAL | 2709752 | Verdun | Closed | |