# Exhibit E

## بنك بيبلوس
## BYBLOS BANK

GHORAYEB ABBAS AND-OR HARB MOSTAPHA  M.O.F. Reg. 3985
  AND-OR AKAR IZZAT
RUE KAFAAT
HADATH - BAABDA-LEBANON

325.3110206.001

Following amount has been withdrawn
from your   account

CASH WITHDRAWAL

GHOBEIRY BRANCH

11:36                TT/18323/12858

USD              6,290.00

NET     USD            6,290.00

Customer's Signature                        Value:

We acknowledge that we have read and approved the terms appearing on the back of this document.

325.3110206.001GHORAYEB ABBAS.HA. CHECKSCCT    USD      6,290.00DB
USD.10001.3256                          2              6,290.00

3703 ALI-JABER ALI-JABER

Elias Sarkis Ave., Ashrafieh, Beirut, Lebanon. Tel +961 1 335200. Fax +961 1 334554. P.O.Box 11-5605 Beirut, Lebanon. Capital LBP 689,111,198,400 Fully Paid. Number in the List of Banks No.39. C.R.B. 14150 www.byblosbank.com