# Exhibit F



البث الحي | جدول البرامج | البرامج | English

خبر كاذب   29 كانون الأول 2020 - 13:27   شارك 

# مصرف ينفي وجود حسابات بإسم مؤسسة القرض الحسن لديه



أصدر بنك بيبلوس بياناً أوضح فيه ان الخبر الذي تم تداوله حول وجود حسابات بإسم مؤسسة القرض الحسن لديه هو خبر عار من الصحة ومن شأنه الحاق الضرر بالمصرف.

# Global Arabic Translation Services

الخدمات العالمية للترجمة العربية

13 Veinberg, Kfar Saba, Israel
+972 54 8349.337
www.GatsTranslations.com

## **CERTIFICATION**

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, a statement by Byblos Bank (https://www.lbcgroup.tv/news/d/fake-news/567854/Lebanon-news-lbci/ar), is a true and accurate translation of the original text from the Arabic language into English.

Date: July 7, 2022

_____
Yaniv Berman

Byblos Bank has issued an announcement clarifying that the news report that had been circulating, according to which accounts in the name of Al-Qard Al-Hasan Organization are maintained with it, is mendacious and designed to cause harm to the bank.



جدول البرامج | البث الحي | البرامج | English 

اقتصاد    30 كانون الأول 2020 - 02:13    شارك

# مصرف سوسيتيه جنرال يوضح حقيقة وجود حسابات مصرفية باسم مؤسسة القرض الحسن لديه



صدر عن مصرف سوسيتيه جنرال البيان التالي:

"مافحص التوضيح.

*حفاظاً على حقوق الملكية الفكرية يرجى عدم نسخ ما يزيد عن 20 في المئة من مضمون الخبر مع ذكر اسم موقع الـ LBCI Lebanon News الالكتروني وارفاقه برابط الخبر Hyperlink تحت طائلة الملاحقة القانونية

الإعلان



آخر الأخبار     أخبار لبنان     اقتصاد     سوسيتيه جنرال

مؤسسة القرض الحسن

الفيديوهات المقترحة



انهيار تاريخي لليورو

استرداد الودائع ... حقيقة؟ أم وهم؟

اجراء مصرفي جديد يتعلق ببطاقات الدفع...

لماذا لا يسترد القضاء الأموال المهدورة...



# Global Arabic Translation Services

الخدمات العالمية للترجمة العربية

13 Veinberg, Kfar Saba, Israel
+972 54 8349.337
www.GatsTranslations.com

## **CERTIFICATION**

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, a statement by Société Générale Bank (https://www.lbcgroup.tv/news/d/lebanon-business/567893/Lebanon-news-lbci/ar), is a true and accurate translation of the original text from the Arabic language into English.

Date: July 7, 2022

_____
Yaniv Berman

Société Générale Bank has issued the following announcement: "The management of Société Générale Bank in Lebanon wishes to declare unequivocally that no accounts in the name of Al-Qard Al-Hasan Organization have ever been maintained with it. The matter had to be clarified."