# Exhibit I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

ROBERT BARTLETT *et al*.,                          :
                                                   :
                    Plaintiffs,                    :      **Case No. 19-cv-7 (CBA)(TAM)**
                                                   :
          -against-                                :
                                                   :
SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL            :
*et al*.,                                          :
                                                   :
                    Defendants.                    :
------------------------------------------------------------------------x

## PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS

Plaintiffs in the above-captioned action, by their undersigned attorneys, and pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, hereby request that Defendants answer, in writing and under oath, within thirty (30) days of the date of service hereof, or at such other time as counsel may agree, the interrogatories set forth below.

## I.    DEFINITIONS AND INSTRUCTIONS

A.    Except as otherwise set forth herein, Plaintiffs hereby incorporate by reference all prior definitions and instructions set forth in the *Bartlett* Plaintiffs' December 31, 2021, First Request for the Production of Documents to Defendants (the "First RFP") as if fully set forth herein.

B.    "Account" includes the definition contained in U.C.C. § 4-104: any deposit or credit account with a bank, including a demand, time, savings, passbook, share draft, or like account, other than an account evidenced by a certificate of deposit. It also includes any joint or beneficial accounts.

C.    "Customer" includes the definition contained in U.C.C. § 4-104: a person or entity having an account with a bank or for whom a bank has agreed to collect items, including a bank

that maintains an account at another bank. Where accounts are or were held for the benefit, or under the control, of a person or entity listed in the exhibit attached hereto, those persons or entities are also "Customers."

D.    "Funds Transfers" means the origination of, receipt of, or other participation in, the transfer of funds, securities, or other monetary instruments or investment securities by any means, including, but not limited to, coins, currency (including bank notes), bank credits, checks, travelers checks, bank checks, money orders, shares, securities, bonds, drafts, and letters of credit, internal book entries at a branch, automated clearinghouse transactions, FEDWIRE, SWIFT, CHIPS, other wire transfers, or any other electronic means. "Funds Transfers" as used herein incorporates (but is not limited to) the definition of "electronic fund transfer" set forth in 15 U.S.C. § 1693a.

E.    "Processed" means the sending of, receipt of, or other participation in Funds Transfers, but excludes Funds Transfers which You failed or refused to execute.

F.    "Specially Designated Narcotics Trafficker" means foreign persons designated by the Secretary of the Treasury because they are found to be materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of a specially designated narcotics trafficker as set forth in 31 CFR § 598.314.

G.    "Specially Designated Global Terrorist" means individuals or entities designated pursuant to Executive Order 13224.

H.    No interrogatory shall be left unanswered merely because an objection is made to another part of the interrogatory.

I.    If any interrogatory cannot be answered in full after exercising due diligence to secure the information to do so, answer the interrogatory to the extent possible, specifying any

inability to answer the remainder of any such interrogatory and stating all information or knowledge presently available concerning the unanswered portion of said interrogatory.

J.      If any interrogatory demands an answer that is withheld on the basis of a claim of privilege, work product or any other reason, (i) answer any portion of the interrogatory that is not subject to such a claim and indicate with specificity and particularity the basis of said withholding; and (ii) provide the information required by Rule 26.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Local Rules").

K.      The interrogatories herein shall be deemed continuing in nature, and if any information is obtained between the time that answers are supplied and the time of trial, supplemental or amended answers must be made in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

L.      For those interrogatories that request a "total dollar value" for Funds Transfers, if transfers were processed in currencies other than U.S. dollars, You may compute non-U.S. dollar denominated transfers by separately listing the total amounts of those transfers in the currency used to execute the transaction (*e.g.*, Lebanese Pounds, Euros, Sterling).

## II.    <u>INTERROGATORIES</u>

1.      State the total number of Accounts You held for the Specially Designated Global Terrorists and Specially Designated Narcotics Traffickers listed on <u>Exhibit A</u> during the period between January 1, 2003, and December 31, 2011, regardless of whether the person or entity was designated at the time You held the Accounts.

2.      State the total number of Accounts You held for the Specially Designated Global Terrorists and Specially Designated Narcotics Traffickers listed on <u>Exhibit A</u> more than sixty (60) days after the date of designation of those individuals or entities by the United States government

through December 31, 2021.

3.      State the total number of Funds Transfers You Processed for the Specially Designated Global Terrorists and Specially Designated Narcotics Traffickers listed on <u>Exhibit A</u> from the date of designation of those individuals or entities by the United States government through December 31, 2011.

4.      State the total number of Funds Transfers You Processed for the Specially Designated Global Terrorists and Specially Designated Narcotics Traffickers listed on <u>Exhibit A</u> from the date of designation of those individuals or entities by the United States government through December 31, 2021.

5.      State the total dollar value of all Funds Transfers You Processed for the Specially Designated Global Terrorists and Specially Designated Narcotics Traffickers listed on <u>Exhibit A</u> from the date of designation of those individuals or entities by the United States government through December 31, 2011.

6.      State the total dollar value of all Funds Transfers You Processed for the Specially Designated Global Terrorists and Specially Designated Narcotics Traffickers listed on <u>Exhibit A</u> from the date of designation of those individuals or entities by the United States government through December 31, 2021.

7.      State the total number of occasions up until the present, upon which You disclosed Customer information to a government other than the government of Lebanon, or to a representative of a government other than the government of Lebanon, without obtaining prior consent from the Customer or obtaining the prior consent of Lebanese authorities before making the disclosure.

