UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROBERT BARTLETT, *et al.*,

    Plaintiffs,

- v -

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al.,

    Defendants.

Case No. 19-cv-00007 (CBA) (TAM)

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT**

**WHEREAS,** Plaintiffs filed the Second Amended Complaint in the above-captioned action on December 31, 2020, asserting claims pursuant to the Anti-Terrorism Act (18 U.S.C. §§ 2333(a), 2333(d)(2)) for injuries allegedly arising from alleged terrorist attacks in Iraq occurring over an eight-year period between 2004 and 2011;

**WHEREAS,** the "Moving Defendants" are separate financial institutions headquartered in Lebanon, namely Société Générale de Banque au Liban S.A.L., Fransabank S.A.L., MEAB Bank s.a.l., BLOM Bank S.A.L., Byblos Bank S.A.L., Bank Audi SAL, Bank of Beirut S.A.L., Lebanon & Gulf Bank S.A.L., Banque Libano-Française S.A.L., Bank of Beirut and the Arab Countries S.A.L., and Fenicia Bank s.a.l.;

**WHEREAS,** on June 17, 2022, the Court denied the Moving Defendants' respective motions to dismiss (ECF 291), rendering the Moving Defendants' deadline to answer the Second Amended Complaint July 1, 2022;

**WHEREAS,** on July 5, 2022, the Court so-ordered the parties' stipulation for an extension of time (ECF 293) to extend the Moving Defendants' deadline to answer the Second Amended Complaint, up to and including August 15, 2022;

**WHEREAS,** the Moving Defendants have conferred with Plaintiffs, who consent to a twenty-four (24) day extension of the Moving Defendants' deadline to answer the Second Amended Complaint, up to and including September 8, 2022;

**WHEREAS**, the Moving Defendants have made one prior request to extend their deadline to answer the Second Amended Complaint, and the extension will not impact other deadlines in this case;

**NOW THEREFORE**, it is stipulated and agreed between the parties hereto and their undersigned counsel that:

1. The date by which Moving Defendants Société Générale de Banque au Liban S.A.L., Fransabank S.A.L., MEAB Bank s.a.l., BLOM Bank S.A.L., Byblos Bank S.A.L., Bank Audi SAL, Bank of Beirut S.A.L., Lebanon & Gulf Bank S.A.L., Banque Libano-Française S.A.L., Bank of Beirut and the Arab Countries S.A.L., and Fenicia Bank s.a.l. shall answer the Second Amended Complaint is hereby extended for twenty-four (24) days, up to and including September 8, 2022.

Respectfully submitted,

Dated: August 15, 2022

| OSEN LLC | SQUIRE PATTON BOGGS (US) LLP |
|---|---|
| By: /s/ Ari Ungar | By: /s/ Gassan A. Baloul |
| Ari Ungar | Gassan A. Baloul |
| Michael Radine | Mitchell R. Berger |
| Aaron Schlanger | Squire Patton Boggs (US) LLP |
| Dina Gielchinsky | 2550 M Street, NW |
| 190 Moore Street, Suite 272 | Washington, DC 20037 |
| Hackensack, NJ 07601 | 202-457-6155 |
| 201-265-6400 | Email: gassan.baloul@squirepb.com |
| Email: aungar@osenlaw.com | Email: mitchell.berger@squirepb.com |
| Email: mradine@osenlaw.com | |
| Email: aschlanger@osenlaw.com | *Attorneys for Defendants MEAB Bank* |

Email: dgielchinsky@osenlaw.com

*Attorneys for Plaintiffs*

MAYER BROWN LLP

By: /s/ Andrew J. Pincus
Andrew J. Pincus
Marc R. Cohen
Alex C. Lakatos
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
202-263-3220
Email: apincus@mayerbrown.com
Email: mcohen@mayerbrown.com
Email: alakatos@mayerbrown.com

*Attorneys for Defendant Bank Audi SAL*

DLA PIPER LLP (US)

By: /s/ Jonathan D. Siegfried
Jonathan D. Siegfried
Jeffrey Rotenberg
DLA Piper LLP (US)
1251 Avenue of The Americas
New York, NY 10020
212-335-4925
Email: jonathan.siegfried@dlapiper.com
Email: jeffrey.rotenberg@dlapiper.com

*Attorneys for Defendants Byblos Bank SAL and Bank of Beirut and the Arab Countries SAL*

s.a.l., Fenicia Bank s.a.l., and Lebanon and Gulf Bank SAL

MAYER BROWN LLP

By: /s/ Mark G. Hanchet
Mark G. Hanchet
Robert W. Hamburg
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
212-506-2500
Email: mhanchet@mayerbrown.com
Email: rhamburg@mayerbrown.com

*Attorneys for Defendant Banque-Libano Française SAL*

DECHERT LLP

By: /s/ Linda C. Goldstein
Linda C. Goldstein
Dechert LLP
1095 Avenue Of The Americas
Three Bryant Park
New York, NY 10036
212-698-3500
Email: linda.goldstein@dechert.com

Michael H. McGinley (*pro hac vice*)
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215-994-4000
Email: michael.mcginley@dechert.com

*Attorneys for Defendants BLOM Bank SAL and Fransabank SAL*

| ASHCROFT LAW FIRM, LLC | SHEARMAN & STERLING LLP |
|---|---|
| By: /s/ Michael J. Sullivan | By: /s/ Henry Weisburg |
| Michael J. Sullivan | Henry Weisburg |
| Brian J. Leske | Susan Loeb |
| Ashcroft Law Firm, LLC | Shearman & Sterling LLP |
| 200 State Street, 7th Floor | 599 Lexington Avenue |
| Boston, MA 02109 | New York, NY 10022 |
| 617-573-9400 | 212-848-4000 |
| Email: msullivan@ashcroftlawfirm.com | Email: hweisburg@shearman.com |
| Email: bleske@ashcroftlawfirm.com | Email: susan.loeb@shearman.com |
| | |
| *Attorneys for Defendant Société Générale de Banque au Liban S.A.L.* | *Attorneys for Defendant Bank of Beirut SAL* |

So ordered this _____ day of _____, 2022.

_____
United States District Judge