

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan Siegfried
Jonathan.Siegfried@us.dlapiper.com
T  212.335.4925
F  212.884.8477

May 23, 2023

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Bartlett v. Société Générale de Banque au Liban S.A.L.*, Case No. 19-cv-0007

Dear Magistrate Judge Merkl:

    We write on behalf of Defendant Bank of Beirut SAL to submit additional documentation in support of the motions to withdraw filed by counsel at Shearman & Sterling LLP (Dkt. Nos. 323-325, collectively, the "Motions").  Further to the Court's May 9, 2023, order requesting "additional documentation demonstrating Defendant Bank of Beirut SAL's agreement to the proposed substitutions," we enclose herewith as **Exhibit A**, Substitution of Attorney forms signed by Mr. Dany Nassar, Head of Compliance for Bank of Beirut SAL, Henry Weisburg, Susan Loeb, and George Anhang, of Sherman & Sterling LLP, and counsel at DLA Piper LLP (US).

    We further confirm that copies of the Motions were served on Bank of Beirut SAL via e-mail on May 8, 2023, and attach hereto as **Exhibit B**, an updated Certificate of Service.

    We thank the Court for its attention to these pending Motions.


Respectfully submitted,

/s/ *Jonathan Siegfried*

Jonathan Siegfried


encl: Exhibits A & B