UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

ROBERT BARTLETT, *et al.*,

              Plaintiffs,

    -against-

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, *et al.*,

            Defendants.

-----------------------------------------------------------------------x

**Case No. 19-cv-7 (CBA)(TAM)**

## ORDER COMPELLING DEFENDANTS TO PRODUCE DOCUMENTS

The Court having considered Société Générale de Banque au Liban SAL ("SGBL"), Fransabank SAL, Middle East Africa Bank SAL, BLOM Bank SAL, Byblos Bank SAL, Bank Audi SAL, Bank of Beirut SAL, Lebanon and Gulf Bank SAL, Banque Libano-Française SAL, Bank of Beirut and the Arab Countries SAL, and Fenicia Bank's (hereinafter, "Defendants") joint motion for a protective order and Plaintiffs' opposition to that motion and cross-motion for an order requiring Defendants to produce the documents requested by Plaintiffs, and the Court having considered the provisions of the Restatement (Third) of Foreign Relations Law § 442, and all other relevant authorities, including principles of international comity,

It is hereby **ORDERED** that Defendants' objections based upon foreign bank secrecy are overruled;

And it is further **ORDERED** that Defendants submit Letters of Request to the Court for transmission to the applicable Lebanese authorities relating to alleged customers listed in the attached Annex A and Annex B within 14 days from the entry of this Order.

**SO ORDERED.**
    Dated: June 8, 2023
    Brooklyn, New York

*Taryn A. Merkl*
Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York

## ANNEX A

Having overruled Defendants' objections to Plaintiffs' requests for the production of documents as they pertain to the documents listed below, including those based upon bank secrecy, for the time period between January 1, 2003, through December 31, 2011, Defendants are each ORDERED to produce, to the extent a person or entity listed below was a customer of the specified Defendant:

    (1)     all electronically maintained transactional records for persons and entities that are identified below;

    (2)     all electronically maintained communications concerning the persons and entities that are identified below;

    (4)     all electronically maintained account opening records concerning persons and entities that are identified below;

    (5)     all electronically maintained compliance records concerning persons and entities that are identified below; and

    (6)     all paper or hard copy compliance records, other than account opening documents, for persons and entities that are identified below.

**BANK AUDI SAL**

1. Nazim Ahmad
2. Akram Ahmad al-Bast
3. Rim Reda Baqir
4. Amine Bzeih
5. Ali Youssef Charara
6. Ali Hussein Darwish
7. Muhammad Hussein Darwish
8. Muhammad Issam Abu Darwiche
9. Said Hassan Fuani
10. Carol Rogier Habib
11. Rana Hachem
12. Dib Hani Harb
13. Khalil Nazem Ibrahim
14. Ibrahim Issawi
15. Fawzi Muhammad Malek
16. Youssef Muhammad Tajideen
17. Afrimex (Offshore) SAL
18. Al-Hadi Institution
19. Al-Jiyeh for Tourism & Construction SAL
20. Atlas Holding SAL
21. Congo Diam SPRL (Democratic Republic of the Congo)
22. Info Trust SAL
23. Info Trust SARL
24. Inter Aliment SAL Offshore
25. Leaders of Supply & Products (Offshore) SAL
26. Medical Equipments and Drugs International Corporation
27. Ovlas Trading SA (Lebanon and British Virgin Islands)
28. Ovlas Trading SAL (Offshore)
29. Phoenicia Shipping Offshore SAL
30. Premier Investment Group SAL Offshore
31. Spectrum International Investment Holding SAL
32. Teltac Worldwide Incorporated (Offshore) SAL

Additional Bank Audi SAL accountholders alleged in the SAC:

33. Saleh Ali Assi, SAC ¶¶ 784, 786
34. Yusuf Abbas Mer'i, SAC ¶¶ 1672

## BANK OF BEIRUT AND THE ARAB COUNTRIES SAL

1.  Al-Inmaa Engineering and Contracting SARL
2.  Al-Inmaa Group for Tourism Works
3.  Fayed Exchange Co.
4.  Hyram Maritime SAL
5.  Martyrs Foundation
6.  New Line Exchange Trust Company SAL
7.  Ovlas Trading SA (Lebanon and British Virgin Islands)
8.  Société Allure SARL
9.  Teltac Worldwide Incorporated (Offshore) SAL
10. Trade Point International SARL
11. Vatech SARL

