# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 21, 2023

By ECF

The Honorable Taryn A. Merkl,
   United States Magistrate Judge,
      U.S. District Court for the Eastern District of New York,
         225 Cadman Plaza East,
           Brooklyn, New York 11201.

      Re:    *Bartlett* v. *Société Générale de Banque au Liban SAL*, No. 19-cv-0007-CBA-TAM

Dear Judge Merkl:

      I write on behalf of non-party Standard Chartered Bank ("SCB") in connection with Plaintiffs' letter filed earlier today seeking to modify the fundamental use restrictions contained in the June 8, 2022 Joint Stipulation and Protective Order that the Court issued in this case, and pursuant to which SCB produced certain documents in response to a subpoena. (*See* Docket No. 273.) Plaintiffs' letter was not shared with counsel for SCB in advance of its filing, and SCB respectfully requests the opportunity to respond by no later than Friday, July 28, 2023.

      Respectfully,

      */s/ Andrew J. Finn*
      Andrew J. Finn

cc:    All counsel of record (via ECF)