

190 Moore Street, Suite 272, Hackensack, New Jersey  07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York  10018
T: 212 354 0111
www.osenlaw.com

September 27, 2023

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   ***Bartlett v. Société Générale de Banque au Liban S.A.L.***, **Case No. 19-cv-0007**
> **Minute Order Denying Motion for Leave to Use Discovery in Another Action**

Dear Magistrate Judge Merkl:

Plaintiffs respectfully request one point of clarification concerning Your Honor's bench ruling this morning and subsequent Minute Order denying, without prejudice, Plaintiffs' request to use certain records produced by third-party banks in *Bartlett v. Société Générale de Banque au Liban S.A.L.* in the cases of *Freeman, et al. v. HSBC Holdings plc, et al.*, No. 14-cv-6601-PKC-CLP, *Freeman, et al. v. HSBC Holdings plc, et al.*, No. 18-cv-7359-PKC-CLP, and *Stephens, et al. v. HSBC Holdings plc, et al.*, No. 18-cv-7439-PKC-CLP (together, the "*Freeman* Actions").

Plaintiffs seek to ascertain whether the Court's ruling denying Plaintiffs' motion applies solely to the information produced by SCB or is equally applicable to the request to use information provided by KBC Bank, which previously indicated that it did not object to the use in *Freeman* of the records it produced in *Bartlett*, subject to the same confidentiality protections that are applied to those records as in *Bartlett*.

We thank the Court in advance for any further clarification it can provide.

Respectfully submitted,

/s/ Gary M. Osen

cc:   All counsel (via ECF)
      Counsel for KBC Bank
      Counsel for Standard Chartered Bank