# Exhibit 2



ملاحظة: يرجى الطلب من المندوب إبراز بطاقته والتأكد من تاريخ صلاحيتها

إيصال قبض
No. 415626

هيئة دعم المقاومة الإسلامية شبك

السيد:

على مساهمتك بمبلغ:

وذلك بدل: اشتراك ☐ هبة ☒ تبرع ☐ غير ذلك

توقيع المستلم:

التاريخ:

المحترم



تذكر هيئة دعم المقاومة الإسلامية بمشاريعها التالية:

المحفوظ:
الاتصال الإداري: ١٤٢
الفاكس: – بيروت: ١٣٩٤٥٥/١ – الشمال: ٨٢٧٥٧٧/٦

من خمس وركاة من كافة الرواتب

لدى هيئة دعم المقاومة الإسلامية آخره نسخص الحقوق الشرعية

١- مشروع الاشتراك الشهري
٢- مشروع تجهيز العريس
٣- مشروع دعم المجاهد
٤- مشروع دعم الخمس في الحلات والبيوت والمؤسسات
٥- مشروع المقاومة للأطفال والبنين ( أدوات منزلية - ألبسة - أحذية الخ ... )
٦- مشروع الساهمة بثمن ساروخ
٧- مشروع الساهمة بثمن رصاصة
٨- مشروع الشربات العينية ( مواد غذائية - لحم - إلخ )





# Front Page of Receipts

*Unofficial Translation*

### Donation Receipt

No. 034500

[Organization's logo]

Date: [Blank]

The Organization for Support <u>of the Islamic Resistance thanks</u> [underlined with a pen]
Mr. [Blank]
for his contribution in the amount of:

For:
Subscription ☐    Collection Box **X**    Donation ☐    Other…

Recipient's signature: [Blank]

Note: It is required that the representative sign the card and confirm the date of validity.

# Back Page of Receipts

The Organization for Support of the Islamic Resistance reminds [its contributors of] the following projects:

1. Monthly subscription [plan].
2. Collection box project for the children and homes.
3. Al Quds replica project for display in stores and businesses.
4. Support for a mujahid project.
5. Equipping a mujahid project.
6. Contribution to the cost of a rocket. [Number is circled and marked by an x in ink].
7. Contribution to the cost of bullets.
8. Donations in kind project for (food, household items, clothing, shoes, etc.).
9. [Illegible text].

The Organization for Support to the Islamic Resistance authorizes the legal receipt of tithing and alms from every authority.

Contact the administration: 556943        [Beiru]t: 556941/01
The South: 743848/0?
The Biqa': 374379/08.
The North: 437567/06.

# Front Page of Receipts

*Unofficial Translation*

### Donation Receipt

No. 415626

[Organization's logo]

Date: [Blank]

The Organization for Support of the Islamic Resistance thanks the honorable Mr. [Blank] for his contribution in the amount of: [Blank]

For:
Subscription ☐    Collection Box **X**    Donation ☐    Other…

Recipient's signature: …….

Note: It is required that the representative sign the card and confirm the date of validity.

# Back Page of Receipts

The Organization for Support of the Islamic Resistance reminds [its contributors of] the following projects:

1. Monthly subscription plan.
2. Collection box project for the children and homes.
3. Al Quds replica project for display in stores and businesses.
4. Support for a mujahid project.
5. Equipping a mujahid project.
6. Contribution to the cost of a rocket. [Number is circled].
7. Contribution to the cost of bullets.
8. Donations in kind project for (food, household items, clothing, shoes, etc.).
9. [Illegible text].

The Organization for Support to the Islamic Resistance authorizes the legal receipt of tithing and alms from every authority.

Contact the administration: [The numbers are missing] 42
Beirut: 556941/01.
The South: [number is missing]
 The Biqa': 374379/08.
The North: 437567/06.