UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BARTLETT, et al.,<br><br>        Plaintiffs,<br><br>  -against-<br><br>SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al.,<br><br>        Defendants. | No. 19-cv-7 (CBA) (TAM)<br><br>**NOTICE OF APPEARANCE** |

TO THIS CLERK OF COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE THAT, Margaret Mortimer of Dechert LLP hereby enters an appearance as counsel for Defendants BLOM Bank SAL and Fransabank SAL in the above-captioned action. Please take further notice that all notices, orders, pleadings, papers, or other documents filed, given, or requested to be given in this action, are to be served upon the undersigned at the address set forth below. I certify that I am admitted to practice before this Court.

| | |
|---|---|
| Dated: New York, New York<br>   January 16, 2024 | Respectfully Submitted,<br>DECHERT LLP<br><br>By: */s/ Margaret Mortimer*<br>   Margaret Mortimer<br><br>1095 Avenue of the Americas<br>Three Bryant Park<br>New York, NY 10036-6797<br>Tel.: 212-698-3514<br>Fax: 212-698-3599<br>margaret.mortimer@dechert.com<br><br>*Counsel for Defendants BLOM Bank SAL and Fransabank SAL* |