UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BARTLETT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al.,<br><br>*Defendants*. | Case No. 19-cv-7 (CBA) (TAM)<br>(Amon, J.) |

PLEASE TAKE NOTICE that Paul W. Hughes of McDermott Will & Emery LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for proposed *amici curiae* the European Banking Federation and the Institute of International Bankers, and requests that all further papers and pleadings served or filed in the above-captioned case be served upon the undersigned at the address below.

Dated: Washington, DC
       February 2, 2024

By: /s/ *Paul W. Hughes*
    Paul W. Hughes, 4728325
      McDermott Will & Emery LLP
      500 North Capitol Street NW
      Washington, DC 20001
      Tel: (202) 756-8000
      Fax: (202) 756-8087
      phughes@mwe.com

    *Attorney for* Amici Curiae
    *The Institute of International Bankers*
    *The European Banking Federation*