# Exhibit A

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 29, 2024

Via ECF

The Honorable Pamela K. Chen,
        United States District Court Judge,
            U.S. District Court for the Eastern District of New York,
                225 Cadman Plaza East,
                    Brooklyn, New York 11201.

        Re:        *Freeman* v. *HSBC Holdings plc*, No. 18-cv-7359-PKC-CLP ("*Freeman II*")

Dear Judge Chen:

        We represent Defendant Standard Chartered Bank ("SCB") and write on behalf of the Appearing Defendants,[1] pursuant to the Court's direction during the February 5, 2024 conference regarding Plaintiffs' "constructive" discovery request, to object to (a) Plaintiffs' First Request for the Production of Documents to Defendant Standard Chartered Bank (the "Request"), attached hereto as **Exhibit A**, and (b) Plaintiffs' subpoena to non-party KBC Bank, attached hereto as **Exhibit B**.[2]  Plaintiffs' requests are the latest in a long line of attempts to leverage confidential SCB and KBC banking records to obtain impermissible post-dismissal discovery to formulate allegations in an amended complaint and engage in an improper "end run" around the protective order in *Bartlett* v. *Société Générale de Banque au Liban SAL*, No. 19-cv-00007 (E.D.N.Y.)

---

[1]        In addition to SCB, the Appearing Defendants are HSBC Holdings plc; HSBC Bank plc; HSBC Bank Middle East Limited; HSBC Bank USA, N.A.; Barclays Bank PLC; Royal Bank of Scotland N.V. (f/k/a ABN AMRO Bank N.V.); Credit Suisse AG; and Commerzbank AG.

[2]        Courts have allowed parties to oppose non-party subpoenas in situations analogous to this one.  *See, e.g.*, *Desilva* v. *N. Shore-Long Island Jewish Health Sys.*, 2010 WL 3119629, at *1 (E.D.N.Y. Aug. 9, 2010) (granting defendants' application to quash plaintiffs' non-party subpoenas where discovery had not yet commenced because "the issuance of the non-party subpoenas prior to the Rule 26(f) conference violate[d] Rule 26(d)(1)," which "expressly provides that '[a] party may not seek discovery from *any source* before the parties have conferred as required by Rule 26(f)'" (emphasis and alteration in original)); *Allstate Ins. Co.* v. *All County, LLC*, 2020 WL 5668956, at *2, *4 (E.D.N.Y. Sept. 22, 2020) (interpreting defendant's motion to quash plaintiff's overbroad non-party subpoena as a motion for protective order, and granting motion on grounds that (i) defendant "ha[d] standing to seek relief" "because the subpoenas s[ought] financial information about [defendant]," and (ii) "[i]n any event, the question of standing is beside the point where the objection to the subpoena is on relevance or proportionality—as [defendant's] is") (citations omitted).

("*Bartlett*").  Plaintiffs should not be permitted to use the fact that their counsel obtained discovery (that came with use restrictions) in *Bartlett* to justify discovery that otherwise would not be permitted in this case under prevailing Second Circuit law, especially given that Plaintiffs and their counsel were not authorized to use material they obtained in the *Bartlett* case for this case.  The Court should follow the Federal Rules of Civil Procedure and preclude Plaintiffs from obtaining post-dismissal and pre-amended-complaint discovery.  While the requested discovery, even if permitted, would not provide any substantive support for Plaintiffs' long-dismissed claims, the Appearing Defendants should not be required to defend a case brought using improperly obtained information.

       As the Court recognized during the February 5 conference, courts in this Circuit do not permit a plaintiff to engage in any discovery in order to help formulate a complaint.  (*Freeman II*, Conference Tr.  64:4–6 ("[T]he general principle that a plaintiff doesn't get discovery when faced with a motion to dismiss to try to save it from that motion to dismiss applies as the general rule."); *id.* at 49:9–12 ("[O]ne also could say those are the rules.  I mean, that's just how it works. If you didn't have the information before you brought your complaint and it was dismissed, you're out of luck.").)  The exception to that rule is where, unlike here, there is a threshold factual inquiry that the Court must engage in before deciding a motion to dismiss, such as the content of foreign law or the application of forum non conveniens factors.  *See, e.g.*, *Kashef* v. *BNP Paribas SA*, 2017 WL 2633580, at *1 (S.D.N.Y. June 15, 2017); *Alperin* v. *Vatican Bank*, 2006 WL 1663847, at *3 (N.D. Cal. June 15, 2006).

       This rule against pre-motion-to-dismiss discovery applies with even more force where, as here, the Court has already dismissed all claims against the Appearing Defendants for failure to state a claim.  *Main St. Legal Servs., Inc.* v. *Nat'l Sec. Council*, 811 F.3d 542, 567 (2d Cir. 2016) ("A plaintiff who has failed adequately to state a claim is not entitled to discovery."); *Landon* v. *Cnty. of Orange*, 2009 WL 10740049, at *1 (S.D.N.Y. Aug. 27, 2009) ("If a plaintiff files a complaint containing a non-viable claim, it should not be rewarded with discovery opportunities unavailable to plaintiffs who appropriately refrain from bringing such claims."); *KBL Corp.* v. *Arnouts*, 646 F. Supp. 2d 335, 346 n.6 (S.D.N.Y. 2009) (explaining that permitting post-dismissal, pre-amendment discovery "would undermine the purpose of" Rule 12(b)(6), which is designed "to streamline litigation by dispensing with needless discovery").  Indeed, even before their claims were dismissed more than three years ago, Plaintiffs were never authorized to conduct any discovery, making it even more inappropriate that they would be so authorized now.[3]

---

[3]     Plaintiffs have repeatedly conceded, even after the Supreme Court's decision in *Twitter* issued, that discovery has not been authorized in this matter (or was "stayed" to the extent discovery from dismissed defendants can be stayed).  (*See, Freeman II*, ECF No. 113 at 2 (arguing, post-*Twitter*, "to lift the stay of discovery"); ECF No. 120 at 3 ("renew[ing] their [post-*Twitter*] request that the Court lift the stay of discovery"); ECF No. 124 (replying, post-*Twitter*, about the "seemingly pedestrian legal question of whether the stay of discovery should be lifted").)  Indeed, discovery has been stayed in this case since the inception of its predecessor case, *Freeman et al* v. *HSBC Holdings PLC et al.*, 1:14-cv-06601-PKC-CLP ("*Freeman I*").  (*See Freeman I*, ECF No. 37 ("Discovery held in abeyance pending motion practice."); *Freeman II*, Minute Entry Dated May 30, 2019 ("Further proceedings in *Freeman II* . . . will be stayed until [the Court decides Defendants' motion to dismiss].")*; Freeman II*, Docket Order dated Oct. 10, 2019 (extending

Moreover, Plaintiffs and their counsel were expressly precluded from using confidential discovery material they obtained in the *Bartlett* case for this case.  Indeed, the *Bartlett* court made clear in orders issued on September 27, 2023, and December 21, 2023, that (i) the SCB and KBC records Plaintiffs now seek to deploy in this case are subject to the *Bartlett* Protective Order, and (ii) the *Bartlett* plaintiffs and their counsel were not entitled to use SCB's confidential records for any purpose other than litigating the *Bartlett* case.[4]  (*Bartlett*, Minute Entry and Order dated Sept. 27, 2023; ECF No. 368.)  The *Bartlett* Protective Order plainly states that "[a]ll Discovery Material (or any copies, summaries, or abstracts thereof) shall be used *solely* for the purpose of conducting [the *Bartlett*] Litigation," absent the *Bartlett* Court's specific "permission to use Discovery Material in another case or matter."  (*Bartlett*, ECF No. 273 at 3 (emphasis added).)  Plaintiffs' counsel here sought, and was denied, that permission from the *Bartlett* Court twice, including on appeal.   In other words, the *Bartlett* Protective Order expressly forbade the *Bartlett* plaintiffs and their counsel—who overlap with Plaintiffs and counsel here—from using these very materials *for any purpose* outside of *Bartlett*, and when counsel here challenged that express restriction, the *Bartlett* court affirmed that the *Bartlett* Protective Order meant what it said.

Undeterred, Plaintiffs did exactly what the *Bartlett* court's orders forbid.  On December 27, 2023, Plaintiffs filed their 704-page Second Amended Complaint ("SAC"), which contains 47 pages of redacted "allegations" that Plaintiffs admit were derived from confidential discovery in *Bartlett*.  (*Freeman II*, ECF No. 117, at 3 n.5.)  Plaintiffs then leveraged their own misuse of *Bartlett* discovery to try to justify post-dismissal, pre-motion-to-dismiss discovery in this case.  On January 8, 2024, Plaintiffs renewed a request to "constructively 'subpoena'" themselves in a transparent attempt to back-fill the SAC with these same materials.  (*Freeman II*, ECF No. 120 at 1, 3.)  During the February 5 conference, the Court rightly rejected this request, observing that "there's really no such thing," and that "it would end up being an end run around the protective order that exists in [*Bartlett*]."  (*Freeman II*, Conference Tr. 6:17–22.)  The Court instead allowed Plaintiffs to provisionally request documents from SCB and KBC, based in part on the representation of Plaintiffs' counsel that "[a]t this stage, we're not seeking anything beyond what essentially underlies the redacted allegations in the complaint." (*Id.* at 10:7–11.)  Although the Court allowed Plaintiffs to make limited provisional discovery requests to SCB and KBC, the Court also permitted SCB and the Appearing Defendants an opportunity to object to and "quash" the discovery requests and to raise the issue directly with the court in *Bartlett*, which SCB is doing. (*Freeman II*, Minute Entry dated Feb. 6, 2024.)

---

proceedings until "30 days after the Court rules on the motion for partial reconsideration in [*Freeman I*]"); *Freeman II*, Minute Entry dated Jan. 28, 2021 ("At the request of Plaintiffs, the Court stayed the case pending the Second Circuit's decision in *Freeman I . . . .*"); *Freeman II*, Docket Order dated Aug. 16, 2021 (directing the parties "to confer and inform the Court how they wish to proceed" within 30 days after the Second Circuit deciding *Freeman I*); *Freeman II*, Docket Order dated Feb. 16, 2023 ("granting the Parties' request for a stay of all three cases (*Freeman I*, *Freeman II*, and *Bowman*) pending the Supreme Court's decision in *Twitter* v. *Taamneh*, No. 21-1496").

[4]      Judge Merkl's ruling expressly applied both to records produced by SCB and records produced by KBC Bank.  (*See Bartlett*, Minute Order dated Oct. 13, 2023.)

Subsequently, on February 15, 2024, Plaintiffs sent SCB a document request, which, contrary to what Plaintiffs had represented to the Court, is far from limited to information Plaintiffs have used in their redacted SAC. Rather, the request seeks "[a]ll Transactional Records that are or were located in the United States relating to any of the persons and entities listed on the attached Exhibit 1, in which Standard Chartered Bank was a Participant," for a 19-year period. (Ex. A at 3.)  The referenced "Exhibit 1" spans 33 pages and lists 361 individuals and 321 entities, regardless of whether those individuals or entities have anything to do with the allegations in the SAC (Ex. A, Ex. 1), thus revealing Plaintiffs' effort for what it is—a desperate attempt to fish for discovery that may somehow help them argue that the Court should revive their long-dismissed claims.

There is—at a minimum—good cause to deny the discovery that Plaintiffs seek. *Walsh* v. *Versa Cret Contracting Co., Inc.*, No. 21-CV-5697, 2022 WL 2987086, at *2 (E.D.N.Y. July 28, 2022) ("Rule 26(c) confers broad discretion on the trial court to decide when a protective order is appropriate and what degree of protection is required."); *Sharpe* v. *Cnty. of Nassau*, No. 15-6446, 2016 WL 7350690, at *4 (E.D.N.Y. Dec. 19, 2016) ("Generally, the Court may issue a protective order where 'good cause' has been established . . . by setting forth particular and specific facts.").

*First*, Plaintiffs' only stated justification for seeking this discovery is to un-redact the phantom allegations they included in their SAC in contravention of the *Bartlett* Protective Order. However, as courts in this Circuit have routinely held, "a plaintiff's desire to gain more information in order to generate stronger pleadings is not a legitimate basis to compel discovery at this early stage," and courts in this Circuit "have consistently denied discovery requests which are lodged for the purpose of obtaining extra information prior to amending a complaint." *K.A.* v. *City of New York*, 2021 WL 5889254, at *2 (S.D.N.Y. Dec. 13, 2021) (collecting cases).  There is no reason to deviate from this well-recognized rule, which reflects how Rules 8 and 12 of the Federal Rules of Civil Procedure are meant to work.

