## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 1, 2024

By ECF

The Honorable Carol B. Amon,
   United States District Judge,
      U.S. District Court for the Eastern District of New York,
         225 Cadman Plaza East,
            Brooklyn, New York 11201.

The Honorable Taryn A. Merkl,
   United States Magistrate Judge,
      U.S. District Court for the Eastern District of New York,
         225 Cadman Plaza East,
            Brooklyn, New York 11201.

      Re:    *Bartlett* v. *Société Générale de Banque au Liban SAL*, No. 19-cv-00007-CBA-TAM

Dear Judge Amon and Judge Merkl:

      Pursuant to the Court's March 1, 2024 Order, attached as **Exhibit B** is a copy of the transcript of proceedings before Judge Chen on February 5, 2024, which is referenced at page three of non-party Standard Chartered Bank's letter of February 29, 2024 (ECF No. 374).

                        */s/ Andrew J. Finn*
                        Andrew J. Finn

(Exhibit)

cc:    All counsel of record (via ECF)