

190 Moore Street, Suite 272, Hackensack, New Jersey  07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York  10018
T: 212 354 0111
www.osenlaw.com

April 5, 2024

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    *Bartlett v. Société Générale de Banque au Liban S.A.L.*, Case No. 19-cv-0007

Dear Judge Merkl:

     Plaintiffs write in response to the letter Moving Defendants filed on Wednesday, ECF No. 387, to advise the Court that Plaintiffs have no objection to the request set forth therein.

     We note parenthetically that Plaintiffs were asked for their position 16 minutes before the Moving Defendants filed their request and did not have a meaningful opportunity to respond.

                             Respectfully submitted,

                             /s/ Dina Gielchinsky

cc: All counsel (via ECF)