UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

ROBERT BARTLETT, et al.,

                               Plaintiffs,

– against –

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al,

                               Defendants.

No. 1:19-cv-00007-CBA-TAM

-------------------------------------------------------------------- X

## JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO LETTER ROGATORY

**WHEREAS**, on June 8, 2023, this Court issued an order providing, *inter alia*, that the deadline for Lebanese authorities to respond to any Letters Rogatory would be "eight (8) months from the date the Court issues the Letters Rogatory";

**WHEREAS**, on August 14, 2023, this Court issued a Request for International Judicial Assistance (Letter Rogatory), and so the deadline for the Lebanese authorities to respond is Monday, April 15, 2024;

**WHEREAS**, on April 3, 2024, the Moving Defendants provided this Court and Plaintiffs with a copy of a letter from Lebanon's Minister of Justice, Judge Henri Khoury, dated March 28, 2024, which explains that the Letter Rogatory requesting international judicial assistance did not reach the Lebanese Ministry of Justice until February 2, 2024, and requests that the deadline to respond to the Letter Rogatory be extended by three months, given the "Ministry's heavy schedule under the prevailing circumstances in the region and the country and the necessity of engaging with various government agencies in this process";

**WHEREAS**, on April 5, 2024, Plaintiffs advised the Court that they do not object to the Lebanese Ministry of Justice's request to extend the Lebanese authorities' deadline to Monday, July 15, 2024;

**NOW THEREFORE**, it is stipulated and agreed between the parties hereto and their undersigned counsel that the deadline for Lebanese authorities to respond to the Letter Rogatory is extended by three months to Monday, July 15, 2024.

Dated: April 11, 2024          Respectfully submitted,

OSEN LLC                        DLA PIPER LLP (US)

By: /s/ *Ari Ungar*             By: /s/ *Anthony P. Coles*
Ari Ungar                       Anthony P. Coles
Michael Radine                  Erin Collins
Aaron Schlanger                 1251 Avenue of The Americas
Dina Gielchinsky                New York, NY 10020
190 Moore Street, Suite 272     212-335-4925
Hackensack, NJ 07601            Email: anthony.coles@dlapiper.com
201-265-6400                    Email: erin.collins@dlapiper.com
Email: aungar@osenlaw.com
Email: mradine@osenlaw.com      Samantha L. Chaifetz
Email: aschlanger@osenlaw.com   500 8th Street, NW
Email: dgielchinsky@osenlaw.com Washington, DC 20004
                                202-799-4082
*Attorneys for Plaintiffs*      Email: samantha.chaifetz@dlapiper.com

*Attorneys for Defendants Byblos Bank SAL,*
*Bank of Beirut and the Arab Countries SAL,*
*and Bank of Beirut s.a.l.*

MAYER BROWN LLP

By: /s/ *Andrew J. Pincus*
Andrew J. Pincus
Marc R. Cohen
Alex C. Lakatos
Wajdi C. Mallat
1999 K Street, NW
Washington, DC 20006
202-263-3220
Email: apincus@mayerbrown.com
Email: mcohen@mayerbrown.com
Email: alakatos@mayerbrown.com
Email: wmallat@mayerbrown.com

*Attorneys for Defendant Bank Audi SAL*

MAYER BROWN LLP

By: /s/ *Mark G. Hanchet*
Mark G. Hanchet
Robert W. Hamburg
Benjamin D. Bright
Whitney A. Suflas
1221 Avenue of the Americas
New York, NY 10020
Email: mhanchet@mayerbrown.com
Email: rhamburg@mayerbrown.com
Email: bbright@mayerbrown.com
Email: wsuflas@mayerbrown.com

*Attorneys for Defendant Banque Libano-Française SAL*

DECHERT LLP

By: */s/ Jonathan R. Streeter*
Jonathan R. Streeter
Tamer Mallat
1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036
212-698-3500
Email: jonathan.streeter@dechert.com
Email: tamer.mallat@dechert.com

Michael H. McGinley
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215-994-4000
Email: michael.mcginley@dechert.com

*Attorneys for Defendants BLOM Bank SAL and Fransabank SAL*

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Gassan A. Baloul*
Gassan A. Baloul
Mitchell R. Berger
2550 M Street, NW
Washington, DC 20037
202-457-6155
Email: gassan.baloul@squirepb.com
Email: mitchell.berger@squirepb.com

*Attorneys for Defendants MEAB Bank s.a.l., Fenicia Bank S.A.L., and LGB Bank s.a.l.*

4

        ASHCROFT LAW FIRM, LLC

        By: *Michael J. Sullivan*
        Michael J. Sullivan
        Brian J. Leske
        200 State Street, 7th Floor
        Boston, MA 02109
        617-573-9400
        Email: msullivan@ashcroftlawfirm.com
        Email: bleske@ashcroftlawfirm.com

        *Attorneys for Defendant Société Générale de Banque au Liban S.A.L.*

So ordered this _____ day of _____, 2024

_____
Hon. Taryn A. Merkl
United States Magistrate Judge