June 12, 2024

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Bartlett v. Société Générale de Banque au Liban S.A.L.*, **Case No. 19-cv-0007**

Dear Judge Merkl:

  In accordance with the Court's June 7, 2024, Order, the undersigned counsel for Plaintiffs and Defendants in the above-referenced case write to advise the Court that they have no objection to providing the Proposed Redacted TAC (docketed at ECF No. 360) to counsel for SCB, subject to the terms of the protective order in this case. Plaintiffs' counsel have sent the relevant form to SCB's counsel for signature.

            Respectfully submitted,

          By: /s/ Michael Radine
            Michael Radine
            **OSEN LLC**
            190 Moore St., Suite 272
            Hackensack NJ, 07601
            Tel.: (201) 265-6400
            Email: mradine@osenlaw.com

| DECHERT LLP | MAYER BROWN LLP |
|---|---|
| By: */s/ Jonathan R. Streeter* | By: */s/ Mark G. Hanchet* |
| Jonathan R. Streeter | Mark G. Hanchet |
| Tamer Mallat | Robert W. Hamburg |
| Dechert LLP | Benjamin D. Bright |
| 1095 Avenue Of The Americas | Whitney A. Suflas |
| Three Bryant Park | Mayer Brown LLP |
| New York, NY 10036 | 1221 Avenue of the Americas |
| 212-698-3500 | New York, NY 10020 |
| Email: jonathan.streeter@dechert.com | 212-506-2500 |
| Email: tamer.mallat@dechert.com | Email: mhanchet@mayerbrown.com |
| | Email: rhamburg@mayerbrown.com |
| Michael H. McGinley | Email: bbright@mayerbrown.com |
| Dechert LLP | Email: wsuflas@mayerbrown.com |
| Cira Centre | |
| 2929 Arch Street | *Attorneys for Defendant Banque-Libano* |

Philadelphia, PA 19104
215-994-4000
Email: michael.mcginley@dechert.com

*Attorneys for Defendants BLOM Bank SAL and Fransabank SAL*

*Française SAL*

DLA PIPER LLP (US)

By: */s/ Anthony P. Coles*
Anthony P. Coles
Erin Collins
DLA Piper LLP (US)
1251 Avenue of The Americas
New York, NY 10020
212-335-4925
Email: anthony.coles@dlapiper.com
Email: erin.collins@dlapiper.com

Samantha L. Chaifetz
500 8th Street, NW
Washington, DC 20004
202-799-4082
Email: Samantha.chaifetz@dlapiper.com

*Attorneys for Defendants Byblos Bank SAL, Bank of Beirut and the Arab Countries SAL, and Bank of Beirut s.a.l.*

MAYER BROWN LLP

By: */s/ Andrew J. Pincus*
Andrew J. Pincus
Marc R. Cohen
Alex C. Lakatos
Wajdi C. Mallat
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
202-263-3220
Email: apincus@mayerbrown.com
Email: mcohen@mayerbrown.com
Email: alakatos@mayerbrown.com
Email: wmallat@mayerbrown.com

*Attorneys for Defendant Bank Audi SAL*

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Gassan A. Baloul*
Gassan A. Baloul
Mitchell R. Berger
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
202-457-6155
Email: gassan.baloul@squirepb.com
Email: mitchell.berger@squirepb.com

*Attorneys for Defendants MEAB Bank s.a.l., Fenicia Bank S.A.L., and LGB Bank s.a.l.*

ASHCROFT LAW FIRM, LLC

By: */s/ Michael J. Sullivan*
Michael J. Sullivan
Brian J. Leske
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
617-573-9400
Email: msullivan@ashcroftlawfirm.com
Email: bleske@ashcroftlawfirm.com

*Attorneys for Defendant Société Générale de Banque au Liban S.A.L.*

cc: All counsel via ECF