Honorable Taryn A. Merkl
June 26, 2024
Page 1

June 26, 2024

**VIA ECF**

Honorable Taryn A. Merkl
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Bartlett v. Société Générale de Banque au Liban S.A.L.*, **19-cv-00007**

Dear Judge Merkl:

Moving Defendants[1] respectfully submit this joint letter further to the Court's June 20, 2024 Order. Contemporaneous with the filing of this letter, Moving Defendants are filing under seal a proposed redacted Third Amended Complaint with Moving Defendants' proposed redactions highlighted in blue. Pursuant to the Court's June 20, 2024 Order, a copy of Moving Defendants' proposed redactions have been provided to non-party Standard Chartered Bank.

Respectfully submitted,

| DECHERT LLP | MAYER BROWN LLP |
|---|---|
| By: */s/ Jonathan R. Streeter* | By: */s/ Mark G. Hanchet* |
| Jonathan R. Streeter | Mark G. Hanchet |
| Tamer Mallat | Robert W. Hamburg |
| Dechert LLP | Benjamin D. Bright |
| 1095 Avenue Of The Americas | Whitney A. Suflas |
| Three Bryant Park | Mayer Brown LLP |
| New York, NY 10036 | 1221 Avenue of the Americas |
| 212-698-3500 | New York, NY 10020 |
| Email: jonathan.streeter@dechert.com | 212-506-2500 |
| Email: tamer.mallat@dechert.com | Email: mhanchet@mayerbrown.com |
| | Email: rhamburg@mayerbrown.com |
| Michael H. McGinley | Email: bbright@mayerbrown.com |
| Dechert LLP | Email: wsuflas@mayerbrown.com |
| Cira Centre | |
| 2929 Arch Street | *Attorneys for Defendant Banque-Libano* |
| Philadelphia, PA 19104 | *Française SAL* |
| 215-994-4000 | |
| Email: michael.mcginley@dechert.com | |
| | |
| *Attorneys for Defendants BLOM Bank SAL,* | |
| *Fransabank SAL, and Bank Audi SAL* | |

---

[1] Moving Defendants are (1) Société Générale de Banque au Liban S.A.L., (2) Fransabank S.A.L., (3) MEAB Bank s.a.l., (4) BLOM Bank S.A.L., (5) Byblos Bank S.A.L., (6) Bank Audi S.A.L., (7) Bank of Beirut S.A.L., (8) LGB Bank s.a.l., (9) Banque Libano Française S.A.L., (10) Bank of Beirut and the Arab Countries S.A.L., and (11) Fenicia Bank S.A.L.

| | |
|---|---|
| DLA PIPER LLP (US) | ASHCROFT LAW FIRM, LLC |
| By: */s/ Anthony P. Coles* | By: */s/ Michael J. Sullivan* |
| Anthony P. Coles | Michael J. Sullivan |
| Erin Collins | Brian J. Leske |
| DLA Piper LLP (US) | Ashcroft Law Firm, LLC |
| 1251 Avenue of The Americas | 200 State Street, 7th Floor |
| New York, NY 10020 | Boston, MA 02109 |
| 212-335-4925 | 617-573-9400 |
| Email: anthony.coles@dlapiper.com | Email: msullivan@ashcroftlawfirm.com |
| Email: erin.collins@dlapiper.com | Email: bleske@ashcroftlawfirm.com |
| | |
| Samantha L. Chaifetz | *Attorneys for Defendant Société Générale de Banque au Liban S.A.L.* |
| 500 8th Street, NW | |
| Washington, DC 20004 | |
| 202-799-4082 | |
| Email: Samantha.chaifetz@dlapiper.com | |
| | |
| *Attorneys for Defendants Byblos Bank SAL, Bank of Beirut and the Arab Countries SAL, and Bank of Beirut s.a.l.* | |

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Gassan A. Baloul*
Gassan A. Baloul
Mitchell R. Berger
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
202-457-6155
Email: gassan.baloul@squirepb.com
Email: mitchell.berger@squirepb.com

*Attorneys for Defendants MEAB Bank s.a.l., Fenicia Bank S.A.L., and LGB Bank s.a.l.*