

**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Samantha Chaifetz
samantha.chaifetz@us.dlapiper.com
T 202.799.4082
F 202.799.5082

July 19, 2024

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.,*** **Case No. 19-cv-007 (CBA) (TAM)**

Dear Judge Merkl:

We write on behalf of the Moving Defendants,[1] pursuant to this Court's order dated April 18, 2024 (ECF 391), to provide a status report on the Letter Rogatory issued by the Court on August 14, 2023 and to report on the response from Lebanese authorities.

On January 4, 2024, Moving Defendants submitted a status report, which explained that this Court's Letter Rogatory of August 14, 2023 had been delivered to the U.S. Department of State's Office of Legal Affairs on October 5, 2023. ECF 369.

The Letter Rogatory sought a response by April 15, 2024. In a letter dated March 28, 2024, Judge Henri Khoury, Lebanon's Minister of Justice, requested an extension until July 15, 2024, which this Court granted.

We have now received a courtesy copy of the response from the Lebanese authorities, dated July 15, 2024, which is enclosed.

---

[1] Société Générale de Banque au Liban S.A.L.; Fransabank S.A.L.; MEAB Bank s.a.l.; Bank S.A.L.; Byblos Bank S.A.L.; Bank Audi S.A.L.; Bank of Beirut S.A.L.; LGB Bank s.a.l.; Banque Libano Française S.A.L.; Bank of Beirut and the Arab Countries S.A.L.; and Fenicia Bank S.A.L.

Counsel for the Moving Defendants and Plaintiffs plan to meet and confer after all parties have had the opportunity to review the response. To allow time for such a conference to occur, we propose to provide the Court with a joint status update no later than Thursday, August 1, 2024.

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Samantha Chaifetz*

Samantha Chaifetz

cc: All counsel of record via ECF

Encl.