November 1, 2024

**VIA ECF**

Honorable Taryn A. Merkl
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Bartlett v. Société Générale de Banque au Liban S.A.L.*, 19-cv-00007

Dear Judge Merkl:

Moving Defendants[1] and Plaintiffs respectfully submit this letter to request a modest one-week continuance of the discovery conference scheduled for November 5, 2024. Consistent with the Court's October 25, 2024 order, the parties are meeting and conferring in an effort to narrow their discovery disputes. However, in light of the security situation in Lebanon, counsel for Moving Defendants need an additional week to further consult with their clients. If the Court grants this request, the parties intend to further meet and confer the week of November 4. Subject to the Court's availability, counsel for the parties request that the Court adjourn the scheduled conference to Wednesday, November 13, 2024.

Respectfully submitted,

| DECHERT LLP | MAYER BROWN LLP |
|---|---|
| By: */s/ Jonathan R. Streeter* | By: */s/ Mark G. Hanchet* |
| Jonathan R. Streeter | Mark G. Hanchet |
| Tamer Mallat | Robert W. Hamburg |
| Dechert LLP | Benjamin D. Bright |
| 1095 Avenue Of The Americas | Whitney A. Suflas |
| Three Bryant Park | Mayer Brown LLP |
| New York, NY 10036 | 1221 Avenue of the Americas |
| 212-698-3500 | New York, NY 10020 |
| Email: jonathan.streeter@dechert.com | 212-506-2500 |
| Email: tamer.mallat@dechert.com | Email: mhanchet@mayerbrown.com |
| | Email: rhamburg@mayerbrown.com |
| Michael H. McGinley | Email: bbright@mayerbrown.com |
| Dechert LLP | Email: wsuflas@mayerbrown.com |
| Cira Centre | |
| 2929 Arch Street | *Attorneys for Defendant Banque-Libano* |
| Philadelphia, PA 19104 | *Française SAL* |
| 215-994-4000 | |
| Email: michael.mcginley@dechert.com | |

---

[1] Moving Defendants are (1) Société Générale de Banque au Liban S.A.L., (2) Fransabank S.A.L., (3) MEAB Bank s.a.l., (4) BLOM Bank S.A.L., (5) Byblos Bank S.A.L., (6) Bank Audi S.A.L., (7) Bank of Beirut S.A.L., (8) LGB Bank s.a.l., (9) Banque Libano Française S.A.L., (10) Bank of Beirut and the Arab Countries S.A.L., and (11) Fenicia Bank S.A.L.

*Attorneys for Defendants BLOM Bank SAL, Fransabank SAL, and Bank Audi SAL*

| | |
|---|---|
| DLA PIPER LLP (US) | ASHCROFT LAW FIRM, LLC |
| By: */s/ Anthony P. Coles* | By: */s/ Michael J. Sullivan* |
| Anthony P. Coles | Michael J. Sullivan |
| Erin Collins | Brian J. Leske |
| DLA Piper LLP (US) | Ashcroft Law Firm, LLC |
| 1251 Avenue of The Americas | 200 State Street, 7th Floor |
| New York, NY 10020 | Boston, MA 02109 |
| 212-335-4925 | 617-573-9400 |
| Email: anthony.coles@dlapiper.com | Email: msullivan@ashcroftlawfirm.com |
| Email: erin.collins@dlapiper.com | Email: bleske@ashcroftlawfirm.com |

Samantha L. Chaifetz
500 8th Street, NW
Washington, DC 20004
202-799-4082
Email: Samantha.chaifetz@dlapiper.com

*Attorneys for Defendant Société Générale de Banque au Liban S.A.L.*

*Attorneys for Defendants Byblos Bank SAL, Bank of Beirut and the Arab Countries SAL, and Bank of Beirut s.a.l.*

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Gassan A. Baloul*
Gassan A. Baloul
Mitchell R. Berger
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
202-457-6155
Email: gassan.baloul@squirepb.com
Email: mitchell.berger@squirepb.com

*Attorneys for Defendants MEAB Bank s.a.l., Fenicia Bank S.A.L., and LGB Bank s.a.l.*