# Exhibit D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AHARON MILLER, et al. | : | |
| | : | |
| Plaintiffs, | : | Case No. 18-cv-2192 (HG)(PK) |
| | : | |
| -against- | : | |
| | : | |
| ARAB BANK, PLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| NATHAN PAM, et al. | : | |
| | : | |
| Plaintiffs, | : | Case No. 18-cv-4670 (HG)(PK) |
| | : | |
| -against- | : | |
| | : | |
| ARAB BANK, PLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER COMPELLING
## DEFENDANT ARAB BANK, PLC TO PRODUCE DOCUMENTS

The Court having considered Defendant Arab Bank, PLC's Motions for a Protective Order and Plaintiffs' Cross-Motions to Compel, and the Court having considered the provisions of the Restatement (Third) of Foreign Relations Law § 442, and all other relevant authorities, including principles of international comity,

It is hereby **ORDERED** that Defendant's objections to Plaintiffs' First Request for the Production of Documents and Plaintiffs' Second Request for the Production of Documents, including those based upon foreign bank secrecy, are overruled,

And it is further **ORDERED** that Defendant produce those documents listed on the attached Annex A.

Dated: April 14, 2023

_Peggy Kuo_
Hon. Peggy Kuo, U.S. Magistrate Judge

<u>ANNEX A</u>

Defendant is ORDERED to produce documents for the time period between January 1, 1998, through December 31, 2004, as follows:

<u>FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS</u>

2.    All Documents concerning accounts maintained at Arab Bank by the following HAMAS leaders, operatives and agents:

a.    Ahmed Yassin a/k/a Ahmad Yasine (*see, e.g.*, ABPLC211999);
b.    Halima Yassin (Ahmed Yassin's wife) (*see, e.g.*, ABPLC212107);
c.    Khalil Hasan Yassin (Ahmed Yassin's nephew) (*see, e.g.*, ABPLC212064);
d.    Abd al-Hakim Ali al-Mana'ameh (Ahmed Yassin's bodyguard) (*see, e.g.*, ABPLC212158);
e.    Osama Hamdan (all Documents not encompassed by Request No. 1 above);
f.    Ismail Abd Al Salam Haniyeh a/k/a Ismail Haniya (*see, e.g.*, ABPLC195876);
g.    Ismail Abu Shanab (*see, e.g.*, ABPLC212138);
h.    Salah Shehadeh (*see, e.g.*, ABPLC212108);
i.    Layla Khamis Yusuf Safira (Salah Shehadeh's wife) (*see, e.g.*, ABPLC021783);
j.    Abbas al-Sayed (*see, e.g.*, ABPLC211884);
k.    Huda Ahmad Darwazah (Salah al-Din Darwazah's wife) (*see, e.g.*, ABPLC212104);
l.    Muhammad Shama (*see, e.g.*, ABPLC211951);
m.    Ghazi Hamed (*see, e.g.*, ABPLC211868);
n.    Jamal Salim (*see, e.g.*, ABPLC211808);
o.    Muna Mansur, the wife of HAMAS leader Jamal Mansur (*see, e.g.*, ABPLC211930);
p.    Riyad Husain Abdallah Abu Zaid (*see, e.g.*, ABPLC211928);
q.    Mahdi Shaker al-Hanbali (*see, e.g.*, ABPLC211856);
r.    Baha al-Din al-Madhun (*see, e.g.*, ABPLC212009);
s.    Abd al-Khaleq al-Natsheh (*see, e.g.*, ABPLC195871);
t.    Khaled Muhammad Amin al-Haj (*see, e.g.*, ABPLC212037);
u.    Nada Jamal al-Jayousi (*see, e.g.*, ABPLC212055);
v.    Asma' Muhammad Suliman Saba'ana, wife of Jamal Abd al-Salam Abu al-Hija (*see, e.g.*, ABPLC010758);
w.    Lateefah Naji Othman Chawa (*see, e.g.*, ABPLC212188);
x.    Khaled Ghazi Daud al-Masri (*see, e.g.*, ABPLC211949);
y.    Abd al-Salam Ismail Haniyeh (*see, e.g.*, ABPLC211961);
z.    Khaled Ibrahim Al Abd Al Quqa (*see, e.g.*, ABPLC212014);
aa.    Khalil Mohamad Amin El Haj (*see, e.g.*, ABPLC212061);
bb.    Mohamed Redwan Ibrahim Yasine (*see, e.g.*, ABPLC212006); and
cc.    Rabah Hayel Takrouri (*see, e.g.*, ABPLC211970).

    3.     All Documents concerning accounts at Arab Bank or funds transfers by Arab Bank concerning the following HAMAS leaders and operatives:

        a.      Ayman Anwar Ahmad Arafat (*see, e.g.*, ABPLC212149);
        b.      Mohamad Saleh Taha (*see, e.g.*, ABPLC212099);
        c.      Omar Ali Abd al-Al (*see, e.g.*, ABPLC211926);
        d.      Sabah Saeed Hasan Dar Khalil (*see, e.g.*, ABPLC211913);
        e.      Sayed Abu Msameh (*see, e.g.*, ABPLC211983);
        f.      Omar Saleh Muhammad Faiq Sharif;
        g.      Firas Fawzi Salim Faydi;
        h.      Khaled Dib Hasan Abu Hamd;
        i.      Muhammad Hasan Arman;
        j.      Walid Abd al-Aziz Anjas;
        k.      Wa'el Mahmud 'Muhammad Ali' Qasem;
        l.      Ala al-Din Mahmud Muhammad Abasi;
        m.      Wisam Sa'id Musa Abasi;
        n.      Muhammad Ishaq Awda;
        o.      Jamal al-Tawil;
        p.      Ibrahim Jamil Mar'i Hamed;
        q.      Abdalla Ghaleb Abdalla Barghuthi;
        r.      Farid Salah Na'im Atrash;
        s.      Ayad Yusuf Abu Hilal;
        t.      Aziz Yusuf Ins Abu Hilal;
        u.      Abd el-Mu'ati Shabana;
        v.      Muhammad Fathi Farhat a/k/a Mohammed Farhath;
        w.      Abd Allah Qawasmeh;
        x.      Izz al-Din Khader Shams al-Din Misk;
        y.      Ahmad Othman Muhammad Badr;
        z.      Sayid Isa Jabar Siam;
        aa.    Bilal Sub Laban; and
        bb.    Amar Nasser al-Din.

    4.     All Documents concerning accounts maintained at Arab Bank by or for the following HAMAS zakat committees, Islamic societies and social institutions or transfers involving those committees, societies and institutions:

        a.      *Al-Mujama Al-Islami* – Gaza (the Islamic Center – Gaza) (*see, e.g.*, ABPLC212510);

        b.      *Al-Jam'iya Al-Islamiya* – Gaza (the Islamic Society – Gaza) (*see, e.g.*, ABPLC212752);

        c.      *Al-Salah* Islamic Society– Gaza (*Jam'iyat al-Salah al-Islamiya* – Gaza) (*see, e.g.*, ABPLC212336);

      d.      Islamic Charitable Society – Hebron (*Al-Jam'iya al-Khiriya al-Islamiya al-Khalil*) (*see, e.g.*, ABPLC212755);

      e.      Jenin Zakat Committee (*Lajnat al-Zakah Jenin*) (*see, e.g.*, ABPLC211751);

      f.      Nablus Zakat Committee (*Lajnat al-Zakah Nablus*) (*see, e.g.*, ABPLC211766);

      g.      *Al-Tadamun* Charitable Society – Nablus (*Jam'iyat Al-Tadamun al-Khiriya al-Islamiya Nablus*) (*see, e.g.*, ABPLC212662);

      h.      Tulkarem Zakat Committee (*Lajnat al-Zakah Tulkarem*) (*see, e.g.*, ABPLC212314);

      i.      Ramallah – al-Bireh Zakat Committee (*Lajnat al-Zakah Ramallah wal-Bireh*) (*see, e.g.*, ABPLC212303);

      j.      *Al-Islah* Charitable Society – Ramallah & Al-Bireh (*Jam'iyat al-Islah al-Khiriya al-Ajthamiya Ramallah wal-Bireh*) (*see, e.g.*, ABPLC212301);

      k.      *Al Nur* Prisoner Society - Gaza, a/k/a the Charity Society for Caring for the Prisoners and the Martyrs' Families (*Jam'iyat Al-Nur al-Khairiya L-Ri'ayat al-Asra Wa-Usar al-Shuhada*) (*see, e.g.*, ABPLC212928); and

      l.      *Al-Huda* Women Society (*Jam'iyat al-Huda al-Nisa'iya*).

