# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ROBERT BARTLETT *et al.*,          :
                                    :
        Plaintiffs,    :
                                    :    **Case No. 19-cv-7 (CBA)(TAM)**
                                    :
   -against-                  :
                                    :
SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL :
*et al.*,                           :
                                    :
        Defendants.    :
-----------------------------------------------------------------------x

# **[PROPOSED] DOCUMENT PRODUCTION ORDER**

Following entry of the March 31, 2023, Memorandum & Order granting Plaintiffs' motion to compel production and denying Defendants'[1] motion for a protective order in part, ECF No. 320, and the Lebanese authorities' subsequent denial of the Letter Rogatory issued by this Court on August 14, 2023, ECF No. 421-1, each Defendant (except where specified otherwise) is hereby ordered to produce the following records:

    1.    All electronic communications[2] (including electronic mail, text messages and internal bank messaging systems)[3] concerning Hezbollah for the time period between January 1, 2003, through December 31, 2012.

    2.    For persons and entities listed in Appendix A, the following electronically maintained categories of documents to the extent that such persons and entities were customers of a Defendant at any time during the time period between January 1, 2003, through December 31, 2011:

        a. Account opening records, including account applications and signature cards;

        b. Customer notifications and correspondence;

---

[1] For purposes of this Order, Defendants are (1) Société Générale de Banque au Liban S.A.L. ("SGBL"), (2) Fransabank S.A.L., (3) MEAB Bank S.A.L., (4) BLOM Bank S.A.L., (5) Byblos Bank S.A.L., (6) Bank Audi S.A.L., (7) Bank of Beirut S.A.L., (8) Lebanon & Gulf Bank S.A.L. ("LGB"), (9) Banque Libano-Française S.A.L., (10) Bank of Beirut and the Arab Countries S.A.L., and (11) Fenicia Bank S.A.L.

[2] The definitions in Rule 26.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Local Rules") shall apply to all applicable terms.

[3] "Internal bank messaging systems" shall include: SWIFT messaging systems; internal chat or messaging platforms; collaboration tools and shared workspaces; and electronic banking systems with messaging capabilities.

  c. Documents sufficient to disclose each account number; and

  d. All documents reflecting the identity of those having authority over, or holding any beneficial interest in, each account.

3. For persons and entities listed in Appendix A, the following electronically maintained categories of documents for the time period between January 1, 2003, through December 31, 2011, to the extent that such persons and entities were customers of a Defendant at any time during that time period:

  a. All statements of accounts for each account;

  b. All SWIFT messages involving each account;

  c. Transaction records;

  d. Loan documentation;

  e. Investment records; and

  f. Safety deposit box records.

4. For persons and entities listed in Appendix B, the following electronically maintained categories of documents to the extent that such persons and entities were customers of a Defendant at any time during the time period between January 1, 2003, through December 31, 2012:

  a. Account opening records, including account applications and signature cards;

  b. Customer notifications and correspondence;

  c. Documents sufficient to disclose each account number; and

  d. All documents reflecting the identity of those having authority over, or holding any beneficial interest in, each account.

5. For persons and entities identified in Appendix B as holding accounts that migrated from Lebanese Canadian Bank ("LCB"), the following communications and documents for the time period between February 10, 2011, through December 31, 2012, to the extent not encompassed in other requests:

  a. Customer notifications and correspondence;

  b. Account mapping and reconciliation records;

  c. All due diligence and account transfer documentation;

  d. Internal communications regarding LCB; and

    e. Any risk assessments of acquired LCB customers.

 6. For persons and entities listed in Appendix B, the following electronically maintained categories of documents for the time period between January 1, 2003, through December 31, 2012, to the extent that such persons and entities were customers of a Defendant at any time during that time period:

    a. All statements of accounts for each account;

    b. All SWIFT messages involving each account;

    c. Transaction records;

    d. Loan documentation;

    e. Investment records; and

    f. Safety deposit box records.

 7. For persons and entities listed in Appendix A, all electronically maintained communications for the time period between January 1, 2003, through December 31, 2011, to the extent that such persons and entities were customers of a Defendant at any time during that time period:

    a. Electronic mail;

    b. Text messages;

    c. SWIFT free-format messages (i.e., MT–199, MT–299, MT–999); and

    d. Internal bank messaging systems.

 8. For persons and entities listed in Appendix B, all electronically maintained communications for the time period between January 1, 2003, through December 31, 2012, to the extent that such persons and entities were customers of a Defendant at any time during that time period:

    a. Electronic mail;

    b. Text messages;

    c. SWIFT free-format messages (i.e., MT–199, MT–299, MT–999); and

    d. Internal bank messaging systems.

 9. For persons and entities listed in Appendix A, all compliance records for the time period between January 1, 2003, through December 31, 2011, to the extent that such persons and entities were customers of a Defendant at any time during that time period, including:

    a. Electronic mail, text messages and internal bank messaging systems;

  b. Written memoranda, internal reports and correspondence;

  c. KYC documentation;

  d. Enhanced due diligence documentation;

  e. Communications with Lebanese and U.S. regulators;

  f. Transaction monitoring; and

  g. Customer risk profiles.

10. For persons and entities listed in Appendix B, all compliance records for the time period between January 1, 2003, through December 31, 2012, to the extent such persons and entities were customers of a Defendant during such time period, including:

  a. Electronic mail, text messages and internal bank messaging systems;

  b. Written memoranda, internal reports and correspondence;

  c. KYC documentation;

  d. Enhanced due diligence documentation;

  e. Communications with Lebanese and U.S. regulators;

  f. Transaction monitoring; and

  g. Customer risk profiles.

11. For persons and entities listed in Appendix B as holding accounts that migrated from LCB, the following communications and documents for the time period between February 10, 2011, through December 31, 2012, to the extent not encompassed in other requests:

  a. Post-transfer monitoring records through December 31, 2012;

  b. Enhanced due diligence procedures;

  c. Special monitoring protocols;

  d. Risk rating assessments; and

  e. Communications with Lebanese and U.S. regulators

12. From SGBL, all communications and documents concerning SGBL's acquisition of LCB.

13. From SGBL, all communications and documents concerning former bank accounts and customers of LCB identified in the audit(s) described in paragraphs 108-119 of the Third Amended Complaint.

14. From SGBL, Byblos Bank, Fenicia Bank, LGB and MEAB Bank, all electronic communications (including electronic mail, text messages and internal bank messaging systems) concerning Al Qard al Hasan and/or its employees Husayn al-Shami, Wahid Mahmud Sbeiti, Adel Muhammad Mansour, Hassan Chehadeh Othman, Abbas Hassan Gharib a/k/a Abbas Ghorayeb, Mustafa Habib Harb, Ezzat Youssef Akar, Ahmad Mohamad Yazbeck, and Ghassan Haidar, to the extent not encompassed by the requests above.

IT IS SO ORDERED.

Date: 

TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE

# APPENDIX A

# Appendix A

| Name of Persons/Enities | Paragraph Number |
|---|---|
| **Persons** | |
| Issam Suleiman Ahmad a/k/a Issam Sueliman Ahmad a/k/a Essam Suleiman Ahmad (عصام سليمان احمد) | 1080 |
| Mahmoud Nayef Ahmad a/k/a Mahmoud Nayef Ahmad a/k/a Mahmoud Na'if Ahmed (محمود نائف احمد) | 1021 |
| Said Ali Ahmad a/k/a Sa'id 'Ali Ahmad (سعيد علي احمد) | 1026 |
| Salman Ali Ahmad (سلمان علي أحمد) | 1021 |
| Sleiman Ali Ahmad | 1021 |
| Youssef Ali Ahmad a/k/a Yusuf Ali Ahmed (يوسف علي أحمد) | 1073 |
| Abd al-Ilah Mahmud Ashur a/k/a Abd-al-Alah Mahmud Ashur a/k/a Abdel Ilah Mahmoud Achour (عبد الاله محمود عاشور) | 2155, 2180 |
| Abdul Hamid Assi | 1787 |
| Hussein Ali Atwi a/k/a Husayn 'Ali Atawi (حسين علي عطوي) | 1889 |
| Rim Reda Baqir a/k/a Rim Baker a/k/a Rim Baqer a/k/a Rim Reda (ريم رضا) | 1046 |
| Wa'el Jalal Bitar a/k/a Wa'il Jalal Bitar a/k/a Wael Jalal Bitar (وائل جلال بيطار) | 736 |
| Talal Khalil Chahine a/k/a Talal Shahin a/k/a Tilal Khalil Shahin (طلال خليل شاهين) | 596, 853, 1887 |
| Hassan Said Farran a/k/a Hasan Sa'id Faran (حسن سعيد فران) | 715 |
| Rana Hachem a/k/a Rana Hashem (رنا هاشم) | 1021 |
| Ghassan Haidar | 649 |
| Khadir Ali Abi Haidar a/k/a Kader 'Ali Abi Haydar (خضر علي ابي حيدر) | 1858 |
| Dib Hani Harb a/k/a Deeb Hani Harb (ديب هاني حرب) | 1346, 1910 |
| Hisham Hussein Makke a/k/a Hisham Hussein Makki a/k/a Hisham Husayn Makke a/k/a Hisham Husayn Makki a/k/a Hisham Mackie | 852 |
| Jamal Makke a/k/a Jamal Makki a/k/a Jamal Ali Makke (جمال علي مكه) | 610, 612, 621, 624 |
| Johanna Malek a/k/a Johanna Malik (جوهانا مالك) | 1084 |
| Ramzi Muhammad Malek a/k/a Ramzi Malik (رمزي محمد مالك) | 1708 |
| Randa Muhammad Malek a/k/a Randa Malik (رندة محمد مالك) | 1021 |
| Yusuf Abbas Mer'i | 2180 |
| Ahmad Ibrahim Safa a/k/a Ahmed Ibrahim Safa (احمد ابراهيم صفا) | 1504, 1512 |
| Ahmad Ali Tabaja a/k/a Ahmad Ali Tabajah a/k/a Ahmes 'Ali Tabajah | 698, 706, 712, 714 |
| Ali Hussein Tabaja a/k/a Ali Hussein Tabajah (علي حسين طباجة) | 715 |
| Hassan Ali Tajideen a/k/a Hassan Ali Taj al-Din | 574, 766, 776, 811 |
| Attiya Muhammad Abbas a/k/a Attiyah Muhammad Abbas a/k/a Attiya Tabaja a/k/a Attiyah Tabajah a/k/a Atiya Muhammad Abbas (عطيه محمد عباس) | 714 |
| Hassan Ali Abbas | 776 |
| Taleb Muhammad Ali Abou-Zeinab (طالب محمد علي ابو زينب) | 714 |
| Abdel Karim Youssef Ahmad a/k/a Abd al-Karim Yusuf Ahmad (عبد الكريم يوسف احمد) | 872, 1100 |
| Afif Ahmad Ahmad a/k/a Afif Ahmad Ali Ahmad (عفيف احمد احمد) | 1060, 1092, 1094 |
| Ali Ahmad Ahmad a/k/a 'Ali Ahmed Ahmed (علي احمد احمد) | 1009 |
| Ali Sa'id Ali Ahmad a/k/a Ali Said Ali Ahmad a/k/a 'Ali Said Ali Ahmed (علي سعيد علي احمد) | 1061 |
| Assan Ahmad | 956 |
| Diana Nassour Ahmad a/k/a Diana Nassour (ديانا نصور) | 987, 1006, 1063 |
| Hassan Said Ali Ahmad a/k/a Hassan Sa'id Ali Ahmad (حسن سعيد علي احمد) | 1055 |
| Ibtisam Said Ali Ahmad a/k/a Ibtisam Sa'id Ali Ahmad (ابتسام سعيد علي احمد) | 1066 |
| Imad Suleiman Ahmad a/k/a 'Imad Suleiman Ahmad (عماد سليمان أحمد) | 1028, 1069 |
| Hismahan Ahmad Ahmad a/k/a Hismahan Ahmad Ali Ahmad (هسمهان احمد علي احمد) | 1101 |
| Lina Ahmad Ahmad a/k/a Lina Ahmad Ali Ahmad (لينا احمد علي احمد) | 1101 |
| Maya Ahmad a/k/a Maya Imad Suleiman Ahmad (مايا عماد سليمان احمد) | 1069 |

# Appendix A

| Name of Persons/Enities | Paragraph Number |
|---|---|
| Mohammad Samir Ali Ahmad a/k/a Muhammad Samir 'Ali Ahmed (محمد سمير علي احمد) | 736 |
| Muhsin Ali Ahmad a/k/a Muhsin 'Ali Ahmed (محسن علي احمد) | 1028 |
| Musa Ahmad Ahmad (موسى احمد احمد) | 1060, 1092, 1098 |
| Musa Muhammad Ahmad a/k/a Moussa Mohamad Ahmad (موسى محمد احمد) | 2127 |
| Nadia Ahmad Ahmad a/k/a Nadia Ahmad Ali Ahmad (اديا احمد احمد) | 1100 |
| Rasha Ali Ahmad a/k/a Risha 'Ali Ahmed (رشا علي احمد) | 1071, 1101 |
| Saada Ahmad | 956 |
| Ali Radwan Aidibi | 624 |
| Seada Said Ali Ahmad a/k/a Seada Sa'id Ali Ahmad (سعدى سعيد علي احمد) | 1069 |
| Suleiman Ali Ahmad a/k/a Sulaiman Ali Ahmad a/k/a Sulayman Ali Ahmad (سليمان علي أحمد) | 1077 |
| Taysir Suleiman Ahmad a/k/a Tayseer Suliman Ahmad (تيسير سليمان احمد) | 1079 |
| Qassem Muhammad Ajami a/k/a Qasim Muhammad Ajami a/k/a Qasem Muhammad Ajami a/k/a Kassem Muhammad Ajami (قاسم محمد عجمي) | 778 |
| Osama Muhammad Aliq | 569 |
| Raed Hashem al-Amin | 714 |
| Malik Jamil al-Sayyed | 715 |
| Wafa Muhammad Nussar Alamah a/k/a Wafa' Muhammad Nussar 'Alamah (وفاء محمد نصار علامه) | 811, 816 |
| Ali Hussein al-Ashi | 714, 715 |
| Hussein Muhammad Kheir al-Din a/k/a Hussein Muhammad Kheir-al-Din a/k/a Hussein Muhammad Kheir-Addin (حسين محمد خير الدين) | 468 |
| Muhammad Ali Izz al-Din a/k/a Muhammad 'Ali Izz-al-Din a/k/a Mohamad Ali Ezzedine (محمد علي عز الدين) | 778 |
| Muhammad Ni'mah Shams al-Din (محمد نعمه شمس الدين) | 776 |
| Ahmad Jawad Shalash al-Fartusi (حمد جواد شلش الفرطوسي) | 714 |
| Karim Ja'far Muhsin al-Ghanimi | 2437 |
| Ali Hussein al-Haj a/k/a 'Ali Hussein el-Hajj (علي حسين الحاج) | 715 |
| Muhammad al-Husseini | 527 |
| Akram Kaabi a/k/a Akram al-Kaabi a/k/a Akram Abbas al-Kabi | 2332 |
| Qais al-Khazali a/k/a Qais Khazali | 2411 |
| Naji Tawfiq al-Mazzawi | 714 |
| Fadi Dawud al-Nimr a/k/a Fadi Dawood al-Nimr (فادي داود النمر) | 715 |
| Muqtada al-Sadr | 2430 |
| Abdallah Zuhayr al-Sahili a/k/a Abdallah Zouhair al-Sahili (عبدالله زهير الساحلي) | 886 |
| Samira Muhammad al-Sahili a/k/a Samira Mohammed Al Sahli a/k/a Samirah Muhammad al-Saheli (سميرة محمد الساحلي) | 886 |
| Muhammad Ali al-Seblani a/k/a Muhammad Ali al-Sablani a/k/a Muhammad Ali al-Siblani (محمد علي السبلاني) | 874, 896 |
| Muhammad Arkan al-Seblani a/k/a Muhammad Irkan al-Sablani a/k/a Muhammad Arkan Siblani (محمد اركان السبلاني) | 874 |
| Abu Mustafa al-Sheibani a/k/a Hamid A'atabi al-Sheibani | 2309, 2382 |
| Mustafa al-Yaqubi | 2299 |
| Maitham Muhsin Ubayd al-Zaydi a/k/a Maitham Mohsen Obaid Al-Zaidi (ميثم محسن عبيد الزيدي) | 714 |
| Zaher Ismail al-Zayek a/k/a Zaher Ismail Lezayk | 714 |
| Ahmad Hisham Amhaz a/k/a Ahmed Hisham Amhaz (احمد هشام امهز) | 886 |
| Ali Muhammad Amhaz a/k/a 'Ali Mohammed Amhaz (علي محمد امهز) | 886 |
| Hani Amhaz a/k/a Hani Muhammad Amhaz a/k/a Hani Muchamad Amhaz a/k/a Hani Muchammad Amhaz a/k/a Hani Mohamed Amhaz a/k/a Hani Mohammed Amhaz a/k/a Hany Muhammad Amhaz (هاني محمد امهز) | 886 |
| Hussein Ahmad Amhaz a/k/a Husayn Ahmad Amhaz (حسين احمد امهز) | 886 |
| Reda Ali Atawi a/k/a Rida 'Ali Atawi (رضا علي عطوي) | 776, 896 |
| Hassan Muhammad Attiya a/k/a Hasan Mohamed 'Attiya (حسن محمد عطيه) | 714, 715 |

