# Exhibit 2

# Aaron Schlanger

| | |
|---|---|
| **From:** | Leske, Brian <bleske@ashcroftlawfirm.com> |
| **Sent:** | Friday, February 21, 2025 12:04 PM |
| **To:** | Mallat, Tamer; Michael Radine; McGinley, Michael; Shea, Julia; Streeter, Jonathan; EXT Mark Hanchet; Chaifetz, Samantha; EXT gassan.baloul@squirepb.com; Sullivan, Mike; EXT RHamburg@mayerbrown.com; Harrington, Brendan; Merken, Christopher; EXT Mitchell Berger; EXT joseph.alonzo@squirepb.com; Levesque, Nicole; EXT Alex Hyman; Collins, Erin; Coles, Anthony P. |
| **Cc:** | Gary Osen; Ari Ungar; Dina Gielchinsky; Aaron Schlanger; Tab Turner; Sullivan, Mike; Harrington, Kelsey; Levesque, Nicole |
| **Subject:** | RE: Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al., 19-cv-7 (E.D.N.Y.) |

**CAUTION: This email originated from outside of the organization.**

Following up from today's call, as explained during our January 24, 2025 meet and confer call, SGBL's position is that neither the parties' current discovery dispute, nor the discovery ruling in the case, encompasses or contemplates an order pertaining to the SGBL-specific documents you identify in paragraphs 12 and 13 of your draft production order. If you are willing to explain why you believe otherwise, we would be happy to consider it, of course.
Thanks and have a nice weekend,
Brian

**Brian Leske**
Partner

*Ashcroft Sullivan LLC*
P: (617) 573-9400 | C: (617) 947-9137
bleske@ashcroftlawfirm.com | www.ashcroftlawfirm.com



This message contains information that may be confidential and privileged. Unless you are the intended recipient (or authorized to receive for the intended recipient), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying or by phone at (816) 285-7600 and delete the message.