June 12, 2025

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.,*
              Case No. 19-cv-007 (CBA) (TAM)

Dear Judge Merkl:

We write on behalf of Moving Defendants[1] to provide a status report to the Court, pursuant to this Court's minute order dated November 18, 2024. Moving Defendants have provided a comprehensive report to Plaintiffs today regarding the scope of customer waivers that Moving Defendants have obtained (the "Report"). The Report discusses Moving Defendants' processes for seeking waivers and information about the discovery materials that have been and soon will be produced pursuant to those waivers.

The Report also provides, on a bank-by-bank basis, additional information breaking down the number of waivers obtained, the names of alleged customers who provided waivers, the percentage of waivers obtained to date, and for certain banks, the number of persons or entities alleged by Plaintiffs to have held accounts with a given bank who did not in fact have accounts during the relevant period.

In addition, the parties are scheduled to meet and confer in the coming days regarding discovery topics including the waiver report, Moving Defendants' proposal regarding Plaintiff Profile Forms, and unresolved issues that Moving Defendants have raised regarding Plaintiffs' productions.

Respectfully submitted,

| DECHERT LLP | MAYER BROWN LLP |
|---|---|
| By: */s/ Jonathan R. Streeter* | By: */s/ Mark G. Hanchet* |
| Jonathan R. Streeter | Mark G. Hanchet |
| Tamer Mallat | Robert W. Hamburg |
| Julia L. Shea | Benjamin D. Bright |
| Dechert LLP | Whitney A. Suflas |
| 1095 Avenue of the Americas | Mayer Brown LLP |

---

[1] Société Générale de Banque au Liban S.A.L.; Fransabank S.A.L.; MEAB Bank s.a.l.; Bank S.A.L.; Byblos Bank S.A.L.; Bank Audi S.A.L.; Bank of Beirut S.A.L.; LGB Bank s.a.l.; Banque Libano Française S.A.L.; Bank of Beirut and the Arab Countries S.A.L.; and Fenicia Bank S.A.L.

| | |
|---|---|
| Three Bryant Park<br>New York, NY 10036<br>212-698-3500<br>Email: jonathan.streeter@dechert.com<br>Email: tamer.mallat@dechert.com<br>Email: julia.shea@dechert.com | 1221 Avenue of the Americas<br>New York, NY 10020<br>212-506-2500<br>Email: mhanchet@mayerbrown.com<br>Email: rhamburg@mayerbrown.com<br>Email: bbright@mayerbrown.com<br>Email: wsuflas@mayerbrown.com |
| Michael H. McGinley<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>215-994-4000<br>Email: michael.mcginley@dechert.com | *Attorneys for Defendant Banque-Libano Française SAL* |
| *Attorneys for Defendants BLOM Bank SAL, Fransabank SAL, and Bank Audi SAL* | |
| DLA PIPER LLP (US) | SQUIRE PATTON BOGGS (US) LLP |
| By: */s/ Anthony P. Coles*<br>Anthony P. Coles<br>Erin Collins<br>DLA Piper LLP (US)<br>1251 Avenue of The Americas<br>New York, NY 10020<br>212-335-4925<br>Email: anthony.coles@dlapiper.com<br>Email: erin.collins@dlapiper.com | By: */s/ Gassan A. Baloul*<br>Gassan A. Baloul<br>Mitchell R. Berger<br>Squire Patton Boggs (US) LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>202-457-6155<br>Email: gassan.baloul@squirepb.com<br>Email: mitchell.berger@squirepb.com |
| Samantha L. Chaifetz<br>500 8th Street, NW<br>Washington, DC 20004<br>202-799-4082<br>Email: samantha.chaifetz@dlapiper.com | *Attorneys for Defendants MEAB Bank s.a.l., Fenicia Bank S.A.L., and LGB Bank s.a.l.* |
| *Attorneys for Defendants Byblos Bank SAL, Bank of Beirut and the Arab Countries SAL, and Bank of Beirut s.a.l.* | |
| ASHCROFT LAW FIRM, LLC | |
| By: */s/ Michael J. Sullivan*<br>Michael J. Sullivan | |

    Brian J. Leske
    Ashcroft Law Firm, LLC
    200 State Street, 7th Floor
    Boston, MA 02109
    617-573-9400
    Email: msullivan@ashcroftlawfirm.com
    Email: bleske@ashcroftlawfirm.com

    *Attorneys for Defendant Société Générale de Banque au Liban S.A.L.*