

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

September 3, 2025

**VIA ECF**

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: ***Bartlett, et al. v. Société Générale de Banque au Liban, et al.*, 1:19-cv-00007**
             **Request for Postponement of Oral Argument**

Dear Judge Amon:

    Plaintiffs respectfully write to request rescheduling of the Wednesday, October 15, 2025, oral argument on Plaintiffs' motion for reconsideration of the Court's dismissal of their successor liability claim against Defendant Société Générale de Banque au Liban ("SGBL"). Plaintiffs' counsel is unavailable that day due to observance of a Jewish holiday. This is Plaintiffs' first request for an adjournment relating to this motion.

    SGBL consents to this motion. Both parties are available the week of October 20, 2025, with the exception of Thursday, October 23, 2025, when SGBL's counsel is unavailable.

    We thank the Court for its consideration.

                                            Respectfully submitted,

                                            /s/ Michael Radine

cc:      All Counsel