September 12, 2025

**VIA ECF & E-MAIL**

Gary Osen, Esq.
Osen LLC
190 Moore Street, Suite 272
Hackensack, New Jersey 07601

Re: *Bartlett v. Société Générale de Banque au Liban S.A.L.*, Case No. 19-cv-00007 | **Moving Defendants' Motion for Judgment on the Pleadings**

Counsel:

On behalf of Moving Defendants[1] in the above action and pursuant to Section 3.D.i of Judge Amon's Individual Motions Practices and Rules, please find the following enclosed:

1. Notice of Moving Defendants' Motion for Judgment on the Pleadings; and
2. Joint Memorandum of Law in Support of Moving Defendants' Motion for Judgment on the Pleadings.

Sincerely,

| | |
|---|---|
| DECHERT LLP | MAYER BROWN LLP |
| By: */s/ Jonathan R. Streeter* | By: */s/ Mark G. Hanchet* |
| Jonathan R. Streeter | Mark G. Hanchet |
| Tamer Mallat | Robert W. Hamburg |
| Julia L. Shea | Mayer Brown LLP |
| Dechert LLP | 1221 Avenue of the Americas |
| 1095 Avenue of the Americas | New York, NY 10020 |
| Three Bryant Park | 212-506-2500 |
| New York, NY 10036 | Email: mhanchet@mayerbrown.com |
| 212-698-3500 | Email: rhamburg@mayerbrown.com |
| Email: jonathan.streeter@dechert.com | |
| Email: tamer.mallat@dechert.com | Attorneys for Defendant Banque-Libano |
| Email: julia.shea@dechert.com | Française SAL |
| | |
| Michael H. McGinley | |
| Dechert LLP | |
| Cira Centre | |
| 2929 Arch Street | |
| Philadelphia, PA 19104 | |
| 215-994-4000 | |
| Email: michael.mcginley@dechert.com | |

---

[1] The Moving Defendants are (1) Société Générale de Banque au Liban S.A.L., (2) Fransabank S.A.L., (3) MEAB Bank s.a.l., (4) BLOM Bank S.A.L., (5) Byblos Bank S.A.L., (6) Bank Audi S.A.L., (7) Bank of Beirut S.A.L., (8) LGB Bank s.a.l., (9) Banque Libano Française S.A.L., (10) Bank of Beirut and the Arab Countries S.A.L., and (11) Fenicia Bank S.A.L.

Gary Osen, Esq.
September 12, 2025
Page 2

Attorneys for Defendants BLOM Bank SAL, Fransabank SAL, and Bank Audi SAL

DLA PIPER LLP (US)

By: */s/ Anthony P. Coles*
Anthony P. Coles
Erin Collins
DLA Piper LLP (US)
1251 Avenue of The Americas
New York, NY 10020
212-335-4925
Email: anthony.coles@dlapiper.com
Email: erin.collins@dlapiper.com

Samantha L. Chaifetz
500 8th Street, NW
Washington, DC 20004
202-799-4082
Email: samantha.chaifetz@dlapiper.com

Attorneys for Defendants Byblos Bank SAL, Bank of Beirut and the Arab Countries SAL, and Bank of Beirut s.a.l.

ASHCROFT LAW FIRM, LLC

By: */s/ Michael J. Sullivan*
Michael J. Sullivan
Brian J. Leske
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
617-573-9400
Email: msullivan@ashcroftlawfirm.com
Email: bleske@ashcroftlawfirm.com

Attorneys for Defendant Société Générale de Banque au Liban S.A.L.

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Gassan A. Baloul*
Gassan A. Baloul
Mitchell R. Berger
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
202-457-6155
Email: gassan.baloul@squirepb.com
Email: mitchell.berger@squirepb.com

Attorneys for Defendants MEAB Bank s.a.l., Fenicia Bank S.A.L., and LGB Bank s.a.l.