

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

September 19, 2025

**VIA ECF & E-MAIL**

Michael J. Sullivan
Brian J. Leske
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109

  **Re:** ***Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.***
     Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Their
     Fourth Claim for Relief (in Light of an Intervening Clarification of Law)

Counsel:

  In accordance with the Court's August 22, 2025, Order, attached please find:

1) Plaintiffs' Notice of Motion for Reconsideration of the Court's Order Dismissing Their Fourth Claim for Relief (in Light of an Intervening Clarification of Law) and

2) Plaintiffs' Memorandum of Law in Support of Their Motion for Reconsideration of the Court's Order Dismissing Their Fourth Claim for Relief (in Light of an Intervening Clarification of Law).

          Sincerely,

          /s/ Michael J. Radine

cc: Hon. Carol Bagley Amon (via ECF, without enclosures)