October 3, 2025

**VIA ECF**

Honorable Carol Bagley Amon
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Bartlett v. Société Générale de Banque au Liban S.A.L.*, 19-cv-00007

Dear Judge Amon:

On behalf of the Moving Defendants[1] in the above-referenced action, we respectfully submit this letter in support of Plaintiffs' Motion for Leave to File Under Seal (ECF 485) the Comprehensive Report attached as Exhibit A (the "Report") to Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Judgment on the Pleadings (ECF 484-1).

Pursuant to Rules 1(F) and 1(G) of this Court's Individual Rules and Practices in Civil Cases and E.7 of the Protective Order entered in this action (ECF 273), the Report has been provisionally filed under seal on the Court's docket (ECF 485). Moving Defendants will also include an unsealed version of the Report in the courtesy copies of the parties' Rule 12(c) submissions that will be delivered to Chambers.

The Report is being filed under seal because it has been designated as "Confidential Information – Attorneys' Eyes Only," under the terms of the Protective Order. Moving Defendants submit that the Report contains non-public banking information, including nonparty customer names, which courts have treated as confidential in certain circumstances. For example, the Report contains detailed information concerning nonparty customers who have executed waivers as of the date of the Report, and whose records are being collected and produced in the course of discovery in this case and pursuant to the terms of the Protective Order. Moreover, the public dissemination of this confidential information could have an adverse impact on Moving Defendants' ongoing efforts in Lebanon to secure additional waivers (including via the continued cooperation of any alleged nonparty customers whom the banks have determined maintained an account during the relevant time period), collect additional information, and comply more generally with their discovery obligations.

The Federal Rules of Civil Procedure and caselaw in the Second Circuit "recognize the importance of maintaining confidentiality with respect to certain financial information." *Mark v. Gawker Media LLC*, 2015 WL 7288641, at *1 (S.D.N.Y. Nov. 16, 2015). Indeed, "[t]here is very little need for public access to such information and the potential for harm through bank fraud or identity theft is great." *Bunkers Int'l v. Orient Oil*, 2008 WL 5431166, at *1 (S.D.N.Y. Dec. 23, 2008);

---

[1] Moving Defendants are (1) Société Générale de Banque au Liban S.A.L., (2) Fransabank S.A.L., (3) MEAB Bank s.a.l., (4) BLOM Bank S.A.L., (5) Byblos Bank S.A.L., (6) Bank Audi S.A.L., (7) Bank of Beirut S.A.L., (8) LGB Bank s.a.l., (9) Banque Libano Française S.A.L., (10) Bank of Beirut and the Arab Countries S.A.L., and (11) Fenicia Bank S.A.L.

*see also Vanguard Dealer Servs., LLC v. Bottom Line Driven, LLC*, 2023 WL 4746180, at *1 (D. Conn. Apr. 27, 2023) ("[S]ealing is warranted to protect sensitive financial account information such as bank account and routing numbers.") (citing *Prescient Acquisition Grp., Inc. v. MJ Pub. Tr.*, 487 F. Supp. 2d 374, 376-77 (S.D.N.Y. 2007)).

In a recent decision, a court in this Circuit approved sealing and redacting significant portions of filings containing personal and financial information. *See S.E.C. v. Ripple Labs, Inc.*, 2023 WL 3477552 (S.D.N.Y. May 16, 2023). In *Ripple Labs*, the SEC, the defendants, and several nonparties moved to seal portions of the materials to protect confidential information and privacy interests. *Id.* at *1. The SEC sought to redact names, personally identifying information, and financial information, which the district court approved. *Id.* at *2–3.

As this Court recognized during the September 27, 2023 status conference in this matter, "[i]nherent in bank records is the inclusion of sensitive personal data, personal identifiers, all kinds of financial information." ECF 348-1 at 58:21–59:2. And the bank records here contain "various sensitive personal data of the type that was specifically designated to be provided special confidential protection under the protective order." *Id.* This information should be sealed to protect the privacy and security of Moving Defendants and nonparties.

Respectfully submitted,

| DECHERT LLP | MAYER BROWN LLP |
|---|---|
| By: */s/ Jonathan R. Streeter* | By: */s/ Mark G. Hanchet* |
| Jonathan R. Streeter | Mark G. Hanchet |
| Tamer Mallat | Robert W. Hamburg |
| Julia L. Shea | Mayer Brown LLP |
| Dechert LLP | 1221 Avenue of the Americas |
| 1095 Avenue of the Americas | New York, NY 10020 |
| Three Bryant Park | 212-506-2500 |
| New York, NY 10036 | Email: mhanchet@mayerbrown.com |
| 212-698-3500 | Email: rhamburg@mayerbrown.com |
| Email: jonathan.streeter@dechert.com | |
| Email: tamer.mallat@dechert.com | Attorneys for Defendant Banque-Libano |
| Email: julia.shea@dechert.com | Française SAL |
| | |
| Michael H. McGinley | |
| Dechert LLP | |
| Cira Centre | |
| 2929 Arch Street | |
| Philadelphia, PA 19104 | |
| 215-994-4000 | |
| Email: michael.mcginley@dechert.com | |
| | |
| Attorneys for Defendants BLOM Bank SAL, Fransabank SAL, and Bank Audi SAL | |

DLA PIPER LLP (US)

By: */s/ Anthony P. Coles*
Anthony P. Coles
DLA Piper LLP (US)
1251 Avenue of The Americas
New York, NY 10020
212-335-4925
Email: anthony.coles@dlapiper.com

Samantha L. Chaifetz
500 8th Street, NW
Washington, DC 20004
202-799-4082
Email: samantha.chaifetz@dlapiper.com

Attorneys for Defendants Byblos Bank SAL, Bank of Beirut and the Arab Countries SAL, and Bank of Beirut s.a.l.

ASHCROFT LAW FIRM, LLC

By: */s/ Michael J. Sullivan*
Michael J. Sullivan
Brian J. Leske
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
617-573-9400
Email: msullivan@ashcroftlawfirm.com
Email: bleske@ashcroftlawfirm.com

Attorneys for Defendant Société Générale de Banque au Liban S.A.L.

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Gassan A. Baloul*
Gassan A. Baloul
Mitchell R. Berger
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
202-457-6155
Email: gassan.baloul@squirepb.com
Email: mitchell.berger@squirepb.com

Attorneys for Defendants MEAB Bank s.a.l., Fenicia Bank S.A.L., and LGB Bank s.a.l.