

October 3, 2025

Gary M. Osen
Osen LLC
190 Moore Street
Suite 272
Hackensack, NJ 07601

    Re: *Bartlett, et al. v. Société Générale de Banque au Liban SAL, et al.,*
        Case No. 19-cv-00007-CBA-TAM

Dear Counsel:

    This firm represents Société Générale de Banque au Liban SAL ("SGBL") in the above referenced action. Pursuant to Rule 3(D)(i) of Judge Amon's Individual Motion Practices and Rules, SGBL hereby serves the following:

1. SGBL's Memorandum of Law in Opposition to Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Their Fourth Claim for Relief (Successor Liability).

                      Sincerely,

                      */s/ Brian J. Leske*
                      Brian J. Leske
                      Michael J. Sullivan
                      ASHCROFT LAW FIRM LLC
                      200 State Street, 7th Floor
                      Boston, MA 02109
                      617-573-9400
                      bleske@ashcroftlawfirm.com
                      msullivan@ashcroftlawfirm.com

CC: Hon. Carol Bagley Amon (via ECF without attachments)
     All counsel of record (via electronic mail)