
190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

October 12, 2025

**VIA ECF & FEDEX**

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**    *Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.*

            **Courtesy Copies of Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Their Fourth Claim for Relief (in Light of an Intervening Clarification of Law)**

Dear Judge Amon:

In accordance with Section 3.D.ii–iii of Your Honor's Individual Motions Practices and Rules, enclosed please find courtesy copies of the following documents previously filed via ECF on October 10, 2025:

1) Plaintiffs' Notice of Motion and Memorandum of Law for Reconsideration of the Court's Order Dismissing Their Fourth Claim for Relief (in Light of an Intervening Clarification of Law);

2) Defendant Société Générale De Banque Au Liban S.A.L.'S Memorandum of Law in Opposition to Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Their Fourth Claim for Relief (Successor Liability); and

3) Plaintiffs' Reply Memorandum of Law for Reconsideration of the Court's Order Dismissing Their Fourth Claim for Relief (in Light of an Intervening Clarification of Law).

                                          Respectfully submitted,

                                          /s/ Michael J. Radine

cc:    Hon. Taryn A. Merkl (via ECF)

Encls.