

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

December 24, 2025

<u>**VIA ECF**</u>

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    ***Bartlett, et al. v. Société Générale de Banque au Liban, et al.*, 1:19-cv-00007**

Dear Judge Amon:

    Plaintiffs respectfully write to request a brief extension of time to January 7, 2026, to respond to Lebanese Canadian Bank's ("LCB") December 24, 2025, pre-motion letter, ECF No. 502. Under the Court's Individual Rule 3.A, the present deadline to respond is December 31, 2025.

    Given that LCB's letter was filed on the eve of a holiday weekend and the deadline to respond also falls during the holiday period, Plaintiffs respectfully request the short extension. This is Plaintiffs' first request for an extension of this deadline, and counsel for LCB consents.

    We thank the Court for its consideration.

                                Respectfully submitted,

                                <u>/s/ Dina Gielchinsky</u>

cc:    All Counsel