

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

December 29, 2025

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Bartlett v. Société Générale de Banque au Liban S.A.L.*, **Case No. 19-cv-0007**
            **Request to Adjourn Briefing Schedule**

Dear Judge Merkl:

On August 22, 2025, Plaintiffs filed a pre-motion conference letter with Judge Amon (ECF No. 478) to move for partial default judgment against Defendant Lebanese Canadian Bank ("LCB") in favor of a subset of Plaintiffs. LCB had repeatedly declined to appear in this action, and the Clerk entered a certificate of default against it on July 7, 2021, ECF No. 203.

On December 10, 2025, Judge Amon referred the matter to Your Honor, and on December 15, 2025, Your Honor issued a Minute Order setting forth a briefing schedule on Plaintiffs' motion (beginning with an opening brief scheduled for January 9, 2026).

However, on December 24, 2025, counsel for LCB belatedly noticed an appearance in this action, filing a pre-motion conference letter addressed to Judge Amon in support of LCB's motion to vacate the certificate of default ostensibly arguing that LCB had not been properly served five years ago.

Accordingly, until the Court first determines whether to vacate the certificate of default entered against LCB, Plaintiffs respectfully request that the briefing schedule set forth in the Court's December 15, 2025, Minute Order be adjourned *sine die*.

                                            Respectfully submitted,


                                            /s/ Dina Gielchinsky


cc: All Counsel