MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of January two thousand twenty-six.

---

**ORDER**
Docket No. 25-2186

Robert Bartlett, Terrel Charles Bartlett, Linda Jones, Shawn Bartlett, Maxine E. Crockett, individually and on behalf of the Estate of Ricky Leon Crockett,

Plaintiffs - Appellees,

v.

Jammal Trust Bank SAL,

Defendant - Appellant,

Dr. Carl Abdo Ayoub,

Intervener Defendant - Appellant,

Societe Generale de Banque au Liban SAL, Fransabank SAL, Middle East Africa Bank SAL, BLOM Bank SAL, Byblos Bank SAL, Bank Audi SAL, Bank of Beirut SAL, Lebanon and Gulf Bank SAL, Banque Libano-Francaise SAL, Bank of Beirut and the Arab Countries SAL, Fenicia Bank, John Does 1-50, Lebanese Canadian Bank SAL, Muhammad Baasiri,

Defendants.

---

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

MANDATE ISSUED ON 01/20/2026

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit