

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

44 South Broadway, White Plains, NY 10601
T: 212 354 0111
www.osenlaw.com

January 22, 2026

**VIA ECF**

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    ***Bartlett, et al. v. Société Générale de Banque au Liban, et al.*, 1:19-cv-00007**

Dear Judge Amon:

Plaintiffs respectfully request a brief adjournment of the oral argument on Defendant Société Générale de Banque au Liban's ("SGBL") Rule 12(b)(1) motion to dismiss, currently scheduled for April 2, 2026, which falls on Passover.

Plaintiffs have conferred with SGBL and counsel for the plaintiffs in *Lelchook v. SGBL*, No. 19-cv-33, who both consent to the request.

Counsel for SGBL and plaintiffs in both cases are available any time on **April 28-May 1** and **May 4-7**.

This is Plaintiffs' first request for an adjournment of the argument date.

                                    Respectfully submitted,

                                    /s/ Michael Radine

cc:    All *Bartlett* counsel and *Lelchook* defense counsel (via ECF in *Bartlett*)
        Counsel for the *Lelchook* plaintiffs (via e-mail)