# Exhibit A

# No. 25-2186

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Robert Bartlett, et al.,

*Plaintiff-Appellees*,

v.

Societe Generale de Banque au Liban SAL, et al.,

*Defendant-Appellants*.

On Appeal from the United States District Court for the
Eastern District of New York
Case No. 1:19-cv-00007
The Honorable Carol Bagley Amon

**RULE 42(b) Stipulation**

Appellants Jammal Trust Bank SAL ("JTB") and Dr. Carl Abdo Ayoub, in his official capacity as Liquidator, along with Appellees Robert Bartlett et al., hereby file this notice of stipulated dismissal under Fed R. App. P. 42(b). The parties have agreed to the terms of this joint dismissal. The terms are:

(1) Dismissal will be with prejudice;

(2) Dismissal will be without costs and without attorneys' fees; and

(3) Defendant JTB and defendant-intervenor Ayoub (or any successor liquidators) agree they will not in this litigation (defined as district court No. 1:19-cv-00007) appeal or contest the findings, conclusions, and holdings the district court made in the order that is currently on appeal,

including that: (i) JTB is not "an organ of Lebanon," (ii) JTB is not "an organ of Lebanon based upon the Liquidator's supervision of its liquidation," (iii) JTB has no "derivative immunity based on [Banque du Liban's] and the Liquidator's status," and (iv) "even if the defense of sovereign immunity applied, the commercial activities exception applies in this case, and JTB is thus subject to suit."

The parties request the clerk dismiss the appeal.

Respectfully submitted,

January 16, 2026

/s/ *Mark W. DeLaquil*

Mark W. DeLaquil
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Ste. 1100
Washington, DC 20036-5304
Tel.: (202) 861-1500
Fax: (202) 861-1783
mdelaquil@bakerlaw.com
cramosmrosovsky@bakerlaw.com

*Attorneys for Jammal Trust Bank SAL*

/s/ *Michael J. Radine*

Michael J. Radine
Osen LLC
190 Moore Street Suite 272
Hackensack, NJ 07601
Tel.: (201) 265-6400
mradine@osenlaw.com

*Attorneys for Robert Bartlett et al.*