# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BARTLETT, et al.,<br>Plaintiffs,<br><br>v.<br><br>SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al.,<br><br>Defendants. | No. 1:19-cv-00007-CBA-TAM<br><br>**[DRAFT] Plaintiff Profile Form** |

DRAFT

**TABLE OF CONTENTS**


Table of Contents ..... i

Instructions & Definitions ..... i

1. General Instructions ..... i
2. Definitions ..... i

Part I Background Information ..... 1

1. Personal Information ..... 1
2. Your Capacity ..... 1
   A. If Plaintiff is a Minor ..... 2
   B. If Plaintiff is an Estate ..... 3

Part II Personal Information ..... 5

Part III Relationship With the Banks ..... 10

1. General Questions Regarding the Banks ..... 10
2. Bank Specific Information ..... 12
   A. Bank Audi ..... 12
   B. Bank of Beirut ..... 13
   C. BBAC ..... 14
   D. BLF ..... 14
   E. BLOM ..... 15
   F. Byblos ..... 16
   G. Fenicia ..... 17
   H. Fransabank ..... 17
   I. LGB ..... 18
   J. MEAB ..... 19
   K. SGBL ..... 20

Part IV The Incident ..... 22

Part V Employment Information ..... 24

Part VI Direct Inury (Other than Fatal Injury) ..... 26

1. Direct Physical Injury ..... 26
2. Direct Emotional Injury ..... 27

Part VII Indirect Inury ..... 29

Part VIII Other Recoveries or Actions Related to the Incident ..... 31


DRAFT

Part IX Other Injuries........................................................................................................ 33
Certification (Pursuant To 28 U.S.C. § 1746) ................................................................... 34

DRAFT

DRAFT

# INSTRUCTIONS & DEFINITIONS

## 1. GENERAL INSTRUCTIONS

If you are suing in your individual capacity, please complete **Part I** through **Part IX** of this Plaintiff Profile Form ("Plaintiff Profile Form" or "Form") on your own behalf. You must fully answer every section that applies to you and then complete the Certificate at the end of this Form. Certain sections of the Form might not apply to you. If a section does not apply to you (for example, a section seeking information regarding a direct physical injury, and you did not suffer any bodily injury), please indicate that you have intentionally omitted that section by checking "N/A" (not applicable) at the beginning of that section.

If you are suing in more than one capacity (for example, you are suing both individually and as a representative of a minor or a decedent's estate), you will submit more than one completed copy of this Form. You must complete this Form in its entirety with respect to each capacity in which you are bringing suit.

If you are completing this Form as a representative of a minor or a decedent's estate, you should answer the questions, other than those in **Part I**, as if the minor or decedent were answering the questions. Please answer the questions in **Part I** on your own behalf. Certain sections of the Form might not apply to the minor or the decedent. If a section does not apply to the minor or the decedent (for example, a section seeking information regarding a direct physical injury, and he or she did not suffer bodily injury), please indicate that you have intentionally omitted that section by checking "N/A" (not applicable) at the beginning of that section.

If you find that you need additional space to respond to any question(s), please add page(s) to your Form to ensure that you provide complete answers to each question.

## 2. DEFINITIONS

As used in this Form, the following terms have the following meaning:

The "Banks" refers, collectively, to the following defendants: Bank Audi S.A.L.; Bank of Beirut S.A.L.; Bank of Beirut and the Arab Countries S.A.L.; Banque Libano Française S.A.L.; BLOM Bank S.A.L.; Byblos Bank S.A.L.; Fransabank S.A.L.; Fenicia Bank S.A.L.; LGB Bank s.a.l.; MEAB Bank s.a.l.; and Société Générale de Banque au Liban S.A.L.

"Bank Audi" refers to Bank Audi S.A.L.

"Bank of Beirut" refers to Bank of Beirut S.A.L.

"BBAC" refers to Bank of Beirut and the Arab Countries S.A.L.

"BLF" refers to Banque Libano Française S.A.L.

"BLOM" refers to BLOM Bank S.A.L.

"Byblos" refers to Byblos Bank S.A.L.

DRAFT

"Complaint" refers to the Third Amended Complaint (ECF 426), pursuant to which you are suing the "Banks".

"Decedent" means a deceased person whose estate you represent or with respect to whose death you are bringing suit.

"Direct Injury" means a Direct Physical Injury and/or Direct Emotional Injury.

"Direct Physical Injury" refers to a physical injury suffered by a person who was physically present at the "Incident."

"Direct Emotional Injury" refers to a mental or psychological injury suffered by a person who was physically present at the "Incident."

