OSEN LLC
ATTORNEYS AT LAW

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

44 South Broadway, White Plains, NY 10601
T: 212 354 0111
www.osenlaw.com

July 10, 2026

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Bartlett v. Société Générale de Banque au Liban S.A.L.*, Case No. 19-cv-00007**

Dear Judge Merkl:

We write on behalf of Plaintiffs and LCB to provide a joint status report on their anticipated next steps, "including an update on Plaintiffs' position as to whether Plaintiffs object to Defendant's request to vacate the entry of default and to file an answer to the operative complaint." June 24, 2026, Minute Order. *See also* July 8, 2026, Minute Order (extending deadline).

As indicated in the parties' motion for an extension, ECF No. 541, they have met and conferred. Although Plaintiffs have stated that they do not agree that the prior entry of default is mooted (or that, if it was, vacatur is necessary), rather than litigating that issue, they intend to bring a motion seeking renewed entry of default predicated on LCB's failure to respond to the Third Amended Complaint ("TAC") in anticipation of moving for default judgment. As a result, the parties have agreed to a discovery schedule relating to that anticipated motion:

- Plaintiffs to serve RFPs and Interrogatories on LCB by **August 5, 2026**
- LCB's responses due by **September 30, 2026**
- Parties to complete meet and confer discussions on the status of LCB's responses and productions by **October 21, 2026**
- Plaintiffs to file a motion to compel, if necessary, by **November 2, 2026**

The parties have agreed that discovery will relate to the "good cause" factors of default under Fed. R. Civ. P. 55 and whether Plaintiffs successfully served the Second Amended Complaint ("SAC").[1] The parties will meet and confer to agree upon a briefing scheduling for the anticipated motions after completing discovery.

Plaintiffs and LCB respectfully request that the Court grant the parties leave to proceed on this basis.

---

[1] By agreeing to engage in discovery, LCB does not consent to the Court's personal jurisdiction and reserves all rights to move to dismiss, including for lack of proper service.

Respectfully submitted,

/s/ Allison Khaskelis