BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Mark W. DeLaquil
direct dial: 202.861.1527
mdelaquil@bakerlaw.com

August 12, 2026

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East Brooklyn, NY 11201

**Re:** ***Bartlett, et al. v. Société Générale de Banque au Liban, et al*****., 1:19-cv-00007, Status Letter of Defendant Jammal Trust Bank SAL and Defendant-Intervenor Dr. Carl Abdo Ayoub**

Dear Judge Merkl:

Defendant Jammal Trust Bank SAL and Defendant-Intervenor Dr. Carl Abdo Ayoub, in his official capacity as Liquidator, write to respond to the Court's order of August 5, 2026.

Due to the financial status of Defendant JTB and the expansion in regional hostilities, neither JTB nor Dr. Ayoub are in a position to answer the Third Amended Complaint or otherwise to defend the lawsuit. Undersigned counsel can confirm that this representation is made after conferring with the defaulting parties concerning the decision to decline to participate further in this litigation.

Counsel for JTB and Ayoub have informed Plaintiffs of the same in advance of filing this letter.

Respectfully Submitted,

/s/ *Mark W. DeLaquil*
Mark W. DeLaquil
Baker & Hostetler LLP

cc: All Counsel via ECF