Dated: June 9, 2022
      Hackensack, New Jersey

By:   <u>/s/ Ari Ungar</u>
      **OSEN LLC**
      Ari Ungar, Esq.
      Michael Radine, Esq.
      Aaron Schlanger, Esq.
      Dina Gielchinsky, Esq.
      190 Moore Street, Suite 272
      Hackensack, NJ 07601
      Tel: (201) 265-6400

      **TURNER & ASSOCIATES, P.A.**
      Tab Turner, Esq.
      4705 Somers Avenue, Suite 100
      North Little Rock, AR 72116
      Tel: (501) 791-2277

      **MOTLEY RICE, LLC**
      Michael Elsner, Esq.
      John M. Eubanks, Esq.
      28 Bridgeside Boulevard
      Mount Pleasant, SC 29465
      Tel: (843) 216-9000

      Attorneys for Plaintiffs

## EXHIBIT A

1) Yusuf Aasi a/k/a El Yusuf Abd al-Rida Asi a/k/a Sheikh Yusuf Aasi a/k/a Youssef Abdel Rida Assi (يوسف عبد الرضى عاصي)

2) Nazim Said Ali Ahmad a/k/a Nazim Ahmad a/k/a Nazem Ibrahim Ahmad a/k/a Nazim Sa'id Ali Ahmad a/k/a Nazem Saeed Ahmad a/k/a Nizam Saed 'Ali Ahmed a/k/a Nazem Saied Ahmad (ناظم سعيد علي احمد)

3) Ezzat Youssef Akar a/k/a Izzat Akar a/k/a Izzat Youssef Akar a/k/a Izzat Yusif Akkar

4) Yahya Muhammad al-Abd-al-Muhsin a/k/a Abd-al-Muhsin a/k/a Yahya Muhammad Alabdulmohsen a/k/a Yahya Muhammad Al-Abd-Al-Mushin a/k/a Yahya Muhammad Al-Abu Haydar a/k/a Yahya Sayyid (يحيى محمد العبد المحسن)

5) Qasim Aliq a/k/a Qassem Aliq a/k/a Kassem Aleik a/k/a Hajj Qasim Aliq a/k/a Qasem Aliq a/k/a Qasim Ulayq a/k/a Qasem Mahmud Aliq (قاسم محمود عليق)

6) Muhammad Abdallah al-Amin a/k/a Mohamed Abdullah al-Ameen a/k/a Mohammad al-Amin a/k/a Muhammad Abdallah Alamin a/k/a Muhammed El Amine a/k/a Mohamed Abdalla Amine (محمد عبد الله الامين)

7) Ibrahim al-Amin al-Sayyed a/k/a Ibrahim Amin al-Sayid a/k/a Ibrahim Amin Sayyed a/k/a Ibrahin al-Amin (ابراهيم امين السيد)

8) Ali Reda Hassan Al-Banai a/k/a Ali Reda Hassan Albanai a/k/a Ali Ridha Hasan Albanai a/k/a Ali Ridha Hasan Al-Banai a/k/a Ali Reda Hassan Al-Banay a/k/a Ali Ridha Hassan Al-Banay a/k/a Ali Reda Hassan Al-Bani a/k/a Ali Ridha Hassan Al-Bani a/k/a Ali Reda Hassan Al-Bannay a/k/a Ali Ridha Hassan (علي رضا حسن البناى)

9) Sulaiman Al-Banai a/k/a Sulaiman Abdulkaliq Al-Banai a/k/a Sulayman Abd-al-Khaliq Al-Banai a/k/a Sulaiman Albanai a/k/a Sulaiman Abdulkaliq Albanai a/k/a Sulayman Abd-al-Khaliq Al-Albanai

10) Hasan Jamal al-Din a/k/a Hassan Jamaleddine

11) Muhammad Amin Badr al-Din a/k/a Muhammad Badr-Al-Din a/k/a Mohamed Badreddine a/k/a Mohammed Badreddine (محمد امين بدر الدين)

12) Hussein al-Khalil a/k/a Husayn Al-Khalil a/k/a Hussein el-Khalil (حسين ألخليل)

13) Hussein Ali Muhammad al-Shami a/k/a Husayn al-Shami a/k/a Husayn Shaimi a/k/a Husayn Shamai a/k/a Husayn Shamy a/k/a Husayn Al-Shamy a/k/a Husayn Ashami a/k/a Haj Husayn Al-Shami (حسين الشامي)

14) Shibl Muhsin Ubayd al-Zaydi a/k/a Shebl Mohsen Al Zaidi a/k/a Shibl Muhsin Ubayd Al-Zadi a/k/a Hajji Shibl Muhsin Al-Zaydi a/k/a Shibl Muhsin 'Ubayd Al-Zaydi a/k/a Mahdi Ja'far Salih (شبل محسن عبيد الزيدي)

15) Issam Amhaz a/k/a Issam Mohamed Amhaz a/k/a 'Isam Amhaz (عصام محمد امهز)

16) Kamel Muhammad Amhaz a/k/a Kamel Mohamed Amhaz a/k/a Kamel Amhaz a/k/a Kamel Al-Amhaz a/k/a Kamil Amhaz (كامل محمد امهز)

17) Meghdad Amini (مقداد اميني)

18) Ibrahim 'Aqil a/k/a Ibrahim Mohamed Aqil a/k/a Ibrahim Mohammed Akeil a/k/a Ibrahim 'Akil a/k/a Ibrahim 'Aqil (ابراهيم محمد عقيل)