**BANK OF BEIRUT SAL**

1. Mustafa Reda Darwish Fawaz
2. Samir Muhammad Hijazi
3. Youssef Muhammad Tajideen
4. Trust Compass Insurance
5. Compu House SARL
6. Galaxy Flame Trading SAL Offshore
7. Halawi Exchange Co.
8. Hijazi Trading Establishment
9. Interafrica Trading Company ITC SAL Offshore
10. Medical Equipments and Drugs International Corporation SAL "MEDIC"
11. Leaders of Supply & Products (Offshore) SAL
12. Mercury Development Offshore SAL

Additional Bank of Beirut SAL accountholder alleged in the SAC:

13. Rene Moawad, SAC ¶ 1331 n.109

**BANQUE LIBANO-FRANÇAISE SAL**

1.   Mustafa Faysal Ahmad
2.   Sleiman Ali Ahmad
3.   Akram Ahmad al-Bast
4.   Saleh Ali Assi
5.   Hussein Ibrahim Bdeir
6.   Amine Bzeih
7.   Khodr Hussein Darwish
8.   Muhammad Issam Abu Darwiche
9.   May Kamel Darwish Fawaz
10.  Said Hassan Fuani
11.  Carol Rogier Habib
12.  Ibrahim Issawi
13.  Wa'el Ahmad Issawi
14.  Johanna Malek
15.  Nabila Ya'qub Wazni
16.  Al-Inmaa Engineering and Contracting SARL
17.  Builders International SAL
18.  Hoda for Touristic Services & Management Holding SAL
19.  Ideal Development I.D. SAL
20.  Inter Aliment SAL Offshore
21.  International Contractors and Developers SAL
22.  Islamic Resistance Support Organization
23.  Martyrs Foundation
24.  Metro Trading Company
25.  Ovlas Trading SA (Lebanon and British Virgin Islands)
26.  Primo International SAL Offshore
27.  Ras Beirut 1442 SAL
28.  REEM Pharmaceutical SAL
29.  S.I.M. SAL Offshore
30.  Socimex SPRL (Democratic Republic of Congo)
31.  SOGEAC SPRL (Democratic Republic of Congo)
32.  United Company for Insurance Services SARL

**BLOM BANK SAL**

1.      Mahmoud Nayef Ahmad
2.      Mustafa Faysal Ahmad
3.      Nazim Ahmad
4.      Salman Ali Ahmad
5.      Rami Kamil Ya'qub Baqir
6.      Muhammad Ibrahim Bazzi
7.      Ali Youssef Charara
8.      Mustafa Reda Darwish Fawaz
9.      Kassem Hejeij
10.     Samir Muhammad Hijazi
11.     Akram Saied Joumaa
12.     Ali Muhammad Kharrubi
13.     Randa Muhammad Malek
14.     Kassim Muhammad Tajideen
15.     Youssef Muhammad Tajideen
16.     Al-Mabarrat Charitable Society
17.     Arch Consulting SARL
18.     Béton Plus SAL
19.     Car Care Center
20.     Cooperative Al-Wafaa SARL
21.     Elissa Exchange Co. SARL
22.     Halawi Investment Trust SAL
23.     Millennium Diamond Offshore SAL
24.     Ovlas Trading SA (Lebanon and British Virgin Islands)
25.     Primo International SAL Offshore
26.     SOGEAC SPRL (Democratic Republic of Congo)
27.     Spectrum Investment Group Holding SAL
28.     Teltac Worldwide Incorporated (Offshore) SAL

Additional BLOM Bank accountholder alleged in the SAC:

29.     Al-Raed SARL, SAC ¶¶ 476, 1286

**BYBLOS BANK SAL**

1. Hussein Ali Atwi
2. Talal Khalil Chahine
3. Ali Hussein Darwish
4. Khodr Hussein Darwish
5. Muhammad Hussein Darwish
6. Safi Yahya Darwish
7. Ibrahim Muhammad Faqih
8. Said Hassan Fuani
9. Khadir Ali Abi Haidar
10. Tarek Khalil Musa
11. Ali Musa Nachar
12. Jihad Muhammad Qansu
13. Kifah Sleiman
14. Hassan Ali Tajideen
15. Afrimex (Offshore) SAL
16. Al-Amana SARL
17. ASA Diam NV (Belgium)
18. Atlas Holding SAL
19. ETCIMEX (Czech)
20. Global Touristic Services SAL "GTS"
21. Islamic Resistance Support Organization
22. Martyrs Foundation
23. Medical Equipments and Drugs International Corporation SAL "MEDIC"

Additional Byblos Bank SAL accountholders alleged in the SAC:

24. Amigo Travel & Transport SAL, SAC ¶¶ 759, 1285, 1306, 1624, 1644
25. Société Orientale Libanaise d'Investissement et Développement SAL, SAC ¶¶ 536, 547, 759, 1266, 1306, 1624, 1637, 1646-47

## FENICIA BANK

1.   Isam Abd al-Amir Izz al-Din
2.   Abd al-Ilah Mahmud Ashur
3.   Ali Ahmad Choueib
4.   Said Hassan Fuani
5.   Samir Muhammad Hijazi
6.   Hussein Ahmad Issawi
7.   Randa Muhammad Malek
8.   Said Jamil Muhammad
9.   Adham Hussein Tabaja
10.  Kassim Muhammad Tajideen
11.  Al-Inmaa Engineering and Contracting SARL
12.  Al-Jiyeh for Tourism & Construction SAL
13.  City Park SARL
14.  Elissa Exchange Co. SARL
15.  Family House SARL
16.  Fantasy World SARL
17.  Fun World Company SAL
18.  Golden Eye Trading
19.  K.I. Group SAL Offshore (KI Group)
20.  La Voile Sur Mer SARL
21.  Medical Cooperation Co SAL (also known as Al-Taaoun Medical SAL)
22.  New Land SARL
23.  Phoenicia Shipping Offshore SAL
24.  Rmeiti Group SAL Offshore (also known as STE Rmeiti)

**FRANSABANK SAL**

1. Mustafa Faysal Ahmad
2. Akram Ahmad al-Bast
3. Saleh Ali Assi
4. Muhammad Ibrahim Bazzi
5. Amine Bzeih
6. Talal Khalil Chahine
7. Muhammad Issam Abu Darwiche
8. Kassem Hejeij
9. Ali Muhammad Kharrubi
10. Ramzi Muhammad Malek
11. ACE Group SAL
12. Wounded Association
13. Ali Ahmed Group – Holding SAL
14. Blue City SAL
15. Compu House SARL
16. Energy Engineers Procurement and Construction
17. Euro African Group Ltd. (The Gambia)
18. Global Supply and Consultancy SAL Offshore
19. Golden Square SAL
20. Inter Aliment SAL Offshore
21. Interafrica Trading Company ITC SAL Offshore
22. Islamic Resistance Support Organization
23. Martyrs Foundation
24. Mercury Development Offshore SAL
25. Millennium Diamond Offshore SAL
26. Paloma Group SAL
27. Phoenicia Shipping Offshore SAL
28. Platinum Residence
29. Signum International Holding SAL
30. Spider Group SAL
31. Wanour Real Estate SAL

## LEBANON AND GULF BANK SAL

1. Adham Hussein Tabaja
2. Ali Youssef Charara
3. Ahmad Ali Tabaja
4. Youssef Muhammad Tajideen
5. Al-Amana SARL
6. Al-Inmaa Engineering and Contracting SARL
7. Amana Plus Company SAL
8. City Pharma SARL
9. EBD Teltac Offshore SAL
10. Elissa Exchange Co. SARL
11. Family House SARL
12. Fantasy World SARL
13. Fayed Exchange Co.
14. G & S Diamonds
15. Islamic Resistance Support Organization
16. Leaders of Supply & Products (Offshore) SAL
17. Mecattaf SAL
18. Ovlas Trading SA (Lebanon and British Virgin Islands)
19. Ovlas Trading SAL (Offshore)
20. Shahed Pharm Drugstore SARL
21. Spectrum International Investment Holding SAL
22. Spectrum Investment Group Holding SAL

Additional Lebanon and Gulf Bank SAL accountholders alleged in the SAC:

23. Al-Bushra Society, SAC ¶ 1699
24. Al-Ma'rifa Society, SAC ¶ 1699

## MEAB BANK SAL

1. Mustafa Faysal Ahmad
2. Nazim Ahmad
3. Akram Ahmad al-Bast
4. Saleh Ali Assi
5. Muhammad Ibrahim Bazzi
6. Hussein Ibrahim Bdeir
7. Ali Youssef Charara
8. Amin Muhammad Cherri
9. Khodr Hussein Darwish
10. Muhammad Issam Abu Darwiche
11. Safi Yahya Darwish
12. Said Hassan Fuani
13. Carol Rogier Habib
14. Ali Muhammad Kharrubi
15. Said Jamil Muhammad
16. Adham Hussein Tabaja
17. Al-Inmaa Engineering and Contracting SARL
18. Elissa Exchange Co. SARL
19. Fantasy World SARL
20. Global Cleaners SARL
21. Halawi Exchange Co.
22. Halawi Holding SAL
23. Halawi Investment Trust SAL
24. Hassan Ayash Exchange Company
25. Imam Khomeini Relief Committee
26. Inter Aliment SAL Offshore
27. Nest Contracting Company SAL
28. New Land SARL
29. Phoenicia Shipping Offshore SAL
30. Trust Compass Insurance

## SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL

1.  Fawzi Muhammad Malek
2.  Al-Inmaa Engineering and Contracting SARL
3.  Al-Mabarrat Charitable Society
4.  Al-Saad Establishment for Trading of Eggs
5.  Atlas Holding SAL
6.  Dbouk International for Printing and General Trading
7.  Fantasy World SARL
8.  Halawi Investment Trust SAL
9.  Hassan Ayash Exchange Company
10. Hoda for Touristic Services & Management Holding SAL
11. Inter Aliment SAL Offshore
12. Info Trust SAL
13. Metro Trading Company
14. Mercury Development Offshore SAL

## ANNEX B

Having overruled Defendants' objections to Plaintiffs' requests for the production of documents as they pertain to the documents listed below, including those based upon bank secrecy, for the time period between January 1, 2012, through December 31, 2012, Defendants are each ORDERED to produce, to the extent a person or entity listed below was a customer of the specified Defendant:

(1)    all electronically maintained transactional records for persons and entities that are identified below;

(2)    all electronically maintained communications concerning the persons and entities that are identified below;

(3)    all electronically maintained account opening records concerning persons and entities that are identified below;

(4)    all electronically maintained compliance records concerning persons and entities that are identified below; and

(5)    all paper or hard copy compliance records, other than account opening documents, for persons and entities that are identified below.

### BANK AUDI SAL

1. Afrimex (Offshore) SAL
2. Akram Ahmad al-Bast
3. Ali Charara
4. Ali Hussein Darwish
5. Ali Youssef Charara
6. Al-Jiyeh for Tourism and Construction SAL
7. Amine Bzeih
8. Atlas Holding SAL
9. Carol Rogier Habib
10. Congo Diam SPRL
11. Dib Hani Harb
12. Fawzi Muhammad Malek
13. Ibrahim Ahmad Issawi
14. Inter Aliment SAL Offshore
15. Issam Abu Darwish
16. Khalil Nazem Ibrahim
17. Leaders of Supply & Products (Offshore) SAL
18. Muhammad Hussein Darwish
19. Muhammad Issam Abu Darwish
20. Nazim Said Ali Ahmad
21. Nazim Khalil Ibrahim

15

22.  Ovlas Trading SA (Lebanon and British Virgin Islands)
23.  Ovlas Trading SAL (Offshore)
24.  Phoenicia Shipping Offshore SAL
25.  Premier Investment Group SAL Offshore
26.  Rim Reda Baqir
27.  Said Hassan Fuani
28.  Saleh Ali Assi
29.  Spectrum International Investment Holding SAL
30.  Teltac Worldwide Incorporated (Offshore) SAL
31.  Youssef Muhammad Taj al-Din