*Second*, and as explained in SCB's January 16, 2024 Letter (*Freeman II*, ECF No. 123), the Second Circuit has squarely held that "[a] plaintiff who has failed adequately to state a claim is not entitled to discovery." *Main St. Legal Servs., Inc.* v. *Nat'l Sec. Council*, 811 F.3d 542, 567 (2d Cir. 2016).  This Court ruled more than three years ago that Plaintiffs had not stated any claim against any of the Appearing Defendants.  Moreover, the Appearing Defendants anticipate renewing their motion to dismiss the SAC for failure to state any claim.  "If a plaintiff files a complaint containing a non-viable claim, it should not be rewarded with discovery opportunities unavailable to plaintiffs who appropriately refrain from bringing such claims."  *Landon*, 2009 WL 10740049, at *1.  Permitting post-dismissal, pre-motion-to-dismiss discovery "would undermine the purpose of" Rule 12(b)(6), which is designed "to streamline litigation by dispensing with needless discovery."  *KBL Corp.*, 646 F. Supp. 2d at 346 n.6.

*Third,* the current discovery requests to SCB and KBC and Plaintiffs' phantom redacted allegations in the SAC are premised on a violation of the *Bartlett* Protective Order, which this Court should not endorse or facilitate.  The *Bartlett* Protective Order makes clear that "[a]ll Discovery Material (or any copies, summaries, or abstracts thereof) shall be used *solely for the purpose of conducting this Litigation* (including for purposes of mediating or otherwise attempting to settle this Litigation)."  (*Bartlett*, ECF No. 273 at 3 (emphasis added).)  Indeed, the *Bartlett*

court has already held that the precise conduct that Plaintiffs have engaged in here is forbidden under the *Bartlett* Protective Order, explaining that "the *Freeman* plaintiffs are seeking to use the discovery in *Bartlett* to revive a case where they have been denied discovery to support a proposed amended complaint. . . . [T]he *Freeman* parties at this stage in their litigation have not been permitted to engage in discovery. Therefore, the prejudice of using SCB's third-party disclosures in *Bartlett* to establish a cause of action against SCB in another case is apparent." (*Bartlett*, ECF No. 368 at 10–11.)

*Fourth*, even if some discovery were appropriate (and it plainly is not), Plaintiffs' request is wildly overbroad. It seeks documents that fall far beyond what Plaintiffs told the Court they would seek—namely, "what *essentially underlies the redacted allegations* in the complaint." (*Freeman II*, Conference Tr. 10:7–10(emphasis added).) Nor does Plaintiffs' instruction that SCB "may respond to the [Request] by producing, or consenting to the transmittal of, the same information [SCB] previously produced in response to the subpoena served on [SCB] in [*Bartlett*]" (Ex. A at 2) save the Request. To the contrary, even that instruction is unreasonably overbroad and outside the scope of what the Court has authorized them to request. The redacted phantom allegations in the SAC were—according to Plaintiffs—derived from only a subset of the records produced in *Bartlett*, which Plaintiffs' counsel could have readily identified but failed to do so. There is no legitimate reason for Plaintiffs here to obtain tens of thousands of confidential banking records that Plaintiffs did not even use for their SAC. The same applies to the KBC subpoena, which is similarly not limited to the material underlying the redactions.

In short, Plaintiffs are not entitled to post-dismissal, pre-motion-to-dismiss discovery under clear, binding Second Circuit law. Nor should Plaintiffs be permitted to leverage their own *misuse* of confidential discovery obtained in *Bartlett* as justification for discovery that is not otherwise authorized under the Federal Rules of Civil Procedure. To hold otherwise would not only undermine the very purpose of protective orders, but also encourage plaintiffs' counsel—particularly those like counsel here, which represents hundreds of plaintiffs in many similar lawsuits against different defendants—to disregard the Federal Rules of Civil Procedure and unilaterally commingle discovery materials across cases, if it suits them. Such precedent would have real and immediate impact. Accordingly, the Appearing Defendants respectfully request that the Court order that SCB and KBC need not respond to Plaintiffs' discovery requests.

As stated at the February 5 conference, Plaintiffs' redacted allegations do not remotely support a claim under the Anti-Terrorism Act. While Plaintiffs should have never misused SCB's and KBC's banking records to help formulate their SAC, as an alternative to denying Plaintiffs the discovery they seek, should the Court be inclined to consider the SAC's phantom allegations, SCB respectfully requests that the Court (i) limit the scope of discovery only to the specific banking records from which Plaintiffs sourced the redacted allegations in the SAC; and (ii) require that any such information be kept confidential by the *Freeman II* parties and those portions of the SAC be filed under seal in *Freeman II*.

The Honorable Pamela K. Chen                                        -6-

                                                 Respectfully,

                                                  /s/   *Andrew J. Finn*
                                                 Andrew J. Finn

(Exhibits)

cc:      All counsel of record (via ECF)

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

KATHALEEN FREEMAN, *et al.*,                    :

          Plaintiffs,                    :

                      :   **Case No. 18-cv-7359 (PKC)(CLP)**

-against-                                       :

HSBC HOLDINGS PLC, *et al.*,                    :

         Defendants.                    :

---------------------------------------------------------------x

## PLAINTIFFS' FIRST REQUEST FOR THE
## PRODUCTION OF DOCUMENTS TO DEFENDANT STANDARD CHARTERED BANK

      Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs hereby request that defendant Standard Chartered Bank ("SCB" or "Defendant") in the above-captioned litigation produce and permit Plaintiffs to inspect and copy all of the following documents and things which are in the possession, custody, or control of Defendant, and/or Defendant's agents or attorneys, within thirty (30) days following the date of service of this document request.

## <u>DEFINITIONS</u>

      As used herein, the following terms are defined as indicated:

      a.  "All/Each" is synonymous with the definition contained in Local Rule 26.3 of the Local Rules.

      b.  "Document" is synonymous with the definition contained in Local Rule 26.3(c)(2) of the Local Rules.

      c.  "Participant" means Defendant's name or Business Identifier Code (or other reference to Defendant) appears on a Transactional Record.

      d.  "Standard Chartered Bank" means Standard Chartered Bank and the scope of the definition is the same as the definition of "Parties" contained in Local Rule 26.3 of the Local Rules.

      e.  "Transactional Records" includes any S.W.I.F.T. Messages, CHIPS Payment Messages, FedWire Payment Messages, Continuous Linked Settlement (CLS) Bank Messages, Telex Messages, and any internal payment system messages reflecting requests for or actual payments, payment orders, bills of exchange, checks including interbank checks, financial institution transfers, including banknote transfers,

documentary credits and guarantees, bank guarantees, letters of credit, and other wholesale transfers of value, regardless of whether they are or were blocked by law or Your policies.

f.  "You" and "Your" refer to Defendant and its directors, officers, agents, employees, representatives, subsidiaries, managing agents, affiliates, or investigators, or its attorneys or their agents, employees, representatives or investigators.

## INSTRUCTIONS

1. You are to furnish all responsive Documents or things in Your possession, custody, or control, regardless of whether such Documents are in the possession, custody, or control of You or Your directors, officers, agents, employees, representatives, subsidiaries, managing agents, affiliates, or investigators, or by Your attorneys or their agents, employees, representatives, or investigators.

2. All requested Documents must be produced in full. If any requested Document or thing cannot be produced in full, You are to produce it to the extent possible, indicating which Document, or portion of such Document, is being withheld, and the reason that Document is being withheld.

3. All Documents shall be produced in the same order as they are kept or maintained by You in the ordinary course of Your business.

4. Documents attached to each other should not be separated.

5. If a Document once existed and has subsequently been lost, destroyed, or is otherwise missing, please provide sufficient information to identify the Document and state the details concerning its loss.

6. If You claim the attorney-client privilege or any other privilege or work product protection for any Document, You shall provide a detailed privilege log that contains at least the information required by Local Rule 26.2(a)(2)(A) of the Local Rules for each Document that You have withheld.

7. The relevant time period with respect to the document request herein is January 1, 2003, through December 31, 2021 (the "Relevant Time Period").

8. To minimize Your burden, You may respond to the document request herein by producing, or consenting to the transmittal of, the same information You previously produced in response to the subpoena served on You in *Bartlett v. Société Générale De Banque Au Liban SAL*, No. 19-cv-7 (CBA) (VMS), to the Plaintiffs in this Action.

9. If You choose to search for records notwithstanding paragraph 8, for all persons or entities listed on Exhibit 1, search for the names as well as a/k/a formulations. To minimize Your

burden, You may also consult Plaintiffs' counsel on spellings and additional identifying details that may assist Your search.

10. In searching the names of persons identified below, You shall also search other commonly used transliterations of Arabic names, including without limitation:

| | |
|---|---|
| Baqir | Baker, Baaqir, Baqer, Baaker, Baaqer |
| Darwish | Darvish, Darwich, Darwiche |
| Hoda | Huda, Houda, Houdaa, Hodaa, Hudaa, Hady |
| Hussein | Husain, Hussain, Husayn, Husein |
| Issam | Isam, Issaam, Esam, Esaam, Essaam, Esame, Esamm, Esamme, Esaame, Esaamm, Esaamme |
| Issawi | Isawi, Issaoui |
| Kassim | Qasim, Qaasim, Qazeem, Quasim, Casim, Cassim, Kacem, Kasem, Kassem, Kassym, Qasem, Kasim, Qassim, Ghasem, Kassam, Qazeem, Kaseem, Kasseem, Qaseem, Kasim, Qazim |
| Muhammad | Mohammad, Mohamad, Mohamed, Mohammed, Muhammed, Muhamad, Muhamed, Mohummad, Mohummed, Mouhamed, Mohammod, Mouhamad, Mohamud |
| Musa | Moosa, Musaa, Moosaa, Musaa, Mousa, Mousaa, Moussa, Mowsa, Mowsaa, Muwsa, Muwsaa, Moosa |
| Nazim | Nazem, Nadhem, Nadhim, Nathum |
| Said | Sayed, Saeed, Saed, Saied, Sai'd, Sa'id |
| Saleh | Salah, Salih, Sahlay, Sauleh |
| Seada | Saada |
| Tajideen | Tajeddine, Taj al-Din, Tajudeen |
| Wa'el | Wael, Wa'il, Wail, Waael, Waail, Waeil, Waele, Waelle, Waell, Waaill |
| Ya'qub | Yakub, Yaqub, Yaacoub, Yaqoob, Yaqoub, Yakoub, Yakup, Yukub, Yakubbe, Yakoob, Yakob, Jakob, Yacob, Jacob, Yakube, Yakubb, Yakubbe, Yakub |
| Youssef | Yusuf, Yussuf, Yosef, Yoosuf, Yusif, Yusef, Yoosef, Yousuf, Yousef, Yosoph, Yosof, Yosouf, Yosuwf, Yosowf, Yosuph, Yosuf, Yousof, Yousouf |

## **DOCUMENTS REQUESTED**

1.      All Transactional Records that are or were located in the United States relating to any of the persons and entities listed on the attached Exhibit 1, in which Standard Chartered Bank was a Participant.

Date:   February 15, 2024

By:   /s/ Dina Gielchinsky

**OSEN LLC**
Dina Gielchinsky, Esq.
Aaron Schlanger, Esq.
Michael J. Radine, Esq.
190 Moore Street, Suite 272
Hackensack, NJ 07601
Telephone: (201) 265-6400

**TURNER & ASSOCIATES, P.A.**
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

**MOTLEY RICE, LLC**
Michael Elsner, Esq.
John Eubanks, Esq.
28 Bridgeside Boulevard, P.O. Box 1792
Mount Pleasant, SC 29465

Attorneys for Plaintiffs

**EXHIBIT 1**

a.  Persons:

1)  Yusuf Aasi a/k/a El Yusuf Abd al-Rida Asi a/k/a Sheikh Yusuf Aasi a/k/a Youssef Abdel Rida Assi

2)  Attiya Muhammad Abbas a/k/a Attiyah Muhammad Abbas a/k/a Attiya Tabaja a/k/a Attiyah Tabajah a/k/a Atiya Muhammad Abbas

3)  Taleb Muhammad Ali Abou-Zeinab

4)  Abdel Karim Youssef Ahmad a/k/a Abd al-Karim Yusuf Ahmad.

5)  Adel Hassan Makki Ahmad a/k/a Adel Hassan Makki a/k/a Adel Makke

6)  Afif Ahmad Ahmad a/k/a Afif Ahmad Ali Ahmad

7)  Ali Ahmad Ahmad a/k/a 'Ali Ahmed Ahmed

8)  Ali Sa'id Ali Ahmad a/k/a Ali Said Ali Ahmad a/k/a 'Ali Said Ali Ahmed

9)  Diana Nassour Ahmad a/k/a Diana Nassour

10)  Firas Nazim Ahmad a/k/a Firas Nazem Ahmed

11)  Hassan Said Ali Ahmad a/k/a Hassan Sa'id Ali Ahmad

12)  Hind Nazim Ahmad a/k/a Hind Nazem Ahmed

13)  Hussein Said Ali Ahmad a/k/a Hussein Sa'id Ali Ahmad

14)  Ibtisam Said Ali Ahmad a/k/a Ibtisam Sa'id Ali Ahmad

15)  Imad Suleiman Ahmad a/k/a 'Imad Suleiman Ahmad

16)  Issam Suleiman Ahmad a/k/a Issam Sueliman Ahmad a/k/a Essam Suleiman Ahmad

17)  Hassan Ahmad Ahmad a/k/a Hasan Ahmad Ahmad

18)  Hind Abbas Ahmad a/k/a Hind Abas Ahmed

19)  Hismahan Ahmad Ahmad a/k/a Hismahan Ahmad Ali Ahmad

20)  Lina Ahmad Ahmad a/k/a Lina Ahmad Ali Ahmad

21)  Mahmoud Nayef Ahmad a/k/a Mahmoud Nayef Ahmad a/k/a Mahmoud Na'if Ahmed

22) Maryam Suleiman Ahmad a/k/a Maryam Suleiman Ali Ahmad

23) Maya Ahmad a/k/a Maya Imad Suleiman Ahmad

24) Mohammad Samir Ali Ahmad a/k/a Muhammad Samir 'Ali Ahmed

25) Muhammad Said Ali Ahmad a/k/a Muhammad Sa'id Ali Ahmad

26) Muhsin Ali Ahmad a/k/a Muhsin 'Ali Ahmed

27) Muna Said Ali Ahmad a/k/a Muna Sa'id Ali Ahmad a/k/a Mona Said Ali Ahmad.