     5.    All Documents concerning accounts maintained at Arab Bank by or transfers involving the following HAMAS fundraising organizations designated as SDGTs:

      a.      Union of Good a/k/a I'tilaf al-Khayr, including but not limited to Arab Bank account #002850/811/9 at the Beirut, Lebanon branch;

      b.      Holy Land Foundation for Relief and Development;

      c.      Interpal a/k/a Palestine Relief and Development Fund;

      d.      CBSP a/k/a Comité de Bienfaisance et de Secours Aux Palestiniens;

      e.      Al Aqsa Foundation; and

      f.      Welfare Association for Palestinian and Lebanese Families a/k/a Waqifiya Ri'aya al-Usra al-Filistinya wa al-Lubnanya.

     6.    All Documents concerning transactions processed by Arab Bank for or on behalf of the Saudi Committee for the benefit of the families of the following HAMAS Suicide Bombers, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification

and/or certificates of martyrdom for the individuals that qualified the account holder or payee to receive payment:

1. Fatima 'Ali Hasan Halabiya (*see, e.g.*, ABPLC026358, ABPLC030875);
2. Atallah Yusuf 'Abd Al-Jabbar 'Amer (*see, e.g.*, ABPLC023947);
3. Shuhayl Ahmad Isma'il el-Masri (*see, e.g.*, ABPLC024025);
4. Muhammad Sa'id Ahmad Abu Safi (*see, e.g.*, ABPLC018097);
5. Mahmud Iyada Adi Salah Al-Din (*see, e.g.*, ABPLC026374);
6. Nabil Ibrahim Saleh Dar Jabar (*see, e.g.*, ABPLC026286);
7. Arafat Muhammad Suliman Ashur (*see, e.g.*, ABPLC021770);
8. Bashir Khalil Ibrahim al-Ma'sawabi (*see, e.g.*, ABPLC021732);
9. Talal Mustafa Ibrahim Abu Kweik (*see, e.g.*, ABPLC021661);
10. Muhi al-Din Kamel Saleh Habeisheh (*see, e.g.*, ABPLC030707);
11. Nuha Muhammad Taysir Mustafa al-Nadher (*see, e.g.*, ABPLC021746);
12. Hasan Hussein Hassan Hutari (*see, e.g.*, ABPLC023935);
13. Yusuf Muhammad Yusuf Hamad (*see, e.g.*, ABPLC030821);
14. Nifin Yusuf Muhammad al-Ajrami (*see, e.g.*, ABPLC026223);
15. Yusri Muhammad al-Tawil (*see, e.g.*, ABPLC020316);
16. Family of the martyr Muhammad Abd Rabo Imad (*see, e.g.*, ABPLC030783);
17. Ibrahim Mahmud Abd al-Salam Ashur (*see, e.g.*, ABPLC026234);
18. Muhammad Abd Rabo Ibrahim Fayad (*see, e.g.*, ABPLC030578);
19. Muhammad Subhi Mahmud Ahmad Sayid (*see, e.g.*, ABPLC030655);
20. Kamel Sa'id Abdalla Zbeidi (*see, e.g.*, ABPLC023867);
21. Umar Hamdan Ahmad Alayan (*see, e.g.*, ABPLC024010);
22. Hasan Muhammad Hasan Abu Nasr (*see, e.g.*, ABPLC021735);
23. Yaser 'Arafat Khalil Ansiwi (*see, e.g.*, ABPLC010760); and
24. Zuhira Ahmad Faleh Abu Hijla (*see, e.g.*, ABPLC023921).

7. All Documents concerning transactions processed by Arab Bank for or on behalf of the Saudi Committee for the benefit of families of the following HAMAS "Martyrs," including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or certificates of martyrdom for the individuals that qualified the account holder or payee to receive payment:

1. Muna Salim Saleh Mansur (*see, e.g.,* ABPLC023919);
2. Shafiq 'Ali Suliman Abu Al-Rus (*see, e.g.*, ABPLC030780);
3. Muhammad Abdallah Salem Halas (*see, e.g.*, ABPLC026216);
4. Muhammad abd al-Hadi Aqal (*see, e.g.*, ABPLC026421);
5. Fawzi Mahmud Ahmad Abd al-Ghani (*see, e.g.*, ABPLC026290);
6. Rabi' Muhammad Saleh al-Batash (*see, e.g.*, ABPLC026220);
7. Ilfat Jaber Saleh al-Razayna and Dib al-Razayna (*see, e.g.*, ABPLC028692);
8. Mustafa Fuad Khalil al-Dahshan (*see, e.g.*, ABPLC026241);