# Appendix A

| Name of Persons/Enities | Paragraph Number |
|---|---|
| Nour al-Ain Muhammad Ali Atweh a/k/a Nur al-Ayn Muhammad Ali Utwah a/k/a Nur al-Ain Muhammad Ali Atweh a/k/a Nur al-Ain Muhammad Ali Atwi a/k/a Nour Tajideen a/k/a Nour Taj al-Din (نور العين محمد علي عطوه) | 575, 776 |
| Hassan Mussa Awada a/k/a Hasan Mussa Awada a/k/a Hassan Musa Awadah (حسن موسى عواضه) | 714 |
| Mahdi Ali Awada a/k/a Mahdi Ali Awadah (مهدي علي عواضه) | 715 |
| Majida Zayna Ahmad Awada (ماجدة زينة احمد عواضة) a/k/a Majdah Zaynah Ahmed Awadeh (ماجده زينه عواضه) | 776 |
| Adnan Abu Ayash | 1490 |
| Hassan Muhammad Hasan Ayash a/k/a Hassan Muhammad Hassan Ayyash a/k/a Hasan Muhammad Hasan Ayash a/k/a Hassan Mahmoud Ayache (حسان محمد حسن عياش) | 1302 |
| Ibrahim Abu Ayash | 1490 |
| Ali Balhis | 776 |
| Imad Abdul Reda Bakri a/k/a Imad Abd al-Rida Bakri a/k/a Imad Kebir (عماد عبد الرضا بكري) | 897 |
| Walid Bakri | 909 |
| Hussein Bahjat | 896 |
| Muhammad Ali Bashir (محمد علي بشير) | 540, 558 |
| Nader Nasim Basma a/k/a Nadir Nasim Basmah a/k/a Nadir Nassim Basmah a/k/a Nadir Nasim Basma a/k/a al-Hajj Nader Basma (نادر نسيم بسمة) and (نادر نسيم بسمه) and (نادر نسيم بسما) | 1092 |
| Ibrahim Hussein Bdeir a/k/a Ibrahim Hussein Budayr a/k/a Ibrahim Husayn Bdeir a/k/a Ibrahim Husayn Budayr (ابراهيم حسين بدير) | 1112 |
| Basel Nabih Berri a/k/a Bassel Nabih Berri (باسل نبيه بري) | 1156 |
| Zeinab Hassan Berro | 618 |
| Jalal Muhammad Rashed Bitar (جلال محمد راشد بيطار) | 736 |
| Nasser Jalal Bitar (ناصر جلال بيطار) | 736 |
| Abd al-Halim al-Shaykh Musa Charara a/k/a/ Abd al-Halim Sharara (علي ابراهيم شراره) | 736 |
| Muhammad Yousef Charara a/k/a Muhammad Youssef Sharara a/k/a Muhammad Yusuf Sharara (محمد يوسف شراره) | 736 |
| Raghid Wasif Charara a/k/a Raghid Wasif Sharara a/k/a Raghid Wasef Sharara (رغيد واصف شراره) | 736 |
| Youssef al-Shaykh Abd al-Amir Charara a/k/a Youssef Sharara (يوسف عبد الامير شراره) | 736 |
| Imad Muhammad Cherri a/k/a Imad Muhammad Sherri a/k/a Imad Muhammad Shari a/k/a Imad Muhammad Shary a/k/a Imad Muhammad Shiri | 714 |
| Khalil Abdel Hussein Cherri a/k/a Khalil Sherri a/k/a Khalil Shari a/k/a Khalil Shary a/k/a Khalil Shiri (خليل عبد الحسين شري) | 714 |
| Hassan Chokr | 1403 |
| Yasser Hassan Dabuq a/k/a Yaser Hasan Dabuq (ياسر حسن دبوق) | 715 |
| Zaher Hassan Dabuq a/k/a Zaher Hasan Dabuq (زاهر حسن دبوق) | 715 |
| Ali Muhammad Dahir | 653 |
| Muhammad Hussein Dakrub | 1447 |
| Kazem Abbas Darabi a/k/a Kassem Abbas Darabi a/k/a Qassem Abbas Darabi a/k/a Qasim Abbas Darabi (كاظم عباس دارابي) | 896 |
| Issam Abu Darwish a/k/a Isam Abu Darwish a/k/a Issam Abu Darwich a/k/a Issam Abu Darwiche a/k/a Isam Abu Darwich a/k/a Isam Abu Darwiche (عصام ابو درويش) | 1131 |
| Sami Issam Abu Darwish a/k/a Sami Issam Abu Darwich a/k/a Sami Issam Abu Darwiche a/k/a Sami Isam Abu Darwish a/k/a Sami Isam Abu Darwich a/k/a Sami Isam Abu Darwiche (سامي عصام ابو درويش) | 484, 1117, 1154 |
| Reza Dehnavi (رضا دهنوي) | 888, 896 |
| Iman Abd al-Saheb Dhiyab (ايمان عبد الصاحب ذياب) | 908 |
| Ghassan Diab | 1424 |