"Fenicia" refers to Fenicia Bank S.A.L.

"Fransabank" refers to Fransabank S.A.L.

"Incident" refers to the event with respect to which you seek damages from the "Banks".

"Indirect Injury" refers to a mental or psychological injury, and any physical manifestation of such injury, suffered by a person who was not present at an "Incident", for example, the distress claimed by a plaintiff who is related to a person who suffered a "Direct Physical Injury."

"LGB" refers to LGB Bank s.a.l.

"MEAB" refers to MEAB Bank s.a.l.

"SGBL" refers to Société Générale de Banque au Liban S.A.L.

## PART I
## BACKGROUND INFORMATION

### 1. PERSONAL INFORMATION

1. Your Name: ___________________________

    1.1. State any other name(s) you have used, including (if applicable) your maiden name: ________________________________________________________________

    1.2. The name(s) of anyone who assisted you in completing this form: _____________

2. Sex: ☐ Male ☐ Female ☐ Non-Binary

3. Year of Birth: _________________________

4. Place of Birth: ________________________

5. Driver's License Jurisdiction and Number: ____________________

    *If no Driver's License:*

    5.1. Passport Number: ____________________________

    5.2. Country of Passport: __________________________

6. Citizenship(s): _________________________

7. Country where you presently reside: _________________________

DRAFT

### 2. YOUR CAPACITY

8. Are you completing this Form on behalf of:

    8.1. ☐ Yourself as Plaintiff

    *If you are completing this Form on behalf of yourself, please proceed to* ***Part II***.

    8.2. ☐ A minor who is a Plaintiff

    *If you are completing this Form on behalf of a minor, please proceed to Section A below.*

    8.3. ☐ A decedent whose estate is a Plaintiff

*If you are completing this Form on behalf of an estate, please proceed to Section B below.*

**A. If Plaintiff is a Minor**

***If you are representing a minor, please complete this section on your own behalf and then complete the remaining sections of this Form as if that minor were completing those sections directly.***

***If you represent more than one minor, please complete a separate Plaintiff Profile Form for each person you represent.***

9. Please identify:

9.1. the individual that you represent: ________________________________________

9.2. the capacity in which you represent that individual: __________________________

________________________________________________________

10. If you were appointed by a court or government agency to be a representative, please state:

10.1. Name of the Court/Agency:______________________________________________

10.2. Date of Appointment (MM/DD/YYYY):___________________________________

11. What is your relationship to the minor whose claim(s) you represent? ________________

___________________________________________________________________________

12. Please provide the following information regarding the minor:

*If the minor is deceased, please skip question 12 and proceed to question 13.*

12.1. Name of Minor: ____________________________________

12.2. Sex: ☐ Male ☐ Female ☐ Non-Binary

12.3. Year of Birth: ___________________

12.4. Place of Birth: ___________________

12.5. Minor's Driver's License Jurisdiction and Number: ___________________

*If no Driver's License:*

12.5.1. Minor's Passport Number: ___________________________

Your Name: ____________________________

12.5.2. Country of Passport: ________________________

12.6. Minor's Citizenship(s): ____________________________

12.7. Country where minor presently resides: _____________________

**B. If Plaintiff is an Estate**

***If you are representing a decedent's estate, please complete this section on your own behalf and then complete the remaining sections of this Form as if the decedent were completing those sections directly.***

***If you represent more than one decedent, please complete a separate Form for each estate you represent.***

13. Please identify:

13.1. the estate that you represent: ____________________________________

13.2. the capacity in which you represent that or estate: __________________________

_____________________________________________________

14. If you were appointed by a court or government agency to be a representative, please state:

14.1. Name of the Court/Agency:_____________________________________________

14.2. Date of Appointment (MM/DD/YYYY):_________________________________

15. What is your relationship to the person whose claim(s) you represent? _______________

_________________________________________________________________________

16. Please provide the following information regarding the decedent:

16.1. Name of Decedent: _________________________

16.2. Sex: ☐ Male ☐ Female ☐ Non-Binary

16.3. Year of Birth: _______________________

16.4. Place of Birth: _______________________

16.5. Decedent's Last Driver's License Jurisdiction and Number: _________________

*If no Driver's License:*

16.5.1. Decedent's Passport Number: _____________________________

Your Name: ____________________________

16.5.2. Country of Passport: ________________________

16.6. Date of Death (MM/DD/YYYY): ____________________

16.7. Place of Death:_______________________

16.8. Last Country where decedent resided: ________________

16.9. Was decedent's death caused by the Incident? ☐ Yes ☐ No

16.9.1. If no, please state the decedent's cause of death:_____________________

DRAFT

Plaintiff's Name: ___________________________

## PART II
## PERSONAL INFORMATION

***As explained in the General Instructions, if you are suing in more than one capacity, you must complete a separate copy of this Form for each capacity in which you are bringing suit.***