19) Sultan Khalifa As'ad a/k/a Hajj Sultan Asaad a/k/a Sultan Assad a/k/a Sultan Khalife Assad (سلطان خليفة أسعد)

20) Nabil Mahmoud Assaf a/k/a Nabil Assaf a/k/a Nabil Muhammad Assaf (نبيل محمود عساف)

21) Saleh Ali Assi a/k/a Salih Ali Assi a/k/a Salah Assi a/k/a Saleh Ali Asi a/k/a Salih Ali Asi a/k/a Salah Ali Asi (صالح علي عاصي)

22) Hassan Muhammad Hasan Ayash a/k/a Hassan Muhammad Hassan Ayyash a/k/a Hasan Muhammad Hasan Ayash a/k/a Hassan Mahmoud Ayache (حسان محمد حسن عياش)

23) Muhammad Ibrahim Bazzi a/k/a Mohammad Ibrahim Bazzi a/k/a Muhammad Ibrahim Bazzi a/k/a Muhammad Bazzy (محمد ابراهيم بزي)

24) Qassem Muhammad Ali Bazzi a/k/a Kassem Mohamad Ali Bazzi a/k/a Qassem Mohammed Ali Bazi a/k/a Qasim Mohammed Ali Bazzi a/k/a Qasim Muhammad Ali Bazzi (قاسم محمد علي بزي)

25) Wa'el Muhammad Bazzi a/k/a Wa'il Muhammad Bazzi a/k/a Wael Bazzi (وائل بزي)

26) Ali Youssef Charara a/k/a Ali Youssef Sharara a/k/a 'Ali Yusuf Sharara (علي يوسف شراره)

27) Adel Muhammad Cherri a/k/a Adel Mohamad Cherri a/k/a Adel Muhammad Sherri a/k/a Adel Muhammad Shary (عادل محمد شري)

28) Amin Muhammad Cherri a/k/a Amin Muhammad Shary a/k/a Amin Shari a/k/a Amin Shary a/k/a Amin Muhammad a/k/a Ameen Shiri a/k/a Amin Shirri a/k/a Amin Shiri (أمين محمد شري)

29) Ibrahim Ali Daher a/k/a Ibrahim Ali Dahir (إبراهيم علي ضاهر)

30) Hasan Dehghan Ebrahimi a/k/a Hasan Dahqan Ibrahimi a/k/a Hassan Dehghan Ebrahimi a/k/a Hassan Dahqan Ibrahimi (حسن دغهان الابر هيمي) and (حسن دهقان إبراهيمي)

31) Hamdi Zaher El Dine a/k/a Hamdi Zahreddine a/k/a Hamdi Zaher al-Din a/k/a Hamdi Jamil Zaher al-Din (حمدي جميل زهر الدين)

32) Hussein Ali Faour a/k/a Hussein Ali Fa'ur a/k/a Husayn Ali Fa'ur a/k/a Husayn Ali Faour a/k/a Housein Ali Faour (حسين علي فاعور)

33) Muhammad Abd-al-Amir Farhat a/k/a Muhammad 'Abd-al-Amir Farhat a/k/a Mohammad Farhat a/k/a Mohammad Abdul Amir Farhat (محمد عبد الامير فرحات)

34) Fouzi Reda Darwish Fawaz a/k/a Fawzi Reda Fawaz a/k/a Fawzy Fawaz a/k/a Fawzi Fawwaz a/k/a Fowzy Fawaz a/k/a Fawzy Reda Darwish-Fawaz (فوزي رضا درويش فواز)

35) Mustafa Reda Darwish Fawaz a/k/a Mustapha Reda Darwish Fawaz a/k/a Mustapha Reda Darwish Fawaz a/k/a Moustafa Reda Darwish-Fawaz a/k/a Mustafa Fawwaz a/k/a Mustapha Fawaz a/k/a Mustapha Rida Darwich Fawaz a/k/a Mostafa Reda Darwich Fawaz a/k/a Mustapha Rhoda Darwich Fawaz a/k/a Mustafa Fawaz a/k/a Mustafa Darwish Fawaz a/k/a Moustapha Fawaz (مصطفى رضا درويش فواز)

36) Abbas Hassan Gharib a/k/a Abbas Ghorayeb (عباس حسن غريب)

37) Hasib Muhammad Hadwan a/k/a Hasib Hadwan a/k/a Hajj Zein a/k/a Hajj Mustafa Zayn (الحاج زين) and (حسيب محمد حدوان)

38) Talal Hamiyah a/k/a Talal Husni Hamiya (طلال حسني حمية)

39) Abbas Hussein Harb a/k/a Abbas Husayn Harb (عباس حسين حرب)

40) Ali Hussein Harb a/k/a Ali Houssein Harb a/k/a Ali Husayn Harb

41) Chekri Harb a/k/a Chekri Mahmoud Harb a/k/a Shekry Harb (شكري محمود حرب)

3

42)  Khalil Yusif Harb a/k/a Hajj Ya'taqad Khalil Harb a/k/a Mustafa Khalil Harb a/k/a
     Sayyid Ahmad a/k/a Abu Mustafa a/k/a Khalil Yusuf (خليل يوسف حرب)

43)  Mostafa Habib Harb a/k/a Mustafa Habib Harb a/k/a Mustapha Harb
     (مصطفى حبيب حرب)