**BANK OF BEIRUT AND THE ARAB COUNTRIES SAL**

1.  Al-Inmaa Engineering and Contracting SARL
2.  Al-Inmaa Group for Tourism Works
3.  Fadi Hussein Serhan
4.  Fayed Exchange Co.
5.  Halawi Exchange Co.
6.  Leaders of Supply & Products (Offshore) SAL
7.  Martyrs Foundation
8.  Medical Equipments and Drugs International Corporation
9.  Mercury Development Group (Holding) SAL
10.  Mustafa Reda Darwish Fawaz
11.  New Line Exchange Trust Company SAL
12.  Ovlas Trading SA (Lebanon and British Virgin Islands)
13.  Société Allure SARL
14.  Teltac Worldwide Incorporated (Offshore) SAL
15.  Trade Point International SARL
16.  Vatech SARL

**BANK OF BEIRUT SAL**

1.  Galaxy Flame Trading SAL Offshore
2.  Samir Muhammad Hijazi
3.  Youssef Muhammad Tajideen

**BANQUE LIBANO-FRANÇAISE SAL**

1.  Al-Inmaa Engineering and Contracting SARL
2.  Akram Ahmad al-Bast
3.  Amine Bzeih
4.  Builders International SAL
5.  Carol Rogier Habib
6.  Hussein Ibrahim Bdeir
7.  Ibrahim Ahmad Issawi
8.  Ideal Development I.D. SAL

16

9.   Inter Aliment SAL Offshore
10.  International Contractors and Developers SAL
11.  Islamic Resistance Support Organization
12.  Khodr Hussein Darwish
13.  Martyrs Foundation
14.  May Kamel Darwish Fawaz
15.  Muhammad Issam Abu Darwish
16.  Mustafa Faysal Ahmad
17.  Nabila Ya'qub Wazni
18.  Ovlas Trading SA (Lebanon and British Virgin Islands)
19.  Ras Beirut 1442 SAL
20.  REEM Pharmaceutical SAL
21.  S.I.M. SAL Offshore
22.  Said Hassan Fuani
23.  Saleh Ali Assi
24.  Socimex SPRL
25.  SOGEAC SPRL
26.  Wa'el Ahmad Issawi

## BLOM BANK SAL

1.   Ali Youssef Charara
2.   Arch Consulting SARL
3.   Akram Joumaa
4.   Car Care Center
5.   Elissa Exchange Co. SARL
6.   Kassem Hejeij
7.   Kassim Muhammad Tajideen
8.   Millennium Diamond Offshore SAL
9.   Muhammad Ibrahim Bazzi
10.  Mustafa Faysal Ahmad
11.  Nazim Said Ali Ahmad
12.  Ovlas Trading SA (Lebanon and British Virgin Islands)
13.  Samir Muhammad Hijazi
14.  SOGEAC SPRL
15.  Spectrum Investment Group Holding SAL
16.  Teltac Worldwide Incorporated (Offshore) SAL
17.  Youssef Muhammad Tajideen

## BYBLOS BANK SAL

1.   Afrimex (Offshore) SAL
2.   Ali Hussein Darwish
3.   Ali Musa Nachar
4.   Al-Mabarrat Charitable Society

17

5.  Atlas Holding SAL
6.  Galaxy Flame Trading SAL Offshore
7.  Global Touristic Services SAL "GTS"
8.  Hyram Maritime SAL
9.  Ibrahim Muhammad Faqih
10. Islamic Resistance Support Organization
11. Jihad Muhammad Qansu
12. Khodr Hussein Darwish
13. Kifah Sleiman
14. Leaders of Supply and Products SAL
15. Martyrs Foundation
16. Medical Equipments and Drugs International Corporation
17. Muhammad Hussein Darwish
18. Ovlas Trading SAL Off-Shore
19. Safi Yahya Darwish
20. Said Hassan Fuani
21. TAJCO SARL
22. Tarek Khalil Musa

## FENICIA BANK

1.  Adham Hussein Tabaja
2.  Ali Ahmad Choueib
3.  Al-Jiyeh for Tourism & Construction SAL
4.  Al-Inmaa Engineering and Contracting SARL
5.  Elissa Exchange Co. SARL
6.  Fun World Company SAL
7.  Golden Eye Trading Ithalat Ihracat Ltd.
8.  Hussein Ahmad Issawi
9.  K.I. Group SAL Offshore
10. Kassim Muhammad Tajideen
11. La Voile Sur Mer SARL
12. New Land SARL
13. Phoenicia Shipping Offshore SAL
14. Rmeiti Exchange
15. Said Hassan Fuani
16. Said Jamil Muhammad
17. Samir Muhammad Hijazi

## FRANSABANK SAL

1.  Adel Hassan Makki
2.  Akram Ahmad al-Bast
3.  Ali Muhammad Kharrubi
4.  Energy Engineers Procurement and Construction
5.  Euro African Group Ltd.