28) Musa Ahmad Ahmad

29) Musa Muhammad Ahmad a/k/a Moussa Mohamad Ahmad

30) Mustafa Faysal Ahmad a/k/a Mustapha Ahmad a/k/a Mustafa Faisal Ahmad

31) Nadia Ahmad Ahmad a/k/a Nadia Ahmad Ali Ahmad

32) Najwa Suleiman Ahmad

33) Nawal Ali Ahmad a/k/a Nawal Ali Suleiman

34) Nazim Said Ali Ahmad a/k/a Nazim Ahmad a/k/a Nazem Ibrahim Ahmad a/k/a Nazim Sa'id Ali Ahmad a/k/a Nazem Saeed Ahmad a/k/a Nizam Saed 'Ali Ahmed a/k/a Nazem Saied Ahmad

35) Rasha Ali Ahmad a/k/a Risha 'Ali Ahmed

36) Said Ali Ahmad a/k/a Sa'id 'Ali Ahmad

37) Salman Ali Ahmad

38) Seada Said Ali Ahmad a/k/a Seada Sa'id Ali Ahmad

39) Sleiman Ali Ahmad

40) Suleiman Ali Ahmad a/k/a Sulaiman Ali Ahmad a/k/a Sulayman Ali Ahmad

41) Taysir Suleiman Ahmad a/k/a Tayseer Suliman Ahmad

42) Youssef Ali Ahmad a/k/a Yusuf Ali Ahmed

43) Qassem Muhammad Ajami a/k/a Qasim Muhammad Ajami a/k/a Qasem Muhammad Ajami a/k/a Kassem Muhammad Ajami

44) Ezzat Youssef Akar a/k/a Izzat Akar a/k/a Izzat Youssef Akar a/k/a Izzat Yusif Akkar

45) Yahya Muhammad al-Abd-al-Muhsin a/k/a Abd-al-Muhsin a/k/a Yahya Muhammad Alabdulmohsen a/k/a Yahya Muhammad Al-Abd-Al-Mushin a/k/a Yahya Muhammad Al-Abu Haydar a/k/a Yahya Sayyid

46) Qasim Aliq a/k/a Qassem Aliq a/k/a Kassem Aleik a/k/a Hajj Qasim Aliq a/k/a Qasem Aliq a/k/a Qasim Ulayq a/k/a Qasem Mahmud Aliq

47) Muhammad Abdallah al-Amin a/k/a Mohamed Abdullah al-Ameen a/k/a Mohammad al-Amin a/k/a Muhammad Abdallah Alamin a/k/a Muhammed El Amine a/k/a Mohamed Abdalla Amine

48) Ibrahim al-Amin al-Sayyed a/k/a Ibrahim Amin al-Sayid a/k/a Ibrahim Amin Sayyed a/k/a Ibrahin al-Amin

49) Wafa Muhammad Nussar Alamah a/k/a Wafa' Muhammad Nussar 'Alamah

50) Ali Reda Hassan Al-Banai a/k/a Ali Reda Hassan Albanai a/k/a Ali Ridha Hasan Albanai a/k/a Ali Ridha Hasan Al-Banai a/k/a Ali Reda Hassan Al-Banay a/k/a Ali Ridha Hassan Al-Banay a/k/a Ali Reda Hassan Al-Bani a/k/a Ali Ridha Hassan Al-Bani a/k/a Ali Reda Hassan Al-Bannay a/k/a Ali Ridha Hassan

51) Sulaiman Al-Banai a/k/a Sulaiman Abdulkaliq Al-Banai a/k/a Sulayman Abd-al-Khaliq Al-Banai a/k/a Sulaiman Albanai a/k/a Sulaiman Abdulkaliq Albanai a/k/a Sulayman Abd-al-Khaliq Al-Albanai

52) Akram Ahmad al-Bast a/k/a Akram Ahmed el-Bast

53) Hasan Jamal al-Din a/k/a Hassan Jamaleddine

54) Hussein Muhammad Kheir al-Din a/k/a Hussein Muhammad Kheir-al-Din a/k/a Hussein Muhammad Kheir-Addin

55) Isam Abd al-Amir Izz al-Din a/k/a Isam Abd al-Amir Izz-al-Din

56) Muhammad Ali Izz al-Din a/k/a Muhammad 'Ali Izz-al-Din a/k/a Mohamad Ali Ezzedine

57) Muhammad Amin Badr al-Din a/k/a Muhammad Badr-Al-Din a/k/a Mohamed Badreddine a/k/a Mohammed Badreddine

58) Muhammad Ni'mah Shams al-Din

59) Salah Abd al-Rauf Izz al-Din a/k/a Salah Abd al-Rauf Azz al-Din a/k/a Salah Abd al-Ra'uf Ezzadin

60) Ahmad Jawad Shalash al-Fartusi

61) Ali Hussein al-Haj a/k/a 'Ali Hussein el-Hajj

62) Hussein al-Khalil a/k/a Husayn Al-Khalil a/k/a Hussein el-Khalil

63) Fadi Dawud al-Nimr a/k/a Fadi Dawood al-Nimr

64) Abdallah Zuhayr al-Sahili a/k/a Abdallah Zouhair al-Sahili

65) Samira Muhammad al-Sahili a/k/a Samira Mohammed Al Sahli a/k/a Samirah Muhammad al-Saheli

66) Muhammad Ali al-Seblani a/k/a Muhammad Ali al-Sablani a/k/a Muhammad Ali al-Siblani

67) Muhammad Arkan al-Seblani a/k/a Muhammad Irkan al-Sablani a/k/a Muhammad Arkan Siblani

68) Hussein Ali Muhammad al-Shami a/k/a Husayn al-Shami a/k/a Husayn Shaimi a/k/a Husayn Shamai a/k/a Husayn Shamy a/k/a Husayn Al-Shamy a/k/a Husayn Ashami a/k/a Haj Husayn Al-Shami

69) Maitham Muhsin Ubayd al-Zaydi a/k/a Maitham Mohsen Obaid Al-Zaidi

70) Shibl Muhsin Ubayd al-Zaydi a/k/a Shebl Mohsen Al Zaidi a/k/a Shibl Muhsin Ubayd Al-Zadi a/k/a Hajji Shibl Muhsin Al-Zaydi a/k/a Shibl Muhsin 'Ubayd Al-Zaydi a/k/a Mahdi Ja'far Salih

71) Ahmad Hisham Amhaz a/k/a Ahmed Hisham Amhaz

72) Ali Muhammad Amhaz a/k/a 'Ali Mohammed Amhaz

73) Hani Amhaz a/k/a Hani Muhammad Amhaz a/k/a Hani Muchamad Amhaz a/k/a Hani Muchammad Amhaz a/k/a Hani Mohamed Amhaz a/k/a Hani Mohammed Amhaz a/k/a Hany Muhammad Amhaz

74) Hussein Ahmad Amhaz a/k/a Husayn Ahmad Amhaz

75) Issam Amhaz a/k/a Issam Mohamed Amhaz a/k/a 'Isam Amhaz

76) Kamel Muhammad Amhaz a/k/a Kamel Mohamed Amhaz a/k/a Kamel Amhaz a/k/a Kamel Al-Amhaz a/k/a Kamil Amhaz

77) Meghdad Amini

78) Sultan Khalifa As'ad a/k/a Hajj Sultan Asaad a/k/a Sultan Assad a/k/a Sultan Khalife Assad

4

79) Abd al-Ilah Mahmud Ashur a/k/a Abd-al-Alah Mahmud Ashur a/k/a Abdel Ilah Mahmoud Achour

80) Nabil Mahmoud Assaf a/k/a Nabil Assaf a/k/a Nabil Muhammad Assaf

81) Clara Saleh Assi a/k/a Clara Saleh Asi a/k/a Clara Salih Assi a/k/a Clara Salah Assi a/k/a Clara Salih Asi a/k/a Clara Salah Asi

82) Najat Bou Joumaa Assi a/k/a Najat Bu Jumaa Khalid a/k/a Najat Bou Joumaa Asi a/k/a Najat Bu Jumaa Asi

83) Saleh Ali Assi a/k/a Salih Ali Assi a/k/a Salah Assi a/k/a Saleh Ali Asi /k/a Salih Ali Asi a/k/a Salah Ali Asi

84) Reda Ali Atawi a/k/a Rida 'Ali Atawi

85) Hassan Muhammad Attiya a/k/a Hasan Mohamed 'Attiya

86) Nour al-Ain Muhammad Ali Atweh a/k/a Nur al-Ayn Muhammad Ali Utwah a/k/a Nur al-Ain Muhammad Ali Atweh a/k/a Nur al-Ain Muhammad Ali Atwi a/k/a Nour Tajideen a/k/a Nour Taj al-Din

87) Hussein Ali Atwi a/k/a Husayn 'Ali Atawi

88) Hassan Mussa Awada a/k/a Hasan Mussa Awada a/k/a Hassan Musa Awadah

89) Mahdi Ali Awada a/k/a Mahdi Ali Awadah

90) Majida Zayna Ahmad Awada a/k/a Majdah Zaynah Ahmed Awadeh

91) Ali Muhammad Hasan Ayash a/k/a Ali Muhammad Hassan Ayyash

92) Hassan Muhammad Hasan Ayash a/k/a Hassan Muhammad Hassan Ayyash a/k/a Hasan Muhammad Hasan Ayash a/k/a Hassan Mahmoud Ayache

93) Imad Abdul Reda Bakri a/k/a Imad Abd al-Rida Bakri a/k/a Imad Kebir

94) Rami Kamil Ya'qub Baqir a/k/a Rami Baker a/k/a Rami Kamel Yaaqub Baqer

95) Rim Reda Baqir a/k/a Rim Baker a/k/a Rim Baqer a/k/a Rim Reda

96) Rima Kamil Ya'qub Baqir a/k/a Rima Baker a/k/a Rima Baqer

97) Muhammad Ali Bashir a/k/a Muhammad Ali Bachir

98) Nader Nasim Basma a/k/a Nadir Nasim Basmah a/k/a Nadir Nassim Basmah a/k/a Nadir Nasim Basma a/k/a al-Hajj Nader Basma

99) Muhammad Ibrahim Bazzi a/k/a Mohammad Ibrahim Bazzi a/k/a Muhammad Ibrahim Bazzi a/k/a Muhammad Bazzy

100) Qassem Muhammad Ali Bazzi a/k/a Kassem Mohamad Ali Bazzi a/k/a Qassem Mohammed Ali Bazi a/k/a Qasim Mohammed Ali Bazzi a/k/a Qasim Muhammad Ali Bazzi

101) Wa'el Muhammad Bazzi a/k/a Wa'il Muhammad Bazzi a/k/a Wael Bazzi

102) Ibrahim Hussein Bdeir a/k/a Ibrahim Hussein Budayr a/k/a Ibrahim Husayn Bdeir a/k/a Ibrahim Husayn Budayr

103) Hussein Ibrahim Bdeir a/k/a Husayn Ibrahim Bdeir a/k/a Hussein Abu Ali Bdeir a/k/a Hussein Budayr a/k/a Husayn Bdeir

104) Muhammad Ahmad Berjawi

105) Basel Nabih Berri a/k/a Bassel Nabih Berri

106) Jalal Muhammad Rashed Bitar

107) Nasser Jalal Bitar

108) Wa'el Jalal Bitar a/k/a Wa'il Jalal Bitar a/k/a Wael Jalal Bitar

109) Amine Bzeih a/k/a Amin Bazi'

110) Talal Khalil Chahine a/k/a Talal Shahin a/k/a Tilal Khalil Shahin

111) Abd al-Halim al-Shaykh Musa Charara a/k/a/ Abd al-Halim Sharara

112) Ali Ibrahim Charara a/k/a Ali Ibrahim Sharara

113) Ali Youssef Charara a/k/a Ali Youssef Sharara a/k/a 'Ali Yusuf Sharara

114) Muhammad Yousef Charara a/k/a Muhammad Youssef Sharara a/k/a Muhammad Yusuf Sharara

115) Raghid Wasif Charara a/k/a Raghid Wasif Sharara a/k/a Raghid Wasef Sharara

116) Rami Ibrahim Charara a/k/a Rami Ibrahim Sharara

117) Youssef al-Shaykh Abd al-Amir Charara a/k/a Youssef Sharara

118) Adel Muhammad Cherri a/k/a Adel Mohamad Cherri a/k/a Adel Muhammad Sherri a/k/a Adel Muhammad Shary

119) Amin Muhammad Cherri a/k/a Amin Muhammad Shary, a/k/a Amin Shari a/k/a Amin Shary a/k/a Amin Muhammad a/k/a Ameen Shiri a/k/a Amin Shirri a/k/a Amin Shiri

120) Imad Muhammad Cherri a/k/a Imad Muhammad Sherri a/k/a Imad Muhammad Shari a/k/a Imad Muhammad Shary a/k/a Imad Muhammad Shiri.