9. Hamdi Ahmad al-Masri and Rasmiya Hasan al-Masri (*see, e.g.*, ABPLC028678);

10. Nizar Abd al-Qader Riyan (*see, e.g.*, ABPLC030565);

11. Ahmad Salem Muhammad Halas (*see, e.g.*, ABPLC030602);

12. Fayez Mustafa Muhammad Shehada (*see, e.g.*, ABPLC030614);

13. Abd al-Ghani Muhammad Jud'an Abu Jamus (*see, e.g.*, ABPLC026255);

14. Atiwi Hamdan Salem Abu Rizq (*see, e.g.*, ABPLC026237);

15. Family of the martyr Yaser Husni Al-Masdar (*see, e.g.*, ABPLC030627);

16. Rasmiya Ismail Ibrahim Asida (*see, e.g.*, ABPLC026372);

17. Naser 'Abd Al-Salam Ahmad Gazal (*see, e.g.*, ABPLC030773);

18. Razan Husni Hilmi Halawa (*see, e.g.*, ABPLC026275);

19. Lina Hafez Muhammad Sawaliha (*see, e.g.*, ABPLC030714);

20. Wafaa' Ibrahim Jaber al-Ghul (*see, e.g.*, ABPLC026403);

21. Faten Hasan Abd al-Qader Taqi (*see, e.g.*, ABPLC030713);

22. Lafi Yusuf Hamed al-Akhras and Khatam (*see, e.g.*, ABPLC026179);

23. Ali Abd al-Qader Qassem Atiq (*see, e.g.*, ABPLC030794);

24. Tahrir Atalla Shaker Marshud (*see, e.g.*, ABPLC030649);

25. Ayman Yusuf Abd al-Rahman Abd al-Wahab (*see, e.g.*, ABPLC030566);

26. Fawziya Ali Mustafa Abu Hijla (*see, e.g.*, ABPLC026330);

27. Abd al-Rahim Abd al-Razaq Tubasi (*see, e.g.*, ABPLC030643);

28. Taysir Husein Ahmad Fayed (*see, e.g.*, ABPLC030941);

29. Mahmud Yusuf Abu al-Hija (*see, e.g.*, ABPLC030940);

30. Inam Hilala Abd al-Rahim Aysha (*see, e.g.*, ABPLC026334);

31. Salim Helmi Salim 'Abd Al-Haq (*see, e.g.*, ABPLC023973);

32. Latifa Ahmad Muhammad Subh (*see, e.g.*, ABPLC023879);

33. Awatif Suliman Hasan Abu Bakra (*see, e.g.*, ABPLC018098);

34. Hasan Khader Mustafa Maluh (*see, e.g.*, ABPLC030719);

35. Nimer 'Abd Husein Mufaraja (*see, e.g.*, ABPLC030729);

36. Jamal Ali Suliman Naijem (*see, e.g.*, ABPLC030671);

37. Family of the Martyr Ibrahim Abd al-Karim Bani Awda (*see, e.g.*, ABPLC011605);

38. Ali Yusuf Fayed (*see, e.g.*, ABPLC026266);

39. Mahmud Khadr Muhammad (*see, e.g.*, ABPLC030860);

40. Muhammad Ahmad Hasan Abu Hanud (*see, e.g.,* ABPLC026390);

41. Ali Muhammad Ahmad Hilwa (*see, e.g.*, ABPLC030932);

42. Hadil Khalil Ismail Hashayka (*see, e.g.*, ABPLC026336);

43. Mansur Hasan Al-Hadiri (*see, e.g.*, ABPLC026377);

44. Hussein Salem Amtir abu Dib (*see, e.g.*, ABPLC026189);

45. Muhammad Saleh Musa Kamil (*see, e.g.*, ABPLC030690);

46. Fawzi Salim Nayef Shabir and his son Zaher (*see, e.g.*, ABPLC026418);

47. Mahmud Mas'ud Muhammad Abu Al-Sebah (*see, e.g.*, ABPLC030761);

48. Rabah Darwish Husein Zaqut (*see, e.g.*, ABPLC023891);

49. Sabah Abd al-Karim Yusuf al-Shalabi (*see, e.g.*, ABPLC030922);

50. Amal Abd al-Karim Khalil Bishawi (*see, e.g.*, ABPLC023951);

51. Taysir Husein Ahmad Fayed (*see, e.g.*, ABPLC030941);

52. Nawal Muhammad Ahmad Musharaqa (*see, e.g.*, ABPLC030972);

5

53.    Omar Salim Ahmad Hawashin (*see, e.g.*, ABPLC030919);
54.    Jamal Sabri Abd al-Hamid Sweidan (*see, e.g.*, ABPLC021761);
55.    Rajaa Mahmud Nimer Abu al-Hija (*see, e.g.*, ABPLC026319);
56.    Isa Muhammad Mahmud Waishahi (*see, e.g.*, ABPLC030979);
57.    Muhammad Said Hamed Sawafteh (*see, e.g.*, ABPLC030990);
58.    Maysar Muhammad Hamed al-Surakji (*see, e.g.*, ABPLC030888); and
59.    Muhammad Shehada Ibrahim Tafesh (*see, e.g.*, ABPLC021796).

8.    All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of the families of the following HAMAS terrorists who were incarcerated in Israeli prisons, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or proof of incarceration for the individuals that qualified the account holder or payee to receive payment:

1.    Samir Subhi Salah al-Shawa (*see, e.g.*, ABPLC011365);
2.    Amiya Ahmad Hafez al-Taher (*see, e.g.*, ABPLC012363);
3.    Mina Salim Saleh Mansur (*see, e.g.*, ABPLC010764);
4.    Ni'ama Nuhad Khalil Dukhan (*see, e.g.*, ABPLC11342);
5.    Abd al-Fatah Hasan Dukhan (*see, e.g.*, ABPLC021731);
6.    Suad Suliman Istiti (*see, e.g.*, ABPLC012447);
7.    Saleh Abdallah al-Barghuthi (*see, e.g.*, ABPLC012366);
8.    Maysar Muhammad Hamed al-Surakji (*see, e.g.*, ABPLC012415);
9.    A'isha Masah Haniya (*see, e.g.*, ABPLC011398);
10.    Muna Fuad Khaled Najib (*see, e.g.*, ABPLC010968);
11.    Rim Ibrahim Hamdan Abu al-Al (*see, e.g.*, ABPLC011772);
12.    Maryam Muhammad Yusuf Farhat (*see, e.g.*, ABPLC011170);
13.    Hanaa' Khamis Shehada Silmi (*see, e.g.*, ABPLC011101);
14.    Fadel Khaled Husein Abu Hin (*see, e.g.*, ABPLC011146);
15.    Fahed Yusuf Abu Atiya (*see, e.g.*, ABPLC012494);
16.    Ja'afar Sa'id Yusuf Zuyud (*see, e.g.*, ABPL012413);
17.    Rida Abdalla Isma'il al-Sanwar (*see, e.g.*, ABPLC011177);
18.    Ali Ahmad Ayub (*see, e.g.*, ABPLC012491);
19.    Samah Abd al-Hadi Abu Shawqa (*see, e.g.*, ABPLC011771);
20.    Isma'il 'Abd al-Rahman Ahmad al-Ghanimat (*see, e.g.*, ABPLC011468);
21.    Sahr Muhammad 'Ashur (*see, e.g.*, ABPLC010730);
22.    Fatima Ahmad Muhammad Hiles (*see, e.g.*, ABPLC011056);
23.    Zaynab Sha'ban Ahmad Taha (*see, e.g.*, ABPLC010980);
24.    Basel Muhammad Shafiq al-Qawasmeh (*see, e.g.*, ABPLC010743);
25.    Muhammad Salim Said Abu Hasna (*see, e.g.*, ABPLC011384);
26.    Kamel Ya'qub Ta el-Ja'bari (*see, e.g.*, ABPLC012711);
27.    Aziz Yusuf Ans abu Hilal (*see, e.g.*, ABPLC011367);
28.    Nizam Ahed Sa'id Asfur (*see, e.g.*, ABPLC011427);
29.    Wafaa' Ibrahim al-Ghul (*see, e.g.*, ABPLC011812);
30.    Subhiya Saber Hussein (Hasan) abu Khalifa (*see, e.g.*, ABPLC012187);

31. Hiyam Sa'id Khalil (*see, e.g.*, ABPLC010805);
32. Hanan Muhammad Saleh (*see, e.g.*, ABPLC011755);
33. Dalal Muhammad Isa el-Zaban (*see, e.g.*, ABPLC011220);
34. Laila Khalil Ali al-Halabi (*see, e.g.*, ABPLC011790);
35. Shams Ahmad Mahmud al-Baluji (*see, e.g.*, ABPLC011015);
36. Abir Fayiz Ali Ramana (*see, e.g.*, ABPLC011376);
37. Abd al-Rauf Muhammad al-Mabhuh (*see, e.g.*, ABPLC011401);
38. Khadija abd al-Qader Musleh Salame (*see, e.g.*, ABPLC011388);
39. Fatima Muhammad 'Abd al-Fatah Naqib (*see, e.g.*, ABPLC010871);
40. Halima Ahmad Abu Fara (*see, e.g.*, ABPLC010863);
41. Asma' Muhammad Suliman Saba'ana (*see, e.g.*, ABPLC010758);
42. Sinyura Sha'ban Ahmad Abdalla (*see, e.g.*, ABPLC010936);
43. Dalal Ali Hasan al-Baz (*see, e.g.*, ABPLC011065);
44. Wajiha 'Abd al-Halim Rafiq Samaru (*see, e.g.*, ABPLC010751);
45. Wajida Abd al-Rahman Hamad al-Sawiti (*see, e.g.*, ABPLC019089);
46. 'Abd al-Mu'iz Zain al-Din Saleh 'Omar (*see, e.g.*, ABPLC010892);
47. Randa Isma'il Ahmad Aqel (*see, e.g.*, ABPLC011081);
48. Ismail Abd al-Jalil Ismail Ramadan (*see, e.g.*, ABPLC010956);
49. Samiya Jamal Musleh;
50. Abd el-Qader Ibrahim Mahmud Hijaz (*see, e.g.*, ABPLC012685);
51. Muzahira Ahmad Farhan al-Sharbati (*see, e.g.*, ABPLC012465);
52. Maryam Dawud Abdalla al-Ghanimat (*see, e.g.*, ABPLC010690);
53. Maisun Husein Abu Zaina (*see, e.g.*, ABPLC010681);
54. Fadel Murshid Hamdan Baker (*see, e.g.*, ABPLC012439);
55. Khulud Faisal 'Abd al-Rahman al-Shalabi (*see, e.g.*, ABPLC011499);
56. Afaf Muhammad Abu Armila (*see, e.g.*, ABPLC012411);
57. Rabi'a Fayez Muhammad Sa'id (*see, e.g.*, ABPLC012367);
58. Firas Wa'el Taleb Abu Sharakh (*see, e.g.*, ABPLC012746);
59. Rabi'aa Fayiz Muhammad Sa'id (*see, e.g.*, ABPLC012367);
60. Suhair Ibrahim al-Barghuthi (*see, e.g.*, ABPLC012630);
61. Fatina Saleh Muhammad Sa'ada (*see, e.g.*, ABPLC011237);
62. Muhammad Taher Naser (*see, e.g.*, ABPLC011276);
63. Naima Ahmad Muhammad Zarab (*see, e.g.*, ABPLC011334);
64. Sara Mahmud abd al-Hadi Talahmeh (*see, e.g.*, ABPLC011299);
65. Musa'ed Saleh al-Arabid (*see, e.g.*, ABPLC011768);
66. Munzir Muhammad Taysir Husein Ramadan (*see, e.g.*, ABPLC012393);
67. Halima Abd al-Qader Yaqub al-Asta (*see, e.g.*, ABPLC011278);
68. Almatha Abd al-Hafit' Ibrahim Jamjum (*see, e.g.*, ABPLC011039);
69. Nazha Khalil Hasan Ziyada (*see, e.g.*, ABPLC011128);
70. Halima Hamuda Ayd Shabir (*see, e.g.*, ABPLC011866);
71. Wafaa Fawzi al-Abd Dawidar (*see, e.g.*, ABPLC011136);
72. Zahira Mustafa Ahmad Asida (*see, e.g.*, ABPLC012456);
73. Nidal Ahmad Mahmud Hutari (*see, e.g.*, ABPLC010959);
74. Fatima 'Abd al-Halim 'Abd al-Mu'ti Abu Hamdiya (*see, e.g.*, ABPLC010873);
75. Rasmiya Mahmud Abdalla Zaqut (*see, e.g.*, ABPLC011764);