# Appendix A

| Name of Persons/Enities | Paragraph Number |
|---|---|
| Raed Hamid Taher Abu Eini a/k/a Ra'ed Hameed Taher Abu 'Eini (رائد حميد طاهر ابو عيني) | 714 |
| Elfat el Qouar | 601 |
| Ali al-Sayyid Muhammad Hussein Fadlallah a/k/a Ali al-Sayed Mohammad Hussein Fadlallah (علي السيد محمد حسين فضل الله) | 592, 608, 612, 616 |
| Ahmad Muhammad Hussein Fadlallah | 616 |
| Karim Ibrahim Fadlallah (كريم ابراهيم فضل الله) | 491 |
| Muhammad Baqir al-Sayyid Abd al-Ra'uf Fadlallah (محمد باقر السيد عبد الرؤوف فضل الله) | 591, 608, 610, 616 |
| Abbas Ahmad Fahs a/k/a Abbas Ahmad Fahas (عباس احمد فحص) | 714 |
| Khodr Fakih | 1562 |
| Batoul Hussein Faour a/k/a Batul Hussein Faour a/k/a Batoul Hussein Fa'ur (بتول حسين فاعور) | 714 |
| Youssef Muhammad Hussein Faour a/k/a Youssef Muhammad Hussein Fa'ur (يوسف محمد حسين فاعور) | 714 |
| Ali Khalil Faqih a/k/a 'Ali Khalil Fakih (علي خليل فقيه) | 715 |
| Hisham Ali Faqih | 715 |
| Khalil Hassan Faqih a/k/a Khalil Hasan Fakih (خليل حسن فقيه) | 715 |
| Muhammad Ahmad Farhat a/k/a Mohamed Ahmad Farhat (محمد احمد فرحات) | 715 |
| Abbas Abd al-Latif Fawaz a/k/a Abbas Abdel Latif Fawaz a/k/a Abas Abdul Latif Fawaz (عباس عبد اللطيف فواز) | 736, 1677, 1991 |
| Abdul Latif Fawaz (عبد اللطيف فواز) | 1263 |
| Fadi Fawzi Fawaz (فادي فوزي فواز) | 736 |
| Fadl Abbas Fawaz | 736 |
| Farah Abbas Fawaz a/k/a Farah Abas Fawaz (فرح عباس فواز) | 736 |
| Sadeq Abbas Fawaz a/k/a Sadiq Abbas Fawaz a/k/a Sadeq Abas Fawaz (صادق عباس فواز) | 736 |
| Ali Fayyad | 471 |
| Mahmud Fayed a/k/a Mahmoud Fayed a/k/a Mahmud Abd al-Rahman Fayed (محمود عبد الرحمن فايد) | 1335 |
| Muhammad Abd al-Rahman Fayed a/k/a Mohamed Abdul Rahman Fayyed (محمد عبد الرحمن فايد) | 1335 |
| Muhammad Fneich | 471 |
| Hassan Abd al-Muttalib Fneish a/k/a Hasan 'Abd-al-Matlab Funaysh a/k/a Hassan Abd al-Matlab Fneish (حسن عبد المطلب فنيش) | 714 |
| Ahmad Foruzandeh | 2380 |
| Ali Muhammad Ghandur (علي محمد غندور) | 1136 |
| Butrus Michel Ghanimah | 714 |
| Ihab Awsaf Ghurayb a/k/a Ihab Awsaf Ghreib (ايهاب اوصاف غريب) | 736 |
| Kamal Elias Haddad | 654 |
| Fawzat Abdallah Ibrahim al-Hajj | 473 |
| Muhammad Ni'mah al-Hajj a/k/a Mohamed Nemeh El Hajj (محمد نعمة الحاج) | 473 |
| Ali Ahmad Halawi a/k/a 'Ali Ahmed Halawi (علي احمد حلاوي) | 1310 |
| Fuad Halawi a/k/a Fuad Mahmud Halawi a/k/a Fu'ad Mahnud Halawi (فؤاد محمود حلاوي) | 1310 |
| Mahmud Fuad Halawi a/k/a Mahmoud Fuad Halawi a/k/a Mahmoud Fouad Halawe (محمود فؤاد حلاوي) | 1310 |
| Rawad Halawi a/k/a Rawad Halawe a/k/a Rawad Mahmud Halawi (رواد محمود حلاوي) | 1310 |
| Wa'el Halawi a/k/a Wa'el Halawe a/k/a Wael Halawi a/k/a Wael Halawe (وائل محمود حلاوي) | 1310 |
| Isam Nabih Hamad a/k/a Issam Nabi Hamad Issam a/k/a Nabi Hamd (عصام نبيه حمد) | 1104, 1634 |
| Moussa Ali Hamdan a/k/a Musa Ali Hamdan (موسى علي حمدان) | 1405, 1416 |
| Ahmad Mustafa Mahmoud Hammoud a/k/a Ahmad Mustafa Mahmud Hammoud (احمد مصطفى محمود حمود) | 715 |
| Faruq Muhammad Raef Hammoud | 714, 715 |
| Muhammad Hassan Hammoud a/k/a Mohamed Hasan Hamud (محمد حسن حمود) | 1562 |
| Abbas Hussein Harb a/k/a Abbas Husayn Harb (عباس حسين حرب) | 2150 |
| Chekri Harb a/k/a Chekri Mahmoud Harb (شكري محمود حرب) | 1229 |

# Appendix A

| Name of Persons/Enities | Paragraph Number |
|---|---|
| Ali Abdel Reda Hassan a/k/a Ali Abd al-Rida Hussein (علي عبد الرضا حسين) | 715 |
| Samir Subhi Abu-Hassan a/k/a Samir Subhi Abu Hasan a/k/a Samer Subhi Abu Hassan a/k/a Samer Subhi Abu Hasan (سامر صبحي ابو حسن) | 736 |
| Fadi Ali Hawi | 714, 715 |
| Muhammad Ali Hawi a/k/a Mohamed 'Ali Hawi (محمد علي حاوي) | 715 |
| Tareq Ali Hawi a/k/a Tarek 'Ali Hawi (طارق علي حاوي) | 715 |
| Nada Hassan Hijazi a/k/a Nada Hasan Hijazi (ندى حسن حجازي) | 714 |
| Hassan Hodroj a/k/a Hasan Hodrouj (حسن حدرج) | 1344 |
| Ayman Ahmad Ibrahim (ايمن احمد ابراهيم) | 886 |
| Ahmad Ali Ismail a/k/a Ahmed 'Ali Isma'il (احمد علي اسماعيل) | 736 |
| Ali Ahmad Ismail a/k/a 'Ali Ahmed Isma'il (علي احمد اسماعيل) | 736 |
| Ibrahim Abdallah Ismail a/k/a Ibrahim Abdullah Ismail (ابراهيم عبد الله اسماعيل) | 450, 473 |
| Nasrin Ali Ismail a/k/a Nisreen 'Ali Isma'il (نسرين علي اسماعيل) | 736 |
| Ziyad Ali Ismail a/k/a Ziad Ali Ismail a/k/a Ziyad 'Ali Isma'il (زياد علي اسماعيل) | 736 |
| Ibrahim Waked Issa a/k/a Ibrahim Waked Isa a/k/a Ebrahim Waked 'Issa (ابراهيم واكد عيسى) | 714, 715 |
| Yasser Ibrahim Issa | 714 |
| Ha'el Ahmad Issawi a/k/a Ha'el Ahmad Issaoui a/k/a Ha'il Ahmad Issawi (هائل احمد عيساوي) | 1126 |
| Lama Hussein Bdeir Issawi a/k/a Lama Hussein Bdeir Issaoui (لما حسين بدير عيساوي) | 1117 |
| Walid Ali Jaber a/k/a Waleed 'Ali Jaber (وليد علي جابر) | 451, 483 |
| Najmah Hassan Jabir a/k/a Najmeh Hassan Jaber a/k/a Najmah Tajideen | 766, 811, 816 |
| Muhammad Fayyad Jafal (محمد فياض جفال) | 715 |
| Bashir Qassem Jaffal a/k/a Bashir Qasim Jaffal a/k/a Bashir Qasem Jaffal a/k/a Bashir Kassem Jaffal (بشير قاسم جفال) | 803 |
| Yahyah Jammeh | 825, 859, 1612 |
| Abou Jaoude | 1564 |
| Ahmad Abd al-Karim Said Muhammad Jawad (أحمد عبد الكريم سعيد محمد جواد) | 811 |
| Hana Abd al-Karim Jawad (هناء عبد الكريم جواد) | 805 |
| Hussein Abd al-Muttalib Jawad a/k/a Husayn Abdulmutalab Jawad a/k/a Hussein Abd-al-Matlab Jawad a/k/a Husayn Abd al-Mutalib Jawwad (حسين عبد المطلب جواد) | 811 |
| Mohamad Saied Joumaa a/k/a Mohamad Said Joumaa a/k/a Mohamad Sa'id Joumaa a/k/a Muhammad Said Joumaa (محمد سعيد جمعة) | 1252 |
| Muhammad Taha Jumaa (محمد طه جمعه) | 714, 715 |
| Hasan Antar Karaki a/k/a Hassan Karaki a/k/a Hassan Qaraki (حسن الكركي) | 1344 |
| Charles Antoun Kattanah | 811, 816 |
| Azam Abd-al-Aziz Kawtharani (عزام عبد العزيز كوثراني) | 1137 |
| Naji Antoine Abi Khalil | 1488 |
| Muhammad Said Khansa | 448 |
| Jamal Muhammad Kharrubi a/k/a Jamal Muhammad Kharroubi a/k/a Jamal Mohamad Kharoubi (جمال محمد خروبي) | 1281, 1298, 1397 |
| Abd al-Reda Abdallah Khorshid | 736 |
| Abd al-Rahim Koleilat | 1482, 1485 |
| Rana Koleilat | 1486, 1492 |
| Saad Habib Lahud (سعد حبيب لحود) | 896 |
| Jihad George Lutfi | 896 |
| Michel Gabriel Ma'rawi a/k/a Michael Gabriel Ma'rawi (ميشال غبريل معراوي) | 886 |
| Roland Amin Madi | 715 |
| Adnan Abd al-Halim Mahdi | 715 |
| Khadijah Amin Mahmoud a/k/a Khadijah Amine Mahmood (خديجة امين محمود) | 776, 803 |
| Ahmad Muhammad Makke a/k/a Ahmad Muhammad Makki (احمد محمد مكي) | 715 |
| Mohamad Al Makhour a/k/a Muhammad al-Maqhur | 632 |