***For example, if you represent yourself and a minor or a decedent's estate, please complete one Plaintiff Profile Form on your behalf, and a separate Plaintiff Profile Form for the minor or the estate. When completing this Form for the minor or the estate, you would answer this section and the remaining sections as if you were the minor or the decedent.***

1. Name: ___________________________

2. Please list the addresses where you have lived and the corresponding dates you have lived there from the time of the Incident until the present (or, in the case of a decedent, until death):

| Date (MM/YYYY to MM/YYYY) | Address |
|---|---|
| | |
| | |
| | |
| | |
| | |

3. Please list the names, addresses, and years of each school attended (beginning with high school), and the highest level of education attained at each school.

| Name | Address | Years | Degree |
|---|---|---|---|
| | | | |

DRAFT

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. Have you ever been a member of the U.S. Armed Forces? ☐ Yes ☐ No

*If "Yes", please answer the following questions:*

4.1. Have you ever been a member of:

4.1.1. Army? ☐ Yes ☐ No

4.1.2. Marine Corps? ☐ Yes ☐ No

4.1.3. Navy? ☐ Yes ☐ No

4.1.4. Air Force? ☐ Yes ☐ No

4.1.5. Space Force? ☐ Yes ☐ No

4.1.6. Coast Guard? ☐ Yes ☐ No

*If "Yes", please provide the dates of service and rank.*

| **Branch**<br>**(Army, Navy, etc.)** | **Dates of Service**<br>**(MM/YYYY to MM/YYYY)** | **Rank(s)** |
|---|---|---|
| | | |
| | | |
| | | |

DRAFT

| | | |
|---|---|---|
| | | |

4.2. Were you discharged from the U.S. Armed Forces? ☐ Yes ☐ No

*If "Yes", please provide the date and nature of your discharge.*

| Branch (Army, Navy, etc.) | Date of Discharge (MM/YYYY) | Type of Discharge (Honorable, Dishonorable, Uncharacterized, etc.) | Reason for Discharge (Expiration of Term of Service, Misconduct, Reduction in Force, etc.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

5. Have you ever been a member of any other armed forces? ☐ Yes ☐ No

*If so, which one(s), including country and branch*: ______________________________

6. Have you ever been a military and/or defense contractor or a director, manager, officer, employee, agent, consultant, advisor, or other representative of a military and/or defense contractor?

☐ Yes ☐ No

*If "Yes", please provide the names of the contractor(s), dates of employment, and location of employment (including overseas deployments).*

| Contractor | Dates of Employment or Other Relationship (MM/YYYY to MM/YYYY) | Location of Employment or Other Relationship (including overseas deployments) |
|---|---|---|

DRAFT

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

7. Have you ever been married? ☐ Yes ☐ No

*If "Yes", please list each marriage, the name of your spouse, when/where the marriage took place, and the initials and date of birth of any children.*

| **Spouse** | **When/Where Married (MM/YYYY)/ (State, Country)** | **Children (Initials, Date of Birth)** | **If Separated or Divorced, Date of Separation and/or Divorce (MM/YYYY)** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

8. Have you ever filed for disability benefits, social security benefits, or social welfare benefits of any kind?

☐ Yes ☐ No

*If "Yes", please identify the entities to which you applied for such benefits, the dates on which you made such applications, the bases for your applications, and whether or not you received any funds.*

DRAFT

| Benefit Entity | Date of Application (MM/YYYY) | Basis of Application | Claim Accepted/Denied (Y/N) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

9. Have you ever been a party (plaintiff or defendant) to any civil lawsuit of any kind, other than the present lawsuit against the Banks?

☐ Yes ☐ No

*If "Yes", please identify each proceeding including the court name, docket number, parties, nature of the lawsuit, and case outcome.*

| Court | Docket Number | Parties | Nature of Lawsuit | Case Outcome |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