44)  Youssef Hashim a/k/a Yusuf Hashem a/k/a Yusef Hashem a/k/a Sayyid Sadiq a/ka/
     Hajji Sadiq a/k/a Yusef Hashim a/k/a Yusif Hashim (يوسف هاشم)

45)  Muhammad Haydar a/k/a Muhammad Ali Haydar a/k/a Mohamad Ali Haidar a/k/a
     Abu Ali Haydar

46)  Kassem Hejeij a/k/a Kassem Muhammad Hejeij a/k/a Kassem Hajij a/k/a Kassem
     Hujayj a/k/a Qassem Hejeij a/k/a Qasem Hejeij a/k/a Qasim Hejeij a/k/a Qassim
     Hejeij a/k/a Qassim Hajij a/k/a Qasem Hajij a/k/a Qasim Hajij a/k/a Qassim Hajij
     a/k/a Qassem Hujayj a/k/a Qasem Hujayj a/k/a Qasim Hujayj a/k/a Qassim Hujayj
     a/k/a Qasim Muhammad Hujayj (قاسم محمد علي حجيج)

47)  Talib Husayn Ali Jarak Ismail a/k/a Talib Hussein Ali Jarak Ismail a/k/a Talib
     Husayn 'Ali Jarak Ismai'l a/k/a Taleb H. A. J. Esmael (طالب حسين علي جارك إسماعيل)

48)  Anwar Saied Joumaa a/k/a Anwar Said Joumaa a/k/a Anwar Sa'id Joumaa
     (انور سعيد جمعه)

49)  Ayman Saied Joumaa a/k/a Ayman Said Joumaa a/k/a Aiman Said Jomaa Kharfan
     a/k/a Ayman Sa'id Joumaa a/k/a Aiman Joumaa a/k/a Eiman Joumaa a/k/a Ayman
     Joumaa a/k/a Aymen Joumha a/k/a Aymen Saied Jomaa (ايمن سعيد جمعة)

50)  Mohamad Saied Joumaa a/k/a Mohamad Said Joumaa a/k/a Mohamad Sa'id
     Joumaa a/k/a Muhammad Said Joumaa (محمد سعيد جمعة)

51)  Muhammad al-Mukhtar Fallah Kallas a/k/a Muhammad al-Mukhtar Kallas a/k/a
     Mohamad El Mokhtar Kallas a/k/a Mohamed Kallas (محمد فلاح المختار كلاس)

52)  Ali Karaki a/k/a Muhammad 'Ali Karaki a/k/a Abu Al-Fadl a/k/a Muhammad
     Karaki (علي كركي)

53)  Adnan Hussein Kawtharani a/k/a Adnan Mahmud Kawtharani a/k/a Adnan
     Kutherani a/k/a Adnan Kawthrani a/k/a Adnan Kawthrani a/k/a Adnan Al-
     Kawtharani (عدنان حسين كوثراني)

54)  Muhammad Kawtharani a/k/a Muhammad al-Kawtharani a/k/a Jafar Al-
     Kawtharani a/k/a Mohammad Kawtharani a/k/a Muhammad Kawtarani
     (محمد كوثراني)

55)  Ali Muhammad Kharrubi a/k/a Ali Mohamed Kharroubi a/k/a Ali Kharoubi
     (علي محمد خروبي)

4

56) Jamal Muhammad Kharrubi a/k/a Jamal Muhammad Kharroubi a/k/a Jamal Mohamad Kharoubi a/k/a Jamal Mohamed Kharoubi (جمال محمد خروبي)

57) Muhammad Yusuf Ahmad Mansur a/k/a Sami Hani Shihab a/k/a Salem Bassem Sami a/k/a Jamal Hani Hillawi a/k/a Muhammad Yusuf Mansur Sami Shihab a/k/a Mohammad Yousef Mansour a/k/a Mohammad Youssef Mansour a/k/a Muhammad Yusuf Mansur a/k/a Mohammad Yusuf Ahmad Mansur a/k/a Muhammad Yusif Ahmad Mansur a/k/a Sami Shehab a/k/a Sami Shihab a/k/a Hani Halawi (محمد يوسف احمد منصور)

58) Razi Musavi a/k/a Hosein Razi Musavi a/k/a Hussein Razi Musavi

59) Hasan Nasrallah a/k/a Hassan Abd-al-Karim Nasrallah (حسن نصر الله)

60) Muhammad Mustafa Nur-al-Din a/k/a Mohamad Noureddine a/k/a Muhammad Noureddine (محمد مصطفى نور الدين)

61) Hasan Chehadeh Othman a/k/a Hassan Osman a/k/a Hassan Shehadeh Othman a/k/a Hassan Uthman

62) Naim Qassem a/k/a Sheikh Naim Qassem a/k/a Naim Qasim a/k/a Naim Kassem a/k/a Na'im Kasem

63) Ali Qassir a/k/a Ali Ghasir a/k/a Ali Ghassir a/k/a Ali Kassir a/k/a Ali Qasir a/k/a Ali Abd-Al-Rahman Qasir a/k/a Naser Ghasemi (علي عبد الرحمن قصير)

64) Ali Muhammad Qansu a/k/a Ali Muhammad Kanso a/k/a Ali Muhammad Kansou a/k/a Ali Mohamed Kanso a/k/a Ali Mohamed Kansou a/k/a Ali Qansu (علي محمد قانصو)