18

6.      Global Trading Group NV
7.      Inter Aliment SAL Offshore
8.      Islamic Resistance Support Organization
9.      Kassem Hejeij
10.     Martyrs Foundation
11.     Mercury Development Offshore SAL
12.     Millennium Diamond Offshore SAL
13.     Muhammad Ibrahim Bazzi
14.     Muhammad Issam Abu Darwish
15.     Mustafa Faysal Ahmad
16.     Phoenicia Shipping Offshore SAL
17.     Platinum Residence
18.     Saleh Ali Assi
19.     Signum International Holding SAL

## LEBANON AND GULF BANK SAL

1.      Adham Hussein Tabaja
2.      Ali Youssef Charara
3.      Al-Inmaa Engineering and Contracting SARL
4.      Amana Plus Company SAL
5.      City Pharma SARL
6.      Elissa Exchange Co. SARL
7.      Fantasy World SARL
8.      Fayed Exchange Co.
9.      G & S Diamonds
25.     Islamic Resistance Support Organization (Al-Bushra Society/ Al-Ma'rifa Society)
10.     Leaders of Supply & Products (Offshore) SAL
11.     Martyrs Foundation
12.     Ovlas Trading SA
13.     Ovlas Trading SAL (Offshore)
14.     Shahed Pharm Drugstore SARL
15.     Spectrum International Investment Holding SAL
16.     Spectrum Investment Group Holding SAL
17.     Youssef Muhammad Tajideen

## MEAB BANK SAL

1.      Adham Hussein Tabaja
2.      Akram Ahmad al-Bast
3.      Ali Muhammad Kharrubi
4.      Ali Youssef Charara
5.      Al-Inmaa Engineering and Contracting SARL
6.      Amin Muhammad Cherri
7.      Carol Rogier Habib

8. Elissa Exchange Co. SARL
9. Fantasy World SARL
10. Global Cleaners SARL
11. Halawi Exchange Co.
12. Hassan Ayash Exchange Company
13. Hussein Ibrahim Bdeir
14. Imam Khomeini Relief Committee
15. Inter Aliment SAL Offshore
16. Khodr Hussein Darwish
17. Muhammad Ibrahim Bazzi
18. Muhammad Issam Abu Darwish
19. Mustafa Faysal Ahmad
20. Nazim Said Ali Ahmad
21. New Land SARL
22. Phoenicia Shipping Offshore SAL
23. Safi Yahya Darwish
24. Said Hassan Fuani
25. Said Jamil Muhammad
26. Saleh Ali Assi

## SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL

1. Akram Ahmad al-Bast
2. Akram Joumaa
3. Al-Aytam Company for General Trading and Fuels
4. Ali Hussein Darwish
5. Al-Inmaa Engineering and Contracting SARL
6. Al-Mabarrat Charitable Society
7. Anwar Joumaa
8. Atlas Holding SAL
9. Ayman Joumaa
10. Darwish & Company
11. Elissa Holding SAL
12. Fantasy World SARL
13. Fawzi Muhammad Malek
14. Hassan Ayash Exchange Company
15. Hussein al-Shami
16. Inter Aliment SAL Offshore
17. K.I. Group SAL Offshore
18. Lebanese Arab Touristic Company
19. Martyrs Foundation
20. May Kamel Darwish Fawaz
21. Mercury Development Offshore SAL
22. Muhammad Hussein Darwish
23. Muhammad Issam Abu Darwish
24. Mustafa Faysal Ahmad

25.    Nazim Said Ali Ahmad
26.    Said Jamil Muhammad
27.    Saleh Ali Assi
28.    Yousser Company for Finance and Investment
29.    Ziyad Muhammad Youssef