121) Khalil Abdel Hussein Cherri a/k/a Khalil Sherri a/k/a Khalil Shari a/k/a Khalil Shary a/k/a Khalil Shiri

122) Ali Ahmad Choueib a/k/a Ali Ahmad Shuayb /k/a 'Ali Ahmed Shuaib

123) Yasser Hassan Dabuq a/k/a Yaser Hasan Dabuq

124) Zaher Hassan Dabuq a/k/a Zaher Hasan Dabuq

125) Ibrahim Ali Daher a/k/a Ibrahim Ali Dahir

126) Kazem Abbas Darabi a/k/a Kassem Abbas Darabi a/k/a Qassem Abbas Darabi a/k/a Qasim Abbas Darabi

127) Ali Hussein Darwish a/k/a Ali Hussein Darwich a/k/a Ali Hussein Darwiche.

128) Issam Abu Darwish a/k/a Isam Abu Darwish a/k/a Issam Abu Darwich a/k/a Issam Abu Darwiche a/k/a Isam Abu Darwich a/k/a Isam Abu Darwiche

129) Khodr Hussein Darwish a/k/a Khoder Hussein Darwish a/k/a Khodr Hussein Darwich a/k/a Khodr Hussein Darwiche a/k/a Khodr Husayn Darwish

130) Muhammad Hussein Darwish a/k/a Muhammad Hussein Darwich a/k/a Muhammad Hussein Darwiche

131) Muhammad Issam Abu Darwish a/k/a Muhammad Issam Abu Darwich a/k/a Muhammad Issam Abu Darwiche a/ka Muhammad Isam Abu Darwish a/k/a Muhammad Isam Abu Darwich a/k/a Muhammad Isam Abu Darwiche

132) Safi Yahya Darwish a/k/a Safi Yahya Darwich a/k/a Safi Yahya Darwiche

133) Sami Issam Abu Darwish a/k/a Sami Issam Abu Darwich a/k/a Sami Issam Abu Darwiche a/k/a Sami Isam Abu Darwish a/k/a Sami Isam Abu Darwich a/k/a Sami Isam Abu Darwiche

134) Reza Dehnavi

135) Iman Abd al-Saheb Dhiyab

136) Zuheir Ali Dia a/k/a Zuhayr Ali Diya a/k/a Zuheir Ali Diyya a/k/a Zuheir Dia a/k/a Zuhair Diya

137) Hasan Dehghan Ebrahimi a/k/a Hasan Dahqan Ibrahimi a/k/a Hassan Dehghan Ebrahimi a/k/a Hassan Dahqan Ibrahimi

138) Raed Hamid Taher Abu Eini a/k/a Ra'ed Hameed Taher Abu 'Eini

139) Hamdi Zaher El Dine a/k/a Hamdi Zahreddine a/k/a Hamdi Zaher al-Din a/k/a Hamdi Jamil Zaher al-Din

140) Ali al-Sayyid Muhammad Hussein Fadlallah a/k/a Ali al-Sayed Mohammad Hussein Fadlallah

141) Karim Ibrahim Fadlallah

142) Muhammad Baqir al-Sayyid Abd al-Ra'uf Fadlallah

143) Abbas Ahmad Fahs a/k/a Abbas Ahmad Fahas

144) Batoul Hussein Faour a/k/a Batul Hussein Faour a/k/a Batoul Hussein Fa'ur

145) Hussein Ali Faour a/k/a Hussein Ali Fa'ur a/k/a Husayn Ali Fa'ur a/k/a Husayn Ali Faour a/k/a Housein Ali Faour

146) Youssef Muhammad Hussein Faour a/k/a Youssef Muhammad Hussein Fa'ur

147) Ali Khalil Faqih a/k/a 'Ali Khalil Fakih

148) Ibrahim Muhammad Faqih a/k/a Ibrahim Mohamed Fakih a/k/a Ibrahim Muhammad Mufid al-Faqih

149) Khalil Hassan Faqih a/k/a Khalil Hasan Fakih

150) Fadi Ali Faran a/k/a Fada Ali Farran a/k/a Faddi 'Ali Faran

151) Muhammad Abd-al-Amir Farhat a/k/a Muhammad 'Abd-al-Amir Farhat a/k/a Mohammad Farhat a/k/a Mohammad Abdul Amir Farhat

152) Muhammad Ahmad Farhat a/k/a Mohamed Ahmad Farhat

153) Hassan Said Farran a/k/a Hasan Sa'id Faran

154) Abbas Abd al-Latif Fawaz a/k/a Abbas Abdel Latif Fawaz a/k/a Abas Abdul Latif Fawaz

155) Abdul Latif Fawaz

156) Fadi Fawzi Fawaz

157) Fadl Abbas Fawaz

158) Farah Abbas Fawaz a/k/a Farah Abas Fawaz

159) Fouzi Reda Darwish Fawaz a/k/a Fawzi Reda Fawaz a/k/a Fawzy Fawaz a/k/a Fawzi Fawwaz a/k/a Fowzy Fawaz a/k/a Fawzy Reda Darwish-Fawaz

160) May Kamel Darwish Fawaz a/k/a May Kamel Darwich Fawaz

161) Mustafa Reda Darwish Fawaz a/k/a Mustapha Reda Darwish Fawaz a/k/a Mustapha Reda Darwish Fawaz a/k/a Moustafa Reda Darwish-Fawaz a/k/a Mustafa Fawwaz a/k/a Mustapha Fawaz a/k/a Mustapha Rida Darwich Fawaz a/k/a Mostafa Reda Darwich Fawaz a/k/a Mustapha Rhoda Darwich Fawaz a/k/a Mustafa Fawaz a/k/a Mustafa Darwish Fawaz a/k/a Moustapha Fawaz

162) Sadeq Abbas Fawaz a/k/a Sadiq Abbas Fawaz a/k/a Sadeq Abas Fawaz

163) Mahmud Fayed a/k/a Mahmoud Fayed a/k/a Mahmud Abd al-Rahman Fayed

164) Muhammad Abd al-Rahman Fayed a/k/a Mohamed Abdul Rahman Fayyed

165) Hassan Abd al-Muttalib Fneish a/k/a Hasan 'Abd-al-Matlab Funaysh a/k/a Hassan Abd al-Matlab Fneish

166) Said Hassan Fuani a/k/a Sa'id Hassan Fu'ani a/k/a Said Hasan Fouani

167) Ali Muhammad Ghandur

168) Abbas Hassan Gharib

169) Ihab Awsaf Ghurayb a/k/a Ihab Awsaf Ghreib

170) Carol Rogier Habib

171) Rana Hachem a/k/a Rana Hashem

172) Hasib Muhammad Hadwan a/k/a Hasib Hadwan a/k/a Hajj Zayn

173) Khadir Ali Abi Haidar a/k/a Kader 'Ali Abi Haydar

174) Muhammad Ni'mah al-Hajj a/k/a Mohamed Nemeh El Hajj

175) Ali Ahmad Halawi a/k/a 'Ali Ahmed Halawi

176) Fuad Halawi a/k/a Fuad Mahmud Halawi a/k/a Fu'ad Mahnud Halawi

177) Mahmud Fuad Halawi a/k/a Mahmoud Fuad Halawi a/k/a Mahmoud Fouad Halawe

178) Rawad Halawi a/k/a Rawad Halawe a/k/a Rawad Mahmud Halawi

179) Wa'el Halawi a/k/a Wa'el Halawe a/k/a Wael Halawi a/k/a Wael Halawe

180) Isam Nabih Hamad a/k/a Issam Nabi Hamad Issam a/k/a Nabi Hamd

181) Moussa Ali Hamdan a/k/a Musa Ali Hamdan

182) Talal Hamiyah a/k/a Talal Husni Hamiya

183) Ahmad Mustafa Mahmoud Hammoud a/k/a Ahmad Mustafa Mahmud Hammoud

184) Muhammad Hassan Hammoud a/k/a Mohamed Hasan Hamud

185) Abbas Hussein Harb a/k/a Abbas Husayn Harb

186) Ali Hussein Harb a/k/a Ali Houssein Harb a/k/a Ali Husayn Harb

187) Chekri Harb a/k/a Chekri Mahmoud Harb

188) Dib Hani Harb a/k/a Deeb Hani Harb

189) Khalil Yusif Harb a/k/a Hajj Ya'taqad Khalil Harb a/k/a Mustafa Khalil Harb a/k/a Sayyid Ahmad a/k/a Abu Mustafa

190) Mostafa Habib Harb a/k/a Mustafa Habib Harb

191) Youssef Hashim a/k/a Yusuf Hashem a/k/a Yusef Hashem

192) Ali Abdel Reda Hassan a/k/a Ali Abd al-Rida Hussein

193) Samir Subhi Abu-Hassan a/k/a Samir Subhi Abu Hasan a/k/a Samer Subhi Abu Hassan a/k/a Samer Subhi Abu Hasan

194) Muhammad Ali Hawi a/k/a Mohamed 'Ali Hawi

195) Tareq Ali Hawi a/k/a Tarek 'Ali Hawi

196) Ali Kassem Hejeij a/k/a Ali Kassem Hajij a/k/a Ali Kassem Hujayj a/k/a Ali Qassem Hejeij a/k/a Ali Qasem Hejeij a/k/a Ali Qasim Hejeij a/k/a Ali Qassim Hejeij a/k/a Ali Qassem Hajij a/k/a Ali Qasem Hajij a/k/a Ali Qasim Hajij a/k/a Ali Qassim Hajij a/k/a Ali Qassem Hujayj a/k/a Ali Qasem Hujayj a/k/a Ali Qasim Hujayj a/k/a Ali Qassim Hujayj

197) Fatima Kassem Hejeij a/k/a Fatima Qasem Hjeij a/k/a Fatima Qassem Muhammad Hjeij a/k/a Fatima Qasim Hejeij

10

198) Hassan Hejeij a/k/a Hassan Muhammad Hejeij a/k/a Hassan Hajij a/k/a Hassan Hujayj a/k/a Hassan Hejeij a/k/a Hassan Hejeij a/k/a Hassan Hejeij a/k/a Hassan Hejeij a/k/a Hassan Hajij a/k/a Hassan Hajij a/k/a Hassan Hajij a/k/a Hassan Hajij a/k/a Hassan Hujayj a/k/a Hassan Hujayj a/k/a Hassan Hujayj a/k/a Hassan Hujayj

199) Kassem Hejeij a/k/a Kassem Muhammad Hejeij a/k/a Kassem Hajij a/k/a Kassem Hujayj a/k/a Qassem Hejeij a/k/a Qasem Hejeij a/k/a Qasim Hejeij a/k/a Qassim Hejeij a/k/a Qassem Hajij a/k/a Qasem Hajij a/k/a Qasim Hajij a/k/a Qassim Hajij a/k/a Qassem Hujayj a/k/a Qasem Hujayj a/k/a Qasim Hujayj a/k/a Qassim Hujayj

200) Nasamah Ahmad Hejeij a/k/a Nasamah Ahmad Hajij a/k/a Nasama Ahmad Hejeij a/k/a Nasama Ahmad Hajij a/k/a Nessma Ahmad Hejeij

201) Nada Hassan Hijazi a/k/a Nada Hasan Hijazi

202) Samir Muhammad Hijazi a/k/a Samir Mohamed Hijazi

203) Hassan Hodroj a/k/a Hasan Hodrouj

204) Ayman Ahmad Ibrahim

205) Khalil Nazem Ibrahim a/k/a Khalil Nazim Ibrahim a/k/a Khalil Nadhem Ibrahim

206) Ahmad Ali Ismail a/k/a Ahmed 'Ali Isma'il

207) Ali Ahmad Ismail a/k/a 'Ali Ahmed Isma'il

208) Ibrahim Abdallah Ismail a/k/a Ibrahim Abdullah Ismail

209) Nasrin Ali Ismail a/k/a Nisreen 'Ali Isma'il

210) Talib Husayn Ali Jarak Ismail a/k/a Talib Hussein Ali Jarak Ismail a/k/a Talib Husayn 'Ali Jarak Ismai'l

211) Ziyad Ali Ismail a/k/a Ziad Ali Ismail a/k/a Ziyad 'Ali Isma'il

212) Ibrahim Waked Issa a/k/a Ibrahim Waked Isa a/k/a Ebrahim Waked 'Issa

213) Ha'el Ahmad Issawi a/k/a Ha'el Ahmad Issaoui a/k/a Ha'il Ahmad Issawi

214) Hussein Ahmad Issawi a/k/a Hussein Ahmad Issaoui

215) Ibrahim Ahmad Issawi a/k/a Ibrahim Issawi a/k/a Ibrahim Issaoui

216) Lama Hussein Bdeir Issawi a/k/a Lama Hussein Bdeir Issaoui

217) Wa'el Ahmad Issawi a/k/a Wa'el Ahmad Issaoui a/k/a Wael Ahmad Issawi a/k/a Wael Ahmad Issaoui a/k/a Wa'il Ahmad Issawi

218)     Walid Ali Jaber a/k/a Waleed 'Ali Jaber

219)     Najmah Hassan Jabir a/k/a Najmeh Hassan Jaber a/k/a Najmah Tajideen.