7

76.   Tahrir Shaaban Muhammad al-Sharif (*see, e.g.*, ABPLC011087);
77.   Raeda Mustafa Hasan Mushtaha (*see, e.g.*, ABPLC010971);
78.   Khalil Abd al-Haq Sayid Amira (*see, e.g.*, ABPLC011547);
79.   Safiya Abd al-Qader Dudin (*see, e.g.*, ABPLC012445);
80.   Ikram Abd Salame Harez (*see, e.g.*, ABPLC011204);
81.   Abala Ibrahim Saleh Abu Shamala (*see, e.g.*, ABPLC011102);
82.   Isma'il Ibrahim al-Dirawi (*see, e.g.*, ABPLC021747);
83.   Rida Abdalla Isma'il al-Sinwar (*see, e.g.*, ABPLC011116);
84.   Muna Salman Hussein Hassan;
85.   Lina Tahsin Muhammad Hamed (*see, e.g.*, ABPLC011525); and
86.   Abdalla Khalil Abdalla Abu al-Rab (*see, e.g.*, ABPLC012483).

9.   All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of the following HAMAS operatives, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to the HAMAS operatives, and death certificates, photographic identification and certificates of martyrdom and/or proof of incarceration for the individuals that qualified HAMAS operatives to receive payment:

1.   Ahmad Sa'id Khalil al-Ja'bari (*see, e.g.*, ABPLC019308);
2.   Sabah al-Ja'bari (*see, e.g.*, ABPLC011787);
3.   Naser Sami Abd al-Razeq Yataima (*see, e.g.*, ABPLC015894);
4.   Murad Ali al-Qawasmeh (*see, e.g.*, ABPLC017093);
5.   Abd al-Halim Saqer Fayumi (*see, e.g.*, ABPLC013138);
6.   Ali Juma Ahmad Juma (*see, e.g.*, ABPLC013273);
7.   Ibrahim Ahmad Khaled al-Muqadama (*see, e.g.*, ABPLC019283);
8.   Mahmud Saadi Aliwa (*see, e.g.*, ABPLC013462);
9.   Muhammad Jihad al-Hayek (*see, e.g.*, ABPLC013304);
10.   Muhanad Talal Mansur Sharim (*see, e.g.*, ABPLC015882);
11.   Mumin Omar Maghari (*see, e.g.*, ABPLC013323);
12.   Amar Yusuf Kalbuna (*see, e.g.*, ABPLC016946);
13.   Mansur Ahmad abu Hamid (*see, e.g.*, ABPL017709); and
14.   Ra'ed Abd el-Hamid Abd el-Razaq Misk (*see, e.g.*, ABPL189273).

10.   All Documents concerning transactions processed by Arab Bank on behalf of the Al Ansar Society for the benefit of the families of martyrs, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or certificates of martyrdom for the individuals that qualified the account holder or payee to receive payment:

1.   Muhanad Mahmoud Ibrahim Abu Zor;
2.   Khaled Nabil Khamis Mohammed Sawalha;
3.   Ibrahim Yasser Ibrahim Naji Khalil;
4.   Amjad Sulieman Hassan Hussein Abu Salim;
5.   Khaldoun Walid Aref Mohammed Sha'ablu;

6.     Omar Mohhamed Awad Abu Al-Rob;
7.     Yusuf Mohammed Rareb Hamdan Abu Al-Rob;
8.     Abd Al-Karim Omar Mohammed Yusuf Ahmed;
9.     Nazir Muhammad Mahmud Hamad;
10.    Izz al-Din Shuhayl Ahmad al-Masri;
11.    Muhammad Ahmad Halas;
12.    Bilal Fayez Mustafa Shehada;
13.    Muhammad Abd al-Ghani Muhammad Abu Jamus;
14.    Imad Atiwi Abu Razaq;
15.    Abd al-Rahman Naser Ghazal;
16.    Ahmad Abd al-Qader Atiq;
17.    Muhammad Hasan Ahmad al-Fayed;
18.    Amjad Hussein Ahmad al-Fayed;
19.    Khaled Jamal Ali Najem;
20.    Mahmud Ali al-Hilwa;
21.    Saleh Muhammad Saleh Kamil;
22.    Mustafa Abd al-Rahim Yusuf al-Shalabi;
23.    Muhammad Khalil Atiya Musharaqa;
24.    Muhammad Omar Salim Hawashin;
25.    Munir Issa Wishahi;
26.    Munqidh Muhammad Sawafteh; and
27.    Yaser Husni Al-Masdar.

11.    All Documents concerning listings or databases provided to, or maintained by, Arab Bank containing the names of Palestinians in Israeli custody, Palestinian "Martyrs," Suicide Bombers or other persons killed or injured during the Second Intifada, the dates and manner of death or injury of any such individuals, payments made to the families of such persons or Arab Bank contacts with the Saudi Committee, Al Ansar or any organization listed in Request No. 4 regarding such listings and databases, including, but not limited to, Documents which identify Arab Bank employees with knowledge of such listings and databases.

## SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS

## DOCUMENTS CONCERNING PALESTINIAN ISLAMIC JIHAD ("PIJ")

1.    All Documents concerning accounts maintained at Arab Bank by the following PIJ leaders and operatives:

a.    Bisam Abd al-Rahman Ahmad Abu Akar; and
b.    Issa Muhammad Ismai'l al-Batat.

2.    All Documents concerning accounts at Arab Bank or funds transfers by Arab Bank involving the following PIJ leaders, operatives and agents:

a.    Ziyad al-Nakhala;
b.    Sheikh Ramadan Abdalla Shalah;

c.      Sheikh Abd al-Aziz Awda;

d.      Fathi Shiqaqi;

e.      Sami al-Arian;

f.      Bashir Musa Muhammad Nafi;

g.      Muhammad Ayub Muhammad Sidr;

h.      Luay Jihad Fathallah al-Sa'di;

i.      Hanadi Taysir Abd al-Malek Jaradat;

j.      Muhammad Fares Bashir Jaradat;

k.      Khaled Hussein Jaradat;

l.      Muhammad Abd al-Aziz Ghanem;

m.      Mustafa Tawfiq Muhammad Awd;

n.      Muhammad Saleh Muhammad Sayfi;

o.      Shafiq Ali Suliman Radaida;

p.      Ataf Dawud Hasan Aliyan;

q.      Nihaya Khaled Mahmud al-Khatib;

r.      Tamer Khuweir;

s.      Ghasan al-Tirmasi;

t.      Muhammad Dahduh;

u.      Mahmud al-Majzub;

v.      Husam Jaradat;

w.      Ahmad Abd al-Rahman Abu Hasira;

x.      Mustafa Tawfiq Zaydan;

y.      Salah Abu Hasnin;

z.      Mahmud al-Hindi;

aa.     Muqlid Hamid;

bb.     Iyad Ahmad Yusuf Sawalha;

cc.     Muhammad Said al-Hindi;

dd.     Ali Suliman Said al-Sa'adi;

ee.     Ahmad al-Mudalal;

ff.     Anwar Mahmud Ahmad Hamran;

gg.     Muhammad Saqr Ragheb al-Zatme;

hh.     Murad Abd al-Fatah Abu al-Asal;

ii.     Nu'man Taher Sadeq Tahaina;

jj.     Bassam Sa'adi;

kk.     Sheikh Sharif Tahayna;

ll.     Usri Fayad;

mm.     Dhiyab Abd al-Rahim Abd al-Rahman al-Shweiki;

nn.     Akef Fayez Nazal;

oo.     Ali Suliman al-Safuri;

pp.     Iyad Ahmad Yusuf Sawalha;

qq.     Riyad Muhammad Ali Badir;

rr.     Sameh Samir Muhammad Shubki;

ss.     Bahaa Abu Al Ata;

tt.     Tareq Qa'adan;

uu.     Shahdi Mhanna;

vv.     Ali Zafour;

10

ww.    Raed Jundiya;
xx.    Khaled al-Batsh; and
yy.    Nasser Ahmad Yussuf Shawkah.