# Appendix A

| Name of Persons/Enities | Paragraph Number |
|---|---|
| Wajih Masoun Maliki a/k/a Wajih Masoun al-Maliki (وجيه مصون المالكي) | 736 |
| Khadijah Hassan Mattar a/k/a Khadijah Hassan Matar a/k/a Khadijah Taj al-Din a/k/a Khadijah Tajideen (خديجه حسن مطر) | 805 |
| Muhammad Khadir Mattar | 715 |
| Ahmed Hadi Mustapha Mazboudi | 654 |
| Fadi George Mazegi a/k/a Fadi Maziji (فادي جورج مازجي) | 849, 856, 1512 |
| Ali Mekdad | 471 |
| Nawaf Moussaoui | 1599 |
| Rida el-Moussaoui | 1599 |
| Ahmad Izzat Khalil Muhammad a/k/a Ahmad Izzat Khalil Mohamad a/k/a Ahmed Izzat Khalil Mohammad | 715 |
| Jaafar Musa Musa a/k/a Ja'afar Musa Musa a/k/a Jaafar Musa Moussa | 484, 1135 |
| Tareq Muhammad al-Musawi | 473 |
| Fuad Haidar Najm a/k/a Fu'ad Haidar Najem | 736 |
| Fadi Nasser | 1614 |
| Abdul Menhem Ibrahim Nassour a/k/a Abd-al-Mun'im Ibrahim Nassur (عبد المنعم ابراهيم نصور) | 984 |
| Ali Ibrahim Nassour (علي إبراهيم نصور) | 984 |
| Aziz Ibrahim Nassour (عزيز ابراهيم نصور) | 971 |
| Batul Hassan Youssef Nassour a/k/a Batul Hassan Youssef a/k/a Batul Hasan Yusuf (بتول حسن يوسف) | 980, 1028 |
| Ibrahim Khalil Nassour (ابراهيم خليل نصور) | 971 |
| Khalil Ibrahim Nassour (خليل ابراهيم نصور) | 971 |
| Muhammad Ibrahim Nassour (محمد ابراهيم نصور) | 971 |
| Imad Chukrallah Nasrallah (عماد شكرالله نصرالله) a/k/a Emad Shukralla Nasralla (عماد شكر الله نصر الله) | 908, 909 |
| Jawad Nur-al-Din a/k/a Jawad Noureddine a/k/a Jawad Nouredine Shawki Jawad Mohamad Shafiq Nur al-Din a/k/a Shawqi Jawad Mohamad Shafiq a/k/a Shawqi Muhammad Shafiq Nur Al-Din (جواد نور الدين) | 517 |
| Samih Ossaily | 991 |
| Aline George Choucair Prince | 853 |
| Cornel Purcarea | 928 |
| Abd al-Ghani Ra'if Qassem | 736 |
| Adnan Muhammad Ali Qassir a/k/a Adnan Muhammad Ali Qasir (عدنان محمد علي قصير) | 562 |
| Burhan Hussein Qataya (برهان حسن قطايا) | 468 |
| Muhammad Haidar Qansu a/k/a Muhammad Haidar Kanso a/k/a Muhammad Haidar Kansou (محمد حيدر قانصو) | 485 |
| Abd Al Menhem Qubaysi a/k/a Abd al-Mun'im al-Qubaysi a/k/a Abd al-Mumin Qubaysi a/k/a Abd Al Menhem Kobeissi a/k/a Abd Al Menhem Qubaysi a/k/a Abd Al Munhim Kubaysy a/k/a Abdul Menhem Kobeissy a/k/a Abdul Menhem Kobeissi a/k/a Abdel Menhem Kobeissi (عبد المؤمن القبيسي؛ عبد المنعم القبيسي) | 962 |
| Ali Muhammad Qubaysi | 714 |
| Fatima Ahmad Qubaysi a/k/a Fatima Ahmad Qbeisi a/k/a Fatima Ahmad Qbaysi (فاطمه احمد قبيسي) | 886 |
| Muhammad Raad a/k/a Muhammad Hassan Raad | 471, 654 |
| Mohamad Rahme | 631 |
| Claire Elias Assaf Abu Rajili | 853, 1117 |
| Ibrahim Muhammad Rakin | 776, 886 |
| Abbas Muhammad Raslan | 473 |
| Kassem Rmeiti a/k/a Kassem Ali Remiti a/k/a Qassim Rmeiti a/k/a Qassim Remiti a/k/a Qasem Rmeiti a/k/a Qasem Remiti a/k/a Qassem Rmeiti a/k/a Qassem Remiti (قاسم علي رميتي) | 1330 |
| Abdallah Hassan Romani | 714 |
| Muhammad Abd Ali Rustam a/k/a Mohammad Abd Ali Rustum a/k/a Mouhamad Abd Ali Rostom a/k/a Mohamad Abd Ali Rostam (محمد عبد علي رستم) | 1092, 1101 |
| Abd al-Karim Ahmad Saad a/k/a Abd al-Karim Ahmad Sa'ad | 715 |
| Ahmad Saad a/k/a Ahmad Sa'ad | 714, 715 |
| Ali Hussein Saad | 776, 803 |
| Anwar Hussein Saad a/k/a Anwar Hussein Sa'ad (انور حسين سعد) | 766, 811 |

# Appendix A

| Name of Persons/Enities | Paragraph Number |
|---|---|
| Edmond Youssef Saadeh a/k/a Edmond Yusuf Saade (ادمون يوسف سعاده) | 1475 |
| Carla Saba | 736 |
| Wafiq Safa a/k/a Wafiq Abd al-Hussein Safa a/k/a Wafiq Abdul Hussein Safa a/k/a Wafiq 'Abd-al-Husayn Safa a/k/a Wafiq Ahmad Safa a/k/a Wafik Ahmed Safa a/k/a Hessam Badr al-Din a/k/a Hessam Badreddine a/k/a Ali Wahib al-Zayn a/k/a Ali Waheb al-Zein (وفيق صفا) | 416 |
| Ashraf Asssem Safieddine | 886 |
| Hamzah Ali Safieddine a/k/a Hamzah Safi-Al-Din a/k/a Hamzeh Ali Safieddine a/k/a Hamza Ali Safieddine (حمزى علي صفي الدين) | 621 |
| Ra'fat Yunas Sa'id | 621 |
| Raja Salameh | 96 |
| Oussama Salhab a/k/a Usama Salhab a/k/a Osama Salhab | 1555 |
| Adel Mahmud Salim | 473 |
| Ibrahim Amin Salman (ابراهيم امين سلمان) | 803 |
| Rita Hassam Abu Samra | 714 |
| Sobhi Mohamed Saqr a/k/a Sobhi Sakr (صبحي محمد صقر) | 633, 728 |
| Zinab Muhammad Saraeb | 715 |
| Elissar Hussein Sayegh a/k/a Elissar Husayn Sayegh (اليسار حسين صائغ) | 776, 805 |
| Hussein Tawfiq Sayegh (حسين توفيق صائغ) | 805 |
| Wassim Hatem Shahin | 736 |
| Ahmad Muhammad Shaito | 715 |
| Attallah Jamil Shaito a/k/a Attallah Jamil Sha'itu a/k/a Attallah Jamil Shi'itaw a/k/a Attallah Jamil Cheaito (عطاله جميل شعيتو) | 714, 715 |
| Fairuz Khalil Shaito | 715 |
| Ghassan Muhammad Shaito | 714 |
| Najah Khalil Shaito | 715 |
| Rauf Ali Shaito a/k/a Rauf Ali Sha'itu a/k/a Raouf Ali Shaito a/k/a Rauf Ali Shi'itaw a/k/a Rauf Ali Cheaito (رؤوف علي شعيتو) | 714 |
| Zainab Khalil Shaito | 715 |
| Abdul Reza Shahlai | 2395 |
| Ibrahim Shibli a/k/a Ibrahim Chibli a/k/a Ibrahim Chebli (ابراهيم شبلي) | 2151 |
| Ali Saleh Shuaib | 714 |
| Wahid Mahmud Subayti a/k/a Wahid Sbeity a/k/a Wahid Sbeiti (وحيد محمود سبيتي) | 1607 |
| Hassan Ali Suwaydan a/k/a Hasan 'Ali Suwaidan (سحن علي سويدان) | 776 |
| Ali Adham Tabaja a/k/a Ali Adham Tabajah (علي ادهم طباجه) | 715 |
| Bassam Muhammad Tabaja a/k/a Bassam Muhammad Tabajah | 715 |
| Batul Adham Tabaja a/k/a Batul Adham Tabajah a/k/a Batoul Adham Tabaja | 715 |
| Fatima al-Zahra Adham Tabaja a/k/a Fatima Tabajah | 715 |
| Hussein Abd al-Rida Tabaja a/k/a Hussein Tabajah | 715 |
| Muhammad Adham Tabaja | 715 |
| Romel Hussein Tabaja a/k/a Romel Hussein Tabajah a/k/a Romel Husayn Tabaja a/k/a Romel Husayn Tabajah (رومل حسين طباجة) | 714 |
| Wala Tabaja a/k/a Wala Tabajah (ولاء أدهم طباجه) | 715 |
| Hoda Hussein Saad a/k/a Huda Hussein Saad a/k/a Hoda Saad Tajideen a/k/a Hoda Tajiddine a/k/a Hady Husayn Sa'd a/k/a Houda Hussein Saad a/k/a Huda Saad Tajeddine a/k/a Hoda Hussein Sa'ad a/k/a Huda Saad a/k/a Hoda Sa'ad Tajideen (هدى حسين سعد-تاج الدين) | 760 |
| Bassam Zafir Tamim | 803 |
| Abdallah Youssef Tajideen a/k/a Abdallah Youssef Taj al-Din (عبد الله يوسف تاج الدين) | 811, 816 |
| Ahmad Hassan Tajideen | 766, 811 |
| Ahmad Muhammad Tajideen a/k/a Ahmad Muhammad Taj al-Din (أحمد تاج الدين) | 788 |
| Ali Ibrahim Tajideen a/k/a Ali Ibrahim Taj al-Din (علي ابراهيم تاج الدين) | 776, 817 |