DRAFT

Plaintiff's Name: ________________________

DRAFT

## PART III
## RELATIONSHIP WITH THE BANKS

### 1. General Questions Regarding the Banks

1. Have you ever had an account or accounts at:

| | | | |
|---|---|---|---|
| 1.1. | Bank Audi? | ☐ Yes | ☐ No |
| 1.2. | Bank of Beirut? | ☐ Yes | ☐ No |
| 1.3. | BBAC? | ☐ Yes | ☐ No |
| 1.4. | BLF? | ☐ Yes | ☐ No |
| 1.5. | BLOM? | ☐ Yes | ☐ No |
| 1.6. | Byblos? | ☐ Yes | ☐ No |
| 1.7. | Fenicia? | ☐ Yes | ☐ No |
| 1.8. | Fransabank? | ☐ Yes | ☐ No |
| 1.9. | LGB? | ☐ Yes | ☐ No |
| 1.10. | MEAB? | ☐ Yes | ☐ No |
| 1.11. | SGBL? | ☐ Yes | ☐ No |

2. Do you presently have an account or accounts at:

| | | | |
|---|---|---|---|
| 2.1. | Bank Audi? | ☐ Yes | ☐ No |
| 2.2. | Bank of Beirut? | ☐ Yes | ☐ No |
| 2.3. | BBAC? | ☐ Yes | ☐ No |
| 2.4. | BLF? | ☐ Yes | ☐ No |
| 2.5. | BLOM? | ☐ Yes | ☐ No |
| 2.6. | Byblos? | ☐ Yes | ☐ No |
| 2.7. | Fenicia? | ☐ Yes | ☐ No |

Plaintiff's Name: ___________________________

2.8. Fransabank? ☐ Yes ☐ No

2.9. LGB? ☐ Yes ☐ No

2.10. MEAB? ☐ Yes ☐ No

2.11. SGBL? ☐ Yes ☐ No

3. Apart from having an account and from filing this lawsuit, have you ever had any form of contact with:

3.1. Bank Audi? ☐ Yes ☐ No

3.2. Bank of Beirut? ☐ Yes ☐ No

3.3. BBAC? ☐ Yes ☐ No

3.4. BLF? ☐ Yes ☐ No

3.5. BLOM? ☐ Yes ☐ No

3.6. Byblos? ☐ Yes ☐ No

3.7. Fenicia? ☐ Yes ☐ No

3.8. Fransabank? ☐ Yes ☐ No

3.9. LGB? ☐ Yes ☐ No

3.10. MEAB? ☐ Yes ☐ No

3.11. SGBL? ☐ Yes ☐ No

If "Yes", please explain the nature of contact: ________________________________________

______________________________________________________________________________

4. Have you ever been employed by:

4.1. Bank Audi? ☐ Yes ☐ No

4.2. Bank of Beirut? ☐ Yes ☐ No

4.3. BBAC? ☐ Yes ☐ No

DRAFT

4.4. BLF? ☐ Yes ☐ No

4.5. BLOM? ☐ Yes ☐ No

4.6. Byblos? ☐ Yes ☐ No

4.7. Fenicia? ☐ Yes ☐ No

4.8. Fransabank? ☐ Yes ☐ No

4.9. LGB? ☐ Yes ☐ No

4.10. MEAB? ☐ Yes ☐ No

4.11. SGBL? ☐ Yes ☐ No

## 2. Bank Specific Information

### A. Bank Audi

5. Do you have any personal knowledge regarding the conduct of **Bank Audi** that is alleged in the Complaint?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:______________________________________________

______________________________________________________________________

______________________________________________________________________

6. Do you have any personal knowledge of any conduct by **Bank Audi** that you believe caused the injury for which you are bringing this suit?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:______________________________________________

______________________________________________________________________

______________________________________________________________________

DRAFT

Plaintiff's Name: ________________________

7. Are you in possession of any documents that support or relate to your response to Question 5 or Question 6 above?

☐ Yes ☐ No

8. If you answered "Yes" to Question 7 above, approximately how many pages of documents do you possess? ________________

Have copies of these documents been provided to your attorneys? ☐ Yes ☐ No

**B. Bank of Beirut**

9. Do you have any personal knowledge regarding the conduct of **Bank of Beirut** that is alleged in the Complaint?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:__________________________________________________

______________________________________________________________________

______________________________________________________________________

10. Do you have any personal knowledge of any conduct by **Bank of Beirut** that you believe caused the injury for which you are bringing this suit?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:__________________________________________________

______________________________________________________________________

______________________________________________________________________

11. Are you in possession of any documents that support or relate to your response to Question 9 or Question 10 above?

☐ Yes ☐ No

12. If you answered "Yes" to Question 11 above, approximately how many pages of documents do you possess? _____________

DRAFT

Have copies of these documents been provided to your attorneys? ☐ Yes ☐ No

**C. BBAC**

13. Do you have any personal knowledge regarding the conduct of **BBAC** that is alleged in the Complaint?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:___________________________________________________