65) Jihad Muhammad Qansu a/k/a Jihad Muhammad Kanso a/k/a Jihad Muhammad Kansou a/k/a Jihad Qansu a/k/a Jihad Kanso a/k/a Jehad Qansawh a/k/a Jehad Kansu, Jehad Kanso a/k/a Jehad Qanso a/k/a Jehad Mohamed Kanso a/k/a Jihad Mohamad Kansou a/k/a Jihad Mohamad Kanso a/k/a Jihad Kansou a/k/a Jehad Mohamed Kanso (جهاد محمد قانصو قانصو)

66) Abd-al-Munim Al-Qubaysi a/k/a Abd Al Menhem Qubaysi a/k/a Abd al-Mun'im al-Qubaysi a/k/a Abd al-Mumin Qubaysi a/k/a Abd Al Menhem Kobeissi a/k/a Abd Al Menhem Qubaysi a/k/a Abd Al Munhim Kubaysy a/k/a Abdul Menhem Kobeissy a/k/a Abdul Menhem Kobeissi a/k/a Abdel Menhem Kobeissi (عبد المؤمن القبيسي؛ عبد المنعم القبيسي)

67) Tony Saab a/k/a Tony Butrus Saab a/k/a Tony Boutros Saab a/k/a Tony Sa'b a/k/a Tony Butrus Sa'b a/k/a Tony Boutrous Sa'b (طوني بطرس صعب)

5

68) Abdul Latif Saad a/k/a Abdul Latif Sa'ad a/k/a Abd-al-Latif Sad (عبد اللطيف سعد)

69) Issam Ahmad Saad a/k/a Issam Ahmad Sa'ad a/k/a Isam Ahmad Saad a/k/a Isam Ahmad Sad a/k/a Isam Ahmad Sa'ad (عصام احمد سعد)

70) Wafiq Safa a/k/a Wafic Safa a/k/a Wafiq Abd al-Hussein Safa a/k/a Wafiq Abdul Hussein Safa a/k/a Wafiq 'Abd-al-Husayn Safa a/k/a Wafiq Ahmad Safa a/k/a Wafik Ahmed Safa a/k/a Hessam Badr al-Din a/k/a Hessam Badreddine a/k/a Ali Wahib al-Zayn a/k/a Ali Waheb al-Zein (وفيق صفا)

71) Abdallah Ali Safieddine a/k/a Abdallah Safi-Al-Din a/k/a Abdullah Safieddine a/k/a Abdullah Safi-Al-Din (عبد الله علي صفي الدين)

72) Hashem Safieddine a/k/a Hashem Safi Al-Din a/k/a Hashem Safi A-Din a/k/a Hashim Safi Al Din a/k/a Hashim Safi Al-Din a/k/a Hashim Safieddine (هاشم صفي الدين)

73) Kassem Mohamad Saleh a/k/a Qasim Saleh a/k/a Qasem Saleh a/k/a Qassem Salah a/k/a Kassim Muhammad Saleh (قاسم محمد صالح)

74) Ali al-Sha'ir a/k/a Ali al-Shaeir

75) Kassem Muhammad Shams a/k/a Qassim Muhammed Shams a/k/a Qassem Muhammed Shams a/k/a Kassem Muhammad Chams a/k/a Qassim Muhammed Chams a/k/a Qassem Muhammed Chams a/k/a Hajj Kassem Shams (قاسم محمد شمس)

76) Hassan Shateri a/k/a Hussam Khoshnevis a/k/a Hessam Khoshnevis a/k/a Hesam Khosh-Nevis a/k/a Hesaam Khosh-Nevis a/k/a Hesam Khoshnevis a/k/a Hassan Khoshnvis a/k/a Hussam Khosh a/k/a Hussam Khouchnoyess (حسام خوش نويس, حاج حسين شاطرى, مهندس حسام خوشنويس) a/k/a (حسن شاطرى)

77) Jamal Husayn Abd Ali Abd-al-Rahim al-Shatti a/k/a Jamal Hussein Abd Ali Abd-al-Rahim al-Shatti

78) Ibrahim Shibli a/k/a Ibrahim Chibli a/k/a Ibrahim Chebli (ابراهيم شبلي شبلي)

79) Fu'ad Shukr a/k/a Fu'ad Chakar a/k/a Al Hajj Mohsin

80) Adham Hussein Tabaja a/k/a Adham Tabajah a/k/a Adham Husayn Tabaja a/k/a Adham Husayn Tabajah (ادهم حسين طباجة)

81) Hassan Hussein Tabaja a/k/a Hassan Hussein Tabajah (حسن حسين طباجة)

82) Ali Muhammad Tajideen a/k/a Ali Muhammad Taj al-Din a/k/a Ali Muhammad Tajeddine a/k/a Ali Muhammad Tajudeen (علي تاج الدين)

83) Kassim Muhammad Tajideen a/k/a Kassim Muhammad Taj al-Din a/k/a Kassim Muhammad Tajeddine a/k/a Kassim Muhammad Tajudeen a/k/a Kassem Muhammad Tajideen a/k/a Kassem Muhammad Taj al-Din a/k/a Kassem Muhammad Tajeddine a/k/a Kassem Muhammad Tajudeen a/k/a Qassim Muhammad Tajideen a/k/a Qassim Muhammad Taj al-Din a/k/a Qassim Muhammad Tajeddine a/k/a Qassim Muhammad Tajudeen a/k/a Qassem Muhammad Tajideen a/k/a Qassem Taj al-Din a/k/a Qassem Muhammad Tajeddine a/k/a Qassem Muhammad Tajudeen a/k/a Qassei Taj al-Din a/k/a Qassei Muhammad Taj al-Din a/k/a Qassei Muhammad Tajeddine a/k/a Qassei Muhammad Tajudeen (قاسم تاج الدين)