220)     Muhammad Fayyad Jafal

221)     Bashir Qassem Jaffal a/k/a Bashir Qasim Jaffal a/k/a Bashir Qasem Jaffal a/k/a
         Bashir Kassem Jaffal

222)     Ahmad Abd al-Karim Said Muhammad Jawad

223)     Hana Abd al-Karim Jawad

224)     Hussein Abd al-Muttalib Jawad a/k/a Husayn Abdulmutalab Jawad a/k/a Hussein
         Abd-al-Matlab Jawad a/k/a Husayn Abd al-Mutalib Jawwad

225)     Akram Saied Joumaa a/k/a Akram Said Joumaa a/k/a Akram Sa'id Joumaa.

226)     Anwar Saied Joumaa a/k/a Anwar Said Joumaa a/k/a Anwar Sa'id Joumaa.

227)     Ayman Saied Joumaa a/k/a Ayman Said Joumaa a/k/a Aiman Said Jomaa Kharfan
         a/k/a Ayman Sa'id Joumaa

228)     Mohamad Saied Joumaa a/k/a Mohamad Said Joumaa a/k/a Mohamad Sa'id Joumaa
         a/k/a Muhammad Said Joumaa

229)     Muhammad Taha Jumaa

230)     Muhammad al-Mukhtar Fallah Kallas a/k/a Muhammad al-Mukhtar Kallas a/k/a
         Mohamad El Mokhtar Kallas a/k/a Mohamed Kallas

231)     Hasan Antar Karaki a/k/a Hassan Karaki a/k/a Hassan Qaraki

232)     Azam Abd-al-Aziz Kawtharani

233)     Adnan Hussein Kawtharani a/k/a Adnan Mahmud Kawtharani a/k/a Adnan
         Kutherani

234)     Muhammad Kawtharani a/k/a Muhammad al-Kawtharani a/k/a Jafar Al-Kawtharani

235)     Hanna Elias Khalifa a/k/a Hanna Khalifeh

236)     Ali Muhammad Kharrubi a/k/a Ali Mohamed Kharroubi a/k/a Ali Kharoubi

237)     Jamal Muhammad Kharrubi a/k/a Jamal Muhammad Kharroubi a/k/a Jamal
         Mohamad Kharoubi

238) Iman Kobeissi a/k/a Iman Kobeissu, a/k/a Iman Kobreissi-Ghadry a/k/a Iman Qubaysi

239) Saad Habib Lahud

240) Michel Gabriel Ma'rawi a/k/a Michael Gabriel Ma'rawi

241) Khadijah Amin Mahmoud a/k/a Khadijah Amine Mahmood

242) Ahmad Muhammad Makke a/k/a Ahmad Muhammad Makki

243) Hisham Hussein Makke a/k/a Hisham Hussein Makki a/k/a Hisham Husayn Makke a/k/a Hisham Husayn Makki a/k/a Hisham Mackie.

244) Jamal Makke a/k/a Jamal Makki

245) Fawzi Muhammad Malek a/k/a Faouzi Malek a/k/a Fawzi Malik

246) Johanna Malek a/k/a Johanna Malik

247) Ramzi Muhammad Malek a/k/a Ramzi Malik

248) Randa Muhammad Malek a/k/a Randa Malik

249) Wajih Masoun Maliki a/k/a Wajih Masoun al-Maliki

250) Adel Mansour a/k/a Adel Mansur a/k/a Adel Muhammad Mansour

251) Muhammad Yusuf Ahmad Mansur a/k/a Sami Hani Shihab a/k/a Salem Bassem Sami a/k/a Jamal Hani Hillawi a/k/a Muhammad Yusuf Mansur Sami Shihab a/k/a Mohammad Yousef Mansour a/k/a Mohammad Youssef Mansour a/k/a Muhammad Yusuf Mansur a/k/a Mohammad Yusuf Ahmad Mansur a/k/a Muhammad Yusif Ahmad Mansur a/k/a Sami Shehab a/k/a Sami Shihab a/k/a Hani Halawi

252) Khadijah Hassan Mattar a/k/a Khadijah Hassan Matar a/k/a Khadijah Taj al-Din a/k/a Khadijah Tajideen

253) Fadi George Mazegi a/k/a Fadi Maziji

254) Michel George Mecattaf

255) Ahmad Izzat Khalil Muhammad a/k/a Ahmad Izzat Khalil Mohamad a/k/a Ahmed Izzat Khalil Mohammad

256) Said Jamil Muhammad

257) Jaafar Musa Musa a/k/a Ja'afar Musa Musa a/k/a Jaafar Musa Moussa

258) Tarek Khalil Musa a/k/a Tarek Khalil Moussa

259) Razi Musavi a/k/a Hosein Razi Musavi a/k/a Hussein Razi Musavi

260) Ali Musa Nachar a/k/a Ali Moussa Nachar a/k/a Ali Musa Nashar

261) Ghazi Kamel Abd al-Rahman Abu Nahl a/k/a Ghazi Abunahl a/k/a Ghazi K. Abu Nahl

262) Fuad Haidar Najm a/k/a Fu'ad Haidar Najem

263) Hasan Nasrallah a/k/a Hassan Abd-al-Karim Nasrallah

264) Abdul Menhem Ibrahim Nassour a/k/a Abd-al-Mun'im Ibrahim Nassur

265) Ali Ibrahim Nassour

266) Aziz Ibrahim Nassour

267) Batul Hassan Youssef Nassour a/k/a Batul Hassan Youssef a/k/a Batul Hasan Yusuf

268) Hassan Ibrahim Nassour

269) Ibrahim Khalil Nassour

270) Khalil Ibrahim Nassour

271) Muhammad Ibrahim Nassour

272) Sahar Ibrahim Nassour

273) Imad Chukrallah Nasrallah a/k/a Emad Shukralla Nasralla

274) Muhammad Mustafa Nur-al-Din a/k/a Mohamad Noureddine a/k/a Muhammad Noureddine

275) Jawad Nur-al-Din a/k/a Jawad Noureddine a/k/a Jawad Nouredine Shawki Jawad Mohamad Shafiq Nur al-Din a/k/a Shawqi Jawad Mohamad Shafiq a/k/a Shawqi Muhammad Shafiq Nur Al-Din

276) Samih Ossaily

277) Ali Rauf Osseiran a/k/a Ali Ra'uf Osserian a/k/a Ali Rauf Oserian

278) Hasan Chehadeh Othman

279) Naim Qassem a/k/a Sheikh Naim Qassem a/k/a Naim Qasim a/k/a Naim Kassem a/k/a Na'im Kasem

280) Adnan Muhammad Ali Qassir a/k/a Adnan Muhammad Ali Qasir

281) Ali Qassir a/k/a Ali Ghasir a/k/a Ali Ghassir a/k/a Ali Kassir a/k/a Ali Qasir a/k/a Ali Abd-Al-Rahman Qasir

282) Burhan Hussein Qataya

283) Ali Muhammad Qansu a/k/a Ali Muhammad Kanso a/k/a Ali Muhammad Kansou

284) Jihad Muhammad Qansu a/k/a Jihad Muhammad Kanso a/k/a Jihad Muhammad Kansou

285) Muhammad Haidar Qansu a/k/a Muhammad Haidar Kanso a/k/a Muhammad Haidar Kansou

286) Ali Qasir a/k/a Ali Abd-Al-Rahman Qasir a/k/a Ali Ghasir a/k/a Ali Ghassir a/k/a Ali Kassir a/k/a Ali Qasir

287) Abd Al Menhem Qubaysi a/k/a Abd al-Mun'im al-Qubaysi a/k/a Abd al-Mumin Qubaysi a/k/a Abd Al Menhem Kobeissi a/k/a Abd Al Menhem Qubaysi a/k/a Abd Al Munhim Kubaysy a/k/a Abdul Menhem Kobeissy a/k/a Abdul Menhem Kobeissi a/k/a Abdel Menhem Kobeissi

288) Fatima Ahmad Qubaysi a/k/a Fatima Ahmad Qbeisi a/k/a Fatima Ahmad Qbaysi

289) Kassem Rmeiti a/k/a Kassem Ali Remiti a/k/a Qassim Rmeiti a/k/a Qassim Remiti a/k/a Qasem Rmeiti a/k/a Qasem Remiti a/k/a Qassem Rmeiti a/k/a Qassem Remiti

290) Muhammad Abd Ali Rustam a/k/a Mohammad Abd Ali Rustum a/k/a Mouhamad Abd Ali Rostom a/k/a Mohamad Abd Ali Rostam

291) Tony Saab a/k/a Tony Butrus Saab a/k/a Tony Boutros Saab a/k/a Tony Sa'b a/k/a Tony Butrus Sa'b

292) Abdul Latif Saad a/k/a Abdul Latif Sa'ad

293) Abd al-Karim Ahmad Saad a/k/a Abd al-Karim Ahmad Sa'ad

294) Ahmad Saad a/k/a Ahmad Sa'ad

295) Anwar Hussein Saad a/k/a Anwar Hussein Sa'ad

296) Issam Ahmad Saad a/k/a Issam Ahmad Sa'ad a/k/a Isam Ahmad Saad a/k/a Isam Ahmad Sad a/k/a Isa, Ahmad Sa'ad

297) Edmond Youssef Saadeh a/k/a Edmond Yusuf Saade

298) Ahmad Ibrahim Safa a/k/a Ahmed Ibrahim Safa

299) Wafiq Safa a/k/a Wafiq Abd al-Hussein Safa a/k/a Wafiq Abdul Hussein Safa a/k/a Wafiq 'Abd-al-Husayn Safa a/k/a Wafiq Ahmad Safa a/k/a Wafik Ahmed Safa a/k/a Hessam Badr al-Din a/k/a Hessam Badreddine a/k/a Ali Wahib al-Zayn a/k/a Ali Waheb al-Zein

300) Abdallah Ali Safieddine a/k/a Abdallah Safi-Al-Din a/k/a Abdullah Safieddine a/k/a Abdullah Safi-Al-Din

301) Hamzah Ali Safieddine a/k/a Hamzah Safi-Al-Din a/k/a Hamzeh Ali Safieddine a/k/a Hamza Ali Safieddine

302) Hashem Safieddine a/k/a Hashem Safi Al-Din a/k/a Hashem Safi A-Din a/k/a Hashim Safi Al Din a/k/a Hashim Safi Al-Din a/k/a Hashim Safieddine

303) Kassem Mohamad Saleh a/k/a Qasim Saleh a/k/a Qasem Saleh a/k/a Qassem Salah a/k/a Kassim Muhammad Saleh

304) Oussama Salhab a/k/a Usama Salhab a/k/a Osama Salhab.

305) Ibrahim Amin Salman

306) Sobhi Mohamed Saqr a/k/a Sobhi Sakr

307) Elissar Hussein Sayegh a/k/a Elissar Husayn Sayegh

308) Hussein Tawfiq Sayegh

309) Wahid Mahmud Sbeiti

310) Fadi Hussein Serhan a/k/a Fadi Husayn Serhan

311) Ali al-Sha'ir

312) Rauf Ali Shaito a/k/a Rauf Ali Sha'itu a/k/a Raouf Ali Shaito a/k/a Rauf Ali Shi'itaw a/k/a Rauf Ali Cheaito

313) Attallah Jamil Shaito a/k/a Attallah Jamil Sha'itu a/k/a Attallah Jamil Shi'itaw a/k/a Attallah Jamil Cheaito

314) Kassem Muhammad Shams a/k/a Qassim Muhammed Shams a/k/a Qassem Muhammed Shams a/k/a Kassem Muhammad Chams a/k/a Qassim Muhammed Chams a/k/a Qassem Muhammed Chams a/k/a Hajj Kassem Shams

315) Hassan Shateri a/k/a Hussam Khoshnevis a/k/a Hessam Khoshnevis a/k/a Hesam Khosh-Nevis a/k/a Hesaam Khosh-Nevis a/k/a Hesam Khoshnevis a/k/a Hassan Khoshnvis a/k/a Hussam Khosh a/k/a Hussam Khouchnoyess.