3.    All Documents concerning accounts maintained at Arab Bank by the following PIJ zakat committees, charitable societies and social institutions or transfers involving those committees, societies and institutions:

a.    Al-Ihsan Charitable Society in Bethlehem;

b.    Al-Ihsan Charitable Society in Gaza;

c.    Al-Ihsan Charitable Society in Jenin;

d.    Al-Ihsan Charitable Society in Tulkarem;

e.    Dar al-Huda Society;

f.    Al-Jama'a al-Islamiya a/k/a al-Rabita al-Islamiya;

g.    Banners of Charity a/k/a Bayareq al-Ataa Society;

h.    Islamic An-Naqqa Society for Women Bethlehem a/k/a Islamic Women Charitable Society for Purity; and

i.    Cultural Forum of Palestinian Islamic Jihad Women.

4.    All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of the families of the following PIJ Suicide Bombers, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or certificates of martyrdom for the individuals that qualified the account holder or payee to receive payment:

1.    Faysal Mustafa Husein Abu Sariya (*see, e.g.*, ABPLC026392);
2.    Family of Mustafa Faysal Mustafa Abu Sariya;
3.    Hilwa Muhammad Abd al-Fatah Rashed (*see, e.g.*, ABPLC026327);
4.    Family of Abd al-Fatah Muhammad Musleh Rashed;
5.    Ibrahim Mustafa Muhammad Abu Shaduf (*see, e.g.*, ABPLC024038);
6.    Family of Nidal Ibrahim Mustafa Abu Shaduf;
7.    Muhammad Yusuf Nimer Abu Sayfin (*see, e.g.*, ABPLC026322);
8.    Family of Nimer Muhammad Yusuf Abu Sayfin;
9.    Ishaq Abdalla Ibrahim Nabtiti (*see, e.g.*, ABPLC030742);
10.   Family of Akram Ishaq Abdalla al-Nabtiti;
11.   Hilal 'Abd Al-Sattar Ali Sabah (*see, e.g.*, ABPLC023866);
12.   Family of Alaa' Hilal Abd al-Satar Sabah;
13.   Muhammad Ali Nayef Sawitat (*see, e.g.*, ABPLC030873);

11

14. Family of Yusuf Muhammad Ali Sawitat;
15. Taysir Shehada Rashid Jabali (*see, e.g.*, ABPLC026335);
16. Family of Nidal Taysir Shehada Jabali;
17. Fatima Isma'il Ahmad Sa'ad (*see, e.g.*, ABPLC030811);
18. Family of Dawud Ali Ahmad Sa'ad Abu Sawi;
19. Faraj al-Ara'ir (*see, e.g.*, ABPLC010575);
20. Family of Nabil Faraj al-Ara'ir;
21. Kawthar Hussein Khalil al-Shaweki (*see, e.g.*, ABPLC026278);
22. Family of Hatem Yaqin Ayesh Al-Sheweikeh;
23. Abd al-Mun'im Ahmad Midraj Daraghima (*see, e.g.*, ABPLC026268);
24. Family of Ahmad Abd al-Mun'im Daraghima;
25. Ghada Ibrahim Sa'id Ayesh (*see, e.g.*, ABPLC030778);
26. Family of Yusuf Muhammad Mahmud Ayesh;
27. Salim Najib Salim Abu Diyak (*see, e.g.*, ABPLC030840);
28. Family of Ra'fat Salim Abu Diyak;
29. Mahmud Baker Saleh Naser (*see, e.g.*, ABPLC023953);
30. Family of Muhammad Mahmud Baker Naser;
31. Jamil Husein Ya'cob Faraj (*see, e.g.*, ABPLC030738);
32. Family of Muhammad Jamil Hussein Faraj;
33. Malika Tawfiq al-Qader Tahayna (*see, e.g.*, ABPLC030823); and
34. Family of Abd al-Karim Issa Khalil Tahayna.

5. All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of families of the following PIJ "Martyrs," including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or certificates of martyrdom for the individuals that qualified the account holder or payee to receive payment:

1. Abd al-Rahman As'ad Naser Daqa (*see, e.g.*, ABPLC030796);
2. Mahdiya Mahmud Abd al-Naser Daqa (*see, e.g.*, ABPLC019161, ABPLC12281);
3. Family of As'ad Abd al-Rahman As'ad Naser Daqa;
4. Hilwa Muhammad Abd al-Fatah Rashed (*see, e.g.*, ABPLC026327);
5. Family of Abd al-Fatah Muhammad Musleh Rashed;
6. Samah Jawdat Salim Abu al-Wafa (*see, e.g.*, ABPLC030976);
7. Family of Mahmud "Nursi" Tawalbeh;
8. Rasmi Sadeq Hamad Basharat (*see, e.g.*, ABPLC024039);
9. Family of Walid Rasmi Sadeq Basharat;
10. Muhammad Nayef Fayez Hardan (*see, e.g.*, ABPLC023856);
11. Family of Iyad Muhammad Nayef Hardan;
12. Mahmud 'Abd Al-Rehim Nimer Nimer (*see, e.g.*, ABPLC023855);
13. Family of Ashraf Mahmud abd al-Rahim Nimer Bardawil;
14. Abd al-Rahman Hasan abd al-Qader al-Muqid (*see, e.g.*, ABPLC026261);
15. Family of Mahmud abd al-Rahman al-Muqid;

16.     Abd Muhammad Zbeidi (*see, e.g.*, ABPLC030904);
17.     Family of Taha Muhammad Abd al-Rahman Zbeidi;
18.     Ahmad Muhammad Suliman Abu Khader (*see, e.g.*, ABPLC026337);
19.     Family of Muhammad Ahmad Abu Khader Basharat;
20.     Suzan Midhat Fayez Abd al-Al (*see, e.g.*, ABPLC021691);
21.     Family of Muhammad Atwa Abd al-Al;
22.     Rana Ibrahim Ali Abu Musa (*see, e.g.*, ABPLC026417);
23.     Family of Munir Mustafa Ibrahim Abu Mussa;
24.     Kifaya Ahmad Sadiq Asaf (*see, e.g.*, ABPLC026396);
25.     Family of Wa'el Mutlaq Muhammad Asaf;
26.     Muhammad Hashem Khalil al-Natsha (*see, e.g.*, ABPLC030884);
27.     Family of Nabil Muhammad Hashem al-Natsha;
28.     Mahmud Abd Allah Hamad Makhluf (*see, e.g.*, ABPLC030882);
29.     Family of Mutasem Mahmud Abdallah Makhluf;
30.     Subhi Abd al-Karim Abd al-Fatah Balbisi (*see, e.g.*, ABPLC030735);
31.     Family of Maher al-Balbisi;
32.     Samiya Kamal Nazmi Abd al-Ghani (*see, e.g.*, ABPLC030645);
33.     Family of Anwar Awni Abd al-Ghani;
34.     Ahmad Tawfiq Muhammad Arida (*see, e.g.*, ABPLC030765); and
35.     Family of Sufyan Arida.

6.     All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of the families of the following PIJ terrorists who were incarcerated in Israeli prisons, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or proof of incarceration for the individuals that qualified the account holder or payee to receive payment:

1.     Raqiya Muhammad Hasan Basharat (*see, e.g.*, ABPLC019165);
2.     Najwi Hamdan Bakir Abu Hasira;
3.     Ikhlas Abd al-Rahim Abd al-Rahman al-Shuweiki (*see, e.g.*, ABPLC019107);
4.     Mahmud Qasem Arafat al-Razem (*see, e.g.*, ABPLC012253);
5.     Hanu Adel Ibrahim Jaradat (*see, e.g.*, ABPLC19176);
6.     Hilwa Suliman Saleh al-Batat (*see, e.g.*, ABPLC019220);
7.     Badriya Muhammad Nimer Mardawi (*see, e.g.*, ABPLC018971);
8.     Muna Abd Rabo Muhammad Abu al-Jadyan (*see, e.g.*, ABPLC011055);
9.     Abd al-Ra'uf Taher Tahaina (*see, e.g.*, ABPLC019260);
10.     Jamila Safi Muhammad Safi (*see, e.g.*, ABPLC019018);
11.     al-Maza Ramadan Mahmud al-Husni (*see, e.g.*, ABPLC011343);
12.     Ayub Muhammad Dawud Sidr (*see, e.g.*, ABPLC012667);
13.     Nasrin Salem Mahmud Jaradat (*see, e.g.*, ABPLC019075);
14.     Subhi Muhammad Abd el-Ghani Abu Tabikh (*see, e.g.*, ABPLC012279);
15.     Ya'qub Muhammad Abu Rumi (*see, e.g.*, ABPLC012680);
16.     Amina Amani Mutlaq Asaf (*see, e.g.*, ABPLC019149);