# Appendix A

| Name of Persons/Enities | Paragraph Number |
|---|---|
| Fatimah Muhammad Tajideen a/k/a Fatimah Muhammad Taj al-Din (فاطمه تاج الدين) | 805 |
| Ibrahim Muhammad Tajideen | 815 |
| Jaffar Muhammad Tajideen a/k/a Jaffar Muhammad Taj al-Din (جعفر محمد تاج الدين) | 803, 804 |
| Mahmoud Muhammad Tajideen a/k/a Mahmoud Muhammad Taj al-Din (محمود محمد تاج الدين) | 806 |
| Nadin Hassan Tajideen a/k/a Nadin Hassan Taj al-Din a/k/a Nadine Hassan Tajideen | 766 |
| Qassem Hassan Tajideen | 803 |
| Samiha Ibrahim Tajideen a/k/a Samiha Ibrahim Taj al-Din (سميحة ابراهيم تاج الدين) | 776 |
| Ali Youssef Tarhini | 886, 896 |
| Muhammad Tarhini a/k/a Al Sayed Bilal (محمد ترحيني / السيد بلال) | 896 |
| Sayeed Qassem Tawil | 431 |
| Abbas Musallam Wahbah (عباس مسلم وهبه) | 714, 715 |
| Imad Ramez Wazani a/k/a Imad Ramez Wazne (عماد رامز وزني) | 714, 715 |
| Ibrahim Mahmoud Youssef a/k/a Ibrahim Mahmood Youssef a/k/a Ibrahim Mahmud Yusif (ابراهيم محمود يوسف) | 575, 776 |
| Ismael Mohammed Youssef (اسماعيل محمد يوسف) | 1252 |
| Zine Qayoum | 1005 |
| Rafat Said Yunis | 715 |
| Ali Zeaiter a/k/a Ali Hussein Zuaytar a/k/a Ali Zoeiter a/k/a Ali Zu'ayter a/k/a Ali Zu'aytar a/k/a Ali Husayn Zu'aytir (علي حسين زعيتر) | 886 |
| Youssef Ismail Zein | 654 |
| Haidar Saadallah Zgheib (حيدر سعد الله زغيب) | 715 |

# APPENDIX B

# Appendix B - SDGTs and/or Accountholders Migrated from LCB

| Name of Persons/Enities | Paragraph Number |
|---|---|
| **Persons** | |
| Nazim Said Ali Ahmad a/k/a Nazim Ahmad a/k/a Nazem Ibrahim Ahmad a/k/a Nazim Sa'id Ali Ahmad a/k/a Nazem Saeed Ahmad a/k/a Nizam Saed 'Ali Ahmed a/k/a Nazem Saied Ahmad (ناظم سعيد علي احمد) | 1029 |
| Saleh Ali Assi a/k/a Salih Ali Assi a/k/a Salah Assi a/k/a Saleh Ali Asi a/k/a Salih Ali Asi a/k/a Salah Ali Asi (صالح علي عاصي) | 863 |
| Ali Youssef Charara a/k/a Ali Youssef Sharara a/k/a 'Ali Yusuf Sharara (علي يوسف شراره) | 732 |
| Adham Hussein Tabaja a/k/a Adham Tabajah a/k/a Adham Husayn Tabaja a/k/a Adham Husayn Tabajah (ادهم حسين طباجة) | 689 |
| Issam Amhaz a/k/a Issam Muhammad Amhaz a/k/a 'Isam Amhaz (عصام محمد امهز) | 884 |
| Amin Muhammad Cherri a/k/a Amin Muhammad Shary a/k/a Amin Shari a/k/a Amin Shary a/k/a Amin Muhammad a/k/a Ameen Shiri a/k/a Amin Shirri a/k/a Amin Shiri (أمين محمد شري) | 654, 714, 1811 |
| Hussein Ali Faour a/k/a Hussein Ali Fa'ur a/k/a Husayn Ali Fa'ur a/k/a Husayn Ali Faour a/k/a Housein Ali Faour (حسين علي فاعور) | 716 |
| Mustafa Reda Darwish Fawaz a/k/a Mustapha Reda Darwish Fawaz a/k/a Mustapha Reda Darwish Fawaz a/k/a Moustafa Reda Darwish-Fawaz a/k/a Mustafa Fawwaz a/k/a Mustapha Fawaz a/k/a Mustapha Rida Darwich Fawaz a/k/a Mostafa Reda Darwich Fawaz a/k/a Mustapha Rhoda Darwich Fawaz a/k/a Mustafa Fawaz a/k/a Mustafa Darwish Fawaz a/k/a Moustapha Fawaz (مصطفى رضا درويش فواز) | 1364, 1739, 2057 |
| Abbas Hassan Gharib (عباس حسن غريب) | 649 |
| Mostafa Habib Harb a/k/a Mustafa Habib Harb (مصطفى حبيب حرب) | 649 |
| Kassem Hejeij a/k/a Kassem Muhammad Hejeij a/k/a Kassem Hajij a/k/a Kassem Hujayj a/k/a Qassem Hejeij a/k/a Qasem Hejeij a/k/a Qasim Hejeij a/k/a Qassim Hejeij a/k/a Qassem Hajij a/k/a Qasem Hajij a/k/a Qasim Hajij a/k/a Qassim Hajij a/k/a Qassem Hujayj a/k/a Qasem Hujayj a/k/a Qasim Hujayj a/k/a Qassim Hujayj (قاسم محمد علي حجيج) | 179, 885, 1746 |
| Ali Muhammad Tajideen a/k/a Ali Muhammad Taj al-Din a/k/a Ali Muhammad Tajeddine a/k/a Ali Muhammad Tajudeen (علي تاج الدين) | 768 |
| Kassim Muhammad Tajideen a/k/a Kassim Muhammad Taj al-Din a/k/a Kassim Muhammad Tajeddine a/k/a Kassim Muhammad Tajudeen a/k/a Kassem Muhammad Tajideen a/k/a Kassem Muhammad Taj al-Din a/k/a Kassem Muhammad Tajeddine a/k/a Kassem Muhammad Tajudeen a/k/a Qassim Muhammad Tajideen a/k/a Qassim Muhammad Taj al-Din a/k/a Qassim Muhammad Tajeddine a/k/a Qassim Muhammad Tajudeen a/k/a Qassem Muhammad Tajideen a/k/a Qassem Taj al-Din a/k/a Qassem Muhammad Tajeddine a/k/a Qassem Muhammad Tajudeen a/k/a Qassei Taj al-Din a/k/a Qassei Muhammad Taj al-Din a/k/a Qassei Muhammad Tajeddine a/k/a Qassei Muhammad Tajudeen (قاسم تاج الدين) | 757 |
| Ahmad Mohamad Yazbeck a/k/a Ahmah Yazbeck a/k/a Ahmad Yazbek (احمد محمد يزبك) | 649 |
| Yusuf Aasi a/k/a El Yusuf Abd al-Rida Asi a/k/a Sheikh Yusuf Aasi a/k/a Youssef Abdel Rida Assi (يوسف عبد الرضى عاصي) | 558 |
| Ezzat Youssef Akar a/k/a Izzat Akar a/k/a Izzat Youssef Akar a/k/a Izzat Yusif Akkar | 649 |
| Qasim Aliq a/k/a Qassem Aliq a/k/a Kassem Aleik a/k/a Hajj Qasim Aliq a/k/a Qasem Aliq a/k/a Qasim Ulayq a/k/a Qasem Mahmud Aliq (قاسم محمود عليق) | 449, 468, 561 |
| Muhammad Abdallah al-Amin a/k/a Mohamed Abdullah al-Ameen a/k/a Mohammad al-Amin a/k/a Muhammad Abdallah Alamin a/k/a Muhammed El Amine a/k/a Mohamed Abdalla Amine (محمد عبد الله الامين) | 716, 874, 1155 |
| Ibrahim al-Amin al-Sayyed a/k/a Ibrahim Amin al-Sayid a/k/a Ibrahim Amin Sayyed a/k/a Ibrahin al-Amin (ابراهيم امين السيد) | 383 |