_____________________________________________________________________

_____________________________________________________________________

14. Do you have any personal knowledge of any conduct by **BBAC** that you believe caused the injury for which you are bringing this suit?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:___________________________________________________

_____________________________________________________________________

_____________________________________________________________________

15. Are you in possession of any documents that support or relate to your response to Question 13 or Question 14 above?

☐ Yes ☐ No

16. If you answered "Yes" to Question 15 above, approximately how many pages of documents do you possess? _____________

Have copies of these documents been provided to your attorneys? ☐ Yes ☐ No

**D. BLF**

17. Do you have any personal knowledge regarding the conduct of **BLF** that is alleged in the Complaint?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge: ________________

________________________________________________________________________

________________________________________________________________________

18. Do you have any personal knowledge of any conduct by **BLF** that you believe caused the injury for which you are bringing this suit?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge: ________________

________________________________________________________________________

________________________________________________________________________

19. Are you in possession of any documents that support or relate to your response to Question 17 or Question 18 above?

☐ Yes ☐ No

20. If you answered "Yes" to Question 19 above, approximately how many pages of documents do you possess? ____________

Have copies of these documents been provided to your attorneys? ☐ Yes ☐ No

**E. BLOM**

21. Do you have any personal knowledge regarding the conduct of **BLOM** that is alleged in the Complaint?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge: ________________________________

________________________________________________________________________

22. Do you have any personal knowledge of any conduct by **BLOM** that you believe caused the injury for which you are bringing this suit?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge: __________________

______________________________________________________________________

______________________________________________________________________

23. Are you in possession of any documents that support or relate to your response to Question 21 or Question 22 above?

☐ Yes ☐ No

24. If you answered "Yes" to Question 23 above, approximately how many pages of documents do you possess? _____________

Have copies of these documents been provided to your attorneys? ☐ Yes ☐ No

**F. Byblos**

25. Do you have any personal knowledge regarding the conduct of **Byblos** that is alleged in the Complaint?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:______________________________________________

______________________________________________________________________

______________________________________________________________________

26. Do you have any personal knowledge of any conduct by **Byblos** that you believe caused the injury for which you are bringing this suit?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:______________________________________________

______________________________________________________________________

27. Are you in possession of any documents that support or relate to your response to Question 25 or Question 26 above?

☐ Yes ☐ No

DRAFT

28. If you answered "Yes" to Question 27 above, approximately how many pages of documents do you possess? _____________

Have copies of these documents been provided to your attorneys? ☐ Yes ☐ No

**G. Fenicia**

29. Do you have any personal knowledge regarding the conduct of **Fenicia** that is alleged in the Complaint?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:___________________________________________________

______________________________________________________________________

______________________________________________________________________

30. Do you have any personal knowledge of any conduct by **Fenicia** that you believe caused the injury for which you are bringing this suit?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:___________________________________________________

______________________________________________________________________

______________________________________________________________________

31. Are you in possession of any documents that support or relate to your response to Question 29 or Question 30 above?

☐ Yes ☐ No

32. If you answered "Yes" to Question 31 above, approximately how many pages of documents do you possess? _____________

Have copies of these documents been provided to your attorneys? ☐ Yes ☐ No

**H. Fransabank**

33. Do you have any personal knowledge regarding the conduct of **Fransabank** that is alleged in the Complaint?

DRAFT

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:__________________________________________________

______________________________________________________________________

______________________________________________________________________

34. Do you have any personal knowledge of any conduct by **Fransabank** that you believe caused the injury for which you are bringing this suit?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:__________________________________________________

______________________________________________________________________

______________________________________________________________________

35. Are you in possession of any documents that support or relate to your response to Question 33 or Question 34 above?

☐ Yes ☐ No

36. If you answered "Yes" to Question 35 above, approximately how many pages of documents do you possess? _____________

Have copies of these documents been provided to your attorneys? ☐ Yes ☐ No

**I. LGB**

37. Do you have any personal knowledge regarding the conduct of **LGB** that is alleged in the Complaint?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:__________________________________________________

______________________________________________________________________

______________________________________________________________________

DRAFT

38. Do you have any personal knowledge of any conduct by **LGB** that you believe caused the injury for which you are bringing this suit?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:________________________________________________

________________________________________________________________

________________________________________________________________

39. Are you in possession of any documents that support or relate to your response to Question 37 or Question 38 above?

☐ Yes ☐ No

40. If you answered "Yes" to Question 39 above, approximately how many pages of documents do you possess? ______________

Have copies of these documents been provided to your attorneys? ☐ Yes ☐ No

**J. MEAB**

41. Do you have any personal knowledge regarding the conduct of **MEAB** that is alleged in the Complaint?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:________________________________________________