84) Ahmad Mohamad Yazbeck a/k/a Ahmah Yazbeck a/k/a Ahmad Yazbek (احمد محمد يزبك)

85) Muhammad Yazbek a/k/a Muhammad Yazbeck a/k/a Mohammed Yazbik a/k/a Hosein Assaf a/k/a Mohammad Yazbeck a/k/a Mohammad Yazbeck a/k/a Muhammad Yazbick a/k/a Muhammad Yazbak a/k/a (محمد يزبك)

86) Ismael Mohammed Youssef (اسماعيل محمد يوسف)

87) Ziyad Muhammad Youssef a/k/a Ziad Muhammad Yusef a/k/a Ziad Mohammad Youssef (زياد محمد يوسف)

88) Mohammad Reza Zahedi a/k/a Muhammad Reza Zahedi a/k/a Ali Reza Zahedi a/k/a Reza Mahdavi a/k/a Mohammad Riza Zahdi a/k/a Hasan Mahdawi

89) Ali Zeaiter a/k/a Ali Hussein Zuaytar a/k/a Ali Zoeiter a/k/a Ali Zu'ayter a/k/a Ali Zu'aytar a/k/a Ali Husayn Zu'aytir (علي حسين زعيتر)

90) Ali Zuraik a/k/a Ali Hassan Zreik a/k/a Ali Zraiq a/k/a Ali Zurayq a/k/a Ali Zreik (علي حسن زريق)

91) Ahmad Jalal Reda Abdallah a/k/a Ahmad Abdallah a/k/a Ahmad Jalal Rida Abdallah (احمد جلال رضا عبد الله)

92) Muhammad Qasim al-Bazzal (محمد قاسم البزال)

93) Mustafa Badr al-Din a/k/a Mustafa Badr al-Din a/k/a Mustafa Badreddine a/k/a Mustafa Amine Badreddine a/k/a Mustafa Youssef Badreddine (مصطفى بدر الدين)

94) Ali Musa Daqduq a/k/a Abu Hussein a/k/a Ali Mussa Daqduq a/k/a Hamid Muhammad Jabur al-Lami a/k/a Hamid Muhammad al-Lami a/k/a Husayn Muhammad Jabur al-Musui a/k/a Hamid Muhammad Jabur al-Musui a/k/a Hamid Muhammad Daqduq al-Musawi a/k/a Hamid Muhammad Jabur al-Musawi a/k/a Hamid Majid 'Abd al-Yunis a/k/a "Hajj Sajed" (علي موسى دقدوق)

95)   Joseph Ilya Haidamous a/k/a Joseph Elia Haidamous (جوزيف ايليا هيدموس)

96)   Imad Fa'iz Mughniyah a/k/a Imad Fayiz Mughniyah a/k/a Imad Fayez Mughniyeh a/k/a Jawad Nur-al-Din a/k/a al-Hajj Radwan (عماد فايز مغنية)

97)   Muhammad Qasir a/k/a Mohamed Jaafar Kasir a/k/a Mohammed Jaafar Kassir a/k/a Muhammad Jafar Qasir a/k/a "EYNAKI" a/k/a "FADI" a/k/a "Hossein Gholi" a/k/a "MAJID" a/k/a "Shaykh Salah" (محمد جعفر قصير)

98)   Afri Belg Commercio E Industria LDA a/k/a AFRI BELG a/k/a AFRI-BELG SUPERMERCADOS a/k/a CASH & CARRY RETAIL STORES a/k/a AFRI BELG CONSTRUCTION a/k/a AFRI BELG AGRICULTURE

99)   Africa Middle East Investment Holding SAL (افريقا ميدل ايست انفستمنت هولدنغ ش.م.ل)

100)  Al-Amana SARL (الأمانة للمحروقات ش.م.م)

101)  Al-Kawthar (الكوثر للألبسة)

102)  Al-Inmaa Engineering and Contracting SARL a/k/a Al-Inmaa Group for Engineering and Contracting a/k/a Inmaa 'Al' for Engineering and Contracting SARL (شركة الانماء للهندسة والمقاولات ش.م.م)

103)  Al-Inmaa Group for Tourism Works (شركة مجموعة الانماء للاعمال السياحية ش.م.م)

104)  Al-Inmaa for Entertainment and Leisure Projects (شركة الإنماء للتسلية والترفيه)

105)  Al-Qard al-Hassan Association a/k/a Al-Quard Al-Hassan Association a/k/a Al-Quardh Al-Hassan Association a/k/a Karadh Al-Hassan (القرض الحسن)

106)  Al Manar a/k/a Al Manar TV (شركة المنار للانتاج التلفزيوني والسينمائي ش.م.م)

107)  Al Nour a/k/a Al-Nur a/k/a Al Nour Broadcasting Station a/k/a a/k/a Al Nour Radio a/k/a Radio Annour a/k/a Al Nur Radio (اذاعة النور)

108)  Al Yumun Real Estate Company SAL (شركة اليمن العقارية ش.م.ل)

109)  Amana Plus Company SAL (أمانة بلس ش.م.ل)