316) Jamal Husayn Abd Ali Abd-al-Rahim al-Shatti a/k/a Jamal Hussein Abd Ali Abd-al-Rahim al-Shatti

317) Ibrahim Shibli a/k/a Ibrahim Chibli a/k/a Ibrahim Chebli

318) Kifah Sleiman

319) Wahid Mahmud Subayti a/k/a Wahid Sbeity a/k/a Wahid Sbeiti

320) Hassan Ali Suwaydan a/k/a Hasan 'Ali Suwaidan

321) Adham Hussein Tabaja a/k/a Adham Tabajah a/k/a Adham Husayn Tabaja a/k/a Adham Husayn Tabajah

322) Ahmad Ali Tabaja a/k/a Ahmad Ali Tabajah a/k/a Ahmes 'Ali Tabajah.

323) Ali Adham Tabaja a/k/a Ali Adham Tabajah

324) Ali Hussein Tabaja a/k/a Ali Hussein Tabajah

325) Bassam Muhammad Tabaja a/k/a Bassam Muhammad Tabajah

326) Batul Adham Tabaja a/k/a Batul Adham Tabajah a/k/a Batoul Adham Tabaja

327) Fatima al-Zahra Adham Tabaja a/k/a Fatima Tabajah

328) Hassan Hussein Tabaja a/k/a Hassan Hussein Tabajah

329) Hussein Abd al-Rida Tabaja a/k/a Hussein Tabajah

330) Romel Hussein Tabaja a/k/a Romel Hussein Tabajah a/k/a Romel Husayn Tabaja a/k/a Romel Husayn Tabajah

331) Wala Tabaja a/k/a Wala Tabajah

332) Hoda Hussein Saad a/k/a Huda Hussein Saad a/k/a Hoda Saad Tajideen a/k/a Hoda Tajiddine a/k/a Hady Husayn Sa'd a/k/a Houda Hussein Saad a/k/a Huda Saad Tajeddine a/k/a Hoda Hussein Sa'ad a/k/a Huda Saad a/k/a Huda Sa'ad a/k/a Hoda Sa'ad Tajideen

333) Abdallah Youssef Tajideen a/k/a Abdallah Youssef Taj al-Din

334) Ahmad Muhammad Tajideen a/k/a Ahmad Muhammad Taj al-Din

335) Ali Ibrahim Tajideen a/k/a Ali Ibrahim Taj al-Din

336) Ali Muhammad Tajideen a/k/a Ali Muhammad Taj al-Din

337) Fatimah Muhammad Tajideen a/k/a Fatimah Muhammad Taj al-Din

338) Hassan Ali Tajideen a/k/a Hassan Ali Taj al-Din

339) Hasan Muhammad Tajideen a/k/a Hasan Muhammad Taj al-Din

340) Hussein Ali Tajideen a/k/a Hussein Ali Taj al-Din a/k/a Husyan Ali Taj al-Din

341) Jaffar Muhammad Tajideen a/k/a Jaffar Muhammad Taj al-Din

342) Kassim Muhammad Tajideen a/k/a Kassem Muhammad Tajideen a/k/a Qassim Muhammad Tajideen a/k/a Qassem Muhammad Tajideen a/k/a Qassem Taj al-Din a/k/a Qassei Taj al-Din

343) Mahmoud Muhammad Tajideen a/k/a Mahmoud Muhammad Taj al-Din

344) Muhammad Kassim Tajideen a/k/a Muhammad Taj al-Din

345) Nadin Hassan Tajideen a/k/a Nadin Hassan Taj al-Din a/k/a Nadine Hassan Tajideen

346) Samiha Ibrahim Tajideen a/k/a Samiha Ibrahim Taj al-Din

347) Youssef Muhammad Tajideen a/k/a Youssef Muhammad Taj al-Din a/k/a Yousif Taj al-Din

348) Zahara Ali Tajideen a/k/a Zahara Ali Taj al-Din

349) Muhammad Tarhini a/k/a Al Sayed Bilal

350) Abbas Musallam Wahbah

351) Imad Ramez Wazani a/k/a Imad Ramez Wazne

352) Nabila Ya'qub Wazni a/k/a Nabila Ya'qub Wazne

353) Ahmad Mohamad Yazbeck a/k/a Ahmah Yazbeck a/k/a Ahmad Yazbek

354) Muhammad Yazbek a/k/a Muhammad Yazbeck a/k/a Mohammed Yazbik a/k/a Hosein Assaf a/k/a Mohammad Yazbeck a/k/a Mohammad Yazbeck a/k/a Muhammad Yazbick a/k/a Muhammad Yazbak a/k/a

355) Ibrahim Mahmoud Youssef a/k/a Ibrahim Mahmood Youssef a/k/a Ibrahim Mahmud Yusif

356)     Ismael Mohammed Youssef

357)     Ziyad Muhammad Youssef a/k/a Ziad Muhammad Yusef a/k/a Ziad Mohammad Youssef

358)     Mohammad Reza Zahedi a/k/a Muhammad Reza Zahedi a/k/a Ali Reza Zahedi a/k/a Reza Mahdavi a/k/a Mohammad Riza Zahdi a/k/a Hasan Mahdawi

359)     Ali Zeaiter a/k/a Ali Hussein Zuaytar a/k/a Ali Zoeiter, a/k/a Ali Zu'ayter, a/k/a Ali Zu'aytar, a/k/a Ali Husayn Zu'aytir

360)     Haidar Saadallah Zgheib

361)     Ali Zuraik a/k/a Ali Hassan Zreik a/k/a Ali Zraiq a/k/a Ali Zurayq a/k/a Ali Zreik

b.    Entities:

1)     ACE Group SAL

2)     Ad-Diyar Trading and Contracting SARL

3)     Advanced Sports Center – ASC SAL

4)     Afri Belg Commercio E Industria LDA a/k/a AFRI BELG a/k/a AFRI-BELG SUPERMERCADOS a/k/a CASH & CARRY RETAIL STORES a/k/a AFRI BELG CONSTRUCTION a/k/a AFRI BELG AGRICULTURE.

5)     African Fish Company (Offshore) SAL

6)     Africa Invest Company (Offshore) SAL

7)     Africa Middle East Investment Holding SAL

8)     African Star (Belgium)

9)     Afrimex (Offshore) SAL a/k/a Afrimex

10)     Afrostars Diamonds BVBA a/k/a Afrostars Diamond (Belgium)

11)     Ahmad Diamond Corporation (Belgium)

12)     Alpha-Beta (Belgium)

13)     Al-Amana SARL

14)     Al-Ataa Company – Hassan Bazoun & Partners

15) Al-Aytam Company for General Trading and Fuels a/k/a Aytam Petroleum

16) Al-Dalhamiya Country Club Company

17) Al-Hadi Institution

18) Al-Kawthar

19) Al-Inmaa Engineering and Contracting SARL a/k/a Al-Inmaa Group for Engineering and Contracting a/k/a Inmaa 'Al' for Engineering and Contracting SARL

20) Al-Inmaa General Contractors SARL

21) Al-Inmaa Group for Tourism Works

22) Al-Inmaa for Entertainment and Leisure Projects

23) Al-Izdihar for Contracting SARL

24) Al-Jarha Association a/k/a Wounded Association a/k/a Muassasat Al-Jarha

25) Al-Jiyeh for Tourism & Construction SAL

26) Al-Mabarrat Charitable Society a/k/a Benevolent Charity Society

27) Al Mansouri Real Estate Company

28) Al-Massar Real Estate SAL

29) Al-Omran SARL

30) Al-Qard al-Hassan Association a/k/a Al-Quard Al-Hassan Association; a/k/a Al-Quardh Al-Hassan Association; a/k/a Karadh Al-Hassan

31) Al-Saad Trading Est

32) Al-Sirat Holding SAL

33) Al-Taaoun Medical SAL

34) Al-Yaqout Restaurant

35) Al Yumun Real Estate Company SAL

36) Ali Ahmed Group – Holding SAL

37) Alia Company SAE

38) Amana Plus Company SAL

39) Amana Sanitary and Paints Company LLC ASPCO

40) Amasko Offshore SAL

41) Amigo Supermarket Ltd. (Nigeria)

42) Anar Belgium NV (Belgium)

43) Arab Lebanese Trading & Contracting Company

44) Aramoun 1506 SAL

45) Arch Consulting SARL

46) ASA Diam NV (Belgium)

47) ASA International (Belgium)

48) Assaha International Group (Offshore) SAL

49) Assaha Travel and Tourism SARL

50) Atilla SAL

51) Atlas Holding SAL

52) Atlas for Trade and Industry Ltd.

53) Aya SAL Offshore

54) Bank Saderat (Iran)

55) Bank Saderat Plc (United Kingdom)

56) Bayt al-Mal a/k/a Bayt al-Mal Lil Muslimeen

57) Beirut Diam SAL

58) Beirut Gem SAL

59) Beirut Trade SAL

60) Best Diamond House DMCC (UAE)

61) Béton Plus SAL

62)     Béton Liban SARL (a/k/a BL SARL)

63)     Bexley Way General LCC

64)     B.I. Group Holding SAL

65)     Blue City SAL

66)     Blue Star Diamonds a/k/a Blue Star Diamond Offshore SAL

67)     BMI 482 SAL

68)     Bream Star Line SAL Offshore

69)     Builders International SAL

70)     Caesars Park Hotel

71)     Capital SAL

72)     Car Care Center a/k/a CCC a/k/a Car Care Center Company a/k/a Mikalab SARL

73)     Car Escort Services (Offshore) SAL a/k/a Car Escort Services SAL Offshore

74)     Cedar Gems SARL

75)     Central Motors SPRL (Democratic Republic of the Congo)

76)     Centrum Mark SAL

77)     Cetco Group SAL

78)     Cheaito Group SARL

79)     City Park SARL

80)     City Pharma SARL

81)     Cleany & Company SARL

82)     Company for Development and Prosperity

83)     Compass Insurance Company SAL

84)     Compu House SARL

85)     Congo Diam SPRL (Democratic Republic of the Congo)

86)     Congo Futur SPRL (Democratic Republic of the Congo)

87)     Cooperative Al-Wafaa SARL

88)     Damour 850 SAL

89)     DARCO a/k/a DARCO Safi Darwish and Partners

90)     Dbouk International for Printing and General Trading

91)     Debbiye 143 SAL

92)     Development Studies SARL

93)     Diamonds Forever SAL

94)     Distributions and Agencies Company SAL

95)     DITREX Diamonds DMCC

96)     E.B.D. Group Holding SAL

97)     EBD Teltac (Offshore) SAL

98)     Echogem (Belgium)

99)     Egimex NV (Belgium)

100)    Elissa Exchange Co. SARL

101)    Elissa Group SA (Benin)

102)    Elissa Holding SAL

103)    Elissa Megastore (Benin)

104)    Elissa Park Cotonou/Elissa Car Park (Benin)

105)    Enmaa Dalhamiya Company SAL a/k/a Delhamieh Development, a/k/a Deliku

106)    ETCIMEX (Czech)

107)    Energy Engineers Procurement and Construction

108)    Epsilon Trading FZE (UAE)

109)    Euro African Group Ltd. (The Gambia)

110) European & African Society of Investments & Export (Belgium)

111) Ezzideen Diamonds BVBA (Belgium)

112) Family House SARL

113) Family Park SARL

114) Fantasy World SARL

115) Farah Trading Company for Iron & Building Materials SAE

116) Farah Travels Company SARL a/k/a Farah Company for Tourism

117) Farah Tyre Company

118) Fastlink SAL

119) Fayed Exchange Co.

120) Frand Trading Est Company

121) Fun World Company SAL a/k/a Aalam al-Marah Co SAL

122) G & S Diamonds a/k/a G&S Diamond FZE (UAE)

123) Galaxy Flame Trading SAL Offshore

124) GAM Petroleum

125) Gas Transport and Storage SARL

126) Gebaa 2480 SAL

127) General Investment Co SARL

128) Global Cleaners SARL

129) Global Electrical Group Holding SAL

130) Global Supply and Consultancy SAL Offshore

131) Global Trading Group NV (Belgium)

132) Global Touristic Services SAL "GTS"

133) Golden Eye Trading a/k/a ithalat ihracat Kagit Ltd (Turkey)

134) Golden Hall a/k/a Société Golden Hall a/k/a Tabaja Wazni & Co SCS

135) Golden Square SAL

136) Golfrate Holdings (Angola) LDA

137) Goodwill Charitable Organization a/k/a Educational Development Association a/k/a Al-Shahid Social Association

138) Gresco for Contracting and Trading Company SARL

139) Grupo Arosfran Empreendimentos E Participacoes SARL a/k/a Grupo Arosfran (Angola)

140) Halawi Exchange Co.