17.    Ibrahim Awd Allah Ahmad al-Hih (*see, e.g.*, ABPLC018953); and

18.    Malkiya Tawfiq Muhammad Arida (*see, e.g.*, ABPLC019014).

7.    All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of the following PIJ operatives, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to the PIJ operatives, and death certificates, photographic identification, certificates of martyrdom and/or proof of incarceration for the individuals that qualified PIJ operatives to receive payment:

1.    Amar Ahed Wadi' al-Shubki (*see, e.g.*, ABPLC016945);

2.    Hazem Yaser Irhim (*see, e.g.*, ABPLC013018);

3.    Jamal Hasan Muhammad Suman (*see, e.g.*, ABPLC018961);

4.    Khaled al-Zaq (*see, e.g.*, ABPLC013031);

5.    Mahmud abd al-Rahman al-Muqid (*see, e.g.*, ABPLC013472);

6.    Abd al-Rahman Hasan Abd al-Qader al-Muqid (*see, e.g.*, ABPLC026261);

7.    Muhammad Abd al-Aziz al-Batran (*see, e.g.*, ABPLC019209);

8.    Muhammad Khalil Abd al-Latif al-Sheikh Khalil (*see, e.g.*, ABPLC023849);

9.    Fahed Abdallah Muhammad Sawalha (*see, e.g.*, ABPLC017138); and

10.    Khaled Khalil Hamed (*see, e.g.*, ABPLC018460).

## DOCUMENTS CONCERNING POPULAR FRONT FOR THE LIBERATION OF PALESTINE ("PFLP")

8.    All Documents concerning accounts maintained at Arab Bank by the following PFLP leaders, operatives and agents:

a.    Khader Taleb Khader Dhiyab.

9.    All Documents concerning accounts at Arab Bank or funds transfers by Arab Bank involving the following PFLP leaders and operatives:

a.    George Habash;

b.    Mustafa al-Zibri AKA Abu Ali Mustafa;

c.    Ahmad Sa'adat a/k/a Ahmad Sa'dat Abd al-Rasul;

d.    Abd al-Rahim Maluh;

e.    Maryam Abu Diqa;

f.    Muhammad Shauqi Sa'id Nazal;

g.    Nureddin Adnan Sa'id Daoud;

h.    Jamal Hindi Zayed;

i.    Jamil Mizher;

j.    Ra'fat Ali Muhammad al-Aruqi;

k.    Shaher Ali Mahmoud al-Rai;

l.    Maher Ali Mahmoud al-Rai;

m.    Ali Atiya Jaradat;

      n.      Amer Muhammad Musa Jafal;
      o.      Ahmad Abu al-Sa'ud Abd al-Razaq Hanani;
      p.      Yaman Tayeb Ali Faraj;
      q.      Ra'ed Musa Ibrahim Nazal;
      r.      Adnan Muhammad Ata Maragha;
      s.      Othman Muhammad Ata Maragha;
      t.      Handuma Rashed Ibrahim Wishah;
      u.      Kamil Sa'id Abu Hanish;
      v.      Basel Asmar;
      w.      Ahed Abu Ghalma; and
      x.      Ayman al-Hur.

10.    All Documents concerning accounts maintained at Arab Bank by the following PFLP social institutions or transfers involving those institutions:

      a.      Al-Karmel Cultural and Social Development Association;

      b.      Health Work Committees a/k/a Union of Health Work Committees;

      c.      Union of Agricultural Work Committees;

      d.      Progressive Labor Front; and

      e.      Union of Palestinian Women's Committees.

11.    All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of the families of the following PFLP Suicide Bombers, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or certificates of martyrdom for the individuals that qualified the account holder or payee to receive payment:

      1.      Muhammad Sidqi Hasan Nasar (*see, e.g.*, ABPLC030853);
      2.      Family of Shadi Muhammad Sidqi Nasar;
      3.      Khader Muhammad Abu Sariya (*see, e.g.*, ABPLC028693);
      4.      Family of Fu'ad Khader Abu Sariya;
      5.      Yusuf Muhammad Salameh al-Sa'idani (*see, e.g.*, ABPLC030608);
      6.      Family of Isma'il Yusuf al-Sa'idani;
      7.      Ahed Mahmud Abdalla Abd el-Hafez (*see, e.g.*, ABPLC030698); and
      8.      Family of Sadeq Ahed Abd el-Hafez.

12.    All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of families of the following PFLP "Martyrs," including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or

certificates of martyrdom for the individuals that qualified the account holder or payee to receive payment:

1.  Ahlam Nayef Nayef Al-Jalad (*see, e.g.*, ABPLC03065);
2.  Family of Ayman Muhammad Fayeq Jalad;
3.  Family of the Martyr Ali Sayel Muhammad Swidan (*see, e.g.*, ABPLC01167);
4.  Muhammad Mahmud 'Abd Al-Qader Harb (*see, e.g.*, ABPLC030836);
5.  Family of Khalil Muhammad Mahmud al-Harb;
6.  Abd Al-Magid Najib Naji Daghlas (*see, e.g.*, ABPLC026318);
7.  Family of Mutaz Abd al-Majid Najib Daghlas;
8.  Mahmud Dhib As'ad Subh (*see, e.g.*, ABPLC026357); and
9.  Family of Umar Mahmud Dhib Subh.

13.  All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of the families of the following PFLP terrorists who were incarcerated in Israeli prisons, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or proof of incarceration for the individuals that qualified the account holder or payee to receive payment:

1.  Farida Ali Daqa (*see, e.g.*, ABPLC011745);
2.  Watfa Abd al-Fatah Muhammad Hanani (*see, e.g.*, ABPLC011796);
3.  Watfa Ata Jaradat (*see, e.g.*, ABPLC019217);
4.  Muhammad Musa Mahmud Jafal (*see, e.g.*, ABPLC012325);
5.  Jamila Ibrahim Zayed (*see, e.g.*, ABPLC012033);
6.  Zakiya Abd al-Rahman Tarkhan (*see, e.g.*, ABPLC011084);
7.  Manahel Ali Ibrahim Shuqayrat (*see, e.g.*, ABPLC012318);
8.  Awad Yusuf Mustafa Awad (*see, e.g.*, ABPLC011098);
9.  Hanan Yusuf Musa Abu Ghalmi (*see, e.g.*, ABPLC019024);
10. Yusra Farid Rashid Mahrum (*see, e.g.*, ABPLC012294);
11. Umar Muhammad Nimer Abu Rashed (*see, e.g.*, ABPLC019659);
12. Hikmat Mustafa Hasan al-Aruqi (*see, e.g.*, ABPLC011332); and
13. Sabiha Umar Yusuf al-Far (*see, e.g.*, ABPLC011130).

14.  All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of the following PFLP operatives, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to the PFLP operatives, and death certificates, photographic identification, certificates of martyrdom and/or proof of incarceration for the individuals that qualified PFLP operatives to receive payment:

1.  Abd al-Rahman Nayef Yusuf al-Salibi (*see, e.g.*, ABPLC019465);
2.  Ali Muhammad Abd al-Hadi Sayam (*see, e.g.*, ABPLC019553);
3.  Ali Saleh Ibrahim Darwish (*see, e.g.*, ABPLC019481);

4.      Dhib Uthman Ali al-Najar (*see, e.g.*, ABPLC019394);
5.      Fawzi Talab Nasar al-Wahidi (*see, e.g.*, ABPLC019582);
6.      Hasan Mahmud Hasan Labad (*see, e.g.*, ABPLC019373);
7.      Khaled Abd al-Rahman Muhammad Matar (*see, e.g.*, ABPLC019456);
8.      Imad Saleh Husein Abu Haya (*see, e.g.*, ABPLC019556);
9.      Isa Mahmud Jaber al-Ghul (*see, e.g.*, ABPLC019535);
10.    Salah Abd Rabo Muhammad Abu al-Jadyan (*see, e.g.*, ABPLC19458);
11.    Nidal Muhammad Awda Salameh (*see, e.g.*, ABPLC019649);
12.    Ramadan Atiya Ibrhaim Abu Qamar (*see, e.g.*, ABPLC019372);
13.    Rashid Muhammad Rashid al-Sidawi (*see, e.g.*, ABPLC019371);
14.    Rashid Saleh Muhammad al-Mabhuh (*see, e.g.*, ABPLC019370);
15.    Riyad Saleh Jaber al-Ghul (*see, e.g.*, ABPLC019376);
16.    Muhammad Ibrahim Rajab Jarwan (*see, e.g.*, ABPLC019600); and
17.    Muhammad Ma'ali Ubayd Abu Samra (*see, e.g.*, ABPLC019568).