# Appendix B - SDGTs and/or Accountholders Migrated from LCB

| Name of Persons/Enities | Paragraph Number |
|---|---|
| Muhammad Amin Badr al-Din a/k/a Muhammad Badr-Al-Din a/k/a Mohamed Badreddine a/k/a Mohammed Badreddine (محمد امين بدر الدين) | 714, 716, 730 |
| Salah Abd al-Rauf Izz al-Din a/k/a Salah Abd al-Rauf Azz al-Din a/k/a Salah Abd al-Ra'uf Ezzadin (صلاح عبد الرؤوف عز الدين) | 714, 715 |
| Hussein al-Khalil a/k/a Husayn Al-Khalil a/k/a Hussein el-Khalil (حسين ألخليل) | 383 |
| Jamal Ja'far Muhammad Ali al-Ibrahimi a/k/a Abu Mahdi al-Muhandis | 3 |
| Hussein Ali Muhammad al-Shami a/k/a Husayn al-Shami a/k/a Husayn Shaimi a/k/a Husayn Shamai a/k/a Husayn Al-Shamy a/k/a Husayn Ashami a/k/a Haj Husayn Al-Shami a/k/a Hussein Ali Mihammad Chami (حسين الشامي) | 383, 433, 642 |
| Shibl Muhsin Ubayd al-Zaydi a/k/a Shebl Mohsen Al Zaidi a/k/a Shibl Muhsin Ubayd Al-Zadi a/k/a Hajji Shibl Muhsin Al-Zaydi a/k/a Shibl Muhsin 'Ubayd Al-Zaydi a/k/a Mahdi Ja'far Salih (شبل محسن عبيد الزيدي) | 716 |
| Kamel Muhammad Amhaz a/k/a Kamel Mohamed Amhaz a/k/a Kamel Amhaz a/k/a Kamel Al-Amhaz a/k/a Kamil Amhaz (كامل محمد امهز) | 884 |
| Sultan Khalifa As'ad a/k/a Hajj Sultan Asaad a/k/a Sultan Assad a/k/a Sultan Khalife Assad (سلطان خليفة أسعد) | 720 |
| Nabil Mahmoud Assaf a/k/a Nabil Assaf a/k/a Nabil Muhammad Assaf (نبيل محمود عساف) | 714, 715, 716 |
| Qassem Muhammad Ali Bazzi a/k/a Kassem Mohamad Ali Bazzi a/k/a Qassem Mohammed Ali Bazi a/k/a Qasim Mohammed Ali Bazzi a/k/a Qasim Muhammad Ali Bazzi (قاسم محمد علي بزي) | 569, 571, 578 |
| Wa'el Muhammad Bazzi a/k/a Wa'il Muhammad Bazzi a/k/a Wael Bazzi (وائل بزي) | 851, 853 |
| Ali Mussa Daqduq | 409, 2358 |
| Hamdi Zaher El Dine a/k/a Hamdi Zahreddine a/k/a Hamdi Zaher al-Din a/k/a Hamdi Jamil Zaher al-Din (حمدي جميل زهر الدين) | 716 |
| Muhammad Abd-al-Amir Farhat a/k/a Muhammad 'Abd-al-Amir Farhat a/k/a Mohammad Farhat a/k/a Mohammad Abdul Amir Farhat (محمد عبد الامير فرحات) | 715, 1994 |
| Fouzi Reda Darwish Fawaz a/k/a Fawzi Reda Fawaz a/k/a Fawzy Fawaz a/k/a Fawzi Fawwaz a/k/a Fowzy Fawaz a/k/a Fawzy Reda Darwish-Fawaz (فوزي رضا درويش فواز) | 1377 |
| Talal Hamiyah a/k/a Talal Husni Hamiya (طلال حسني حمية) | 415 |
| Youssef Hashim a/k/a Yusuf Hashem a/k/a Yusef Hashem (يوسف هاشم) | 716, 2358 |
| Muhammad al-Mukhtar Fallah Kallas a/k/a Muhammad al-Mukhtar Kallas a/k/a Mohamad El Mokhtar Kallas a/k/a Mohamed Kallas (محمد فلاح المختار كلاس) | 716 |
| Adnan Hussein Kawtharani a/k/a Adnan Mahmud Kawtharani a/k/a Adnan Kutherani (عدنان حسين كوثراني) | 714 |
| Muhammad Kawtharani a/k/a Muhammad al-Kawtharani a/k/a Jafar Al-Kawtharani (محمد كوثراني) | 407 |
| Hanna Elias Khalifa a/k/a Hanna Khalifeh (حنا الياس خليفه) | 887 |
| Adel Mansour a/k/a Adel Mansur a/k/a Adel Muhammad Mansour (عادل منصور) | 649 |
| Hassan Nasrallah a/k/a Hassan Abd-al-Karim Nasrallah (حسن نصر الله) | 378 |
| Muhammad Mustafa Nur-al-Din a/k/a Mohamad Noureddine a/k/a Muhammad Noureddine (محمد مصطفى نور الدين) | 716, 1421, 2105 |
| Hassan Chehadeh Othman | 649 |
| Naim Qassem a/k/a Sheikh Naim Qassem a/k/a Naim Qasim a/k/a Naim Kassem a/k/a Na'im Kasem | 383 |
| Ali Muhammad Qansu a/k/a Ali Muhammad Kanso a/k/a Ali Muhammad Kansou (علي محمد قانصو) | 715, 716 |
| Abdul Latif Saad a/k/a Abdul Latif Sa'ad (عبد اللطيف سعد) | 714, 716 |