________________________________________________________________

________________________________________________________________

42. Do you have any personal knowledge of any conduct by **MEAB** that you believe caused the injury for which you are bringing this suit?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:________________________________________________

________________________________________________________________

DRAFT

43. Are you in possession of any documents that support or relate to your response to Question 41 or Question 42 above?

☐ Yes ☐ No

44. If you answered "Yes" to Question 43 above, approximately how many pages of documents do you possess? _____________

Have copies of these documents been provided to your attorneys? ☐ Yes ☐ No

**K. SGBL**

45. Do you have any personal knowledge regarding the conduct of **SGBL** that is alleged in the Complaint?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:__________________________________________________

______________________________________________________________________

______________________________________________________________________

46. Do you have any personal knowledge of any conduct by **SGBL** that you believe caused the injury for which you are bringing this suit?

☐ Yes ☐ No

If "Yes", please explain the nature and extent of your personal knowledge, and when you obtained that knowledge:__________________________________________________

______________________________________________________________________

______________________________________________________________________

47. Are you in possession of any documents that support or relate to your response to Question 45 or Question 46 above?

☐ Yes ☐ No

48. If you answered "Yes" to Question 47 above, approximately how many pages of documents do you possess? _____________

DRAFT

Plaintiff's Name: ________________________

Have copies of these documents been provided to your attorneys? ☐ Yes ☐ No

DRAFT

Plaintiff's Name: _________________________

**PART IV**
**THE INCIDENT**

1. Date of the Incident (MM/DD/YYYY): ______________________

2. Location of the Incident: ____________________________

3. Were you physically present at the Incident? ☐ Yes ☐ No

   3.1. If "Yes", were you on active duty in the U.S. Armed Forces when the Incident took place? ☐ Yes ☐ No ☐ N/A

   3.2. If "Yes", were you a military and/or defense contractor or a director, manager, officer, employee, agent, consultant, advisor, or other representative of a military and/or defense contractor when the Incident took place?

   ☐ Yes ☐ No ☐ N/A

4. Do you have any personal knowledge as to the identity of the assailant(s) involved in the Incident? ☐ Yes ☐ No

   *If "Yes", please provide the name of the assailant(s) and the basis of your personal knowledge.*

| Name of Assailant(s) | Basis of Personal Knowledge |
|---|---|
| | |
| | |
| | |

5. Do you have any personal knowledge as to the identity of any group or organization to which the assailant(s) was affiliated, or on behalf of which the assailant(s) was acting?

   ☐ Yes ☐ No

   *If "Yes", please provide the name of the group(s) or organization(s) and the basis of your personal knowledge.*

DRAFT

Plaintiff's Name: ____________________________

| Name of Group(s) or Organization(s) | Basis of Personal Knowledge |
|---|---|
| | |
| | |
| | |

6. Do you have any personal knowledge as to the identity of any group or organization responsible for training the assailant(s)? ☐ Yes ☐ No

*If "Yes", please provide the name of the group(s) or organization(s) and the basis of your personal knowledge.*

| Name of Group(s) or Organization(s) | Basis of Personal Knowledge |
|---|---|
| | |
| | |
| | |

DRAFT

Plaintiff's Name: ___________________________

## PART V
## EMPLOYMENT INFORMATION

***If you have never been employed, please check the following, and proceed to Part VI: ☐ N/A.***

1. Are you seeking compensation for lost wages? ☐ Yes ☐ No

2. Have you ever been employed? ☐ Yes ☐ No

3. Were you employed prior to the Incident? ☐ Yes ☐ No ☐ N/A

*If "Yes", please provide a history of your employment prior to the Incident.*

| Country | Dates (MM/DD/YYYY) | Title or Description of Employment | Highest Salary[1] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

4. Have you been employed since the Incident? ☐ Yes ☐ No ☐ N/A

*If "Yes", please provide a history of your employment prior to the Incident.*

| Country | Dates (MM/DD/YYYY) | Title or Description of Employment | Starting & Highest Salary[2] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1 Please indicate the currency in which you state your answer (e.g., "dollars", "euros").
2 Please indicate the currency in which you state your answer (e.g., "dollars", "euros").



DRAFT

5. Were you required to miss any work as a result of your injury that was incurred during the Incident?

☐ Yes ☐ No ☐ N/A

*If "Yes", please answer the following questions:*

5.1. How much time did you miss?________________________________________

5.2. Were you paid any wages during your absence? ☐ Yes ☐ No

If "Yes", how much? ______________________________

5.3. Did you receive any compensation (other than wages) during your absence? ☐ Yes ☐ No

If "Yes", how much? ______________________________

6. Have you received any pay raises (or decreases) since the Incident?

☐ Yes ☐ No ☐ N/A

If "Yes", how much, and was it an increase or decrease? __________________________

7. Did your injury cause you to experience any pay decreases, loss of commission, or prevent you from obtaining any anticipated salary increases?