110)  Amana Sanitary and Paints Company LLC ASPCO
      (شركة أمانة سانيتري أند باينتس ش.م.م. أي أس بي)

111)  Amigo Supermarket Ltd. (Nigeria)

112)  Aramoun 1506 SAL (عرمون 1506 ش.م.ل)

113) Arch Consulting SARL (آرش للإستشارات والدراسات الهندسية ش.م.م)

114) Atlas Holding SAL (اطلس هولدنغ ش.م.ل)

115) Bank Saderat (Iran)

116) Bank Saderat Plc (United Kingdom)

117) Bayt al-Mal a/k/a Bayt al-Mal Lil Muslimeen (بيت المال للمسلمين)

118) Beirut Diam SAL (شركة بيروت ديام ش.م.ل)

119) Beirut Gem SAL (شركة بيروت جم ش.م.ل)

120) Beirut Trade SAL

121) Blue Star Diamonds a/k/a Blue Star Diamond Offshore SAL
(شركة بلو ستار دايموند ش.م.ل.اوف شور)

122) Caesars Park Hotel (فندق سيزرز بارك اوتيل)

123) Capital SAL (شركة كابيتال ش.م.ل)

124) Car Care Center a/k/a CCC a/k/a Car Care Center Company a/k/a Mikalab SARL
(شركة كار كير سنتر ش.م.م)

125) Car Escort Services (Offshore) SAL a/k/a Car Escort Services SAL Offshore
(كار اسكورت سرفيسز ش.م.ل. اوف شور)

126) City Pharma SARL (سيتي فارما ش.م.م)

127) Congo Futur SPRL (Democratic Republic of the Congo)

128) Damour 850 SAL (الدامور 850 ش.م.ل)

129) Debbiye 143 SAL (الدبية 143 ش.م.ل)

130) Elissa Exchange Co. SARL a/k/a Ellissa Exchange Company
(اليسا للصيرفة: شركة اليسا للصيرفة - سعاده محمود سليم و امال محمد خروبي و شريكتهما)

131) Elissa Group SA (Benin) a/k/a Ellissa Group SA

132) Elissa Holding SAL a/k/a Ellissa Holding a/k/a Ellissa SAL (Holding)

133) Elissa Megastore (Benin) a/k/a Ellissa Megastore

9

134) Elissa Park Cotonou/Elissa Car Park (Benin) a/k/a Ellissa Parc Cotonou

135) Euro African Group Ltd. (The Gambia)

136) Fastlink SAL (فاست لينك ش.م.ل)

137) Gebaa 2480 SAL (جباع 2480 ش.م.ل)

138) Global Cleaners SARL (شركة غلوبال كلينرز ش.م.م)

139) Global Trading Group NV (Belgium)

140) Global Touristic Services SAL "GTS" (غلوبال تورستيك سيرفيسز ش.م.ل)

141) Goodwill Charitable Organization a/k/a Educational Development Association a/k/a Al-Shahid Social Association

142) Grupo Arosfran Empreendimentos E Participacoes SARL a/k/a Grupo Arosfran (Angola)

143) Hassan Ayash Exchange Company (شركة حسّان عياش للصيرفة ش.م.م)

144) Imam Khomeini Relief Committee a/k/a Islamic Charitable Emdad Committee a/k/a Imam Khomeini Relief Organization a/k/a Islamic Charity Emdad a/k/a Islamic Emdad Charitable Committee a/k/a Comite Islamique Daides Et De Biem Liban a/k/a Imam Khomeiny Aid Committee a/k/a Imdad Islamic Association Committee for Charity a/k/a Islamic Charity Emdad Committee a/k/a Emdad Assistance Foundation a/k/a Emdad Committee for Islamic Charity a/k/a Imdad Committee for Islamic Charity a/k/a Imdad Association of the Islamic Philanthropic Committee a/k/a Al-Imdad a/k/a Imam Khomeini Support Committee a/k/a Imam Khomeini Emdad Committee a/k/a Imam Khomeini Imdad Committee a/k/a Komite Emdad Emam a/k/a Imam Khomeini Foundation a/k/a Khomeini Social Help Committee a/k/a Khomeini Charitable Foundation (جمعية الامداد الخيرية الاسلامية)

145) Impulse International SAL Offshore (شركة امبلس ش.م.م)

146) Inter Aliment SAL Offshore (انتر اليمانت ش.م.ل اوف شور)

147) Islamic Resistance Support Organization a/k/a IRSO a/k/a Islamic Resistance Support Association a/k/a Hay'at Da'am al-Muqawama al-Islamiya Fi Lubnan a/k/a Hayat Al-Dam Lil-Muqawama Al-Islamiya (هيئة دعم المقاومة الاسلامية في لبنان)

148) Jihad al-Bina a/k/a Jihad Al Binaa a/k/a Jihadu-I-Binaa a/k/a Construction for the Sake of The Holy Struggle a/k/a Construction Jihad a/k/a Struggle for

Reconstruction a/k/a Jihad Construction Institution a/k/a Jihad Construction Foundation a/k/a Jihad-Al-Binaa Association a/k/a Holy Construction Foundation a/k/a Jihad Construction
(جمعية مؤسسة جهاد البناء الإنمانية) or (جهاد البناء)

149) Kairaba Supermarket a/k/a Kairaba Shopping Centre (The Gambia)

150) Labico SAL Offshore (لابيكو ش.م.ل. اوف شور)

151) Lama Foods International Offshore SAL (لما فود انترناشونال ش.م.م)