141) Halawi Holding SAL

142) Halawi Investment Trust SAL

143) Halawi Real Estate SAL

144) Halawi Trading & Contracting Est

145) Hassan Ayash Exchange Company

146) Hijazi Trading Establishment

147) Hoda for Touristic Services & Management Holding SAL

148) Hyram Maritime SAL

149) Ideal Development I.D. SAL

150) Imam Khomeini Relief Committee a/k/a Islamic Charitable Emdad Committee a/k/a Imam Khomeini Relief Organization a/k/a Islamic Charity Emdad a/k/a Islamic Emdad Charitable Committee a/k/a Comite Islamique Daides Et De Biem Liban a/k/a Imam Khomeiny Aid Committee a/k/a Imdad Islamic Association Committee for Charity a/k/a Islamic Charity Emdad Committee a/k/a Emdad Assistance Foundation a/k/a Emdad Committee for Islamic Charity a/k/a Imdad Committee for Islamic Charity a/k/a Imdad Association of the Islamic Philanthropic Committee a/k/a Al-Imdad a/k/a Imam Khomeini Support Committee a/k/a Imam Khomeini Emdad Committee a/k/a Imam Khomeini Imdad Committee a/k/a Komite Emdad Emam a/k/a Imam Khomeini Foundation a/k/a Khomeini Social Help Committee a/k/a Khomeini Charitable Foundation

151) Imperial Heals SAL

152) Impulse International SAL Offshore

153) Info Trust SAL

154) Info Trust SARL

155) Inter Aliment SAL Offshore

156) Interafrica Trading Company a/k/a ITC SAL Offshore a/k/a ITC

157) International Contractors and Developers SAL

158) International Group Holding SAL

159) Investment Group for Construction and Development SAL

160) Iqaruna (Holding) SAL a/k/a Ikaruna (Holding) SAL a/k/a Akkaruna SAL Holding

161) Iqaruna Projects and Development Holding a/k/a/ Ikarouna Projectes & Development (Holding) SAL

162) Islamic Resistance Support Organization a/k/a IRSO a/k/a Islamic Resistance Support Association a/k/a Hay'at Da'am al-Muqawama al-Islamiya Fi Lubnan a/k/a Hayat Al-Dam Lil-Muqawama Al-Islamiya

163) Jihad al-Bina a/k/a Jihad Al Binaa a/k/a Jihadu-I-Binaa a/k/a Construction for the Sake of The Holy Struggle a/k/a Construction Jihad a/k/a Struggle for Reconstruction a/k/a Jihad Construction Institution a/k/a Jihad Construction Foundation a/k/a Jihad-Al-Binaa Association a/k/a Holy Construction Foundation a/k/a Jihad Construction

164) Kairaba Supermarket a/k/a Kairaba Shopping Centre (The Gambia)

165) Kassem Rmeiti & Company for Exchange a/k/a Rmeiti Exchange a/k/a Qassim Remiti & Co. for Exchange

166) K.I. Group SAL Offshore (KI Group)

167) King Charcoal SARL

168) King Company for Manufacturing Trading Building Materials SARL

169) Kohinoor SAL

170) Kohinoor SARL

171) Kosmeo Limitada (Mozambique)

26

172) Labico SAL Offshore

173) Lama Foods International Offshore SAL

174) Lama Foods SARL

175) L'ambiance de Rêve SARL

176) La National SAL

177) La Voile Sur Mer SARL

178) Leaders of Supply & Products (Offshore) SAL

179) Lebanese-Arab Company for Touristic Services SARL

180) Lebanese Bread & Confectionery Company SAL

181) Lebanese Communication Group

182) Lebanese Development & Investment Company LLC

183) Lebanese Printing Company SAL a/k/a Dar al-Farabi SAL

184) Lebanese Real Estate Development & Investment Company SAL

185) M. Marine SAL Offshore

186) Madan Tourism Projects Company SAL a/k/a Madan Tourism Projects Company SAL "Green City" a/k/a Green City a/k/a Mudun Tourism Projects Company SAL "Green City" a/k/a Moudon SAL

187) Madina SAL Offshore

188) MAH Auto (New Jersey/USA)

189) Maher Trading and Construction Company a/k/a Maher Trading and Engineering a/k/a Maher Company

190) Martyrs Foundation a/k/a Shahid Foundation, a/k/a Mua'assasat al-Shahid a/k/a Ashahid a/k/a Aschahid Association a/k/a Hizballah Martyrs Foundation a/k/a Lebanese Martyr Foundation a/k/a Al-Mua'assat Al-Shahid a/k/a Al-Shahid Foundation a/k/a Al-Shahid Charitable and Social Organization a/k/a Al-Shahid Organization a/k/a Lebanese Martyr Association a/k/a Islamic Revolution Martyrs Foundation a/k/a Martyrs Institute

191) Matrix (Offshore) SAL

192)   Meamar Company for Engineering and Development SARL

193)   Mecattaf SAL

194)   Mecattaf Holding SAL

195)   Mectafinance AG

196)   Mectapharm SAL

197)   Mecattaf Trading Co SAL

198)   Mecatafonciere SAL

199)   Medical Aid (Offshore) SAL a/k/a MEDAID

200)   Medical Cooperation Co SAL a/k/a Al Taaoun Medical SAL a/k/a Al Khiam Hospital SAL a/k/a Al Khiyam Hospital

201)   Medical Equipments and Drugs International Corporation SAL "MEDIC"

202)   Metro Trading Company a/k/a Metro Trading SARL a/k/a Metro Trading Company Offshore SAL

203)   Mercury 3670 SARL

204)   Mercury Development Group (Holding) SAL

205)   Mercury Development Offshore SAL

206)   Metropolitan Security SAL

207)   MGM Construction SAL

208)   Millenium Diamond SPRL (Democratic Republic of Congo)

209)   Millenium Diamond Offshore SAL

210)   Minocongo SPRL (Democratic Republic of Congo)

211)   Mirage for Engineering and Trading

212)   Mirage for Waste Management and Environmental Services SARL

213)   Mirath SAL

214)   Monte Carlo Beach Company SAL

215) National Crushers Company SAL

216) Nest Contracting Company SAL

217) New All Pharma SARL

218) New Land SARL

219) New Line Exchange Trust Company SAL

220) New Roads Company SARL

221) Noumayriye 1057 SAL

222) Nour Holding SAL

223) Nura Palace SAL

224) Oil and Gas Consulting Services SAL Offshore

225) One Globe Operator SAL Holding

226) Ovlas Trading SA (Lebanon and British Virgin Islands)

227) Ovlas Trading SAL (Offshore)

228) Pain Victoire a/k/a Société Générale des Pains a/k/a Pains Victoire a/k/a Pan Victoire a/k/a Société Générale Des Pains SPRL a/k/a Société Générale De Pain a/k/a Bread Victory (Democratic Republic of the Congo)

229) Paloma Group SAL

230) Phoenicia Shipping Offshore SAL

231) Platinum Residence a/k/a Muhammad Bdeir and Co.

232) Premier Investment Group SAL Offshore

233) Prime Bank (The Gambia)

234) Primeira Gema Comercio Importacao e Exportacao Ltda (Brazil)

235) Primo International NV (Belgium)

236) Primo International SAL Offshore

237) Primogems a/k/a Primogems SPRL (Democratic Republic of Congo)

238) Primo-Gem SPRL (Democratic Republic of Congo)

239) Pure Diam DMCC SAL Offshore

240) Ras Beirut 1442 SAL

241) Rayan Foods SAL

242) Rayan (Offshore) LLC

243) REEM Pharmaceutical SAL

244) Rifieh Pour L'amélioration a/k/a Rural Real Estate Improvement SARL)

245) Rilton Traders a/k/a Rilton Traders FZCO

246) Rmeiti Group SAL Offshore

247) Rmeiti Exchange a/k/a Qassim Remiti & Co. for Exchange a/k/a Kassem Rmeiti & Co. for Exchange

248) Romagro Cereal SRL (Romania)

249) Safrimex SPRL (Democratic Republic of Congo)

250) Salasko Offshore SAL

251) SAM Diamonds

252) Sanabel for Urban Studies and Architectural Design SAL

253) Sanovera Pharm Company SARL

254) Sea & Palm SARL

255) Seasons Corporation for Agricultural Projects and Services SARL

256) Seguibat SA

257) Shahed Pharm Drugstore SARL

258) Shams Exchange Company - Ali Muhammad Shams and Partners a/k/a Shams Company for Exchange Ali Mohammed Shams & Partners a/k/a Ali Mohamed Chams & Partner a/k/a Ali Mohamed Chams and Partner a/k/a Chams Exchange.

259) Sierra Gas SAL Offshore

30

260) Sierra Gem Diamonds NV (Belgium)

261) Signum International Holding SAL

262) S.I.M. SAL Offshore

263) Sky Star (Democratic Republic of Congo)

264) Soafrimex BV (Belgium)

265) Société 4252 SAL Offshore

266) Société Allure SARL

267) Société de Construction et de Financement a/k/a Socofi BTP (Gabon)

268) Société Financière de Banque SARL a/k/a Sofibanque (Democratic Republic of Congo)

269) Société Foncière Al Ghaba SAL

270) Société Nationale De Services Et Demplois SARL – SNSE

271) Société Orientale Libanaise d'Investissement et Développement SAL "SOLID"

272) Société Rmeiti SARL a/k/a STE Rmeiti

273) Socimex SPRL (Democratic Republic of Congo)

274) Socitrans

275) Soficom SPRL (Democratic Republic of Congo)

276) SOGEAC SPRL (Democratic Republic of Congo)

277) Sol Blanc SAL

278) SOL – MAR SARL a/k/a SOL-MAR SAE a/k/a Solmar SARL

279) Solmar Offshore SAL

280) Sourans Diamonds (Belgium)

281) Spectrum International Investment Holding SAL

282) Spectrum Investment Group Holding SAL

283) Spectrum (Offshore) SAL

284) Spider Group SAL

285) Stars Communications Ltd.

286) Stars Communications (Offshore) SAL

287) Stars Group Holding SAL

288) Stars International Ltd. (China)

289) Tajco Company Ltd. a/k/a Tajco Company SARL a/k/a Tajco Company LLC a/k/a Senesco Banjul (The Gambia)

290) Tajco Company SAE

291) Tajideen Building and Construction Enterprise a/k/a Tajideen Establishment for Building & Construction

292) Team 5 (Holding) SAL

293) Technoplast Industrial & Trading Company SARL

294) Teleserve Plus SAL

295) Teltac Worldwide Incorporated (Offshore) SAL

296) Terina Jewelry SARL

297) Thaingui SAL Offshore

298) The New Millennium for Middle East and Africa SAL

299) Trade Point International SARL

300) Trading Development Company SARL a/k/a Trading Development Co. SAE a/k/a Commercial Development Company SARL

301) Tradium Holding SAL

302) Trans-Gazelle SPRL a/k/a Transgazelle a/k/a Trans Gazelle SPRL (Democratic Republic of Congo)

303) Trans-M SPRL (Democratic Republic of Congo)

304) Triple A Diamonds NV (Belgium)

305) Triple A for Development Company SAL

306) Triple A International SPRL (Democratic Republic of Congo)

307) Triple A Team Ltd. a/k/a Triple A Team SARL

308) Trust Compass Insurance SAL a/k/a Compass Insurance Company SAL

309) Union Real Estate Development Company SAL

310) Unique Stars Mobile Phones LLC (UAE)

311) United Company for Insurance Services SARL

312) United Investment Group SAL

313) V69 Real Estate SAL

314) Valencia SARL

315) Vatech SARL

316) Waisenkinderprojekt Libanon e.V. a/k/a Orphans Project Lebanon (Germany)

317) Wanour Real Estate SAL

318) Wonderland Amusement Park and Resort Ltd. (Nigeria)

319) World Trade Center Beirut

320) Yousser Company for Finance and Investment

321) 5 Rosas Comércio e Indústria Limitada SAL Offshore a/k/a 5 Rosas Comercio E Industria Lda Sal Offshore a/k/a 5 Roses Trading and Manufacturing Limited SAL Offshore.

# Exhibit B

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| KATHALEEN FREEMAN, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| HSBC HOLDINGS PLC, et al. | ) |
| *Defendant* | ) |

Civil Action No.   18-cv-7359 (PKC)(CLP)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                           KBC USA

_____
*(Name of person to whom this subpoena is directed)*

☛ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: Osen LLC, 190 Moore Street, Suite 272<br>Hackensack, NJ 07601<br>Attn.: Ari Ungar, Esq. | Date and Time:<br><br>03/15/2024 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   02/15/2024
_____

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ___Plaintiffs___
_____ , who issues or requests this subpoena, are:

Ari Ungar, Osen LLC, 190 Moore Street, Suite 272, Hackensack, NJ 07601, aungar@osenlaw.com, (201) 265-6400

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 18-cv-7359 (PKC)(CLP)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❒  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

# Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SCHEDULE A

## INSTRUCTIONS

1.      In producing Documents and other materials, You are to furnish all responsive documents, electronically stored information, and tangible things in Your possession, custody, or control, regardless of whether such Documents or materials are possessed directly by You or by Your directors, officers, agents, employees, representatives, subsidiaries, managing agents, affiliates, investigators, attorneys, advisors, representatives, and other personnel, acting on Your behalf or under Your control.

2.      Documents attached to other Documents, including but not limited to transmittal memoranda, routing slips, letters, comments, or post-it notes, shall be produced.

3.      As provided in the Federal Rules of Civil Procedure, You shall produce the Documents and materials in full in the file folder, envelope, or other container or enclosure in which they are kept, maintained, or stored in the ordinary course of business.

4.      You shall produce the original of each Document, along with all non-identical copies and drafts of such Document. Spreadsheets of representative transactions created in response to this subpoena may not be substituted for copies of the original transactional records.