## DOCUMENTS CONCERNING PALESTINE LIBERATION ORGANIZATION ("PLO")/ PALESTINIAN AUTHRORITY ("PA") / FATAH / AL AQSA MARTYRS BRIGADE ("AAMB")

15.    All Documents concerning accounts maintained at Arab Bank by the following Fatah/AAMB leaders, operatives and agents:

    a.    Yasser Arafat;
    b.    Marwan Barghuti;
    c.    Muhammad Dahlan;
    d.    Nayef Abu-Sharakh; and
    e.    Bilal Abu Amsha.

16.    All Documents concerning accounts at Arab Bank or funds transfers by Arab Bank involving the following Fatah/AAMB leaders and operatives:

    a.    Faruq Qadumi;
    b.    Mahmud Abu Hamam;
    c.    Maslama Thabet;
    d.    Khaled Abu Hilal;
    e.    Osama Khaled al-Silawi;
    f.    Naser Badawi;
    g.    Naser Naji Abu Hamid;
    h.    Fadi Qafisha;
    i.    Sirhan Sirhan;
    j.    Zakaria Zbeidi;
    k.    Ahmad Yusuf Maghrabi;
    l.    Mahmud Ahmad Muhammad Shawer;
    m.    Marwan Kaid Mutliq abd al-Karim Zalum;
    n.    Family of Muhammad Mashhur Muhammad Hashaikeh;
    o.    Qahira Said Ali Sa'adi;

p.      Sanaa' Shahada;
q.      Abd al-Karim Rateb Yunes Aweis;
r.      Naser Jamal Musa Shawish;
s.      Mohammed Qasem Ahmed Aradah;
t.      Mohammed Said Ali Kablawi;
u.      Khad'er Amin Mohammed Dabiyah;
v.      Atef Abayat;
w.      Ahmad Taleb Mustafa Barghuthi al-Faransi;
x.      Majed Qini;
y.      Munzar Mahmoud Khalil Noor;
z.      Tawfiq Tirawi;
aa.    Amjad Mahmud Ibrahim Fakhuri;
bb.    Muhammad Hijazi;
cc.    Alaa Tafesh;
dd.    Haytham Abu al-Naja;
ee.    Zaher Abu Harbid;
ff.    Nasser al-Din Abu Harbid;
gg.    Ahmad Hilis;
hh.    Hassan 'Atiya Hassan Madhoun;
ii.     Na'el al-Sharif;
jj.     Jamil Khalaf Mustafa Hamid;
kk.    Riyad Dakhlallah al-Amur;
ll.     Ibrahim Musa Salem Abayat;
mm.  Muhssien Attah;
nn.    Alaa 'Abd al-Kareen;
oo.    Muhammad Hamash;
pp.    Zaynab Ali Abu Salem a/k/a Zeinab Ali Issa Abu Salem;
qq.    Mohammed Muhtasib; and
rr.    Amnah Reehan.

17.    All Documents concerning accounts maintained at Arab Bank by the following PLO/PA/Fatah social institutions or transfers involving those institutions:

a.      Palestine National Fund
b.      Fatah Central Committee;
c.      Fatah Youth Movement;
d.      General Union of Palestinian Students;
e.      Civil Society Organizations Commission;
f.      Fatah Revolutionary Council;
g.      Fatah Mobilization and Organization Commission;
h.      Martyr Institute;
i.      Development Charitable Society;
j.      Give Gaza Society;
k.      Vanguards of the Popular Army a/k/a Tala'i al-Jaysh al-Sha'bi;

18

l.      Al-Qawasmeh Neighbourhood Charity a/k/a Charitable Al-Qawasmeh Neighborhood Society;

m.    Birzeit University Fatah Youth Movement;

n.    Palestinian Authority Ministry of Detainees and ex-Detainees;

o.    Palestinian Authority Economic Affairs Department; and

p.    Palestinian Authority Institute for the Care of Martyrs' Families and the Injured.

18.    All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of the families of the following Fatah/AAMB Suicide Bombers, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or certificates of martyrdom for the individuals that qualified the account holder or payee to receive payment:

1.    Ahmad Abd al-Rahman Subh Daraghima (*see, e.g.*, ABPLC030781);

2.    Family of Muhammad Ahmad Abd al-Rahman Daraghima Shu'ani;

3.    Abd al-Qader Abd al-Jaber Abd al-Qader Khaled (*see, e.g.*, ABPLC030693);

4.    Family of Abd al-Jaber Abd al-Qader Abd al-Jaber Khaled;

5.    Wasfiya Mabruk Saleh Idris (*see, e.g.*, ABPLC030751);

6.    Family of Wafa' Ali Khalil Idris;

7.    Maysun Misbah Saleh Awda (*see, e.g.*, ABPLC030887);

8.    Family of Yaser Sa'id Musa Awda;

9.    Abd al-Fatah Hafez Sa'id Yasin (*see, e.g.*, ABPLC030874);

10.    Family of Umar Abd al-Fatah Hafez Yasin;

11.    Jihad Ibrahim al-Titi (*see, e.g.*, ABPLC016754);

12.    Family of Jihad Ibrahim al-Titi;

13.    Muhammad Mahmud Ahmad Hasuna (*see, e.g.*, ABPLC030601);

14.    Family of Ibrahim Muhammad Mahmud Hasuna;

15.    Ibrahim Sa'id Ibrahim Ramadan (*see, e.g.*, ABPLC030850);

16.    Family of Sa'id Ibrahim Ramadan;

17.    Wafaa' Ibrahim Abd al-Hafez Wahadna (*see, e.g.*, ABPLC024009);

18.    Family of Ibrahim Muhammad al-Wahadna;

19.    Taleb Salem Ali al-Dar'awi (*see, e.g.*, ABPLC023932);

20.    Family of Salem Taleb Salem al-Dar'awi;

21.    Sawsan Samih Fayez Hamad (*see, e.g.*, ABPLC026346); and

22.    Family of Nazir Muhammad Mahmud Hamad.

19.    All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of families of the following Fatah/AAMB "Martyrs," including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or

certificates of martyrdom for the individuals that qualified the account holder or payee to receive payment:

1. Family of the martyr Qusai Faysal Tawfiq Zahran (*see, e.g.*, ABPLC011683);
2. 'Aisha Nimer Ahmad Astiti (*see, e.g.*, ABPLC030949);
3. Family of Zuheir Muhammad Asad Astiti;
4. Wafaa Yusuf Dawud Amer (*see, e.g.*, ABPLC030950);
5. Family of Ziyad Ibrahim Ayd Amer;
6. Muhammad Jum'a Muhammad Abu Bakra (*see, e.g.*, ABPLC026406);
7. Family of Abd al-Rahman Muhammad Abu Bakra;
8. Imama Amin Suliman Istiti (*see, e.g.*, ABPLC026305);
9. Family of Ikrima Muhammad Khader Istiti;
10. Rania Mahmud Abd al-Mun'am al-Julani (*see, e.g.*, ABPLC025964);
11. Family of Ali Ibrahim Abd al-Rahman al-Julani;
12. Muhammad Hafez Qasem Sawafita (*see, e.g.*, ABPLC023918);
13. Family of Amin Muhammad Hafez Sawafita;
14. Izat Muhammad Sa'id Zakarna (*see, e.g.*, ABPLC030700);
15. Family of Dargham Izat Muhammad Zakarna;
16. Muhammad Hasan Dar Qadi (*see, e.g.*, ABPLC023927);
17. Family of Hasan Muhammad Hasan al-Qadi;
18. Abd al-Qader Abd al-Razeq (*see, e.g.*, ABPLC010761);
19. Family of Jamal Abd al-Qader Abd al-Razeq;
20. Mirfat Amin Muhammad Nawawira (*see, e.g.*, ABPLC030658);
21. Family of Jamal Ubayd Allah Nawawira Abayat;
22. Mahmud Othman Al-Alul (*see, e.g.*, ABPLC011608);
23. Family of Jihad Mahmud Othman al-Alul;
24. Jamal Taya Shahada Qabala (*see, e.g.*, ABPLC030807);
25. Family of Hukm Jamal Taya Qabala;
26. Hamdi Saleh Muhammad Awd (*see, e.g.*, ABPLC026195);
27. Family of Imad Hamdi Saleh Awd;
28. Umar Ali Hamad Jaser (*see, e.g.*, ABPLC026205);
29. Family of Mahmud Umar Ali Jaser;
30. Ata Fares Ataya Jaber (*see, e.g.*, ABPLC026233);
31. Family of Talat Ata Fares Jaber;
32. Amal Hussein Ali Aghbariya (*see, e.g.*, ABPLC030982);
33. Family of Nidal Muhammad Tawfiq Aghbariya;
34. Muhammad Tawfiq Mustafa Aghbariya (*see, e.g.*, ABPLC030952);
35. Amal Rasmi Abd Al-Khaleq Azam (*see, e.g.*, ABPLC023845);
36. Family of Ramadan Ismail Muhammad Azam;
37. Ahed Hasan Khalil Anbas (*see, e.g.*, ABPLC026317);
38. Family of Mustafa Ahed Hasan Anbas;
39. Ali Muhammad Mustafa al-Sus (*see, e.g.*, ABPLC030633);
40. Family of Muhammad Ali Muhammad al-Sus;
41. Ramadan Muhammad Ramadan al-Kafarna (*see, e.g.*, ABPLC026410);
42. Family of Muhammad Ramadan Muhammad al-Kafarna;