# Appendix B - SDGTs and/or Accountholders Migrated from LCB

| Name of Persons/Enities | Paragraph Number |
|---|---|
| Issam Ahmad Saad a/k/a Issam Ahmad Sa'ad a/k/a Isam Ahmad Saad a/k/a Isam Ahmad Sad a/k/a Isa, Ahmad Sa'ad (عصام احمد سعد) | 714, 715, 716 |
| Abdallah Ali Safieddine a/k/a Abdallah Safi-Al-Din a/k/a Abdullah Safieddine a/k/a Abdullah Safi-Al-Din (عبد الله علي صفي الدين) | 681 |
| Hashem Safieddine a/k/a Hashem Safi Al-Din a/k/a Hashem Safi A-Din a/k/a Hashim Safi Al Din a/k/a Hashim Safi Al-Din (هاشم صفي الدين) a/k/a Hashim Safieddine | 383 |
| Wahid Mahmud Sbeiti (وحيد محمود سبيتي) | 649 |
| Fadi Hussein Serhan a/k/a Fadi Husayn Serhan | 1380, 2108 |
| Hussein Muhammad Tajideen a/k/a Hussein Muhammad Taj al-Din a/k/a Hussein Muhammad Tajeddine a/k/a Hussein Muhammad Tajudeen a/k/a Husayn Muhammad Tajideen a/k/a Husayn Muhammad Taj al-din a/k/a Husayn Muhammad Tajeddine a/k/a Husayn Muhammad Tajudeen (حسين تاج الدين) | 783 |
| Muhammad Yazbek a/k/a Muhammad Yazbeck a/k/a Mohammed Yazbik a/k/a Hosein Assaf a/k/a Mohammad Yazbeck a/k/a Mohammad Yazbeck a/k/a Muhammad Yazbick a/k/a Muhammad Yazbak a/k/a (محمد يزبك) | 383 |
| Ali Zuraik a/k/a Ali Hassan Zreik a/k/a Ali Zraiq a/k/a Ali Zurayq a/k/a Ali Zreik (علي حسن زريق) | 629 |
| Adel Hassan Makki Ahmad a/k/a Adel Hassan Makki a/k/a Adel Makke (عادل حسن مكي) | 1068, 1723 |
| Mustafa Faysal Ahmad a/k/a Mustapha Ahmad a/k/a Mustafa Faisal Ahmad (مصطفى فيصل احمد) | 1117, 1149, 1156 |
| Akram Ahmad al-Bast a/k/a Akram Ahmed el-Bast (اكرم احمد البسط) Hasan Jamal al-Din a/k/a Hassan Jamaleddine | 1724, 1816 |
| Muhammad Ibrahim Bazzi a/k/a Mohammad Ibrahim Bazzi a/k/a Muhammad Ibrahim Bazzi a/k/a Muhammad (محمد ابراهيم بزي) Bazzy | 819 |
| Hussein Ibrahim Bdeir a/k/a Husayn Ibrahim Bdeir a/k/a Hussein Abu Ali Bdeir a/k/a Hussein Budayr a/k/a Husayn (حسين ابراهيم بدير) Bdeir | 1112 |
| Amine Bzeih a/k/a Amin Bazi' (امين بزيع) | 1205 |
| Ali Ahmad Choueib a/k/a Ali Ahmad Shuayb a/k/a 'Ali Ahmed Shuaib (علي احمد شعيب) | 2176 |
| Ali Hussein Darwish a/k/a Ali Hussein Darwich a/k/a Ali Hussein Darwiche | 1051 |
| Khodr Hussein Darwish a/k/a Khoder Hussein Darwish a/k/a Khodr Hussein Darwich a/k/a Khodr Hussein Darwiche a/k/a Khodr Husayn Darwish (خضر حسين درويش) | 1171, 1176, 1192 |
| Muhammad Hussein Darwish a/k/a Muhammad Hussein Darwich a/k/a Muhammad Hussein Darwiche (محمد حسين درويش) | 1163 |
| Muhammad Issam Abu Darwish a/k/a Muhammad Issam Abu Darwich a/k/a Muhammad Issam Abu Darwiche a/ka Muhammad Isam Abu Darwish a/k/a Muhammad Isam Abu Darwich a/k/a Muhammad Isam Abu Darwiche (محمد عصام ابو درويش) | 484, 1117, 1134 |
| Safi Yahya Darwish a/k/a Safi Yahya Darwich a/k/a Safi Yahya Darwiche (صافي يحي درويش) | 1176, 1192, 1890 |
| Ibrahim Muhammad Faqih a/k/a Ibrahim Mohamed Fakih a/k/a Ibrahim Muhammad Mufid al-Faqih (ابراهيم محمد مفيد الفقيه) | 117 |
| May Kamel Darwish Fawaz a/k/a May Kamel Darwich Fawaz (مي كامل درويش فواز) | 117 |
| Said Hassan Fuani a/k/a Sa'id Hassan Fu'ani a/k/a Said Hasan Fouani (سعيد حسن فوعاني) | 1814, 1890 |
| Carol Rogier Habib (كارول روجيه حبيب) | 1152 |
| Samir Muhammad Hijazi a/k/a Samir Mohamed Hijazi (سمير محمد حجازي) | 1202, 2079, 2172 |
| Khalil Nazem Ibrahim a/k/a Khalil Nazim Ibrahim a/k/a Khalil Nadhem Ibrahim (خليل ناظم ابراهيم) | 1196 |
| Hussein Ahmad Issawi a/k/a Hussein Ahmad Issaoui (حسين احمد عيساوي) | 1118 |

# Appendix B - SDGTs and/or Accountholders Migrated from LCB

| Name of Persons/Enities | Paragraph Number |
|---|---|
| Ibrahim Ahmad Issawi a/k/a Ibrahim Issawi a/k/a Ibrahim Issaoui (ابراهيم احمد عيساوي) | 1102 |
| Wa'el Ahmad Issawi a/k/a Wa'el Ahmad Issaoui a/k/a Wael Ahmad Issawi a/k/a Wael Ahmad Issaoui a/k/a Wa'il Ahmad Issawi (وائل أحمد عيساوي) | 1124 |
| Akram Saied Joumaa a/k/a Akram Said Joumaa a/k/a Akram Sa'id Joumaa (اكرم سعيد جمعه) | 1303 |
| Anwar Saied Joumaa a/k/a Anwar Said Joumaa a/k/a Anwar Sa'id Joumaa (انور سعيد جمعه) | 117 |
| Ayman Saied Joumaa a/k/a Ayman Said Joumaa a/k/a Aiman Said Jomaa Kharfan a/k/a Ayman Sa'id Joumaa a/k/a Ayman Joumaa (ايمن سعيد جمعة) | 1241, 2150 |
| Ali Muhammad Kharrubi a/k/a Ali Mohamed Kharroubi a/k/a Ali Kharoubi (علي محمد خروبي) | 736, 1281, 1298 |
| Fawzi Muhammad Malek a/k/a Faouzi Malek a/k/a Fawzi Malik (فوزي محمد مالك) | 1051, 1084, 1679 |
| Said Jamil Muhammad (سعيد جميل محمد) | 1682 |
| Tarek Khalil Musa a/k/a Tarek Khalil Moussa | 1890 |
| Ali Musa Nachar a/k/a Ali Moussa Nachar a/k/a Ali Musa Nashar (علي موسى نشار) | 1177, 1883, 1890 |
| Youssef Muhammad Tajideen a/k/a Youssef Muhammad Taj al-Din a/k/a Yousif Taj al-Din (يوسف محمد تاج الدين) | 808 |
| Nabila Ya'qub Wazni a/k/a Nabila Ya'qub Wazne (نبيلة يعقوب وزني) | 1168 |
| Ziyad Muhammad Youssef a/k/a Ziad Muhammad Yusef a/k/a Ziad Mohammad Youssef (زياد محمد يوسف) | 1273 |
| Ali Rauf Osseiran a/k/a Ali Ra'uf Osserian a/k/a Ali Rauf Oserian (علي رؤوف عسيران) | 1054 |
| Rima Kamil Ya'qub Baqir a/k/a Rima Baker a/k/a Rima Baqer (ريما كامل يعقوب باقر) | 1028, 1039 |
| Hind Nazim Ahmad a/k/a Hind Nazem Ahmed (هند ناظم احمد) | 1039 |
| Firas Nazim Ahmad a/k/a Firas Nazem Ahmed (فراس ناظم احمد) | 811 |
| Rami Kamil Ya'qub Baqir a/k/a Rami Baker a/k/a Rami Kamel Yaaqub Baqer (رامي كامل يعقوب باقر) | 811, 1041, 1051 |