☐ Yes ☐ No ☐ N/A

If "Yes", how much? _______________________________________________

If "Yes", why do you believe your injury caused that decrease/loss? _________________

______________________________________________________________________

8. Please describe any sick benefits, worker's compensation benefits, or unemployment insurance that you received as a result of your injury: ______________________________

______________________________________________________________________

______________________________________________________________________

DRAFT

Plaintiff's Name: ________________________

**PART VI**
**DIRECT INURY**
**(OTHER THAN FATAL INJURY)**

***If you were not present at the Incident, or do not claim a Direct Injury please check the following, and proceed to Part VII: ☐ N/A.***

**1. DIRECT PHYSICAL INJURY**

1. Are you seeking damages as a result of a Direct Physical Injury? ☐ Yes ☐ No

***If "No", please proceed to Section VI(2).***

2. Please provide a general description of any Direct Physical Injury you incurred as a result of the Incident: ______________________________________________
______________________________________________
______________________________________________

3. Do you currently suffer from that Direct Physical Injury? ☐ Yes ☐ No

If "Yes", please describe how your Direct Physical Injury affects you today. ___________
______________________________________________
______________________________________________
______________________________________________

If "No", as of what date did you stop suffering from the injury? (MM/YYYY) _________

What caused your suffering from the injury to end? ______________________________
______________________________________________
______________________________________________

4. Did your treatment include hospitalization? ☐ Yes ☐ No

5. Did you seek medical treatment for the Direct Physical Injury? ☐ Yes ☐ No

*If "Yes", please complete the following:*

DRAFT

Plaintiff's Name: ________________________

| **Dates (MM/YYYY to MM/YYYY)** | **Medical Provider (Name; Specialty)** | **Nature of Treatment** | **Treatment Location** |
| --- | --- | --- | --- |
| | | | |
| | | | |

6. If you are seeking reimbursement for medical expenses, state the total of all medical expenses actually incurred by you for the medical treatment you have received to date with respect to your Direct Physical Injury[3] ________________________

**2. DIRECT EMOTIONAL INJURY**

7. Are you seeking damages as a result of a Direct Emotional Injury? ☐ Yes ☐ No

***If "No", please proceed to Part VII.***

8. Please provide a general description of any Direct Emotional Injury you incurred as a result of the Incident: ____________________________________________________________

____________________________________________________________

____________________________________________________________

9. Do you currently suffer from that Direct Emotional Injury? ☐ Yes ☐ No

If "Yes", please describe how your Direct Emotional Injury affects you today. _________

____________________________________________________________

____________________________________________________________

____________________________________________________________

If "No", as of what date did you stop suffering from the injury? (MM/YYYY) _________

[3] Please indicate the currency in which you state your answer (for example, "dollars", "euros").



DRAFT

Plaintiff's Name: ______________________

What caused your suffering from the injury to end? ______________________________

___________________________________________________________________________

___________________________________________________________________________

10. Did your treatment include hospitalization? ☐ Yes ☐ No

11. Did you seek medical treatment for the Direct Emotional Injury? ☐ Yes ☐ No

*If "Yes", please complete the following:*

| **Dates (MM/YYYY to MM/YYYY)** | **Medical Provider (Name; Specialty)** | **Nature of Treatment** | **Treatment Location** |
|---|---|---|---|
| | | | |
| | | | |

12. If you are seeking reimbursement for medical expenses, state the total of all medical expenses actually incurred by you for the medical treatment you have received to date with respect to your Direct Emotional Injury[4] ______________________________

[4] Please indicate the currency in which you state your answer (for example, "dollars", "euros").