152) Lama Foods SARL (شركة لما فودز ش.م.م)

153) Lebanese Communication Group (المجموعة اللبنانية للإعلام)

154) M. Marine SAL Offshore (ام. مارين ش.م.ل. اوف شور)

155) Maher Trading and Construction Company a/k/a Maher Trading and Engineering a/k/a Maher Company (شركة ماهر التجارية والبناء)

156) Martyrs Foundation a/k/a Shahid Foundation, a/k/a Mua'assasat al-Shahid a/k/a Ashahid a/k/a Aschahid Association a/k/a Hizballah Martyrs Foundation a/k/a Lebanese Martyr Foundation a/k/a Al-Mua'assat Al-Shahid a/k/a Al-Shahid Foundation a/k/a Al-Shahid Charitable and Social Organization a/k/a Al-Shahid Organization a/k/a Lebanese Martyr Association a/k/a Islamic Revolution Martyrs Foundation a/k/a Martyrs Institute (مؤسسة الشهيد لبنان)

157) Meamar Company for Engineering and Development SARL
(شركة معمار للهندسة والانماء ش.م.م)

158) Medical Equipment and Drugs International Corporation SAL "MEDIC"
(الشركة العالمية للمستلزمات والادوية الطبية ش.م.ل)

159) Minocongo SPRL (Democratic Republic of Congo)

160) Mirage for Engineering and Trading

161) Mirage for Waste Management and Environmental Services SARL

162) Mirath SAL (ميراث ش م ل)

163) Monte Carlo Beach Company SAL (شركة مونتكارلو بيتش ش.م.ل)

164) New Line Exchange Trust Company SAL (نيو لاين اكس شاينج ترست كومباني ش.م.ل)

165) Noumayriye 1057 SAL (النميرية 1057 ش.م.ل)

166)  Nour Holding SAL (نور هولدينغ ش.م.ل.)

167)  Ovlas Trading SA (أوفلاس ترايدنغ) (Lebanon and British Virgin Islands)

168)  Ovlas Trading SAL (Offshore)

169)  Pain Victoire a/k/a Société Générale des Pains a/k/a Pains Victoire a/k/a Pan
      Victoire a/k/a Société Générale Des Pains SPRL a/k/a Société Générale De Pain
      a/k/a Bread Victory (Democratic Republic of the Congo)

170)  Phoenicia Shipping Offshore SAL (فينيسيا شيبنغ اوف شور ش.م.ل.)

171)  Premier Investment Group SAL Offshore
      (شركة بريمير انفستمنت غروب ش.م.ل. اوف شور)

172)  REEM Pharmaceutical SAL (شركة ريم للأدوية, شركت داروسازی ریم)

173)  Salasko Offshore SAL

174)  Sanovera Pharm Company SARL (شركة سانوفيرا للصيدلة ش.م.م)

175)  Shahed Pharm Drugstore SARL (شاهد فارم للادوية ش.م.م)

176)  Shams Exchange Company - Ali Muhammad Shams and Partners a/k/a Shams
      Company for Exchange Ali Mohammed Shams & Partners a/k/a Ali Mohamed
      Chams & Partner a/k/a Ali Mohamed Chams and Partner a/k/a Chams Exchange
      (شركة شمس للصيرفة علي محمد شمس وشركاه)

177)  Sierra Gas SAL Offshore (سييرا غاز ش.م.ل. اوف شور)

178)  Spectrum International Investment Holding SAL
      (سبكتروم انترناشونال انفستمنت هولدنغ ش.م.ل)

179)  Spectrum Investment Group Holding SAL (سبكتروم انفستمنت غروب ش.م.ل هولدنغ)

180)  Stars Communications Ltd. (النجوم للإتصالات ش.م.م)

181)  Stars Communications (Offshore) SAL (شركة ستارز كوميونيكيشن ش.م.ل. - اوف شور)

182)  Stars Group Holding SAL (مجموعة النجوم ش.م.ل هولدنغ)

183)  Stars International Ltd. (China)

184)  Tajco Company Ltd. a/k/a Tajco Company SARL a/k/a Tajco Company LLC a/k/a
      Senesco Banjul (The Gambia)

185) Teleserve Plus SAL (شركة تيلي سيرف بلاس ش.م.ل.)

186) Thaingui SAL Offshore a/k/a Shanghai SAL Offshore (شركة شنغي ش.م.ل اوف شور)

187) Trade Point International SARL (تريد بوينت انترناسيونال ش.م.م)

188) Trans-Gazelle SPRL a/k/a Transgazelle a/k/a Trans Gazelle SPRL (Democratic Republic of Congo)

189) Unique Stars Mobile Phones LLC (UAE)

190) Vatech SARL (شركة فاتك ش.م.م)

191) Waad Project a/k/a Al-Waad Al-Sadiq a/k/a 'Mashura Waad Laadat Al-Aamar; a/k/a Waad a/k/a Wa'ad As Sadiq a/k/a Waad Company a/k/a Waad For Rebuilding The Southern Suburb a/k/a Waad Project For Reconstruction a/k/a Wa'd Project a/k/a Waed a/k/a Wa'ed Organization a/k/a Wa'id Company (مشروع وعد؛ شركة وعد لإعادة الإعمار)

192) Wonderland Amusement Park and Resort Ltd. (Nigeria)

193) Yousser Company for Finance and Investment (شركة اليسر للتمويل والاستثمار)