5.      You shall produce the metadata in each Document and any log files and message queues relating to each Document.

6.      The relevant time period with respect to each Document Request herein is January 1, 2003, through December 31, 2021.

7.      If any requested Document cannot be produced in full, You are to produce it to the extent possible, identifying which Document or portion of a Document is being withheld, and the reason that Document is being withheld.

1

8.      When information subject to the Document Request is withheld on a claim that it is privileged or otherwise subject to protection from production, such claim shall be made expressly and shall be supported by an identification of the nature of the Documents, communications, or things not produced, sufficient to enable the demanding party, and the Court if necessary, to properly evaluate the claim.

9.      To the extent You are uncertain of the scope of terms such as "customer due diligence" or "customer risk profile" you are referred to the Department of the Treasury, Financial Crimes Enforcement Network (2016), "Customer Due Diligence Requirements for Financial Institutions," final rules (RIN 1506-AB25), Federal Register, vol. 81 (May 11), p. 29403, and 31 CFR 1020.210(a)(2)(v)(A) and 31 CFR 1010.610.

10.      If additional information would be helpful in reducing the administrative burden of the subpoena, please contact Plaintiffs' counsel. Contact information is provided on the Federal Rule of Civil Procedure 45 (form) cover sheet. For example, if you believe your administrative burden will be reduced by deferring production of non-transactional records, Plaintiffs' counsel will be happy to discuss potential stages of production.

11.      In searching the names of persons identified below, You shall also search other commonly used transliterations of Arabic names, including without limitation:

| | |
|---|---|
| Baqir | Baker, Baaqir, Baqer, Baaker, Baaqer |
| Darwish | Darvish, Darwich, Darwiche |
| Hoda | Huda, Houda, Houdaa, Hodaa, Hudaa, Hady |
| Hussein | Husain, Hussain, Husayn, Husein |
| Issam | Isam, Issaam, Esam, Esaam, Essaam, Esame, Esamm, Esamme, Esaame, Esaamm, Esaamme |
| Issawi | Isawi, Issaoui |
| Kassim | Qasim, Qaasim, Qazeem, Quasim, Casim, Cassim, Kacem, Kasem, Kassem, Kassym, Qasem, Kasim, Qassim, Ghasem, Kassam, Qazeem, Kaseem, Kasseem, Qaseem, Kasim, Qazim |

| Muhammad | Mohammad, Mohamad, Mohamed, Mohammed, Muhammed, Muhamad, Muhamed, Mohummad, Mohummed, Mouhamed, Mohammod, Mouhamad, Mohamud |
| Musa | Moosa, Musaa, Moosaa, Musaa, Mousa, Mousaa, Moussa, Mowsa, Mowsaa, Muwsa, Muwsaa, Moosa |
| Nazim | Nazem, Nadhem, Nadhim, Nathum |
| Said | Sayed, Saeed, Saed, Saied, Sai'd, Sa'id |
| Saleh | Salah, Salih, Sahlay, Sauleh |
| Seada | Saada |
| Tajideen | Tajeddine, Taj al-Din, Tajudeen |
| Wa'el | Wael, Wa'il, Wail, Waael, Waail, Waeil, Waele, Waelle, Waell, Waaill |
| Ya'qub | Yakub, Yaqub, Yaacoub, Yaqoob, Yaqoub, Yakoub, Yakup, Yukub, Yakubbe, Yakoob, Yakob, Jakob, Yacob, Jacob, Yakube, Yakubb, Yakubbe, Yakub |
| Youssef | Yusuf, Yussuf, Yosef, Yoosuf, Yusif, Yusef, Yoosef, Yousuf, Yousef, Yosoph, Yosof, Yosouf, Yosuwf, Yosowf, Yosuph, Yosuf, Yousof, Yousouf |

12.     For Your convenience, satisfaction of this subpoena's request for responsive documents may be accomplished by producing, or consenting to the transmittal of, the same information You previously produced in response to the subpoena served on you in *Bartlett v. Société Générale De Banque Au Liban SAL*, No. 19-cv-7 (CBA) (VMS), to the Plaintiffs in this Action.

## **DEFINITIONS**

1.     For purposes of this subpoena, "You" and "Your" refer, individually and collectively, to the recipient(s) of this subpoena, KBC Group N.V., KBC USA, and to any of their branches, subsidiaries, parents, successor entities, predecessor entities, or agents or representatives thereof, including, but not limited to, officers, directors, attorneys, employees, advisors and any other persons acting on their behalf or under their control.

2.     "Transactional record" includes any S.W.I.F.T. Messages, CHIPS Payment Messages, FedWire Payment Messages, Continuous Linked Settlement (CLS) Bank Messages, Telex Messages, and any internal payment system messages reflecting requests for or actual

payments, payment orders, bills of exchange, checks including interbank checks, financial institution transfers, including banknote transfers, documentary credits and guarantees, bank guarantees, letters of credit, and other wholesale transfers of value, regardless of whether they are or were blocked by law or Your policies.

3.      "Compliance Records" means documents, including memoranda, internal reports, know-your-customer, customer due diligence and customer risk profiles but excludes Suspicious Activity Reports.

4.      "Defendant" means Société Générale De Banque Au Liban SAL, Fransabank SAL, MEAB Bank SAL, Blom Bank SAL, Byblos Bank SAL, Bank Audi SAL, Bank Of Beirut Sal, Lebanon and Gulf Bank SAL, Banque Libano-Française SAL, Bank of Beirut and the Arab Countries SAL, Fenicia Bank, Lebanese Canadian Bank SAL, and Jammal Trust Bank, SAL.

5.      "Participant" means any entity with any role in or who appears in any way in a transaction, including as a bank for a participant.

### DOCUMENTS REQUESTED

1.      All Transactional Records that are or were located in the United States relating to any of the following persons and entities (including other known names in parentheticals), in which You are a Participant:[1]

    a.  Persons:
        i.  Abdel Karim Youssef Ahmad.
        ii.  Adel Hassan Makki Ahmad (Adel Hassan Makki).
       iii.  Afif Ahmad Ahmad.
       iv.  Ali Ahmad Ahmad.
        v.  Ali Sa'id Ahmad.
       vi.  Ali Said Ali Ahmad.
      vii.  Diana Nassour Ahmad (Diana Nassour).
      viii.  Hassan Said Ali Ahmad.

---

[1]      A list of names can be provided in extractable digital form such as Excel if it is of assistance in complying with the subpoena. For any responsive documents relating to Defendant Jammal Trust Bank SAL, you are asked to preserve said documents, but need not produce them at this time.

ix.  Hussein Said Ali Ahmad.

x.  Ibtisam Said Ali Ahmad.

xi.  Imad Suleiman Ahmad.

xii.  Issam Suleiman Ahmad.

xiii.  Hind Abbas Ahmad.

xiv.  Hussein Said Ali Ahmad (Hussein Ahmad).

xv.  Lina Ahmad Ahmad.

xvi.  Mahmoud Nayef Ahmad.

xvii.  Maya Ahmad.

xviii.  Muhammad Said Ali Ahmad.

xix.  Muhsin Ali Ahmad.

xx.  Muna Said Ali Ahmad.

xxi.  Musa Ahmad Ahmad.

xxii.  Musa Muhammad Ahmad.

xxiii.  Nadia Ahmad Ahmad.

xxiv.  Nawal Ali Ahmad.

xxv.  Nazim Said Ali Ahmad (Nazim Ahmad) (Nazem Ibrahim Ahmad).

xxvi.  Rasha Ali Ahmad.

xxvii.  Said Ali Ahmad.

xxviii.  Salman Ali Ahmad.

xxix.  Seada Said Ali Ahmad.

xxx.  Sleiman Ali Ahmad.

xxxi.  Suleiman Ali Ahmad.

xxxii.  Taysir Suleiman Ahmad.

xxxiii.  Youssef Ali Ahmad.

xxxiv.  Abd al-Ilah Mahmud Ashur.

xxxv.  Saleh Ali Assi.

xxxvi.  Nour al-Ain Muhammad Ali Atweh (Nur al-Ayn Muhammad Ali Utwah, Nour Tajideen).

xxxvii.  Hussein Ali Atwi.

xxxviii.  Imad Abdul Reda Bakri.

xxxix.  Rami Kamil Ya'qub Baqir.

xl.  Rim Reda Baqir.

xli.  Rima Kamil Ya'qub Baqir.

xlii.  Muhammad Ibrahim Bazzi.

xliii.  Wa'el Bazzi.

xliv.  Ali Hussein Darwish.

xlv.  Fadi Ali Faran (or Fada Ali Farran).

xlvi.  Rana Hachem.

xlvii.  Samir Muhammad Hijazi.

xlviii.  Hussein Ahmad Issawi.

xlix.  Ibrahim Ahmad Issawi (Ibrahim Issawi).

l.  Najmah Hassan Jabir (Najmeh Hassan Jaber, Najmah Tajideen).

li.  Hisham Hussein Makki.

lii.  Fawzi Malek.

liii.  Johanna Malek.

5

      liv.  Ramzi Muhammad Malek.
      lv.  Randa Muhammad Malek.
      lvi.  Fadi George Mazegi.
      lvii.  Yusuf Abbas Mer'i.
      lviii.  Abdul Menhem Ibrahim Nassour.
      lix.  Ali Ibrahim Nassour.
      lx.  Aziz Ibrahim Nassour.
      lxi.  Batul Hassan Youssef Nassour.
      lxii.  Hassan Ibrahim Nassour.
      lxiii.  Ibrahim Khalil Nassour.
      lxiv.  Khalil Ibrahim Nassour.
      lxv.  Muhammad Ibrahim Nassour.
      lxvi.  Sahar Ibrahim Nassour.
      lxvii.  Samih Ossaily.
      lxviii.  Hoda Hussein Saad (Huda Saad Tajideen).
      lxix.  Ahmad Muhammad Tajideen.
      lxx.  Ali Muhammad Tajideen.
      lxxi.  Hasan Muhammad Tajideen.
      lxxii.  Hassan Tajideen.
      lxxiii.  Kassim Tajideen (Kassim Muhammad Tajideen).
      lxxiv.  Muhammad Tajideen.

b.  Entities:
      i.  ACE Group SAL.
      ii.  Afri Belg Commercio E Industria LDA.
      iii.  Africa Middle East Investment Holding SAL.
      iv.  African Star.
      v.  Afrimex (Offshore) SAL.
      vi.  Afrostars Diamonds BVBA or Afrostars Diamond.
      vii.  Ahmad Diamond Corporation.
      viii.  Alpha-Beta.
      ix.  Al-Sirat Holding SAL.
      x.  Ali Ahmed Group – Holding SAL.
      xi.  Anar Belgium NV.
      xii.  ASA Diam NV.
      xiii.  ASA International.
      xiv.  Beirut Diam SAL.
      xv.  Beirut Trade SAL.
      xvi.  Blue City SAL.
      xvii.  Blue Star Diamonds and Blue Star Diamond Offshore SAL.
      xviii.  Car Escort Services (Offshore) SAL.
      xix.  Congo Futur SPRL.
      xx.  Diamonds Forever SAL.
      xxi.  DITREX Diamonds DMCC.
      xxii.  Echogem.
      xxiii.  Egimex NV.

xxiv.   Elissa Company.

xxv.   ETCIMEX.

xxvi.   Energy Engineers Procurement and Construction.

xxvii.   Euro African Group Ltd.

xxviii.   European & African Society of Investments & Export.

xxix.   Ezzideen Diamonds BVBA.

xxx.   G & S Diamonds.

xxxi.   Global Trading Group NV.

xxxii.   Golden Square SAL.

xxxiii.   Golfrate Holdings (Angola) LDA.

xxxiv.   Grupo Arosfran Empreendimentos E Participacoes SARL (Grupo Arosfran).

xxxv.   Hijazi Trading Establishment.

xxxvi.   Kohinoor SAL.

xxxvii.   Metro Trading Company, Metro Trading SARL, and Metro Trading Company Offshore SAL.

xxxviii.   Ovlas Trading SA.

xxxix.   Paloma Group SAL.

xl.   Premier Investment Group SAL Offshore.

xli.   Primeira Gema Comercio Importacao e Exportacao Ltda.

xlii.   Primo International NV and Primo International SAL Offshore.

xliii.   Primogems, Primogems SPRL, and Primo-Gem SPRL.

xliv.   Pure Diam DMCC SAL Offshore.

xlv.   Rilton Traders and Rilton Traders FZCO.

xlvi.   SAM Diamonds.

xlvii.   Sierra Gem Diamonds NV.

xlviii.   Soafrimex BV.

xlix.   Socimex SPRL.

l.   Sourans Diamonds.

li.   Spider Group SAL.

lii.   Terina Jewelry SARL.

liii.   Trade Point International SARL.

liv.   Triple A Diamonds NV, Triple A International SPRL, and Triple A Team Ltd.

lv.   United Investment Group SAL.

lvi.   Voltra Transcor Energy BVBA.

2.   All Compliance Records that are or were located in the United States relating to any of the persons and entities (including other known names in parentheticals) listed above in Request No. 1.