43.    Juma Abd al-Rahim Muhammad Badawi (*see, e.g.*, ABPLC026349);
44.    Family of Yaser Juma Abd al-Rahim Badawi;
45.    Yasin Darwish al-Madhun (*see, e.g.*, ABPLC010629);
46.    Family of Muhammad Yasin al-Madhun;
47.    Ibrahim Khalaf Juma Bajali (*see, e.g.*, ABPLC030675);
48.    Family of Ra'fat Ibrahim Khalaf Bajali;
49.    Muna Ayesh Abd Abayat (*see, e.g.*, ABPLC190144);
50.    Family of Husein Muhammad Salem Abayat;
51.    Linda Ahmad Muhammad Shibani (*see, e.g.*, ABPLC030682); and
52.    Family of Ra'ed Muhammad Sa'id al-Karmi.

20.    All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of the families of the following Fatah/AAMB terrorists who were incarcerated in Israeli prisons, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to account holders and/or payees, and death certificates, photographic identification and/or proof of incarceration for the individuals that qualified the account holder or payee to receive payment:

1.    Bahiya Hamad Nimer Jabara (*see, e.g.*, ABPLC012091);
2.    Samira Suliman al-Barghuthi (*see, e.g.*, ABPLC01225);
3.    Ahmad Ibrahim Musleh al-Satri (*see, e.g.*, ABPLC011053); and
4.    Nur Nihad Khalil al-Kayal (*see, e.g.*, ABPLC011058).

21.    All Documents concerning transactions processed by Arab Bank on behalf of the Saudi Committee for the benefit of the following Fatah/AAMB operatives, including, but not limited to, transaction records, account statements, account opening documentation, communications concerning the transactions and/or recipients, receipts issued by Arab Bank to the Fatah/AAMB operatives, and death certificates, photographic identification, certificates of martyrdom and/or proof of incarceration for the individuals that qualified Fatah/AAMB operatives to receive payment:

1.    Qusai Faysal Tawfiq Zahran (*see, e.g.*, ABPLC014784, ABPLC011683);
2.    Rami Ismail Ali Alayan (*see, e.g.*, ABPLC013740);
3.    Jamal Abd Rabo Muhammad Abu al-Jadyan (*see, e.g.*, ABPLC019353);
4.    Ahmad Ata Yusuf Abu Saltah (*see, e.g.*, ABPLC016657);
5.    Jihad Isma'il Ashur al-Amaryn (*see, e.g.*, ABPLC019421);
6.    Sami Jawdat Barbakh (*see, e.g.*, ABPLC013158);
7.    Murad Suliman Zuhdi Marshud (*see, e.g.*, ABPLC016908);
8.    Tamer Rasem al-Rimawi (*see, e.g.*, ABPLC016023); and
9.    Ahmad Tawfiq Barbakh (*see, e.g.*, ABPLC012930).

22.    All Documents concerning transactions processed by Arab Bank on behalf of the Al Ansar Society for the families of "Martyrs" and prisoners, including, but not limited to, transaction records, receipts issued by Arab Bank to account holders and/or payees, and death

certificates, photographic identification, certificates of martyrdom or proof of imprisonment for the individuals that qualified the account holder or payee to receive payment.

23.     All Documents concerning transactions processed by Arab Bank to or from the Palestinian Ministry of Social Welfare's Institute for the Care of Martyrs' Families and the Injured that concern "Martyrs" and prisoners.

24.     All Documents concerning transactions processed by Arab Bank to or from the PLO.

25.     All Documents concerning transactions processed by Arab Bank to or from the Palestine National Fund.

26.     All Documents concerning accounts maintained at Arab Bank in the name of or for the benefit of the following organizations, including but not limited to documents identifying account numbers of such accounts, individuals or entities that opened such accounts, and the deposit of funds into and disbursement of funds out of such accounts; the source of funds deposited into such accounts and the recipients of funds disbursed from such accounts; the identity of Arab Bank employees with knowledge of such accounts; and all correspondence between Arab Bank and such organization:

        a.      Palestinian Islamic Jihad;

        b.      Popular Front for the Liberation of Palestine;

        c.      Al Aqsa Martyrs Brigade;

        d.      Fatah/Tanzim;

        e.      Force 17;

        f.      Fatah Hawks;

        g.      Ahmad Abu al-Rish Brigades; and

        h.      Palestinian Authority Institute for the Care of Martyrs' Families and the Injured.

27.     All Documents concerning the announcement by Arab Bank on or about October 7, 2000, that it would make donations to Palestinians injured in the Second Intifada.

28.     All Documents concerning any pledges or payments by, or on behalf of, Arab Bank, or its employees, to the Fund for Support of the Persistence of the Palestinian People, including a pledge and payment by Arab Bank of approximately $2,000,000 to that entity.

30.     All Documents concerning accounts maintained at Arab Bank in the name of or for the benefit of the Saudi Committee, including but not limited to documents identifying account numbers of such accounts, individuals or entities that opened such accounts, and the deposit of funds into and disbursement of funds out of such accounts; the source of funds deposited into such accounts and the recipients of funds disbursed from such accounts; all correspondence between Arab Bank and the Saudi Committee; all transactions initiated with Arab Bank by Arab National Bank or the Islamic Development Bank or National Commercial Bank on behalf of the Saudi Committee; and the identity of Arab Bank employees with knowledge of such accounts and transactions.

31.     All Documents concerning efforts by Arab Bank to aid, implement or administer programs of the Saudi Committee designed to provide payments to the families of individuals, including Palestinians in Israeli custody, Martyrs and Suicide Bombers, killed or injured during the Second Intifada and the identity of Arab Bank employees with knowledge of such efforts.

32.     All Documents concerning efforts by Arab Bank to aid, implement or administer programs of the Al Ansar Society designed to provide payments to the families of individuals, Martyrs and Suicide Bombers, killed or injured during the Second Intifada and the identity of Arab Bank employees with knowledge of such efforts.

33.     All Documents concerning efforts by Arab Bank to aid, implement or administer programs of the Institute for the Care of Martyrs' Families and the Injured designed to provide payments to the families of Palestinian prisoners in Israeli custody and former prisoners or the families of Martyrs and Suicide Bombers, killed or injured prior to or during the Second Intifada and the identity of Arab Bank employees with knowledge of such efforts.

34.     All Documents concerning listings or databases provided to or maintained by Arab Bank containing the names of Palestinians in Israeli custody, Martyrs, Suicide Bombers or other persons killed or injured during the Second Intifada, the dates and manner of death, payments made to the families of such persons and Arab Bank contacts with the Saudi Committee and/or HAMAS regarding such listings and databases, including, but not limited to, Documents which identify Arab Bank employees with knowledge of such listings and databases.

35.     All Documents concerning Arab Bank's receipt of certifications by the Palestinian Authority provided to families of Palestinians in Israeli custody, Martyrs, Suicide Bombers and/or other persons killed or injured during the Second Intifada which make such families eligible to receive payments through Arab Bank and receipts issued to such families confirming such payments, including Documents which identify Arab Bank employees with knowledge of such certifications and receipts.

39.     All Documents not otherwise requested above that concern the relationship between Arab Bank and the Saudi Committee.

23