Plaintiff's Name: ________________________

## PART VII
## INDIRECT INURY

***If you do not claim an Indirect Injury please check the following, and proceed to Part VIII: ☐ N/A.***

1. Please provide the Name, Relationship, and Age (at the time of the Incident) of each relative who suffered a Direct Physical Injury and/or a Direct Emotional Injury.

| Name | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

2. When did you first learn that the above relative(s) suffered a Direct Physical Injury and/or Direct Emotional Injury as a result of the Incident (MM/DD/YYYY): ___________
________________________________________________________________

3. Please describe how you learned of the Incident and the related injury or injuries: _______
________________________________________________________________
________________________________________________________________
________________________________________________________________

4. When did you first begin to experience your Indirect Injury? (MM/YYYY): ___________

5. Please provide a general description of the Indirect Injury you incurred as a result of the Incident: ______________________________________________________
________________________________________________________________
________________________________________________________________
________________________________________________________________

6. Do you currently suffer from that Indirect Injury? ☐ Yes ☐ No

If "No", as of what date did you stop suffering from the injury? (MM/YYYY) _________

What caused your suffering from the injury to end? ______________________________

_______________________________________________________________________

_______________________________________________________________________

7. Have you ever experienced any physical manifestation of your Indirect Injury?

☐ Yes ☐ No

If "Yes", please describe the physical symptoms that you experienced: _______________

_______________________________________________________________________

_______________________________________________________________________

_______________________________________________________________________

8. Do you currently suffer from those physical symptoms? ☐ Yes ☐ No

If "No", as of what date did you stop suffering from the injury? (MM/YYYY) _________

Did you seek medical treatment for the Indirect Injury? ☐ Yes ☐ No

*If "Yes", please complete the following:*

| **Dates (MM/YYYY to MM/YYYY)** | **Medical Provider (Name; Specialty)** | **Nature of Treatment** | **Treatment Location** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

9. If you are seeking reimbursement for medical expenses, state the total of all medical expenses actually incurred by you for the medical treatment you have received to date with respect to your Indirect Injury[5] ________________________

---

[5] Please indicate the currency in which you state your answer (for example, "dollars", "euros").

DRAFT

Plaintiff's Name: ________________________

## PART VIII
## OTHER RECOVERIES OR ACTIONS RELATED TO THE INCIDENT

1. With respect to the Incident or Direct or Indirect Injury claimed by you, have you ever sought or recovered any reimbursement or compensation, whether in the form of government benefits, insurance proceeds, third-party payouts, or otherwise?

☐ Yes ☐ No

If "Yes", please identify each person or entity from which you sought such reimbursement or compensation, the date on which you made each request, the bases for each request, and whether any compensation was received as a result.

| **Person or Entity** | **Date (MM/YYYY)** | **Basis for Request** | **Result** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

2. With respect to the Incident or Direct or Indirect Injury claimed by you, have you ever filed a lawsuit, or brought a legal claim, other than the present lawsuit against the Banks?

☐ Yes ☐ No

If "Yes", please provide the date of the claim (Month/Year), the court, the names of the parties and a brief description of the claims asserted and the result, if any (including, in the case of a suit under the Anti-Terrorism Act related to the Incident, any amount received).

| **Date (MM/YYYY)** | **Court** | **Names of Parties** | **Claims Asserted** | **Result** |
|---|---|---|---|---|
| | | | | |
| | | | | |

DRAFT

Plaintiff's Name: ________________________

| Date (MM/YYYY) | Court | Names of Parties | Claims Asserted | Result |
|---|---|---|---|---|
| | | | | |

DRAFT

Plaintiff's Name: ________________________

## PART IX
## OTHER INJURIES

1. Not including the injuries mentioned in Part VI and/or Part VII, have you suffered any other injuries as a result of the Incident, or related to the Injury for which you claim damages in this lawsuit?

☐ Yes ☐ No

If "Yes", please describe the injury (including Month/Year or time span) and any treatment you have received for the injury. ________________________________________

________________________________________________________________

________________________________________________________________

2. If you claim Direct Emotional Injury (Part VI(2)) or Indirect Injury (Part VII), Have you ever been treated for an emotional or mental health ailment other than the injury for which you are claiming damages in this lawsuit?

☐ Yes ☐ No ☐ N/A

If "Yes", please describe the ailment (including Month/Year or time span) and any treatment you have received for it. ________________________________________

________________________________________________________________

________________________________________________________________

________________________________________________________________

DRAFT

Plaintiff's Name: ________________________

**CERTIFICATION**
**(PURSUANT TO 28 U.S.C. § 1746)**

***You Must Complete <u>either</u> Option A or Option B.***

**<u>Option A</u>**
**If executed within the United States (including its territories, possessions, or commonwealths):**

I declare under penalty of perjury that all of the information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge.

______________________________ ______________________________
Signature Date (MM/DD/YYYY)

______________________________ ______________________________
Print Name Place of Signature

**<u>Option B</u>**
**If executed outside the United States:**

I declare under penalty of perjury under the laws of the United States of America that all of the information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge.

______________________________ ______________________________
Signature Date (MM/DD/YYYY)

______________________________ ______________________________
Print Name Place of Signature

DRAFT